# EXHIBIT 11

# Nicolaou, John T.

| | |
|---|---|
| **From:** | Glick, Michael A. <michael.glick@kirkland.com> |
| **Sent:** | Wednesday, September 18, 2019 9:41 AM |
| **To:** | adavis@bfalaw.com; adelriego@podhurst.com; ahurt@robinskaplan.com; alevitt@dicellolevitt.com; alex.brown@lanierlawfirm.com; anassihi@shb.com; apittman@corywatson.com; bc@pritzkerlevine.com; bking@ahdootwolfson.com; bworden@robinskaplan.com; camille@cglaw.com; carmen.bickerdt@det.bowmanandbrooke.com; caroline.vanness@skadden.com; caseyd@cglaw.com; cayers@seegerweiss.com; cbartlett@carellabyrne.com; chrish@pittmandutton.com; clay.barnett@beasleyallen.com; *clay@justice4you.com; *cseeger@seegerweiss.com; david.shea@sadplaw.com; dboies@bsfllp.com; dbuchanan@seegerweiss.com; dcasey@cglaw.com; decklund@carellabyrne.com; dee.miles@beasleyallen.com; dfernandes@baronbudd.com; dferri@dicellolevitt.com; donnini@butzel.com; donovan@bwst-law.com; ds@classlawgroup.com; Stellings, David S.; Cabraser, Elizabeth J.; ecp@pritzkerlevine.com; ehg@classlawgroup.com; ekeech@kellerrohrback.com; ekickhamjr@kickhamhanley.com; emattson@sidley.com; esams@glancylaw.com; esmiley@baronbudd.com; gcappio@kellerrohrback.com; ghanley@kickhamhanley.com; *gmb@cglaw.com; hph@pritzkerlevine.com; james.coons@ansalaw.com; jbk@classlawgroup.com; jcecchi@carellabyrne.com; jerrym@mooneylaw.com; jfarar@kaplanfox.com; jgrabar@grabarlaw.com; jgravante@podhurst.com; jkl@pritzkerlevine.com; jmeltzer@ktmc.com; jmichaels@mlgaplc.com; Nicolaou, John T.; john.beisner@skadden.com; johnhweston@wgdlaw.com; jonm@pittmandutton.com; jpaquette@ktmc.com; jrobinson@cglaw.com; jsamra@bfalaw.com; jtangren@dicellolevitt.com; jtapley@corywatson.com; jwarrow@kickhamhanley.com; jwatson@justice4you.com; jyanchunis@forthepeople.com; kgurwell@mlgaplc.com; kriccomini@thompsoncoburn.com; kwisniewski@thompsoncoburn.com; lance.etcheverry@skadden.com; letzmann@bwst-law.com; lgilford@sidley.com; lking@kaplanfox.com; lmiller@corywatson.com; lsarko@kellerrohrback.com; lweaver@bfalaw.com; matthew.tako@skadden.com; mcashman@hjlawfirm.com; mchoi@kaplanfox.com; mdearman@rgrdlaw.com; medelson@edelson-law.com; mgeorge@kaplanfox.com; mheise@bsfllp.com; mmallow@shb.com; mpacelli@robinskaplan.com; mpreusch@kellerrohrback.com; mram@robinskaplan.com; mtroutner@ktmc.com; mweinshall@podhurst.com; mwites@witeslaw.com; Desai, Nimish R.; nick.farnolo@gmail.com; nlesser@ktmc.com; pgeller@rgrdlaw.com; pprieto@podhurst.com; rahdoot@ahdootwolfson.com; randygarrou@wgdlaw.com; rhagstrom@hjlawfirm.com; richard.meadow@lanierlawfirm.com; rjones@mlgaplc.com; rloewy@rloewy.com; rlutz@corywatson.com; rmah@zlk.com; rmarenco@rgrdlaw.com; rmcdevitt@kellerrohrback.com; rmcgee@forthepeople.com; rrivas@zlk.com; rsquires@corrcronin.com; rstraus@shb.com; rtellis@baronbudd.com; sam@turkestrauss.com; sbarron@cglaw.com; sdaunoy@thompsoncoburn.com; shorthneubert@sidley.com; skaplan@ktmc.com; sslaughter@robinskaplan.com; szack@bsfllp.com; tana-lin-8795@ecf.pacerpro.com; tazar@thompsoncoburn.com; tmaya@ahdootwolfson.com; twolfson@ahdootwolfson.com; hunter@napolilaw.com; bbailey@baileyglasser.com; jboggs@baileyglasser.com; Burke, Brandi L.; drobinson@ptwww.com; shkim@sheppardmullin.com |
| **Cc:** | Regan, Matthew T.; Holscher, Mark C.; Tsoumas, Tammy A.; Wilcox, Jason; Brown, Judson |
| **Subject:** | RE: In re ZF TRW ACU MDL (19-ml-2905-JAK-FFM) |

Counsel,

In advance of the call this afternoon, please see below the list of proposed discussion/agenda items identified by one of more parties:

1. Whether defendants will accept service for the foreign entities. (Submitted by counsel for Plaintiffs in the *Altier*, *Bell*, and *Samouris* actions)

2. Whether defendants will agree to commence discovery including but not limited to production of documents and other materials already provided to NHTSA. (Submitted by counsel for Plaintiffs in the *Altier*, *Bell*, and *Samouris* actions)

3. Whether defendants will produce documents and other materials provided to NHTSA. (Separately submitted by counsel for Plaintiffs in the *Hernandez* action and by counsel for Plaintiffs in the *Rubio* action)

4. Individual consolidated complaints against each defendant. (Submitted by counsel for the Toyota defendants)

5. Appointment of a separate liaison for the OEMs. (Submitted by counsel for the FCA defendants)

We look forward to speaking with you all this afternoon. As a reminder, we will be using the following dial-in:

    1-866-331-1856
    PIN: 136 129 5238

Please note again: this distribution list has been generated based on publicly-available PACER filings. Please forward to other members of your respective teams if they are not included.

Regards,
Michael Glick


**Michael A. Glick**
―――――――――――――――――――――
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue N.W., Washington, D.C. 20004
**T** +1 202 389 5218  **M** +1 845 705 0845
―――――――――――――――――――――
michael.glick@kirkland.com

---

**From:** Glick, Michael A.
**Sent:** Wednesday, September 11, 2019 4:45 PM
**To:** 'adavis@bfalaw.com' <adavis@bfalaw.com>; 'adelriego@podhurst.com' <adelriego@podhurst.com>; 'ahurt@robinskaplan.com' <ahurt@robinskaplan.com>; 'alevitt@dicellolevitt.com' <alevitt@dicellolevitt.com>; 'alex.brown@lanierlawfirm.com' <alex.brown@lanierlawfirm.com>; 'anassihi@shb.com' <anassihi@shb.com>; 'apittman@corywatson.com' <apittman@corywatson.com>; 'bc@pritzkerlevine.com' <bc@pritzkerlevine.com>; 'bking@ahdootwolfson.com' <bking@ahdootwolfson.com>; 'bworden@robinskaplan.com' <bworden@robinskaplan.com>; 'camille@cglaw.com' <camille@cglaw.com>; 'carmen.bickerdt@det.bowmanandbrooke.com' <carmen.bickerdt@det.bowmanandbrooke.com>; 'caroline.vanness@skadden.com' <caroline.vanness@skadden.com>; 'caseyd@cglaw.com' <caseyd@cglaw.com>; 'cayers@seegerweiss.com' <cayers@seegerweiss.com>; 'cbartlett@carellabyrne.com' <cbartlett@carellabyrne.com>; 'chrish@pittmandutton.com' <chrish@pittmandutton.com>; 'clay.barnett@beasleyallen.com' <clay.barnett@beasleyallen.com>; *clay@justice4you.com <clay@justice4you.com>; *cseeger@seegerweiss.com

<cseeger@seegerweiss.com>; 'david.shea@sadplaw.com' <david.shea@sadplaw.com>; 'dboies@bsfllp.com' <dboies@bsfllp.com>; 'dbuchanan@seegerweiss.com' <dbuchanan@seegerweiss.com>; 'dcasey@cglaw.com' <dcasey@cglaw.com>; 'decklund@carellabyrne.com' <decklund@carellabyrne.com>; 'dee.miles@beasleyallen.com' <dee.miles@beasleyallen.com>; 'dfernandes@baronbudd.com' <dfernandes@baronbudd.com>; 'dferri@dicellolevitt.com' <dferri@dicellolevitt.com>; 'donnini@butzel.com' <donnini@butzel.com>; 'donovan@bwst-law.com' <donovan@bwst-law.com>; 'ds@classlawgroup.com' <ds@classlawgroup.com>; 'dstellings@lchb.com' <dstellings@lchb.com>; *ecabraser@lchb.com <ecabraser@lchb.com>; 'ecp@pritzkerlevine.com' <ecp@pritzkerlevine.com>; 'ehg@classlawgroup.com' <ehg@classlawgroup.com>; 'ekeech@kellerrohrback.com' <ekeech@kellerrohrback.com>; 'ekickhamjr@kickhamhanley.com' <ekickhamjr@kickhamhanley.com>; 'emattson@sidley.com' <emattson@sidley.com>; 'esams@glancylaw.com' <esams@glancylaw.com>; 'esmiley@baronbudd.com' <esmiley@baronbudd.com>; 'gcappio@kellerrohrback.com' <gcappio@kellerrohrback.com>; 'ghanley@kickhamhanley.com' <ghanley@kickhamhanley.com>; *gmb@cglaw.com <gmb@cglaw.com>; 'hph@pritzkerlevine.com' <hph@pritzkerlevine.com>; 'james.coons@ansalaw.com' <james.coons@ansalaw.com>; 'jbk@classlawgroup.com' <jbk@classlawgroup.com>; 'jcecchi@carellabyrne.com' <jcecchi@carellabyrne.com>; 'jerrym@mooneylaw.com' <jerrym@mooneylaw.com>; 'jfarar@kaplanfox.com' <jfarar@kaplanfox.com>; 'jgrabar@grabarlaw.com' <jgrabar@grabarlaw.com>; 'jgravante@podhurst.com' <jgravante@podhurst.com>; 'jkl@pritzkerlevine.com' <jkl@pritzkerlevine.com>; 'jmeltzer@ktmc.com' <jmeltzer@ktmc.com>; 'jmichaels@mlgaplc.com' <jmichaels@mlgaplc.com>; 'jnicolaou@lchb.com' <jnicolaou@lchb.com>; 'john.beisner@skadden.com' <john.beisner@skadden.com>; 'johnhweston@wgdlaw.com' <johnhweston@wgdlaw.com>; 'jonm@pittmandutton.com' <jonm@pittmandutton.com>; 'jpaquette@ktmc.com' <jpaquette@ktmc.com>; 'jrobinson@cglaw.com' <jrobinson@cglaw.com>; 'jsamra@bfalaw.com' <jsamra@bfalaw.com>; 'jtangren@dicellolevitt.com' <jtangren@dicellolevitt.com>; 'jtapley@corywatson.com' <jtapley@corywatson.com>; 'jwarrow@kickhamhanley.com' <jwarrow@kickhamhanley.com>; 'jwatson@justice4you.com' <jwatson@justice4you.com>; 'jyanchunis@forthepeople.com' <jyanchunis@forthepeople.com>; 'kgurwell@mlgaplc.com' <kgurwell@mlgaplc.com>; 'kriccomini@thompsoncoburn.com' <kriccomini@thompsoncoburn.com>; 'kwisniewski@thompsoncoburn.com' <kwisniewski@thompsoncoburn.com>; 'lance.etcheverry@skadden.com' <lance.etcheverry@skadden.com>; 'letzmann@bwst-law.com' <letzmann@bwst-law.com>; 'lgilford@sidley.com' <lgilford@sidley.com>; 'lking@kaplanfox.com' <lking@kaplanfox.com>; 'lmiller@corywatson.com' <lmiller@corywatson.com>; 'lsarko@kellerrohrback.com' <lsarko@kellerrohrback.com>; 'lweaver@bfalaw.com' <lweaver@bfalaw.com>; 'matthew.tako@skadden.com' <matthew.tako@skadden.com>; 'mcashman@hjlawfirm.com' <mcashman@hjlawfirm.com>; 'mchoi@kaplanfox.com' <mchoi@kaplanfox.com>; 'mdearman@rgrdlaw.com' <mdearman@rgrdlaw.com>; 'medelson@edelson-law.com' <medelson@edelson-law.com>; 'mgeorge@kaplanfox.com' <mgeorge@kaplanfox.com>; 'mheise@bsfllp.com' <mheise@bsfllp.com>; 'mmallow@shb.com' <mmallow@shb.com>; 'mpacelli@robinskaplan.com' <mpacelli@robinskaplan.com>; 'mpreusch@kellerrohrback.com' <mpreusch@kellerrohrback.com>; 'mram@robinskaplan.com' <mram@robinskaplan.com>; 'mtroutner@ktmc.com' <mtroutner@ktmc.com>; 'mweinshall@podhurst.com' <mweinshall@podhurst.com>; 'mwites@witeslaw.com' <mwites@witeslaw.com>; 'ndesai@lchb.com' <ndesai@lchb.com>; 'nick.farnolo@gmail.com' <nick.farnolo@gmail.com>; 'nlesser@ktmc.com' <nlesser@ktmc.com>; 'pgeller@rgrdlaw.com' <pgeller@rgrdlaw.com>; 'pprieto@podhurst.com' <pprieto@podhurst.com>; 'rahdoot@ahdootwolfson.com' <rahdoot@ahdootwolfson.com>; 'randygarrou@wgdlaw.com' <randygarrou@wgdlaw.com>; 'rhagstrom@hjlawfirm.com' <rhagstrom@hjlawfirm.com>; 'richard.meadow@lanierlawfirm.com' <richard.meadow@lanierlawfirm.com>; 'rjones@mlgaplc.com' <rjones@mlgaplc.com>; 'rloewy@rloewy.com' <rloewy@rloewy.com>; 'rlutz@corywatson.com' <rlutz@corywatson.com>; 'rmah@zlk.com' <rmah@zlk.com>; 'rmarenco@rgrdlaw.com' <rmarenco@rgrdlaw.com>; 'rmcdevitt@kellerrohrback.com' <rmcdevitt@kellerrohrback.com>; 'rmcgee@forthepeople.com' <rmcgee@forthepeople.com>; 'rrivas@zlk.com' <rrivas@zlk.com>; 'rsquires@corrcronin.com' <rsquires@corrcronin.com>; 'rstraus@shb.com' <rstraus@shb.com>; 'rtellis@baronbudd.com' <rtellis@baronbudd.com>; 'sam@turkestrauss.com' <sam@turkestrauss.com>; 'sbarron@cglaw.com' <sbarron@cglaw.com>; 'sdaunoy@thompsoncoburn.com' <sdaunoy@thompsoncoburn.com>; 'shorthneubert@sidley.com' <shorthneubert@sidley.com>; 'skaplan@ktmc.com' <skaplan@ktmc.com>; 'sslaughter@robinskaplan.com' <sslaughter@robinskaplan.com>; 'szack@bsfllp.com' <szack@bsfllp.com>; 'tana-lin-8795@ecf.pacerpro.com' <tana-lin-8795@ecf.pacerpro.com>; 'tazar@thompsoncoburn.com'

&lt;tazar@thompsoncoburn.com&gt;; 'tmaya@ahdootwolfson.com' &lt;tmaya@ahdootwolfson.com&gt;; 'twolfson@ahdootwolfson.com' &lt;twolfson@ahdootwolfson.com&gt;
**Cc:** Regan, Matthew T. &lt;mregan@kirkland.com&gt;; Holscher, Mark C. &lt;mholscher@kirkland.com&gt;; Tsoumas, Tammy A. &lt;ttsoumas@kirkland.com&gt;; Wilcox, Jason &lt;jason.wilcox@kirkland.com&gt;; Brown, Judson &lt;jdbrown@kirkland.com&gt;
**Subject:** In re ZF TRW ACU MDL (19-ml-2905-JAK-FFM)

Counsel,

Pursuant to Section 4 of Judge Kronstadt's September 6, 2019 Order Setting Case Management Conference, we would like to convene a call to discuss whether there are other matters to be addressed at the February 24, 2020 Case Management Conference (in addition to those set forth in the Tentative Agenda).  We would like to set that call for Wednesday, September 18, at 3pm ET.  Given the number of parties/counsel involved, we likely cannot realistically accommodate all schedules, but we trust this time will be amenable to a critical mass of people.  We can use the following dial-in:

    1-866-331-1856
    PIN:  136 129 5238

To facilitate the discussion, we would propose that any party seeking to add items to the tentative February agenda provided by the Court on pages 5-6 of the Order identify those items in writing by next Tuesday (the day before the call).  This will ideally facilitate and streamline our discussion on the 18th.

Please note: this distribution list has been generated based on publicly-available PACER filings.  Please forward to other members of your respective teams if they are not included.

Regards,
Michael Glick


**Michael A. Glick**
―――――――――――――――――――――
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue N.W., Washington, D.C. 20004
**T** +1 202 389 5218  **M** +1 845 705 0845
―――――――――――――――――――――
michael.glick@kirkland.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.