# EXHIBIT 1

| | |
|---|---|
| Year:  2012 | Engine:  V6 Cylinder Engine |
| Make:  Acura | Transmission:  6-Speed A/T |
| Model:  TL 4dr Sdn Auto 2WD | Colors:  Bellanova White Pearl / Ebony |
| VIN:  19UUA8F29CA019443 | Mileage:  109,496      Stock #: 2018-193 |

## MECHANICAL

· 3.5L SOHC PGM-FI 24-valve VTEC V6 engine
· Drive-by-wire throttle system
· 6-speed sequential SportShift automatic transmission -inc: paddle shifters, grade logic control
· Front wheel drive
· Independent double wishbone front suspension
· Independent multi-link rear suspension
· Front/rear stabilizer bars
· Electric variable pwr-assisted rack & pinion steering
· Pwr ventilated front/solid rear disc brakes
· Integrated dual outlet exhaust

## EXTERIOR

· 17" x 8" 7-spoke alloy wheels
· P245/50VR17 all-season tires
· Temporary spare tire
· Pwr operated moonroof w/tilt -inc: auto-open/close, auto-reverse, key-off operation
· Xenon high-intensity discharge (HID) headlights w/auto-on/off
· Front fog lights
· LED tail lights
· Acoustic glass windshield (2011)
· Heated pwr mirrors w/memory, reverse-gear tilt down, integrated LED directional signals
· Speed-sensitive variable intermittent windshield wipers (2011)
· Body-color door handles

## ENTERTAINMENT

· XM satellite radio *Available in 48 contiguous United States, first 90 days are free*
· Radio data system
· Speed-sensitive volume control

## INTERIOR

· Active front headrests
· Rear bench seat w/adjustable headrests
· Rear seat center armrest w/locking trunk pass-through
· Front center console -inc: sliding tray
· Black carpeting
· Front/rear carpeted floor mats
· Theft deterrent system w/electronic immobilizer
· LED back-lit instruments w/progressive illumination (2011)
· Multi-info display

· Outside temp gauge
· Trip computer
· Maintenance Minder system
· Alarm system (2011)
· Pwr windows w/front auto up-down, auto-reverse, remote open, key-off operation
· HomeLink universal garage door opener
· Dual zone/mode automatic climate control -inc: air filtration, automatic humidity control, rear vents w/controls
· Rear window defroster w/timer (2011)
· Auto-dimming rearview mirror
· Dual illuminated vanity mirrors -inc: driver card holder (2011)
· Ambient cabin lighting -inc: footwell lighting, console lighting
· Footwell lighting
· Door-mounted courtesy lights (2011)
· Front/rear LED map lights
· Leather-wrapped gearshift knob
· Front/rear beverage holders
· (2) 12-volt pwr outlets
· Simulated wood trim

## SAFETY

· 4-wheel anti-lock braking system (ABS) -inc: electronic brake force distribution, brake assist
· Vehicle stability assist (VSA) w/traction control
· Advanced compatibility engineering (ACE) body structure
· Side-impact door beams (2011)
· Impact absorbing front/rear crumple zones (2011)
· Daytime running lights
· Dual stage multiple threshold front airbags
· Front side-impact airbags w/passenger occupant position detection system
· Front/rear side-curtain airbags
· 3-point seat belts
· Front seat belt height adjusters, load limiters, pretensioners
· Lower anchors & tethers for children (LATCH)
· Rear child safety door locks
· Emergency trunk release
· Tire pressure monitor w/location & pressure indicators

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **20** |  Fuel Economy Information | **29** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| | |
|---|---|
| **MSRP** | **$35,705.00** |
| **INSTALLED OPTIONS** | |
| Bellanova White Pearl | $0 |
| Ebony, Leather Seat Trim | $0 |
| Original Shipping Charge | $895 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $36,600.00 |

## Get more information on your smartphone:





www.redsautoandtruck.com
303-726-5520

| | |
|---|---|
| Year:   2011 | Engine:   V6 Cylinder Engine |
| Make:   Chrysler | Transmission:   6-SPEED AUTOMATIC TRANSMISSION -inc: Autostick, tip start |
| Model:   200 4dr Sdn Limited | Exterior:   Black |
| VIN:   1C3BC2FG4BN571968 | Interior:   Black |

## MECHANICAL

· 2.4L DOHC SMPI 16-valve I4 dual VVT engine
· 6-speed automatic transmission -inc: Autostick, tip start
· Remote start system
· Hood insulation
· Front wheel drive
· 525 CCA maintenance-free battery
· 140-amp alternator
· Tip start ignition
· Touring suspension
· Front & rear stabilizer bars
· Pwr rack & pinion steering
· 4-wheel anti-lock disc brakes

## EXTERIOR

· 18" x 7.0" polished aluminum wheels
· P225/50R18 BSW all-season touring tires
· Compact spare tire
· Body-color fascias
· Black windshield moldings
· Dark argent grille w/bright accents
· Bi-function halogen projector headlamps
· Automatic headlamps
· Headlamp off time delay
· Fog lamps
· LED taillamps
· Pwr heated fold-away mirrors -inc: chrome casings
· Tinted windows
· Front & rear solar control glass
· Variable intermittent windshield wipers
· Bright door handles
· Decklid liner

## ENTERTAINMENT

· Media center 430 -inc: AM/FM stereo, CD/DVD/MP3 player, 30GB hard disk drive w/6700 song capacity, 6.5" touch screen display, aux input jack, Bluetooth streaming audio
· speakers
· SIRIUS satellite radio w/ year service subscription *N/A in HI, GU or PR*
· Steering wheel mounted audio controls
· Removable short mast antenna
· UConnect voice command w/Bluetooth -inc: auto-dimming rearview mirror w/microphone, Bluetooth streaming audio, aux audio input
· Aux audio input

## INTERIOR

· Low back bucket seats
· Leather-trimmed seats
· Manual driver lumbar adjust
· Pwr 8-way driver seat
· Heated front seats
· Active head restraints
· 60/40 split-folding rear seat
· Rear seat armrest
· Floor console w/sliding armrest
· Floor carpeting
· Luxury front & rear floor mats
· Leather-wrapped steering wheel
· Tilt/telescoping steering column

· Sentry Key theft deterrent system
· Instrument panel storage bin
· Instrument panel silver bezel
· Instrument cluster w/display screen
· Instrument cluster w/LED lighting
· 120-mph speedometer
· Tachometer
· Temp & compass gauge
· Traveler/mini trip computer
· Decklid/liftgate ajar warning lamp
· Door ajar warning lamp
· Pwr windows w/front 1-touch up/down
· Pwr door locks
· Pwr trunklid release
· Universal garage door opener
· Speed control
· Remote keyless entry
· Pwr accessory delay
· Security alarm
· Air conditioning w/auto temp control
· Air filtering
· Rear window defroster
· Analog clock
· 12V pwr outlet in center console
· 12V auxiliary pwr outlet
· Front & rear aimable LED lamps
· Auto-dimming rearview mirror w/microphone
· Dual sun visors w/illuminated vanity mirrors
· Rear compartment assist handles
· Illuminated entry
· Trunk lamp
· Trunk mat
· Leather-wrapped shift knob

## SAFETY

· Electronic stability control
· Traction control
· Brake/park interlock
· Advanced multistage front air bags
· Supplemental side air bags
· Supplemental front & rear side curtain air bags
· Supplemental front seat side air bags
· Occupant classification sensor
· Front height adjustable shoulder belts
· Rear center 3-point seat belt
· Rear door child safety locks
· Child seat upper tether anchors
· Child seat anchor system ready
· Tire pressure monitoring display
· Internal emergency trunk release
· Dual note horns

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **19** |  Fuel Economy Information | **29** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| MSRP | **$23,945.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| 50 State Emissions | $0 |
| 3.6 L VVT Flex Fuel 24 Valve V6 Engine | $1,795 |
| • 160 amp alternator | |
| • dual exhaust w/polished tips | |
| • engine oil cooler | |
| 27 V Limited Customer Preferred Order Selection PKG | $0 |
| • 3.6L V6 engine | |
| • 6-speed auto trans | |
| Black | $0 |
| Black, Leather Trimmed Bucket Seats | $0 |
| Original Shipping Charge | $750 |
| **RETAIL PRICE (ORIGINALLY NEW)** | **$26,490.00** |

## Get more information on your smartphone:





www.fredmartinsuperstore.com
888-230-0517

| | |
|---|---|
| Year:   2012 | Engine:   V6 Cylinder Engine |
| Make:   Chrysler | Transmission:   6-SPEED AUTOMATIC TRANSMISSION -inc: Autostick, tip start |
| Model:   200 4dr Sdn Limited | Exterior:   Tungsten Metallic |
| VIN:   1C3CCBCGXCN326568 | Interior:   Black |

## MECHANICAL

· Remote start system
· Hood insulation
· Front wheel drive
· 525-CCA maintenance-free battery
· 140-amp alternator
· Tip start ignition
· GVW rating - 4600#
· Touring suspension
· Front & rear stabilizer bars
· Pwr rack & pinion steering
· 4-wheel anti-lock disc brakes

## EXTERIOR

· 18" x 7.0" polished aluminum wheels
· P225/50R18 BSW all-season touring tires
· Compact spare tire
· Body-color fascias
· Black windshield moldings
· Dark argent grille w/bright accents
· Bi-function halogen projector headlamps
· Fog lamps
· LED taillamps
· Pwr heated fold-away mirrors -inc: chrome casings
· Tinted windows
· Front & rear solar control glass
· Variable intermittent windshield wipers
· Bright door handles
· Decklid liner

## ENTERTAINMENT

· (6) speakers
· Steering wheel mounted audio controls
· Removable short mast antenna

## INTERIOR

· Manual driver lumbar adjust
· Pwr 8-way driver seat
· Heated front seats
· Active head restraints
· 60/40 split-folding rear seat
· Rear seat armrest
· Floor console w/sliding armrest
· Floor carpeting
· Luxury front & rear floor mats
· Leather-wrapped steering wheel

· Tilt/telescoping steering column
· Sentry Key theft deterrent system
· Instrument panel storage bin
· Instrument panel silver bezel
· Instrument cluster w/display screen
· Instrument cluster w/LED lighting
· 120-mph speedometer
· Tachometer
· Temp & compass gauge
· Traveler/mini trip computer
· Decklid/liftgate ajar warning lamp
· Door ajar warning lamp
· Pwr windows w/front 1-touch up/down
· Pwr trunklid release
· Universal garage door opener
· Speed control
· Pwr accessory delay
· Security alarm
· Air conditioning w/auto temp control
· Air filtering
· Rear window defroster
· Analog clock
· Front & rear aimable LED lamps
· Dual sun visors w/illuminated vanity mirrors
· Rear compartment assist handles
· Illuminated entry
· Trunk lamp
· Trunk mat
· Leather-wrapped shift knob

## SAFETY

· Brake/park interlock
· Supplemental front & rear side curtain air bags
· Front height adjustable shoulder belts
· Rear center 3-point seat belt
· Rear door child safety locks
· Child seat upper tether anchors
· Child seat anchor system (LATCH) ready
· Tire pressure monitoring display
· Internal emergency trunk release
· Dual note horns

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **19** |  Fuel Economy Information | **28** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| MSRP | **$24,685.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| 50 State Emissions | $0 |
| 3.6 L VVT Flex Fuel 24 Valve V6 Engine | $1,795 |
| • 160 amp alternator | |
| • dual exhaust w/polished tips | |
| • engine oil cooler | |
| 27 V Limited Customer Preferred Order Selection PKG | $0 |
| • 3.6L V6 engine | |
| • 6-speed auto trans | |
| Tungsten Metallic | $0 |
| Black, Leather Trimmed Bucket Seats | $0 |
| Original Shipping Charge | $850 |
| **RETAIL PRICE (ORIGINALLY NEW)** | **$27,330.00** |

### Get more information on your smartphone:





www.BillMarsh.com
800-596-2774



# CHRYSLER
## 2013 200 LIMITED

Chrysler Group LLC

For more information visit: www.chrysler.com or call 1-800-CHRYSLER

THIS VEHICLE IS MANUFACTURED TO MEET SPECIFIC UNITED STATES REQUIREMENTS. THIS VEHICLE IS NOT MANUFACTURED FOR SALE OR REGISTRATION OUTSIDE OF THE UNITED STATES.

MANUFACTURER'S SUGGESTED RETAIL PRICE OF THIS MODEL INCLUDING DEALER PREPARATION

**Base Price:    $24,685**

**CHRYSLER 200 LIMITED**
Exterior Color: Billet Silver Metallic Clear Coat Exterior Paint
Interior Color: Black / Light Frost Beige Interior Colors
Interior: Leather-Trimmed Bucket Seats
Engine: 2.4-Liter I4 PZEV 16-Valve Dual VVT Engine
Transmission: 6-Speed Automatic Transmission

**STANDARD EQUIPMENT** (UNLESS REPLACED BY OPTIONAL EQUIPMENT)
FUNCTIONAL/SAFETY FEATURES
Advanced Multistage Front Airbags
Supplemental Front Seat-Mounted Side Airbags
Supplemental Side-Curtain Front and Rear Airbags
Front Seat Active Head Restraints
Center Rear 3-Point Seat Belt
Rear Door Child Protection Locks
Child Seat Anchor System-LATCH Ready
Anti-Lock 4-Wheel Disc Brakes
Tire Pressure Monitoring Display
Electronic Stability Control
Traction Control
Variable Intermittent Windshield Wipers
Sentry Key® Theft Deterrent System
Keyless Entry
Security Alarm
Speed Control
Power Door Locks
Auto-Dimming Rearview Mirror w/ Microphone
Power Front Windows w/ 1-Touch Up and Down Feature
Rear Window Defroster
Remote Start System
Universal Garage Door Opener
INTERIOR FEATURES
Heated Front Seats
Power 8-Way Driver Seat
Uconnect® 130 AM/FM/CD/MP3
Six 276W Boston Acoustics® Speakers
SiriusXM Satellite Radio w/ 1-Yr Radio Subscription
For More Information, Call 888-539-7474
Audio Jack Input for Mobile Devices
Steering Wheel Mounted Audio Controls
Air Conditioning with Automatic Temperature Control
Leather-Wrapped Steering Wheel
Leather-Wrapped Shift Knob

Tilt / Telescoping Steering Column
Luxury Front and Rear Floor Mats
EXTERIOR FEATURES
Dual Rear Exhaust with Chrome Tips
Bi-Function Halogen Projector Headlamps
Automatic Headlamps
Projector Fog Lamps
LED Tail Lamps
Chrome Exterior Mirrors
Power Heated Exterior Mirrors w/ Manual Fold-Away
17-Inch x 6.5-Inch Aluminum Wheels
225/55R17 BSW All Season Touring Tires

**OPTIONAL EQUIPMENT**
Customer Preferred Package 26V
Smoker's Group                                          $50
  Cigar Lighter
2.4-Liter I4 PZEV 16-Valve Dual VVT Engine           -$500
  140-Amp Alternator
  225/55R17 BSW All Season Touring Tires
  18.5-Gallon Fuel Tank
  California Emissions
  Fleet Incentive Waiver
  Delete Group Funds-Fleet

**DESTINATION CHARGE**                                  $995

**TOTAL PRICE: * $25,230**

**WARRANTY COVERAGE**
5-year or 100,000-mile Powertrain Limited Warranty.
3-year or 36,000-mile Basic Limited Warranty.
Roadside assistance: certain restrictions apply.
Ask Dealer for a copy of the limited warranties or see your owner's manual for details.

**5 YEAR / 100,000 MILE**
**POWERTRAIN WARRANTY**

Assembly Point/Port of Entry: STERLING HTS, MICH., U.S.A.
VIN: 1C3-CCBCB5DN-568030   LA-VON: 9601   S.L. 1018

THIS LABEL IS ADDED TO THIS VEHICLE TO COMPLY WITH FEDERAL LAW. THE LABEL CANNOT BE REMOVED OR ALTERED PRIOR TO DELIVERY TO THE ULTIMATE PURCHASER.
• STATE AND/OR LOCAL TAXES IF ANY, LICENSE AND TITLE FEES AND DEALER SUPPLIED AND INSTALLED OPTIONS AND ACCESSORIES ARE NOT INCLUDED IN THIS PRICE. DISCOUNT, IF ANY, IS BASED ON PRICE OF OPTIONS IF PURCHASED SEPARATELY.

---

TOP SAFETY PICK

## EPA DOT Fuel Economy and Environment

Gasoline Vehicle

**Fuel Economy**

**23** MPG combined city/hwy

20 city    31 highway

Midsize cars range from 13 to 99 MPG. The best vehicle rates 112 MPGe.

**You save $100** in fuel costs over 5 years compared to the average new vehicle.

4.3 gallons per 100 miles

**Annual fuel cost $2,300**

**Fuel Economy & Greenhouse Gas Rating** (tailpipe only)
1    6    10 Best

**Smog Rating** (tailpipe only)
1    9    10 Best

This vehicle emits 381 grams CO2 per mile. The best emits per mile (tailpipe only). Producing and distributing fuel also creates emissions: learn more at fueleconomy.gov

Actual results will vary for many reasons, including driving conditions and how you drive and maintain your vehicle. The average new vehicle gets 23 MPG and cost $11,600 to fuel over 5 years. Cost estimates are based on 15,000 miles per year at $3.55 per gallon. MPGe is miles per gasoline gallon equivalent. Vehicle emissions are a significant cause of climate change and smog.

**fueleconomy.gov**
Calculate personalized estimates and compare vehicles



Smartphone QR Code

---

## GOVERNMENT 5-STAR SAFETY RATINGS

**Overall Vehicle Score**    ★★★★
Based on the combined ratings of frontal, side, and rollover.
Should ONLY be compared to other vehicles of similar size and weight.
⚠ Safety concern: visit www.safercar.gov or call 1-888-327-4236 for more details.

**Frontal Crash**
Driver    ★★★★
Passenger    ★★★
Based on the risk of injury in a frontal impact.
Should ONLY be compared to other vehicles of similar size and weight.

**Side Crash**
Front seat    ★★
Rear seat    ★★★★
Based on the risk of injury in a side impact.

**Rollover**    ★★★★
Based on the risk of rollover in a single-vehicle crash.

Star ratings range from 1 to 5 stars (★★★★★) with 5 being the highest.
Source: National Highway Traffic Safety Administration (NHTSA)
www.safercar.gov or 1-888-327-4236

The safety ratings above are based on Federal Government tests of particular vehicles equipped with certain features and options. The performance of this vehicle may differ.
**Bumper Performance**
This vehicle is equipped with bumper systems that can withstand a frontal barrier impact speed of 2.5 miles per hour and a rear barrier impact speed of 2.5 miles per hour with no more damage than allowed by the Federal bumper standard. The Federal bumper standard allows damage to the bumpers and attaching hardware and specifies barrier tests to be conducted at 2.5 miles per hour.

---

**PARTS CONTENT INFORMATION**
FOR VEHICLES IN THIS CARLINE:
U.S./CANADIAN PARTS CONTENT: 73 %
NOTE: PARTS CONTENT DOES NOT INCLUDE FINAL ASSEMBLY, DISTRIBUTION, OR OTHER NON-PARTS COSTS.

FOR THIS VEHICLE:
FINAL ASSEMBLY POINT:
STERLING HTS, MICH., U.S.A.
COUNTRY OF ORIGIN:
ENGINE: UNITED STATES
TRANSMISSION: UNITED STATES



**2014 200 LX**

For more information visit: www.chrysler.com or call 1-800-CHRYSLER

**Chrysler Group LLC**

THIS VEHICLE IS MANUFACTURED TO MEET SPECIFIC UNITED STATES REQUIREMENTS. THIS VEHICLE IS NOT MANUFACTURED FOR SALE OR REGISTRATION OUTSIDE OF THE UNITED STATES.

MANUFACTURER'S SUGGESTED RETAIL PRICE OF THIS MODEL INCLUDING DEALER PREPARATION

**Base Price:    $21,795**

**CHRYSLER 200 LX**
Exterior Color: Billet Silver Metallic Clear Coat Exterior Paint
Interior Color: Black Interior Color
Interior: Premium Cloth Bucket Seats
Engine: 2.4-Liter I4 DOHC 16-Valve Dual VVT Engine
Transmission: 4-Speed Automatic Transmission

STANDARD EQUIPMENT (UNLESS REPLACED BY OPTIONAL EQUIPMENT)
FUNCTIONAL/SAFETY FEATURES
Advanced Multistage Front Airbags
Supplemental Front Seat-Mounted Side Airbags
Supplemental Side-Curtain Front and Rear Airbags
Front Seat Active Head Restraints
Center Rear 3-Point Seat Belt
Rear Door Child Protection Locks
Child Seat Anchor System-LATCH Ready
Anti-Lock 4-Wheel Disc Brakes
Tire Pressure Monitor with Warning Lamp
Power Rack-and-Pinion Steering
Electronic Stability Control
Traction Control
Variable Intermittent Windshield Wipers
Sentry Key® Theft Deterrent System
Keyless Entry with Panic Alarm
Security Alarm
Speed Control
Power Door Locks
Power Windows with Driver's One-Touch-Down Feature
Rearview Day / Night Mirror
Rear Window Defroster
Tinted Glass Windows
Power Accessory Delay
Laminated Windshield and Front Door Glass
INTERIOR FEATURES
Air Conditioning
Driver Seat Height Adjuster
Manual Driver Lumbar Adjust
Uconnect® 130 AM/FM/CD/MP3
4 Speakers
Audio Jack Input for Mobile Devices

Steering Wheel Mounted Audio Controls
Instrument Cluster with LED Lighting
Outside Temperature Display in Odometer
Tachometer
Tilt / Telescope Steering Column
12-Volt Center Console Power Outlet
12-Volt Auxiliary Power Outlet
Luxury Front and Rear Floor Mats
Analog Clock
EXTERIOR FEATURES
Bi-Function Halogen Projector Headlamps
Headlamps with Turn-Off Time Delay
LED Tail Lamps
Power Heated Exterior Mirrors w/ Manual Fold-Away
17-Inch x 6.5-Inch Steel Wheels
225/55R17 BSW All Season Touring Tires
Compact Spare Tire

OPTIONAL EQUIPMENT
Customer Preferred Package 24H                    -$300
4-Speed Automatic Transmission                    -$200
2.4-Liter I4 DOHC 16-Valve Dual VVT Engine        -$800
DESTINATION CHARGE                                 $995

**TOTAL PRICE: * $21,490**

WARRANTY COVERAGE
5-year or 100,000-mile Powertrain Limited Warranty.
3-year or 36,000-mile Basic Limited Warranty.
5-year or 100,000-mile Roadside Assistance: certain restrictions apply.
Ask Dealer for a copy of the limited warranties or see your owner's manual for details.

**5 YEAR / 100,000 MILE**
**POWERTRAIN WARRANTY**

Assembly Point/Port of Entry: STERLING HTS., MICH., U.S.A.
VIN: 1C3-CCBABSEN-143444        LA-VON: 5040       S.L.1004

THIS LABEL IS ADDED TO THIS VEHICLE TO COMPLY WITH FEDERAL LAW. THE LABEL CANNOT BE REMOVED OR ALTERED PRIOR TO DELIVERY TO THE ULTIMATE PURCHASER.
STATE AND/OR LOCAL TAXES IF ANY, LICENSE AND TITLE FEES AND DEALER SUPPLIED AND INSTALLED OPTIONS AND ACCESSORIES ARE NOT INCLUDED IN THIS PRICE. DISCOUNT, IF ANY, IS BASED ON PRICE OF OPTIONS IF PURCHASED SEPARATELY.



**EPA DOT    Fuel Economy and Environment**                      Gasoline Vehicle

Fuel Economy

**24** MPG          Midsize cars range from 13 to 58 MPG.
                    The best vehicle rates 121 MPGe.
combined city/hwy
            21 city          30 highway
**4.2** gallons per 100 miles

**You save $500** in fuel costs over 5 years compared to the average new vehicle.

Annual fuel **cost**
**$2,200**

Fuel Economy & Greenhouse Gas Rating (tailpipe only)    Smog Rating (tailpipe only)
1 ——— 6 ——— 10 Best                                    1 ——— 6 ——— 10 Best

This vehicle emits 369 grams CO2 per mile. The best emits 0 grams per mile (tailpipe only). Producing and distributing fuel also creates emissions: learn more at fueleconomy.gov

Actual results will vary for many reasons, including driving conditions and how you drive and maintain your vehicle. The average new vehicle gets 23 MPG and cost $11,500 to fuel over 5 years. Cost estimates are based on 15,000 miles per year at $3.50 per gallon. MPGe is miles per gasoline gallon equivalent. Vehicle emissions are a significant cause of climate change and smog.

**fueleconomy.gov**
Calculate personalized estimates and compare vehicles

Smartphone QR Code™

**GOVERNMENT 5-STAR SAFETY RATINGS**

**Overall Vehicle Score**    ★★★★
Based on the combined ratings of frontal, side, and rollover.
Should ONLY be compared to other vehicles of similar size and weight.

**Frontal Crash**    Driver      ★★★★
                     Passenger   ★★★
Based on the risk of injury in a frontal impact.
Should ONLY be compared to other vehicles of similar size and weight.

**Side Crash**    Front seat   ★★
                  Rear seat    ★★★★
Based on the risk of injury in a side impact.

**Rollover**    ★★★★
Based on the risk of rollover in a single-vehicle crash.

Star ratings range from 1 to 5 stars (★★★★★) with 5 being the highest.
Source: National Highway Traffic Safety Administration (NHTSA)
www.safercar.gov or 1-888-327-4236

The safety ratings above are based on Federal Government tests of particular vehicles equipped with certain features and options. The performance of this vehicle may differ.
**Bumper Performance**
This vehicle is equipped with bumper systems that can withstand a frontal barrier impact speed of 2.5 miles per hour and a rear barrier impact speed of 2.5 miles per hour with no more damage than allowed by the Federal bumper standard. The Federal bumper standard allows damage to the bumpers and attaching hardware and specifies barrier tests to be conducted at 2.5 miles per hour.

**PARTS CONTENT INFORMATION**

FOR VEHICLES IN THIS CARLINE:
U.S./CANADIAN PARTS CONTENT: 73 %
NOTE: PARTS CONTENT DOES NOT INCLUDE FINAL ASSEMBLY, DISTRIBUTION, OR OTHER NON-PARTS COSTS.

FOR THIS VEHICLE:
FINAL ASSEMBLY POINT:
STERLING HTS., MICH., U.S.A.

COUNTRY OF ORIGIN:
ENGINE: UNITED STATES
TRANSMISSION: UNITED STATES



# CHRYSLER
## 2015 200 LIMITED

For more information visit: www.chrysler.com
or call 1-800-CHRYSLER

**FCA US LLC**

THIS VEHICLE IS MANUFACTURED TO MEET SPECIFIC UNITED STATES REQUIREMENTS. THIS VEHICLE IS NOT MANUFACTURED FOR SALE OR REGISTRATION OUTSIDE OF THE UNITED STATES.

**MANUFACTURER'S SUGGESTED RETAIL PRICE OF THIS MODEL INCLUDING DEALER PREPARATION**

**Base Price:    $23,950**

**CHRYSLER 200 LIMITED**
Exterior Color: Black Clear Coat Exterior Paint
Interior Color: Black / Linen Interior Colors
Interior: Premium Cloth Bucket Seats
Engine: 2.4-Liter I4 MultiAir® Engine
Transmission: 9-Speed 948TE Automatic Transmission

**STANDARD EQUIPMENT** (UNLESS REPLACED BY OPTIONAL EQUIPMENT)
FUNCTIONAL/SAFETY FEATURES
Advanced Multistage Front Airbags
Supplemental Front Seat-Mounted Side Airbags
Supplemental Side-Curtain Front and Rear Airbags
Driver Inflatable Knee-Bolster Airbag
Passenger Inflatable Knee-Bolster Airbag
LATCH Ready Child Seat Anchor System
Electronic Stability Control
Traction Control
Anti-Lock 4-Wheel Disc Brakes
Brake Assist
Electric Park Brake
Electric Power Steering
Keyless Enter 'n Go™
Variable Intermittent Windshield Wipers
Security Alarm
Speed Control
Rear Window Defroster
INTERIOR FEATURES
Air Conditioning
Uconnect® 5.0 AM/FM/BT
6 Speakers
Audio Jack Input for Mobile Devices
Remote USB Port
Steering Wheel Mounted Audio Controls
Power Front Windows w/ 1-Touch Up and Down Feature
Manual 6-Way Driver Seat
6-Way Manual Passenger Seat Adjust
Ambient LED Interior Lighting
Electronic Vehicle Information Center
Tire Pressure Monitoring Display
Compass Gauge
Outside Temperature Gauge
Rearview Mirror with Microphone
Tilt / Telescope Steering Column

12-Volt Auxiliary Power Outlet in Console
Rear Seat Armrest with Storage Cup Holder
Front Center Sliding Armrest
Overhead Console with Sunglass Holder
Sun Visors with Vanity Mirrors
EXTERIOR FEATURES
Automatic Headlamps
Compact Spare Tire
Bi-Function Halogen Projector Headlamps with LEDs
Headlamps with Turn-Off Time Delay
LED Tail Lamps
17-Inch x 7.5-Inch Tech Silver Aluminum Wheels
Body-Color Power Mirrors
Active Grille Shutters

**OPTIONAL EQUIPMENT** (May Replace Standard Equipment)
Customer Preferred Package 28E
Front Floor Mats
Rear Floor Mats
Low Beam Daytime Running Headlamps                               $55

003GS-30F-CA003        9C.1
       RPN-N-JL095    GB2015
*
*
BILL HOOVER
603-437-5700

**DESTINATION CHARGE**                                            $0

**TOTAL PRICE: * $24,005**

**WARRANTY COVERAGE**
5-year or 100,000-mile Powertrain Limited Warranty.
3-year or 36,000-mile Basic Limited Warranty.
5-year or 100,000-mile Roadside Assistance: certain restrictions apply.
Ask Dealer for a copy of the limited warranties or see your owner's manual for details.

**5 YEAR / 100,000 MILE**
**POWERTRAIN WARRANTY**

Assembly Point/Port of Entry: STERLING HTS., MICH., U.S.A.
VIN: 1C3-CCCAB2FN-742650      LA-VON: 7302      S.L. 0609



THIS LABEL IS ADDED TO THIS VEHICLE TO COMPLY WITH FEDERAL LAW. THE LABEL CANNOT BE REMOVED OR ALTERED PRIOR TO DELIVERY TO THE ULTIMATE PURCHASER.
* STATE AND/OR LOCAL TAXES IF ANY, LICENSE AND TITLE FEES AND DEALER SUPPLIED AND INSTALLED OPTIONS AND ACCESSORIES ARE NOT INCLUDED IN THIS PRICE. DISCOUNT, IF ANY, IS BASED ON PRICE OF OPTIONS IF PURCHASED SEPARATELY.



## EPA DOT Fuel Economy and Environment

E85  **Flexible-Fuel Vehicle**
**Gasoline-Ethanol (E85)**

**Fuel Economy**

### 28 MPG
combined city/hwy

23 city
36 highway
3.6 gallons per 100 miles

Midsize cars range from 13 to 114 MPG. The best vehicle rates 119 MPGe. Values are based on gasoline and do not reflect performance and ratings based on E85.

**You save $1,500** in fuel costs over 5 years compared to the average new vehicle.

**Driving Range**
Gasoline: 442 miles
Ethanol (E85): 332 miles

**Annual fuel cost $1,900**

**Fuel Economy & Greenhouse Gas Rating** (tailpipe only)    7 / 10 Best
**Smog Rating** (tailpipe only)    6 / 10 Best

This vehicle emits 322 grams CO2 per mile. The best emits 0 grams per mile (tailpipe only). Producing and distributing fuel also creates emissions; learn more at fueleconomy.gov

Actual results will vary for many reasons, including driving conditions and how you drive and maintain your vehicle. The average new vehicle gets 24 MPG and cost $11,000 to fuel over 5 years. Cost estimates are based on 15,000 miles per year at $3.50 per gallon. This is a dual fueled automobile. MPGe is miles per gasoline gallon equivalent. Vehicle emissions are a significant cause of climate change and smog.

**fueleconomy.gov**
Calculate personalized estimates and compare vehicles

Smartphone QR Code™

## GOVERNMENT 5-STAR SAFETY RATINGS

**Overall Vehicle Score**   ★★★★★
Based on the combined ratings of frontal, side, and rollover.
Should ONLY be compared to other vehicles of similar size and weight.

| **Frontal Crash** | Driver | ★★★★★ |
| | Passenger | ★★★★★ |

Based on the risk of injury in a frontal impact.
Should ONLY be compared to other vehicles of similar size and weight.

| **Side Crash** | Front seat | ★★★★★ |
| | Rear seat | ★★★★★ |

Based on the risk of injury in a side impact.

**Rollover**   ★★★★
Based on the risk of rollover in a single-vehicle crash.

Star ratings range from 1 to 5 stars (★★★★★) with 5 being the highest.
Source: National Highway Traffic Safety Administration (NHTSA)
www.safercar.gov or 1-888-327-4236

The safety ratings above are based on Federal Government tests of particular vehicles equipped with certain features and options. The performance of this vehicle may differ.
**Bumper Performance**
This vehicle is equipped with bumper systems that can withstand a frontal barrier impact speed of 2.5 miles per hour and a rear barrier impact speed of 2.5 miles per hour with no more damage than allowed by the Federal bumper standard. The Federal bumper standard allows damage to the bumpers and attaching hardware and specifies barrier tests to be conducted at 2.5 miles per hour.

**PARTS CONTENT INFORMATION**
FOR VEHICLES IN THIS CARLINE:
U.S./CANADIAN PARTS CONTENT: 67 %
MAJOR SOURCES OF FOREIGN PARTS CONTENT:
MEXICO: 16 %
NOTE: PARTS CONTENT DOES NOT INCLUDE FINAL ASSEMBLY, DISTRIBUTION, OR OTHER NON-PARTS COSTS.
FOR THIS VEHICLE:
FINAL ASSEMBLY POINT:
STERLING HTS., MICH., U.S.A.
COUNTRY OF ORIGIN:
ENGINE: UNITED STATES
TRANSMISSION: UNITED STATES

| | |
|---|---|
| Year: 2010<br>Make: Chrysler<br>Model: Sebring 2dr Conv Touring<br>VIN: 1C3BC5ED9AN127895 | Engine: V6 Cylinder Engine<br>Transmission: 4-SPEED AUTOMATIC VLP TRANSMISSION<br>Exterior: Bright Silver Metallic (PS2)<br>Interior: Dark slate gray |

## MECHANICAL

· 2.7L DOHC MPI 24-valve V6 engine (w/NAA or YCH Emissions REQ: XKN Flex-fuel system)
· 4-speed automatic VLP transmission
· Hood insulation
· Front wheel drive
· 525 CCA maintenance-free battery
· 140-amp alternator
· Touring suspension
· Front & rear stabilizer bars
· Pwr rack & pinion steering
· 4-wheel anti-lock disc brakes

## EXTERIOR

· 17" x 6.5" aluminum wheels
· P215/60R17 all-season BSW tires
· Bridgestone tires
· Compact spare tire
· Body-color fascias
· Pwr cloth top
· Pwr convertible top
· Black windshield moldings
· Dark argent grille w/bright accents
· Quad headlamps
· Headlamp off time delay
· Pwr heated mirrors
· Tinted windows
· Front & rear solar control glass
· Variable intermittent windshield wipers
· Body-color door handles
· Hard tonneau cover

## ENTERTAINMENT

· Media center 230 6-disc in-dash CD/DVD/MP3 radio w/aux input jack
· (6) Speakers
· SIRIUS satellite radio w/(1) year service subscription *N/A in HI, GU or PR*
· Removable short mast antenna

## INTERIOR

· Low back bucket seats
· Premium cloth seats
· Manual driver lumbar adjust
· Pwr 6-way driver & front passenger seats
· Stain repel seat fabric
· Active head restraints
· Center console cushioned armrest
· Floor console w/sliding armrest
· Floor carpeting
· Luxury front & rear floor mats
· Door sill scuff pads
· Tilt/telescoping steering column
· Sport steering wheel
· Sentry Key theft deterrent system

· Instrument panel
· Instrument panel storage bin
· Instrument panel silver bezel
· Instrument panel satin silver bezel
· Instrument cluster w/display screen
· 120-mph speedometer
· Tachometer
· Temp & compass gauge
· Traveler/mini trip computer
· Decklid/liftgate ajar warning lamp
· Door ajar warning lamp
· Pwr windows w/front 1-touch down
· Pwr door locks
· Pwr trunklid release
· Speed control
· Remote keyless entry
· Pwr convertible top & windows down key fob
· Pwr accessory delay
· Air conditioning
· Air filtering
· Rear window defroster
· Locking glove box
· Analog clock
· 12V pwr outlet in center console
· 12V auxiliary pwr outlet
· Premium door trim panel
· Rearview mirror w/reading lamps
· Dual sun visors w/vanity mirrors
· Illuminated entry
· Rear courtesy console lamp
· Trunk lamp
· Trunk mat
· Trunk dress up
· Urethane shift knob
· Color-keyed park brake lever

## SAFETY

· Brake/park interlock
· Advanced multistage front air bags
· Supplemental side air bags
· Supplemental front seat side air bags
· Occupant classification sensor
· Child seat upper tether anchors
· Child seat anchor system (LATCH) ready
· Tire pressure monitoring display
· Internal emergency trunk release
· Dual note horns

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **18** |  Fuel Economy Information | **26** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| MSRP | **$29,210.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| Federal Emissions | $0 |
| Flex Fuel System | $0 |
| 28 E Touring Customer Preferred Order Selection PKG | $0 |
|   • 2.7L V6 engine<br>  • 4-speed VLP auto trans | |
| Bright Silver Metallic | $0 |
| Black Cloth Top | $0 |
| Dark Slate Gray, Premium Cloth Bucket Seats | $0 |
| 6 S7 Order Code | $0 |
| Body Color Molding | $75 |
| Highbeam Daytime Running Headlamps | $40 |
| Original Shipping Charge | $750 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $30,075.00 |

### Get more information on your smartphone:



# California Motors Direct - Stanton

ocmotorsdirect.com
714-947-1900

| | |
|---|---|
| Year: 2010 | Engine: V6 Cylinder Engine |
| Make: Dodge | Transmission: 6-SPEED AUTOMATIC TRANSMISSION |
| Model: Avenger 4dr Sdn R/T | Exterior: White Gold |
| VIN: 1B3CC5FV3AN146239 | Interior: Dark Slate Gray |

## MECHANICAL

· 2.4L DOHC dual VVT 16-valve I4 engine (REQ: NAA Emissions)
· 4-speed automatic transmission (N/A w/EGF Engine)
· Front wheel drive
· 525-amp maintenance-free battery
· 120-amp alternator
· Normal duty suspension
· Front stabilizer bar
· Pwr rack & pinion steering
· 4-wheel anti-lock disc brakes

## EXTERIOR

· 17" x 6.5" aluminum wheels
· P215/60R17 all-season BSW tires
· Compact spare tire
· Trunk lid spoiler
· Body-color fascias
· Bright/black grille
· Quad optics headlamps
· Headlamp off time delay
· Fog lamps
· Pwr heated fold away mirrors
· Tinted glass windows
· Front & rear solar control glass
· Variable-intermittent windshield wipers
· Body-color door handles
· Hood insulation

## ENTERTAINMENT

· Media center 230 -inc: AM/FM stereo, 6-disc CD/DVD/MP3 player
· Sirius satellite radio w/(1) year service
· Audio input jack
· (6) speakers
· Removable short mast antenna

## INTERIOR

· Leather-trimmed front bucket seats
· Low back bucket seats
· Heated front seats
· 8-way pwr driver seat
· Manual driver lumbar
· Front passenger fold-flat seat
· 60/40 folding rear bench seat
· Rear seat armrest
· Center console w/instrument panel storage bin
· Center console w/cushioned armrest
· Center console 12V pwr outlet
· Floor console w/sliding armrest
· Floor carpet
· Front & rear floor mats
· Tilt/telescopic steering column
· Leather-wrapped steering wheel
· Steering wheel audio controls

· Instrument cluster w/LED lighting
· 120-MPH speedometer
· Tachometer
· Outside temp display
· Decklid/liftgate ajar warning lamp
· Door ajar warning lamp
· Pwr windows w/driver 1-touch
· Pwr door locks
· Keyless entry
· Pwr accessory delay
· Pwr trunk lid release
· Speed control
· Sentry Key theft deterrent system
· Security alarm
· Air conditioning
· Air filtering
· Rear window defroster
· 12V auxiliary pwr outlet
· Chill zone storage bin
· Silver instrument panel bezel w/chrome accent
· Premium door trim panel
· Rearview day/night mirror
· Dual visors w/illuminated vanity mirrors
· Front & rear aimable LED lamps
· Illuminated entry
· Trunk lamp
· Driver sunglass holder
· Passenger assist handles
· Leather-wrapped shift knob
· Trunk dress-up
· Decklid liner
· Trunk mat

## SAFETY

· Brake/park interlock
· Front advanced multi-stage airbags -inc: front passenger occupant sensor
· Supplemental front seat side airbags
· Supplemental front & rear side-curtain airbags
· Supplemental side airbags
· Front height adjustable shoulder belts
· Rear center 3-point seat belt
· Active head restraints
· Child seat anchor system, LATCH ready
· Child seat upper tether anchors
· Rear door child protection locks
· Tire pressure monitor warning lamp
· Inside trunk emergency release
· Dual-note horn

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **16** |  Fuel Economy Information | **27** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| | |
|---|---|
| **MSRP** | **$21,730.00** |
| **INSTALLED OPTIONS** | |
| Federal Emissions | $0 |
| 3.5 L Mpi 24 Valve Ho V6 Engine | $2,050 |
| 6 Speed Automatic Transmission | $200 |
| 26 L Customer Preferred Order Selection PKG | $0 |
| 18" X 7.0" Aluminum Wheels | $0 |
| P215/55 R18 All Season Performance BSW Tires | included |
| White Gold | $0 |
| Dark Slate Gray, Leather Trimmed Front Bucket Seats | $0 |
| Premium Convenience Group | $965 |
| Media Center 430 | $300 |
| Original Shipping Charge | $750 |
| **RETAIL PRICE (ORIGINALLY NEW)** | **$25,995.00** |

### Get more information on your smartphone:





www.BillMarsh.com
800-596-2774

| | |
|---|---|
| Year: 2011 | Engine: V6 Cylinder Engine |
| Make: Dodge | Transmission: 6-SPEED AUTOMATIC TRANSMISSION W/AUTOSTICK -inc: tip start |
| Model: Avenger 4dr Sdn Heat | Colors: Redline 2-Coat Pearl / Black Interior |
| VIN: 1B3BD1FG9BN509244 | Mileage: 83,766     Stock #: BH25758 |

## MECHANICAL

· 3.6L VVT flex-fuel 24-valve V6 engine - inc: 160-amp alternator, dual exhaust w/bright tips, engine oil cooler
· 6-speed automatic transmission w/Autostick -inc: tip start
· Front wheel drive
· 525-amp maintenance-free battery
· 140-amp alternator
· Touring suspension
· Front & rear stabilizer bars
· Pwr rack & pinion steering
· 4-wheel anti-lock disc brakes

## EXTERIOR

· 18" x 7.0" aluminum wheels
· P225/50R18 all-season touring BSW tires
· Compact spare tire
· Trunklid spoiler
· Body-color fascias
· Bright/black grille
· Automatic headlamps
· Quad optics headlamps
· Headlamp off time delay
· Premium fog lamps
· LED tail lamps
· Body colored pwr heated fold away mirrors
· Tinted glass windows
· Front & rear solar control glass
· Laminated windshield & front door glass
· Variable-intermittent windshield wipers
· Body-color door handles
· Hood insulation

## ENTERTAINMENT

· Media center 430 -inc: AM/FM stereo w/CD/DVD/MP3 player, 30GB hard drive w/6700 song capacity, 6.5" touch screen
· SIRIUS satellite radio w/ year service *Not available in Guam, Puerto Rico, Dominican Republic, St. Thomas/US Virgin Islands and Barbados*
· Audio input jack
· speakers
· Removable short mast antenna

## INTERIOR

· Premium cloth front bucket seats
· Low back bucket seats
· Red seat inserts
· 8-way pwr driver seat
· Manual driver lumbar
· 60/40 folding rear bench seat w/pass-through
· Rear seat armrest
· Center console w/instrument panel storage bin
· Center console 12V pwr outlet
· Floor console w/sliding armrest
· Floor carpet
· Front & rear floor mats
· Tilt/telescopic steering column
· Leather-wrapped steering wheel

· Steering wheel audio controls
· Instrument cluster w/LED lighting
· Instrument cluster display screen
· Tachometer
· Temperature & compass gauge
· Trip computer
· Decklid/liftgate ajar warning lamp
· Door ajar warning lamp
· Pwr windows w/driver 1-touch
· Pwr door locks
· Keyless entry
· Pwr accessory delay
· Pwr trunk lid release
· Speed control
· Sentry Key theft deterrent system
· Security alarm
· Air conditioning w/auto temp control
· Air filtering
· Rear window defroster
· 12V auxiliary pwr outlet
· Silver instrument panel bezel
· Rearview day/night mirror
· Dual visors w/illuminated vanity mirrors
· Front & rear aimable LED lamps
· Illuminated entry
· Trunk lamp
· Glove box lamp
· Rear passenger assist handles
· Leather-wrapped shift knob
· Trunk dress-up
· Decklid liner
· Trunk mat

## SAFETY

· Electronic stability program
· Traction control
· Front advanced multi-stage airbags -inc: front passenger occupant sensor
· Supplemental front seat side airbags
· Supplemental front & rear side-curtain airbags
· Supplemental side airbags
· Front height adjustable shoulder belts
· Rear center 3-point seat belt
· Active head restraints
· Child seat anchor system, LATCH ready
· Child seat upper tether anchors
· Rear door child protection locks
· Tire pressure monitoring display
· Inside trunk emergency release
· Dual-note horn

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **19** |  Fuel Economy Information | **29** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

### INSTALLED OPTIONS

| | |
|---|---|
| 50 State Emissions | $0 |
| 27 W Heat Customer Preferred Order Selection PKG | $705 |

- 3.6L V6 engine
- 6-speed auto trans
- 18" x 7" aluminum wheels
- P225/50R18 all-season BSW touring tires
- automatic headlamps
- 30GB hard drive w/6700 song capacity
- 6.5" touch screen display
- Media Center 430 CD/DVD/MP3/HDD radio
- premium fog lamps
- red seat inserts
- touch screen display monitor
- trunklid spoiler

| | |
|---|---|
| Redline 2 Coat Pearl | $295 |
| Black Interior, Premium Cloth Low Back Front Bucket Seats | $0 |
| PWR Express Open/Close Sunroof | $845 |
| Original Shipping Charge | $750 |

## *Comments*

IMPORTANT NOTICE: The vehicle described above is a used vehicle. This "Original Window Sticker" was created by a third party vendor based on information set forth in the original new vehicle Monroney sticker; therefore, the equipment and options described herein represent original factory-installed items, and any Warranty Coverage, Vehicle Prices, Manufacturer Suggested Retail Price (MSRP), Installed Options or Optional Equipment Prices, and/or Destination, Delivery, Freight and Handling, or Original Shipping Charges are from the original new vehicle window sticker and DO NOT represent costs or charges being assessed by the dealer. Dealer makes no representations or warranties, express or implied, as to the accuracy or reliability of the information in this window sticker, and is not responsible for any errors or omissions or missing, damaged, removed or third-party installed equipment/options.



www.creditnow.com
866-864-9899

| | |
|---|---|
| Year:  2012<br>Make:  Dodge<br>Model:  Avenger 4dr Sdn SE<br>VIN:  1C3CDZABXCN128568 | Engine:  2.4L DOHC DUAL VVT 16-VALVE I4 ENGINE<br>Transmission:  4-SPEED AUTOMATIC TRANSMISSION<br>Exterior:  Tungsten Metallic<br>Interior:  Black Interior |

## MECHANICAL

· 2.4L DOHC dual VVT 16-valve I4 engine (REQ: NAA Emissions)
· Front wheel drive
· 525-amp maintenance-free battery
· 140-amp alternator
· GVW rating, 4600#
· Touring suspension
· Front & rear stabilizer bars
· Pwr rack & pinion steering
· 4-wheel anti-lock disc brakes

## EXTERIOR

· 17" wheel covers
· Compact spare tire
· Body-color fascias
· Bright/black grille
· Quad optics headlamps
· Headlamp off time delay
· LED tail lamps
· Pwr mirrors
· Tinted glass windows
· Front & rear solar control glass
· Laminated windshield & front door glass
· Variable-intermittent windshield wipers
· Body-color door handles
· Hood insulation

## ENTERTAINMENT

· (4) speakers
· Removable short mast antenna

## INTERIOR

· Driver seat height adjust
· Manual driver seat adjust
· Manual driver lumbar
· 60/40 folding rear bench seat w/pass-through
· Rear seat armrest
· Center console w/instrument panel storage bin
· Floor console w/sliding armrest
· Floor carpet
· Tilt/telescopic steering column
· Steering wheel audio controls

· Instrument cluster w/LED lighting
· Tachometer
· Outside temp display
· Decklid/liftgate ajar warning lamp
· Door ajar warning lamp
· Pwr windows w/driver 1-touch down
· Pwr accessory delay
· Pwr trunk lid release
· Speed control
· Sentry Key theft deterrent system
· Security alarm
· Air conditioning
· Air filtering
· Rear window defroster
· Silver instrument panel bezel
· Rearview day/night mirror
· Driver side visor w/vanity mirror
· Passenger side visor w/vanity mirror
· Front courtesy/map lamps
· Illuminated entry
· Trunk lamp
· Glove box lamp
· Trunk dress-up
· Decklid liner

## SAFETY

· Brake/park interlock
· Front advanced multi-stage airbags -inc: front passenger occupant sensor
· Supplemental front & rear side-curtain airbags
· Front height adjustable shoulder belts
· Rear center 3-point seat belt
· Active head restraints
· Child seat anchor system, LATCH ready
· Child seat upper tether anchors
· Rear door child protection locks
· Tire pressure monitor warning lamp
· Inside trunk emergency release
· Dual-note horn

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **21** |  Fuel Economy Information | **29** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| MSRP | **$18,995.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| Federal Emissions | $0 |
| *24 Y Se Customer Preferred Order Selection PKG* | $0 |
| • 2.4L DOHC I4 engine<br>• 4-speed auto trans | |
| Tungsten Metallic | $0 |
| Black Interior, Premium Cloth Low Back Front Bucket Seats | $0 |
| Original Shipping Charge | $995 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $19,990.00 |

### Get more information on your smartphone:





www.BillMarsh.com
800-596-2774

| | |
|---|---|
| Year:  2013 | Engine:  2.4L DOHC DUAL VVT 16-VALVE I4 ENGINE |
| Make:  Dodge | Transmission:  Automatic 4-spd |
| Model:  Avenger 4dr Sdn SE | Exterior:  Black |
| VIN:  1C3CDZAB5DN753879 | Interior:  Black Interior |

## MECHANICAL

· 2.4L DOHC dual VVT 16-valve I4 engine (REQ: NAA Emissions)
· Front wheel drive
· 525-amp maintenance-free battery
· 140-amp alternator
· GVW rating, 4600#
· Touring suspension
· Front & rear stabilizer bars
· 4-wheel anti-lock disc brakes

## EXTERIOR

· 17" wheel covers
· Compact spare tire
· Body-color fascias
· Bright/black grille
· Quad optics headlamps
· Headlamp off time delay
· LED tail lamps
· Pwr mirrors
· Tinted glass windows
· Front & rear solar control glass
· Laminated windshield & front door glass
· Variable-intermittent windshield wipers
· Body-color door handles
· Hood insulation

## ENTERTAINMENT

· (4) speakers
· Removable short mast antenna

## INTERIOR

· Driver seat height adjust
· Manual driver seat adjust
· Manual driver lumbar
· 60/40 folding rear bench seat w/pass-through
· Rear seat armrest
· Center console w/instrument panel storage bin
· Floor console w/sliding armrest
· Floor carpet
· Front & rear floor mats
· Tilt/telescopic steering column
· Steering wheel audio controls

· Instrument cluster w/LED lighting
· Tachometer
· Outside temp display
· Decklid/liftgate ajar warning lamp
· Door ajar warning lamp
· Pwr windows w/driver 1-touch down
· Pwr accessory delay
· Pwr trunk lid release
· Speed control
· Sentry Key theft deterrent system
· Security alarm
· Air conditioning
· Air filtering
· Rear window defroster
· Silver instrument panel bezel
· Rearview day/night mirror
· Driver side visor w/vanity mirror
· Passenger side visor w/vanity mirror
· Front courtesy/map lamps
· Illuminated entry
· Trunk lamp
· Glove box lamp
· Trunk dress-up
· Decklid liner

## SAFETY

· Brake/park interlock
· Front advanced multi-stage airbags -inc: front passenger occupant sensor
· Supplemental front & rear side-curtain airbags
· Front height adjustable shoulder belts
· Rear center 3-point seat belt
· Active head restraints
· Child seat anchor system, LATCH ready
· Child seat upper tether anchors
· Rear door child protection locks
· Tire pressure monitor warning lamp
· Inside trunk emergency release
· Dual-note horn

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **21** |  Fuel Economy Information | **28** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| **MSRP** | **$19,795.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| Federal Emissions | $0 |
| *24 Y Se Customer Preferred Order Selection PKG* | $0 |
|   • 2.4L DOHC I4 engine | |
|   • 4-speed auto trans | |
| Black | $0 |
| Black Interior, Premium Cloth Low Back Front Bucket Seats | $0 |
| Front License Plate Attachment Screws | $0 |
| Siriusxm Satellite Radio W/(1) Year Service | $195 |
| Original Shipping Charge | $995 |
| **RETAIL PRICE (ORIGINALLY NEW)** | **$20,985.00** |

## Get more information on your smartphone:





mikemurphyford.com
309-263-2311

| | |
|---|---|
| Year: 2014 | Engine: 2.4L I4 DOHC 16V DUAL VVT |
| Make: Dodge | Transmission: 4-SPEED AUTOMATIC VLP |
| Model: Avenger 4dr Sdn SE | Exterior: Bright White Clearcoat |
| VIN: 1C3CDZAB7EN115926 | Interior: Black |

## MECHANICAL

· Front-Wheel Drive
· 3.91 Axle Ratio
· 525CCA Maintenance-Free Battery w/Run Down Protection
· 140 Amp Alternator
· Gas-Pressurized Shock Absorbers
· Front And Rear Anti-Roll Bars
· Touring Suspension
· Hydraulic Power-Assist Steering
· 16.9 Gal. Fuel Tank
· Single Stainless Steel Exhaust
· Strut Front Suspension w/Coil Springs
· Multi-Link Rear Suspension w/Coil Springs
· 4-Wheel Disc Brakes w/4-Wheel ABS, Front Vented Discs, Brake Assist and Hill Hold Control

## EXTERIOR

· Wheels: 17" x 6.5" Steel
· Tires: P225/55R17 BSW AS Touring
· 17" Wheel Covers
· Steel Spare Wheel
· Compact Spare Tire Mounted Inside Under Cargo
· Clearcoat Paint
· Body-Colored Front Bumper
· Body-Colored Rear Bumper
· Black Side Windows Trim and Black Front Windshield Trim
· Body-Colored Door Handles
· Black Power Side Mirrors
· Fixed Rear Window w/Defroster
· Light Tinted Glass
· Speed Sensitive Variable Intermittent Wipers
· Galvanized Steel/Aluminum Panels
· Chrome Grille
· Trunk Rear Cargo Access
· Auto Off Aero-Composite Halogen Headlamps w/Delay-Off
· Perimeter/Approach Lights
· LED Brakelights
· Laminated Glass

## ENTERTAINMENT

· Radio: Uconnect 130 AM/FM/CD/MP3
· Radio w/Clock and Steering Wheel Controls
· 4 Speakers
· Graphic Equalizer
· Integrated Roof Antenna

## INTERIOR

· Front Seats w/Premium Cloth Back Material and Manual Driver Lumbar
· 6-Way Driver Seat -inc: Manual Recline, Height Adjustment, Fore/Aft Movement and Manual Lumbar Support
· 4-Way Passenger Seat -inc: Manual Recline and Fore/Aft Movement
· 60-40 Folding Bench Front Facing Fold Forward Seatback Rear Seat
· Manual Tilt/Telescoping Steering Column
· Gauges -inc: Speedometer, Odometer, Engine Coolant Temp, Tachometer and Trip Odometer

· Power Rear Windows
· Front Cupholder
· Rear Cupholder
· Remote Keyless Entry w/Integrated Key Transmitter, Illuminated Entry and Panic Button
· Remote Releases -Inc: Power Cargo Access
· Cruise Control w/Steering Wheel Controls
· Manual Air Conditioning
· HVAC -inc: Underseat Ducts
· Illuminated Glove Box
· Driver Foot Rest
· Interior Trim -inc: Metal-Look Instrument Panel Insert and Chrome/Metal-Look Interior Accents
· Full Cloth Headliner
· Cloth Door Trim Insert
· Urethane Gear Shift Knob
· Premium Cloth Bucket Seats
· Day-Night Rearview Mirror
· Driver And Passenger Visor Vanity Mirrors
· Full Floor Console w/Covered Storage and 2 12V DC Power Outlets
· Front Map Lights
· Fade-To-Off Interior Lighting
· Full Carpet Floor Covering -inc: Carpet Front And Rear Floor Mats
· Carpet Floor Trim and Carpet Trunk Lid/Rear Cargo Door Trim
· Cargo Space Lights
· FOB Controls -inc: Trunk/Hatch/Tailgate
· Instrument Panel Bin, Driver / Passenger And Rear Door Bins
· Power 1st Row Windows w/Driver 1-Touch Down
· Delayed Accessory Power
· Power Door Locks w/Autolock Feature
· Outside Temp Gauge
· Analog Display
· Manual Anti-Whiplash w/Tilt Front Head Restraints and Fixed Rear Head Restraints
· Sliding Front Center Armrest w/Storage and Rear Center Armrest w/Pass-Thru
· 1 Seatback Storage Pocket
· Perimeter Alarm
· Sentry Key Engine Immobilizer
· 2 12V DC Power Outlets
· Air Filtration

## SAFETY

· Electronic Stability Control
· ABS And Driveline Traction Control
· Side Impact Beams
· Dual Stage Driver And Passenger Seat-Mounted Side Airbags
· Low Tire Pressure Warning
· Dual Stage Driver And Passenger Front Airbags
· Curtain 1st And 2nd Row Airbags
· Rear Child Safety Locks
· Outboard Front Lap And Shoulder Safety Belts -inc: Rear Center 3 Point, Height Adjusters and Pretensioners

| CITY MPG |  | HIGHWAY MPG |
|---|---|---|
| **21** | Fuel Economy Information | **29** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| | |
|---|---|
| **MSRP** | **$20,595.00** |
| **INSTALLED OPTIONS** | |
| Quick Order Package 24 Y Se | $0 |
| • Engine: 2.4L I4 DOHC 16V Dual VVT | |
| • Transmission: 4-Speed Automatic VLP | |
| Tires: P225/55 R17 BSW As Touring | $0 |
| Bright White Clearcoat | $0 |
| Black, Premium Cloth Bucket Seats | $0 |
| Federal Emissions | $0 |
| Manufacturer's Statement Of Origin | $0 |
| Original Shipping Charge | $995 |
| **RETAIL PRICE (ORIGINALLY NEW)** | **$21,590.00** |

### Get more information on your smartphone:



# Prestige Auto Sales

www.prestige4u.com
352-694-1234

| | |
|---|---|
| Year:   2010 | Engine:   4 Cylinder Engine |
| Make:   Dodge | Transmission:   CONTINUOUSLY VARIABLE TRANSAXLE II |
| Model:   Caliber 4dr HB Mainstreet | Exterior:   Deep Water Blue Pearl |
| VIN:   1B3CB3HA8AD546837 | Interior:   Dark Slate Gray |

## MECHANICAL

· 2.0L DOHC dual VVT 16-valve I4 engine
· Continuously variable transaxle II
· Front wheel drive
· 525 CCA maintenance-free battery
· 120-amp alternator
· Touring suspension
· Pwr rack & pinion steering
· Anti-lock front disc/rear drum brakes

## EXTERIOR

· 17" x 6.5" aluminum wheels
· P215/60R17 all-season touring BSW tires
· Compact spare tire
· Rear spoiler
· Bright grille
· Body-color fascias
· Halogen headlamps
· Fog lamps
· Pwr heated mirrors
· Solar control glass
· Variable-intermittent windshield wipers
· Rear window wiper/washer
· Liftgate door w/fixed glass
· Body-color liftgate applique
· Body-color door handles

## ENTERTAINMENT

· Media center 130 -inc: AM/FM stereo, CD/MP3 player
· Audio input jack
· iPod control
· Sirius satellite radio w/1-year service (N/A in Hawaii or Puerto Rico Region)
· (4) speakers
· Fixed mast antenna
· Uconnect voice command w/Bluetooth

## INTERIOR

· Air conditioning w/Chill Zone storage
· Premium cloth front bucket seats
· Driver seat height adjuster
· Front passenger fold-flat seat
· Rear 60/40 split recline seat
· Rear fold-flat seat
· Sliding armrest
· Full-length floor console
· Floor carpeting

· Luxury front & rear floor mats
· Tilt steering column
· Tip start
· 120-MPH speedometer
· Tachometer
· Outside temp display in odometer
· Pwr accessory delay
· Pwr windows w/driver 1-touch
· Speed-sensitive pwr door locks
· Keyless entry
· Speed control
· Sentry Key theft deterrent system
· Air filtering
· Rear seat heat ducts
· Rear window defroster
· Instrument panel cooler
· Illuminated cupholders
· Aux 12V pwr outlet
· Aux 115V pwr outlet
· Removable/rechargeable interior lamp
· Sliding sunvisors w/mirrors
· Auto-dimming rearview mirror w/microphone
· Passenger assist handles
· Front dome lamp
· Map/dome reading lamps
· Illuminated entry
· Bright interior accents
· Cluster bezel w/bright rings
· Satin silver I/P bezel
· Satin silver shift knob bezel
· Soft tonneau cover
· Cargo compartment carpeting
· Fold-flat load floor storage

## SAFETY

· Driver & front passenger multi-stage airbags -inc: front passenger occupant sensor
· Supplemental front & rear side-curtain airbags
· Active head restraints
· Tire pressure monitor warning lamp
· Child protection rear door locks
· Single low note horn

---

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **23** |  Fuel Economy Information | **27** |
| Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition | | |

## *New*

| MSRP | **$18,060.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| 50 State Emissions | $0 |
| Continuously Variable Transaxle II | $0 |
| *24 F Mainstreet Customer Preferred Order Selection PKG* | $0 |
|     • 2.0L I4 engine | |
|     • continuously variable trans | |
| Deep Water Blue Pearl | $245 |
| Dark Slate Gray, Premium Cloth Front Bucket Seats | $0 |
| Original Shipping Charge | $750 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $19,055.00 |

## Get more information on your smartphone:



# Monroe Superstore

www.monroesuperstore.com
734-430-9650

| | |
|---|---|
| Year:  2011 | Engine:  4 Cylinder Engine |
| Make:  Dodge | Transmission:  Automatic (variable gear ratios) |
| Model:  Caliber 4dr HB Mainstreet | Exterior:  Brilliant Black Crystal Pearl |
| VIN:  1B3CB3HA9BD154080 | Interior:  Dark Slate Gray Interior |

## MECHANICAL

· 2.0L DOHC dual VVT 16-valve I4 engine
· Front wheel drive
· 525 CCA maintenance-free battery
· 120-amp alternator
· Touring suspension
· Firm feel pwr rack & pinion steering
· Anti-lock front disc/rear drum brakes
· Brake assist

## EXTERIOR

· 17" x 6.5" aluminum wheels
· P215/60R17 all-season touring BSW tires
· Compact spare tire
· Rear spoiler
· Bright grille
· Body-color fascias
· Halogen headlamps
· Fog lamps
· Pwr heated mirrors
· Solar control glass
· Variable-intermittent windshield wipers
· Rear window wiper/washer
· Liftgate door w/fixed glass
· Body-color liftgate applique
· Body-color door handles

## ENTERTAINMENT

· SIRIUS satellite radio w/1-year service (N/A in Hawaii or Puerto Rico Region)
· (4) speakers
· Fixed mast antenna

## INTERIOR

· Front passenger fold-flat seat
· Sliding armrest
· Full-length floor console
· Floor carpeting
· Luxury front & rear floor mats
· Tilt steering column
· Tip start

· Tachometer
· Outside temp display in odometer
· Pwr accessory delay
· Pwr windows w/driver 1-touch
· Speed control
· Sentry Key theft deterrent system
· Air conditioning w/Chill Zone storage
· Air filtering
· Rear seat heat ducts
· Rear window defroster
· Instrument panel cooler
· Illuminated cupholders
· Removable/rechargeable interior lamp
· Sliding sunvisors w/mirrors
· Auto-dimming rearview mirror
· Passenger assist handles
· Front dome lamp
· Map/dome reading lamps
· Illuminated entry
· Bright interior accents
· Cluster bezel w/bright rings
· Satin silver instrument panel bezel
· Satin silver prndl bezel
· Soft tonneau cover
· Cargo compartment carpeting
· Fold-flat load floor storage

## SAFETY

· Electronic stability control
· Driver & front passenger multi-stage airbags -inc: front passenger occupant sensor
· Supplemental front & rear side-curtain airbags
· Front height adjust shoulder belts
· Front passenger seat belt alert
· Active head restraints
· Child protection rear door locks
· Single low note horn

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **23** |  | **27** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| MSRP | $18,620.00 |
|---|---|
| **INSTALLED OPTIONS** | |
| 50 State Emissions | $0 |
| 24 F Mainstreet Customer Preferred Order Selection PKG | $0 |
| • 2.0L I4 engine | |
| • continuously variable trans | |
| Brilliant Black Crystal Pearl | $0 |
| Dark Slate Gray Interior, Premium Cloth Front Bucket Seats | $0 |
| 6 Way PWR Driver Seat | $120 |
| Original Shipping Charge | $750 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $19,490.00 |

## Get more information on your smartphone:



# Mullinax Ford Olympia

| | |
|---|---|
| Year:  2012<br>Make:  Dodge<br>Model:  Caliber 4dr HB SXT<br>VIN:  1C3CDWDA5CD533504 | Engine:  4 Cylinder Engine<br>Transmission:  CONTINUOUSLY VARIABLE TRANSAXLE II -inc: Autostick auto trans, tip start<br>Exterior:  Bright Silver Metallic<br>Interior:  Dark Slate/Medium Graystone Interior |

## MECHANICAL

· 2.0L DOHC dual VVT 16-valve I4 engine
· Continuously variable transaxle II -inc: Autostick auto trans, tip start
· Front wheel drive
· 525 CCA maintenance-free battery
· 120-amp alternator
· Touring suspension
· Firm feel pwr rack & pinion steering
· Anti-lock 4-wheel disc brakes
· Brake assist

## EXTERIOR

· 17" x 6.5" aluminum wheels
· P215/60R17 all-season touring BSW tires
· Compact spare tire
· Rear spoiler
· Bright grille
· Body-color fascias
· Halogen headlamps
· Fog lamps
· Pwr heated mirrors
· Solar control glass
· Variable-intermittent windshield wipers
· Rear window wiper/washer
· Liftgate door w/fixed glass
· Body-color liftgate applique
· Body-color door handles

## ENTERTAINMENT

· Media center 130 -inc: AM/FM stereo, CD/MP3 player
· Audio input jack
· SIRIUS satellite radio w/1-year service (N/A in Hawaii or Puerto Rico Region)
· (4) speakers
· Fixed mast antenna

## INTERIOR

· Premium cloth front bucket seats
· Driver seat height adjuster
· Front passenger fold-flat seat
· Rear 60/40 split recline seat
· Rear fold-flat seat
· Sliding armrest
· Full-length floor console
· Floor carpeting
· Luxury front & rear floor mats
· Tilt steering column

· Tip start
· Tachometer
· Outside temp display in odometer
· Pwr accessory delay
· Pwr windows w/driver 1-touch
· Speed-sensitive pwr door locks
· Keyless entry
· Speed control
· Sentry Key theft deterrent system
· Air conditioning w/Chill Zone storage
· Air filtering
· Rear seat heat ducts
· Rear window defroster
· Instrument panel cooler
· Illuminated cupholders
· Aux 12V pwr outlet
· Aux 115V pwr outlet
· Removable/rechargeable interior lamp
· Sliding sunvisors w/mirrors
· Auto-dimming rearview mirror
· Passenger assist handles
· Front dome lamp
· Map/dome reading lamps
· Illuminated entry
· Bright interior accents
· Cluster bezel w/bright rings
· Satin silver instrument panel bezel
· Satin silver shift knob bezel
· Soft tonneau cover
· Cargo compartment carpeting
· Fold-flat load floor storage

## SAFETY

· Electronic stability control
· Driver & front passenger multi-stage airbags -inc: front passenger occupant sensor
· Supplemental front & rear side-curtain airbags
· Front height adjust shoulder belts
· Front passenger seat belt alert
· Active head restraints
· Child protection rear door locks
· Tire pressure monitor warning lamp
· Single low note horn

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **23** |  Fuel Economy Information | **27** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| MSRP | $18,765.00 |
|---|---|
| **INSTALLED OPTIONS** | |
| 50 State Emissions | $0 |
| 24 F SXT Customer Preferred Order Selection PKG | $0 |
| • 2.0L I4 engine<br>• continuously variable trans | |
| Bright Silver Metallic | $0 |
| Dark Slate/Medium Graystone Interior, Premium Cloth Front Bucket Seats | $0 |
| Original Shipping Charge | $750 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $19,515.00 |

### Get more information on your smartphone:



# Prestige Auto Sales

www.prestige4u.com
352-694-1234

| | |
|---|---|
| Year:   2010 | Engine:   V6 Cylinder Engine |
| Make:   Dodge | Transmission:   Automatic 4-spd |
| Model:   Nitro 4WD 4dr Heat | Exterior:   Inferno Red Crystal Pearl |
| VIN:   1D4PU4GK9AW165533 | Interior:   Dark Slate Gray |

## MECHANICAL

· 3.7L gas V6 engine
· Auxiliary transmission oil cooler
· Part time 4-wheel drive
· 600-amp maintenance free battery
· 140-amp alternator
· 3.73 axle ratio
· Dana 30/186mm front axle
· 8.25" rear axle ring gear
· Compact spare tire w/tire carrier winch
· Pwr rack & pinion steering

## EXTERIOR

· Deep tint sunscreen glass (all windows rearward of B-pillar)
· Light-tinted solar control glass (all windows forward of B-Pillar)
· Body color front/rear fascias
· Body color bodyside moldings
· Body color fender flares
· Body color w/chrome accent grille
· Roof rack side rails
· Fog lamps
· Headlamp off time delay
· Fold-away heated pwr mirrors
· Black license plate brow
· Variable intermittent windshield wipers
· Rear window wiper/washer

## ENTERTAINMENT

· Media center 130 AM/FM/CD/MP3 stereo
· (6) speakers
· Auxiliary audio input

· Sirius satellite radio -inc: 1yr Sirius satellite radio service

## INTERIOR

· Stain repel seat fabric
· Front passenger forward fold flat seat
· Rear 60/40 split folding reclining seat
· Luxury front/rear floor mats
· Center floor console
· Tilt steering column
· Pwr windows w/driver one-touch
· Power accessory delay
· Sentry Key theft deterrent system
· Air conditioning
· Rear window defroster
· Cabin air filtering
· 12V auxiliary pwr outlet
· Map/dome reading lamps
· Illuminated entry
· Rear dome lamp
· Reversible/waterproof cargo storage

## SAFETY

· Electronic roll mitigation
· 4-wheel anti-lock pwr disc brakes
· Brake assist
· Supplemental side curtain front/rear air bags
· LATCH-ready child seat anchor system
· Tire pressure monitoring warning lamp
· Dual note horn
· Active head restraints

| CITY MPG |  | HIGHWAY MPG |
|---|---|---|
| **15** | Fuel Economy Information | **21** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| **MSRP** | **$23,340.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| 50 State Emissions | $0 |
| 3.7 L Gas V6 Engine | $0 |
| 4 Speed Automatic VLP Transmission | $0 |
| 24 C Heat Customer Preferred Order Selection PKG | $0 |
| • 3.7L V6 engine | |
| • 4-speed auto trans | |
| Inferno Red Crystal Pearl | $295 |
| Dark Slate Gray, Cloth Bucket Seats | $0 |
| 20" X 7.5" Aluminum Chrome Clad Wheels | $0 |
| • performance suspension | |
| P245/50 R20 All Season Performance VSB Tires | $0 |
| Original Shipping Charge | $750 |
| **RETAIL PRICE (ORIGINALLY NEW)** | **$24,385.00** |

### Get more information on your smartphone:





www.BillMarsh.com
800-596-2774

| | |
|---|---|
| Year:  2011 | Engine:  V6 Cylinder Engine |
| Make:  Dodge | Transmission:  Automatic 5-spd |
| Model:  Nitro 4WD 4dr Heat | Colors:  Redline 2 Coat Pearl / Dark Slate Gray Interior |
| VIN:  1D4PU4GX9BW563998 | Mileage:  78,295                                Stock #: BH25275 |

## MECHANICAL

· Auxiliary transmission oil cooler
· Part time 4-wheel drive
· 600-amp maintenance free battery
· Performance tuned suspension
· 140-amp alternator
· 3.73 axle ratio
· Dana 30/186mm front axle
· 8.25" rear axle ring gear
· Compact spare tire w/tire carrier winch
· Pwr rack & pinion steering

## EXTERIOR

· Deep tint sunscreen glass (all windows rearward of B-pillar)
· Body color front/rear fascias
· Body color bodyside moldings
· Body color fender flares
· Body color w/chrome accent grille
· Roof rack side rails
· Fog lamps
· Headlamp off time delay
· Fold-away heated pwr mirrors
· Black license plate brow
· Variable intermittent windshield wipers
· Rear window wiper/washer

## ENTERTAINMENT

· (6) speakers

## INTERIOR

· Front passenger forward fold flat seat
· Rear 60/40 split folding reclining seat

· Luxury front/rear floor mats
· Center floor console
· Tilt steering column
· Instrument cluster w/tachometer
· Pwr windows w/driver one-touch
· Power accessory delay
· Sentry Key theft deterrent system
· Air conditioning
· Rear window defroster
· Cabin air filtering
· 12V auxiliary pwr outlet
· Map/dome reading lamps
· Illuminated entry
· Rear dome lamp
· Reversible/waterproof cargo storage

## SAFETY

· Electronic roll mitigation
· 4-wheel anti-lock pwr disc brakes
· Brake assist
· Supplemental side curtain front/rear air bags
· Enhanced accident response system
· LATCH-ready child seat anchor system
· Rear door child protection locks
· Tire pressure monitoring warning lamp
· Dual note horn
· Active head restraints

### CITY MPG
**16**


Fuel Economy Information

### HIGHWAY MPG
**21**

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## INSTALLED OPTIONS

| | |
|---|---|
| 50 State Emissions | $0 |
| 4.0 L Sohc V6 Engine | $0 |
| 5 Speed Automatic Transmission | $0 |
| 28 D Heat Customer Preferred Order Selection PKG | $1,800 |

  • 4.0L V6 engine
  • 5-speed auto trans
  • (8) amplified speakers
  • subwoofer
  • security alarm
  • speed control
  • UConnect hands-free communication w/voice command
  • auto dimming rear view mirror w/microphone

| | |
|---|---|
| Redline 2 Coat Pearl | $245 |
| 20" X 7.5" Aluminum Wheels | $495 |
| PWR Sunroof | $895 |

  • overhead console

| | |
|---|---|
| Original Shipping Charge | $750 |


LEE leeauto.com AUTO MALLS
Credit Now
Maine's #1 Used Vehicle Dealer

www.creditnow.com
866-864-9899

Year:  2009
Make:  Dodge
Model:  Ram 1500 4WD Quad Cab 140.5" SLT
VIN:  1D3HV18PX9S804438

Engine:  8 Cylinder Engine
Transmission:  5-SPEED AUTOMATIC TRANSMISSION
Exterior:  Mineral Gray Metallic
Interior:  Dark slate gray

## MECHANICAL

· 4.7L V8 engine (REQ: NAS 50-State Emissions)
· Next generation engine controller
· HD transmission oil cooler
· Auxiliary transmission oil cooler
· Electronic shift-on-the-fly part-time transfer case
· Multi-link coil rear suspension
· Corporate 9.25 rear axle
· Four wheel drive
· HD engine cooling
· 625-amp maintenance-free battery
· 160-amp alternator
· Tip start electronic starting feature
· 7 pin wiring harness
· Trailer tow w/4-pin connector wiring
· 6700# GVWR
· HD front shock absorbers
· HD rear shock absorbers
· Front stabilizer bar
· Rear stabilizer bar
· Pwr rack & pinion steering
· Anti-lock 4-wheel disc brakes

## EXTERIOR

· (4) full-size doors
· 17" steel spare wheel
· Full-size spare tire
· Tire carrier winch
· Bright front bumper
· Bright rear bumper
· Body-color upper front fascia
· Front wheel air deflectors
· Rear wheel air deflectors
· Bright grille
· Automatic headlamps
· Halogen headlamps
· Black folding pwr heated outside mirrors
· Deep tinted windows
· Variable intermittent windshield wipers

· Cargo lamp
· Body-color/chrome door handles
· Front license plate bracket
· Removable tailgate w/caliper latches
· Locking tailgate

## ENTERTAINMENT

· (6) speakers
· Fixed long mast antenna

## INTERIOR

· Cruise control
· Carpeted floor covering
· Front/rear floor mats
· Floor tunnel insulation
· Tilt steering column
· Temp & compass gauge
· Trip computer
· Vehicle information center
· Pwr accessory delay
· Sentry Key theft deterrent system
· Air conditioning
· Color-keyed instrument panel bezel
· Premium vinyl door trim w/map pocket
· Day/night rearview mirror
· Overhead console w/reading lamps
· Dual assist handles
· Dome lamp
· Column-mounted shifter
· Chrome accent shift knob
· Rear under seat storage compartment
· Dual note horn

## SAFETY

· Brake assist
· Electronic stability program
· Driver/front passenger multistage airbags
· Front seat side-impact airbags
· Front/rear side curtain airbags
· Front-passenger occupant-classification system
· Front seat belt height adjusters
· Child safety door locks
· Tire pressure monitor

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **13** | Fuel Economy Information | **18** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| MSRP | $32,945.00 |
|---|---|
| **INSTALLED OPTIONS** | |
| 50 State Emissions | $0 |
| Flex Fuel System | $0 |
| 24 G SLT Customer Preferred Order Selection PKG | $0 |
| · 4.7L V8 engine | |
| · 5-speed auto trans | |
| 3.55 Axle Ratio | $0 |
| Mineral Gray Metallic | $0 |
| Dark Slate Gray, Cloth 40/20/40 Bench Seat | $0 |
| Under Rail Box Bed Liner | $245 |
| Original Shipping Charge | $900 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $34,090.00 |

## Get more information on your smartphone:





www.maxxautosplus.com/
253-840-9445

| | |
|---|---|
| Year:  2010 | Engine:  8 Cylinder Engine |
| Make:  Dodge | Transmission:  5-SPEED AUTOMATIC TRANSMISSION |
| Model:  Ram 1500 4WD Crew Cab 140.5" Sport | Exterior:  Brilliant Black Pearl |
| VIN:  1D7RV1CTXAS218561 | Interior:  Dark slate gray |

## MECHANICAL

· 5.7L V8 Hemi multi-displacement VVT engine -inc: electronically controlled throttle , heavy duty engine cooling
· Next generation engine controller
· Electronically controlled throttle
· HD transmission oil cooler
· Electronic shift-on-the-fly part-time transfer case
· Multi-link coil rear suspension
· Corporate 9.25 rear axle
· Four wheel drive
· HD engine cooling
· 700-amp maintenance-free battery
· 160-amp alternator
· Tip start electronic starting feature
· 7 pin wiring harness
· Trailer tow w/4-pin connector wiring
· 6800# GVWR
· HD front shock absorbers
· HD rear shock absorbers
· Front stabilizer bar
· Rear stabilizer bar
· Pwr rack & pinion steering
· Anti-lock 4-wheel disc brakes
· Dual rear exhaust

## EXTERIOR

· (4) full-size conventional doors
· 17" steel spare wheel
· Tire carrier winch
· Bright front bumper
· Body-color rear bumper w/step pad
· Body-color front fascia
· Front wheel air deflectors
· Rear wheel air deflectors
· Bright grille
· Automatic headlamps
· Quad halogen headlamps
· Underhood lamp
· Deep tinted windows

· Variable intermittent windshield wipers
· Cargo lamp
· Body-color door handles
· Front license plate bracket
· Locking tailgate
· Body color fuel filler door

## ENTERTAINMENT

· (6) speakers
· Fixed long mast antenna

## INTERIOR

· Carpeted floor covering
· Front/rear floor mats
· Floor tunnel insulation
· Tilt steering column
· Instrument cluster w/display screen -inc: temp & compass gauge, trip computer, vehicle info center
· Cruise control
· Pwr accessory delay
· Sentry Key theft deterrent system
· Color-keyed instrument panel bezel
· Highline door trim panels
· Overhead console w/reading lamps
· Dual assist handles
· Dome lamp w/switch
· Glove box lamp
· Ash tray lamp
· Floor-mounted shifter
· Urethane shift knob
· Rear under seat storage compartment
· Dual note horn

## SAFETY

· Brake assist
· Electronic stability program
· Driver/front passenger multistage airbags
· Front seat side-impact airbags
· Front/rear side curtain airbags
· Front-passenger occupant-classification system
· Front seat belt height adjusters
· Child safety door locks
· Tire pressure monitor w/display

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **13** |  Fuel Economy Information | **18** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| MSRP | **$34,240.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| Federal Emissions | $0 |
| 5.7 L V8 Hemi Multi Displacement VVT Engine | $1,310 |
| 26 L Sport Customer Preferred Order Selection PKG | $2,925 |
| 3.55 Axle Ratio | included |
| Brilliant Black Pearl | $0 |
| Dark Slate Gray, Cloth Low Back Bucket Seats | $0 |
| Remote Start & Security Group | $335 |
| Class Iv Receiver Hitch | $335 |
| Trailer Brake Control | $230 |
| PWR Heated Black Trailer Tow Mirrors | $100 |
| Uconnect Phone W/Voice Command | $310 |
| Original Shipping Charge | $900 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $40,685.00 |

### Get more information on your smartphone:





www.BillMarsh.com
800-596-2774

| Year:  2012 | Engine:  8 Cylinder Engine |
|---|---|
| Make:  Ram | Transmission:  6-SPEED AUTOMATIC TRANSMISSION |
| Model:  1500 4WD Quad Cab 140.5" | Exterior:  Deep Cherry Red Crystal Pearl |
| VIN:  1C6RD7FT4CS346364 | Interior:  Dark Slate/Medium Graystone |

## MECHANICAL

· 3.55 axle ratio
· Next generation engine controller
· HD transmission oil cooler
· Electronic shift-on-the-fly part-time transfer case
· Four wheel drive
· HD engine cooling
· 730-amp maintenance-free battery
· 160-amp alternator
· Tip start electronic starting feature
· 7-pin wiring harness
· Trailer tow w/4-pin connector wiring
· 6'4" pickup box
· HD front shock absorbers
· HD rear shock absorbers
· Front stabilizer bar
· Rear stabilizer bar
· Pwr rack & pinion steering
· Anti-lock 4-wheel disc brakes

## EXTERIOR

· (4) conventional doors
· 17" steel spare wheel
· Tire carrier winch
· Black front bumper
· Front bumper sight shields
· Front wheel spats
· Rear wheel spats
· Auto headlamps
· Halogen headlamps
· Tinted windows
· Variable intermittent windshield wipers
· Cargo lamp

· Black door handles
· Front license plate bracket
· Locking tailgate
· Body color fuel filler door

## ENTERTAINMENT

· Uconnect 130 -inc: AM/FM stereo, CD/MP3 player
· Audio jack input for mobile devices
· (6) speakers
· Fixed long mast antenna

## INTERIOR

· Folding rear bench seat
· Floor tunnel insulation
· Tilt steering column
· Instrument cluster w/tachometer
· Pwr front windows w/1-touch up/down
· Pwr accessory delay
· Sentry Key theft deterrent system
· Air conditioning
· Black instrument panel bezel
· 12V aux pwr outlet
· Base door trim
· Day/night rearview mirror
· Assist handles
· Rear dome lamp
· Column-mounted shifter
· Rear under seat storage compartment

## SAFETY

· Electronic stability control
· Driver/front passenger multistage airbags
· Front seat side-impact airbags
· Front/rear side curtain airbags
· Front seat belt height adjusters
· Child safety door locks
· Dual note horn

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **17** | Fuel Economy Information | **25** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| MSRP | $31,105.00 |
|---|---|
| **INSTALLED OPTIONS** | |
| Federal Emissions | $0 |
| 5.7 L V8 Hemi Multi Displacement VVT Engine | $1,310 |
| 3.55 Axle Ratio | $0 |
| 17" X 8" Steel Chrome Clad Wheels | included |
| Deep Cherry Red Crystal Pearl | $0 |
| Dark Slate/Medium Graystone, Cloth 40/20/40 Bench Seat | $0 |
| ST Popular Equipment Group | $895 |
| Chrome Appearance Group | $530 |
| • 17" x 8" steel chrome clad wheels | |
| • bright front bumper | |
| • bright rear bumper | |
| • bright grille | |
| Class Iv Receiver Hitch | $335 |
| Spray In Bedliner | $475 |
| Sirius Satellite Radio | $195 |
| • 1-year radio service | |
| Carpeted Floor Covering | $110 |
| Speed Control | $250 |
| Remote Keyless Entry | $190 |
| Original Shipping Charge | $995 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $36,390.00 |

# Pilson Auto Centers

pilsonauto.com
217-234-6461

| | |
|---|---|
| Year:   2010 | Engine:   5.7L SMPI V8 HEMI ENGINE W/VARIABLE VALVE TIMING |
| Make:   Dodge | Transmission:   Automatic 5-spd |
| Model:   Ram 2500 4WD Crew Cab 149" SLT | Exterior:   Bright White |
| VIN:   3D7TT2CT3AG134543 | Interior:   Dark Slate/Medium Graystone |

## MECHANICAL

· 5.7L SMPI V8 Hemi engine w/variable valve timing
· 3.73 axle ratio
· Electronically controlled throttle
· HD engine cooling
· Tip start
· Aux transmission oil cooler
· Electronic shift-on-the-fly transfer case
· 10.5" rear axle ring gear diameter
· 5500# front axle
· Four wheel drive
· 730-amp maintenance-free battery
· 160-amp alternator
· 6'4" pickup box
· Trailer tow wiring-inc: 4-pin connector
· 7-pin wiring harness
· Class IV receiver hitch
· 8800# GVWR
· HD front shock absorbers
· HD rear shock absorbers
· Front stabilizer bar
· Pwr steering
· Pwr 4-wheel anti-lock disc brakes

## EXTERIOR

· Monotone paint
· 17" steel spare wheel
· Front wheel spats
· Rear wheel spats
· Full size spare tire
· Winch-type tire carrier
· Bright front bumper
· Bright rear bumper
· Front bumper sight shields
· Front air dam
· Bright grille
· Automatic headlamps
· Body color headlamp filler panel
· Cargo lamp

· Tinted glass
· Body color fuel filler door
· Body color/chrome door handles
· Variable speed intermittent windshield wipers
· Front license plate bracket
· Locking tailgate

## ENTERTAINMENT

· (6) speakers
· Fixed long mast antenna

## INTERIOR

· Carpeted floor covering
· Front/rear floor mats
· Tilt steering column
· Sentry Key theft deterrent system
· Instrument cluster w/display screen
· Vehicle info center
· Temp & compass gauge
· Traveler/mini trip computer
· 120-MPH primary speedometer
· Pwr accessory delay
· Speed control
· Air conditioning
· Premium vinyl door trim w/map pocket
· Color-keyed instrument panel bezel
· Overhead console
· Storage tray
· Driver/passenger assist handles
· Overhead ambient surround lighting
· Chrome accent shift knob
· 2nd row in-floor storage bins
· Rear underseat compartment storage

## SAFETY

· Advanced multistage front air bags
· Supplemental side air bags
· Supplemental side curtain front & rear air bags
· Front height adjustable shoulder belts
· Tire pressure monitoring display
· Child safety rear door locks
· Dual note horn

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **13** |  Fuel Economy Information | **18** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| MSRP | $38,480.00 |
|---|---|
| **INSTALLED OPTIONS** | |
| 26 G SLT Customer Preferred Order Selection PKG | $0 |
| Anti Spin Rear Axle | included |
| 3.73 Axle Ratio | $0 |
| 17" X 8.0" Polished Forged Aluminum Wheels W/Center Hubs | $300 |
| LT265/70 R17 E On/Off Road Owl Tires | $200 |
| Bright White | $0 |
| Dark Slate/Medium Graystone, Cloth 40/20/40 Premium Bench Seat | $900 |
| Big Horn Regional PKG | $1,795 |
| Protection Group | $100 |
| Luxury Group | $680 |
| Trailer Brake Control | included |
| Transfer Case Skid Plate Shield | included |
| Mopar Chrome Tubular Side Steps | $655 |
| Clearance Lamps | $80 |
| Black Heated PWR Trailer Tow Mirrors | $180 |
| Rear Window Defroster | -$85 |
| Original Shipping Charge | $950 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $44,235.00 |



| Year: 2011 | Engine: 6.7L I6 CUMMINS TURBO DIESEL ENGINE -inc: 11.50 rear axle, Cummins turbo diesel badg.. |
|---|---|
| Make: Ram | Transmission: 6-SPEED AUTOMATIC TRANSMISSION W/OD -inc: tip start |
| Model: 2500 4WD Crew Cab 149" Laramie | Exterior: Bright White |
| VIN: 3D7UT2CLXBG527784 | Interior: Light Pebble Beige/Dark Brown Interior |

## MECHANICAL

· 3.73 axle ratio
· Electronically controlled throttle
· HD engine cooling
· Tip start
· Next generation engine controller
· Aux transmission oil cooler
· Electronic shift-on-the-fly transfer case
· Conventional front axle
· Conventional rear axle
· 10.5" rear axle ring gear diameter
· 5500# front axle
· Four-wheel drive
· 700-amp maintenance-free battery
· 160-amp alternator
· 6'4" pickup box
· Trailer tow wiring w/4-pin connector
· 7-pin wiring harness
· Trailer brake control
· Class IV receiver hitch
· 8800# GVWR
· HD front shock absorbers
· HD rear shock absorbers
· Front stabilizer bar
· Pwr steering
· Pwr 4-wheel anti-lock disc brakes

## EXTERIOR

· 17" x 8.0" aluminum wheels
· Center hub
· 17" steel spare wheel
· Full size spare tire
· Winch-type tire carrier
· Bright front bumper
· Bright rear bumper
· Front bumper sight shields
· Accent fender flares
· Black-out tape
· Front air dam
· Bright/bright grille
· Quad halogen headlamps
· Automatic headlamps
· Body color headlamp filler panel
· Cargo lamp
· Fog lamps
· Underhood lamp
· Tinted glass
· Body color fuel filler door
· Body color/chrome door handles

· Variable speed intermittent windshield wipers
· Laramie badge
· Front license plate bracket
· Locking tailgate
· Vendor painted cargo box tracking

## ENTERTAINMENT

· 6.5" touch screen display
· (9) amplified speakers w/subwoofer
· Bluetooth streaming audio
· Fixed long mast antenna

## INTERIOR

· Front center seat cushion storage
· Carpeted floor covering
· Front/rear floor mats
· Leather-wrapped steering wheel
· Heated steering wheel
· Steering wheel mounted audio controls
· Tilt steering column
· Sentry Key theft deterrent system
· Instrument cluster w/display screen
· Vehicle info center
· Temp & compass gauge
· Traveler/mini trip computer
· 120-MPH primary speedometer
· Pwr accessory delay
· Speed control
· Security alarm
· Air conditioning w/dual zone temp control
· Deluxe door trim panel
· Woodgrain instrument panel bezel
· Overhead console w/universal garage door opener
· Storage tray
· Driver/passenger assist handles
· Dual illuminated visor vanity mirrors
· LED interior lighting
· Glove box lamp
· Rear dome lamp w/on/off switch
· Chrome accent shift knob
· 2nd row in-floor storage bins
· Rear underseat compartment storage

## SAFETY

· Advanced multistage front air bags
· Supplemental side air bags
· Supplemental side curtain front & rear air bags
· Child safety door locks
· ParkSense rear park assist system
· Front height-adjustable shoulder belts
· Tire pressure monitoring display
· Dual-note horn

## *New*

| MSRP | **$43,695.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| 50 State Emissions | $0 |
| 6.7 L I6 Cummins Turbo Diesel Engine | $7,615 |
| 6 Speed Automatic Transmission W/Od | $405 |
| 2 FH Laramie Customer Preferred Order Selection PKG | $0 |
| 3.73 Axle Ratio | $0 |
| LT265/70 R17 E On/Off Road Owl Tires | $200 |
| Lower Two Tone Paint | $0 |
| Bright White | $0 |
| White Gold | $0 |
| Light Pebble Beige/Dark Brown Interior, Leather Trimmed Bucket Seats | $500 |
| Cold Weather Group | $90 |
| Mopar Chrome Side Step & Bed Rail | $1,015 |
| Engine Block Heater | included |
| Anti Spin Rear Axle | $325 |
| Mopar Chrome Tubular Side Steps | included |
| Clearance Lamps | $80 |
| PWR Trailer Tow Mirrors | $0 |
| Media Center 730 N | $800 |
| Rear Seat Video System | $1,695 |
| PWR Adjustable Pedals W/Memory | $150 |
| Remote Start System | $185 |
| Parkview Rear Back Up Camera | $200 |
| Original Shipping Charge | $975 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $57,930.00 |



Year:   2012
Make:   Ram
Model:   2500 4WD Mega Cab 160.5" Laramie
VIN:   3C6UD5NL5CG294069

Engine:   6.7L I6 CUMMINS TURBO DIESEL ENGINE -inc: 11.50 rear axle, Cummins turbo diesel badg..
Transmission:   Automatic 6-spd
Exterior:   Deep Cherry Red Crystal Pearl
Interior:   Light Pebble Beige/Bark Brown Interior

## MECHANICAL

· 3.73 axle ratio
· Electronically controlled throttle
· HD engine cooling
· Tip start
· Next generation engine controller
· Electronic shift-on-the-fly transfer case
· Conventional front axle
· Conventional rear axle
· 10.5" rear axle ring gear diameter
· 5500# front axle
· Four-wheel drive
· 730-amp maintenance-free battery
· 160-amp alternator
· 6'4" pickup box
· Trailer tow wiring w/4-pin connector
· 7-pin wiring harness
· Trailer brake control
· Class IV receiver hitch
· 8800# GVWR
· HD front shock absorbers
· HD rear shock absorbers
· Front stabilizer bar
· Pwr steering
· Pwr 4-wheel anti-lock disc brakes

## EXTERIOR

· 17" x 8.0" aluminum wheels
· Center hub
· 17" steel spare wheel
· Full size spare tire
· Winch-type tire carrier
· Bright front bumper
· Bright rear bumper
· Front bumper sight shields
· Accent fender flares
· Black-out tape
· Front air dam
· Bright/bright grille
· Quad halogen headlamps
· Automatic headlamps
· Body color headlamp filler panel
· Cargo lamp
· Fog lamps
· Underhood lamp
· Tinted glass
· Body color fuel filler door
· Body color/chrome door handles

· Variable speed intermittent windshield wipers
· Laramie badge
· Front license plate bracket
· Locking tailgate
· Vendor painted cargo box tracking

## ENTERTAINMENT

· 6.5" touch screen display
· (9) amplified speakers w/subwoofer
· Bluetooth streaming audio
· Fixed long mast antenna

## INTERIOR

· Front center seat cushion storage
· Carpeted floor covering
· Front & rear floor mats
· Leather wrapped steering wheel
· Heated steering wheel
· Steering wheel mounted audio controls
· Tilt steering column
· Sentry Key theft deterrent system
· Instrument cluster w/display screen
· Vehicle info center
· Temp & compass gauge
· Traveler/mini trip computer
· 120-MPH primary speedometer
· Pwr accessory delay
· Speed control
· Security alarm
· Air conditioning w/dual zone temp control
· Deluxe door trim panel
· Woodgrain instrument panel bezel
· Overhead console w/universal garage door opener
· Storage tray
· Driver/passenger assist handles
· Sun visors w/illuminated vanity mirrors
· LED interior lighting
· Glove box lamp
· Rear dome lamp w/on/off switch
· Chrome accent shift knob
· Behind seat storage bin

## SAFETY

· Electronic stability control
· Advanced multistage front air bags
· Supplemental side curtain front & rear air bags
· Child safety door locks
· ParkView rear back-up camera
· Front height-adjustable shoulder belts
· Tire pressure monitoring display
· Dual-note horn

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **17** |  | **25** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| MSRP | $46,540.00 |
|---|---|
| **INSTALLED OPTIONS** | |
| 50 State Emissions | $0 |
| 6.7 L I6 Cummins Turbo Diesel Engine | $7,795 |
| 6 Speed Automatic Transmission W/Od | $500 |
| 2 FH Laramie Customer Preferred Order Selection PKG | $0 |
| 3.73 Axle Ratio | $0 |
| Monotone Paint | $0 |
| Deep Cherry Red Crystal Pearl | $0 |
| Light Pebble Beige/Bark Brown Interior, Leather Trimmed Bucket Seats | $500 |
| Uconnect 730 N | $800 |
| Cold Weather Group | $90 |
| Engine Block Heater | included |
| Anti Spin Rear Axle | $325 |
| Protection Group | $100 |
| Transfer Case Skid Plate Shield | included |
| PWR Sunroof | $995 |
| Mopar Chrome Tubular Side Steps | $655 |
| PWR Trailer Tow Mirrors | $0 |
| Rear Seat Video System | $1,695 |
| PWR Adjustable Pedals W/Memory | $150 |
| Remote Start System | $185 |
| Smokers Group | $60 |
| Original Shipping Charge | $995 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $61,385.00 |

# Modern Motorcars

## www.modernmotorcars.com

### 417-881-3080

Year:   2010
Make:   Dodge
Model:   Ram 3500 4WD Crew Cab 169" Laramie
VIN:   3D73Y3CL8AG143648

Engine:   Straight 6 Cylinder Engine
Transmission:   6-SPEED AUTOMATIC TRANSMISSION W/OD -inc: 3.73 axle ratio, aux trans oil coole…
Exterior:   Inferno Red Crystal Pearl
Interior:   Dark Slate

## MECHANICAL

· 6.7L I6 Cummins turbo-diesel engine
· 6-speed manual transmission w/OD
· Electronically-controlled throttle
· HD engine cooling
· Electronic shift-on-the-fly transfer case
· Anti-spin rear axle differential
· 11.5" dual rear wheel axle ring gear diameter
· Four wheel drive
· 730-amp maintenance-free battery
· 160-amp alternator
· 8' pickup box
· Trailer tow wiring -inc: 4-pin connector
· 7-pin trailer wiring harness
· Class IV trailer hitch receiver
· Tow hooks
· 12200# GVWR
· HD front shock absorbers
· HD rear shock absorbers
· Front stabilizer bar
· Pwr steering
· Pwr 4-wheel anti-lock disc brakes
· Diesel exhaust brake

## EXTERIOR

· 17" x 6.0" steel wheels -inc: bright wheel skins (N/A w/AR9 Single Rear Wheel Group)
· LT235/80R17E all-season BSW tires (N/A w/AR9 Single Rear Wheel Group)
· Dual rear wheels
· Center wheel hubs
· 17" steel spare wheel
· Full-size spare tire
· Winch-type spare tire carrier
· Bright front bumper
· Bright rear bumper
· Front air dam
· Accent color fender flares
· Bright/bright grille
· Body-color headlamp filler panel
· Auto headlamps
· Quad headlamps
· Fog lamps
· Underhood lamp
· Cab clearance lamps
· Box & rear fender lamps
· Cargo lamp
· Chrome pwr trailer tow mirrors w/memory -inc: supplemental signals, courtesy lamps, heated glass
· Tinted glass windows
· Pwr sliding rear window
· Variable-speed intermittent windshield wipers
· Front license plate bracket
· Locking tailgate
· Body-colour/chrome door handles

## ENTERTAINMENT

· Media Center 430 -inc: AM/FM stereo w/CD/DVD/MP3 player, 30GB hard disk drive, 6.5" touch screen display, UConnect phone w/voice command
· Audio input jack
· SIRIUS satellite radio -inc: 1-year service *N/A in AK or HI*
· (9) amplified speakers w/subwoofer
· UConnect hands-free communication -inc: auto-dimming rearview mirror, iPod control
· Fixed long mast antenna

## INTERIOR

· Leather-trimmed 40/20/40 split-bench seat
· 10-way pwr driver/6-way pwr front passenger seats -inc: driver seat memory
· Dual pwr lumbar adjusters
· Heated front seats
· Rear 60/40 split-folding bench seat
· Carpeted floor covering
· Front/rear floor mats
· Front center seat cushion storage
· Mini floor console
· Leather-wrapped heated steering wheel
· Steering wheel audio controls
· Tilt steering column
· Sentry Key theft-deterrent system
· Instrument cluster w/display screen
· Vehicle info center
· 120-MPH primary speedometer
· Traveler/mini trip computer
· Outside temp gauge & compass
· Pwr windows w/front one-touch up/down
· Pwr accessory delay
· Pwr locks
· Remote keyless entry
· Speed control
· Security alarm
· Auto air conditioning w/dual-zone temp control
· 12V auxiliary pwr outlet
· 115V auxiliary pwr outlet
· Deluxe door trim panel
· Auto-dimming rearview mirror
· Overhead console w/universal garage door opener
· Driver/passenger assist handles
· Dual illuminated visor vanity mirrors
· Rear dome lamp w/on/off switch
· Overhead ambient surround lighting
· Glove box lamp
· Woodgrain instrument panel bezel
· Rear underseat compartment storage
· 2nd row in-floor storage bins

## SAFETY

· Advanced multistage front airbags
· Supplemental front side airbags
· Front/rear side curtain airbags
· Parksense rear park assist system
· Front height-adjustable shoulder belts
· Dual-note horn

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **17** |  Fuel Economy Information | **25** |

*Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition*

## *New*

| | |
|---|---|
| **MSRP** | **$50,145.00** |
| **INSTALLED OPTIONS** | |
| 50 State Emissions | $0 |
| Single Rear Wheels | $0 |
| 6 Speed Automatic Transmission W/Od | $1,575 |
| 2 FH Laramie Customer Preferred Order Selection PKG | $0 |
| 3.73 Rear Axle Ratio | $0 |
| 17" X 8.0" Aluminum Wheels | $0 |
| LT265/70 R17 E All Season BSW Tires | included |
| Monotone Paint | $0 |
| Inferno Red Crystal Pearl | $225 |
| Dark Slate, Leather Trimmed Low Back Bucket Seats | $500 |
| Single Rear Wheel Group | -$995 |
| Engine Block Heater | $0 |
| Trailer Brake Controller | $230 |
| PWR Sunroof | $850 |
| Media Center 730 N | $800 |
| PWR Adjustable Pedals W/Memory | $150 |
| Remote Start System | $185 |
| Smokers Group | $30 |
| Parkview Rear Back Up Camera | $200 |
| Original Shipping Charge | $950 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $54,845.00 |

# Davesmith.com

| Year: 2011 | Engine: Straight 6 Cylinder Engine |
|---|---|
| Make: Ram | Transmission: 6-SPEED AUTOMATIC TRANSMISSION W/OD -inc: 3.73 axle ratio, aux trans oil coole… |
| Model: 3500 4WD Mega Cab 160.5" Laramie | Exterior: Deep Water Blue Pearl |
| VIN: 3D73Y3HL0BG614850 | Interior: Light Pebble Beige/Bark Brown Interior |

## MECHANICAL

· 6.7L I6 Cummins turbo-diesel engine
· 3.42 rear axle ratio
· Electronically-controlled throttle
· HD engine cooling
· Electronic shift-on-the-fly transfer case
· Anti-spin rear axle differential
· Four wheel drive
· 730-amp maintenance-free battery
· 160-amp alternator
· 6'4" pickup box
· Class IV receiver hitch
· Trailer tow wiring -inc: 4-pin connector
· 7-pin trailer wiring harness
· Trailer brake control
· Tow hooks
· 10500# GVWR
· HD front shock absorbers
· HD rear shock absorbers
· Front stabilizer bar
· Pwr steering
· Pwr 4-wheel anti-lock disc brakes
· Diesel exhaust brake

## EXTERIOR

· Center wheel hubs
· 17" steel spare wheel
· Full-size spare tire
· Winch-type spare tire carrier
· Bright front bumper
· Bright rear bumper
· Front air dam
· Accent-color fender flares
· Bright/bright grille
· Body-color headlamp filler panel
· Auto headlamps
· Quad headlamps
· Fog lamps
· Underhood lamp
· Cab clearance lamps
· Box & rear fender lamps
· Cargo lamp
· Tinted glass windows
· Variable-speed intermittent windshield wipers

· Front license plate bracket
· Locking tailgate
· Body-color/chrome door handles

## ENTERTAINMENT

· (9) amplified speakers w/subwoofer
· Fixed long mast antenna

## INTERIOR

· Dual pwr lumbar adjusters
· Rear 60/40 split-folding bench seat
· Carpeted floor covering
· Front center seat cushion storage
· Mini floor console
· Leather-wrapped steering wheel
· Heated steering wheel
· Steering wheel audio controls
· Tilt steering column
· Sentry Key theft-deterrent system
· Instrument cluster w/display screen
· Vehicle info center
· 120-MPH primary speedometer
· Traveler/mini trip computer
· Outside temp gauge & compass
· Pwr accessory delay
· Speed control
· Security alarm
· Auto air conditioning w/dual-zone temp control
· Deluxe door trim panel
· Overhead console w/universal garage door opener
· Driver/passenger assist handles
· Dual illuminated visor vanity mirrors
· Rear dome lamp w/on/off switch
· LED interior lighting
· Rear courtesy/reading lamps
· Glove box lamp
· Chrome accent shift knob
· Woodgrain instrument panel bezel
· Behind-the-seat storage bin

## SAFETY

· Advanced multistage front airbags
· Child safety door locks
· Supplemental front side airbags
· Front/rear side curtain airbags
· ParkSense rear park assist system
· Front height-adjustable shoulder belts
· Dual-note horn



| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| | Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition | |

## *New*

| MSRP | $52,665.00 |
|---|---|
| **INSTALLED OPTIONS** | |
| 50 State Emissions | $0 |
| Single Rear Wheels | $0 |
| 6 Speed Automatic Transmission W/Od | $1,100 |
| • 3.73 axle ratio • aux trans oil cooler • tip start | |
| 2 FH Laramie Customer Preferred Order Selection PKG | $0 |
| • 6.7L I6 turbo-diesel engine • 6-speed auto trans | |
| 3.73 Rear Axle Ratio | $0 |
| 17" X 8.0" Aluminum Wheels | included |
| LT265/70 R17 E All Season BSW Tires | included |
| Deep Water Blue Pearl | $225 |
| Light Graystone Pearl | $0 |
| Light Pebble Beige/Bark Brown Interior, Leather Trimmed 40/20/40 Split Bench Seat | $0 |
| Single Rear Wheel Group | -$1,295 |
| • 17" x 8.0" aluminum wheels • 10 • 100# GVWR • LT265/70R17E all-season BSW tires | |
| Cold Weather Group | $90 |
| • engine block heater • winter front grille cover | |
| High Output Diesel Engine Processing Code | $500 |
| PWR Adjustable Pedals W/Memory | $150 |
| Remote Start System | $185 |
| Rear Window Defroster | -$85 |
| • rear fixed window | |
| Parkview Rear Back Up Camera | $200 |
| Original Shipping Charge | $975 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $54,710.00 |



www.BillMarsh.com
800-596-2774

| | |
|---|---|
| Year:  2012 | Engine:   Straight 6 Cylinder Engine |
| Make:  Ram | Transmission:  6-SPEED AUTOMATIC TRANSMISSION W/OD |
| Model:   3500 4WD Crew Cab 169" Laramie | Exterior:   Bright White |
| VIN:  3C63D3JL2CG140151 | Interior:   Light Pebble Beige/Bark Brown Interior |

## MECHANICAL

· 6.7L l6 Cummins turbo-diesel engine
· 3.42 rear axle ratio
· Electronically-controlled throttle
· HD engine cooling
· Electronic shift-on-the-fly transfer case
· Anti-spin rear axle differential
· Four wheel drive
· 730-amp maintenance-free battery
· 160-amp alternator
· 8' pickup box
· Class IV receiver hitch
· Trailer tow wiring -inc: 4-pin connector
· 7-pin trailer wiring harness
· Trailer brake control
· Tow hooks
· 12200# GVWR
· HD front shock absorbers
· HD rear shock absorbers
· Front stabilizer bar
· Pwr steering
· Pwr 4-wheel anti-lock disc brakes
· Diesel exhaust brake

## EXTERIOR

· Center wheel hubs
· 17" steel spare wheel
· Full-size spare tire
· Winch-type spare tire carrier
· Bright front bumper
· Bright rear bumper
· Front air dam
· Accent-color fender flares
· Bright/bright grille
· Body-color headlamp filler panel
· Auto headlamps
· Quad headlamps
· Fog lamps
· Underhood lamp
· Cab clearance lamps
· Box & rear fender lamps
· Cargo lamp
· Tinted glass windows
· Variable-speed intermittent windshield wipers

· Front license plate bracket
· Locking tailgate
· Body-color/chrome door handles

## ENTERTAINMENT

· (9) amplified speakers w/subwoofer
· Fixed long mast antenna

## INTERIOR

· Dual pwr lumbar adjusters
· Rear 60/40 split-folding bench seat
· Carpeted floor covering
· Front center seat cushion storage
· Mini floor console
· Leather-wrapped steering wheel
· Heated steering wheel
· Steering wheel audio controls
· Tilt steering column
· Sentry Key theft-deterrent system
· Instrument cluster w/display screen
· Vehicle info center
· 120-MPH primary speedometer
· Traveler/mini trip computer
· Outside temp gauge & compass
· Pwr accessory delay
· Speed control
· Security alarm
· Auto air conditioning w/dual-zone temp control
· Deluxe door trim panel
· Overhead console w/universal garage door opener
· Driver/passenger assist handles
· Dual illuminated visor vanity mirrors
· Rear dome lamp w/on/off switch
· LED interior lighting
· Glove box lamp
· Chrome accent shift knob
· Woodgrain instrument panel bezel
· Rear underseat compartment storage
· 2nd row in-floor storage bins

## SAFETY

· Advanced multistage front airbags
· Child safety door locks
· Front/rear side curtain airbags
· ParkView rear back-up camera
· Front height-adjustable shoulder belts
· Dual-note horn

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **17** |  Fuel Economy Information | **25** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| MSRP | **$55,210.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| 50 State Emissions | $0 |
| Single Rear Wheels | $0 |
| 6 Speed Automatic Transmission W/Od | $500 |
| 2 FH Laramie Customer Preferred Order Selection PKG | $0 |
| 3.73 Rear Axle Ratio | $0 |
| 17" X 8.0" Aluminum Wheels | included |
| LT265/70 R17 E On /Off Road Owl Tires | $0 |
| Monotone Paint | $655 |
| Bright White | $0 |
| Light Pebble Beige/Bark Brown Interior, Leather Trimmed 40/20/40 Split Bench Seat | $0 |
| Uconnect 730 N | $800 |
| Single Rear Wheel Group | -$995 |
| HD Snow Plow Prep Group | $135 |
| Protection Group | $50 |
| Dual Transmission Oil Cooler | $450 |
| Transfer Case Skid Plate | $50 |
| PWR Adjustable Pedals W/Memory | $150 |
| Remote Start System | $185 |
| Original Shipping Charge | $995 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $58,185.00 |

# **Mullinax Ford of Central Florida (Apopka)**

MonroneyLabels.com

| | |
|---|---|
| Year: 2012<br>Make: FIAT<br>Model: 500 2dr Conv Lounge<br>VIN: 3C3CFFER3CT183959 | Engine: 4 Cylinder Engine<br>Transmission: 6-SPEED AISIN AUTOMATIC TRANSMISSION -inc: leather-wrapped shift knob<br>Exterior: Rosso (Red)<br>Interior: Ivory Interior |

## MECHANICAL

- 1.4L 16-valve I4 multi-air engine
- Hill start assist
- Front wheel drive
- 500-amp maintenance free battery
- 105-amp alternator
- Normal duty suspension
- Electric pwr steering
- 4-wheel pwr anti-lock disc brakes
- Chrome exhaust tip

## EXTERIOR

- Delete spare tire -inc: tire service kit
- 185/55R15 tires
- Body-color fascias w/bright insert
- Bodyside molding w/500 logo
- Bright belt molding
- Bi-function projector beam halogen headlamps
- Fog lamps
- Chrome pwr heated mirrors -inc: exterior spotter mirrors
- Tinted glass windows
- Variable intermittent windshield wipers
- Bright license plate brow
- Chrome door handles

## ENTERTAINMENT

- AM/FM stereo w/CD/MP3 player
- Aux audio input jack
- SIRIUS satellite radio w/1-year subscription
- Bose premium audio
- Windshield antenna

## INTERIOR

- Driver seat height adjuster
- Driver seat memory
- Front seat reactive head restraints
- 50/50 split fold-down rear seat
- Floor carpet
- Front floor mats
- Leather-wrapped steering wheel

- Steering wheel audio controls
- Tilt steering column
- Tachometer
- Vehicle info center
- Body-color instrument panel bezels
- Pwr windows w/front 1-touch down
- Speed control
- Security alarm
- Air conditioning w/automatic temp control & micron filter
- Rear window defroster
- Locking glove box
- (2) front cupholders
- (2) rear floor-mounted cupholders
- Aux 12V pwr outlet
- Door trim w/cloth inserts
- Chrome interior door handles
- Front sunvisors w/vanity mirrors
- Overhead passenger assist handle
- Front reading/map lamps
- Rear cargo area lamp
- Chrome shift knob
- Driver & front passenger seatback pockets
- Rear cargo shelf panel

## SAFETY

- Electronic stability control
- Daytime running headlamps
- Driver & front passenger advanced multi-stage frontal airbags
- Supplemental front seat side airbags
- Driver side knee bag
- Front & rear side curtain airbags
- Rear park assist
- Front passenger seat belt alert
- Child seat latch-ready anchor system
- Tire pressure monitoring warning lamp

| CITY MPG |  | HIGHWAY MPG |
|---|---|---|
| **0** | | **0** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| MSRP | $22,500.00 |
|---|---|
| **INSTALLED OPTIONS** | |
| 50 State Emissions | $0 |
| 6 Speed Aisin Automatic Transmission | $1,250 |
| • leather-wrapped shift knob | |
| 22 J Customer Preferred Order Selection PKG | $0 |
| • 1.4L I4 engine<br>• 6-speed auto trans | |
| Compact Spare Tire | $450 |
| Rosso (Red) | $0 |
| Ivory Interior, Leather Trimmed Bucket Seats | $0 |
| Red Seats | $0 |
| Black Soft Top | $0 |
| Luxury Leather PKG | $1,250 |
| • leather trimmed bucket seats<br>• heated front seats<br>• auto-dimming rearview mirror | |
| Original Shipping Charge | $700 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $26,150.00 |

### Get more information on your smartphone:





www.AtlantaAutos.com
678-213-4455



## FIAT 500

THIS VEHICLE IS MANUFACTURED TO MEET SPECIFIC UNITED STATES REQUIREMENTS. THIS VEHICLE IS NOT MANUFACTURED FOR SALE OR REGISTRATION OUTSIDE OF THE UNITED STATES.

**MANUFACTURER'S SUGGESTED RETAIL PRICE OF THIS MODEL INCLUDING DEALER PREPARATION**

► **Base Price:** **$15,500** ◄

**FIAT 500 POP HATCHBACK**
Exterior Color: Verde Azzurro (Blue-Green) Exterior Paint
Interior Color: Nero (Black) Interior Ambient
Interior: Cloth Bucket Seats
Engine: 1.4-Liter I4 MultiAir ® Engine
Transmission: 6-Speed Automatic Transmission

**STANDARD EQUIPMENT** (UNLESS REPLACED BY OPTIONAL EQUIPMENT)
FUNCTIONAL/SAFETY FEATURES
Advanced Multistage Front Airbags
Supplemental Front Seat-Mounted Side Airbags
Supplemental Side-Curtain Front and Rear Airbags
Driver Inflatable Knee-Bolster Airbag
Front Seat Reactive Head Restraints
Child Seat Anchor System-LATCH Ready
4-Wheel Anti-Lock Disc Power Brakes
Electronic Stability Control
Tire Pressure Monitoring Display
Power Windows with Front One-Touch-Down Feature
Exterior Spotter Mirror
Power Door Locks
Remote Keyless Entry
Cruise Control
Hill Start Assist
Rear Window Defroster
Variable Intermittent Windshield Wipers
Rear Window Wiper / Washer
Engine Immobilizer
12-Volt Auxiliary Power Outlet in Console
10.5-Gallon Fuel Tank
INTERIOR FEATURES
Air Conditioning with Micron Filter
Driver Seat Memory
Driver Seat Height Adjuster
Rear 50 / 50 Split Fold-Down Seat
Rear Cargo Shelf Panel
AM/FM/CD/MP3 Radio
BLUE&ME ™ Handsfree Communication with USB Port
6 Speakers
Auxiliary Audio Input Jack

Steering Wheel Mounted Audio Controls
Leather-Wrapped Steering Wheel
Tilt Steering Column
Electronic Vehicle Information Center
Sun Visors with Vanity Mirror
Tachometer
Rearview Day / Night Mirror
Front Floor Mats
EXTERIOR FEATURES
15-Inch x 6.0-Inch Steel Wheels
185/55 R15 All Season Tires
15-Inch Wheel Covers
Bi-Function Halogen Projector Headlamps
Tinted Glass Windows
Chrome Exhaust Tip
Chrome Door Handles
Body-Color Power Heated Mirrors
Tire Service Kit

**OPTIONAL EQUIPMENT**
Customer Preferred Package 22A
Grigio (Gray) Seats
6-Speed Automatic Transmission                                $1,250
  Body-Color Power Heated Mirrors
Compact Spare Tire                                               $450
15-Inch x 6.0-Inch Aluminum Wheels                         $500
**DESTINATION CHARGE**                                        $700

► **TOTAL PRICE: * $18,400** ◄

**WARRANTY COVERAGE**
Basic Warranty: 4 Year / 50,000 Miles.
Powertrain Warranty: 4 Year / 50,000 Miles.
Roadside assistance: certain restrictions apply.

Assembly Point/Port of Entry: TOLUCA,  MEXICO
VIN: 3C3-CFFAR0DT-529179        I.4-VON: **8341**     S.L. 0920



THIS LABEL IS ADDED TO THIS VEHICLE TO COMPLY WITH FEDERAL LAW. THE LABEL CANNOT BE REMOVED OR ALTERED PRIOR TO DELIVERY TO THE ULTIMATE PURCHASER.
★ STATE AND/OR LOCAL TAXES IF ANY, LICENSE AND TITLE FEES AND DEALER SUPPLIED AND INSTALLED OPTIONS AND ACCESSORIES ARE NOT INCLUDED IN THIS PRICE. DISCOUNT, IF ANY, IS BASED ON PRICE OF OPTIONS IF PURCHASED SEPARATELY.

---

2013 MODEL YEAR

For more information visit: www.fiatusa.com
or call 1-888-CIAOFIAT

**Chrysler Group LLC**


TOP SAFETY PICK

### EPA DOT   Fuel Economy and Environment                    Gasoline Vehicle

**Fuel Economy**

# 30 MPG

27 city        34 highway

combined city/hwy

3.3 gallons per 100 miles

Minicompact cars range from 13 to 37 MPG. The best vehicle rates 112 MPGe.

**You save**
## $2,100
in fuel costs over 5 years

compared to the average new vehicle.

**Annual fuel cost**
## $1,900

**Fuel Economy & Greenhouse Gas Rating** (tailpipe only)
1 — 8 — 10 Best

**Smog Rating** (tailpipe only)
1 — 5 — 10 Best

This vehicle emits 295 grams $CO_2$ per mile. The best emits 0 grams per mile (tailpipe only). Producing and distributing fuel also creates emissions; learn more at fueleconomy.gov

Actual results will vary for many reasons, including driving conditions and how you drive and maintain your vehicle. The average new vehicle gets .23 MPG and cost $11,600 to fuel over 5 years. Cost estimates are based on 15,000 miles per year at $3.55 per gallon. MPGe is miles per gasoline gallon equivalent. Vehicle emissions are a significant cause of climate change and smog.

**fueleconomy.gov**
Calculate personalized estimates and compare vehicles



 
Smartphone QR Code

### GOVERNMENT 5-STAR SAFETY RATINGS

**Overall Vehicle Score**                          **Not Rated**
Based on the combined ratings of frontal, side, and rollover.
Should ONLY be compared to other vehicles of similar size and weight.
⚠ Safety concern: visit www.safercar.gov or call 1-888-327-4236 for more details.

**Frontal Crash**     Driver       ★★★★
                      Passenger    ★★★
Based on the risk of injury in a frontal impact.
Should ONLY be compared to other vehicles of similar size and weight.

**Side Crash**        Front seat   Not Rated
                      Rear seat    Not Rated
Based on the risk of injury in a side impact.

**Rollover**                       ★★★★
Based on the risk of rollover in a single-vehicle crash.

Star ratings range from 1 to 5 stars (★★★★★) with 5 being the highest.
Source: National Highway Traffic Safety Administration (NHTSA)
www.safercar.gov or 1-888-327-4236

The safety ratings above are based on Federal Government tests of particular vehicles equipped with certain features and options. The performance of this vehicle may differ.
**Bumper Performance**
This vehicle is equipped with bumper systems that can withstand a frontal barrier impact speed of 2.5 miles per hour and a rear barrier impact speed of 2.5 miles per hour with no more damage than allowed by the Federal bumper standard. The Federal bumper standard allows damage to the bumpers and attaching hardware and specifies barrier tests to be conducted at 2.5 miles per hour.

### PARTS CONTENT INFORMATION

**FOR VEHICLES IN THIS CARLINE:**
U.S./CANADIAN PARTS CONTENT:   21 %
MAJOR SOURCES OF FOREIGN PARTS CONTENT:
  MEXICO:  49 %
NOTE: PARTS CONTENT DOES NOT INCLUDE FINAL ASSEMBLY, DISTRIBUTION, OR OTHER NON-PARTS COSTS.

**FOR THIS VEHICLE:**
FINAL ASSEMBLY POINT:
  TOLUCA,  MEXICO
COUNTRY OF ORIGIN:
  ENGINE: UNITED STATES
  TRANSMISSION: JAPAN



## 2014 MODEL YEAR

THIS VEHICLE IS MANUFACTURED TO MEET SPECIFIC UNITED STATES REQUIREMENTS. THIS VEHICLE IS NOT MANUFACTURED FOR SALE OR REGISTRATION OUTSIDE OF THE UNITED STATES.

**MANUFACTURER'S SUGGESTED RETAIL PRICE OF THIS MODEL INCLUDING DEALER PREPARATION**

**Base Price:   $16,195**

**FIAT 500 POP HATCHBACK**
Exterior Color: Rosso (Red) Exterior Paint
Interior Color: Nero (Black) Interior Ambient
Interior: Cloth Bucket Seats
Engine: 1.4-Liter I4 MultiAir ® Engine
Transmission: AISIN 6-Speed Automatic Transmission

**STANDARD EQUIPMENT** (UNLESS REPLACED BY OPTIONAL EQUIPMENT)

FUNCTIONAL/SAFETY FEATURES
Advanced Multistage Front Airbags
Supplemental Front Seat-Mounted Side Airbags
Side Curtain Front / Rear Airbags
Driver-Side Knee Airbag
Front Seat Reactive Head Restraints
Child Seat Anchor System-LATCH Ready
4-Wheel Anti-Lock Disc Power Brakes
Electronic Stability Control
Tire Pressure Monitoring Display
Power Windows with Front One-Touch-Down Feature
Exterior Spotter Mirror
Power Door Locks
Remote Keyless Entry
Speed Control
Hill Start Assist
Rear Window Defroster
Intermittent Windshield Wipers
Rear Window Wiper / Washer
Engine Immobilizer
12-Volt Auxiliary Power Outlet in Center Console
10.5-Gallon Fuel Tank
INTERIOR FEATURES
Air Conditioning with Micron Filter
Driver Seat Memory
Passenger Seat Memory
Driver Seat Height Adjuster
Rear 50 / 50 Split Fold-Down Seat
Rear Cargo Shelf Panel
AM/FM CD MP3 Radio
BLUE&ME ™ Handsfree Communication
6 Speakers

USB / Auxiliary Audio Input Jack
Steering Wheel Mounted Audio Controls
Leather-Wrapped Steering Wheel
Tilt Steering Column
Electronic Vehicle Information Center
Sun Visors with Vanity Mirror
Tachometer
Rearview Day / Night Mirror
Front Floor Mats
EXTERIOR FEATURES
15-Inch x 6.0-Inch Steel Wheels
15-Inch Wheel Covers
Bi-Function Halogen Projector Headlamps
Tinted Glass Windows
Chrome Exhaust Tip
Chrome Door Handles
Body-Color Power Heated Mirrors
Tire Service Kit

**OPTIONAL EQUIPMENT**
Customer Preferred Package 22A
Grigio (Gray) Seats
AISIN 6-Speed Automatic Transmission          $1,250

**DESTINATION CHARGE**                          $800

**TOTAL PRICE: * $18,245**

**WARRANTY COVERAGE**
Basic Warranty: 4 Year / 50,000 Miles.
Powertrain Warranty: 4 Year / 50,000 Miles.
Roadside assistance: certain restrictions apply.

Assembly Point/Point of Entry: TOLUCA,  MEXICO
VIN: 3C3-CFFAR0ET-200306         L4-VON: 0363    S.L. 0106

THIS LABEL IS ADDED TO THIS VEHICLE TO COMPLY WITH FEDERAL LAW. THE LABEL CANNOT BE REMOVED OR ALTERED PRIOR TO DELIVERY TO THE ULTIMATE PURCHASER.
* STATE AND/OR LOCAL TAXES IF ANY, LICENSE AND TITLE FEES AND DEALER SUPPLIED AND INSTALLED OPTIONS AND ACCESSORIES ARE NOT INCLUDED IN THIS PRICE. DISCOUNT, IF ANY, IS BASED ON PRICE OF OPTIONS IF PURCHASED SEPARATELY.



**2013 IIHS TOP SAFETY PICK**

For more information visit: www.fiatusa.com or call 1-888-CIAOFIAT

**Chrysler Group LLC**

### EPA DOT Fuel Economy and Environment

Gasoline Vehicle

**Fuel Economy**
**30** MPG  combined city/hwy
27 city
34 highway

Minicompact cars range from  15 to 116 MPG. The best vehicle rates 119 MPGe.

**3.3** gallons per 100 miles

**You save $2,000** in fuel costs over 5 years compared to the average new vehicle.

**Annual fuel cost $1,900**

**Fuel Economy & Greenhouse Gas Rating** (tailpipe only)       8
1                                                              10 Best

**Smog Rating** (tailpipe only)       5
1                                      10 Best

This vehicle emits 295 grams CO2 per mile. The best emits   0 grams per mile (tailpipe only). Producing and distributing fuel also creates emissions: learn more at fueleconomy.gov

Actual results will vary for many reasons, including driving conditions and how you drive and maintain your vehicle. The average new vehicle gets  .23 MPG and cost $11,500 to fuel over 5 years. Cost estimates are based on 15,000 miles per year at $3.50 per gallon. MPGe is miles per gasoline gallon equivalent. Vehicle emissions are a significant cause of climate change and smog.

**fueleconomy.gov**
Calculate personalized estimates and compare vehicles

Smartphone QR Code ™

### GOVERNMENT 5-STAR SAFETY RATINGS

**Overall Vehicle Score**   ★★★★
Based on the combined ratings of frontal, side, and rollover.
Should ONLY be compared to other vehicles of similar size and weight.

| Frontal Crash | Driver | ★★★★ |
| | Passenger | ★★★ |

Based on the risk of injury in a frontal impact.
Should ONLY be compared to other vehicles of similar size and weight.

| Side Crash | Front seat | ★★★★★ |
| | Rear seat | ★★★★★ |

Based on the risk of injury in a side impact.

**Rollover**   ★★★★
Based on the risk of rollover in a single-vehicle crash.

Star ratings range from 1 to 5 stars (★★★★★) with 5 being the highest.
Source: National Highway Traffic Safety Administration (NHTSA)
www.safercar.gov or 1-888-327-4236

The safety ratings above are based on Federal Government tests of particular vehicles equipped with certain features and options. The performance of this vehicle may differ.
**Bumper Performance**
This vehicle is equipped with bumper systems that can withstand a frontal barrier impact speed of 2.5 miles per hour and a rear barrier impact speed of 2.5 miles per hour with no more damage than allowed by the Federal bumper standard. The Federal bumper standard allows damage to the bumpers and attaching hardware and specifies barrier tests to be conducted at 2.5 miles per hour.

### PARTS CONTENT INFORMATION

**FOR VEHICLES IN THIS CARLINE:**
**U.S./CANADIAN PARTS CONTENT:  23 %**
**MAJOR SOURCES OF FOREIGN PARTS CONTENT:**
    **MEXICO: 42 %**
NOTE: PARTS CONTENT DOES NOT INCLUDE FINAL ASSEMBLY, DISTRIBUTION, OR OTHER NON-PARTS COSTS.

**FOR THIS VEHICLE:**
**FINAL ASSEMBLY POINT:**
    **TOLUCA,   MEXICO**
**COUNTRY OF ORIGIN:**
    **ENGINE: UNITED STATES**
    **TRANSMISSION: JAPAN**



**2015 MODEL YEAR**

THIS VEHICLE IS MANUFACTURED TO MEET SPECIFIC UNITED STATES REQUIREMENTS. THIS VEHICLE IS NOT MANUFACTURED FOR SALE OR REGISTRATION OUTSIDE OF THE UNITED STATES.

MANUFACTURER'S SUGGESTED RETAIL PRICE OF THIS MODEL INCLUDING DEALER PREPARATION

**Base Price:  $17,700**

**FIAT 500 SPORT HATCHBACK**
**Exterior Color:** Bianco (White) Exterior Paint
**Interior Color:** Nero (Black) Interior Ambient
**Interior:** Leather-Trimmed Bucket Seats
      Driver and Passenger Front Seatback Pockets
**Engine:** 1.4-Liter I4 MultiAir® 16-Valve Engine
**Transmission:** 6-Speed Automatic Transmission

STANDARD EQUIPMENT (UNLESS REPLACED BY OPTIONAL EQUIPMENT)
      FUNCTIONAL/SAFETY FEATURES
Advanced Multistage Front Airbags
Supplemental Front Seat-Mounted Side Airbags
Supplemental Side-Curtain Front Airbags
Driver Inflatable Knee-Bolster Airbag
Front Seat Reactive Head Restraints
LATCH Ready Child Seat Anchor System
Security Alarm
4-Wheel Anti-Lock Disc Power Brakes
Electronic Stability Control
Tire Specific Pressure Monitoring Display
Hill Start Assist
Power Door Locks
Remote Keyless Entry
Speed Control
Rear Window Wiper / Washer
10.5-Gallon Fuel Tank
Engine Immobilizer
Tuned Suspension
      INTERIOR FEATURES
BLUE&ME™ Handsfree Communication
BLUE&ME™ Streaming Audio
Premium 7-Inch Color Cluster Display
FIAT Premium Audio System
AM/FM CD MP3 Radio
Media Hub (USB, Aux) in Center Console
USB Port in Glovebox
Power Windows with Front One-Touch-Down Feature
Electronic Vehicle Information Center
12-Volt Auxiliary Power Outlet in Center Console
Leather-Wrapped Sport Steering Wheel

Steering Wheel Mounted Audio Controls
Tilt Steering Column
Air Conditioning
Driver Seat Memory
Passenger Seat Memory
Driver Seat Height Adjuster
Rear 50 / 50 Split Fold-Down Seat
      EXTERIOR FEATURES
16-Inch x 6.5-Inch Aluminum Wheels
195/45R16XL Tires
Sport Spoiler
Red Brake Calipers
Fog Lamps
Bi-Function Halogen Projector Headlamps
Body-Color Power Heated Mirrors
Tinted Glass Windows
Chrome Exhaust Tip
Tire Service Kit (No Compact Spare)

OPTIONAL EQUIPMENT (May Replace Standard Equipment)
Leather-Trimmed Bucket Seats                    $1,200
   Driver and Passenger Front Seatback Pockets
**Customer Preferred Package 22D**
Nero (Black) Seats
6-Speed Automatic Transmission                  $1,350
16-Inch x 6.5-Inch Bright Aluminum Wheels         $400
**DESTINATION CHARGE**                            **$980**

**TOTAL PRICE: * $21,630**

**WARRANTY COVERAGE**
Basic Warranty: 4 Year / 50,000 Miles.
Powertrain Warranty: 4 Year / 50,000 Miles.
Roadside assistance: certain restrictions apply.

Assembly Point/Port of Entry: TOLUCA, MEXICO
VIN: 3C3-CFFBR1FT-696118        L4-VON 5857      S.L. 0420

THIS LABEL IS ADDED TO THIS VEHICLE TO COMPLY WITH FEDERAL LAW. THE LABEL CANNOT BE REMOVED OR ALTERED PRIOR TO DELIVERY TO THE ULTIMATE PURCHASER.
* STATE AND/OR LOCAL TAXES IF ANY, LICENSE AND TITLE FEES AND DEALER SUPPLIED AND INSTALLED OPTIONS AND ACCESSORIES ARE NOT INCLUDED IN THIS PRICE. DISCOUNT, IF ANY, IS BASED ON PRICE OF OPTIONS IF PURCHASED SEPARATELY.

For more information visit: www.fiatusa.com
or call 1-888-CIAOFIAT

**FCA US LLC**



**EPA DOT   Fuel Economy and Environment**                    Gasoline Vehicle

**Fuel Economy**

**30** MPG      27 city      34 highway
combined city/hwy

3.3 gallons per 100 miles

Minicompact cars range from 15 to 116 MPG.
The best vehicle rates 119 MPGe.

You **save**
**$1,500**
in fuel costs
over 5 years
compared to the
average new vehicle.

Annual fuel **cost**
**$1,900**

Fuel Economy & Greenhouse Gas Rating (tailpipe only)
1 — 7 — 10 Best

Smog Rating (tailpipe only)
1 — 5 — 10 Best

This vehicle emits 295 grams CO2 per mile. The best emits 0 grams per mile (tailpipe only). Producing and distributing fuel also creates emissions: learn more at fueleconomy.gov

Actual results will vary for many reasons, including driving conditions and how you drive and maintain your vehicle. The average new vehicle gets .24 MPG and costs $11,000 to fuel over 5 years. Cost estimates are based on 15,000 miles per year at $3.80 per gallon. MPGe is miles per gasoline gallon equivalent. Vehicle emissions are a significant cause of climate change and smog.

**fueleconomy.gov**
Calculate personalized estimates and compare vehicles

Smartphone QR Code™



**GOVERNMENT 5-STAR SAFETY RATINGS**

**Overall Vehicle Score**      ★★★★
Based on the combined ratings of frontal, side, and rollover.
Should ONLY be compared to other vehicles of similar size and weight.

| | | |
|---|---|---|
| **Frontal Crash** | Driver | ★★★★ |
| | Passenger | ★★★ |

Based on the risk of injury in a frontal impact.
Should ONLY be compared to other vehicles of similar size and weight.

| | | |
|---|---|---|
| **Side Crash** | Front seat | ★★★★★ |
| | Rear seat | ★★★★★ |

Based on the risk of injury in a side impact.

**Rollover**      ★★★★
Based on the risk of rollover in a single-vehicle crash.

Star ratings range from 1 to 5 stars (★★★★★) with 5 being the highest.
Source: National Highway Traffic Safety Administration (NHTSA)
www.safercar.gov or 1-888-327-4236

The safety ratings above are based on Federal Government tests of particular vehicles equipped with certain features and options. The performance of this vehicle may differ.
**Bumper Performance**
This vehicle is equipped with bumper systems that can withstand a frontal barrier impact speed of 2.5 miles per hour and a rear barrier impact speed of 2.5 miles per hour with no more damage than allowed by the Federal bumper standard. The Federal bumper standard allows damage to the bumpers and attaching hardware and specifies barrier tests to be conducted at 2.5 miles per hour.

**PARTS CONTENT INFORMATION**
FOR VEHICLES IN THIS CARLINE:
U.S./CANADIAN PARTS CONTENT: 19 %
MAJOR SOURCES OF FOREIGN PARTS CONTENT:
   MEXICO: 42 %
NOTE: PARTS CONTENT DOES NOT INCLUDE FINAL ASSEMBLY, DISTRIBUTION, OR OTHER NON-PARTS COSTS.

FOR THIS VEHICLE:
FINAL ASSEMBLY POINT:
   TOLUCA, MEXICO
COUNTRY OF ORIGIN:
   ENGINE: UNITED STATES
   TRANSMISSION: JAPAN



**2016 MODEL YEAR**

THIS VEHICLE IS MANUFACTURED TO MEET SPECIFIC UNITED STATES REQUIREMENTS. THIS VEHICLE IS NOT MANUFACTURED FOR SALE OR REGISTRATION OUTSIDE OF THE UNITED STATES.

MANUFACTURER'S SUGGESTED RETAIL PRICE OF THIS MODEL INCLUDING DEALER PREPARATION

**Base Price:    $31,800**

**FIAT 500E BATTERY ELECTRIC**
Exterior Color: Bianco Perla (Pearl White Tri-Coat) Exterior Paint
Interior Color: Nero (Black) Interior Color
Interior: Leatherette Bucket Seats
Engine: 83 kW Electric Motor (111 hp / 147 lb-ft Torque)
Transmission: Single Speed Transmission

**STANDARD EQUIPMENT** (UNLESS REPLACED BY OPTIONAL EQUIPMENT)
FUNCTIONAL/SAFETY FEATURES
Zero Emission Vehicle
24 kWhr Liquid Heated & Cooled Lithium Ion Battery
83 kW Electric Motor (111 hp / 147 lb-ft Torque)
6.6 kW / J1772 Compliant Charge System
Regenerative Braking & 4-Wheel Disc ABS Brakes
Push Button Shifter
Advanced Multistage Front Airbags
Supplemental Front Seat-Mounted Side Airbags
Supplemental Side-Curtain Front Airbags
Driver Inflatable Knee-Bolster Airbag
Front Seat Reactive Head Restraints
LATCH Ready Child Seat Anchor System
Electronic Stability Control
Security Alarm
Rear Park Assist
Tire Specific Pressure Monitoring Display
Power Door Locks
Remote Keyless Entry
Speed Control
Hill Start Assist
Rear Window Defroster
INTERIOR FEATURES
Uconnect® 5.0
5.0-Inch Touchscreen Display
GPS Navigation
Integrated Voice Command with Bluetooth®
SiriusXM® Sat Radio w/ 1-Yr Radio Subscription
Uconnect® Access with Electric Vehicle App
USB Port in Glovebox
12-Volt Auxiliary Power Outlet in Center Console
Media Hub (USB, Aux) in Center Console

Premium 7-Inch Color Cluster Display
FIAT Premium Audio System
Power Windows with Front One-Touch-Down Feature
Leather-Wrapped Steering Wheel
Steering Wheel Mounted Audio Controls
Auto-Dimming Rearview Mirror w/Microphone
Auto Temp Control Air Conditioning w/Micron Filter
Heated Front Seats
Rear 50 / 50 Split Fold-Down Seat
Front and Rear Floor Mats
EXTERIOR FEATURES
15" x 5.5" and 15" x 6.5" Aluminum Wheels
Body-Color Power Heated Mirrors
Bi-Function Halogen Projector Headlamps
Rear Window Wiper / Washer
Tinted Glass Windows
Tire Service Kit (No Compact Spare)

**OPTIONAL EQUIPMENT** (May Replace Standard Equipment)
Bianco Perla (Pearl White Tri-Coat) Exterior Paint          $500
**Customer Preferred Package 2EJ**
eSport Package                                              $495
  15-Inch Aluminum Wheels with Orange Accent
  Nero (Black) Trimmed Lights
  Arancio (Orange) Mirror Cap with Body Side Stripe

**DESTINATION CHARGE**                                       $995

**TOTAL PRICE: * $33,790**

**WARRANTY COVERAGE**
Basic Limited Warranty: 4 Year / 50,000 Miles.
Electric Powertrain Limited Warranty: 4 Year / 100,000 Miles.
HV Lithium-Ion Battery Limited Warranty: 8 Year / 100,000 Miles.
Ask dealer for a copy of the limited warranties or see your owner's manual for details.

For more information visit: www.fiatusa.com
or call 1-888-CIAOFIAT

**FCA US LLC**



**GOVERNMENT 5-STAR SAFETY RATINGS**
This vehicle has not been rated by the government for frontal crash, side crash or rollover risk.

Source: National Highway Traffic Safety Administration (NHTSA)
www.safercar.gov or 1-888-327-4236

**Bumper Performance**
This vehicle is equipped with bumper systems that can withstand a frontal barrier impact speed of 2.5 miles per hour and a rear barrier impact speed of 2.5 miles per hour with no more damage than allowed by the Federal bumper standard. The Federal bumper standard allows damage to the bumpers and attaching hardware and specifies barrier tests to be conducted at 2.5 miles per hour.

**PARTS CONTENT INFORMATION**
FOR VEHICLES IN THIS CARLINE:
  U.S./CANADIAN PARTS CONTENT: 19%
MAJOR SOURCES OF FOREIGN PARTS CONTENT:
  SOUTH KOREA: 37% MEXICO: 22%
NOTE: PARTS CONTENT DOES NOT INCLUDE FINAL ASSEMBLY, DISTRIBUTION, OR OTHER NON-PARTS COSTS.

FOR THIS VEHICLE:
  FINAL ASSEMBLY POINT:
    TOLUCA,   MEXICO
COUNTRY OF ORIGIN:
  ENGINE: GERMANY
  TRANSMISSION: GERMANY

Assembly Point/Port of Entry: TOLUCA,   MEXICO

VIN: 3C3-CFFGE9GT-143045     L4-VDN: **8973**     S.L. 1029



THIS LABEL IS ADDED TO THIS VEHICLE TO COMPLY WITH FEDERAL LAW. THE LABEL CANNOT BE REMOVED OR ALTERED PRIOR TO DELIVERY TO THE ULTIMATE PURCHASER.
* STATE AND/OR LOCAL TAXES IF ANY, LICENSE AND TITLE FEES AND DEALER SUPPLIED AND INSTALLED OPTIONS AND ACCESSORIES ARE NOT INCLUDED IN THIS PRICE. DISCOUNT, IF ANY, IS BASED ON PRICE OF OPTIONS IF PURCHASED SEPARATELY.



# FIAT 500

## 2017 MODEL YEAR

THIS VEHICLE IS MANUFACTURED TO MEET SPECIFIC UNITED STATES REQUIREMENTS. THIS VEHICLE IS NOT MANUFACTURED FOR SALE OR REGISTRATION OUTSIDE OF THE UNITED STATES.

MANUFACTURER'S SUGGESTED RETAIL PRICE OF THIS MODEL INCLUDING DEALER PREPARATION

**Base Price:  $14,995**

**FIAT 500 POP HATCHBACK**
Exterior Color: Nero Puro (Straight Black)Clear Coat Ext Paint
Interior Color: Nero (Black)  Interior Ambient
Interior: Premium Cloth Bucket Seats
Engine: 1.4-Liter I4 MultiAir® 16-Valve Engine
Transmission: 6-Speed Automatic Transmission

**STANDARD EQUIPMENT** (UNLESS REPLACED BY OPTIONAL EQUIPMENT)
FUNCTIONAL/SAFETY FEATURES
Advanced Multistage Front Airbags
Supplemental Front Seat-Mounted Side Airbags
Supplemental Side-Curtain Front Airbags
Driver Inflatable Knee-Bolster Airbag
Front Seat Reactive Head Restraints
LATCH Ready Child Seat Anchor System
4-Wheel Anti-Lock Disc Power Brakes
Electronic Stability Control
Tire Specific Pressure Monitoring Display
Hill Start Assist
Power Door Locks
Remote Keyless Entry
Speed Control
Rear Window Wiper / Washer
Engine Immobilizer
INTERIOR FEATURES
Uconnect® 5.0
5.0-Inch Touchscreen Display
Integrated Voice Command with Bluetooth®
Rear View Mirror with Microphone
Media Hub (USB, Aux) in Center Console
USB Port in Glovebox
Premium 7-Inch Color Cluster Display
Electronic Vehicle Information Center
FIAT Premium Audio System
Power Windows with Front One-Touch-Down Feature
12-Volt Auxiliary Power Outlet in Center Console
Leather-Wrapped Steering Wheel
Steering Wheel Mounted Audio Controls
Tilt Steering Column
Urethane Shift Knob
Premium Cloth Bucket Seats
Driver Seat Memory
Passenger Seat Memory
Driver Seat Height Adjuster
Front Floor Mats
Rear 50 / 50 Split Fold-Down Seat
Air Conditioning
EXTERIOR FEATURES
15-Inch x 6.0-Inch Aluminum Wheels
185/55R15 Tires

Tire Pressure Monitoring Sensor
Bi-Function Halogen Projector Headlamps
Body-Color Power Heated Mirrors
Tinted Glass Windows
Chrome Exhaust Tip
Tire Service Kit (No Compact Spare)

**OPTIONAL EQUIPMENT** (May Replace Standard Equipment)
Customer Preferred Package 22C
Premium All Weather Package by Mopar®                    $400
  Front Air Deflectors by Mopar®
  Front Slush Mats by Mopar®
  Rear Slush Mats by Mopar®
  Front Splash Guards by Mopar®
  Rear Splash Guards by Mopar®
Interior Appearance Group by Mopar®                      $395
  Front Premium Carpet Mats by Mopar®
  Rear Premium Carpet Mats by Mopar®
  Cargo Tray by Mopar®
  Bright Pedal Kit by Mopar®
  Chrome Door Sills by Mopar®
Popular Equipment Package                                $495
  Auto-Dimming Rear View Mirror w/Microphone
  Auto Temp Control Air Conditioning w/Micron Filter
Sport Appearance Package                                 $995
  Fog Lamps
  Body-Color Fascias
  Sport Spoiler
  195/45R16XL Tires
  Side Sills Ground Effects
  16-Inch x 6.5-Inch Hyper Black Aluminum Wheels
  Nero (Black) Trimmed Lights
Black / Gray (Nero / Grigio) Seats                       $995
6-Speed Automatic Transmission                           $795
Power Sunroof                                            $695
Beats™ Premium Audio System                             $995

**DESTINATION CHARGE**                                    $995

**TOTAL PRICE: * $20,760**

WARRANTY COVERAGE
Basic Warranty: 4 Year / 50,000 Miles.
Powertrain Warranty: 4 Year / 50,000 Miles.
Roadside assistance: certain restrictions apply.

Assembly Point/Port of Entry: TOLUCA,  MEXICO
VIN: 3C3-CFFKR3HT-557918      L4-V0N 6780   S.L. 1128



THIS LABEL IS ADDED TO THIS VEHICLE TO COMPLY WITH FEDERAL LAW. THE LABEL CANNOT BE REMOVED OR ALTERED PRIOR TO DELIVERY TO THE ULTIMATE PURCHASER.
* STATE AND/OR LOCAL TAXES IF ANY, LICENSE AND TITLE FEES AND DEALER SUPPLIED AND INSTALLED OPTIONS AND ACCESSORIES ARE NOT INCLUDED IN THIS PRICE. DISCOUNT, IF ANY, IS BASED ON PRICE OF OPTIONS IF PURCHASED SEPARATELY.

For more information visit: www.fiatusa.com
or call 1-888-CIAOFIAT

**FCA US LLC**



**EPA DOT   Fuel Economy and Environment**                    Gasoline Vehicle

Fuel Economy    These estimates reflect new EPA methods beginning with 2017 models.

**29** MPG    Minicompact cars range from  15 to 112 MPGe.
combined city/hwy    The best vehicle rates 119 MPGe.
**27** city   **33** highway

**3.4** gallons per 100 miles

**You spend $250 more in fuel costs over 5 years** compared to the average new vehicle.

**Annual fuel cost $1,450**

Fuel Economy & Greenhouse Gas Rating (tailpipe only)     Smog Rating (tailpipe only)
1            7            10 Best          1      6      10 Best
This vehicle emits 309 grams CO2 per mile. The best emits  0 grams per mile (tailpipe only). Producing and distributing fuel also creates emissions; learn more at fueleconomy.gov

Actual results will vary for many reasons, including driving conditions and how you drive and maintain your vehicle. The average new vehicle gets  .26 MPG and costs $7,000  to fuel over 5 years. Cost estimates are based on 15,000 miles per year at $2.80 per gallon. MPGe is miles per gasoline gallon equivalent. Vehicle emissions are a significant cause of climate change and smog.

**fueleconomy.gov**
Calculate personalized estimates and compare vehicles

Smartphone QR Code™

## GOVERNMENT 5-STAR SAFETY RATINGS

**Overall Vehicle Score** ★★★★
Based on the combined ratings of frontal, side, and rollover.
Should ONLY be compared to other vehicles of similar size and weight.

**Frontal Crash**    Driver ★★★★
                     Passenger ★★★
Based on the risk of injury in a frontal impact.
Should ONLY be compared to other vehicles of similar size and weight.

**Side Crash**    Front seat ★★★★★
                  Rear seat ★★★★★
Based on the risk of injury in a side impact.

**Rollover** ★★★★
Based on the risk of rollover in a single-vehicle crash.

Star ratings range from 1 to 5 stars (★★★★★) with 5 being the highest.
Source: National Highway Traffic Safety Administration (NHTSA)
www.safercar.gov or 1-888-327-4236

The safety ratings above are based on Federal Government tests of particular vehicles equipped with certain features and options. The performance of this vehicle may differ.
**Bumper Performance**
This vehicle is equipped with bumper systems that can withstand a frontal barrier impact speed of 2.5 miles per hour and a rear barrier impact speed of 2.5 miles per hour with no more damage than allowed by the Federal bumper standard. The Federal bumper standard allows damage to the bumpers and attaching hardware and specifies barrier tests to be conducted at 2.5 miles per hour.

**PARTS CONTENT INFORMATION**
FOR VEHICLES IN THIS CARLINE:
U.S./CANADIAN PARTS CONTENT:   19%
MAJOR SOURCES OF FOREIGN PARTS
CONTENT:
  MEXICO:  52%
NOTE: PARTS CONTENT DOES NOT INCLUDE FINAL ASSEMBLY, DISTRIBUTION, OR OTHER NON-PARTS COSTS.

FOR THIS VEHICLE:
FINAL ASSEMBLY POINT:
  TOLUCA,  MEXICO
COUNTRY OF ORIGIN:
  ENGINE: UNITED STATES
  TRANSMISSION: JAPAN



**FIAT** 500

## 2018 MODEL YEAR

THIS VEHICLE IS MANUFACTURED TO MEET SPECIFIC UNITED STATES REQUIREMENTS. THIS VEHICLE IS NOT MANUFACTURED FOR SALE OR REGISTRATION OUTSIDE OF THE UNITED STATES.

**MANUFACTURER'S SUGGESTED RETAIL PRICE OF THIS MODEL INCLUDING DEALER PREPARATION**

► **Base Price:    $16,245** ◄

**FIAT 500 POP HATCHBACK**
Exterior Color: Metallo Gray Exterior Paint
Interior Color: Nero (Black) Interior Ambient
Interior: Premium Cloth Bucket Seats
Engine: 1.4L I4 MultiAir Turbo Engine
Transmission: 5–Speed Manual Transmission
**STANDARD EQUIPMENT** (UNLESS REPLACED BY OPTIONAL EQUIPMENT)
        FUNCTIONAL/SAFETY FEATURES

Advanced Multistage Front Airbags
Supplemental Front Seat–Mounted Side Airbags
Supplemental Side–Curtain Front Airbags
Driver Inflatable Knee–Bolster Airbag
Front Seat Reactive Head Restraints
LATCH Ready Child Seat Anchor System
ParkView® Rear Back Up Camera
Electronic Stability Control
Anti–Lock 4–Wheel Disc Performance Brakes
Sport–Tuned Suspension
Tire Specific Pressure Monitoring Display
Hill Start Assist
Power Door Locks
Remote Keyless Entry
Speed Control
Rear Window Wiper / Washer
Engine Immobilizer
135 Horsepower Rating
        INTERIOR FEATURES
Uconnect® 5.0
5.0–Inch Touchscreen Display
Integrated Voice Command with Bluetooth®
Rear View Mirror with Microphone
Media Hub (USB, Aux) in Center Console
USB Port in Glovebox
Premium 7–Inch Color Cluster Display
Electronic Vehicle Information Center
FIAT Premium Audio System
Power Windows with Front One–Touch–Down Feature
12–Volt Auxiliary Power Outlet in Center Console
Leather–Wrapped Steering Wheel
Steering Wheel Mounted Audio Controls
Tilt Steering Column
Premium Cloth Bucket Seats

Driver Seat Memory
Passenger Seat Memory
Driver Seat Height Adjuster
Rear 50 / 50 Split Fold–Down Seat
Air Conditioning
        EXTERIOR FEATURES
16.0–Inch x 6.5–Inch Aluminum Wheels
Bi–Function Halogen Projector Headlamps
Front Fog Lamps
Body–Color Power Heated Mirrors
Tinted Glass Windows
Chrome Exhaust Tip
Sport Spoiler
Tire Service Kit (No Compact Spare)
**OPTIONAL EQUIPMENT** (May Replace Standard Equipment)
**Customer Preferred Package 2HC**
Black / Gray (Nero / Grigio) Seats
**Destination Charge**                                      $1,295

► **TOTAL PRICE: ***    **$17,540** ◄

**WARRANTY COVERAGE**
Basic Warranty: 4 Year / 50,000 Miles.
Powertrain Warranty: 4 Year / 50,000 Miles.
Roadside assistance; certain restrictions apply.

Assembly Point/Port of Entry: TOLUCA,  MEXICO     S.L.     SHIP TO:          SOLDTO:
VIN: 3C3–CFFKH1JT–503515        LA–VON: 2551     0816

THIS LABEL IS ADDED TO THIS VEHICLE TO COMPLY WITH FEDERAL LAW. THE LABEL CANNOT BE REMOVED
OR ALTERED PRIOR TO DELIVERY TO THE ULTIMATE PURCHASER.

* STATE AND/OR LOCAL TAXES IF ANY, LICENSE AND TITLE FEES AND DEALER SUPPLIED AND
INSTALLED OPTIONS AND ACCESSORIES ARE NOT INCLUDED IN THIS PRICE. DISCOUNT, IF ANY,
IS BASED ON PRICE OF OPTIONS IF PURCHASED SEPARATELY.

For more information visit: www.fiatusa.com
or call 1–888–CIAOFIAT

## FCA US LLC



**GOVERNMENT 5–STAR SAFETY RATINGS**

| Overall Vehicle Score | | Not Rated |
|---|---|---|

Based on the combined ratings of frontal, side, and rollover.
Should ONLY be compared to other vehicles of  similar size and weight.

| **Frontal Crash** | Driver | ★★★★ |
| | Passenger | ★★★ |

Based on the risk of injury in a frontal  impact.
Should ONLY be compared to other vehicles of similar size and weight.

| **Side Crash** | Front seat | Not Rated |
| | Rear seat | Not Rated |

Based on the risk of injury in a side impact.

| **Rollover** | | ★★★★ |

Based on the risk of rollover in a single–vehicle crash.

Star ratings range from 1 to 5 stars ( ★ ★ ★ ★ ★ ) with 5 being the highest.
Source: National Highway Traffic Safety Administration (NHTSA)
www.safercar.gov or 1–888–327–4236

The safety ratings above are based on Federal Government tests of particular vehicles
equipped with certain features and options. The performance of this vehicle may differ.
**Bumper Performance**
This vehicle is equipped with bumper systems that can with stand a frontal barrier impact speed of 2.5 miles per
hour and a rear barrier impact speed of 2.5 miles per hour with no more damage than allowed by the Federal
bumper standard. The Federal bumper standard allows damage to the bumpers and attaching hardware and
specifies barrier tests to be conducted at 2.5 miles per hour.

**PARTS CONTENT INFORMATION**

**FOR VEHICLES IN THIS CARLINE:**
U.S./CANADIAN PARTS CONTENT: 11%

**MAJOR SOURCES OF FOREIGN PARTS CONTENT:**

MEXICO : 54%    ITALY : 16%
NOTE: PARTS CONTENT DOES NOT INCLUDE FINAL
ASSEMBLY, DISTRIBUTION, OR OTHER
NON–PARTS COSTS.

**FOR THIS VEHICLE:**
FINAL ASSEMBLY POINT:
TOLUCA,  MEXICO
COUNTRY OF ORIGIN:
ENGINE: ITALY
TRANSMISSION: ITALY





**2019 MODEL YEAR**

THIS VEHICLE IS MANUFACTURED TO MEET SPECIFIC UNITED STATES REQUIREMENTS. THIS VEHICLE IS NOT MANUFACTURED FOR SALE OR REGISTRATION OUTSIDE OF THE UNITED STATES.

MANUFACTURER'S SUGGESTED RETAIL PRICE OF THIS MODEL INCLUDING DEALER PREPARATION

**Base Price:**  $16,495

**FIAT 500 POP HATCHBACK**
Exterior Color: Bianco White Ice Exterior Paint
Interior Color: Nero (Black) Interior Ambient
Interior: Premium Cloth Bucket Seats
Engine: 1.4L I4 MultiAir Turbo Engine
Transmission: 5–Speed Manual Transmission
STANDARD EQUIPMENT (UNLESS REPLACED BY OPTIONAL EQUIPMENT)
FUNCTIONAL/SAFETY FEATURES

Advanced Multistage Front Airbags
Supplemental Front Seat–Mounted Side Airbags
Supplemental Side–Curtain Front Airbags
Driver Inflatable Knee–Bolster Airbag
Front Seat Reactive Head Restraints
LATCH Ready Child Seat Anchor System
ParkView® Rear Back–Up Camera
Electronic Stability Control
Anti–Lock 4–Wheel Disc Performance Brakes
Sport–Tuned Suspension
Tire Specific Pressure Monitoring Display
Hill Start Assist
Power Door Locks
Remote Keyless Entry
Speed Control
Rear Window Wiper / Washer
Engine Immobilizer
135 Horsepower Rating
INTERIOR FEATURES
Uconnect® 3 with 5–Inch Display
5.0–Inch Touchscreen Display
Integrated Voice Command with Bluetooth®
Rear View Mirror with Microphone
Media Hub (USB, Aux) in Center Console
USB Port in Glovebox
Premium 7–Inch Color Cluster Display
Electronic Vehicle Information Center
FIAT Premium Audio System
Power Windows with Front One–Touch–Down Feature
12–Volt Auxiliary Power Outlet in Center Console
Leather–Wrapped Steering Wheel
Steering Wheel Mounted Audio Controls
Tilt Steering Column
Premium Cloth Bucket Seats

Driver Seat Memory
Passenger Seat Memory
Driver Seat Height Adjuster
Rear 50 / 50 Split Fold–Down Seat
Air Conditioning
EXTERIOR FEATURES
16–Inch x 6.5–Inch Aluminum Wheels
Bi–Function Halogen Projector Headlamps
Front Fog Lamps
Body–Color Power–Heated Mirrors
Tinted Glass Windows
Chrome Exhaust Tip
Sport Spoiler
Tire Service Kit (No Compact Spare)
OPTIONAL EQUIPMENT (May Replace Standard Equipment)
Customer Preferred Package 2HC
Roof & Mirror Cap Red Package                     $295
   Rosso (Red) Roof
   Roof–Color Exterior Mirrors
   Two–Tone Paint Group
Black / Gray (Nero / Grigio) Seats

**Destination Charge**                            $1,495

**TOTAL PRICE: ***  **$18,285**

WARRANTY COVERAGE
Basic Warranty: 4 Year / 50,000 Miles.
Powertrain Warranty: 4 Year / 50,000 Miles.
Roadside assistance; certain restrictions apply.

Assembly Point/Port of Entry: TOLUCA, MEXICO          S.L.          SHIP TO:                     SOLDTO:
VIN: 3C3–CFFKH5KT–803334          L4–VOR: 7439          0617

THIS LABEL IS ADDED TO THIS VEHICLE TO COMPLY WITH FEDERAL LAW. THE LABEL CANNOT BE REMOVED OR ALTERED PRIOR TO DELIVERY TO THE ULTIMATE PURCHASER.

* STATE AND/OR LOCAL TAXES IF ANY, LICENSE AND TITLE FEES AND DEALER SUPPLIED AND INSTALLED OPTIONS AND ACCESSORIES ARE NOT INCLUDED IN THIS PRICE. DISCOUNT, IF ANY, IS BASED ON PRICE OF OPTIONS IF PURCHASED SEPARATELY.

For more information visit: www.fiatusa.com
or call 1–888–CIAOFIAT

**FCA US LLC**



**EPA DOT**  **Fuel Economy and Environment**          **Gasoline Vehicle**

**Fuel Economy** These estimates reflect new EPA methods beginning with 2017 models.

**30** MPG
combined city/hwy
**28** city     **33** highway

Minicompact cars range from 13 to 31 MPGe.
The best vehicle rates 136 MPGe.

**3.3** gallons per 100 miles

**You spend $500** in fuel costs over 5 years compared to the average new vehicle.

**Annual fuel cost**
**$1,500**

**Fuel Economy & Greenhouse Gas Rating** (tailpipe only)     **Smog Rating** (tailpipe only)
1 ——— **7** ——— 10                                          1 — **3** — 10
Best                                                          Best

This vehicle emits 299 grams CO2 per mile. The best emits 0 grams per mile (tailpipe only). Producing and distributing fuel also creates emissions; learn more at fueleconomy.gov.

Actual results will vary for many reasons, including driving conditions and how you drive and maintain your vehicle. The average new vehicle gets 27 MPG and cost $7,000 to fuel over 5 years. Cost estimates are based on 15,000 miles per year at $3.00 per gallon. MPGe is miles per gasoline gallon equivalent. Vehicle emissions are a significant cause of climate change and smog.

**fueleconomy.gov**
Calculate personalized estimates and compare vehicles

Smartphone QR Code™

**GOVERNMENT 5–STAR SAFETY RATINGS**

**Overall Vehicle Score**                         Not Rated
Based on the combined ratings of frontal, side, and rollover.
Should ONLY be compared to other vehicles of similar size and weight.

**Frontal Crash**          Driver          ★★★★
                           Passenger       ★★★
Based on the risk of injury in a frontal impact.
Should ONLY be compared to other vehicles of similar size and weight.

**Side Crash**             Front seat      Not Rated
                           Rear seat       Not Rated
Based on the risk of injury in a side impact.

**Rollover**                               ★★★★
Based on the risk of rollover in a single–vehicle crash.

Star ratings range from 1 to 5 stars (★★★★★) with 5 being the highest.
Source: National Highway Traffic Safety Administration (NHTSA)
www.safercar.gov or 1–888–327–4236

The safety ratings above are based on Federal Government tests of particular vehicles equipped with certain features and options. The performance of this vehicle may differ.

Bumper Performance
This vehicle is equipped with bumper systems that can with stand a frontal barrier impact speed of 2.5 miles per hour and a rear barrier impact speed of 2.5 miles per hour with no more damage than allowed by the Federal bumper standard. The Federal bumper standard allows damage to the bumpers and attaching hardware and specifies barrier tests to be conducted at 2.5 miles per hour.

**PARTS CONTENT INFORMATION**

FOR VEHICLES IN THIS CARLINE:
U.S./CANADIAN PARTS CONTENT: 12%
MAJOR SOURCES OF FOREIGN PARTS CONTENT:
MEXICO : 42%   ITALY : 15%
NOTE: PARTS CONTENT DOES NOT INCLUDE FINAL ASSEMBLY, DISTRIBUTION, OR OTHER NON–PARTS COSTS.
FOR THIS VEHICLE:
FINAL ASSEMBLY POINT:
TOLUCA, MEXICO
COUNTRY OF ORIGIN:
ENGINE: ITALY
TRANSMISSION: ITALY



**MOPAR**   **VEHICLE PROTECTION**
A PRODUCT OF FCA US LLC
Ask for Mopar Vehicle Protection for your vehicle. We Built It. We Back It.

Year:   2012
Make:   Honda
Model:   Civic Sdn 4dr Auto LX
VIN:   19XFB2F55CE371153

Engine:   4 Cylinder Engine
Transmission:   5-Speed A/T
Exterior:
Interior:

## CITY MPG
**28**


Fuel Economy Information

## HIGHWAY MPG
**39**

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## MECHANICAL

· 1.8L SOHC MPFI 16-valve i-VTEC I4 engine
· Aluminum-alloy engine block
· Drive-by-wire throttle
· Eco Assist system
· Compact 5-speed automatic transmission w/OD
· Front wheel drive
· MacPherson strut front suspension
· Multi-link rear suspension
· Front & rear stabilizer bars
· Motion-adaptive electric pwr rack & pinion steering
· Pwr ventilated front disc/rear drum brakes

## EXTERIOR

· P195/65HR15 all-season tires
· Compact spare tire & wheel
· Body-colored bumpers
· Multi-reflector auto-off halogen headlights
· Body-colored pwr mirrors
· 2-speed intermittent windshield wipers
· Body-colored door handles

## ENTERTAINMENT

· Integrated rear window antenna

## INTERIOR

· Cloth reclining front bucket seats -inc: driver manual height adjustment, active adjustable head restraints
· Fold-down rear seatback -inc: adjustable head restraints
· Center console w/armrest, storage compartment
· Driver footrest
· Tilt/telescoping steering column
· 2-tier instrument panel w/blue backlit gauges -inc: tachometer
· Indicator lights -inc: trunk/door-open, low fuel/oil, coolant temp, front passenger front & front side airbag status
· Intelligent multi-information display (i-MID) -inc: welcome screen, customizable settings, digital odometer, (2) digital trip meters, clock, average speed, elapsed time, average fuel economy, miles-to-empty
· Headlights-on reminder

· Maintenance Minder system
· Pwr windows w/driver auto-up/down
· Illuminated driver window/driver door lock controls
· Remote fuel filler door release
· Interior remote trunk release w/lock
· Security system
· Immobilizer theft-deterrent system
· Air conditioning w/air filtration system
· Rear seat heater ducts
· Rear window defroster w/timer
· Front 12V aux pwr outlet
· Coin tray
· Front cup holders
· Front door pocket storage bins
· Dual visor vanity mirrors
· Map lights
· Cargo area light

## SAFETY

· 4-wheel anti-lock braking system (ABS) w/electronic brake distribution (EBD)
· Brake assist
· Vehicle Stability Assist (VSA) w/traction control
· Advanced Compatibility Engineering (ACE) body structure
· Side-impact door beams
· Daytime running lights
· Front & rear side curtain airbags
· 3-point seat belts in all seating positions - inc: front automatic tensioning system, adjustable front seat belt anchors
· Child-proof rear door locks
· 2nd row lower anchors & tethers for children (LATCH) -inc: outboard lower anchors, tether anchors for all positions
· Emergency trunk release
· Tire pressure monitoring system

## *New*

| MSRP | **$18,805.00** |
| --- | --- |
| **INSTALLED OPTIONS** | |
| Original Shipping Charge | $790 |
| **RETAIL PRICE (ORIGINALLY NEW)** | **$19,595.00** |

## Get more information on your smartphone:





www.BillMarsh.com
800-596-2774

| Year: 2015 | Engine: 4 Cylinder Engine |
| Make: Honda | Transmission: CVT Transmission |
| Model: CR-V | Colors: Crystal Black Pearl / Black |
| VIN: 2HKRM3H73FH538797 | Mileage: 51,481 |

## MECHANICAL

· 5.048 Axle Ratio
· GVWR: TBD
· Front-Wheel Drive
· 36-Amp/Hr 410CCA Maintenance-Free Battery
· Gas-Pressurized Shock Absorbers
· Front And Rear Anti-Roll Bars
· Electric Power-Assist Speed-Sensing Steering
· 15.3 Gal. Fuel Tank
· Single Stainless Steel Exhaust
· Strut Front Suspension w/Coil Springs
· Multi-Link Rear Suspension w/Coil Springs
· 4-Wheel Disc Brakes w/4-Wheel ABS, Front Vented Discs, Brake Assist and Hill Hold Control

## EXTERIOR

· Tires: P225/65R17 102T All-Season
· 6.5" Wheels w/Silver Accents
· Steel Spare Wheel
· Compact Spare Tire Mounted Inside Under Cargo
· Clearcoat Paint
· Express Open/Close Sliding And Tilting Glass 1st Row Sunroof w/Sunshade
· Body-Colored Front Bumper w/Colored Rub Strip/Fascia Accent and Black Bumper Insert
· Body-Colored Rear Bumper w/Colored Rub Strip/Fascia Accent and Black Bumper Insert
· Black Bodyside Cladding and Black Wheel Well Trim
· Chrome Side Windows Trim and Black Front Windshield Trim
· Body-Colored Door Handles
· Body-Colored Power Heated Side Mirrors w/Convex Spotter and Manual Folding
· Fixed Rear Window w/Fixed Interval Wiper, Heated Wiper Park and Defroster
· Deep Tinted Glass
· Speed Sensitive Variable Intermittent Wipers
· Fully Galvanized Steel Panels
· Black Grille w/Chrome Surround
· Liftgate Rear Cargo Access
· Roof Rack Rails Only
· Programmable Aero-Composite Halogen Daytime Running Headlamps w/Delay-Off
· Front Fog Lamps

## ENTERTAINMENT

· Radio: AM/FM/CD/SiriusXM Audio System -inc: 328-Watts, 7 speakers including subwoofer, 7" display w/high-resolution WVGA electrostatic touch-screen, customizable feature settings, HondaLink Next Generation, Bluetooth streaming audio, Pandora Internet radio compatibility, USB/display audio interfaces, MP3/Windows Media Audio playback capability, Radio Data System and Speed-Sensitive Volume Control
· Audio Theft Deterrent
· Integrated Roof Antenna
· Bluetooth Handsfreelink Wireless Phone Connectivity

## INTERIOR

· Heated Front Bucket Seats -inc: driver's seat w/10-way power adjustment and power lumbar support
· 4-Way Passenger Seat -inc: Manual Recline and Fore/Aft Movement
· 60-40 Folding Split-Bench Front Facing Flip Forward Cushion/Seatback Rear Seat
· Manual Tilt/Telescoping Steering Column
· Leather/Metal-Look Steering Wheel

· Front Cupholder
· Rear Cupholder
· Compass
· Valet Function
· Remote Releases -Inc: Mechanical Fuel
· Cruise Control w/Steering Wheel Controls
· HVAC -inc: Underseat Ducts and Console Ducts
· Locking Glove Box
· Driver Foot Rest
· Full Cloth Headliner
· Interior Trim -inc: Simulated Wood Instrument Panel Insert, Metal-Look Door Panel Insert, Metal-Look Console Insert, Chrome And Metal-Look Interior Accents
· Leatherette Door Trim Insert
· Leather Gear Shift Knob
· Driver And Passenger Visor Vanity Mirrors w/Driver And Passenger Illumination
· Full Floor Console w/Covered Storage, Mini Overhead Console w/Storage, Conversation Mirror and 2 12V DC Power Outlets
· Front Map Lights
· Fade-To-Off Interior Lighting
· Carpet Floor Trim
· Roll-Up Cargo Cover
· Cargo Space Lights
· Instrument Panel Bin, Driver / Passenger And Rear Door Bins
· Delayed Accessory Power
· Systems Monitor
· Outside Temp Gauge
· Analog Display
· Manual Adjustable Front Head Restraints and Manual Adjustable Rear Head Restraints
· Sliding Front Center Armrest and Rear Center Armrest
· 2 Seatback Storage Pockets
· Seats w/Vinyl Back Material
· Perimeter Alarm
· 2 12V DC Power Outlets
· Air Filtration

## SAFETY

· Side Impact Beams
· Dual Stage Driver And Passenger Seat-Mounted Side Airbags
· Low Tire Pressure Warning
· Dual Stage Driver And Passenger Front Airbags
· Curtain 1st And 2nd Row Airbags
· Airbag Occupancy Sensor
· Rear Child Safety Locks
· Outboard Front Lap And Shoulder Safety Belts -inc: Rear Center 3 Point, Height Adjusters and Pretensioners
· Back-Up Camera
· Honda LaneWatch Right Side Camera

| CITY MPG | HIGHWAY MPG |
|---|---|
| **27** | **34** |



Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| MSRP | **$29,645.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| Crystal Black Pearl | $0 |
| Black, Leather Seat Trim | $0 |
| Wheels: 17" 10 Spoke Alloy | $1,516 |
| Original Shipping Charge | $900 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $32,061.00 |

## *Used*

| PRICE | $18,995.00 |
|---|---|

### Get more information on your smartphone:





LVMotorcars.com
702-463-9700

| Year: 2016 | Engine: 4 Cylinder Engine |
|---|---|
| Make: Honda | Transmission: CVT Transmission |
| Model: CR-V AWD 5dr EX | Exterior: |
| VIN: 2HKRM4H55GH606748 | Interior: |

## MECHANICAL

· 5.048 Axle Ratio
· GVWR: TBD
· Automatic Full-Time All-Wheel Drive
· 36-Amp/Hr 410CCA Maintenance-Free Battery
· Gas-Pressurized Shock Absorbers
· Front And Rear Anti-Roll Bars
· Electric Power-Assist Speed-Sensing Steering
· 15.3 Gal. Fuel Tank
· Single Stainless Steel Exhaust
· Permanent Locking Hubs
· Strut Front Suspension w/Coil Springs
· Multi-Link Rear Suspension w/Coil Springs
· 4-Wheel Disc Brakes w/4-Wheel ABS, Front Vented Discs, Brake Assist and Hill Hold Control

## EXTERIOR

· Tires: P225/65R17 102T All-Season
· Steel Spare Wheel
· Compact Spare Tire Mounted Inside Under Cargo
· Clearcoat Paint
· Express Open/Close Sliding And Tilting Glass 1st Row Sunroof w/Sunshade
· Body-Colored Front Bumper w/Colored Rub Strip/Fascia Accent and Black Bumper Insert
· Body-Colored Rear Bumper w/Colored Rub Strip/Fascia Accent and Black Bumper Insert
· Black Bodyside Cladding and Black Wheel Well Trim
· Chrome Side Windows Trim and Black Front Windshield Trim
· Body-Colored Door Handles
· Body-Colored Power Side Mirrors w/Convex Spotter and Manual Folding
· Fixed Rear Window w/Fixed Interval Wiper, Heated Wiper Park and Defroster
· Deep Tinted Glass
· Speed Sensitive Variable Intermittent Wipers
· Fully Galvanized Steel Panels
· Black Grille w/Chrome Surround
· Liftgate Rear Cargo Access
· Programmable Aero-Composite Halogen Daytime Running Headlamps w/Delay-Off
· Front Fog Lamps

## ENTERTAINMENT

· Radio: AM/FM/CD Audio System w/6 Speakers -inc: 160-Watts, 7" display w/high-resolution WVGA electrostatic touch-screen, customizable feature settings, Bluetooth streaming audio, Pandora Internet radio compatibility, USB/display audio interfaces, MP3/Windows Media Audio playback capability, Radio Data System and Speed-Sensitive Volume Control
· Radio w/Seek-Scan, Clock and Steering Wheel Controls
· Audio Theft Deterrent
· Integrated Roof Antenna
· Bluetooth Handsfreelink Wireless Phone Connectivity

## INTERIOR

· Heated Front Bucket Seats -inc: driver's seat w/10-way power adjustment and power lumbar support
· 4-Way Passenger Seat -inc: Manual Recline and Fore/Aft Movement
· 60-40 Folding Split-Bench Front Facing Flip Forward Cushion/Seatback Rear Seat
· Manual Tilt/Telescoping Steering Column
· Front Cupholder

· Rear Cupholder
· Compass
· Valet Function
· Remote Releases -Inc: Mechanical Fuel
· Cruise Control w/Steering Wheel Controls
· Manual Air Conditioning
· HVAC -inc: Underseat Ducts and Console Ducts
· Locking Glove Box
· Driver Foot Rest
· Full Cloth Headliner
· Cloth Door Trim Insert
· Urethane Gear Shift Knob
· Interior Trim -inc: Metal-Look Instrument Panel Insert, Metal-Look Console Insert, Chrome And Metal-Look Interior Accents
· Day-Night Rearview Mirror
· Driver And Passenger Visor Vanity Mirrors w/Driver And Passenger Illumination
· Full Floor Console w/Covered Storage, Mini Overhead Console w/Storage, Conversation Mirror and 2 12V DC Power Outlets
· Front Map Lights
· Fade-To-Off Interior Lighting
· Carpet Floor Trim
· Roll-Up Cargo Cover
· Cargo Space Lights
· Instrument Panel Bin, Driver / Passenger And Rear Door Bins
· Delayed Accessory Power
· Systems Monitor
· Outside Temp Gauge
· Analog Display
· Manual Adjustable Front Head Restraints and Manual Adjustable Rear Head Restraints
· Sliding Front Center Armrest and Rear Center Armrest
· Seats w/Premium Cloth Back Material
· 2 Seatback Storage Pockets
· Perimeter Alarm
· 2 12V DC Power Outlets
· Air Filtration

## SAFETY

· Side Impact Beams
· Dual Stage Driver And Passenger Seat-Mounted Side Airbags
· Low Tire Pressure Warning
· Dual Stage Driver And Passenger Front Airbags
· Curtain 1st And 2nd Row Airbags
· Airbag Occupancy Sensor
· Rear Child Safety Locks
· Outboard Front Lap And Shoulder Safety Belts -inc: Rear Center 3 Point, Height Adjusters and Pretensioners
· Back-Up Camera
· Honda LaneWatch Right Side Camera

## *New*

| MSRP | $27,395.00 |
|---|---|
| **INSTALLED OPTIONS** | |
| Original Shipping Charge | $940 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $28,335.00 |

### Get more information on your smartphone:





www.BillMarsh.com
800-596-2774

| | |
|---|---|
| Year:  2014 | Engine:  4 Cylinder Engine |
| Make:  Honda | Transmission:  5-Speed A/T |
| Model:  CR-V 2WD 5dr EX | Colors:  Urban Titanium Metallic / Beige |
| VIN:  2HKRM3H51EH543901 | Stock #: 2539A |

**MECHANICAL**

· 4.44 Axle Ratio
· GVWR: 4,464 lbs
· Front-Wheel Drive
· 36-Amp/Hr 410CCA Maintenance-Free Battery
· 850# Maximum Payload
· Gas-Pressurized Shock Absorbers
· Front And Rear Anti-Roll Bars
· Electric Power-Assist Speed-Sensing Steering
· 15.3 Gal. Fuel Tank
· Single Stainless Steel Exhaust
· Strut Front Suspension w/Coil Springs
· Multi-Link Rear Suspension w/Coil Springs
· 4-Wheel Disc Brakes w/4-Wheel ABS, Front Vented Discs, Brake Assist and Hill Hold Control

**EXTERIOR**

· Wheels: 17" 10-Spoke Alloy
· Tires: P225/65R17 102T All-Season
· 6.5" Wheels w/Silver Accents
· Steel Spare Wheel
· Compact Spare Tire Mounted Inside Under Cargo
· Clearcoat Paint
· Express Open/Close Sliding And Tilting Glass 1st Row Sunroof w/Sunshade
· Body-Colored Front Bumper w/Black Rub Strip/Fascia Accent
· Body-Colored Rear Bumper w/Black Rub Strip/Fascia Accent
· Black Bodyside Cladding and Black Wheel Well Trim
· Chrome Side Windows Trim and Black Front Windshield Trim
· Body-Colored Door Handles
· Body-Colored Power Side Mirrors w/Convex Spotter and Manual Folding
· Fixed Rear Window w/Fixed Interval Wiper, Heated Wiper Park and Defroster
· Deep Tinted Glass
· Speed Sensitive Variable Intermittent Wipers
· Fully Galvanized Steel Panels
· Chrome Grille
· Liftgate Rear Cargo Access
· Programmable Aero-Composite Halogen Daytime Running Headlamps w/Delay-Off
· Front Fog Lamps

**ENTERTAINMENT**

· Radio: AM/FM/CD Audio System w/6 Speakers -inc: 160-Watts, Bluetooth streaming audio, Pandora Internet radio compatibility, USB audio interface, MP3/auxiliary input jack, MP3/Windows Media Audio playback capability, Radio Data System and Speed-Sensitive Volume Control
· Radio w/Clock and Steering Wheel Controls
· Audio Theft Deterrent
· Integrated Roof Antenna
· Bluetooth Handsfreelink Wireless Phone Connectivity
· 1 LCD Monitor In The Front

**INTERIOR**

· Front Bucket Seats -inc: driver's seat w/manual height adjustment
· Driver Seat
· 4-Way Passenger Seat -inc: Manual Recline and Fore/Aft Movement
· 60-40 Folding Split-Bench Front Facing Flip Forward Cushion/Seatback Rear Seat

· Manual Tilt/Telescoping Steering Column
· Front Cupholder
· Rear Cupholder
· Compass
· Valet Function
· Remote Releases -Inc: Mechanical Fuel
· Cruise Control w/Steering Wheel Controls
· Manual Air Conditioning
· HVAC -inc: Underseat Ducts
· Locking Glove Box
· Driver Foot Rest
· Interior Trim -inc: Metal-Look Instrument Panel Insert, Metal-Look Console Insert and Metal-Look Interior Accents
· Full Cloth Headliner
· Cloth Door Trim Insert
· Urethane Gear Shift Knob
· Day-Night Rearview Mirror
· Driver And Passenger Visor Vanity Mirrors w/Driver And Passenger Illumination
· Full Floor Console w/Covered Storage, Mini Overhead Console w/Storage, Conversation Mirror and 2 12V DC Power Outlets
· Front Map Lights
· Fade-To-Off Interior Lighting
· Full Carpet Floor Covering -inc: Carpet Front And Rear Floor Mats
· Carpet Floor Trim
· Roll-Up Cargo Cover
· Cargo Space Lights
· Instrument Panel Bin, Driver / Passenger And Rear Door Bins
· Delayed Accessory Power
· Outside Temp Gauge
· Analog Display
· Manual Adjustable Front Head Restraints and Manual Adjustable Rear Head Restraints
· Driver And Front Passenger Armrests and Rear Center Armrest
· Seats w/Premium Cloth Back Material
· 2 Seatback Storage Pockets
· Perimeter Alarm
· 2 12V DC Power Outlets
· Air Filtration

**SAFETY**

· Side Impact Beams
· Dual Stage Driver And Passenger Seat-Mounted Side Airbags
· Low Tire Pressure Warning
· Dual Stage Driver And Passenger Front Airbags
· Curtain 1st And 2nd Row Airbags
· Airbag Occupancy Sensor
· Rear Child Safety Locks
· Outboard Front Lap And Shoulder Safety Belts -inc: Rear Center 3 Point, Height Adjusters and Pretensioners
· Back-Up Camera

| CITY MPG |  | HIGHWAY MPG |
|---|---|---|
| **22** | Fuel Economy Information | **29** |

*Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition*

## New

| MSRP | **$25,220.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| Urban Titanium Metallic | $0 |
| Beige, Cloth Seat Trim | $0 |
| Original Shipping Charge | $880 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $26,100.00 |

**Get more information on your smartphone:**





www.luxuryautocollection.com
480-448-9855

Year:  2011
Make:  Hyundai
Model:  Sonata 4dr Sdn 2.4L Auto GLS PZEV
VIN:  5NPEB4AC8BH264024

Engine:  4 Cylinder Engine
Transmission:  6-Speed A/T
Exterior:  Iridescent Silver Blue Pearl
Interior:  Gray

## MECHANICAL

· 2.4L DOHC 16-valve I4 GDI engine
· Continuous variable valve timing (CVVT)
· 6-speed automatic transmission w/OD, SHIFTRONIC
· Front wheel drive
· 110-amp alternator
· MacPherson strut front suspension w/gas shocks
· Independent multi-link rear suspension w/gas shocks
· Front/rear stabilizer bars
· 4-wheel disc brakes

## EXTERIOR

· P205/65R16 all-season tires
· Compact spare tire
· Body-color bumpers
· Body-color heated pwr mirrors w/timer
· Body-color grille
· Chrome hood garnish
· Chrome window trim
· Solar control glass
· Projector-lens headlights
· Speed-sensitive variable intermittent windshield wipers
· Body-color door handles

## ENTERTAINMENT

· 104-watt AM/FM/XM stereo w/CD/MP3 player -inc: (6) speakers, iPod/USB/aux inputs, 3-month subscription
· Shark fin style antenna

## INTERIOR

· Front bucket seats w/active head restraints
· Rear 60/40 split-fold seats w/outboard headrests
· Dual tier console w/armrest, storage, (2) cupholders
· Rear center armrest w/(2) cupholders
· (2) center console mounted 12-volt pwr outlets
· Full floor carpeting
· Door sill scuff plates
· Instrumentation -inc: speedometer, tachometer, coolant temp, fuel level, odometer, trip odometer, digital clock
· Indicators -inc: PRND, cruise control, turn signal/hazard, high beam, ESC/TCS, ECO

· Warning chimes -inc: key-in-ignition w/door ajar, seatbelt
· Trip computer
· Pwr windows w/driver auto up/down, pinch protection
· Remote fuel/hood/trunk release
· Active ECO system
· Air conditioning -inc: cabin air filter
· Rear window defroster
· Locking glovebox
· Cloth door trim
· Metalgrain interior accents
· Map pockets
· (4) door bottle holders
· Dual sunvisors w/illuminated vanity mirrors
· (3) assist grips
· Lighting -inc: dome, front map lights, ignition, glovebox, cargo
· Seatback pockets
· Rear coat hanger

## SAFETY

· 4-wheel anti-lock brakes (ABS) -inc: electronic brake-force distribution (EBD), brake assist
· Traction control system (TCS) w/electronic stability control (ESC)
· Shift interlock system
· Body-side reinforcements
· Hood buckling creases & safety stops
· Daytime running lamps
· Front/rear crumple zones
· Driver/front passenger seat-mounted side-impact airbags
· Front/rear side-curtain airbags
· 3-point seatbelts for all seating positions
· Front seat belt pretensioners & force limiters
· Childproof rear door locks
· Emergency internal trunk release
· Lower anchors & upper tether anchors (LATCH)
· Energy-absorbing steering column

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| 22 |  Fuel Economy Information | 35 |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## INSTALLED OPTIONS

| | |
|---|---|
| Popular Equipment PKG 2 | $750 |
| • pwr driver's seat<br>• pwr driver lumbar support<br>• automatic headlight control<br>• chrome interior door handles<br>• leatherette door trim<br>• 16" alloy wheels | |
| Iridescent Silver Blue Pearl | $0 |
| Gray, Cloth Seats | $0 |
| Ipod Cable | $35 |
| Cargo Net | $50 |
| Bumper Applique | $50 |
| Mud Guard | $85 |
| Carpeted Floor Mats | $100 |
| Original Shipping Charge | $750 |



www.creditnow.com
866-864-9899

Year:   2012
Make:   Hyundai
Model:   Sonata 4dr Sdn 2.0T Auto Limited
VIN:   5NPEC4AB3CH345809

Engine:   4 Cylinder Engine
Transmission:   6-Speed A/T
Exterior:   Midnight Black
Interior:   Gray

## MECHANICAL

· 2.0L DOHC 16-valve I4 turbocharged GDI engine
· Dual continuously variable valve timing
· 6-speed automatic transmission w/OD, SHIFTRONIC -inc: steering wheel mounted paddle shifters
· Front wheel drive
· 110-amp alternator
· MacPherson strut front suspension w/gas shocks
· Independent multi-link rear suspension w/gas shocks
· Front/rear stabilizer bars
· 4-wheel disc brakes
· Chrome tipped dual exhaust

## EXTERIOR

· 18" hyper silver alloy wheels
· P225/45R18 performance tires
· Compact T125/80D16 spare tire
· Panoramic tilt/slide glass front sunroof -inc: fixed rear glass roof, sunshade
· Body-color bumpers
· Body-color heated pwr mirrors w/timer -inc: turn signal indicators
· Dark chrome grille
· Chrome hood garnish
· Chrome window trim
· Fog lights
· Solar control glass
· Projector-lens headlights -inc: auto on/off control
· Speed-sensitive variable intermittent windshield wipers
· Chrome accent door handles

## ENTERTAINMENT

· 360-watt AM/FM/XM stereo w/CD/MP3 player -inc: Dimension premium speakers, iPod/USB/aux inputs, 3-month subscription, HD radio w/multicasting
· Shark fin style antenna

## INTERIOR

· Heated front bucket seats -inc: 8-way pwr driver, pwr driver lumbar, active head restraints
· Heated rear seat bottom cushions
· Rear 60/40 split-fold seats w/outboard headrests
· Dual tier console w/armrest, storage, cupholders
· Rear center armrest w/ cupholders
· center console mounted 12-volt pwr outlets
· Full floor carpeting
· Premium metalgrain door sill scuff plates
· Instrumentation -inc: speedometer, tachometer, coolant temp, fuel level, odometer, trip odometer, digital clock

· Indicators -inc: PRND, cruise control, turn signal/hazard, high beam, ESC/TCS, ECO
· Warning chimes -inc: key-in-ignition w/door ajar, seatbelt
· Trip computer
· Pwr windows w/driver auto up/down, pinch protection
· Remote fuel/hood/trunk release
· Active ECO system
· Dual automatic climate control -inc: outside temp gauge, cabin air filter, rear seat heat ducts
· Rear window defroster
· Locking glovebox
· Leatherette door trim
· Piano black or woodgrain interior accents
· Map pockets
· door bottle holders
· Electrochromic rearview mirror -inc: HomeLink universal garage door opener, compass
· Dual sunvisors w/illuminated vanity mirrors
· assist grips
· Lighting -inc: dome, front map lights, ignition, glovebox, cargo, rear reading lights
· Leather-wrapped shift knob
· Seatback pockets
· Rear coat hanger

## SAFETY

· 4-wheel anti-lock brakes -inc: electronic brake-force distribution , brake assist
· Traction control system w/electronic stability control
· Shift interlock system
· Body-side reinforcements
· Hood buckling creases & safety stops
· Daytime running lamps
· Front/rear crumple zones
· Driver/front passenger seat-mounted side-impact airbags
· Front/rear side-curtain airbags
· Blue Link telematics system
· 3-point seatbelts for all seating positions
· Front seat belt pretensioners & force limiters
· Childproof rear door locks
· Emergency internal trunk release
· Lower anchors & upper tether anchors
· Energy-absorbing steering column

| CITY MPG | HIGHWAY MPG |
|----------|-------------|
| **22** | **34** |



*Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition*

## *New*

| | |
|---|---|
| **MSRP** | **$28,195.00** |
| **INSTALLED OPTIONS** | |
| Navigation PKG | $2,200 |

- 7" touch screen navigation system
- rear backup camera
- (9) Infinity premium speakers
- subwoofer
- 400-watt amp
- XM NavTraffic
- XM NavWeather
- XM sports
- XM stocks w/3-month complimentary subscription

| | |
|---|---|
| Midnight Black | $0 |
| Gray, Leather Seats | $0 |
| Ipod Cable | $35 |
| Cargo Mat | $95 |
| Carpeted Floor Mats | $100 |
| Original Shipping Charge | $775 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $31,400.00 |

## Get more information on your smartphone:



# Mullinax Ford Palm Beach

| | |
|---|---|
| Year:  2013 | Engine:  4 Cylinder Engine |
| Make:  Hyundai | Transmission:  6-Speed A/T |
| Model:  Sonata 4dr Sdn 2.0T Auto Limited | Exterior:  Midnight Black |
| VIN:  5NPEC4AB3DH551388 | Interior:  Black |

## MECHANICAL

· 2.0L DOHC 16-valve I4 turbocharged GDI engine
· Dual continuously variable valve timing
· 6-speed automatic transmission w/OD, SHIFTRONIC -inc: steering wheel mounted paddle shifters
· Front wheel drive
· 110-amp alternator
· MacPherson strut front suspension w/gas shocks
· Independent multi-link rear suspension w/gas shocks
· Front/rear stabilizer bars
· 4-wheel disc brakes
· Chrome tipped dual exhaust

## EXTERIOR

· 18" hyper silver alloy wheels
· P225/45R18 performance tires
· Compact T125/80D16 spare tire
· Body-color bumpers
· Body-color heated pwr mirrors w/timer -inc: turn signal indicators
· Dark chrome grille
· Chrome hood garnish
· Chrome window trim
· Fog lights
· Solar control glass
· Projector-lens headlights -inc: auto on/off control
· Speed-sensitive variable intermittent windshield wipers
· Chrome accent door handles

## ENTERTAINMENT

· 360-watt AM/FM stereo w/CD/MP3 player -inc: Dimension premium speakers, iPod/USB/aux inputs, HD radio w/multicasting
· SiriusXM satellite radio w/90-day subscription
· Shark fin style antenna

## INTERIOR

· Heated front bucket seats -inc: 8-way pwr driver, pwr driver lumbar, active head restraints
· Heated rear seat bottom cushions
· Rear 60/40 split-fold seats w/outboard headrests
· Dual tier console w/armrest, storage, cupholders
· Rear center armrest w/ cupholders
· center console mounted 12-volt pwr outlets
· Full floor carpeting
· Premium metalgrain door sill scuff plates
· Instrumentation -inc: speedometer, tachometer, coolant temp, fuel level, odometer, trip odometer, digital clock

· Indicators -inc: PRND, cruise control, turn signal/hazard, high beam, ESC/TCS, ECO
· Warning chimes -inc: key-in-ignition w/door ajar, seatbelt
· Trip computer
· Pwr windows w/driver auto up/down, pinch protection
· Remote fuel/hood/trunk release
· Active ECO system
· Dual automatic climate control -inc: outside temp gauge, cabin air filter, 2nd row air vents
· Rear window defroster
· Locking glovebox
· Leatherette door trim
· Piano black or woodgrain interior accents
· Map pockets
· door bottle holders
· Electrochromic rearview mirror -inc: HomeLink universal garage door opener, compass
· Dual sunvisors w/illuminated vanity mirrors
· assist grips
· Lighting -inc: dome, front map lights, ignition, glovebox, cargo, rear reading lights
· Leather-wrapped shift knob
· Seatback pockets
· Rear coat hanger

## SAFETY

· 4-wheel anti-lock brakes -inc: electronic brake-force distribution , brake assist
· Traction control system w/electronic stability control
· Shift interlock system
· Body-side reinforcements
· Hood buckling creases & safety stops
· Daytime running lamps
· Front/rear crumple zones
· Driver/front passenger seat-mounted side-impact airbags
· Front/rear side-curtain airbags
· Blue Link telematics system
· 3-point seatbelts for all seating positions
· Front seat belt pretensioners & force limiters
· Childproof rear door locks
· Emergency internal trunk release
· Lower anchors & upper tether anchors
· Energy-absorbing steering column

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **22** |  Fuel Economy Information | **34** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| MSRP | **$27,595.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| Premium PKG | $2,900 |
| • 7" touch screen navigation system | |
| • rear backup camera | |
| • (9) Infinity premium speakers | |
| • subwoofer | |
| • 400-watt amp | |
| • pwr tilt/slide panoramic sunroof | |
| • XM NavTraffic | |
| • XM NavWeather | |
| • XM sports | |
| • XM stock w/90-day complimentary subscription | |
| Midnight Black | $0 |
| Black, Leather Seats | $0 |
| Mud Guard | $95 |
| Cargo Mat | $95 |
| Carpeted Floor Mats | $110 |
| Original Shipping Charge | $795 |
| **RETAIL PRICE (ORIGINALLY NEW)** | **$31,590.00** |

### Get more information on your smartphone:





| Year: 2014 | Engine: 4 Cylinder Engine |
| Make: Hyundai | Transmission: 6-Speed A/T |
| Model: Sonata 4dr Sdn 2.4L Auto Limited | Exterior: Phantom Black Metallic |
| VIN: 5NPEC4AC4EH868316 | Interior: Gray |

## MECHANICAL

· Front-Wheel Drive
· 2.73 Axle Ratio
· 54-Amp/Hr Maintenance-Free Battery w/Run Down Protection
· 150 Amp Alternator
· 4365# Gvwr
· Gas-Pressurized Shock Absorbers
· Front And Rear Anti-Roll Bars
· Electric Power-Assist Speed-Sensing Steering
· 18.5 Gal. Fuel Tank
· Single Stainless Steel Exhaust
· Strut Front Suspension w/Coil Springs
· Multi-Link Rear Suspension w/Coil Springs
· 4-Wheel Disc Brakes w/4-Wheel ABS, Front Vented Discs and Brake Assist

## EXTERIOR

· Wheels: 17 x 6.5J Aluminum Alloy
· Tires: P215/55R17
· Steel Spare Wheel
· Compact Spare Tire Mounted Inside Under Cargo
· Clearcoat Paint
· Body-Colored Front Bumper
· Body-Colored Rear Bumper w/Gray Rub Strip/Fascia Accent
· Chrome Side Windows Trim and Black Front Windshield Trim
· Chrome Door Handles
· Body-Colored Power Heated Side Mirrors w/Convex Spotter, Manual Folding and Turn Signal Indicator
· Fixed Rear Window w/Defroster
· Light Tinted Glass
· Speed Sensitive Variable Intermittent Wipers
· Front Windshield -inc: Sun Visor Strip
· Fully Galvanized Steel Panels
· Chrome Grille
· Trunk Rear Cargo Access
· Fully Automatic Projector Beam Halogen Daytime Running Headlamps w/Delay-Off
· Front Fog Lamps
· Perimeter/Approach Lights

## ENTERTAINMENT

· Radio w/Clock and Steering Wheel Controls
· Wireless Streaming
· Integrated Roof Antenna
· Bluetooth Wireless Phone Connectivity

## INTERIOR

· Heated Front Bucket Seats -inc: multi-adjustable bucket, seatback pockets, 8-way power driver's seat w/lumbar support and ventilated driver seat, Max, temperature can be reached by; leather seats - 25 minutes, seat cushion/seatback low setting 102 degrees Fahrenheit /115 degrees Fahrenheit or high setting 108 degrees Fahrenheit /126 degrees Fahrenheit
· 60-40 Folding Bench Front Facing Heated Fold Forward Seatback Rear Seat
· Manual Tilt/Telescoping Steering Column
· Leather Steering Wheel
· Front Cupholder

· Rear Cupholder
· Compass
· Valet Function
· Remote Releases -Inc: Power Cargo Access and Power Fuel
· HomeLink Garage Door Transmitter
· Cruise Control w/Steering Wheel Controls
· Dual Zone Front Automatic Air Conditioning
· HVAC -inc: Underseat Ducts and Console Ducts
· Illuminated Locking Glove Box
· Driver Foot Rest
· Full Cloth Headliner
· Leatherette Door Trim Insert
· Leather/Piano Black Gear Shift Knob
· Interior Trim -inc: Metal-Look/Piano Black Instrument Panel Insert, Piano Black Door Panel Insert and Chrome Interior Accents
· Driver And Passenger Visor Vanity Mirrors w/Driver And Passenger Illumination
· Day-Night Auto-Dimming Rearview Mirror
· Full Floor Console w/Covered Storage, Mini Overhead Console w/Storage and 2 12V DC Power Outlets
· Front Map Lights
· Fade-To-Off Interior Lighting
· Full Carpet Floor Covering
· Carpet Floor Trim and Carpet Trunk Lid/Rear Cargo Door Trim
· Cargo Space Lights
· Tracker System
· Instrument Panel Covered Bin, Driver / Passenger And Rear Door Bins
· Delayed Accessory Power
· Systems Monitor
· Outside Temp Gauge
· Digital/Analog Display
· Manual Anti-Whiplash Adjustable Front Head Restraints and Manual Adjustable Rear Head Restraints
· Front Center Armrest w/Storage and Rear Center Armrest
· Perimeter Alarm
· 2 12V DC Power Outlets
· Air Filtration

## SAFETY

· Side Impact Beams
· Dual Stage Driver And Passenger Seat-Mounted Side Airbags
· Blind Spot Sensor
· Tire Specific Low Tire Pressure Warning
· Dual Stage Driver And Passenger Front Airbags
· Curtain 1st And 2nd Row Airbags
· Airbag Occupancy Sensor
· Rear Child Safety Locks
· Outboard Front Lap And Shoulder Safety Belts - inc: Rear Center 3 Point, Height Adjusters and Pretensioners
· Back-Up Camera

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **24** |  Fuel Economy Information | **35** |

*Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition*

## New

| MSRP | $27,000.00 |
|---|---|
| **INSTALLED OPTIONS** | |
| Technology Package 05 | $3,000 |

• Panoramic Tilt & Slide Front Sunroof
• Power rear glass roof and sunshade
• HID Xenon Headlights
• Radio: AM/FM/SiriusXM/CD/MP3 w/Navigation
• iPod/USB and auxiliary inputs
• 9 Infinity premium speakers (2 front
• 2 tweeters
• 4 rear w/coaxial mounted tweeters
• subwoofer
• and external Infinity amplifier - 400 watts)
• 8-h color touchscreen display
• and XM NavTraffic
• XM NavWeather
• XM sports and stock (90-day complimentary subscription)
• LED Taillights

| Phantom Black Metallic | $0 |
|---|---|
| Gray, Leather Seating Surfaces | $0 |
| Carpeted Floor Mats | $125 |
| All Weather Floor Mats | $130 |
| First Aid Kit | $30 |
| Original Shipping Charge | $810 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $31,095.00 |

### Get more information on your smartphone:





## RevEuro.com
## 702-490-5500

| Year: | 2015 |
| Make: | Hyundai |
| Model: | Sonata 4dr Sdn 2.4L SE |
| VIN: | 5NPE24AF5FH252087 |

| Engine: | 4 Cylinder Engine |
| Transmission: | 6-Speed A/T |
| Exterior: | Quartz White Pearl |
| Interior: | Beige |

## MECHANICAL

· Front-Wheel Drive
· 2.88 Axle Ratio
· 80-Amp/Hr 640CCA Maintenance-Free Battery w/Run Down Protection
· 150 Amp Alternator
· Gas-Pressurized Shock Absorbers
· Front And Rear Anti-Roll Bars
· Electric Power-Assist Speed-Sensing Steering
· 18.5 Gal. Fuel Tank
· Single Stainless Steel Exhaust w/Chrome Tailpipe Finisher
· Strut Front Suspension w/Coil Springs
· Multi-Link Rear Suspension w/Coil Springs
· 4-Wheel Disc Brakes w/4-Wheel ABS, Front Vented Discs, Brake Assist and Hill Hold Control

## EXTERIOR

· Wheels: 16 x 6.5J Aluminum Alloy
· Tires: P205/65R16
· Spare Tire Mobility Kit
· Clearcoat Paint
· Body-Colored Front Bumper
· Body-Colored Rear Bumper
· Chrome Side Windows Trim and Black Front Windshield Trim
· Body-Colored Door Handles
· Body-Colored Power w/Tilt Down Heated Side Mirrors w/Convex Spotter and Manual Folding
· Fixed Rear Window w/Defroster
· Light Tinted Glass
· Speed Sensitive Variable Intermittent Wipers
· Front Windshield -inc: Sun Visor Strip
· Fully Galvanized Steel Panels
· Lip Spoiler
· Metal-Look Grille
· Trunk Rear Cargo Access
· Auto Off Projector Beam Halogen Daytime Running Headlamps w/Delay-Off

## ENTERTAINMENT

· Radio: AM/FM/SiriusXM/CD/MP3 Audio System -inc: iPod/USB and auxiliary inputs, and 6 speakers
· Radio w/Seek-Scan, Clock, Speed Compensated Volume Control, Steering Wheel Controls and Voice Activation
· Window Grid And Roof Mount Antenna
· Bluetooth Wireless Phone Connectivity

## INTERIOR

· Front Bucket Seats -inc: multi-adjustable bucket, seatback pockets, impact reducing front seats and 6-way manual passenger seat
· Front Seats w/Manual Driver Lumbar
· 2-Way Driver Seat -inc: Manual Lumbar Support
· Passenger Seat
· 60-40 Folding Bench Front Facing Fold Forward Seatback Rear Seat
· Manual Tilt/Telescoping Steering Column
· Gauges -inc: Speedometer, Odometer, Engine Coolant Temp, Tachometer, Trip Odometer and Trip Computer
· Power Rear Windows
· Front Cupholder
· Rear Cupholder
· Valet Function
· Remote Keyless Entry w/Integrated Key Transmitter, 2 Door Curb/Courtesy, Illuminated Entry, Illuminated Ignition Switch and Panic Button

· Remote Releases -Inc: Power Cargo Access and Power Fuel
· Cruise Control w/Steering Wheel Controls
· Manual Air Conditioning
· HVAC -inc: Underseat Ducts
· Illuminated Locking Glove Box
· Driver Foot Rest
· Interior Trim -inc: Metal-Look Instrument Panel Insert, Metal-Look Door Panel Insert and Metal-Look Interior Accents
· Full Cloth Headliner
· Cloth Door Trim Insert
· Urethane Gear Shift Knob
· Premium Cloth Seating Surfaces
· Day-Night Rearview Mirror
· Driver And Passenger Visor Vanity Mirrors w/Driver And Passenger Illumination
· Full Floor Console w/Covered Storage, Mini Overhead Console w/Storage and 3 12V DC Power Outlets
· Front And Rear Map Lights
· Fade-To-Off Interior Lighting
· Full Carpet Floor Covering
· Carpet Floor Trim and Carpet Trunk Lid/Rear Cargo Door Trim
· Cargo Features -inc: Spare Tire Mobility Kit
· Cargo Space Lights
· FOB Controls -inc: Trunk/Hatch/Tailgate
· Instrument Panel Covered Bin, Driver / Passenger And Rear Door Bins
· Power 1st Row Windows w/Driver 1-Touch Up/Down
· Delayed Accessory Power
· Power Door Locks w/Autolock Feature
· Systems Monitor
· Redundant Digital Speedometer
· Trip Computer
· Outside Temp Gauge
· Analog Display
· Manual Anti-Whiplash Adjustable Front Head Restraints and Manual Adjustable Rear Head Restraints
· Front Center Armrest and Rear Center Armrest
· Perimeter Alarm
· 3 12V DC Power Outlets
· Air Filtration

## SAFETY

· Electronic Stability Control
· ABS And Driveline Traction Control
· Side Impact Beams
· Dual Stage Driver And Passenger Seat-Mounted Side Airbags
· Tire Specific Low Tire Pressure Warning
· Dual Stage Driver And Passenger Front Airbags
· Curtain 1st And 2nd Row Airbags
· Airbag Occupancy Sensor
· Driver Knee Airbag
· Rear Child Safety Locks
· Outboard Front Lap And Shoulder Safety Belts -inc: Rear Center 3 Point, Height Adjusters and Pretensioners



| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **25** | Fuel Economy Information | **37** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| MSRP | **$21,150.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| Quartz White Pearl | $0 |
| Beige, Premium Cloth Seating Surfaces | $0 |
| Wheel Locks | $55 |
| Rear Bumper Applique | $70 |
| Mud Guards | $95 |
| Interior Light Kit | $250 |
| Carpeted Floor Mats | $125 |
| Cargo Net | $50 |
| Reversible Cargo Tray | $115 |
| First Aid Kit | $30 |
| Original Shipping Charge | $825 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $22,765.00 |

## Get more information on your smartphone:





floridafinecars.com

VIN:  5NPE34AF1GH297543



Affix FULL Label to driver side Left-Rear.

VIN:  5NPE34AF1GH297543



# 2016 SONATA SPORT PZEV

*Rearview Camera & Android Auto Compatibility*
*Best-in-Class Total Interior Volume*



**SOLD TO:  NY130**      **SHIPPED TO:  NY130**
HYUNDAI OF LONG ISLAND CITY
34-54 44TH STREET
LONG ISLAND CITY NY 11101

| | |
|---|---|
| VIN: | 5NPE34AF1GH297543 |
| MODEL: | 28442F4P |
| ENGINE: | G4KJFK278064 |
| PORT OF ENTRY: | MA |
| EXTERIOR COLOR: | SYMPHONY SILVER |
| INTERIOR/SEAT COLOR: | GRAY/GRAY |
| TRANSPORT: | TRUCK |
| ACCESSORY WEIGHT: | 17 lbs./ 8 kgs. |

**EMISSIONS:**  This vehicle meets California Emissions regulations and is Certified as a Partial Zero Emission Vehicle (PZEV)

## GOVERNMENT 5-STAR SAFETY RATINGS

**Overall Vehicle Score** ★ ★ ★ ★
Based on the combined rating of frontal, side and rollover.
Should ONLY be compared to other vehicles of similar size and weight.

| **Frontal** | Driver | ★ ★ ★ ★ ★ |
| **Crash** | Passenger | ★ ★ ★ ★ ★ |

Based on the risk of injury in a frontal impact.
Should ONLY be compared to other vehicles of similar size and weight.

| **Side** | Front seat | ★ ★ ★ ★ ★ |
| **Crash** | Rear seat | ★ ★ ★ ★ ★ |

Based on the risk of injury in a side impact.

**Rollover** ★ ★ ★ ★
Based on the risk of rollover in a single-vehicle crash.

Star ratings range from 1 to 5 stars (★★★★★) with 5 being the highest.
Source: National Highway Traffic Safety Administration (NHTSA).
**www.safercar.gov or 1-888-327-4236**

### STANDARD FEATURES:

**AMERICA'S BEST WARRANTY**
*5-year/60,000-mile New Vehicle Warranty* — INCLUDED
*10-year/100,000-mile Powertrain Warranty* — INCLUDED
*7-year/Unlimited-mile Anti-perforation Warranty* — INCLUDED
*5-year/Unlimited-mile Roadside Assistance — INCLUDED
Limited warranties, see dealer for details

**ADVANCED SAFETY TECHNOLOGY**
*Vehicle Stability Management (VSM) w/ Traction Control — INCLUDED
*ABS w/ Electronic Brake Force Distribution & Brake Assist — INCLUDED
*Front, Front Side Impact, Side Curtain & Driver Knee Airbags — INCLUDED
*Energy Absorbing Front Seats & Front Seatbelt Pre-Tensioners — INCLUDED
*Tire Pressure Monitor w/ Individual Tire Pressure Indicator — INCLUDED
*LED Daytime Running Lights — INCLUDED
*Rearview Camera — INCLUDED

**POWERTRAIN TECHNOLOGY**
*2.4L Gasoline Direct Injection (GDI) 4-Cylinder Engine — INCLUDED
*185 Horsepower @6,000 rpm / 178 lb-ft Torque @4,000 rpm — INCLUDED
*Dual Continuous Variable Valve Timing — INCLUDED
*6-Speed Automatic Transmission w/ SHIFTRONIC® — INCLUDED
*Drive Mode Select — INCLUDED

**COMFORT & CONVENIENCE**
*17-Inch Alloy Wheels & P215/55R17 Tires — INCLUDED
*Sport Front Grille & Bumper Fascia — INCLUDED
*Sport Rocker Panels w/ Chrome Molding — INCLUDED
*Rear Spoiler & Chrome-tipped Dual Exhaust — INCLUDED
*Projector Headlights w/ Automatic Light Control — INCLUDED
*Side Mirror Turn Signal Indicators — INCLUDED
*Heated Side Mirrors w/ Driver Blind Spot Mirror — INCLUDED
*Power Locks & Windows w/ Auto Up/Down Driver Window — INCLUDED
*Premium Cloth Seat Trim — INCLUDED
*Carbon Fiber Appearance Interior Trim — INCLUDED
*Power Driver Seat w/ Lumbar Support — INCLUDED
*60/40 Split-Folding Rear Seat — INCLUDED
*Tilt & Telescopic Steering Wheel w/ Cruise, Audio & Phone Controls — INCLUDED
*Air Conditioning w/ Cabin Air Filter — INCLUDED
*7-inch Color Touchscreen Display Audio — INCLUDED
*Android Auto (TM) Integration for Compatible Smartphones — INCLUDED
*AM/FM/HD Radio®/CD/MP3 w/ iPhone®/USB & Auxiliary Input Jacks — INCLUDED
*SiriusXM® Radio w/ 90-Day Trial; Not Available in AK & HI — INCLUDED
*Bluetooth® Hands-Free Phone System — INCLUDED
*Hyundai Blue Link® Telematics System — INCLUDED
*Blue Link Connected Care Complimentary Trial (enrollment required) — INCLUDED
*Full Tank of Gas — INCLUDED

**Manufacturer's Suggested Retail Price:** $23,400.00

**ADDED FEATURES:**
*Carpeted Floor Mats — $125.00
*Cargo Net — $50.00
*Cargo Tray — $115.00

Inland Freight & Handling : — $825.00
**Total Price :** **$24,515.00**

---



**EPA DOT** Fuel Economy and Environment

Gasoline Vehicle

**Fuel Economy**

**29** MPG
combined city/hwy

**25** city
**36** highway

Large Cars range from 14 to 40 MPG. The best vehicle rates 119 MPGe.

**3.4** gallons per 100 miles

You **save** **$1,250** in fuel costs over 5 years compared to the average new vehicle.

**Annual fuel cost** **$1,550**

**Fuel Economy & Greenhouse Gas Rating** (tailpipe only)
1 ... 7 ... 10 Best

**Smog Rating** (tailpipe only)
1 ... 9 ... 10 Best

This vehicle emits 312 grams $CO_2$ per mile. The best vehicle emits 0 grams per mile (tailpipe only). Producing and distributing fuel also create emissions; learn more at fueleconomy.gov.

Actual results will vary for many reasons, including driving conditions and how you drive and maintain your vehicle. The average new vehicle gets 25 MPG and costs $9,000 to fuel over 5 years. Cost estimates are based on 15,000 miles per year at $3.00 per gallon. MPGe is miles per gasoline gallon equivalent. Vehicle emissions are a significant cause of climate change and smog.

**fueleconomy.gov**
**Calculate personalized estimates and compare vehicles**

Smartphone QR Code

---

Manufacturer's suggested retail price includes manufacturer's recommended pre-delivery service. Gasoline license and title fees state and local taxes and dealer installed options and accessories are not included in the manufacturer's suggested retail price. This label has been affixed to this vehicle by Hyundai Motor America, pursuant to the requirements of 15 U.S.C. 1231 et seq. which prohibits its removal or alteration prior to delivery to the ultimate purchaser.

### PARTS CONTENT INFORMATION
**FOR VEHICLE IN THIS CARLINE:**
**U.S./CANADIAN PARTS CONTENT: 46 %**
**MAJOR SOURCES OF FOREIGN PARTS CONTENT: KOREA: 53 %**

Note: Parts content does not include final assembly, distribution, or other non-parts costs.

**FOR THIS VEHICLE:**
**FINAL ASSEMBLY POINT: MONTGOMERY, ALABAMA U.S.A.**
**COUNTRY OF ORIGIN:**
**ENGINE: U.S.A.**
**TRANSMISSION: U.S.A.**

244      A



VIN:  5NPE34AF1GH297543

| | |
|---|---|
| Year:  2017 | Engine:  4 Cylinder Engine |
| Make:  Hyundai | Transmission:  6-Speed A/T |
| Model:  Sonata 2.4L | Exterior:  Lakeside Blue |
| VIN:  5NPE24AF6HH566124 | Interior:  Gray |

## MECHANICAL

· Front-Wheel Drive
· 2.89 Axle Ratio
· 80-Amp/Hr 640CCA Maintenance-Free Battery w/Run Down Protection
· 150 Amp Alternator
· 4497# Gvwr
· Gas-Pressurized Shock Absorbers
· Front And Rear Anti-Roll Bars
· Electric Power-Assist Speed-Sensing Steering
· 18.5 Gal. Fuel Tank
· Single Stainless Steel Exhaust w/Chrome Tailpipe Finisher
· Strut Front Suspension w/Coil Springs
· Multi-Link Rear Suspension w/Coil Springs
· 4-Wheel Disc Brakes w/4-Wheel ABS, Front Vented Discs, Brake Assist and Hill Hold Control

## EXTERIOR

· Wheels: 16 x 6.5J Aluminum Alloy
· Tires: P205/65R16
· Steel Spare Wheel
· Compact Spare Tire Mounted Inside Under Cargo
· Clearcoat Paint
· Body-Colored Front Bumper
· Body-Colored Rear Bumper
· Chrome Side Windows Trim and Black Front Windshield Trim
· Body-Colored Door Handles
· Body-Colored Power w/Tilt Down Heated Side Mirrors w/Convex Spotter and Manual Folding
· Fixed Rear Window w/Defroster
· Light Tinted Glass
· Speed Sensitive Variable Intermittent Wipers
· Front Windshield -inc: Sun Visor Strip
· Fully Galvanized Steel Panels
· Lip Spoiler
· Metal-Look Grille
· Trunk Rear Cargo Access
· Projector Beam Halogen Headlamps
· Perimeter/Approach Lights

## ENTERTAINMENT

· Radio: AM/FM/SiriusXM/CD/MP3 Audio System -inc: iPod/USB and auxiliary jacks, integrated Bluetooth w/phonebook transfer and 6 speakers
· Radio w/Seek-Scan, Clock, Speed Compensated Volume Control, Steering Wheel Controls and Voice Activation
· Streaming Audio
· Window Grid And Roof Mount Antenna

## INTERIOR

· Front Bucket Seats -inc: multi-adjustable driver's seat, 6-way manual passenger seat, dual seatback pockets and energy absorbing front seats
· 60-40 Folding Bench Front Facing Fold Forward Seatback Rear Seat
· Manual Tilt/Telescoping Steering Column
· Selective Service Internet Access

· Front Cupholder
· Rear Cupholder
· Valet Function
· Remote Releases -Inc: Power Cargo Access and Power Fuel
· Cruise Control w/Steering Wheel Controls
· Manual Air Conditioning
· HVAC -inc: Underseat Ducts
· Illuminated Locking Glove Box
· Driver Foot Rest
· Interior Trim -inc: Metal-Look Instrument Panel Insert, Metal-Look Door Panel Insert and Metal-Look Interior Accents
· Full Cloth Headliner
· Cloth Door Trim Insert
· Urethane Gear Shift Knob
· Day-Night Rearview Mirror
· Driver And Passenger Visor Vanity Mirrors w/Driver And Passenger Illumination
· Full Floor Console w/Covered Storage, Mini Overhead Console w/Storage and 3 12V DC Power Outlets
· Front Map Lights
· Fade-To-Off Interior Lighting
· Full Carpet Floor Covering
· Carpet Floor Trim and Carpet Trunk Lid/Rear Cargo Door Trim
· Cargo Space Lights
· FOB Controls -inc: Trunk/Hatch/Tailgate
· Instrument Panel Covered Bin, Driver / Passenger And Rear Door Bins
· Delayed Accessory Power
· Systems Monitor
· Redundant Digital Speedometer
· Outside Temp Gauge
· Analog Display
· Manual Adjustable Front Head Restraints and Manual Adjustable Rear Head Restraints
· Front Center Armrest and Rear Center Armrest
· Perimeter Alarm
· 3 12V DC Power Outlets
· Air Filtration

## SAFETY

· Side Impact Beams
· Dual Stage Driver And Passenger Seat-Mounted Side Airbags
· Tire Specific Low Tire Pressure Warning
· Dual Stage Driver And Passenger Front Airbags
· Curtain 1st And 2nd Row Airbags
· Airbag Occupancy Sensor
· Driver Knee Airbag
· Rear Child Safety Locks
· Outboard Front Lap And Shoulder Safety Belts -inc: Rear Center 3 Point, Height Adjusters and Pretensioners

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **25** |  Fuel Economy Information | **36** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## New

| MSRP | $21,600.00 |
|---|---|
| **INSTALLED OPTIONS** | |
| Lakeside Blue | $0 |
| Gray, Yes Essentials Premium Cloth Seating Surfaces | $0 |
| Original Shipping Charge | $885 |
| **RETAIL PRICE (ORIGINALLY NEW)** | **$22,485.00** |

## Get more information on your smartphone:



# OffleaseOnly

offleaseonly.com

| | |
|---|---|
| Year:  2018 | Engine:  4 Cylinder Engine |
| Make:  Hyundai | Transmission:  6-Speed A/T |
| Model:  Sonata SE 2.4L | Exterior:  Quartz White Pearl |
| VIN:  5NPE24AF9JH661783 | Interior:  Black |

## MECHANICAL

· Front-Wheel Drive
· 2.89 Axle Ratio
· 80-Amp/Hr 640CCA Maintenance-Free Battery w/Run Down Protection
· 150 Amp Alternator
· 4497# Gvwr
· Gas-Pressurized Shock Absorbers
· Front And Rear Anti-Roll Bars
· Electric Power-Assist Speed-Sensing Steering
· 18.5 Gal. Fuel Tank
· Single Stainless Steel Exhaust w/Chrome Tailpipe Finisher
· Strut Front Suspension w/Coil Springs
· Multi-Link Rear Suspension w/Coil Springs
· 4-Wheel Disc Brakes w/4-Wheel ABS, Front Vented Discs, Brake Assist and Hill Hold Control

## EXTERIOR

· Wheels: 16 x 6.5J Aluminum Alloy
· Tires: P205/65R16
· Wheels w/Silver Accents
· Steel Spare Wheel
· Compact Spare Tire Mounted Inside Under Cargo
· Clearcoat Paint
· Body-Colored Front Bumper w/Chrome Bumper Insert
· Body-Colored Rear Bumper
· Chrome Bodyside Insert
· Chrome Side Windows Trim and Black Front Windshield Trim
· Body-Colored Door Handles
· Body-Colored Power w/Tilt Down Side Mirrors w/Manual Folding
· Fixed Rear Window w/Defroster
· Light Tinted Glass
· Speed Sensitive Variable Intermittent Wipers
· Fully Galvanized Steel Panels
· Chrome Grille
· Trunk Rear Cargo Access
· Fully Automatic Projector Beam Halogen Daytime Running Headlamps w/Delay-Off
· Perimeter/Approach Lights

## ENTERTAINMENT

· Radio: AM/FM/MP3 Display Audio -inc: 7" color touchscreen, Apple CarPlay, Android Auto, integrated Bluetooth w/phonebook transfer, 6 speakers and iPod, USB and auxiliary input jacks
· Radio w/Seek-Scan, Clock, Speed Compensated Volume Control, Steering Wheel Controls and Voice Activation
· Streaming Audio
· Window Grid Antenna
· 1 LCD Monitor In The Front

## INTERIOR

· Front Bucket Seats -inc: 6-way manual front seats and passenger side seatback pockets
· 60-40 Folding Bench Front Facing Fold Forward Seatback Rear Seat
· Manual Tilt/Telescoping Steering Column
· Front Cupholder
· Rear Cupholder

· Valet Function
· Remote Releases -Inc: Power Cargo Access and Power Fuel
· Cruise Control w/Steering Wheel Controls
· Manual Air Conditioning
· HVAC -inc: Underseat Ducts
· Illuminated Locking Glove Box
· Driver Foot Rest
· Interior Trim -inc: Metal-Look Instrument Panel Insert, Metal-Look Door Panel Insert and Metal-Look Interior Accents
· Full Cloth Headliner
· Cloth Door Trim Insert
· Urethane Gear Shift Knob
· Day-Night Rearview Mirror
· Driver And Passenger Visor Vanity Mirrors w/Driver And Passenger Illumination
· Full Floor Console w/Covered Storage, Mini Overhead Console w/Storage and 2 12V DC Power Outlets
· Front Map Lights
· Fade-To-Off Interior Lighting
· Full Carpet Floor Covering
· Carpet Floor Trim and Carpet Trunk Lid/Rear Cargo Door Trim
· Cargo Space Lights
· FOB Controls -inc: Trunk/Hatch/Tailgate
· Driver / Passenger And Rear Door Bins
· Delayed Accessory Power
· Systems Monitor
· Redundant Digital Speedometer
· Outside Temp Gauge
· Analog Display
· Manual Adjustable Front Head Restraints and Manual Adjustable Rear Head Restraints
· Front Center Armrest and Rear Center Armrest
· Perimeter Alarm
· 2 12V DC Power Outlets
· Air Filtration

## SAFETY

· Side Impact Beams
· Dual Stage Driver And Passenger Seat-Mounted Side Airbags
· Blind Spot Detection w/Lane Change Assist Blind Spot Sensor
· and Rear Cross-Traffic Alert Rear Collision
· Tire Specific Low Tire Pressure Warning
· Dual Stage Driver And Passenger Front Airbags
· Curtain 1st And 2nd Row Airbags
· Airbag Occupancy Sensor
· Driver Knee Airbag
· Rear Child Safety Locks
· Outboard Front Lap And Shoulder Safety Belts -inc: Rear Center 3 Point, Height Adjusters and Pretensioners
· Back-Up Camera

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **25** |  Fuel Economy Information | **36** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## New

| MSRP | $22,050.00 |
|---|---|
| **INSTALLED OPTIONS** | |
| Quartz White Pearl | $0 |
| Black, Yes Essentials Premium Cloth Seating Surfaces | $0 |
| Carpeted Floor Mats | $125 |
| Original Shipping Charge | $885 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $23,060.00 |

### Get more information on your smartphone:



# Hyundai Central Florida

| | |
|---|---|
| Year:  2019 | Engine:  4 Cylinder Engine |
| Make:  Hyundai | Transmission:  6-Speed A/T |
| Model:  Sonata Sport 2.4L | Exterior:  Quartz White Pearl |
| VIN:  5NPE34AF5KH815274 | Interior:  Black |

**MECHANICAL**

· Front-Wheel Drive
· 2.89 Axle Ratio
· 80-Amp/Hr 640CCA Maintenance-Free Battery w/Run Down Protection
· 140 Amp Alternator
· Gas-Pressurized Shock Absorbers
· Front And Rear Anti-Roll Bars
· Electric Power-Assist Speed-Sensing Steering
· 18.5 Gal. Fuel Tank
· Quasi-Dual Stainless Steel Exhaust w/Chrome Tailpipe Finisher
· Strut Front Suspension w/Coil Springs
· Multi-Link Rear Suspension w/Coil Springs
· 4-Wheel Disc Brakes w/4-Wheel ABS, Front Vented Discs, Brake Assist and Hill Hold Control

**EXTERIOR**

· Wheels: 17 x 7.0J Aluminum Alloy
· Tires: P215/55R17
· Wheels w/Painted Accents
· Steel Spare Wheel
· Compact Spare Tire Mounted Inside Under Cargo
· Clearcoat Paint
· Express Open/Close Sliding and Tilting Glass 1st Row Sunroof w/Sunshade
· Body-Colored Front Bumper w/Chrome Bumper Insert
· Body-Colored Rear Bumper
· Chrome Side Windows Trim and Black Front Windshield Trim
· Chrome Door Handles
· Chrome Bodyside Insert
· Body-Colored Power w/Tilt Down Heated Side Mirrors w/Manual Folding and Turn Signal Indicator
· Fixed Rear Window w/Defroster
· Light Tinted Glass
· Speed Sensitive Variable Intermittent Wipers
· Fully Galvanized Steel Panels
· Chrome Grille
· Trunk Rear Cargo Access
· Fully Automatic Projector Beam Halogen Daytime Running Headlamps w/Delay-Off
· Perimeter/Approach Lights

**ENTERTAINMENT**

· Radio: AM/FM/HD/SiriusXM/MP3 Display Audio -inc: 7" color touchscreen, HD Radio technology w/multicasting, Apple CarPlay, Android Auto, integrated Bluetooth w/phonebook transfer, 6 speakers and iPod/USB, wireless phone charging and auxiliary input jacks
· Radio w/Seek-Scan, Clock, Speed Compensated Volume Control, Steering Wheel Controls, Voice Activation and Radio Data System
· Streaming Audio
· Integrated Roof Antenna
· 2 LCD Monitors In The Front

**INTERIOR**

· Heated Front Sport Seats -inc: 10-way power driver's seat w/power lumbar support, 6-way manual passenger seat and passenger side seatback pockets
· 8-Way Driver Seat
· Passenger Seat
· 60-40 Folding Bench Front Facing Fold Forward Seatback Rear Seat
· Manual Tilt/Telescoping Steering Column
· Gauges -inc: Speedometer, Odometer, Engine Coolant Temp, Tachometer, Trip Odometer and Trip Computer
· Power Rear Windows
· Selective Service Internet Access
· Sport Heated Leather Steering Wheel
· Front Cupholder
· Rear Cupholder
· Valet Function
· Remote Keyless Entry w/Integrated Key Transmitter, 2 Door Curb/Courtesy, Illuminated Entry, Illuminated Ignition Switch and Panic Button

· Proximity Key For Doors And Push Button Start
· Remote Releases -Inc: Smart Trunk Proximity Cargo Access and Power Fuel
· Cruise Control w/Steering Wheel Controls
· Dual Zone Front Automatic Air Conditioning
· HVAC -inc: Underseat Ducts and Console Ducts
· Illuminated Locking Glove Box
· Driver Foot Rest
· Full Cloth Headliner
· Leatherette Door Trim Insert
· Leather/Metal-Look Gear Shift Knob
· Interior Trim -inc: Simulated Carbon Fiber Instrument Panel Insert, Simulated Carbon Fiber Door Panel Insert and Piano Black/Metal-Look Interior Accents
· Leather Bolster/Cloth Insert Seating Surfaces -inc: sport bolsters
· Day-Night Rearview Mirror
· Driver And Passenger Visor Vanity Mirrors w/Driver And Passenger Illumination, Driver And Passenger Auxiliary Mirror
· Full Floor Console w/Covered Storage, Mini Overhead Console w/Storage and 2 12V DC Power Outlets
· Front Map Lights
· Fade-To-Off Interior Lighting
· Full Carpet Floor Covering
· Carpet Floor Trim and Carpet Trunk Lid/Rear Cargo Door Trim
· Cargo Space Lights
· FOB Controls -inc: Trunk/Hatch/Tailgate
· Blue Link Tracker System
· Driver / Passenger And Rear Door Bins
· Delayed Accessory Power
· Power Door Locks w/Autolock Feature
· Power 1st Row Windows w/Driver And Passenger 1-Touch Up/Down
· Systems Monitor
· Redundant Digital Speedometer
· Trip Computer
· Outside Temp Gauge
· Analog Display
· Front Center Armrest and Rear Center Armrest
· Manual Adjustable Front Head Restraints and Manual Adjustable Rear Head Restraints
· Perimeter Alarm
· Air Filtration
· 2 12V DC Power Outlets

**SAFETY**

· Electronic Stability Control
· ABS And Driveline Traction Control
· Side Impact Beams
· Dual Stage Driver And Passenger Seat-Mounted Side Airbags
· Blind Spot Detection with Lane Change Assist Blind Spot Sensor
·  and Rear Cross-Traffic Alert
· Blue Link Emergency Sos
· Tire Specific Low Tire Pressure Warning
· Dual Stage Driver And Passenger Front Airbags
· Curtain 1st And 2nd Row Airbags
· Airbag Occupancy Sensor
· Driver Knee Airbag
· Rear Child Safety Locks
· Outboard Front Lap And Shoulder Safety Belts -inc: Rear Center 3 Point, Height Adjusters and Pretensioners
· Back-Up Camera



| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **25** | | **33** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## New

| MSRP | $25,150.00 |
|---|---|
| **INSTALLED OPTIONS** | |
| Option Group 01 | $0 |
| Quartz White Pearl | $0 |
| Black, Leather Bolster/Cloth Insert Seating Surfaces | $0 |
| • sport bolsters | |
| Wheel Locks | $55 |
| Carpeted Floor Mats | $135 |
| Cargo Net | $50 |
| Original Shipping Charge | $930 |
| **RETAIL PRICE (ORIGINALLY NEW)** | **$26,320.00** |

## Get more information on your smartphone:





obrienteamil.com

| Year: 2013 | Engine: 4 Cylinder Engine |
| Make: Hyundai | Transmission: 6-Speed A/T |
| Model: Sonata Hybrid 4dr Sdn Limited | Exterior: Black Onyx Pearl |
| VIN: KMHEC4A48DA074106 | Interior: Gray |

## MECHANICAL

· 2.4L DOHC 16-valve I4 Atkinson hybrid engine
· Dual continuously variable valve timing (DCVVT)
· 270V lithium polymer battery
· Hybrid starter generator (HSG)
· 6-speed automatic transmission w/OD, SHIFTRONIC
· Drive pattern detection
· Front wheel drive
· Front vented & rear solid disc brakes

## EXTERIOR

· 17" x 6.5" eco-spoke alloy wheels
· P215/55R17 tires
· Heated pwr mirrors w/timer -inc: turn signal indicators
· Tinted chrome front grille
· Special design chrome hood garnish
· Tinted chrome bodyside molding inserts
· Solar control glass
· 2-speed variable intermittent speed sensitive front windshield wipers
· Headlight LED accents
· Fog lights
· LED taillights
· Automatic light control
· Premium door sill plates
· Chrome door handles

## ENTERTAINMENT

· AM/FM/XM stereo w/CD/MP3 player & Infinity speakers -inc: HD Radio, (9) speakers, iPod/USB/aux inputs, 400-watt external amp
· Integrated Bluetooth w/phonebook transfer

## INTERIOR

· Front bucket seats -inc: 8-way pwr driver seat w/pwr lumbar support
· Fixed rear bench seat -inc: ski pass through, center armrest w/dual cupholders
· Heated front seats
· Heated rear seats
· Floor-mounted console w/rear vents -inc: dual cupholders
· Door panel bottle holders
· Seatback pockets

· Full floor carpeting
· Leather-wrapped steering wheel
· Electroluminescent instrument cluster -inc: speedometer, tachometer, coolant temp, fuel level, odometer, trip odometer, digital clock, hybrid battery meter
· 4.2" TFT multi-function trip computer -inc: hybrid technology display, average fuel economy, average speed, range to empty, trip timer, trip distance
· Pwr windows w/driver auto up/down, pinch protection -inc: illuminated switches, lock-out button
· Remote fuel/hood/trunk release
· Dual automatic climate control -inc: rear seat heat vents, outside temp display
· Electronic rear window defroster w/timer
· Navigation system w/7" touch-screen
· (2) 12v power outlet
· Chrome interior door handles
· Leatherette door trim
· Metalgrain interior accents
· (1) Rear coat hanger
· Auto-dimming mirror w/HomeLink, compass
· Illuminated driver & front passenger visor-mounted vanity mirrors
· Interior lighting -inc: dome light, front map lights, cargo area light
· Leather-wrapped shift knob

## SAFETY

· 4-wheel anti-lock brakes -inc: electronic brake-force distribution, brake assist, regenerative braking
· Traction control system w/electronic stability control
· LED daytime running lamps
· Virtual engine sound system (VESS)
· Driver/front passenger advanced airbags
· Driver/front passenger seat-mounted side-impact airbags
· Front/rear side-curtain airbags
· Backup camera
· Blue Link telematics system
· Lower anchors & upper tether anchors (LATCH)
· Emergency internal trunk release
· Tire pressure monitoring system
· Energy-absorbing steering column

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **36** |  Fuel Economy Information | **40** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| **MSRP** | **$30,550.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| Standard Equipment PKG | $0 |
| • base vehicle | |
| Black Onyx Pearl | $0 |
| Gray, Leather Seats | $0 |
| Ipod Cable | $35 |
| Cargo Net | $50 |
| Cargo Mat | $95 |
| Carpeted Floor Mats | $110 |
| Original Shipping Charge | $795 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $31,635.00 |

## Get more information on your smartphone:



# Fairfax Motors

| | |
|---|---|
| Year:  2014 | Engine:  4 Cylinder Engine |
| Make:  Hyundai | Transmission:  6-Speed A/T |
| Model:  SONATA HYBRID HS BT CAM 4dr Sdn | Colors:  Pewter Gray Metallic / Gray |
| VIN:  KMHEC4A43EA112813 | Mileage:  57,334                    Stock #: EA112813 |

## MECHANICAL

· Front-Wheel Drive
· 3.32 Axle Ratio
· 54-Amp/Hr Maintenance-Free Battery w/Run Down Protection
· Hybrid Electric Motor
· 4586# Gvwr
· Gas-Pressurized Shock Absorbers
· Front And Rear Anti-Roll Bars
· Electric Power-Assist Speed-Sensing Steering
· 17.2 Gal. Fuel Tank
· Single Stainless Steel Exhaust w/Chrome Tailpipe Finisher
· Strut Front Suspension w/Coil Springs
· Multi-Link Rear Suspension w/Coil Springs
· Regenerative 4-Wheel Disc Brakes w/4-Wheel ABS, Front And Rear Vented Discs and Brake Assist
· Lithium Polymer Traction Battery

## EXTERIOR

· Wheels: 16 x 6.5J Eco-Spoke Aluminum Alloy -inc: Special design
· Tires: P205/65R16
· Spare Tire Mobility Kit
· Clearcoat Paint
· Body-Colored Front Bumper w/Black Rub Strip/Fascia Accent
· Body-Colored Rear Bumper w/Gray Rub Strip/Fascia Accent
· Chrome Bodyside Insert
· Chrome Side Windows Trim and Black Front Windshield Trim
· Chrome Door Handles
· Body-Colored Power Heated Side Mirrors w/Manual Folding and Turn Signal Indicator
· Fixed Rear Window w/Defroster
· Light Tinted Glass
· Speed Sensitive Variable Intermittent Wipers w/Heated Wiper Park
· Front Windshield -inc: Sun Visor Strip
· Fully Galvanized Steel Panels
· Chrome Grille
· Trunk Rear Cargo Access
· Fully Automatic Projector Beam Halogen Daytime Running Headlamps w/Delay-Off
· Front Fog Lamps
· LED Brakelights

## ENTERTAINMENT

· Radio: AM/FM/SiriusXM/CD/MP3 Audio System -inc: iPod/USB and auxiliary inputs, 6 speakers , 4.3-inch color touchscreen, rearview camera, and HD Radio technology w/multicasting
· Radio w/Clock and Steering Wheel Controls
· Streaming Audio
· Integrated Roof Antenna
· Bluetooth Wireless Phone Connectivity
· 2 LCD Monitors In The Front

## INTERIOR

· Heated Front Bucket Seats -inc: multi-adjustable bucket, ventilated driver's seat w/adjustable lumbar support, Max, temperature seat cushion/seatback low setting 102 degrees Fahrenheit /115 degrees Fahrenheit or high setting 108 degrees Fahrenheit /126 degrees Fahrenheit

· Manual Tilt/Telescoping Steering Column
· Front Cupholder
· Rear Cupholder
· Valet Function
· Remote Releases -Inc: Power Cargo Access and Power Fuel
· Cruise Control w/Steering Wheel Controls
· Dual Zone Front Automatic Air Conditioning
· HVAC -inc: Underseat Ducts
· Illuminated Locking Glove Box
· Driver Foot Rest
· Interior Trim -inc: Metal-Look Instrument Panel Insert, Metal-Look Door Panel Insert and Chrome Interior Accents
· Full Cloth Headliner
· Leatherette Door Trim Insert
· Urethane Gear Shift Knob
· Day-Night Rearview Mirror
· Driver And Passenger Visor Vanity Mirrors w/Driver And Passenger Illumination
· Full Floor Console w/Covered Storage, Mini Overhead Console w/Storage and 2 12V DC Power Outlets
· Front Map Lights
· Fade-To-Off Interior Lighting
· Full Carpet Floor Covering
· Carpet Floor Trim and Carpet Trunk Lid/Rear Cargo Door Trim
· Cargo Features -inc: Spare Tire Mobility Kit
· Cargo Space Lights
· Tracker System
· Instrument Panel Covered Bin, Driver / Passenger And Rear Door Bins
· Delayed Accessory Power
· Systems Monitor
· Outside Temp Gauge
· Digital/Analog Display
· Manual Anti-Whiplash Adjustable Front Head Restraints and Manual Adjustable Rear Head Restraints
· 2 Seatback Storage Pockets
· Perimeter Alarm
· 2 12V DC Power Outlets
· Air Filtration

## SAFETY

· Side Impact Beams
· Dual Stage Driver And Passenger Seat-Mounted Side Airbags
· Low Tire Pressure Warning
· Dual Stage Driver And Passenger Front Airbags
· Curtain 1st And 2nd Row Airbags
· Airbag Occupancy Sensor
· Rear Child Safety Locks
· Outboard Front Lap and Shoulder Safety Belts -inc: Rear Center 3 Point, Height Adjusters and Pretensioners

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **36** |  Fuel Economy Information | **40** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| MSRP | **$26,000.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| Option Group 01 | $0 |
| Pewter Gray Metallic | $0 |
| Gray, Premium Cloth Seating Surfaces | $0 |
| Cargo Mat | $95 |
| • mat for trunk floor | |
| Carpeted Floor Mats | $125 |
| First Aid Kit | $30 |
| • First aid kit for glove box | |
| Original Shipping Charge | $810 |
| **RETAIL PRICE (ORIGINALLY NEW)** | **$27,060.00** |

## *Used*

| **PRICE** | $13,999.00 |
|---|---|

### Get more information on your smartphone:



# Grand Motorcars

grandmotorcars.com
678-263-0001

| | |
|---|---|
| Year: 2016 | Engine: 4 Cylinder Engine |
| Make: Hyundai | Transmission: 6-Speed A/T |
| Model: Sonata Hybrid 4dr Sdn SE | Exterior: Starlight Silver |
| VIN: KMHE24L16GA026145 | Interior: Gray |

## MECHANICAL

· Front-Wheel Drive
· 3.32 Axle Ratio
· 54-Amp/Hr Maintenance-Free Battery w/Run Down Protection
· Hybrid Electric Motor
· Gas-Pressurized Shock Absorbers
· Front And Rear Anti-Roll Bars
· Electric Power-Assist Speed-Sensing Steering
· 15.9 Gal. Fuel Tank
· Single Stainless Steel Exhaust
· Strut Front Suspension w/Coil Springs
· Multi-Link Rear Suspension w/Coil Springs
· Regenerative 4-Wheel Disc Brakes w/4-Wheel ABS, Front And Rear Vented Discs and Brake Assist
· Lithium Polymer Traction Battery

## EXTERIOR

· Wheels: 16 x 6.5J Aluminum Alloy -inc: Special design
· Tires: P205/65R16
· Spare Tire Mobility Kit
· Clearcoat Paint
· Body-Colored Front Bumper w/Black Rub Strip/Fascia Accent
· Body-Colored Rear Bumper w/Black Rub Strip/Fascia Accent
· Chrome Bodyside Insert
· Chrome Side Windows Trim and Black Front Windshield Trim
· Chrome Door Handles
· Body-Colored Power Heated Side Mirrors w/Convex Spotter, Manual Folding and Turn Signal Indicator
· Fixed Rear Window w/Defroster
· Light Tinted Glass
· Speed Sensitive Variable Intermittent Wipers w/Heated Wiper Park
· Front Windshield -inc: Sun Visor Strip
· Fully Galvanized Steel Panels
· Lip Spoiler
· Chrome Grille
· Trunk Rear Cargo Access
· Perimeter/Approach Lights
· LED Brakelights
· Fully Automatic Projector Beam Halogen Daytime Running Headlamps w/Delay-Off

## ENTERTAINMENT

· Streaming Audio
· Integrated Roof Antenna
· 2 LCD Monitors In The Front

## INTERIOR

· Front Bucket Seats -inc: multi-adjustable bucket, seatback pockets, driver's seat adjustable lumbar support and 6-way manual passenger seat
· Driver Seat
· Passenger Seat
· Manual Tilt/Telescoping Steering Column
· Front Cupholder

· Rear Cupholder
· Valet Function
· Remote Releases -Inc: Proximity Cargo Access and Power Fuel
· Cruise Control w/Steering Wheel Controls
· Dual Zone Front Automatic Air Conditioning
· HVAC -inc: Underseat Ducts
· Illuminated Locking Glove Box
· Driver Foot Rest
· Full Cloth Headliner
· Leatherette Door Trim Insert
· Interior Trim -inc: Metal-Look Instrument Panel Insert, Metal-Look Door Panel Insert and Chrome Interior Accents
· Urethane Gear Shift Knob
· Driver And Passenger Visor Vanity Mirrors w/Driver And Passenger Illumination
· Day-Night Rearview Mirror
· Full Floor Console w/Covered Storage, Mini Overhead Console w/Storage and 3 12V DC Power Outlets
· Front Map Lights
· Fade-To-Off Interior Lighting
· Full Carpet Floor Covering
· Carpet Floor Trim and Carpet Trunk Lid/Rear Cargo Door Trim
· Cargo Features -inc: Spare Tire Mobility Kit
· Cargo Space Lights
· Tracker System
· Instrument Panel Covered Bin, Driver / Passenger And Rear Door Bins
· Delayed Accessory Power
· Systems Monitor
· Outside Temp Gauge
· Digital/Analog Display
· Manual Adjustable Front Head Restraints and Manual Adjustable Rear Head Restraints
· 2 Seatback Storage Pockets
· Perimeter Alarm
· 3 12V DC Power Outlets
· Air Filtration

## SAFETY

· Side Impact Beams
· Dual Stage Driver And Passenger Seat-Mounted Side Airbags
· Low Tire Pressure Warning
· Dual Stage Driver And Passenger Front Airbags
· Curtain 1st And 2nd Row Airbags
· Airbag Occupancy Sensor
· Driver Knee Airbag
· Restricted Driving Mode
· Rear Child Safety Locks
· Outboard Front Lap And Shoulder Safety Belts -inc: Rear Center 3 Point, Height Adjusters and Pretensioners
· Back-Up Camera



| CITY MPG | | HIGHWAY MPG |
|---|---|---|

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| MSRP | **$26,000.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| Starlight Silver | $0 |
| Gray, Premium Cloth Seating Surfaces | $0 |
| Cargo Mat | $95 |
| • Mat for trunk floor | |
| Carpeted Floor Mats | $125 |
| Cargo Net | $50 |
| • Cargo net for trunk | |
| Original Shipping Charge | $835 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $27,105.00 |

## Get more information on your smartphone:





www.BillMarsh.com
800-596-2774

| Year:  2017 | Engine:  4 Cylinder Engine |
|---|---|
| Make:  Hyundai | Transmission:  6-Speed A/T |
| Model:  Sonata Hybrid SE 2.0L | Exterior:  Nocturne Black |
| VIN:  KMHE24L13HA058214 | Interior:  Gray |

## MECHANICAL

· Front-Wheel Drive
· 3.32 Axle Ratio
· 54-Amp/Hr Maintenance-Free Battery w/Run Down Protection
· Hybrid Electric Motor
· Gas-Pressurized Shock Absorbers
· Front And Rear Anti-Roll Bars
· Electric Power-Assist Speed-Sensing Steering
· 15.9 Gal. Fuel Tank
· Single Stainless Steel Exhaust
· Strut Front Suspension w/Coil Springs
· Multi-Link Rear Suspension w/Coil Springs
· Regenerative 4-Wheel Disc Brakes w/4-Wheel ABS, Front And Rear Vented Discs and Brake Assist
· Lithium Polymer Traction Battery

## EXTERIOR

· Wheels: 16" Alloy -inc: Special design
· Tires: 16"
· Wheels w/Silver w/Painted Accents
· Spare Tire Mobility Kit
· Clearcoat Paint
· Body-Colored Front Bumper w/Black Rub Strip/Fascia Accent
· Body-Colored Rear Bumper w/Black Rub Strip/Fascia Accent
· Chrome Bodyside Insert
· Chrome Side Windows Trim and Black Front Windshield Trim
· Chrome Door Handles
· Body-Colored Power w/Tilt Down Heated Side Mirrors w/Manual Folding and Turn Signal Indicator
· Fixed Rear Window w/Defroster
· Light Tinted Glass
· Speed Sensitive Variable Intermittent Wipers
· Front Windshield -inc: Sun Visor Strip
· Fully Galvanized Steel Panels
· Lip Spoiler
· Chrome Grille
· Trunk Rear Cargo Access
· Fully Automatic Projector Beam Halogen Daytime Running Headlamps w/Delay-Off
· Perimeter/Approach Lights
· LED Brakelights

## ENTERTAINMENT

· Streaming Audio
· Integrated Roof Antenna
· 2 LCD Monitors In The Front

## INTERIOR

· Front Bucket Seats -inc: multi-adjustable bucket, seatback pockets and 6-way manual passenger seat
· 6-Way Driver Seat -inc: Manual Recline, Height Adjustment and Fore/Aft Movement
· Passenger Seat
· Manual Tilt/Telescoping Steering Column
· Front Cupholder

· Rear Cupholder
· Valet Function
· Remote Releases -Inc: Proximity Cargo Access and Power Fuel
· Cruise Control w/Steering Wheel Controls
· Dual Zone Front Automatic Air Conditioning
· HVAC -inc: Underseat Ducts
· Illuminated Locking Glove Box
· Driver Foot Rest
· Interior Trim -inc: Metal-Look Instrument Panel Insert, Metal-Look Door Panel Insert and Chrome Interior Accents
· Full Cloth Headliner
· Cloth Door Trim Insert
· Urethane Gear Shift Knob
· Day-Night Rearview Mirror
· Driver And Passenger Visor Vanity Mirrors w/Driver And Passenger Illumination
· Full Floor Console w/Covered Storage, Mini Overhead Console w/Storage and 3 12V DC Power Outlets
· Front Map Lights
· Fade-To-Off Interior Lighting
· Full Carpet Floor Covering
· Carpet Floor Trim and Carpet Trunk Lid/Rear Cargo Door Trim
· Cargo Features -inc: Spare Tire Mobility Kit
· Cargo Space Lights
· Tracker System
· Smart Device Integration
· Instrument Panel Covered Bin, Driver / Passenger And Rear Door Bins
· Delayed Accessory Power
· Systems Monitor
· Outside Temp Gauge
· Digital/Analog Display
· Manual Adjustable Front Head Restraints and Manual Adjustable Rear Head Restraints
· Perimeter Alarm
· 3 12V DC Power Outlets
· Air Filtration

## SAFETY

· Side Impact Beams
· Dual Stage Driver And Passenger Seat-Mounted Side Airbags
· Tire Specific Low Tire Pressure Warning
· Dual Stage Driver And Passenger Front Airbags
· Curtain 1st And 2nd Row Airbags
· Airbag Occupancy Sensor
· Driver Knee Airbag
· Restricted Driving Mode
· Rear Child Safety Locks
· Outboard Front Lap and Shoulder Safety Belts -inc: Rear Center 3 Point, Height Adjusters and Pretensioners
· Back-Up Camera

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **39** |  | **45** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| MSRP | **$26,000.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| Nocturne Black | $0 |
| Gray, Premium Cloth Seating Surfaces | $0 |
| Rear Bumper Applique | $70 |
| Carpeted Floor Mats | $125 |
| Cargo Net | $50 |
| • Cargo net for trunk | |
| Original Shipping Charge | $885 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $27,130.00 |

### Get more information on your smartphone:



## OffleaseOnly

offleaseonly.com

Year:  2010
Make:  Jeep
Model:  Compass FWD 4dr Latitude
VIN:  1J4NT1FB9AD621222

Engine:  4 Cylinder Engine
Transmission:  CVT
Colors:  Brilliant Black Crystal Pearlcoat / Dark Slate Gray
Mileage:  151,923                          Stock #: PA92520A

## MECHANICAL

· 2.0L DOHC 16V I4 dual-VVT engine
· 5-speed manual transmission
· Hill start assist
· Front wheel drive
· 525-amp maintenance-free battery
· 120-amp alternator
· Touring suspension
· Rear stabilizer bar
· Pwr rack-&-pinion steering

## EXTERIOR

· 17" x 6.5" aluminum sparkle silver wheels
· P215/60R17 all-season touring BSW tires
· Compact spare tire
· Side roof rails
· Body color fascias
· Body color bodyside molding
· Lower bright bodyside molding
· Halogen headlamps
· Front fog lamps
· Deep-tint sunscreen glass
· Fold-away heated pwr mirrors
· Variable intermittent windshield wipers
· Rear window wiper/washer
· Liftgate door w/fixed glass
· Body color liftgate applique
· Body color door handles

## ENTERTAINMENT

· Media center 130
· Audio input jack
· Fixed mast antenna

## INTERIOR

· Air conditioning
· Stain repel fabric trimmed heated front bucket seats w/driver height adjustment
· Active front head restraints
· Front passenger fold flat forward seat
· 60/40 split reclining rear bench seat

· Sliding armrest
· Full length floor console
· Illuminated cupholders
· Carpeted floor
· Luxury front & rear floor mats
· Tilt steering column
· Leather-wrapped steering wheel w/audio controls
· Instrument cluster-inc: tachometer, outside temp display
· Bright interior accents
· Pwr windows w/driver 1-touch feature
· Speed sensitive pwr door locks
· Pwr accessory delay
· Speed control
· Remote keyless entry
· Sentry Key theft deterrent system
· Air filtration
· Rear seat heat ducts
· Rear window defroster
· 12-volt aux pwr outlet
· 115-volt aux pwr outlet
· Passenger assist handles
· Sliding visors w/vanity mirrors
· Front dome light
· Map/dome reading lights
· Rechargeable/removable lamp
· Illuminated entry
· Folding flat load floor storage

## SAFETY

· Anti-lock front disc brakes/rear drum brakes
· Electronic stability program w/roll mitigation
· Driver/front passenger advanced multistage airbags w/occupant sensors
· Front & rear side curtain airbags
· Tire pressure monitoring warning
· Tire pressure monitoring sensor testing
· Child safety rear door locks

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **21** |  Fuel Economy Information | **25** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| MSRP | **$15,365.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| 50 State Emissions | $0 |
| 2.4 L Dohc 16 V Dual VVT I4 Engine | $200 |
| Continuously Variable Transaxle II | $1,100 |
| 26 B Customer Preferred Order Selection PKG | $5,000 |
| Brilliant Black Crystal Pearl | $0 |
| Dark Slate Gray, Stain & Odor Resistant Anti Static Fabric Trimmed Bucket Seats | $0 |
| Security & Cargo Convenience Group | $735 |
| Sun/Sound Group | $1,295 |
| Sirius Satellite Radio W/1 Year Subscription | $195 |
| Original Shipping Charge | $630 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $24,520.00 |

## *Used*

**PRICE**                          $5,000.00

### Get more information on your smartphone:



# DODGE of Winter Haven

### dodgeofwinterhaven.net
### 863-299-1243

Year: 2011
Make: Jeep
Model: Compass 4WD 4dr Latitude
VIN: 1J4NF1FB4BD282510

Engine: 4 Cylinder Engine
Transmission: CONTINUOUSLY VARIABLE TRANSAXLE II -inc: Autostick auto trans, tip start
Exterior: Mineral Gray Metallic
Interior: Dark Slate Gray Interior

## MECHANICAL

· 2.4L DOHC 16V I4 dual-VVT engine
· Hill start assist
· 525-amp maintenance-free battery
· 120-amp alternator
· Touring suspension
· Rear stabilizer bar
· Firm feel pwr steering

## EXTERIOR

· 17" x 6.5" aluminum wheels
· Compact spare tire
· Bright side roof rails
· Body color fascias
· Lower bodyside accent cladding
· Body color grille w/chrome accent
· Halogen headlamps
· Front fog lamps
· Deep-tint sunscreen glass
· Fold-away heated pwr mirrors
· Variable intermittent windshield wipers
· Rear window wiper/washer
· Liftgate door w/fixed glass
· Body color liftgate applique
· Body color door handles

## ENTERTAINMENT

· Audio input jack
· Fixed mast antenna

## INTERIOR

· Driver seat height adjuster
· Active front head restraints
· Front passenger fold flat forward seat

· Sliding armrest
· Full length floor console
· Illuminated cupholders
· Carpeted floor
· Tilt steering column
· Instrument cluster-inc: tachometer, outside temp display
· Bright interior accents
· Pwr windows w/driver 1-touch feature
· Pwr accessory delay
· Speed control
· Sentry Key theft deterrent system
· Air conditioning
· Air filtration
· Rear seat heat ducts
· Rear window defroster
· Passenger assist handles
· Sliding visors w/vanity mirrors
· Front dome light
· Map/dome reading lights
· Rechargeable/removable lamp
· Illuminated entry
· Folding flat load floor storage

## SAFETY

· 4-wheel anti-lock disc brakes w/brake assist
· Driver/front passenger advanced multistage airbags w/occupant sensors
· Front & rear side curtain airbags
· Front height adjust seat belts
· Front passenger seat belt alert
· Child safety rear door locks

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **20** |  Fuel Economy Information | **23** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| MSRP | $20,995.00 |
|---|---|
| **INSTALLED OPTIONS** | |
| 50 State Emissions | $0 |
| 26 B Customer Preferred Order Selection PKG | $1,065 |
| Mineral Gray Metallic | $0 |
| Dark Slate Gray Interior, Premium Cloth Bucket Seats | $0 |
| Security & Cargo Convenience Group | $650 |
| · auto dimming rearview mirror | |
| · security alarm | |
| · soft tonneau cover | |
| · front seat side air bags | |
| · tire pressure monitor | |
| · vehicle information center | |
| · universal garage door opener | |
| Sun/Sound Group | $1,295 |
| · pwr sunroof w/express open/close | |
| · SIRIUS satellite radio w/1-year service | |
| · (2) articulating liftgate speakers | |
| · (9) Boston Acoustics speakers | |
| · subwoofer | |
| Sirius Satellite Radio W/1 Year Subscription | $195 |
| Original Shipping Charge | $750 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $24,950.00 |

### Get more information on your smartphone:



# Mullinax Ford New Smyrna Beach

Year:  2012
Make:  Jeep
Model:  Compass 4WD 4dr Latitude
VIN:  1C4NJDEB7CD589095

Engine:  4 Cylinder Engine
Transmission:  CONTINUOUSLY VARIABLE TRANSAXLE II -inc: Autostick auto trans, tip start
Exterior:  Black
Interior:  Dark Slate Gray Interior

## MECHANICAL

· 2.4L DOHC 16V I4 dual-VVT engine
· Continuously variable transaxle II -inc: Autostick auto trans, tip start
· 4 wheel drive
· 525-amp maintenance-free battery
· 120-amp alternator
· Touring suspension
· Rear stabilizer bar
· Firm feel pwr steering

## EXTERIOR

· 17" x 6.5" aluminum wheels
· P215/60R17 all-season touring BSW tires
· Compact spare tire
· Bright side roof rails
· Body color fascias
· Lower bodyside accent cladding
· Body color grille w/chrome accent
· Halogen headlamps
· Front fog lamps
· Deep-tint sunscreen glass
· Solar control glass
· Fold-away heated pwr mirrors
· Variable intermittent windshield wipers
· Rear window wiper/washer
· Liftgate door w/fixed glass
· Body color liftgate applique
· Body color door handles

## ENTERTAINMENT

· Media center 130 -inc: AM/FM stereo, CD/MP3 player
· (4) speakers
· Audio input jack
· Fixed mast antenna

## INTERIOR

· Premium cloth bucket seats
· Driver seat height adjuster
· Heated front seats
· Active front head restraints
· Front passenger fold-flat forward seat
· 60/40 folding rear seat
· Sliding armrest
· Full length floor console

· Illuminated cupholders
· Carpeted floor
· Luxury front & rear floor mats
· Tilt steering column
· Leather-wrapped steering wheel
· Steering wheel mounted audio controls
· Instrument cluster -inc: tachometer, outside temp display
· Bright interior accents
· Pwr windows w/driver 1-touch feature
· Speed sensitive pwr door locks
· Pwr accessory delay
· Speed control
· Remote keyless entry
· Remote start
· Sentry Key theft deterrent system
· Air conditioning
· Air filtration
· Rear seat heat ducts
· Rear window defroster
· 12-volt aux pwr outlet
· 115-volt aux pwr outlet
· Passenger assist handles
· Sliding visors w/vanity mirrors
· Front dome light
· Map/dome reading lights
· Rechargeable/removable lamp
· Illuminated entry
· Folding flat load floor storage

## SAFETY

· 4-wheel anti-lock disc brakes
· Brake assist
· Electronic stability program w/roll mitigation
· Next gen driver/front passenger advanced multistage airbags -inc: occupant sensors
· Front & rear side curtain airbags
· Front height adjust seat belts
· Front passenger seat belt alert
· Tire pressure monitoring warning
· Child safety rear door locks

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **21** |  Fuel Economy Information | **26** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| MSRP | $23,445.00 |
|---|---|
| **INSTALLED OPTIONS** | |
| 50 State Emissions | $0 |
| 26 B Customer Preferred Order Selection PKG | $0 |
| 17" X 6.5" Aluminum Wheels | $0 |
| Black | $0 |
| Dark Slate Gray Interior, Premium Cloth Bucket Seats | $0 |
| Sun/Sound Group | $1,295 |
| • SIRIUS satellite radio w/1-year subscription | |
| • (2) articulating liftgate speakers | |
| • (9) Boston Acoustic speakers w/subwoofer | |
| • pwr express open/close sunroof | |
| Uconnect Voice Command W/Bluetooth | $475 |
| • SIRIUS satellite radio w/1-year subscription | |
| Sirius Satellite Radio W/1 Year Subscription | included |
| Original Shipping Charge | $925 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $26,140.00 |

### Get more information on your smartphone:





williamsbrothersdundee.com
734-823-3600

| Year: 2013 | Engine: 4 Cylinder Engine |
|---|---|
| Make: Jeep | Transmission: Automatic (variable gear ratios) |
| Model: Compass FWD 4dr Sport | Exterior: Bright Silver Metallic |
| VIN: 1C4NJCBA9DD168776 | Interior: Dark Slate Gray Interior |

## MECHANICAL

- · 2.0L DOHC 16V I4 dual-VVT engine
- · Hill start assist
- · Front wheel drive
- · 525-amp maintenance-free battery
- · 120-amp alternator
- · Touring suspension
- · Rear stabilizer bar
- · Firm feel pwr steering

## EXTERIOR

- · Compact spare tire
- · Bright side roof rails
- · Body color fascias
- · Lower bodyside accent cladding
- · Body color grille w/chrome accent
- · Halogen headlamps
- · Premium fog lamps
- · Deep-tint sunscreen glass
- · Solar control glass
- · Fold-away heated pwr mirrors
- · Variable intermittent windshield wipers
- · Rear window wiper/washer
- · Liftgate door w/fixed glass
- · Body color liftgate applique
- · Body color door handles

## ENTERTAINMENT

- · (4) speakers
- · Fixed mast antenna

## INTERIOR

- · Active front head restraints
- · 60/40 folding rear seat
- · Sliding armrest
- · Full length floor console
- · Illuminated cupholders

- · Carpeted floor
- · Luxury front & rear floor mats
- · Tilt steering column
- · Instrument cluster -inc: tachometer, outside temp display
- · Front passenger seat belt alert
- · Bright interior accents
- · Pwr windows w/driver 1-touch feature
- · Pwr accessory delay
- · Speed control
- · Sentry Key theft deterrent system
- · Air conditioning
- · Air filtration
- · Rear seat heat ducts
- · Rear window defroster
- · 12-volt aux pwr outlet
- · Passenger assist handles
- · Sliding visors w/vanity mirrors
- · Front dome light
- · Map/dome reading lights
- · Rechargeable/removable lamp
- · Illuminated entry
- · Folding flat load floor storage

## SAFETY

- · Anti-lock front disc brakes/rear drum brakes
- · Brake assist
- · Electronic stability program
- · Electronic roll mitigation
- · Next generation driver/front passenger advanced multistage airbags -inc: occupant sensors
- · Front & rear side curtain airbags
- · Front height adjust seat belts
- · Tire pressure monitoring warning lamp
- · Child safety rear door locks

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **22** |  Fuel Economy Information | **27** |

*Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition*

## *New*

| **MSRP** | **$19,495.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| 50 State Emissions | $0 |
| Continuously Variable Transaxle II | included |
| • AutoStick auto trans | |
| • tip start | |
| 24 A Customer Preferred Order Selection PKG | $0 |
| • 2.0L I4 engine | |
| • continuously variable transaxle II | |
| 17" X 6.5" Aluminum Wheels | $395 |
| • P215/60R17 all-season touring BSW tires | |
| P215/60 R17 All Season Touring BSW Tires | included |
| Bright Silver Metallic | $0 |
| Dark Slate Gray Interior, Premium Cloth Bucket Seats | $0 |
| Original Shipping Charge | $995 |
| **RETAIL PRICE (ORIGINALLY NEW)** | **$20,885.00** |

## Get more information on your smartphone:





floridafinecars.com

MonroneyLabels.com

| | |
|---|---|
| Year: 2014 | Engine: 4 Cylinder Engine |
| Make: Jeep | Transmission: 6-SPEED AUTOMATIC -inc: Remote Start System |
| Model: Compass FWD 4dr Latitude | Exterior: Black Clearcoat |
| VIN: 1C4NJCEB6ED603758 | Interior: Dark Slate Gray |

## MECHANICAL

· 3.65 Axle Ratio
· GVWR: 4,435 lbs
· Front-Wheel Drive
· 60-Amp/Hr 525CCA Maintenance-Free Battery w/Run Down Protection
· 120 Amp Alternator
· 925# Maximum Payload
· Gas-Pressurized Shock Absorbers
· Front And Rear Anti-Roll Bars
· Touring Suspension
· Hydraulic Power-Assist Steering
· 13.6 Gal. Fuel Tank
· Single Stainless Steel Exhaust
· Strut Front Suspension w/Coil Springs
· Multi-Link Rear Suspension w/Coil Springs
· Front Disc/Rear Drum Brakes w/4-Wheel ABS, Front Vented Discs and Brake Assist

## EXTERIOR

· Wheels w/Painted Accents
· Steel Spare Wheel
· Compact Spare Tire Mounted Inside Under Cargo
· Clearcoat Paint
· Body-Colored Front Bumper w/Black Rub Strip/Fascia Accent
· Body-Colored Rear Step Bumper w/Black Rub Strip/Fascia Accent
· Black Bodyside Cladding
· Black Side Windows Trim and Black Front Windshield Trim
· Body-Colored Door Handles
· Body-Colored Power Heated Side Mirrors w/Manual Folding
· Fixed Rear Window w/Fixed Interval Wiper and Defroster
· Deep Tinted Glass
· Variable Intermittent Wipers
· Fully Galvanized Steel Panels
· Lip Spoiler
· Chrome Grille
· Liftgate Rear Cargo Access
· Roof Rack Rails Only
· Front Fog Lamps
· LED Brakelights
· Aero-Composite Halogen Headlamps

## ENTERTAINMENT

· Radio w/Clock and Steering Wheel Controls
· 4 Speakers
· Fixed Antenna

## INTERIOR

· 6-Way Driver Seat -inc: Manual Recline, Height Adjustment and Fore/Aft Movement

· 4-Way Passenger Seat -inc: Manual Recline, Fore/Aft Movement and Fold Flat
· 60-40 Folding Bench Front Facing Manual Reclining Fold Forward Seatback Cloth/Vinyl Rear Seat
· Manual Tilt Steering Column
· Gauges -inc: Speedometer, Odometer, Engine Coolant Temp, Tachometer and Trip Odometer
· Leather/Metal-Look Steering Wheel
· Front Cupholder
· Rear Cupholder
· 1 12V DC Power Outlet
· Cruise Control w/Steering Wheel Controls
· HVAC -inc: Underseat Ducts
· Manual Air Conditioning
· Glove Box
· Driver Foot Rest
· Full Cloth Headliner
· Interior Trim -inc: Chrome Instrument Panel Insert, Metal-Look Console Insert and Chrome Interior Accents
· Urethane Gear Shift Knob
· Driver And Passenger Visor Vanity Mirrors
· Day-Night Rearview Mirror
· Full Floor Console w/Covered Storage, 1 12V DC Power Outlet and 1 AC Power Outlet
· Front Map Lights
· Fade-To-Off Interior Lighting
· Carpet Floor Trim
· Cargo Space Lights
· Instrument Panel Bin, Driver / Passenger And Rear Door Bins
· Delayed Accessory Power
· Outside Temp Gauge
· Analog Display
· Driver And Passenger Heated-Cushion, Driver And Passenger Heated-Seatback
· Manual Anti-Whiplash Adjustable Front Head Restraints and Fixed Rear Head Restraints
· Front Center Armrest w/Storage
· Sentry Key Engine Immobilizer
· 1 12V DC Power Outlet and 1 AC Power Outlet
· Air Filtration

## SAFETY

· Side Impact Beams
· Dual Stage Driver And Passenger Seat-Mounted Side Airbags
· Dual Stage Driver And Passenger Front Airbags
· Curtain 1st And 2nd Row Airbags
· Airbag Occupancy Sensor
· Rear Child Safety Locks
· Outboard Front Lap And Shoulder Safety Belts -inc: Rear Center 3 Point, Height Adjusters and Pretensioners

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **21** |  Fuel Economy Information | **28** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| MSRP | **$22,595.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| Engine: 2.4 L I4 Dohc 16 V Dual VVT | included |
| Quick Order Package 2 GB | $0 |
| Wheels: 17" X 6.5" Aluminum | included |
| Black Clearcoat | $0 |
| Dark Slate Gray, Cloth/Vinyl Low Back Bucket Seats | $0 |
| 50 State Emissions | $0 |
| Radio: Uconnect 430 CD/DVD/MP3/HDD | included |
| Sirius Satellite Radio | $195 |
| Parkview Rear Back Up Camera | $895 |
| Uconnect Voice Command W/Bluetooth | $495 |
| Manufacturer's Statement Of Origin | $0 |
| Original Shipping Charge | $995 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $25,175.00 |

## Get more information on your smartphone:





floridafinecars.com

| | |
|---|---|
| Year:  2015 | Engine:  4 Cylinder Engine |
| Make:  Jeep | Transmission:  6-SPEED AUTOMATIC |
| Model:  Compass Latitude | Colors:  Billet Silver Metallic Clearcoat / Dark Slate Gray |
| VIN:  1C4NJDEBXFD303258 | Mileage:  9,946                    Stock #: 117008 |

## MECHANICAL

· 3.37 Axle Ratio
· GVWR: 4,575 lbs
· 50-State Emissions
· Electronic Transfer Case
· Automatic Full-Time Four-Wheel Drive
· 60-Amp/Hr 525CCA Maintenance-Free Battery w/Run Down Protection
· 120 Amp Alternator
· 925# Maximum Payload
· Gas-Pressurized Shock Absorbers
· Front And Rear Anti-Roll Bars
· Touring Suspension
· Hydraulic Power-Assist Steering
· Single Stainless Steel Exhaust
· 13.5 Gal. Fuel Tank
· Permanent Locking Hubs
· Strut Front Suspension w/Coil Springs
· Multi-Link Rear Suspension w/Coil Springs
· 4-Wheel Disc Brakes w/4-Wheel ABS, Front Vented Discs and Brake Assist

## EXTERIOR

· Wheels w/Painted Accents
· Steel Spare Wheel
· Compact Spare Tire Mounted Inside Under Cargo
· Clearcoat Paint
· Body-Colored Front Bumper w/Black Rub Strip/Fascia Accent
· Body-Colored Rear Step Bumper w/Black Rub Strip/Fascia Accent
· Black Bodyside Cladding
· Black Side Windows Trim and Black Front Windshield Trim
· Body-Colored Door Handles
· Body-Colored Power Heated Side Mirrors w/Manual Folding
· Fixed Rear Window w/Fixed Interval Wiper and Defroster
· Deep Tinted Glass
· Variable Intermittent Wipers
· Fully Galvanized Steel Panels
· Lip Spoiler
· Chrome Grille
· Liftgate Rear Cargo Access
· Roof Rack Rails Only
· Front Fog Lamps
· LED Brakelights
· Aero-Composite Halogen Headlamps
· Kumho Brand Tires

## ENTERTAINMENT

· Radio w/Clock and Steering Wheel Controls
· 4 Speakers

· Fixed Antenna

## INTERIOR

· 6-Way Driver Seat -inc: Manual Recline, Height Adjustment and Fore/Aft Movement
· 4-Way Passenger Seat -inc: Manual Recline and Fore/Aft Movement
· 60-40 Folding Bench Front Facing Manual Reclining Fold Forward Seatback Cloth/Vinyl Rear Seat
· Manual Tilt Steering Column
· Gauges -inc: Speedometer, Odometer, Engine Coolant Temp, Tachometer and Trip Odometer
· Leather/Metal-Look Steering Wheel
· Front Cupholder
· Rear Cupholder
· 1 12V DC Power Outlet
· Cruise Control w/Steering Wheel Controls
· HVAC -inc: Underseat Ducts
· Manual Air Conditioning
· Glove Box
· Driver Foot Rest
· Full Cloth Headliner
· Interior Trim -inc: Chrome Instrument Panel Insert, Metal-Look Console Insert and Chrome Interior Accents
· Urethane Gear Shift Knob
· Driver And Passenger Visor Vanity Mirrors
· Day-Night Rearview Mirror
· Full Floor Console w/Covered Storage, 1 12V DC Power Outlet and 1 AC Power Outlet
· Front Map Lights
· Fade-To-Off Interior Lighting
· Carpet Floor Trim
· Cargo Space Lights
· Tip Start
· Instrument Panel Bin, Driver / Passenger And Rear Door Bins
· Delayed Accessory Power
· Outside Temp Gauge
· Analog Display
· Driver And Passenger Heated-Cushion, Driver And Passenger Heated-Seatback
· Manual Anti-Whiplash Adjustable Front Head Restraints and Fixed Rear Head Restraints
· Sliding Front Center Armrest w/Storage
· Sentry Key Engine Immobilizer
· 1 12V DC Power Outlet and 1 AC Power Outlet
· Air Filtration

## SAFETY

· Side Impact Beams
· Dual Stage Driver And Passenger Seat-Mounted Side Airbags
· Dual Stage Driver And Passenger Front Airbags
· Curtain 1st and 2nd Row Airbags
· Airbag Occupancy Sensor
· Rear Child Safety Locks
· Outboard Front Lap And Shoulder Safety Belts -inc: Rear Center 3 Point, Height Adjusters and Pretensioners

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **21** |  Fuel Economy Information | **27** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| MSRP | **$25,195.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| Quick Order Package 2 GB | $0 |
| • Engine: 2.4L I4 DOHC 16V Dual VVT | |
| • Transmission: 6-Speed Automatic | |
| • Remote Start System | |
| Billet Silver Metallic Clearcoat | $0 |
| Dark Slate Gray, Cloth/Vinyl Low Back Bucket Seats | $0 |
| Sirius Satellite Radio | $195 |
| • 1-Year SiriusXM Radio Service | |
| • For More Info | |
| • Call 888-539-7474 | |
| Uconnect Voice Command W/Bluetooth | $495 |
| • Rear View Auto Dim Mirror w/Microphone | |
| • Remote USB Port | |
| Original Shipping Charge | $995 |
| **RETAIL PRICE (ORIGINALLY NEW)** | **$26,880.00** |

## Get more information on your smartphone:





easterns.com

AUTOMOTIVE GROUP

www.easterns.com

888-650-4775

| | |
|---|---|
| Year:  2016 | Engine:  4 Cylinder Engine |
| Make:  Jeep | Transmission:  CONTINUOUSLY VARIABLE TRANSAXLE II -inc: AutoStick Automatic Transmission, T.. |
| Model:  Compass FWD 4dr Sport | Exterior:  Bright White Clearcoat (PW7) |
| VIN:  1C4NJCBA1GD518776 | Interior:  Dark Slate Gray |

## MECHANICAL

· 4.12 Axle Ratio
· GVWR: 4,435 lbs
· 50-State Emissions
· Front-Wheel Drive
· 60-Amp/Hr 525CCA Maintenance-Free Battery w/Run Down Protection
· 120 Amp Alternator
· 1350# Maximum Payload
· Gas-Pressurized Shock Absorbers
· Front And Rear Anti-Roll Bars
· Touring Suspension
· Hydraulic Power-Assist Steering
· 13.6 Gal. Fuel Tank
· Single Stainless Steel Exhaust
· Strut Front Suspension w/Coil Springs
· Multi-Link Rear Suspension w/Coil Springs

## EXTERIOR

· Wheels w/Painted Accents
· Steel Spare Wheel
· Compact Spare Tire Mounted Inside Under Cargo
· Clearcoat Paint
· Body-Colored Front Bumper w/Metal-Look Rub Strip/Fascia Accent
· Black Bodyside Cladding
· Black Side Windows Trim and Black Front Windshield Trim
· Black Door Handles
· Black Manual Side Mirrors w/Manual Folding
· Fixed Rear Window w/Fixed Interval Wiper and Defroster
· Deep Tinted Glass
· Variable Intermittent Wipers
· Fully Galvanized Steel Panels
· Lip Spoiler
· Liftgate Rear Cargo Access
· Manual Tailgate/Rear Door Lock
· Front Fog Lamps
· LED Brakelights
· Aero-Composite Halogen Headlamps

## ENTERTAINMENT

· 4 Speakers
· Streaming Audio
· Fixed Antenna
· Uconnect w/Bluetooth Wireless Phone Connectivity

## INTERIOR

· 4-Way Driver Seat -inc: Manual Recline and Fore/Aft Movement

· 4-Way Passenger Seat -inc: Manual Recline and Fore/Aft Movement
· Manual Tilt Steering Column
· Gauges -inc: Speedometer, Odometer, Engine Coolant Temp, Tachometer and Trip Odometer
· Manual Rear Windows and Fixed 3rd Row Windows
· Voice Recorder
· Illuminated Front Cupholder
· Rear Cupholder
· 1 12V DC Power Outlet
· Cruise Control w/Steering Wheel Controls
· Manual Air Conditioning
· HVAC -inc: Underseat Ducts
· Glove Box
· Driver Foot Rest
· Full Cloth Headliner
· Interior Trim -inc: Chrome Instrument Panel Insert and Chrome Interior Accents
· Day-Night Auto-Dimming Rearview Mirror
· Driver And Passenger Visor Vanity Mirrors
· Full Floor Console w/Covered Storage and 1 12V DC Power Outlet
· Front Map Lights
· Fade-To-Off Interior Lighting
· Carpet Floor Trim
· Cargo Space Lights
· Instrument Panel Bin, Driver / Passenger And Rear Door Bins
· Delayed Accessory Power
· Manual 1st Row Windows
· Outside Temp Gauge
· Analog Display
· Manual Anti-Whiplash Adjustable Front Head Restraints and Fixed Rear Head Restraints
· Sliding Front Center Armrest w/Storage
· Sentry Key Engine Immobilizer
· Air Filtration

## SAFETY

· Side Impact Beams
· Dual Stage Driver And Passenger Seat-Mounted Side Airbags
· Low Tire Pressure Warning
· Dual Stage Driver And Passenger Front Airbags
· Curtain 1st And 2nd Row Airbags
· Airbag Occupancy Sensor
· Rear Child Safety Locks
· Outboard Front Lap And Shoulder Safety Belts -inc: Rear Center 3 Point, Height Adjusters and Pretensioners

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **23** |  Fuel Economy Information | **30** |
| Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition | | |

## *New*

| MSRP | **$19,695.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| Transmission: Continuously Variable Transaxle II | $1,350 |
| • AutoStick Automatic Transmission | |
| • Tip Start | |
| Wheels: 17" X 6.5" Aluminum | $895 |
| • Tires: P215/60R17 BSW AS Touring | |
| Tires: P215/60 R17 BSW As Touring | included |
| Bright White Clearcoat | $0 |
| Dark Slate Gray, Premium Cloth Bucket Seats | $0 |
| Power Value Group | $2,045 |
| • Keyless Entry | |
| • Speed Sensitive Power Locks | |
| • Automatic Headlamps | |
| • Body Color Liftgate Applique | |
| • Body Color Door Handles | |
| • Power Heated Fold-Away Mirrors | |
| • Illuminated Entry | |
| • Power Windows w/Driver One-Touch | |
| Manufacturer's Statement Of Origin | $0 |
| Original Shipping Charge | $995 |
| **RETAIL PRICE (ORIGINALLY NEW)** | **$24,980.00** |

### Get more information on your smartphone:



# Hgreg Nissan Kendall

www.autonationnissankendall.com/
954-605-8833

| Year: 2017 | Engine: 2.4L I4 DOHC 16V DUAL VVT |
|---|---|
| Make: Jeep | Transmission: Automatic 6-spd |
| Model: Compass Latitude FWD *Ltd Avail* | Exterior: Billet Silver Metallic Clearcoat |
| VIN: 1C4NJCEB3HD160456 | Interior: Dark Slate Gray |

## MECHANICAL

· 3.65 Axle Ratio
· GVWR: 4,435 lbs
· 50-State Emissions
· Front-Wheel Drive
· 60-Amp/Hr 525CCA Maintenance-Free Battery w/Run Down Protection
· 120 Amp Alternator
· 925# Maximum Payload
· Gas-Pressurized Shock Absorbers
· Front And Rear Anti-Roll Bars
· Touring Suspension
· Hydraulic Power-Assist Steering
· 13.6 Gal. Fuel Tank
· Single Stainless Steel Exhaust
· Strut Front Suspension w/Coil Springs
· Multi-Link Rear Suspension w/Coil Springs
· Front Disc/Rear Drum Brakes w/4-Wheel ABS, Front Vented Discs and Brake Assist

## EXTERIOR

· Steel Spare Wheel
· Compact Spare Tire Mounted Inside Under Cargo
· Clearcoat Paint
· Body-Colored Front Bumper w/Black Rub Strip/Fascia Accent
· Body-Colored Rear Step Bumper w/Black Rub Strip/Fascia Accent
· Black Bodyside Cladding
· Black Side Windows Trim and Black Front Windshield Trim
· Body-Colored Door Handles
· Body-Colored Power Heated Side Mirrors w/Manual Folding
· Fixed Rear Window w/Fixed Interval Wiper and Defroster
· Deep Tinted Glass
· Variable Intermittent Wipers
· Fully Galvanized Steel Panels
· Lip Spoiler
· Chrome Grille
· Liftgate Rear Cargo Access
· Roof Rack Rails Only
· Fully Automatic Aero-Composite Halogen Headlamps
· Front Fog Lamps
· LED Brakelights

## ENTERTAINMENT

· 4 Speakers
· Streaming Audio
· Fixed Antenna
· Uconnect w/Bluetooth Wireless Phone Connectivity

## INTERIOR

· 6-Way Driver Seat -inc: Manual Recline, Height Adjustment and Fore/Aft Movement
· 4-Way Passenger Seat -inc: Manual Recline and Fore/Aft Movement
· 60-40 Folding Bench Front Facing Manual Reclining Fold Forward Seatback Cloth/Vinyl Rear Seat
· Manual Tilt Steering Column
· Gauges -inc: Speedometer, Odometer, Engine Coolant Temp, Tachometer and Trip Odometer
· Voice Recorder
· Leather/Metal-Look Steering Wheel
· Illuminated Front Cupholder
· Rear Cupholder
· 1 12V DC Power Outlet
· Cruise Control w/Steering Wheel Controls
· HVAC -inc: Underseat Ducts
· Glove Box
· Driver Foot Rest
· Interior Trim -inc: Chrome Instrument Panel Insert, Metal-Look Console Insert and Chrome Interior Accents
· Full Cloth Headliner
· Urethane Gear Shift Knob
· Day-Night Auto-Dimming Rearview Mirror
· Driver And Passenger Visor Vanity Mirrors
· Full Floor Console w/Covered Storage, 1 12V DC Power Outlet and 1 AC Power Outlet
· Front Map Lights
· Fade-To-Off Interior Lighting
· Carpet Floor Trim
· Cargo Space Lights
· Tip Start
· Instrument Panel Bin, Driver / Passenger And Rear Door Bins
· Delayed Accessory Power
· Outside Temp Gauge
· Analog Display
· Driver And Passenger Heated-Cushion, Driver And Passenger Heated-Seatback
· Manual Anti-Whiplash Adjustable Front Head Restraints and Fixed Rear Head Restraints
· Sliding Front Center Armrest w/Storage
· Sentry Key Engine Immobilizer
· 1 12V DC Power Outlet and 1 AC Power Outlet
· Air Filtration

## SAFETY

· Side Impact Beams
· Dual Stage Driver And Passenger Seat-Mounted Side Airbags
· Dual Stage Driver And Passenger Front Airbags
· Curtain 1st And 2nd Row Airbags
· Airbag Occupancy Sensor
· Rear Child Safety Locks
· Outboard Front Lap And Shoulder Safety Belts -inc: Rear Center 3 Point, Height Adjusters and Pretensioners

---

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **21** |  | **27** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| MSRP | $24,340.00 |
|---|---|
| **INSTALLED OPTIONS** | |
| Engine: 2.4 L I4 Dohc 16 V Dual VVT | $545 |
| Transmission: 6 Speed Automatic | $0 |
| Quick Order Package 2 GS | $0 |
| • Engine: 2.4L I4 DOHC 16V Dual VVT • Transmission: 6-Speed Automatic • Remote Start System | |
| Billet Silver Metallic Clearcoat | $0 |
| Dark Slate Gray, Cloth/Vinyl Low Back Bucket Seats | $0 |
| High Beam Daytime Running Headlights | $40 |
| Manufacturer's Statement Of Origin | $0 |
| Original Shipping Charge | $995 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $25,920.00 |

## Get more information on your smartphone:





floridafinecars.com

| | |
|---|---|
| Year:  2010 | Engine:  V6 Cylinder Engine |
| Make:  Jeep | Transmission:  Automatic 4-spd |
| Model:  Liberty 4WD 4dr Renegade | Exterior:  Bright Silver Metallic |
| VIN:  1J4PN3GK4AW146774 | Interior:  Dark slate gray |

## MECHANICAL

· 3.7L V6 Engine
· Auxiliary transmission oil cooler
· 3.73 axle ratio
· Selec-Trac II active full-time 4WD system
· 600-amp maintenance free battery
· 140-amp alternator
· Tip start system
· Dana 30/186MM front axle
· Corporate 8.25 solid rear axle
· Front suspension skid plate
· Fuel tank skid plate
· Transfer case skid plate shield
· Pwr rack & pinion steering
· Hill start assist
· Hill descent control
· Compact spare tire

## EXTERIOR

· Tow hooks
· Accent bodyside molding w/insert
· Rugged side roof rails
· Sill molding
· Body color grille
· Black headlamp bezels
· Accent color fascias
· Dark metallic fender flares
· Black door handles
· Accent color license plate brow
· Tinted windshield glass
· Deep-tint sunscreen glass
· Automatic halogen headlamps w/time-off delay
· Fog lamps
· Heated fold-away pwr mirrors
· Front license plate bracket
· Variable intermittent windshield wipers
· Rear window wiper/washer

## ENTERTAINMENT

· (6) speakers
· Removable short-mast antenna

## INTERIOR

· Active front seat head restraints
· 60/40 folding split-recline seat
· Front passenger fold-flat-forward seat
· Full length floor console
· Floor console w/leather armrest
· Carpeted floor covering
· Luxury front & rear floor mats
· Tilt steering wheel
· Leather-wrapped steering wheel
· Steering wheel audio controls
· Sentry Key theft-deterrent system
· Instrument cluster display screen
· Premium instrument panel
· Vehicle information center
· Speed control
· Air filtering
· Light driftwood center stack bezel
· Leather grab handles w/satin accents
· Illuminated entry
· Pwr accessory delay
· Security alarm
· Rear window defroster
· 12-volt auxiliary pwr outlet
· Illuminated visor vanity mirrors
· Premium door trim panel
· Courtesy lamps
· Map/reading lamps
· Rear dome lamp
· Leather-wrapped shift knob
· "Flipper" liftgate glass
· Cargo compartment cover
· Cargo compartment lamp
· Reversible/waterproof cargo storage
· Leather-wrapped parking brake boot

## SAFETY

· Pwr 4-wheel anti-lock disc brakes
· Brake assist
· Electronic roll mitigation
· Dual-note horn
· Driver & front passenger advanced multi-stage airbags
· Occupant classification system
· Supplemental front & rear side curtain air bags
· LATCH-ready child seat anchor system
· Child safety rear door locks
· Enhanced accident response system

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **15** |  Fuel Economy Information | **21** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

# *New*

| **MSRP** | **$27,860.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| 50 State Emissions | $0 |
| 3.7 L V6 Engine | included |
| 4 Speed Automatic Transmission | $0 |
| 28 D Customer Preferred Order Selection PKG | $0 |
|  • 3.7L V6 engine  • 4-speed auto trans | |
| 16" X 7.0" Aluminum Wheels | $0 |
| P235/70 R16 All Terrain Owl Tires | $0 |
|  • full size spare tire w/black steel wheel | |
| Bright Silver Metallic | $0 |
| Dark Slate Gray, Premium Cloth Bucket Seats | $0 |
| SKY Slider Full Open Roof | $1,075 |
|  • black roof molding  • overhead console | |
| Original Shipping Charge | $745 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $29,680.00 |

### Get more information on your smartphone:





| | |
|---|---|
| Year:  2011 | Engine:  V6 Cylinder Engine |
| Make:  Jeep | Transmission:  4-Speed Automatic VLP |
| Model:  Liberty RWD 4dr Limited | Colors:  Light Sandstone Metallic Clearcoat / dark slate gray dark saddle |
| VIN:  1J4PP5GK5BW530828 | Mileage:  130,364                    Stock #: P731440A |

## MECHANICAL

· 3.7L V6 engine
· 4-speed VLP automatic transmission w/OD
· Auxiliary transmission oil cooler
· 3.73 axle ratio
· Rear wheel drive
· 600-amp maintenance free battery
· 140-amp alternator
· Tip start system
· 8.25 solid rear axle
· Pwr rack & pinion steering
· Hill start assist
· Compact spare tire

## EXTERIOR

· 17" x 7.0" aluminum silver accent wheels
· P235/65R17 all-season performance VSB tires
· Chrome bodyside molding
· Bright roof side rails
· Bright grille
· Body color fascias w/bright insert
· Body color fender flares
· Black door handles
· Chrome license plate brow & pocket
· Tinted windshield glass
· Deep-tint sunscreen glass
· Automatic halogen headlamps w/time-off delay
· Fog lamps
· Heated fold-away pwr mirrors
· Front license plate bracket
· Variable intermittent windshield wipers
· Rear window wiper/washer

## ENTERTAINMENT

· Media center 130 -inc: AM/FM stereo, CD/MP3 player
· Audio input jack for mobile devices
· (8) amplified speakers w/subwoofer
· SIRIUS satellite radio w/1-year subscription *SIRIUS satellite radio N/A in HI or Puerto Rico*
· Removable short-mast antenna

## INTERIOR

· Rear fascia scuff pad
· Leather-trimmed bucket seats
· Heated front seats
· Pwr 6-way driver seat w/2-way front passenger seat
· Manual driver seat lumbar adjust
· Driver seat/mirrors/radio memory
· Active front seat head restraints
· 60/40 folding split-recline seat
· Front passenger fold-flat-forward seat
· Full length floor console
· Floor console w/leather armrest
· Carpeted floor covering
· Luxury front & rear floor mats

· Tilt steering wheel
· Leather-wrapped steering wheel
· Driftwood steering wheel spokes
· Steering wheel audio controls
· Sentry Key theft-deterrent system
· Tire pressure monitoring system
· Instrument cluster display screen
· Premium instrument panel
· Universal garage door opener
· Vehicle information center
· Pwr windows w/1-touch up/down for front windows
· Speed sensitive pwr locks
· Speed control
· Remote keyless entry
· UConnect hands-free communication - inc: voice command, Bluetooth
· Air conditioning
· Air filtering
· Illuminated entry
· Pwr accessory delay
· Security alarm
· Rear window defroster
· 12-volt auxiliary pwr outlet
· Illuminated visor vanity mirrors
· Luxury door trim panel
· Auto-dimming rear view mirror w/microphone
· Courtesy lamps
· Rear dome lamp
· Overhead console
· Chrome & leather-wrapped shift knob
· Leather-wrapped grab handle
· "Flipper" liftgate glass
· Cargo compartment cover
· Cargo compartment lamp
· Reversible/waterproof cargo storage
· Leather-wrapped parking brake boot

## SAFETY

· Pwr 4-wheel anti-lock disc brakes
· Brake assist
· All speed traction control
· Electronic stability program
· Electronic roll mitigation
· Dual-note horn
· Driver & front passenger advanced multi-stage air bags
· Occupant classification system
· Supplemental front & rear side curtain air bags
· Front height adjustable shoulder belts
· LATCH-ready child seat anchor system
· Child safety rear door locks
· Enhanced accident response system

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **16** |  Fuel Economy Information | **22** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| MSRP | **$26,650.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| 50 State Emissions | $0 |
| 3.7 L V6 Engine | included |
| 4 Speed VLP Automatic Transmission W/Od | $0 |
| 28 F Customer Preferred Order Selection PKG | $0 |
| 18" X 7.0" Aluminum Chrome Clad Wheels | $0 |
| P235/60 R18 All Season BSW Tires | included |
| Light Sandstone Metallic | $0 |
| Dark Slate Gray/Dark Saddle Interior, Leather Trimmed Bucket Seats | $0 |
| Comfort/Convenience Group | $595 |
| Tire & Wheel Group | $1,125 |
| Full Size Spare Tire | $150 |
| PWR Sunroof | $850 |
| Original Shipping Charge | $795 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $30,165.00 |

## *Used*

**PRICE**                    $7,300.00

## Get more information on your smartphone:



# DODGE of Winter Haven

dodgeofwinterhaven.net
863-299-1243

| | |
|---|---|
| Year: 2012 | Engine: V6 Cylinder Engine |
| Make: Jeep | Transmission: 4-SPEED VLP AUTOMATIC TRANSMISSION W/OD |
| Model: Liberty 4WD 4dr Sport Latitude | Exterior: Bright White |
| VIN: 1C4PJMAK6CW192500 | Interior: Dark Slate Gray Interior |

## PACKAGE

· Latitude group
· Memory pkg -inc: driver seat memory, exterior mirror memory, radio memory

## MECHANICAL

· 3.7L V6 engine
· Aux transmission oil cooler
· 3.73 axle ratio
· 600-amp maintenance free battery
· 140-amp alternator
· Tip start system
· Dana 30/186MM front axle
· 8.25 solid rear axle
· Pwr rack & pinion steering
· Hill start assist
· Hill descent control

## EXTERIOR

· Protective coating & remover
· Bodyside molded-in-color moldings
· Chrome bodyside molding
· Black side roof rails
· Black roof molding
· Body color grille
· Solar control glass
· Body color fascias
· Body color fender flares
· Black door handles
· Chrome license plate brow & pocket
· Tinted windshield glass
· Automatic halogen headlamps w/time-off delay
· Heated fold-away pwr mirrors
· Front license plate bracket
· Variable intermittent windshield wipers
· Rear window wiper/washer

## ENTERTAINMENT

· Audio input jack for mobile devices
· (6) speakers
· Removable short-mast antenna
· Bluetooth streaming audio

## INTERIOR

· Active front seat head restraints

· 60/40 folding split-recline seat
· Front passenger fold-flat-forward seat
· Full length floor console
· Carpeted floor covering
· Luxury front & rear floor mats
· Tilt steering wheel
· Steering wheel audio controls
· Sentry Key theft-deterrent system
· Instrument cluster w/tachometer
· Temp & compass gauge
· Speed control
· Air conditioning
· Air filtering
· Illuminated entry
· Pwr accessory delay
· Rear window defroster
· 12-volt aux pwr outlet
· Illuminated visor vanity mirrors
· Courtesy lamps
· Map/reading lamps
· Rear dome lamp
· Overhead console
· Vinyl shift knob
· Flipper liftgate glass
· Cargo compartment lamp
· Reversible/waterproof cargo storage

## SAFETY

· Pwr 4-wheel anti-lock disc brakes
· Brake assist
· Electronic roll mitigation
· Dual-note horn
· Supplemental front & rear side curtain air bags
· Front height adjustable shoulder belts
· LATCH-ready child seat anchor system
· Child safety rear door locks
· Low tire pressure warning
· Enhanced accident response system

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **15** |  Fuel Economy Information | **21** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| | |
|---|---|
| **MSRP** | **$25,395.00** |
| **INSTALLED OPTIONS** | |
| Federal Emissions | $0 |
| 28 L Customer Preferred Order Selection PKG | $1,700 |
| 17" X 7.0" Aluminum Silver Accent Wheels | $0 |
| P235/65 R17 All Season Performance VSB Tires | $0 |
| Bright White | $0 |
| Dark Slate Gray Interior, Leather Trimmed Bucket Seats | $0 |
| Chrome Accents Group | $795 |
| Original Shipping Charge | $925 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $28,815.00 |

### Get more information on your smartphone:





www.laportechrysler.net
219-326-6850

Year:   2010
Make:   Jeep
Model:   Patriot FWD 4dr Sport *Ltd Avail*
VIN:   1J4NT2GB6AD660113

Engine:   4 Cylinder Engine
Transmission:   CONTINUOUSLY VARIABLE TRANSAXLE II -inc: Autostick automatic transmission, tip..
Exterior:   Natural Green Pearl
Interior:   Dark Slate Gray

## MECHANICAL

· 2.4L DOHC 16V I4 Dual-VVT engine
· 5-speed manual transmission
· Hill start assist
· Front wheel drive
· 120-amp alternator
· 525-amp maintenance-free battery
· Touring suspension
· Rear stabilizer bar
· Pwr rack & pinion steering
· Front disc/rear drum anti-lock brakes

## EXTERIOR

· 16" x 6.5" styled steel wheels
· P205/70R16 all-season BSW tires
· Compact spare tire
· Side roof rails
· Body color fascias
· Accent color liftgate applique
· Halogen headlamps
· Fold-away manual mirrors
· Variable intermittent windshield wipers
· Rear window wiper/washer
· Black door handles
· Liftgate door w/fixed glass

## ENTERTAINMENT

· Media center 130 -inc: AM/FM stereo, CD/MP3 player
· Audio input jack
· (4) speakers
· Fixed long-mast antenna

## INTERIOR

· Air conditioning
· Front cloth low-back bucket seats
· No lumbar adjust

· 60/40 split-folding rear seat
· Active head restraints
· Sliding armrest
· Full-length floor console
· Full floor carpeting
· Luxury front & rear floor mats
· Tilt steering column
· Instrumentation w/tachometer
· 120 MPH speedometer
· Outside temp gauge
· Pwr accessory delay
· Sentry Key theft-deterrent system
· Air filtration
· Rear seat heat ducts
· Rear window defroster
· Illuminated cupholders
· 12-volt pwr outlet
· Bright interior accents
· Sliding sunvisors w/vanity mirrors
· Front dome light
· Map & dome reading lamps
· Interior removable/rechargeable lamp
· Fold-flat cargo floor

## SAFETY

· Brake assist
· Electronic stability program
· Electronic roll mitigation
· Multistage dual front airbags
· Front & rear side curtain airbags
· Child safety rear door locks
· Tire pressure monitor

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| 23 |  Fuel Economy Information | 28 |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

# *New*

| MSRP | $17,795.00 |
|---|---|
| **INSTALLED OPTIONS** | |
| 50 State Emissions | $0 |
| Continuously Variable Transaxle II | included |
| · Autostick automatic transmission | |
| · tip start | |
| 26 D Customer Preferred Order Selection PKG | $0 |
| · 2.4L I4 engine | |
| · continuously variable transaxle II | |
| Natural Green Pearl | $0 |
| Dark Slate Gray, Cloth Low Back Bucket Seats | $0 |
| PWR Equipment Group | $950 |
| · body color door handles | |
| · body color liftgate applique | |
| · illuminated entry | |
| · remote keyless entry | |
| · fold-away pwr heated mirrors | |
| · pwr windows w/driver one-touch | |
| · speed sensitive auto pwr locks | |
| Speed Control | $250 |
| Original Shipping Charge | $630 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $19,625.00 |

## Get more information on your smartphone:



# Prestige Auto Sales

www.prestige4u.com
352-694-1234

| | |
|---|---|
| Year:   2011 | Engine:   2.4L DOHC 16V I4 DUAL-VVT ENGINE |
| Make:   Jeep | Transmission:   CONTINUOUSLY VARIABLE TRANSAXLE II -inc: Autostick automatic transmission, tip.. |
| Model:   Patriot 4WD 4dr Latitude | Exterior:   Bright Silver Metallic |
| VIN:   1J4NF1GB0BD265735 | Interior:   Dark Slate Gray Interior |

## MECHANICAL

· 2.4L DOHC 16V I4 Dual-VVT engine
· Four wheel drive
· 120-amp alternator
· 525-amp maintenance-free battery
· 4575# GVWR
· Touring suspension
· Rear stabilizer bar
· "Firm feel" pwr steering
· Four-wheel anti-lock disc brakes

## EXTERIOR

· Compact spare tire
· Body color fascias
· Lower bodyside accent cladding
· Body color grille
· Body color liftgate applique
· Halogen headlamps
· Fog lamps
· Solar control glass
· Deep tint sunscreen glass
· Variable intermittent windshield wipers
· Rear window wiper/washer
· Body color door handles
· Liftgate door w/fixed glass

## ENTERTAINMENT

· Audio input jack
· (4) speakers
· Fixed long-mast antenna

## INTERIOR

· Front passenger fold-flat seat
· Driver seat height adjuster
· Active head restraints
· Sliding armrest

· Full-length floor console
· Full floor carpeting
· Tilt steering column
· Instrumentation w/tachometer
· 120 MPH speedometer
· Outside temp gauge
· Speed control
· Pwr accessory delay
· Sentry Key theft-deterrent system
· Air filtration
· Rear seat heat ducts
· Rear window defroster
· Illuminated cupholders
· Bright interior accents
· Passenger assist handles
· Sliding sunvisors w/vanity mirrors
· Illuminated entry
· Front dome lamp
· Map & dome reading lamps
· Interior removable/rechargeable lamp
· Fold-flat cargo floor

## SAFETY

· Brake assist
· Electronic roll mitigation
· Hill start assist
· Multistage dual front airbags
· Front & rear side curtain airbags
· Height adjustable front shoulder belts
· Front passenger seat belt alert
· Child safety rear door locks

## *New*

| MSRP | **$17,695.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| 50 State Emissions | $0 |
| Continuously Variable Transaxle II | $1,285 |
| • Autostick automatic transmission • tip start | |
| 26 B Latitude Customer Preferred Order Selection PKG | $3,750 |
| Bright Silver Metallic | $0 |
| Dark Slate Gray Interior, Premium Cloth Bucket Seats | $0 |
| Security & Cargo Convenience Group | $750 |
| • adjustable roof rail crossbars • auto-dimming rearview mirror • security alarm • soft tonneau cover • front seat side-impact airbags • tire pressure monitor • universal garage door opener • vehicle info center | |
| Sirius Satellite Radio | $195 |
| • (1) year service | |
| Original Shipping Charge | $750 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $24,425.00 |

## Get more information on your smartphone:





www.BillMarsh.com
800-596-2774

| | |
|---|---|
| Year:  2012 | Engine:  4 Cylinder Engine |
| Make:  Jeep | Transmission:  CONTINUOUSLY VARIABLE TRANSAXLE II -inc: Autostick automatic transmission, tip.. |
| Model:  Patriot 4WD 4dr Latitude | Exterior:  Deep Cherry Red Crystal Pearl |
| VIN:  1C4NJRFB0CD538503 | Interior:  Dark Slate Gray Interior |

## MECHANICAL

· 2.4L DOHC 16V I4 Dual-VVT engine
· Four wheel drive
· 120-amp alternator
· 525-amp maintenance-free battery
· 4575# GVWR
· Touring suspension
· Rear stabilizer bar
· "Firm feel" pwr steering
· Four-wheel anti-lock disc brakes

## EXTERIOR

· 17" x 6.5" aluminum wheels
· P215/60R17 all-season BSW tires
· Compact spare tire
· Black side roof rails
· Body color fascias
· Lower bodyside accent cladding
· Body color grille
· Body color liftgate applique
· Halogen headlamps
· Fog lamps
· Solar control glass
· Deep tint sunscreen glass
· Fold-away pwr heated mirrors
· Variable intermittent windshield wipers
· Rear window wiper/washer
· Body color door handles
· Liftgate door w/fixed glass

## ENTERTAINMENT

· (4) speakers
· Fixed long-mast antenna

## INTERIOR

· Air conditioning
· Front passenger fold-flat seat
· Heated front seats
· Driver seat height adjuster

· Active head restraints
· Sliding armrest
· Full-length floor console
· Full floor carpeting
· Tilt steering column
· Leather-wrapped steering wheel -inc: steering wheel mounted audio controls
· Instrumentation w/tachometer
· 120 MPH speedometer
· Outside temp gauge
· Speed control
· Pwr accessory delay
· Pwr windows w/driver one-touch
· Sentry Key theft-deterrent system
· Air filtration
· Rear seat heat ducts
· Rear window defroster
· Illuminated cupholders
· Bright interior accents
· Passenger assist handles
· Sliding sunvisors w/vanity mirrors
· Illuminated entry
· Front dome lamp
· Map & dome reading lamps
· Interior removable/rechargeable lamp
· Fold-flat cargo floor

## SAFETY

· Brake assist
· Electronic roll mitigation
· Hill start assist
· Multistage dual front airbags
· Front & rear side curtain airbags
· Height adjustable front shoulder belts
· Front passenger seat belt alert
· Child safety rear door locks

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **20** |  Fuel Economy Information | **23** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| MSRP | **$22,780.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| 50 State Emissions | $0 |
| 26 B Latitude Customer Preferred Order Selection PKG | $0 |
| Deep Cherry Red Crystal Pearl | $0 |
| Dark Slate Gray Interior, Premium Cloth Bucket Seats | $0 |
| Siriusxm Satellite Radio | $195 |
|  • (1) year service | |
| Original Shipping Charge | $925 |
| **RETAIL PRICE (ORIGINALLY NEW)** | **$23,900.00** |

### Get more information on your smartphone:





www.BillMarsh.com
800-596-2774

| Year: 2013 | Engine: 4 Cylinder Engine |
|---|---|
| Make: Jeep | Transmission: CONTINUOUSLY VARIABLE TRANSAXLE II -inc: Autostick automatic transmission, tip.. |
| Model: Patriot 4WD 4dr Latitude | Exterior: Black |
| VIN: 1C4NJRFB4DD137456 | Interior: Dark Slate Gray Interior |

## MECHANICAL

· 2.4L DOHC 16V I4 Dual-VVT engine
· Four wheel drive
· 120-amp alternator
· 525-amp maintenance-free battery
· 4575# GVWR
· Touring suspension
· Rear stabilizer bar
· "Firm feel" pwr steering
· Four-wheel anti-lock disc brakes

## EXTERIOR

· Compact spare tire
· Black side roof rails
· Body color fascias
· Lower bodyside accent cladding
· Body color grille
· Body color liftgate applique
· Halogen headlamps
· Fog lamps
· Solar control glass
· Deep tint sunscreen glass
· Fold-away pwr heated mirrors
· Variable intermittent windshield wipers
· Rear window wiper/washer
· Body color door handles
· Liftgate door w/fixed glass

## ENTERTAINMENT

· (4) speakers
· Fixed long-mast antenna

## INTERIOR

· Air conditioning
· Front passenger fold-flat seat
· Heated front seats
· Driver seat height adjuster
· 60/40 split reclining rear seat
· Active head restraints

· Sliding armrest
· Full-length floor console
· Full floor carpeting
· Tilt steering column
· Leather-wrapped steering wheel -inc: steering wheel mounted audio controls
· Instrumentation w/tachometer
· 120 MPH speedometer
· Outside temp gauge
· Speed control
· Pwr accessory delay
· Pwr windows w/driver one-touch
· Sentry Key theft-deterrent system
· Air filtration
· Rear seat heat ducts
· Rear window defroster
· Illuminated cupholders
· Bright interior accents
· Passenger assist handles
· Sliding sunvisors w/vanity mirrors
· Illuminated entry
· Front dome lamp
· Map & dome reading lamps
· Interior removable/rechargeable lamp
· Fold-flat cargo floor

## SAFETY

· Brake assist
· Electronic roll mitigation
· Hill start assist
· Multistage dual front airbags
· Front & rear side curtain airbags
· Height adjustable front shoulder belts
· Front passenger seat belt alert
· Child safety rear door locks

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **21** |  Fuel Economy Information | **26** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| **MSRP** | **$23,095.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| 50 State Emissions | $0 |
| 26 B Latitude Customer Preferred Order Selection PKG | $0 |
| • 2.4L I4 engine • continuously variable transaxle II | |
| 17" X 6.5" Aluminum Wheels | $0 |
| Black | $0 |
| Dark Slate Gray Interior, Premium Cloth Bucket Seats | $0 |
| Uconnect 430 | $695 |
| • AM/FM stereo w/CD/DVD/MP3 player • 40GB hard drive w/28GB free space • 6.5" touch screen | |
| Siriusxm Satellite Radio | $195 |
| • (1) year service | |
| Original Shipping Charge | $995 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $24,980.00 |

## Get more information on your smartphone:





www.BillMarsh.com
800-596-2774

| | |
|---|---|
| Year:  2014<br>Make:  Jeep<br>Model:  Patriot Latitude<br>VIN:  1C4NJRFB2ED898326 | Engine:  4 Cylinder Engine<br>Transmission:  6-SPEED AUTOMATIC -inc: Autostick Automatic Transmission, Tip Start<br>Colors:  Billet Silver Metallic Clearcoat / Dark Slate Gray<br>Mileage:  47,671                                              Stock #: 118675 |

## MECHANICAL

· 3.36 Axle Ratio
· GVWR: 4,575 lbs
· Electronic Transfer Case
· Automatic Full-Time Four-Wheel Drive
· 60-Amp/Hr 525CCA Maintenance-Free Battery w/Run Down Protection
· 120 Amp Alternator
· 925lbs. Maximum Payload
· Gas-Pressurized Shock Absorbers
· Front And Rear Anti-Roll Bars
· Touring Suspension
· Hydraulic Power-Assist Steering
· Single Stainless Steel Exhaust
· 13.5 Gal. Fuel Tank
· Permanent Locking Hubs
· Strut Front Suspension w/Coil Springs
· Multi-Link Rear Suspension w/Coil Springs
· 4-Wheel Disc Brakes w/4-Wheel ABS, Front Vented Discs and Brake Assist

## EXTERIOR

· Wheels: 17" x 6.5" Aluminum
· Tires: P215/60R17 BSW AS Touring
· Wheels w/Polished Accents
· Steel Spare Wheel
· Compact Spare Tire Mounted Inside Under Cargo
· Clearcoat Paint
· Body-Colored Rear Step Bumper w/Black Rub Strip/Fascia Accent
· Body-Colored Front Bumper w/Black Rub Strip/Fascia Accent
· Black Bodyside Cladding
· Black Side Windows Trim and Black Front Windshield Trim
· Body-Colored Door Handles
· Black Power Heated Side Mirrors w/Manual Folding
· Fixed Rear Window w/Fixed Interval Wiper and Defroster
· Deep Tinted Glass
· Variable Intermittent Wipers
· Fully Galvanized Steel Panels
· Body-Colored Grille
· Liftgate Rear Cargo Access
· Tailgate/Rear Door Lock Included w/Power Door Locks
· Roof Rack Rails Only
· Front Fog Lamps
· Aero-Composite Halogen Headlamps

## ENTERTAINMENT

· Radio: Uconnect 130 AM/FM/CD/MP3
· Radio w/Clock and Steering Wheel Controls
· 4 Speakers
· Fixed Antenna
· Audio Jack Input for Mobile Devices

## INTERIOR

· 6-Way Driver Seat -inc: Manual Recline, Height Adjustment and Fore/Aft Movement
· 4-Way Passenger Seat -inc: Manual Recline, Fore/Aft Movement and Fold Flat
· 60-40 Folding Bench Front Facing Manual Reclining Fold Forward Seatback Cloth Rear Seat

· Manual Tilt Steering Column
· Gauges -inc: Speedometer, Odometer, Engine Coolant Temp, Tachometer and Trip Odometer
· Power Rear Windows and Fixed 3rd Row Windows
· Leather/Metal-Look Steering Wheel
· Front Cupholder
· Rear Cupholder
· 1 12V DC Power Outlet
· Remote Keyless Entry w/Integrated Key Transmitter, Illuminated Entry and Panic Button
· Cruise Control w/Steering Wheel Controls
· HVAC -inc: Underseat Ducts and Headliner/Pillar Ducts
· Manual Air Conditioning
· Glove Box
· Driver Foot Rest
· Full Cloth Headliner
· Chrome Gear Shift Knob
· Interior Trim -inc: Chrome Instrument Panel Insert and Chrome Interior Accents
· Premium Cloth Bucket Seats
· Day-Night Rearview Mirror
· Driver And Passenger Visor Vanity Mirrors
· Full Floor Console w/Covered Storage, 1 12V DC Power Outlet and 1 AC Power Outlet
· Front Map Lights
· Fade-To-Off Interior Lighting
· Full Carpet Floor Covering -inc: Carpet Front And Rear Floor Mats
· Carpet Floor Trim
· Cargo Space Lights
· Instrument Panel Bin, Driver / Passenger And Rear Door Bins
· Power 1st Row Windows w/Driver 1-Touch Down
· Delayed Accessory Power
· Power Door Locks w/Autolock Feature
· Analog Display
· Driver And Passenger Heated-Cushion, Driver And Passenger Heated-Seatback
· Manual Anti-Whiplash Adjustable Front Head Restraints and Fixed Rear Head Restraints
· Sliding Front Center Armrest w/Storage
· Sentry Key Engine Immobilizer
· 1 12V DC Power Outlet and 1 AC Power Outlet
· Air Filtration

## SAFETY

· Electronic Stability Control And Roll Stability Control
· ABS And Driveline Traction Control
· Side Impact Beams
· Dual Stage Driver And Passenger Seat-Mounted Side Airbags
· Low Tire Pressure Warning
· Dual Stage Driver And Passenger Front Airbags
· Curtain 1st And 2nd Row Airbags
· Airbag Occupancy Sensor
· Rear Child Safety Locks
· Outboard Front Lap And Shoulder Safety Belts -inc: Rear Center 3 Point, Height Adjusters and Pretensioners

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **21** |  Fuel Economy Information | **27** |
| Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition | | |

## *New*

| | |
|---|---|
| **MSRP** | **$23,995.00** |
| **INSTALLED OPTIONS** | |
| Quick Order Package 2 GB | $0 |
| · Engine: 2.4L I4 DOHC 16V Dual VVT<br>· Transmission: 6-Speed Automatic<br>· Remote Start System | |
| Billet Silver Metallic Clearcoat | $0 |
| Dark Slate Gray, Premium Cloth Bucket Seats | $0 |
| 50 State Emissions | $0 |
| Manufacturer's Statement Of Origin | $0 |
| Sirius Satellite Radio | included |
| · 1-Yr SiriusXM Radio Service<br>· For More Info<br>· Call 888-539-7474 | |
| Uconnect Voice Command W/Bluetooth | $495 |
| · SIRIUS Satellite Radio<br>· 1-Yr SiriusXM Radio Service<br>· For More Info<br>· Call 888-539-7474<br>· Remote USB Port<br>· Rear View Auto Dim Mirror w/Microphone | |
| Original Shipping Charge | $995 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $25,485.00 |

## Get more information on your smartphone:





easterns.com

# Easterns
## AUTOMOTIVE GROUP
### www.easterns.com
### 888-650-4775

| | |
|---|---|
| Year: 2015 | Engine: 4 Cylinder Engine |
| Make: Jeep | Transmission: Automatic 6-spd |
| Model: Patriot 4WD 4dr Sport | Exterior: Granite Crystal Metallic Clearcoat |
| VIN: 1C4NJRBB0FD292577 | Interior: Dark Slate Gray |

## MECHANICAL

· 4.12 Axle Ratio
· GVWR: 4,575 lbs
· 50-State Emissions
· Electronic Transfer Case
· 60-Amp/Hr 525CCA Maintenance-Free Battery w/Run Down Protection
· 120 Amp Alternator
· 1300# Maximum Payload
· Gas-Pressurized Shock Absorbers
· Front And Rear Anti-Roll Bars
· Touring Suspension
· Hydraulic Power-Assist Steering
· Single Stainless Steel Exhaust
· 13.5 Gal. Fuel Tank
· Permanent Locking Hubs
· Strut Front Suspension w/Coil Springs
· Multi-Link Rear Suspension w/Coil Springs
· 4-Wheel Disc Brakes w/4-Wheel ABS, Front Vented Discs, Brake Assist and Hill Hold Control

## EXTERIOR

· Wheels w/Silver Accents
· Steel Spare Wheel
· Compact Spare Tire Mounted Inside Under Cargo
· Clearcoat Paint
· Body-Colored Rear Step Bumper w/Black Rub Strip/Fascia Accent
· Body-Colored Front Bumper w/Black Rub Strip/Fascia Accent
· Black Bodyside Cladding
· Black Side Windows Trim and Black Front Windshield Trim
· Black Door Handles
· Black Manual Side Mirrors w/Manual Folding
· Fixed Rear Window w/Fixed Interval Wiper and Defroster
· Deep Tinted Glass
· Variable Intermittent Wipers
· Fully Galvanized Steel Panels
· Body-Colored Grille
· Liftgate Rear Cargo Access
· Manual Tailgate/Rear Door Lock
· Roof Rack Rails Only
· Front Fog Lamps
· Aero-Composite Halogen Headlamps

## ENTERTAINMENT

· Radio w/Clock
· 4 Speakers
· Fixed Antenna

## INTERIOR

· 4-Way Driver Seat -inc: Manual Recline and Fore/Aft Movement
· 4-Way Passenger Seat -inc: Manual Recline and Fore/Aft Movement
· 60-40 Folding Bench Front Facing Fold Forward Seatback Cloth Rear Seat
· Manual Tilt Steering Column
· Gauges -inc: Speedometer, Odometer, Engine Coolant Temp, Tachometer and Trip Odometer
· Manual Rear Windows and Fixed 3rd Row Windows
· Front Cupholder
· Rear Cupholder
· 1 12V DC Power Outlet
· Cruise Control w/Steering Wheel Controls
· HVAC -inc: Underseat Ducts and Headliner/Pillar Ducts
· Glove Box
· Driver Foot Rest
· Full Cloth Headliner
· Chrome Gear Shift Knob
· Interior Trim -inc: Chrome Instrument Panel Insert and Chrome Interior Accents
· Day-Night Rearview Mirror
· Driver And Passenger Visor Vanity Mirrors
· Full Floor Console w/Covered Storage and 1 12V DC Power Outlet
· Front Map Lights
· Fade-To-Off Interior Lighting
· Carpet Floor Trim
· Cargo Space Lights
· Instrument Panel Bin, Driver / Passenger And Rear Door Bins
· Delayed Accessory Power
· Manual 1st Row Windows
· Outside Temp Gauge
· Analog Display
· Manual Anti-Whiplash Adjustable Front Head Restraints and Fixed Rear Head Restraints
· Sliding Front Center Armrest w/Storage
· Sentry Key Engine Immobilizer
· Air Filtration

## SAFETY

· Side Impact Beams
· Dual Stage Driver And Passenger Seat-Mounted Side Airbags
· Low Tire Pressure Warning
· Dual Stage Driver And Passenger Front Airbags
· Curtain 1st And 2nd Row Airbags
· Airbag Occupancy Sensor
· Rear Child Safety Locks
· Outboard Front Lap And Shoulder Safety Belts -inc: Rear Center 3 Point, Height Adjusters and Pretensioners

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **21** |  Fuel Economy Information | **27** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| MSRP | **$18,995.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| Transmission: 6 Speed Automatic | included |
| • AutoStick Automatic Transmission • Tip Start | |
| Quick Order Package 2 Ga | $0 |
| • Engine: 2.4L I4 DOHC 16V Dual VVT • Transmission: 6-Speed Automatic | |
| Granite Crystal Metallic Clearcoat | $0 |
| Dark Slate Gray, Premium Cloth Bucket Seats | $0 |
| Power Value Group | $1,845 |
| • Body Color Door Handles • Illuminated Entry • Speed Sensitive Power Locks • Keyless Entry • Power Heated Fold-Away Mirrors • Power Driver 1-Touch Windows • Body Color Liftgate Applique | |
| Air Conditioning | $1,255 |
| Uconnect Voice Command W/Bluetooth | $495 |
| • Rear View Auto Dim Mirror w/Microphone • Remote USB Port • SIRIUS Satellite Radio • 1-Yr SIRIUSXM Radio Service • For More Info • Call 888-539-7474 | |
| Original Shipping Charge | $995 |
| **RETAIL PRICE (ORIGINALLY NEW)** | **$23,585.00** |

## Get more information on your smartphone:





| Year:  2016 | Engine:  2.4L I4 DOHC 16V DUAL VVT |
|---|---|
| Make:  Jeep | Transmission:  Automatic 6-spd |
| Model:  Patriot FWD 4dr Sport | Exterior:  Maximum Steel Metallic Clearcoat |
| VIN:  1C4NJPBB9GD584010 | Interior:  Dark Slate Gray |

## MECHANICAL

· 4.12 Axle Ratio
· GVWR: 4,435 lbs
· 50-State Emissions
· Front-Wheel Drive
· 60-Amp/Hr 525CCA Maintenance-Free Battery w/Run Down Protection
· 120 Amp Alternator
· 1320# Maximum Payload
· Gas-Pressurized Shock Absorbers
· Front And Rear Anti-Roll Bars
· Touring Suspension
· Hydraulic Power-Assist Steering
· 13.6 Gal. Fuel Tank
· Single Stainless Steel Exhaust
· Strut Front Suspension w/Coil Springs
· Multi-Link Rear Suspension w/Coil Springs
· Front Disc/Rear Drum Brakes w/4-Wheel ABS, Front Vented Discs, Brake Assist and Hill Hold Control

## EXTERIOR

· Steel Spare Wheel
· Compact Spare Tire Mounted Inside Under Cargo
· Clearcoat Paint
· Body-Colored Front Bumper w/Black Rub Strip/Fascia Accent
· Body-Colored Rear Step Bumper w/Black Rub Strip/Fascia Accent
· Black Bodyside Cladding
· Black Side Windows Trim and Black Front Windshield Trim
· Black Door Handles
· Black Manual Side Mirrors w/Manual Folding
· Fixed Rear Window w/Fixed Interval Wiper and Defroster
· Deep Tinted Glass
· Variable Intermittent Wipers
· Fully Galvanized Steel Panels
· Body-Colored Grille
· Liftgate Rear Cargo Access
· Manual Tailgate/Rear Door Lock
· Roof Rack Rails Only
· Front Fog Lamps
· Aero-Composite Halogen Headlamps

## ENTERTAINMENT

· Radio w/Clock and Voice Activation
· 4 Speakers
· Streaming Audio
· Fixed Antenna
· Uconnect w/Bluetooth Wireless Phone Connectivity

## INTERIOR

· 4-Way Driver Seat -inc: Manual Recline and Fore/Aft Movement
· 4-Way Passenger Seat -inc: Manual Recline and Fore/Aft Movement
· 60-40 Folding Bench Front Facing Fold Forward Seatback Cloth Rear Seat
· Manual Tilt Steering Column
· Gauges -inc: Speedometer, Odometer, Engine Coolant Temp, Tachometer and Trip Odometer
· Manual Rear Windows and Fixed 3rd Row Windows
· Voice Recorder
· Front Cupholder
· Rear Cupholder
· 1 12V DC Power Outlet
· Cruise Control w/Steering Wheel Controls
· HVAC -inc: Underseat Ducts and Headliner/Pillar Ducts
· Glove Box
· Driver Foot Rest
· Interior Trim -inc: Chrome Instrument Panel Insert and Chrome Interior Accents
· Full Cloth Headliner
· Chrome Gear Shift Knob
· Day-Night Auto-Dimming Rearview Mirror
· Driver And Passenger Visor Vanity Mirrors
· Full Floor Console w/Covered Storage and 1 12V DC Power Outlet
· Front Map Lights
· Fade-To-Off Interior Lighting
· Carpet Floor Trim
· Cargo Space Lights
· Instrument Panel Bin, Driver / Passenger And Rear Door Bins
· Delayed Accessory Power
· Manual 1st Row Windows
· Outside Temp Gauge
· Analog Display
· Manual Anti-Whiplash Adjustable Front Head Restraints and Fixed Rear Head Restraints
· Sliding Front Center Armrest w/Storage
· Sentry Key Engine Immobilizer
· Air Filtration

## SAFETY

· Side Impact Beams
· Dual Stage Driver And Passenger Seat-Mounted Side Airbags
· Low Tire Pressure Warning
· Dual Stage Driver And Passenger Front Airbags
· Curtain 1st And 2nd Row Airbags
· Airbag Occupancy Sensor
· Rear Child Safety Locks
· Outboard Front Lap And Shoulder Safety Belts -inc: Rear Center 3 Point, Height Adjusters and Pretensioners

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **20** |  Fuel Economy Information | **25** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| **MSRP** | **$17,695.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| Engine: 2.4 L I4 Dohc 16 V Dual VVT | $545 |
| Transmission: 6 Speed Automatic | $1,450 |
| • AutoStick Automatic Transmission | |
| • Tip Start | |
| • 3.37 Axle Ratio | |
| Quick Order Package 2 Ga | $0 |
| • Engine: 2.4L I4 DOHC 16V Dual VVT | |
| • Transmission: 6-Speed Automatic | |
| Maximum Steel Metallic Clearcoat | $0 |
| Dark Slate Gray, Premium Cloth Bucket Seats | $0 |
| Air Conditioning | $1,375 |
| Original Shipping Charge | $995 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $22,060.00 |

## Get more information on your smartphone:



# Hudiburg

hudiburg.com

| Year: 2017 | Engine: 4 Cylinder Engine |
|---|---|
| Make: Jeep | Transmission: Automatic 6-spd |
| Model: Patriot Latitude 4x4 | Exterior: Deep Cherry Red Crystal Pearlcoat |
| VIN: 1C4NJRFB7HD174782 | Interior: Dark Slate Gray |

## MECHANICAL

· 3.37 Axle Ratio
· GVWR: 4,575 lbs
· 50-State Emissions
· Electronic Transfer Case
· 60-Amp/Hr 525CCA Maintenance-Free Battery w/Run Down Protection
· 120 Amp Alternator
· 1300# Maximum Payload
· Gas-Pressurized Shock Absorbers
· Front And Rear Anti-Roll Bars
· Touring Suspension
· Hydraulic Power-Assist Steering
· Single Stainless Steel Exhaust
· 13.5 Gal. Fuel Tank
· Permanent Locking Hubs
· Strut Front Suspension w/Coil Springs
· Multi-Link Rear Suspension w/Coil Springs
· 4-Wheel Disc Brakes w/4-Wheel ABS, Front Vented Discs and Brake Assist

## EXTERIOR

· Wheels: 17" x 6.5" Aluminum
· Steel Spare Wheel
· Compact Spare Tire Mounted Inside Under Cargo
· Clearcoat Paint
· Body-Colored Front Bumper w/Black Rub Strip/Fascia Accent
· Body-Colored Rear Step Bumper w/Black Rub Strip/Fascia Accent
· Black Bodyside Cladding
· Black Side Windows Trim and Black Front Windshield Trim
· Body-Colored Door Handles
· Black Power Heated Side Mirrors w/Manual Folding
· Fixed Rear Window w/Fixed Interval Wiper and Defroster
· Deep Tinted Glass
· Variable Intermittent Wipers
· Fully Galvanized Steel Panels
· Body-Colored Grille
· Liftgate Rear Cargo Access
· Roof Rack Rails Only
· Fully Automatic Aero-Composite Halogen Headlamps
· Front Fog Lamps

## ENTERTAINMENT

· 4 Speakers
· Streaming Audio
· Fixed Antenna
· Uconnect w/Bluetooth Wireless Phone Connectivity

## INTERIOR

· 6-Way Driver Seat -inc: Manual Recline, Height Adjustment and Fore/Aft Movement
· 4-Way Passenger Seat -inc: Manual Recline and Fore/Aft Movement
· 60-40 Folding Bench Front Facing Manual Reclining Fold Forward Seatback Cloth Rear Seat
· Manual Tilt Steering Column
· Gauges -inc: Speedometer, Odometer, Engine Coolant Temp, Tachometer and Trip Odometer
· Voice Recorder
· Leather/Metal-Look Steering Wheel
· Illuminated Front Cupholder
· Rear Cupholder
· 1 12V DC Power Outlet
· Cruise Control w/Steering Wheel Controls
· HVAC -inc: Underseat Ducts and Headliner/Pillar Ducts
· Glove Box
· Driver Foot Rest
· Interior Trim -inc: Chrome Instrument Panel Insert and Chrome Interior Accents
· Full Cloth Headliner
· Chrome Gear Shift Knob
· Driver And Passenger Visor Vanity Mirrors
· Full Floor Console w/Covered Storage, 1 12V DC Power Outlet and 1 AC Power Outlet
· Front Map Lights
· Fade-To-Off Interior Lighting
· Carpet Floor Trim
· Cargo Space Lights
· Instrument Panel Bin, Driver / Passenger And Rear Door Bins
· Delayed Accessory Power
· Outside Temp Gauge
· Analog Display
· Driver And Passenger Heated-Cushion, Driver And Passenger Heated-Seatback
· Manual Anti-Whiplash Adjustable Front Head Restraints and Fixed Rear Head Restraints
· Sliding Front Center Armrest w/Storage
· Sentry Key Engine Immobilizer
· 1 12V DC Power Outlet and 1 AC Power Outlet
· Air Filtration

## SAFETY

· Side Impact Beams
· Dual Stage Driver And Passenger Seat-Mounted Side Airbags
· Dual Stage Driver And Passenger Front Airbags
· Curtain 1st And 2nd Row Airbags
· Airbag Occupancy Sensor
· Rear Child Safety Locks
· Outboard Front Lap And Shoulder Safety Belts -inc: Rear Center 3 Point, Height Adjusters and Pretensioners

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **20** |  Fuel Economy Information | **25** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| **MSRP** | **$25,840.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| Quick Order Package 2 GB | $0 |
| • Engine: 2.4L I4 DOHC 16V Dual VVT | |
| • Transmission: 6-Speed Automatic | |
| • Remote Start System | |
| Deep Cherry Red Crystal Pearlcoat | $0 |
| Dark Slate Gray, Premium Cloth Bucket Seats | $0 |
| Manufacturer's Statement Of Origin | $0 |
| Original Shipping Charge | $995 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $26,835.00 |

## Get more information on your smartphone:



# Luxury & Imports

luxuryandimports.com

| | |
|---|---|
| Year: 2010 | Engine: V6 Cylinder Engine |
| Make: Jeep | Transmission: 4-SPEED AUTOMATIC TRANSMISSION -inc: 3.73 axle ratio |
| Model: Wrangler Unlimited 4WD 4dr Sahara | Exterior: Deep Water Blue Pearl |
| VIN: 1J4HA5H14AL175016 | Interior: Dark Slate Gray/Medium Slate Gray |

## MECHANICAL

· 3.8L OHV 12-valve SMPI V6 engine
· 3.21 axle ratio
· Hill start assist
· Next generation Dana 30 solid front axle
· Next generation Dana 44 HD rear axle
· Command-Trac shift-on-the-fly 4WD system
· 600-CCA maintenance free battery
· 140-amp alternator
· (2) front/(1) rear tow hooks
· Fuel tank skid plate
· Transfer case skid plate
· HD suspension w/gas shocks
· Front stabilizer bar
· Rear stabilizer bar
· Pwr steering
· 4-wheel disc brakes
· Hydraulic assist brake boost

## EXTERIOR

· 18" x 7.5" satin silver painted aluminum wheels
· Outside tire carrier
· Black/silver front bumper
· Black/silver rear bumper
· Body color fender flares
· Body color grille
· Halogen headlamps
· Fog lamps
· Tinted windshield glass
· Deep-tint sunscreen windows
· Swing-away mirrors
· Variable intermittent windshield wipers
· Hood insulation

## ENTERTAINMENT

· Audio input jack

## INTERIOR

· Low back bucket seats

· Reclining front seats
· Driver height adjustment
· 60/40 folding rear seat
· Rear seat outboard head restraints
· Full length floor console
· Front seat area carpet
· Rear/cargo area carpet
· Front & rear floor mats
· Tilt steering column
· Leather-wrapped steering wheel w/bright spokes
· Premium instrumentation w/tachometer
· Outside temp & compass gauge
· Pwr windows w/driver & front-passenger one-touch down
· Speed control
· Sentry Key theft deterrent system
· Security alarm
· Air conditioning
· Aux 12V pwr outlet
· Bright interior accents
· Sport bar w/full padding
· Sliding sunvisors w/mirrors
· Rear passenger assist handle kit
· Front seatback map pockets
· Front dome light w/on/off switch
· Rear dome light w/on/off switch
· Cargo compartment covered storage
· Cargo tie down loops

## SAFETY

· 4-wheel anti-lock brakes
· Electronic roll mitigation
· Driver & front passenger advanced multi-stage frontal airbags
· Child safety rear door locks
· Tire pressure monitoring warning lamp

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **15** |  Fuel Economy Information | **19** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| MSRP | **$28,905.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| 50 State Emissions | $0 |
| 4 Speed Automatic Transmission | $825 |
| 24 G Customer Preferred Order Selection PKG | $0 |
| Anti Spin Rear Differential | $295 |
| 3.73 Axle Ratio | included |
| Deep Water Blue Pearl | $225 |
| Dark Slate Gray/Medium Slate Gray, Cloth Seats | $0 |
| Black Freedom Top 3 Piece Hardtop | $735 |
| 6 C7 Order Code | $0 |
| Trailer Tow Group | $320 |
| Media Center 230 | $350 |
| Remote Start | $185 |
| Supplemental Front Seat Side Air Bags | $490 |
| Original Shipping Charge | $750 |
| **RETAIL PRICE (ORIGINALLY NEW)** | **$33,080.00** |

### Get more information on your smartphone:





www.BillMarsh.com
800-596-2774

| | |
|---|---|
| Year: 2011 | Engine: V6 Cylinder Engine |
| Make: Jeep | Transmission: Automatic 4-spd |
| Model: Wrangler Unlimited 4WD 4dr Mojave | Exterior: Black Clear Coat |
| VIN: 1J4BA3H1XBL625697 | Interior: Black/Dark Saddle Interior |

## MECHANICAL

- 3.8L OHV 12-valve SMPI V6 engine
- 3.21 axle ratio
- Next generation Dana 30 solid front axle
- Next generation Dana 44 HD rear axle
- Command-Trac shift-on-the-fly 4WD system
- 600-CCA maintenance free battery
- 140-amp alternator
- (2) front/(1) rear tow hooks
- Fuel tank skid plate
- Transfer case skid plate
- Front stabilizer bar
- Rear stabilizer bar
- Pwr steering
- 4-wheel disc brakes
- Hydraulic assist brake boost

## EXTERIOR

- Outside tire carrier
- Body color fender flares
- Body color grille
- Halogen headlamps
- Fog lamps
- Tinted windshield glass
- Deep-tint sunscreen windows
- Front door tinted glass
- Manual fold-away exterior mirrors
- Variable intermittent windshield wipers

## ENTERTAINMENT

- (6) speakers
- Fixed long mast antenna

## INTERIOR

- Reclining front seats
- Driver height adjustment

- 60/40 folding rear seat
- Rear seat outboard head restraints
- Full length floor console
- Storage tray
- Front seat area carpet
- Rear/cargo area carpet
- Cargo compartment floor mat
- Tilt steering column
- Steering wheel mounted audio controls
- Premium instrumentation w/tachometer
- Outside temp & compass gauge
- Speed control
- Sentry Key theft deterrent system
- Air conditioning
- 12V aux pwr outlet
- Satin chrome/leather-wrapped shift knob
- Sport bar w/full padding
- Sliding sunvisors w/mirrors
- Front seatback map pockets
- Front dome light w/on/off switch
- Rear dome light w/on/off switch
- Cargo compartment covered storage
- Cargo tie down loops

## SAFETY

- 4-wheel anti-lock brakes
- Electronic roll mitigation
- Hill start assist
- Driver & front passenger advanced multi-stage frontal airbags
- Child safety rear door locks
- Tire pressure monitoring warning lamp

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **15** |  Fuel Economy Information | **19** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| | |
|---|---|
| **MSRP** | **$25,545.00** |
| **INSTALLED OPTIONS** | |
| 50 State Emissions | $0 |
| 4 Speed Automatic Transmission | $875 |
| 24 D Customer Preferred Order Selection PKG | $7,150 |
| 3.73 Axle Ratio | included |
| Black Clear Coat | $0 |
| Black/Dark Saddle Interior, Vinyl Seats | $0 |
| Black Clear Coat Freedom Top 3 Piece Hard Top | $0 |
| 6 X8 Order Code | $0 |
| Trailer Tow Group | $320 |
| Connectivity Group | $385 |
| Sirius Satellite Radio | $195 |
| Original Shipping Charge | $800 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $35,270.00 |

## Get more information on your smartphone:





| | |
|---|---|
| Year:   2012 | Engine:   V6 Cylinder Engine |
| Make:   Jeep | Transmission:   Automatic 5-spd |
| Model:   Wrangler Unlimited 4WD 4dr Rubicon | Exterior:   Black Forest Green Pearl |
| VIN:   1C4BJWFG6CL256367 | Interior:   Black Interior |

## MECHANICAL

· 3.6L SMPI 24V VVT V6 engine
· 4.10 axle ratio
· Tru-Lok front & rear axles
· Next generation Dana 44 HD front axle
· Next generation Dana 44 HD rear axle
· 4:1 Rock-Trac HD part-time 4WD system
· 600-CCA maintenance free battery
· 160-amp alternator
· (2) front/(1) rear tow hooks
· Rock rails
· Fuel tank skid plate
· Transfer case skid plate
· Performance suspension
· Rear stabilizer bar
· Electronic front sway bar disconnect
· Pwr steering
· 4-wheel disc brakes
· Hydraulic assist brake boost

## EXTERIOR

· 17" x 7.5" satin carbon painted aluminum wheels
· Outside tire carrier
· Black front bumper
· Black rear bumper
· Accent color fender flares
· Body color grille
· Halogen headlamps
· Auto on/off headlamps
· Fog lamps
· Tinted windshield glass
· Deep-tint sunscreen windows
· Front door tinted glass
· Pwr heated exterior mirrors
· Variable intermittent windshield wipers
· Hood insulation

## ENTERTAINMENT

· (6) Infinity speakers w/subwoofer
· Fixed long mast antenna

## INTERIOR

· Low back bucket seats
· Reclining front seats
· Driver height adjustment
· 60/40 folding rear seat
· Rear seat outboard head restraints
· Full length floor console
· Storage tray
· Front seat area carpet
· Rear/cargo area carpet
· Cargo compartment floor mat
· Tilt steering column
· Leather-wrapped steering wheel
· Steering wheel mounted audio controls
· Premium instrumentation w/tachometer
· Outside temp & compass gauge
· Pwr windows w/driver & front-passenger one-touch down
· Speed control
· Sentry Key theft deterrent system
· Security alarm
· Chrome/leather-wrapped shift knob
· Bright interior accents
· Sport bar w/full padding
· Sliding sunvisors w/mirrors
· Rear passenger assist handle kit
· Front seatback map pockets
· Front dome light w/on/off switch
· Rear dome light w/on/off switch
· Cargo compartment covered storage
· Cargo tie down loops

## SAFETY

· 4-wheel anti-lock brakes
· Electronic roll mitigation
· Hill start assist
· Driver & front passenger advanced multi-stage frontal air bags
· Child safety rear door locks
· Tire pressure monitoring warning lamp

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **16** |  | **20** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| MSRP | **$33,770.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| 50 State Emissions | $0 |
| 5 Speed Automatic Transmission | $1,125 |
| 24 R Customer Preferred Order Selection PKG | $0 |
| 3.73 Axle Ratio | $0 |
| Black Forest Green Pearl | $0 |
| Black Interior, Cloth Seat Trim | $0 |
| Dual Top Group | $1,625 |
| Connectivity Group | $385 |
| Max Tow PKG | $320 |
| Uconnect 430 N | $1,035 |
| Heated Front Seats | $250 |
| Remote Start | $495 |
| Original Shipping Charge | $925 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $39,930.00 |

### Get more information on your smartphone:





| Year: 2013 | Engine: V6 Cylinder Engine |
|---|---|
| Make: Jeep | Transmission: Automatic 5-spd |
| Model: Wrangler Unlimited 4WD 4dr Sahara | Colors: True Blue Pearl / Black/Dark Saddle Interior |
| VIN: 1C4HJWEG4DL635574 | Mileage: 31,016 Stock #: C635574 |

## MECHANICAL

· 3.6L SMPI 24V VVT V6 engine
· 3.21 axle ratio
· Next generation Dana 30 solid front axle
· Next generation Dana 44 HD rear axle
· Command-Trac shift-on-the-fly 4WD system
· 600-CCA maintenance free battery
· 160-amp alternator
· Trailer sway damping
· (2) front/(1) rear tow hooks
· Fuel tank skid plate
· Transfer case skid plate
· HD suspension w/gas shocks
· Front stabilizer bar
· Rear stabilizer bar
· Pwr steering
· 4-wheel disc brakes
· Hydraulic assist brake boost

## EXTERIOR

· Outside tire carrier
· Black/silver front bumper
· Black/silver rear bumper
· Body color fender flares
· Body color grille
· Halogen headlamps
· Auto on/off headlamps
· Fog lamps
· Tinted windshield glass
· Deep-tint sunscreen windows
· Front door tinted glass
· Pwr heated exterior mirrors
· Variable intermittent windshield wipers
· Hood insulation

## ENTERTAINMENT

· Alpine premium audio system
· Fixed long mast antenna

## INTERIOR

· Low back bucket seats
· Reclining front seats

· Driver height adjustment
· 60/40 folding rear seat
· Rear seat outboard head restraints
· Full length floor console
· Storage tray
· Front seat area carpet
· Rear/cargo area carpet
· Cargo compartment floor mat
· Tilt steering column
· Leather-wrapped steering wheel
· Steering wheel mounted audio controls
· Premium instrumentation w/tachometer
· Outside temp & compass gauge
· Pwr windows w/driver & front-passenger one-touch down
· Speed control
· Sentry Key theft deterrent system
· Security alarm
· Locking glove box
· Chrome/leather-wrapped shift knob
· Coat hooks
· Bright interior accents
· Auto-dimming rearview mirror w/reading lamp
· Sport bar w/full padding
· Sliding sunvisors w/mirrors
· Rear passenger assist handle kit
· Front seatback map pockets
· Front dome light w/on/off switch
· Rear dome light w/on/off switch
· Cargo compartment covered storage
· Cargo tie down loops

## SAFETY

· 4-wheel anti-lock brakes
· Electronic roll mitigation
· Hill start assist
· Driver & front passenger advanced multi-stage frontal air bags
· Child safety rear door locks

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **16** |  Fuel Economy Information | **20** |
| Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition | | |

## *New*

| **MSRP** | **$31,495.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| 50 State Emissions | $0 |
| 5 Speed Automatic Transmission | $1,200 |
| 24 G Customer Preferred Order Selection PKG | $0 |
| 3.73 Axle Ratio | $195 |
| True Blue Pearl | $0 |
| Black/Dark Saddle Interior, Leather Seat Trim | $1,100 |
| Black Premium Soft Top W/Sunrider Feature | $400 |
| Body Color 3 Piece Hard Top | $1,795 |
| Dual Top Group | $2,185 |
| Max Tow PKG | $390 |
| Connectivity Group | $495 |
| Engine Block Heater | $95 |
| Uconnect 430 N | $1,035 |
| Heated Front Seats | included |
| Remote Start | $495 |
| Air Cond W/Auto Temp Control | $155 |
| Supplemental Front Seat Side Air Bags | $495 |
| Original Shipping Charge | $995 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $42,525.00 |



www.inetworkautogroup.com
704-325-4200

| | |
|---|---|
| Year:   2014 | Engine:   V6 Cylinder Engine |
| Make:   Jeep | Transmission:   5-SPEED AUTOMATIC (W5A580) -inc: Hill Descent Control, Tip Start |
| Model:   Wrangler Unlimited 4WD 4dr Sahara | Exterior:   Billet Metallic Clearcoat |
| VIN:   1C4BJWEG7EL212365 | Interior:   Dark Saddle/Black |

## MECHANICAL

· 3.21 Rear Axle Ratio
· Heavy Duty Suspension w/Gas Shocks
· GVWR: 5,500 lbs
· Manual Transfer Case
· Part-Time Four-Wheel Drive
· 600CCA Maintenance-Free Battery
· 160 Amp Alternator
· Towing Equipment -inc: Trailer Sway Control
· 2 Skid Plates
· 880# Maximum Payload
· HD Shock Absorbers
· Front And Rear Anti-Roll Bars
· Hydraulic Power-Assist Steering
· 22.5 Gal. Fuel Tank
· Single Stainless Steel Exhaust
· Auto Locking Hubs
· Leading Link Front Suspension w/Coil Springs
· Trailing Arm Rear Suspension w/Coil Springs
· 4-Wheel Disc Brakes w/4-Wheel ABS, Front And Rear Vented Discs, Brake Assist and Hill Hold Control
· Brake Actuated Limited Slip Differential

## EXTERIOR

· Tires: P255/70R18 OWL On/Off Road
· Aluminum Spare Wheel
· Full-Size Spare Tire Mounted Outside Rear
· Clearcoat Paint
· Black Side Windows Trim
· Black Door Handles
· Body-Colored Fender Flares
· Black Power Heated Side Mirrors w/Manual Folding
· Removable Rear Window
· Deep Tinted Glass
· Variable Intermittent Wipers
· Fully Galvanized Steel Panels
· Convertible w/Fixed Roll-Over Protection
· Body-Colored Grille
· Conventional Rear Cargo Access
· Fully Automatic Aero-Composite Halogen Headlamps

· Front Fog Lamps

## ENTERTAINMENT

· Premium Amplifier
· Fixed Antenna

## INTERIOR

· 6-Way Driver Seat -inc: Manual Recline, Height Adjustment and Fore/Aft Movement
· 4-Way Passenger Seat -inc: Manual Recline and Fore/Aft Movement
· 60-40 Folding Split-Bench Front Facing Fold Forward Seatback Rear Seat
· Manual Tilt Steering Column
· Leather Steering Wheel
· Front Cupholder
· Rear Cupholder
· 2 12V DC Power Outlets
· Compass
· Cruise Control w/Steering Wheel Controls
· Locking Glove Box
· Interior Trim -inc: Deluxe Sound Insulation, Metal-Look Instrument Panel Insert, Metal-Look Door Panel Insert and Metal-Look Interior Accents
· Leather/Chrome Gear Shift Knob
· Day-Night Auto-Dimming Rearview Mirror
· Driver And Passenger Visor Vanity Mirrors
· Full Floor Console w/Locking Storage, 2 12V DC Power Outlets and 1 AC Power Outlet
· Front Map Lights
· Fade-To-Off Interior Lighting
· Carpet Floor Trim, Carpet And Rubber Mat
· Instrument Panel Bin, Dashboard Storage, Driver And Passenger Door Bins
· Delayed Accessory Power
· Outside Temp Gauge
· Analog Display
· Manual Adjustable Front Head Restraints and Fixed Rear Head Restraints
· Front Center Armrest w/Storage
· 2 Seatback Storage Pockets
· Perimeter Alarm
· Sentry Key Engine Immobilizer
· 2 12V DC Power Outlets and 1 AC Power Outlet

## SAFETY

· Side Impact Beams
· Dual Stage Driver And Passenger Front Airbags
· Airbag Occupancy Sensor
· Rear Child Safety Locks
· Outboard Front Lap And Shoulder Safety Belts -inc: Rear Center 3 Point, Height Adjusters and Pretensioners

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **16** |  Fuel Economy Information | **20** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| MSRP | **$32,095.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| Transmission: 5 Speed Automatic (W5 A580) | $1,300 |
| Quick Order Package 24 G | $0 |
| 3.73 Rear Axle Ratio | included |
| Billet Metallic Clearcoat | $0 |
| Dark Saddle/Black, Cloth Bucket Seats | $0 |
| Connectivity Group | $495 |
| Max Tow Package | $745 |
| 50 State Emissions | $0 |
| Body Color 3 Piece Hard Top | $1,895 |
| Radio: Uconnect 430 N Cd/Dvd/Mp3/Hdd/Nav | $1,095 |
| Original Shipping Charge | $995 |
| **RETAIL PRICE (ORIGINALLY NEW)** | **$38,620.00** |

### Get more information on your smartphone:





www.laportechrysler.net
219-326-6850

| | |
|---|---|
| Year:   2015 | Engine:   V6 Cylinder Engine |
| Make:   Jeep | Transmission:   Automatic 5-spd |
| Model:   Wrangler Unlimited 4WD 4dr Sport | Exterior:   Firecracker Red Clear Coat |
| VIN:   1C4BJWDG6FL509789 | Interior:   Black |

## MECHANICAL

· 3.21 Rear Axle Ratio
· Normal Duty Suspension
· GVWR: 5,400 lbs
· 50 State Emissions
· Manual Transfer Case
· Part-Time Four-Wheel Drive
· 600CCA Maintenance-Free Battery
· 160 Amp Alternator
· Towing w/Trailer Sway Control
· 2 Skid Plates
· 1000# Maximum Payload
· Front And Rear Anti-Roll Bars
· Gas-Pressurized Shock Absorbers
· Hydraulic Power-Assist Steering
· 22.5 Gal. Fuel Tank
· Single Stainless Steel Exhaust
· Auto Locking Hubs
· Leading Link Front Suspension w/Coil Springs
· Trailing Arm Rear Suspension w/Coil Springs
· 4-Wheel Disc Brakes w/4-Wheel ABS, Front And Rear Vented Discs, Brake Assist and Hill Hold Control
· Brake Actuated Limited Slip Differential

## EXTERIOR

· Steel Spare Wheel
· Full-Size Spare Tire Mounted Outside Rear
· Clearcoat Paint
· Black Fender Flares
· Black Side Windows Trim
· Black Door Handles
· Black Manual Side Mirrors w/Manual Folding
· Removable Rear Window
· Variable Intermittent Wipers
· Light Tinted Glass
· Fully Galvanized Steel Panels
· Convertible w/Fixed Roll-Over Protection
· Body-Colored Grille
· Conventional Rear Cargo Access
· Manual Tailgate/Rear Door Lock
· Front Fog Lamps

· Aero-Composite Halogen Headlamps

## ENTERTAINMENT

· Radio w/Clock and Steering Wheel Controls
· 8 Speakers
· Fixed Antenna

## INTERIOR

· 6-Way Driver Seat -inc: Manual Recline, Height Adjustment and Fore/Aft Movement
· 4-Way Passenger Seat -inc: Manual Recline and Fore/Aft Movement
· 60-40 Folding Split-Bench Front Facing Fold Forward Seatback Rear Seat
· Manual Tilt Steering Column
· Manual Rear Windows and Removable 3rd Row Windows
· Front Cupholder
· Rear Cupholder
· 2 12V DC Power Outlets
· Compass
· Cruise Control w/Steering Wheel Controls
· Manual Air Conditioning
· Locking Glove Box
· Interior Trim -inc: Metal-Look Instrument Panel Insert, Metal-Look Door Panel Insert and Metal-Look Interior Accents
· Urethane Gear Shift Knob
· Driver And Passenger Visor Vanity Mirrors
· Day-Night Rearview Mirror
· Full Floor Console w/Locking Storage and 2 12V DC Power Outlets
· Fade-To-Off Interior Lighting
· Carpet Floor Trim, Carpet And Rubber Mat
· Locking Cargo Area Concealed Storage
· Instrument Panel Bin, Dashboard Storage, Driver And Passenger Door Bins
· Delayed Accessory Power
· Manual 1st Row Windows
· Outside Temp Gauge
· Analog Display
· Manual Adjustable Front Head Restraints and Fixed Rear Head Restraints
· Front Center Armrest w/Storage
· 2 Seatback Storage Pockets
· Sentry Key Engine Immobilizer

## SAFETY

· Side Impact Beams
· Dual Stage Driver And Passenger Front Airbags
· Airbag Occupancy Sensor
· Rear Child Safety Locks
· Outboard Front Lap And Shoulder Safety Belts -inc: Rear Center 3 Point, Height Adjusters and Pretensioners

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **16** |  Fuel Economy Information | **20** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| MSRP | $26,795.00 |
|---|---|
| **INSTALLED OPTIONS** | |
| Transmission: 5 Speed Automatic (W5 A580) | included |
| Quick Order Package 24 S | $3,200 |
| 3.73 Rear Axle Ratio | $595 |
| Wheels: 17" X 7.5" Aluminum | included |
| Tires: P255/75 R17 Owl On/Off Road | included |
| Firecracker Red Clear Coat | $0 |
| Black, Cloth Bucket Seats | $0 |
| Trailer Tow Group | $395 |
| Black 3 Piece Hard Top | $995 |
| Radio: Uconnect 430 CD/DVD/MP3/HDD | $695 |
| Sirius Satellite Radio | $195 |
| Original Shipping Charge | $995 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $33,865.00 |

## Get more information on your smartphone:





| | |
|---|---|
| Year: 2016 | Engine: V6 Cylinder Engine |
| Make: Jeep | Transmission: Automatic 5-spd |
| Model: Wrangler Unlimited 4WD 4dr Sahara | Exterior: Mojave Sand Clearcoat |
| VIN: 1C4BJWEG9GL221717 | Interior: Dark Saddle/Black |

## MECHANICAL

· 3.21 Rear Axle Ratio
· Heavy Duty Suspension w/Gas Shocks
· GVWR: 5,500 lbs
· 50 State Emissions
· Manual Transfer Case
· Part-Time Four-Wheel Drive
· 600CCA Maintenance-Free Battery
· 160 Amp Alternator
· Towing w/Trailer Sway Control
· 2 Skid Plates
· 880# Maximum Payload
· HD Shock Absorbers
· Front And Rear Anti-Roll Bars
· Hydraulic Power-Assist Steering
· 22.5 Gal. Fuel Tank
· Single Stainless Steel Exhaust
· Auto Locking Hubs
· Leading Link Front Suspension w/Coil Springs
· Trailing Arm Rear Suspension w/Coil Springs
· 4-Wheel Disc Brakes w/4-Wheel ABS, Front And Rear Vented Discs, Brake Assist and Hill Hold Control
· Brake Actuated Limited Slip Differential

## EXTERIOR

· Tires: P255/70R18 OWL On/Off Road
· Aluminum Spare Wheel
· Full-Size Spare Tire Mounted Outside Rear
· Clearcoat Paint
· Black Side Windows Trim
· Black Door Handles
· Body-Colored Fender Flares
· Black Power Heated Side Mirrors w/Manual Folding
· Removable Rear Window
· Deep Tinted Glass
· Variable Intermittent Wipers
· Fully Galvanized Steel Panels
· Convertible w/Fixed Roll-Over Protection
· Conventional Rear Cargo Access
· Fully Automatic Aero-Composite Halogen Headlamps
· Front Fog Lamps

## ENTERTAINMENT

· 8 Speakers
· Fixed Antenna
· 1 LCD Monitor In The Front

## INTERIOR

· 6-Way Driver Seat -inc: Manual Recline, Height Adjustment and Fore/Aft Movement
· 4-Way Passenger Seat -inc: Manual Recline and Fore/Aft Movement
· 60-40 Folding Split-Bench Front Facing Fold Forward Seatback Rear Seat
· Manual Tilt Steering Column
· Leather Wrapped Steering Wheel
· Front Cupholder
· Rear Cupholder
· 2 12V DC Power Outlets
· Compass
· Cruise Control w/Steering Wheel Controls
· Locking Glove Box
· Interior Trim -inc: Deluxe Sound Insulation, Metal-Look Instrument Panel Insert, Metal-Look Door Panel Insert and Metal-Look Interior Accents
· Leather/Chrome Gear Shift Knob
· Day-Night Auto-Dimming Rearview Mirror
· Driver And Passenger Visor Vanity Mirrors
· Full Floor Console w/Locking Storage, 2 12V DC Power Outlets and 1 AC Power Outlet
· Front Map Lights
· Fade-To-Off Interior Lighting
· Carpet Floor Trim, Carpet And Rubber Mat
· Locking Cargo Area Concealed Storage
· Instrument Panel Bin, Dashboard Storage, Driver And Passenger Door Bins
· Delayed Accessory Power
· Outside Temp Gauge
· Analog Display
· Manual Adjustable Front Head Restraints and Fixed Rear Head Restraints
· Front Center Armrest w/Storage
· 2 Seatback Storage Pockets
· Perimeter Alarm
· Sentry Key Engine Immobilizer
· 2 12V DC Power Outlets and 1 AC Power Outlet

## SAFETY

· Side Impact Beams
· Dual Stage Driver And Passenger Front Airbags
· Airbag Occupancy Sensor
· Rear Child Safety Locks
· Outboard Front Lap And Shoulder Safety Belts -inc: Rear Center 3 Point, Height Adjusters and Pretensioners

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **16** |  Fuel Economy Information | **20** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| MSRP | $33,795.00 |
|---|---|
| **INSTALLED OPTIONS** | |
| Transmission: 5 Speed Automatic (W5 A580) | included |
| Quick Order Package 24 G | $0 |
| Wheels: 18" X 7.5" 7 Spoke Polished Aluminum | $745 |
| Mojave Sand Clearcoat | $0 |
| Dark Saddle/Black, Leather Trimmed Bucket Seats | $1,350 |
| Connectivity Group | $695 |
| Trailer Tow Group | $495 |
| Black 3 Piece Hard Top | $995 |
| Heated Front Seats | included |
| Original Shipping Charge | $995 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $39,070.00 |

## Get more information on your smartphone:





www.BillMarsh.com
800-596-2774

| | |
|---|---|
| Year:  2017 | Engine:  V6 Cylinder Engine |
| Make:  Jeep | Transmission:  Automatic 5-spd |
| Model:  Wrangler Unlimited Sport 4x4 | Exterior:  Granite Crystal Metallic Clearcoat |
| VIN:  1C4BJWDG7HL607135 | Interior:  Black |

## MECHANICAL

· 3.21 Rear Axle Ratio
· Normal Duty Suspension
· GVWR: 5,400 lbs
· 50 State Emissions
· Manual Transfer Case
· Part-Time Four-Wheel Drive
· 600CCA Maintenance-Free Battery
· 160 Amp Alternator
· Towing Equipment -inc: Trailer Sway Control
· 2 Skid Plates
· 1000# Maximum Payload
· Front And Rear Anti-Roll Bars
· Gas-Pressurized Shock Absorbers
· Hydraulic Power-Assist Steering
· 22.5 Gal. Fuel Tank
· Single Stainless Steel Exhaust
· Auto Locking Hubs
· Leading Link Front Suspension w/Coil Springs
· Trailing Arm Rear Suspension w/Coil Springs
· 4-Wheel Disc Brakes w/4-Wheel ABS, Front And Rear Vented Discs, Brake Assist and Hill Hold Control
· Brake Actuated Limited Slip Differential

## EXTERIOR

· Steel Spare Wheel
· Full-Size Spare Tire Mounted Outside Rear
· Clearcoat Paint
· Black Fender Flares
· Black Side Windows Trim
· Black Door Handles
· Black Manual Side Mirrors w/Manual Folding
· Removable Rear Window
· Variable Intermittent Wipers
· Light Tinted Glass
· Fully Galvanized Steel Panels
· Body-Colored Grille
· Conventional Rear Cargo Access
· Manual Tailgate/Rear Door Lock
· Aero-Composite Halogen Headlamps

## ENTERTAINMENT

· 8 Speakers

· Fixed Antenna
· 1 LCD Monitor In The Front

## INTERIOR

· 6-Way Driver Seat -inc: Manual Recline, Height Adjustment and Fore/Aft Movement
· 4-Way Passenger Seat -inc: Manual Recline and Fore/Aft Movement
· 60-40 Folding Split-Bench Front Facing Fold Forward Seatback Rear Seat
· Manual Tilt Steering Column
· Manual Rear Windows and Removable 3rd Row Windows
· Illuminated Front Cupholder
· Rear Cupholder
· 2 12V DC Power Outlets
· Compass
· Cruise Control w/Steering Wheel Controls
· Manual Air Conditioning
· Locking Glove Box
· Interior Trim -inc: Metal-Look Instrument Panel Insert, Metal-Look Door Panel Insert and Metal-Look Interior Accents
· Urethane Gear Shift Knob
· Driver And Passenger Visor Vanity Mirrors
· Day-Night Rearview Mirror
· Full Floor Console w/Locking Storage and 2 12V DC Power Outlets
· Fade-To-Off Interior Lighting
· Carpet Floor Trim, Carpet And Rubber Mat
· Locking Cargo Area Concealed Storage
· Instrument Panel Bin, Dashboard Storage, Driver And Passenger Door Bins
· Delayed Accessory Power
· Manual 1st Row Windows
· Outside Temp Gauge
· Analog Display
· Seats w/Cloth Back Material
· Manual Adjustable Front Head Restraints and Fixed Rear Head Restraints
· Front Center Armrest w/Storage
· 2 Seatback Storage Pockets
· Sentry Key Engine Immobilizer

## SAFETY

· Side Impact Beams
· Dual Stage Driver And Passenger Front Airbags
· Airbag Occupancy Sensor
· Rear Child Safety Locks
· Outboard Front Lap And Shoulder Safety Belts -inc: Rear Center 3 Point, Height Adjusters and Pretensioners

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **16** |  Fuel Economy Information | **20** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| MSRP | **$27,895.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| Transmission: 5 Speed Automatic (W5 A580) | included |
| Quick Order Package 24 S | $3,200 |
| Wheels: 17" X 7.5" Aluminum | included |
| Tires: P255/75 R17 Owl On/Off Road | included |
| Granite Crystal Metallic Clearcoat | $0 |
| Black, Cloth Seats W/Adjustable Head Restraints | $0 |
| Connectivity Group | $770 |
| Dual Top Group | $2,185 |
| Premium Black Sunrider Soft Top | included |
| Black 3 Piece Hard Top | included |
| Sirius Satellite Radio | $220 |
| Original Shipping Charge | $1,095 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $35,365.00 |

### Get more information on your smartphone:





alphacars.com
978-263-9000

MonroneyLabels.com

| | |
|---|---|
| Year:  2018 | Engine:  V6 Cylinder Engine |
| Make:  Jeep | Transmission:  Automatic 8-spd |
| Model:  Wrangler Unlimited Sahara 4x4 | Exterior:  Bright White Clearcoat |
| VIN:  1C4HJXEG8JW113742 | Interior:  Black |

## MECHANICAL

· 3.45 Rear Axle Ratio
· Heavy Duty Suspension w/Gas Shocks
· GVWR: 5,500 lbs
· 50 State Emissions
· Manual Transfer Case
· Part-Time Four-Wheel Drive
· 650CCA Maintenance-Free Battery w/Run Down Protection
· 220 Amp Alternator
· Towing w/Trailer Sway Control
· 3 Skid Plates
· 880# Maximum Payload
· Front And Rear Anti-Roll Bars
· Electro-Hydraulic Power Assist Steering
· 21.5 Gal. Fuel Tank
· Single Stainless Steel Exhaust
· Auto Locking Hubs
· Leading Link Front Suspension w/Coil Springs
· Trailing Arm Rear Suspension w/Coil Springs
· 4-Wheel Disc Brakes w/4-Wheel ABS, Front Vented Discs, Brake Assist and Hill Hold Control
· Brake Actuated Limited Slip Differential

## EXTERIOR

· Aluminum Spare Wheel
· Full-Size Spare Tire Mounted Outside Rear
· Clearcoat Paint
· Black Side Windows Trim
· Black Door Handles
· Black Wheel Well Trim and Body-Colored Fender Flares
· Black Power Heated Side Mirrors w/Manual Folding
· Removable Rear Window
· Deep Tinted Glass
· Variable Intermittent Wipers
· Galvanized Steel/Aluminum/Magnesium Panels
· Body-Colored Grille w/Chrome Accents
· Conventional Rear Cargo Access
· Non-Lock Fuel Cap w/o Discriminator

## ENTERTAINMENT

· Radio w/Seek-Scan, Clock, Speed Compensated Volume Control, Aux Audio Input Jack, Steering Wheel Controls, Radio Data System and Uconnect External Memory Control
· 8 Speakers
· Streaming Audio
· Fixed Antenna
· GPS Antenna Input
· Integrated Center Stack Radio
· 2 LCD Monitors In The Front

## INTERIOR

· 4-Way Passenger Seat -inc: Manual Recline and Fore/Aft Movement
· 60-40 Folding Split-Bench Front Facing Fold Forward Seatback Cloth Rear Seat

· Manual Tilt/Telescoping Steering Column
· Leather Steering Wheel
· Illuminated Front Cupholder
· Illuminated Rear Cupholder
· 2 12V DC Power Outlets
· Compass
· Garage Door Transmitter
· Cruise Control w/Steering Wheel Controls
· Voice Activated Dual Zone Front Automatic Air Conditioning
· HVAC -inc: Console Ducts
· Locking Glove Box
· Urethane Gear Shift Knob
· Interior Trim -inc: Metal-Look Instrument Panel Insert, Metal-Look Door Panel Insert, Metal-Look Console Insert and Metal-Look Interior Accents
· Day-Night Rearview Mirror
· Driver And Passenger Visor Vanity Mirrors w/Driver And Passenger Illumination
· Full Floor Console w/Locking Storage, 2 12V DC Power Outlets and 1 AC Power Outlet
· Front And Rear Map Lights
· Fade-To-Off Interior Lighting
· Carpet Floor Trim, Carpet And Rubber Mat
· Locking Cargo Area Concealed Storage
· Cargo Space Lights
· USB Host Flip
· Instrument Panel Bin, Dashboard Storage, Driver And Passenger Door Bins
· Delayed Accessory Power
· Systems Monitor
· Redundant Digital Speedometer
· Outside Temp Gauge
· Analog Display
· Manual Adjustable Front Head Restraints and Foldable Rear Head Restraints
· Front Center Armrest w/Storage
· 2 Seatback Storage Pockets
· Perimeter Alarm
· Sentry Key Engine Immobilizer
· 2 12V DC Power Outlets and 1 AC Power Outlet
· Air Filtration

## SAFETY

· Side Impact Beams
· Dual Stage Driver And Passenger Seat-Mounted Side Airbags
· Tire Specific Low Tire Pressure Warning
· Dual Stage Driver And Passenger Front Airbags
· Airbag Occupancy Sensor
· Rear Child Safety Locks
· Outboard Front Lap And Shoulder Safety Belts -inc: Rear Center 3 Point, Height Adjusters and Pretensioners
· ParkView Back-Up Camera

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **18** |  Fuel Economy Information | **23** |
| Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition | | |

## *New*

| | |
|---|---|
| **MSRP** | **$38,295.00** |
| **INSTALLED OPTIONS** | |
| Transmission: 8 Speed Automatic (850 Re) | $2,000 |
| Quick Order Package 24 G | $0 |
| Wheels: 18" X 7.5" Tech Gray Polished Face | $895 |
| Bright White Clearcoat | $0 |
| Black, Leather Trimmed Seats W/Sahara Logo | $1,495 |
| Cold Weather Group | $895 |
| Electronic Infotainment System Group | $1,495 |
| Led Lighting Group | $895 |
| Trailer Tow & HD Electrical Group | $795 |
| Engine Block Heater | $95 |
| Body Color 3 Piece Hard Top | $2,095 |
| Front License Plate Bracket | $0 |
| Radio: Uconnect 4 C Nav W/8.4" Display | included |
| Alpine Premium Audio System | included |
| Apple Carplay | $0 |
| Siriusxm Satellite Radio | $0 |
| Remote Start System | $495 |
| Manufacturer's Statement Of Origin | $0 |
| Original Shipping Charge | $1,495 |
| **RETAIL PRICE (ORIGINALLY NEW)** | **$50,945.00** |



| | |
|---|---|
| Year: 2011 | Engine: 4 Cylinder Engine |
| Make: Kia | Transmission: 6-Speed A/T |
| Model: Forte 5-Door 5dr HB Auto EX | Exterior: Ebony Black |
| VIN: KNAFU5A21B5369092 | Interior: Stone |

## MECHANICAL

· 2.0L DOHC MPI CVVT I4 engine
· 6-speed automatic transmission w/OD
· Front wheel drive
· Independent MacPherson strut front suspension -inc: coil springs, monotube shock absorbers, stabilizer bar
· Torsion beam rear suspension -inc: coil springs, monotube shock absorbers
· Speed-sensitive pwr rack & pinion steering
· Ventilated front/solid rear disc brakes

## EXTERIOR

· 16" alloy wheels
· 205/55R16 tires
· Clear-lens headlamps w/auto-off
· Body-color pwr mirrors w/integrated turn signals
· Solar tinted glass w/shade band
· Variable intermittent windshield wipers
· Body-color door handles

## ENTERTAINMENT

· AM/FM stereo w/CD/MP3 player -inc: aux input jack, USB port, (6) speakers
· SIRIUS satellite radio -inc: 3-month trial subscription
· Bluetooth hands-free link -inc: steering wheel controls

## INTERIOR

· Front bucket seats w/active headrests -inc: 6-way manual driver seat
· 60/40 split-folding rear bench seat w/adjustable headrests
· Cloth seat trim
· Center console w/armrest & storage
· Front/rear carpeted floor mats
· Tilt steering wheel w/audio & cruise control
· EcoMinder fuel efficiency monitor
· Tachometer
· Trip computer
· Pwr windows
· Pwr door locks
· Remote keyless entry

· Cruise control
· Fuel door, hood & trunk remote release
· Air conditioning
· Rear window defroster
· Front/rear cup holders
· Dual 12V pwr outlets
· Front door map pockets w/bottle holders
· Dual illuminated visor vanity mirrors
· Sunglass holder
· Map lights
· Cargo area light
· Fold-flat cargo floor w/storage

## SAFETY

· 4-wheel anti-lock brakes
· Brake assist
· Electronic brake force distribution
· Electronic stability control w/traction control
· Front/rear crumple zones
· 5-MPH bumpers
· Side impact door beams
· Dual front advanced airbags -inc: passenger switch
· Front seat side mounted airbags
· Full-length side curtain airbags
· 3-point height-adjustable front seat belts w/pretensioners & force limiters
· 3-point rear seat belts
· Lower anchors & tethers for children (LATCH)
· Tire pressure monitoring system
· Impact-absorbing steering column
· Internal emergency trunk release
· Rear child safety door locks



| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **26** | Fuel Economy Information | **36** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| MSRP | $17,895.00 |
|---|---|
| **INSTALLED OPTIONS** | |
| Ebony Black | $0 |
| Stone, Seat Trim | $0 |
| Electrochromic Mirror W/Compass & Homelink | $250 |
| Original Shipping Charge | $695 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $18,840.00 |

### Get more information on your smartphone:



# Arlington Toyota

arlingtontoyota.com
904-302-9611

Year:   2012
Make:   Kia
Model:   Forte 4dr Sdn Auto EX
VIN:   KNAFU4A29C5494885

Engine:   4 Cylinder Engine
Transmission:   6-Speed A/T
Exterior:   Snow White Pearl
Interior:   Black

## MECHANICAL

· 2.0L CVVT DOHC MPFI 16-valve I4 engine
· 6-speed electronically-controlled automatic transmission w/OD
· Front wheel drive
· Independent MacPherson strut front suspension -inc: coil springs, monotube shock absorbers, stabilizer bar
· Torsion beam rear suspension -inc: coil springs, monotube shock absorbers
· Ventilated front/solid rear pwr disc brakes

## EXTERIOR

· 15" x 5.5" steel wheels w/full covers
· 195/65R15 tires
· Body-color bumpers -inc: rear garnish
· Body-color pwr mirrors w/integrated turn signals
· Tinted windshield glass w/shade band
· Solar control door glass
· Variable intermittent windshield wipers
· Body-color door handles

## ENTERTAINMENT

· AM/FM stereo w/CD/MP3 player -inc: aux input jack, USB port, (6) speakers w/door-mounted tweeters
· Bluetooth hands-free link -inc: steering wheel controls
· Roof-mounted antenna

## INTERIOR

· Front bucket seats w/active headrests -inc: 6-way manual driver seat
· 60/40 split-folding rear bench seat w/adjustable headrests -inc: center armrest
· Cloth seat trim
· Center console w/armrest & storage
· Carpeted floor mats
· EcoMinder fuel efficiency monitor
· Tachometer
· Digital clock
· Outside temp display
· Trip computer

· Pwr windows
· Fuel door, hood & trunk remote release
· Rear window defroster
· (2) front/(2) rear cup holders -inc: front chrome ring trim
· Dual 12V pwr outlets
· Front door map pockets w/bottle holders
· Dual illuminated visor vanity mirrors
· Sunglass holder
· Dual map lights
· Cargo area light

## SAFETY

· 4-wheel anti-lock braking system (ABS)
· Brake assist system (BAS)
· Electronic brake force distribution (EBD)
· Electronic stability control (ESC) w/traction control system (TCS)
· Front/rear crumple zones
· 5-MPH bumpers
· Side impact door beams
· Dual front advanced airbags -inc: passenger occupancy sensor
· Front seat side mounted airbags
· Full-length side curtain airbags
· 3-point height-adjustable front seat belts w/pretensioners & force limiters
· 3-point rear seat belts for all positions
· Lower anchors & tethers for children (LATCH)
· Tire pressure monitoring system (TPMS)
· Impact-absorbing steering column
· Internal emergency trunk release
· Rear child safety door locks

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **26** |  Fuel Economy Information | **36** |

*Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition*

## *New*

| MSRP | **$17,600.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| Snow White Pearl | $0 |
| Black, Seat Trim | $0 |
| Cargo Net | $50 |
| Cargo Tray | $75 |
| Original Shipping Charge | $750 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $18,475.00 |

## Get more information on your smartphone:





Year:   2010
Make:   Kia
Model:   Forte Koup 2dr Cpe Auto SX
VIN:   KNAFW6A39A5206441

Engine:   4 Cylinder Engine
Transmission:   5-Speed A/T
Exterior:   Copperhead Metallic
Interior:   Black

### MECHANICAL

· 2.4L DOHC MPI CVVT I4 engine
· 5-speed automatic transmission w/Sportmatic & OD
· Front wheel drive
· Independent MacPherson strut front sport suspension w/coil springs
· Torsion beam rear sport suspension w/coil springs
· Front stabilizer bar
· Speed-sensitive pwr rack & pinion steering
· Ventilated front/solid rear disc brakes

### EXTERIOR

· 17" x 7" 10-spoke alloy wheels
· P215/45R17 tires
· Gloss black front fascia accents
· Clear-lens headlamps w/auto off feature
· Front fog lamps
· Body-color pwr heated mirrors w/turn signal indicator
· Tinted glass w/windshield sunshade band
· Variable intermittent windshield wipers
· Body-color door handles

### ENTERTAINMENT

· AM/FM stereo w/CD/MP3 player -inc: USB port, auxiliary input jack, (6) illuminated speakers w/door mounted tweeters
· SIRIUS satellite radio w/(3) month free subscription *N/A in AK or HI*
· Bluetooth hands-free link w/steering wheel mounted controls
· Roof-mounted antenna

### INTERIOR

· 60/40 split-folding rear seat -inc: adjustable headrests, center armrest
· Center console w/armrest & storage
· Carpeted floormats
· Metal pedals
· Leather-wrapped tilt/telescopic steering wheel w/cruise control
· Supervision gauge cluster w/trip computer
· EcoMinder fuel efficiency monitor

· Tachometer
· Pwr windows
· Internal fuel door, hood, trunk release
· Air conditioning
· Rear window defroster
· Dual front/rear cupholders
· Dual 12-volt pwr outlets
· Metal-finish interior accents
· Front door map pockets w/bottle holder
· Overhead sunglass holder
· Dual visor vanity mirrors
· Lighting -inc: dual map, cargo
· Leather-wrapped shift knob

### SAFETY

· 4-wheels anti-lock brakes
· Brake assist
· Electronic brake force distribution
· Electronic stability control w/traction control
· Front/rear crumple zones
· Side-impact door beams
· Dual front advanced airbags -inc: passenger switch
· Front seat side mounted airbags
· Full-length side curtain airbags
· 3-point height-adjustable front seat belts w/pretensioners & force limiters
· 3-point rear seat belts
· Lower anchors & tethers for children (LATCH)
· Rear child safety door locks
· Internal emergency trunk release
· Tire pressure monitoring system
· Impact absorbing steering column

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **23** |  | **31** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

### *New*

| **MSRP** | **$18,695.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| Copperhead Metallic | $0 |
| Black, Seat Trim | $0 |
| PWR Tilt Sunroof | $600 |
| Original Shipping Charge | $695 |
| **RETAIL PRICE (ORIGINALLY NEW)** | **$19,990.00** |

### Get more information on your smartphone:



# South Shore Auto Brokers & Sales

www.nicecarsoflongisland.com
516-808-6300

| | |
|---|---|
| Year: 2011 | Engine: 4 Cylinder Engine |
| Make: Kia | Transmission: 6-Speed M/T |
| Model: Forte Koup 2dr Cpe Man EX | Exterior: Ebony Black |
| VIN: KNAFU6A28B5434526 | Interior: Black |

**CITY MPG**

**24**



**HIGHWAY MPG**

**33**

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## MECHANICAL

· 2.0L DOHC MPI CVVT I4 engine
· 6-speed manual transmission
· Front wheel drive
· Independent MacPherson strut front suspension -inc: coil springs, monotube shock absorbers
· Torsion beam rear suspension -inc: coil springs, monotube shock absorbers
· Front stabilizer bar
· Speed-sensitive pwr rack & pinion steering
· Ventilated front/solid rear disc brakes

## EXTERIOR

· 16" x 6" 5-spoke alloy wheels
· P205/55R16 tires
· Clear-lens headlamps w/auto-off
· Body-color pwr mirrors w/turn signal indicator
· Solar tinted glass w/shade band
· Variable intermittent windshield wipers
· Body-color door handles

## ENTERTAINMENT

· AM/FM stereo w/CD/MP3 player -inc: USB port, auxiliary input jack, (6) speakers w/door mounted tweeters
· SIRIUS satellite radio
· Bluetooth hands-free link w/steering wheel mounted controls
· Roof-mounted antenna

## INTERIOR

· Sport front bucket seats -inc: 6-way adjustable driver seat, active headrests
· 60/40 split-folding rear seat -inc: adjustable headrests
· Cloth seat trim
· Center console w/armrest & storage
· Carpeted floor mats
· Tachometer
· Pwr windows

· Remote release -inc: fuel door, hood, trunk
· Air conditioning
· Rear window defroster
· Dual front/rear cupholders
· Dual 12-volt pwr outlets
· Front door map pockets w/bottle holder
· Overhead sunglass holder
· Dual visor vanity mirrors
· Lighting -inc: dual map lamps, cargo

## SAFETY

· 4-wheel anti-lock brakes (ABS)
· Brake assist
· Electronic brake force distribution (EBD)
· Electronic stability control (ESC) w/traction control
· Side-impact door beams
· Front/rear crumple zones
· Dual front advanced airbags -inc: passenger switch
· Front seat side mounted airbags
· Front/rear side curtain airbags
· 3-point height-adjustable front seat belts w/pretensioners & force limiters
· 3-point rear seat belts
· Lower anchors & tethers for children (LATCH)
· Rear child safety door locks
· Internal emergency trunk release
· Tire pressure monitoring system
· Impact absorbing steering column
· 5-MPH bumpers

## *New*

| | |
|---|---|
| **MSRP** | **$16,995.00** |
| **INSTALLED OPTIONS** | |
| Ebony Black | $0 |
| Black, Seat Trim | $0 |
| Wheel Locks | $45 |
| Electrochromic Mirror W/Compass & Homelink | $250 |
| Original Shipping Charge | $695 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $17,985.00 |

### Get more information on your smartphone:



# Mullinax Ford of Central Florida (Apopka)

Year: 2011
Make: Kia
Model: Optima 4dr Sdn 2.4L Auto LX
VIN: KNAGM4A72B5093192

Engine: 4 Cylinder Engine
Transmission: 6-Speed A/T
Exterior: Bright Silver
Interior: Gray

## MECHANICAL

· 2.4L DOHC GDI 16-valve I4 engine - inc: variable intake system, aluminum block & head
· 6-speed automatic transmission w/OD, Sportmatic shifter, H-Matic -inc: Auto Shift lock system, ECO switch
· Front wheel drive
· Battery saver w/interior lamp auto-cut
· Towing/lashing hook
· Independent MacPherson strut front suspension w/coil springs
· Independent multi-link rear suspension w/coil springs
· High performance shock absorbers
· Front/rear stabilizer bars
· Electric pwr rack & pinion steering
· Pwr vented front & solid rear disc brakes
· Dual exhaust w/chrome tips -inc: semi-active muffler

## EXTERIOR

· 16" x 6.5" silver painted alloy wheels
· P205/60R16 tires
· Temporary spare tire w/steel wheel
· Insulated hood w/gas lifters
· Body-colored bumpers
· Body-colored side moldings
· Bright chrome door molding
· Black-gloss front side fender garnish w/chrome accents
· Chrome grille
· Clear-lens halogen headlights w/black bezel -inc: escort lighting, projection high-beams
· Rear LED high-mounted stop lamp
· Dual body-color folding pwr mirrors w/integrated LED turn signals
· Solar glass windshield w/sunband
· Variable intermittent front windshield wipers w/jet washers
· Body-color door handles

## ENTERTAINMENT

· In-glass antenna

## INTERIOR

· Front bucket seats -inc: driver pwr lumbar, driver height adjustment, dual adjustable active headrests
· 60/40 split-folding rear bench seat w/adjustable outboard headrests
· Double rachel cloth seating surfaces - inc: cloth door trim insert
· Front center console -inc: armrest, storage, cupholder
· Rear center armrest w/cupholder
· Plastic door sill scuff plates

· Trip computer -inc: distance to empty, average speed, drive time, ambient temp, average fuel economy, instant fuel economy
· Warning features -inc: parking brake on, key-operated chime, seatbelt reminder, low washer fluid
· Pwr windows -inc: driver one-touch auto down
· Electronic fuel lid release
· Steering wheel-mounted auto cruise control
· Rear window defroster w/timer
· Cooling glove box
· (2) aux pwr outlets
· Door map pockets -inc: integrated front/rear in-door bottle holders
· Black door handles
· Overhead sunglass holder
· Dual sunvisors w/illuminated covered vanity mirrors, extensions
· Dual front assist handles
· Time-delay interior dome lamp
· Front reading lamps -inc: front pin lamp
· Front seatback storage pockets
· Rear coat hook
· Illuminated trunk

## SAFETY

· 4-wheel anti-lock brakes
· Hill start assist control (HAC)
· 5-mph bumpers
· Side-impact door beams
· Front/rear crumple zones
· Dual advanced front airbags -inc: passenger occupancy sensor
· Driver & front passenger seat-mounted side airbags
· Front/rear side curtain airbags
· 3-point front seat belts -inc: pretensioners, force limiters, height-adjustable anchors, emergency locking retractors
· 3-point rear seat belts w/emergency locking retractors
· Rear child safety door locks
· ISOFIX child seat anchors
· Tire pressure monitoring system
· Dual-note horn
· Emergency trunk release handle
· Impact-absorbing steering column
· Impact-triggered auto door unlocking

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **24** |  Fuel Economy Information | **34** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| MSRP | **$20,700.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| Bright Silver | $0 |
| Gray, Seat Trim | $0 |
| Rear Bumper Applique | $70 |
| Auto Dimming Rearview Mirror | $350 |
| • HomeLink garage door opener & compass | |
| Carpeted Floor Mats | $95 |
| Wheel Locks | $50 |
| Original Shipping Charge | $750 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $22,015.00 |

## Get more information on your smartphone:



# **Mullinax Ford of Central Florida (Apopka)**

| | |
|---|---|
| Year: 2012 | Engine: 4 Cylinder Engine |
| Make: Kia | Transmission: 6-Speed A/T |
| Model: Optima 4dr Sdn 2.4L Auto EX | Exterior: Titanium Metallic |
| VIN: 5XXGN4A75CG068221 | Interior: Gray |

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **24** |  Fuel Economy Information | **35** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## MECHANICAL

· 2.4L DOHC GDI 16-valve I4 engine -inc: variable intake system, aluminum block & head
· Push button start
· 6-speed automatic transmission w/OD, Sportmatic shifter, H-Matic -inc: Auto Shift lock system, ECO switch
· Front wheel drive
· Battery saver w/interior lamp auto-cut
· Independent MacPherson strut front suspension w/coil springs
· Independent multi-link rear suspension w/coil springs
· Dual-flow shock absorbers
· Front stabilizer bar
· Electric motor-driven pwr steering
· Pwr vented front & solid rear disc brakes
· Dual exhaust w/chrome tips -inc: semi-active muffler
· Tire mobility kit

## EXTERIOR

· 17" x 6.5" silver painted alloy wheels
· P215/55R17 tires
· Insulated hood w/gas lifters
· Body-colored bumpers
· Body-colored side moldings
· Bright chrome door molding
· Black-gloss front side fender garnish w/chrome accents
· Chrome grille
· Clear-lens halogen automatic headlights w/black bezel -inc: escort lighting, projection high-beams
· Rear LED high-mounted stop lamp
· Front fog lights
· Body-color folding heated pwr mirrors w/integrated LED turn signals
· Solar glass windshield w/sunband
· Variable intermittent front windshield wipers w/jet washers
· Body-color door handles w/chrome trim

## ENTERTAINMENT

· AM/FM stereo w/CD/MP3 player & satellite radio
· Aux input jack w/USB port
· Bluetooth hands-free calling
· In-glass antenna

## INTERIOR

· Front bucket seats -inc: 8-way pwr driver seat, driver pwr lumbar, driver height adjustment
· 60/40 split-folding rear bench seat w/adjustable outboard headrests
· Leather seating surfaces -inc: artificial leather door trim insert & armrest, artificial leather center console trim
· Front center console -inc: armrest, storage, cupholder
· Rear center armrest w/cupholder
· Plastic door sill scuff plates
· Tilt/telescopic 3-spoke leather-wrapped steering wheel w/audio controls -inc: wheel-mounted Bluetooth controls w/voice activation button, ECO switch, illuminated ignition
· Trip computer -inc: distance to empty, average speed, drive time, ambient temp, average fuel economy, instant fuel economy
· Warning features -inc: parking brake on, key-operated chime, seatbelt reminder, low washer fluid

· Pwr windows -inc: driver/front passenger one-touch auto up/down
· Pwr door locks -inc: front central locking, auto unlock, driver two-turn unlock, drill-protected lock
· SmartKey keyless entry w/panic & alarm function, security indicator -inc: immobilizer, escort light function
· Electronic fuel lid release
· Carpeted floor mats
· Steering wheel-mounted auto cruise control
· Dual-zone auto climate control w/rear vents, filter
· Rear window defroster w/timer
· Cooling glove box -inc: lighting
· aux pwr outlets
· Door map pockets -inc: integrated front/rear in-door bottle holders, dual front mood lamps
· Chrome accent door handles
· Wood trim door & center console accents -inc: metallic gear shift indicator bezel
· Auto-dimming rearview mirror -inc: HomeLink garage door opener & compass
· Overhead sunglass holder
· Dual sunvisors w/illuminated covered vanity mirrors, extensions
· Dual front assist handles
· Time-delay interior dome lamp -inc: auto interior light control
· Front/rear reading lamps -inc: front pin lamp
· Leather-wrapped shift knob w/wood accent
· Front seatback storage pockets
· Rear coat hook
· Illuminated trunk w/hinge cover

## SAFETY

· 4-wheel anti-lock brakes
· Electronic stability control w/traction control system
· Hill start assist control
· Vehicle stability management
· 5-mph bumpers
· Side-impact door beams
· Front/rear crumple zones
· Dual advanced front airbags -inc: passenger occupancy sensor
· Driver & front passenger seat-mounted side airbags
· Front/rear side curtain airbags
· 3-point front seat belts -inc: pretensioners, force limiters, height-adjustable anchors, emergency locking retractors
· 3-point rear seat belts w/emergency locking retractors
· Rear child safety door locks
· Lower anchors & tethers for children
· Tire pressure monitoring system
· Dual-note horn
· Emergency trunk release handle
· Impact-absorbing steering column
· Impact-triggered auto door unlocking

# New

| | |
|---|---|
| **MSRP** | **$23,200.00** |
| **INSTALLED OPTIONS** | |
| Titanium Metallic | $0 |
| Gray, Seat Trim | $0 |
| Premium PKG | $2,950 |

- panoramic sunroof w/gloss-black B-pillar & door frame
- 4-way pwr front passenger seat
- driver seat memory
- heated/cooled front seats
- heated rear seats
- heated steering wheel
- Infinity audio system w/(7) speakers
- subwoofer
- UVO infotainment system w/HD Radio & rearview camera
- pwr folding mirrors

| | |
|---|---|
| Rear Bumper Applique | $70 |
| Door Sill Applique | $75 |
| Cargo Net | $50 |
| Cargo Tray | $75 |
| Original Shipping Charge | $750 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $27,170.00 |

## Get more information on your smartphone:





obrienteamil.com

| | |
|---|---|
| Year: 2013 | Engine: 4 Cylinder Engine |
| Make: Kia | Transmission: 6-Speed A/T |
| Model: Optima 4dr Sdn EX | Exterior: Ebony Black |
| VIN: 5XXGN4A71DG188356 | Interior: Beige |

## MECHANICAL

· 2.4L DOHC GDI 16-valve I4 engine -inc: variable intake system, aluminum block & head
· Push button start
· Active ECO system
· 6-speed automatic transmission w/OD, Sportmatic shifter, H-Matic -inc: auto shift lock system, key interlock system
· Front wheel drive
· Battery saver w/interior lamp auto-cut
· Independent MacPherson strut front suspension w/coil springs
· Independent multi-link rear suspension w/coil springs -inc: aluminum carrier, aluminum lower arms
· Dual-flow shock absorbers
· Front stabilizer bar
· Electric motor-driven pwr steering
· Pwr vented front & solid rear disc brakes
· Dual exhaust w/chrome tips -inc: semi-active muffler
· Tire mobility kit

## EXTERIOR

· 17" x 6.5" silver painted alloy wheels
· P215/55R17 tires
· Insulated hood w/gas lifters
· Body-colored bumpers
· Body-colored side moldings
· Bright chrome door molding
· Black-gloss front side fender garnish w/chrome accents
· Chrome grille
· Clear-lens halogen automatic headlights w/black bezel -inc: escort lighting, projection high-beams
· Rear LED high-mounted stop lamp
· Front fog lights
· Solar glass windshield w/sunband
· Variable intermittent front windshield wipers w/jet washers
· Body-color door handles w/chrome trim

## ENTERTAINMENT

· In-glass antenna

## INTERIOR

· Front bucket seats -inc: 8-way pwr driver seat, driver pwr lumbar, driver height adjustment, active adjustable sliding headrests
· 60/40 split-folding rear bench seat w/adjustable outboard headrests
· Leather seating surfaces -inc: artificial leather door trim insert & armrest, artificial leather center console trim, accent stitching
· Front center console -inc: armrest, storage, cupholder
· Rear center armrest w/cupholder
· Plastic door sill scuff plates
· Trip computer -inc: distance to empty, average speed, drive time, ambient temp, average fuel economy, instant fuel economy
· Warning features -inc: parking brake on, key-operated chime, driver seatbelt reminder, low washer fluid

· Pwr windows -inc: driver/front passenger one-touch auto up/down
· Electronic fuel lid release
· Steering wheel-mounted auto cruise control
· Dual-zone auto climate control w/rear vents, filter
· Rear window defroster w/timer
· Cooling glove box -inc: lighting
· aux pwr outlets
· Door map pockets -inc: integrated front/rear in-door bottle holders, dual front mood lamps
· Chrome accent door handles
· Artificial leather door upper trim
· Wood trim door & center console accents -inc: stainless steel gear shift indicator bezel
· Auto-dimming rearview mirror -inc: HomeLink garage door opener & compass
· Overhead sunglass holder
· Dual sunvisors w/illuminated covered vanity mirrors, extensions
· Dual front assist handles
· Time-delay interior dome lamp -inc: auto interior light control
· Front/rear reading lamps -inc: front pin lamp
· Leather-wrapped shift knob w/wood accent
· Front seatback storage pockets
· Rear coat hook
· Illuminated trunk w/hinge cover

## SAFETY

· 4-wheel anti-lock brakes
· Hill start assist control
· 5-mph bumpers
· Side-impact door beams
· Front/rear crumple zones
· Dual advanced front airbags -inc: passenger occupancy sensor
· Driver & front passenger seat-mounted side airbags
· Front/rear side curtain airbags
· 3-point front seat belts -inc: pretensioners, force limiters, height-adjustable anchors, emergency locking retractors
· 3-point rear seat belts w/emergency locking retractors
· Rear child safety door locks
· Lower anchors & tethers for children
· Tire pressure monitoring system
· Dual-note horn
· Emergency trunk release handle
· Impact-absorbing steering column
· Impact-triggered auto door unlocking

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **24** |  Fuel Economy Information | **35** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| **MSRP** | **$23,650.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| Ebony Black | $0 |
| Beige, Seat Trim | $0 |
| Wheel Locks | $50 |
| Door Sill Applique | $80 |
| Ipod Cable | $29 |
| Cargo Mat | $95 |
| Cargo Net | $50 |
| Cargo Tray | $80 |
| Original Shipping Charge | $800 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $24,834.00 |

## Get more information on your smartphone:





floridafinecars.com

| | |
|---|---|
| Year:  2014 | Engine:  4 Cylinder Engine |
| Make:  Kia | Transmission:  6-Speed A/T |
| Model:  Optima 4dr Sdn EX | Exterior:  Titanium Silver |
| VIN:  5XXGN4A7XEG316935 | Interior:  Gray |

## MECHANICAL

· Front-Wheel Drive
· 2.88 Axle Ratio
· 70-Amp/Hr 760CCA Maintenance-Free Battery w/Run Down Protection
· 150 Amp Alternator
· Gas-Pressurized Shock Absorbers
· Front And Rear Anti-Roll Bars
· Electric Power-Assist Speed-Sensing Steering
· 18.5 Gal. Fuel Tank
· Quasi-Dual Stainless Steel Exhaust w/Chrome Tailpipe Finisher
· Strut Front Suspension w/Coil Springs
· Multi-Link Rear Suspension w/Coil Springs
· 4-Wheel Disc Brakes w/4-Wheel ABS, Front Vented Discs, Brake Assist and Hill Hold Control

## EXTERIOR

· Wheels: 17" Alloy
· Tires: P215/55R17
· Spare Tire Mobility Kit
· Clearcoat Paint
· Body-Colored Front Bumper
· Body-Colored Rear Bumper
· Chrome Side Windows Trim and Chrome Rear Window Trim
· Chrome Door Handles
· Body-Colored Power Heated Side Mirrors w/Manual Folding and Turn Signal Indicator
· Fixed Rear Window w/Defroster
· Light Tinted Glass
· Variable Intermittent Wipers
· Front Windshield -inc: Sun Visor Strip
· Fully Galvanized Steel Panels
· Black Grille w/Chrome Surround
· Trunk Rear Cargo Access
· Fully Automatic Projector Beam Halogen Headlamps w/Delay-Off
· Front Fog Lamps
· Perimeter/Approach Lights
· Laminated Glass

## ENTERTAINMENT

· Radio w/Seek-Scan, Clock and Speed Compensated Volume Control
· Window Grid Antenna

## INTERIOR

· Front Bucket Seats -inc: 10-way power adjustable driver's seat w/power lumbar
· Driver Seat
· 4-Way Passenger Seat -inc: Manual Recline and Fore/Aft Movement
· 60-40 Folding Bench Front Facing Fold Forward Seatback Rear Seat
· Manual Tilt/Telescoping Steering Column
· Leather/Piano Black Steering Wheel

· Front Cupholder
· Rear Cupholder
· Compass
· Remote Releases -Inc: Power Cargo Access and Power Fuel
· HomeLink Garage Door Transmitter
· Cruise Control w/Steering Wheel Controls
· Dual Zone Front Automatic Air Conditioning
· HVAC -inc: Underseat Ducts and Console Ducts
· Illuminated Glove Box
· Driver Foot Rest
· Full Cloth Headliner
· Interior Trim -inc: Leatherette Instrument Panel Insert, Simulated Wood Door Panel Insert, Simulated Wood Console Insert and Chrome/Metal-Look Interior Accents
· Leatherette Door Trim Insert
· Leather/Simulated Wood Gear Shift Knob
· Driver And Passenger Visor Vanity Mirrors w/Driver And Passenger Illumination
· Day-Night Auto-Dimming Rearview Mirror
· Full Floor Console w/Covered Storage, Mini Overhead Console w/Storage and 2 12V DC Power Outlets
· Fade-To-Off Interior Lighting
· Front And Rear Map Lights
· Carpet Floor Trim and Carpet Trunk Lid/Rear Cargo Door Trim
· Full Carpet Floor Covering -inc: Carpet Front And Rear Floor Mats
· Cargo Features -inc: Spare Tire Mobility Kit
· Cargo Space Lights
· Instrument Panel Bin, Refrigerated/Cooled Box Located In The Glovebox, Driver / Passenger And Rear Door Bins
· Delayed Accessory Power
· Outside Temp Gauge
· Analog Display
· Manual w/Tilt Front Head Restraints and Manual Adjustable Rear Head Restraints
· Front Center Armrest and Rear Center Armrest
· 2 Seatback Storage Pockets
· Perimeter Alarm
· 2 12V DC Power Outlets
· Air Filtration

## SAFETY

· Side Impact Beams
· Dual Stage Driver And Passenger Seat-Mounted Side Airbags
· Tire Specific Low Tire Pressure Warning
· Dual Stage Driver And Passenger Front Airbags
· Curtain 1st And 2nd Row Airbags
· Airbag Occupancy Sensor
· Rear Child Safety Locks
· Outboard Front Lap And Shoulder Safety Belts -inc: Rear Center 3 Point, Height Adjusters and Pretensioners

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **23** |  | **34** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| MSRP | **$23,950.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| Titanium Silver | $0 |
| Gray, Leather Seat Trim | $0 |
| Ex Premium Package | $3,300 |
| Heated & Ventilated Front Seats | |
| HD Radio | |
| Infinity Premium Sound System w/8 Speakers | |
| subwoofer and external amplifier | |
| Heated Steering Wheel | |
| Driver Seat Memory | |
| Radio: UVO eService | |
| AM/FM/CD/MP3 player | |
| Infinity sound system w/8 speakers | |
| Rear Camera Display | |
| Power Folding Outside Mirrors | |
| Heated Rear Outboard Seats | |
| 4-Way Power Front Passenger Seat | |
| Panoramic Sunroof | |
| Gloss Black B-Pillar | |
| Wheel Locks | $55 |
| Paint Protection Film Package | $255 |
| Cargo Net | $50 |
| Original Shipping Charge | $800 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $28,410.00 |

## Get more information on your smartphone:





www.BillMarsh.com
800-596-2774

Year:   2015
Make:   Kia
Model:  Optima 4dr Sdn EX
VIN:   5XXGN4A72FG361899

Engine:   4 Cylinder Engine
Transmission:  6-Speed A/T
Exterior:  Ebony Black
Interior:  Gray

**CITY MPG**
**20**


Fuel Economy Information

**HIGHWAY MPG**
**30**

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## MECHANICAL

· Front-Wheel Drive
· 2.88 Axle Ratio
· 70-Amp/Hr 760CCA Maintenance-Free Battery w/Run Down Protection
· 150 Amp Alternator
· Gas-Pressurized Shock Absorbers
· Front And Rear Anti-Roll Bars
· Electric Power-Assist Speed-Sensing Steering
· 18.5 Gal. Fuel Tank
· Quasi-Dual Stainless Steel Exhaust w/Chrome Tailpipe Finisher
· Strut Front Suspension w/Coil Springs
· Multi-Link Rear Suspension w/Coil Springs
· 4-Wheel Disc Brakes w/4-Wheel ABS, Front Vented Discs, Brake Assist and Hill Hold Control

## EXTERIOR

· Wheels: 17" Alloy
· Tires: P215/55R17
· Spare Tire Mobility Kit
· Clearcoat Paint
· Body-Colored Front Bumper
· Body-Colored Rear Bumper
· Chrome Side Windows Trim and Chrome Rear Window Trim
· Chrome Door Handles
· Body-Colored Power Heated Side Mirrors w/Manual Folding and Turn Signal Indicator
· Fixed Rear Window w/Defroster
· Light Tinted Glass
· Variable Intermittent Wipers
· Front Windshield -inc: Sun Visor Strip
· Fully Galvanized Steel Panels
· Black Grille w/Chrome Surround
· Trunk Rear Cargo Access
· Fully Automatic Projector Beam Halogen Headlamps w/Delay-Off
· Front Fog Lamps
· Perimeter/Approach Lights
· Laminated Glass

## ENTERTAINMENT

· Radio w/Seek-Scan, Clock and Speed Compensated Volume Control
· Window Grid Antenna

## INTERIOR

· Front Bucket Seats -inc: 10-way power-adjustable driver's seat w/power lumbar
· Driver Seat
· 4-Way Passenger Seat -inc: Manual Recline and Fore/Aft Movement
· 60-40 Folding Bench Front Facing Fold Forward Seatback Rear Seat
· Manual Tilt/Telescoping Steering Column

· Leather/Piano Black Steering Wheel
· Front Cupholder
· Rear Cupholder
· Compass
· Remote Releases -Inc: Power Cargo Access and Power Fuel
· Cruise Control w/Steering Wheel Controls
· Dual Zone Front Automatic Air Conditioning
· HVAC -inc: Underseat Ducts and Console Ducts
· Illuminated Glove Box
· Driver Foot Rest
· Full Cloth Headliner
· Interior Trim -inc: Leatherette Instrument Panel Insert, Simulated Wood Door Panel Insert, Simulated Wood Console Insert and Chrome/Metal-Look Interior Accents
· Leatherette Door Trim Insert
· Leather/Simulated Wood Gear Shift Knob
· Driver And Passenger Visor Vanity Mirrors w/Driver And Passenger Illumination
· Full Floor Console w/Covered Storage, Mini Overhead Console w/Storage and 2 12V DC Power Outlets
· Fade-To-Off Interior Lighting
· Front And Rear Map Lights
· Carpet Floor Trim and Carpet Trunk Lid/Rear Cargo Door Trim
· Full Carpet Floor Covering -inc: Carpet Front And Rear Floor Mats
· Cargo Features -inc: Spare Tire Mobility Kit
· Cargo Space Lights
· Instrument Panel Bin, Refrigerated/Cooled Box Located In The Glovebox, Driver / Passenger And Rear Door Bins
· Delayed Accessory Power
· Outside Temp Gauge
· Analog Display
· Manual w/Tilt Front Head Restraints and Manual Adjustable Rear Head Restraints
· Front Center Armrest and Rear Center Armrest
· 2 Seatback Storage Pockets
· Perimeter Alarm
· 2 12V DC Power Outlets
· Air Filtration

## SAFETY

· Side Impact Beams
· Dual Stage Driver And Passenger Seat-Mounted Side Airbags
· Tire Specific Low Tire Pressure Warning
· Dual Stage Driver And Passenger Front Airbags
· Curtain 1st And 2nd Row Airbags
· Airbag Occupancy Sensor
· Rear Child Safety Locks
· Outboard Front Lap And Shoulder Safety Belts -inc: Rear Center 3 Point, Height Adjusters and Pretensioners

*New*

| MSRP | **$24,340.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| Ebony Black | $0 |
| Gray, Leather Seat Trim | $0 |
| Wheel Locks | $55 |
| Cargo Mat | $95 |
| Cargo Net | $50 |
| Cargo Tray | $80 |
| Original Shipping Charge | $825 |
| **RETAIL PRICE (ORIGINALLY NEW)** | **$25,445.00** |

## Get more information on your smartphone:



Year:  2016
Make:  Kia
Model:  Optima 4dr Sdn EX
VIN:  5XXGU4L33GG118858

Engine:  4 Cylinder Engine
Transmission:  6-Speed A/T
Exterior:  Horizon Blue
Interior:  Black

## MECHANICAL

· Front-Wheel Drive
· 2.88 Axle Ratio
· 80-Amp/Hr 800CCA Maintenance-Free Battery w/Run Down Protection
· 150 Amp Alternator
· Gas-Pressurized Shock Absorbers
· Front And Rear Anti-Roll Bars
· Electric Power-Assist Speed-Sensing Steering
· 18.5 Gal. Fuel Tank
· Single Stainless Steel Exhaust w/Chrome Tailpipe Finisher
· Strut Front Suspension w/Coil Springs
· Multi-Link Rear Suspension w/Coil Springs
· 4-Wheel Disc Brakes w/4-Wheel ABS, Front Vented Discs, Brake Assist and Hill Hold Control

## EXTERIOR

· Wheels: 17" Alloy
· Tires: P215/55R17
· Spare Tire Mobility Kit
· Clearcoat Paint
· Body-Colored Front Bumper w/Chrome Bumper Insert
· Body-Colored Rear Bumper
· Chrome Side Windows Trim, Black Front Windshield Trim and Chrome Rear Window Trim
· Chrome Door Handles
· Body-Colored Power Heated Side Mirrors w/Power Folding and Turn Signal Indicator
· Fixed Rear Window w/Defroster
· Light Tinted Glass
· Variable Intermittent Wipers
· Front Windshield -inc: Sun Visor Strip
· Fully Galvanized Steel Panels
· Metal-Look Grille w/Chrome Surround
· Trunk Rear Cargo Access
· Perimeter/Approach Lights
· Fully Automatic Projector Beam Halogen Daytime Running Headlamps w/Delay-Off
· LED Brakelights
· Laminated Glass

## ENTERTAINMENT

· Window Grid Antenna
· 2 LCD Monitors In The Front

## INTERIOR

· 6-Way Passenger Seat -inc: Manual Recline, Height Adjustment and Fore/Aft Movement
· 60-40 Folding Bench Front Facing Fold Forward Seatback Rear Seat
· Manual Tilt/Telescoping Steering Column
· Heated Leather Steering Wheel
· Front Cupholder
· Rear Cupholder

· Remote Releases -Inc: Proximity Cargo Access and Power Fuel
· Cruise Control w/Steering Wheel Controls
· Dual Zone Front Automatic Air Conditioning
· HVAC -inc: Underseat Ducts and Console Ducts
· Illuminated Glove Box
· Driver Foot Rest
· Full Cloth Headliner
· Leatherette Door Trim Insert
· Leather/Metal-Look Gear Shift Knob
· Interior Trim -inc: Simulated Wood Door Panel Insert, Simulated Wood Console Insert and Metal-Look Interior Accents
· Day-Night Rearview Mirror
· Driver And Passenger Visor Vanity Mirrors w/Driver And Passenger Illumination
· Full Floor Console w/Covered Storage, Mini Overhead Console w/Storage and 3 12V DC Power Outlets
· Fade-To-Off Interior Lighting
· Front And Rear Map Lights
· Full Carpet Floor Covering -inc: Carpet Front And Rear Floor Mats
· Carpet Floor Trim, Carpet Trunk Lid/Rear Cargo Door Trim and Carpet Mat
· Cargo Features -inc: Spare Tire Mobility Kit
· Cargo Space Lights
· Driver / Passenger And Rear Door Bins
· Delayed Accessory Power
· Systems Monitor
· Redundant Digital Speedometer
· Outside Temp Gauge
· Analog Display
· Manual w/Tilt Front Head Restraints and Manual Adjustable Rear Head Restraints
· Front Center Armrest and Rear Center Armrest
· 2 Seatback Storage Pockets
· Perimeter Alarm
· Air Filtration
· 3 12V DC Power Outlets

## SAFETY

· Side Impact Beams
· Dual Stage Driver And Passenger Seat-Mounted Side Airbags
· Tire Specific Low Tire Pressure Warning
· Dual Stage Driver And Passenger Front Airbags
· Curtain 1st And 2nd Row Airbags
· Airbag Occupancy Sensor
· Driver Knee Airbag
· Rear Child Safety Locks
· Outboard Front Lap And Shoulder Safety Belts -inc: Rear Center 3 Point, Height Adjusters and Pretensioners

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **35** |  | **38** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## New

| MSRP | **$25,140.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| Horizon Blue | $0 |
| Black, Leather Seat Trim | $0 |
| Cargo Mat | $95 |
| Original Shipping Charge | $850 |
| **RETAIL PRICE (ORIGINALLY NEW)** | **$26,085.00** |

## Get more information on your smartphone:





floridafinecars.com

| | |
|---|---|
| Year: 2017 | Engine: 4 Cylinder Engine |
| Make: Kia | Transmission: 6-Speed A/T |
| Model: Optima EX Auto | Exterior: Sparkling Silver |
| VIN: 5XXGU4L33HG159847 | Interior: Black |

## MECHANICAL

· Front-Wheel Drive
· 2.88 Axle Ratio
· 80-Amp/Hr 800CCA Maintenance-Free Battery w/Run Down Protection
· 150 Amp Alternator
· Gas-Pressurized Shock Absorbers
· Front And Rear Anti-Roll Bars
· Electric Power-Assist Speed-Sensing Steering
· 18.5 Gal. Fuel Tank
· Single Stainless Steel Exhaust w/Chrome Tailpipe Finisher
· Strut Front Suspension w/Coil Springs
· Multi-Link Rear Suspension w/Coil Springs
· 4-Wheel Disc Brakes w/4-Wheel ABS, Front Vented Discs, Brake Assist and Hill Hold Control

## EXTERIOR

· Wheels: 17" Alloy
· Tires: P215/55R17
· Wheels w/Silver Accents
· Spare Tire Mobility Kit
· Clearcoat Paint
· Body-Colored Front Bumper
· Body-Colored Rear Bumper w/Chrome Bumper Insert
· Chrome Side Windows Trim, Black Front Windshield Trim and Chrome Rear Window Trim
· Chrome Door Handles
· Body-Colored Power Heated Side Mirrors w/Manual Folding and Turn Signal Indicator
· Fixed Rear Window w/Defroster
· Light Tinted Glass
· Variable Intermittent Wipers
· Front Windshield -inc: Sun Visor Strip
· Fully Galvanized Steel Panels
· Metal-Look Grille w/Chrome Surround
· Trunk Rear Cargo Access
· Perimeter/Approach Lights
· Fully Automatic Projector Beam Halogen Daytime Running Headlamps w/Delay-Off
· LED Brakelights
· Laminated Glass

## ENTERTAINMENT

· Radio: AM/FM/CD/MP3/SiriusXM Audio System -inc: 6 speakers, 7" touch-screen, rear camera display, 2 USB chargers, UVO eServices, Android Auto, Apple CarPlay and Bluetooth wireless technology
· Radio w/Seek-Scan, Clock, Speed Compensated Volume Control, Aux Audio Input Jack, Steering Wheel Controls, Voice Activation, Radio Data System and UVO External Memory Control
· Streaming Audio
· Window Grid Antenna

## INTERIOR

· Heated Front Bucket Seats -inc: 12-Way Power Adjustable Driver's Seat, 4-way power adjustable lumbar, Integrated Memory System, 2-position memory for driver seat and outside mirrors
· Front Seats w/Power 4-Way Driver Lumbar
· 12-Way Power Driver Seat -inc: Power Recline, Height Adjustment, Fore/Aft Movement, Cushion Tilt and Power 4-Way Lumbar Support
· 6-Way Passenger Seat -inc: Manual Recline, Height Adjustment and Fore/Aft Movement
· 60-40 Folding Bench Front Facing Fold Forward Seatback Leather Rear Seat
· Manual Tilt/Telescoping Steering Column
· Gauges -inc: Speedometer, Odometer, Engine Coolant Temp, Tachometer, Trip Odometer and Trip Computer
· Power Rear Windows
· Heated Leather Steering Wheel
· Front Cupholder
· Rear Cupholder
· Remote Keyless Entry w/Integrated Key Transmitter, Illuminated Entry, Illuminated Ignition Switch and Panic Button

· Proximity Key For Doors And Push Button Start
· Remote Releases -Inc: Smart Trunk Proximity Cargo Access and Power Fuel
· Cruise Control w/Steering Wheel Controls
· Dual Zone Front Automatic Air Conditioning
· HVAC -inc: Underseat Ducts and Console Ducts
· Illuminated Glove Box
· Driver Foot Rest
· Full Cloth Headliner
· Leatherette Door Trim Insert
· Leather/Metal-Look Gear Shift Knob
· Interior Trim -inc: Simulated Wood Door Panel Insert, Simulated Wood Console Insert and Metal-Look Interior Accents
· Leather Seat Trim
· Day-Night Rearview Mirror
· Driver And Passenger Visor Vanity Mirrors w/Driver And Passenger Illumination, Driver And Passenger Auxiliary Mirror
· Full Floor Console w/Covered Storage, Mini Overhead Console w/Storage and 3 12V DC Power Outlets
· Fade-To-Off Interior Lighting
· Front And Rear Map Lights
· Carpet Floor Trim and Carpet Trunk Lid/Rear Cargo Door Trim
· Full Carpet Floor Covering -inc: Carpet Front And Rear Floor Mats
· Cargo Features -inc: Spare Tire Mobility Kit
· Cargo Space Lights
· FOB Controls -inc: Trunk/Hatch/Tailgate
· Memory Settings -inc: Driver Seat and Door Mirrors
· Driver / Passenger And Rear Door Bins
· Delayed Accessory Power
· Power Door Locks w/Autolock Feature
· Power 1st Row Windows w/Driver And Passenger 1-Touch Up/Down
· Systems Monitor
· Redundant Digital Speedometer
· Trip Computer
· Outside Temp Gauge
· Analog Display
· Manual Anti-Whiplash Adjustable Front Head Restraints and Manual Adjustable Rear Head Restraints
· Front Center Armrest and Rear Center Armrest
· 2 Seatback Storage Pockets
· Perimeter Alarm
· Air Filtration
· 3 12V DC Power Outlets

## SAFETY

· Electronic Stability Control
· ABS And Driveline Traction Control
· Side Impact Beams
· Dual Stage Driver And Passenger Seat-Mounted Side Airbags
· Tire Specific Low Tire Pressure Warning
· Dual Stage Driver And Passenger Front Airbags
· Curtain 1st And 2nd Row Airbags
· Airbag Occupancy Sensor
· Driver Knee Airbag
· Rear Child Safety Locks
· Outboard Front Lap And Shoulder Safety Belts -inc: Rear Center 3 Point, Height Adjusters and Pretensioners

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **24** |  Fuel Economy Information | **34** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## New

| MSRP | **$25,440.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| Sparkling Silver | $0 |
| Black, Leather Seat Trim | $0 |
| Premium Package | $3,600 |

- Heated & Ventilated Front Seats
- Blind Spot Detection
- LED Overhead Front & Rear Reading Lamps
- Radio: AM/FM/MP3/SiriusXM
- 6 speakers
- 8" touch-screen
- rear camera display
- 2 USB chargers
- UVO eServices
- Premium Navigation
- Android Auto
- Apple CarPlay and Bluetooth wireless technology
- Rear Parking Assist System
- Auto Dimming Rear View Mirror
- Rear Cross Traffic Alert
- 10-Way Power Front Passenger Seat
- 2-way power adjustable lumbar
- Panoramic Sunroof

| Cargo Net | $50 |
|---|---|
| Original Shipping Charge | $895 |
| **RETAIL PRICE (ORIGINALLY NEW)** | **$29,985.00** |

### Get more information on your smartphone:



# OffleaseOnly

offleaseonly.com

| | |
|---|---|
| Year: 2018 | Engine: 4 Cylinder Engine |
| Make: Kia | Transmission: 6-Speed A/T |
| Model: Optima LX Auto | Exterior: Sparkling Silver |
| VIN: 5XXGT4L35JG198335 | Interior: Black |

## MECHANICAL

· Front-Wheel Drive
· 2.88 Axle Ratio
· 80-Amp/Hr 800CCA Maintenance-Free Battery w/Run Down Protection
· 150 Amp Alternator
· Gas-Pressurized Shock Absorbers
· Front And Rear Anti-Roll Bars
· Electric Power-Assist Speed-Sensing Steering
· 18.5 Gal. Fuel Tank
· Single Stainless Steel Exhaust w/Chrome Tailpipe Finisher
· Strut Front Suspension w/Coil Springs
· Multi-Link Rear Suspension w/Coil Springs
· 4-Wheel Disc Brakes w/4-Wheel ABS, Front Vented Discs, Brake Assist and Hill Hold Control

## EXTERIOR

· Tires: P205/65R16
· Spare Tire Mobility Kit
· Clearcoat Paint
· Body-Colored Front Bumper w/Chrome Bumper Insert
· Body-Colored Rear Bumper w/Black Bumper Insert
· Chrome Side Windows Trim, Black Front Windshield Trim and Chrome Rear Window Trim
· Chrome Door Handles
· Body-Colored Power Heated Side Mirrors w/Manual Folding and Turn Signal Indicator
· Fixed Rear Window w/Defroster
· Light Tinted Glass
· Variable Intermittent Wipers
· Front Windshield -inc: Sun Visor Strip
· Fully Galvanized Steel Panels
· Black Grille w/Chrome Surround
· Trunk Rear Cargo Access
· Fully Automatic Projector Beam Halogen Headlamps w/Delay-Off
· Perimeter/Approach Lights

## ENTERTAINMENT

· Streaming Audio
· Window Grid Antenna
· 2 LCD Monitors In The Front

## INTERIOR

· Driver Seat
· Passenger Seat
· 60-40 Folding Bench Front Facing Fold Forward Seatback Rear Seat
· Manual Tilt/Telescoping Steering Column
· Front Cupholder
· Rear Cupholder
· Remote Releases -Inc: Power Cargo Access and Power Fuel
· Cruise Control w/Steering Wheel Controls
· Manual Air Conditioning

· HVAC -inc: Underseat Ducts
· Illuminated Glove Box
· Driver Foot Rest
· Interior Trim -inc: Metal-Look Interior Accents
· Full Cloth Headliner
· Leatherette Door Trim Insert
· Urethane Gear Shift Knob
· Day-Night Rearview Mirror
· Driver And Passenger Visor Vanity Mirrors w/Driver And Passenger Illumination
· Full Floor Console w/Covered Storage, Mini Overhead Console w/Storage and 2 12V DC Power Outlets
· Front Map Lights
· Fade-To-Off Interior Lighting
· Full Carpet Floor Covering
· Carpet Floor Trim and Carpet Trunk Lid/Rear Cargo Door Trim
· Cargo Features -inc: Spare Tire Mobility Kit
· Cargo Space Lights
· FOB Controls -inc: Trunk/Hatch/Tailgate
· Driver / Passenger And Rear Door Bins
· Delayed Accessory Power
· Systems Monitor
· Redundant Digital Speedometer
· Outside Temp Gauge
· Analog Display
· Manual Anti-Whiplash w/Tilt Front Head Restraints and Manual Adjustable Rear Head Restraints
· Front Center Armrest and Rear Center Armrest
· 2 Seatback Storage Pockets
· Perimeter Alarm
· 2 12V DC Power Outlets
· Air Filtration

## SAFETY

· Side Impact Beams
· Dual Stage Driver And Passenger Seat-Mounted Side Airbags
· Emergency Sos
· Rear Parking Sensors
· Blind Spot Sensor
· and Rear Cross Traffic Alert
· Tire Specific Low Tire Pressure Warning
· Dual Stage Driver And Passenger Front Airbags
· Curtain 1st And 2nd Row Airbags
· Airbag Occupancy Sensor
· Driver Knee Airbag
· Rear Child Safety Locks
· Outboard Front Lap And Shoulder Safety Belts -inc: Rear Center 3 Point, Height Adjusters and Pretensioners

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **38** |  Fuel Economy Information | **43** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| | |
|---|---|
| **MSRP** | **$22,600.00** |
| **INSTALLED OPTIONS** | |
| Sparkling Silver | $0 |
| Black, Cloth Seat Trim | $0 |
| • CleanTex anti-soiling | |
| Carpeted Floor Mats | $135 |
| Original Shipping Charge | $895 |
| **RETAIL PRICE (ORIGINALLY NEW)** | **$23,630.00** |

### Get more information on your smartphone:





mikemurphyford.com
309-263-2311

| | |
|---|---|
| Year:  2019 | Engine:  4 Cylinder Engine |
| Make:  Kia | Transmission:  6-Speed A/T |
| Model:  Optima LX Auto | Exterior:  Horizon Blue |
| VIN:  5XXGT4L35KG281233 | Interior:  Black |

## MECHANICAL

· Front-Wheel Drive
· 2.88 Axle Ratio
· 80-Amp/Hr 800CCA Maintenance-Free Battery w/Run Down Protection
· 150 Amp Alternator
· Gas-Pressurized Shock Absorbers
· Front And Rear Anti-Roll Bars
· Electric Power-Assist Speed-Sensing Steering
· 18.5 Gal. Fuel Tank
· Single Stainless Steel Exhaust w/Chrome Tailpipe Finisher
· Strut Front Suspension w/Coil Springs
· Multi-Link Rear Suspension w/Coil Springs
· 4-Wheel Disc Brakes w/4-Wheel ABS, Front Vented Discs, Brake Assist and Hill Hold Control

## EXTERIOR

· Tires: P205/65R16
· Spare Tire Mobility Kit
· Clearcoat Paint
· Body-Colored Front Bumper w/Chrome Bumper Insert
· Body-Colored Rear Bumper w/Black Bumper Insert
· Chrome Side Windows Trim, Black Front Windshield Trim and Chrome Rear Window Trim
· Chrome Door Handles
· Body-Colored Power Heated Side Mirrors w/Manual Folding and Turn Signal Indicator
· Fixed Rear Window w/Defroster
· Light Tinted Glass
· Variable Intermittent Wipers
· Fully Galvanized Steel Panels
· Gray Grille
· Trunk Rear Cargo Access
· Fully Automatic Projector Beam Halogen Daytime Running Auto High-Beam Headlamps w/Delay-Off
· Perimeter/Approach Lights
· Laminated Glass

## ENTERTAINMENT

· Streaming Audio
· Fixed Antenna
· 2 LCD Monitors In The Front
· Turn-By-Turn Navigation Directions

## INTERIOR

· Driver Seat
· Passenger Seat
· 60-40 Folding Bench Front Facing Fold Forward Seatback Rear Seat
· Manual Tilt/Telescoping Steering Column
· Front Cupholder
· Rear Cupholder
· Remote Releases -Inc: Power Cargo Access and Power Fuel
· Cruise Control w/Steering Wheel Controls
· HVAC -inc: Underseat Ducts

· Glove Box
· Driver Foot Rest
· Interior Trim -inc: Metal-Look Interior Accents
· Full Cloth Headliner
· Leatherette Door Trim Insert
· Urethane Gear Shift Knob
· Day-Night Rearview Mirror
· Driver And Passenger Visor Vanity Mirrors w/Driver And Passenger Illumination
· Full Floor Console w/Covered Storage, Mini Overhead Console w/Storage and 2 12V DC Power Outlets
· Front Map Lights
· Fade-To-Off Interior Lighting
· Full Carpet Floor Covering
· Carpet Floor Trim and Carpet Trunk Lid/Rear Cargo Door Trim
· Cargo Features -inc: Spare Tire Mobility Kit
· Cargo Space Lights
· FOB Controls -inc: Trunk/Hatch/Tailgate
· Smart Device Integration
· Driver / Passenger And Rear Door Bins
· Delayed Accessory Power
· Systems Monitor
· Redundant Digital Speedometer
· Outside Temp Gauge
· Analog Display
· Manual Anti-Whiplash Adjustable Front Head Restraints and Manual Adjustable Rear Head Restraints
· Front Center Armrest and Rear Center Armrest
· 2 Seatback Storage Pockets
· Perimeter Alarm
· 2 12V DC Power Outlets
· Air Filtration

## SAFETY

· Side Impact Beams
· Dual Stage Driver And Passenger Seat-Mounted Side Airbags
· Parking Distance Warning Rear Parking Sensors
· Blind-Spot Collision Warning Blind Spot Sensor
· Forward Collision-Avoidance Assist and Rear Cross-Traffic Collision Warning
· Tire Specific Low Tire Pressure Warning
· Dual Stage Driver And Passenger Front Airbags
· Curtain 1st And 2nd Row Airbags
· Airbag Occupancy Sensor
· Driver Knee Airbag
· Rear Child Safety Locks
· Outboard Front Lap And Shoulder Safety Belts -inc: Rear Center 3 Point, Height Adjusters and Pretensioners
· Rear View Monitor w/Parking Guidance Back-Up Camera

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **24** | Fuel Economy Information | **33** |

*Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition*

## *New*

| | |
|---|---|
| **MSRP** | **$22,990.00** |
| **INSTALLED OPTIONS** | |
| Horizon Blue | $0 |
| Black, Cloth Seat Trim | $0 |
| Carpet Floor Mats | $130 |
| Original Shipping Charge | $925 |
| **RETAIL PRICE (ORIGINALLY NEW)** | **$24,045.00** |

### Get more information on your smartphone:





### www.garyromekia.com/
### 860-253-4753



## 2020 OPTIMA SX TURBO

| | |
|---|---|
| **MODEL/OPT.CODE:** | 55282 / 010 |
| **EXTERIOR COLOR:** | PASSION RED |
| **INTERIOR COLOR:** | BLACK |
| **VEHICLE ID NUMBER:** | 5XXGW4L2XLG402712 |
| **PORT OF ENTRY:** | WEST POINT |

**Sold To:** TX114
Gay Family Kia
3001 GULF FREEWAY
DICKINSON TX 77539

**Ship To:** TX114

### STANDARD FEATURES

**STANDARD EX FEATURES**

**MECHANICAL**
Drive Mode Select (DMS)

**KIA DRIVEWISE DRIVER-ASSIST TECHNOLOGY**
Blind-Spot Collision Warning (BCW)
Rear Cross-Traffic Collision Warning (RCCW)
Parking Distance Warning-Reverse (PDW-R)
Forward Collision-Avoidance Assist-Ped (FCA-Ped)
Smart Cruise Control w/ Stop & Go (SCC w/ S&G)
Lane Departure Warning (LDW)
Lane Keeping Assist-Line (LKA-L)
Driver Attention Warning (DAW)
High Beam Assist (HBA)

**SAFETY**
Dual Front Advanced Airbags & Driver's Knee Airbag
Dual Front Seat-Mounted Side & Full-Length Curtain Airbags
Traction Control System & Anti-Lock Brakes (ABS)

**INTERIOR, COMFORT & CONVENIENCE**
8" Touchscreen w/ Android Auto & Apple CarPlay
Rear Camera with Dynamic Guidelines
Power Adj. Driver's Seat w/ Power Lumbar Support
Leather Seat Trim w/ Heated Front Seats
Leather-Wrapped Steering Wheel and Shift Knob
Push Button Start with Smart Key
Dual Zone - Full Automatic Temperature Control
Auto-Dimming Rearview Mirror
Acoustic Front Door Windows w/ Auto Up/Down
Bluetooth® Wireless Technology
Wireless Phone Charger / 2 Front USB / 2 Rear USB
UVO link (1 yr trial; see owners.kia.com for details)
SIRIUSXM® w/free 3-mo. subscription*
Overhead Maplights & Sunglass Holder
Electronic Parking Brake with Auto Hold

**EXTERIOR**
Power, Heated Outside Mirrors w/ LED Turn Signal Indicators
Single Projection Headlights w/ LED DRL
Projector Front Fog Lamps / LED Tail Lights
17" Alloy Wheels

**WARRANTY**
10 Year/100,000 Mile Limited Powertrain Warranty
5 Year/60,000 Mile Limited Basic Warranty
5 Year/60,000 Mile Roadside Assistance
*Ask dealer for details

TOTAL ADDITIONAL WEIGHT: 17.7

### MANUFACTURER'S SUGGESTED RETAIL PRICE ▶   $ 31,990.00

COMPARE SX FEATURES
Added to/in place of standard EX features
- 2.0L Turbocharged GDI Engine                          Included
- 6-Speed Automatic Transmission                        Included
- Navigation System w/ 8" Touchscreen                   Included
- Panoramic Sunroof w/ Power Sunshade                   Included
- Harman/Kardon® Premium Audio w/ Clari-Fi#             Included
- Heated Steering Wheel w/ Paddle Shifters              Included
- Ventilated Front Seats                                Included
- Power Front Passenger's Seat w/ Lumbar Support        Included
-Memory Driver Seat, Stg Whl& Outer Mirrors            Included
- Ambient Lighting                                      Included
- LED Overhead Interior Lighting                        Included
- Dual-Projection LED Headlights                        Included
- Low Beam Assist-Dynamic (LBA-D)                       Included
- LED Fog Lights                                        Included
- Gloss Black Rear Spoiler/Outside Mirrors             Included
- Sport Side Sills with Gloss Black Accent Trim         Included
- Compact Spare Tire                                    Included
- 18" Alloy Wheels                                      Included

ADDITIONAL INSTALLED EQUIPMENT:
(In addition to or in place of standard features)
Passion Red Paint                                        $495.00
Cargo Mat                                                 $95.00
Carpeted Floor Mats                                      $135.00
Cargo Net                                                 $50.00
Puddle Lights                                            $275.00

MSRP INCLUDING OPTIONS                                 $ 33,040.00

INLAND FREIGHT AND HANDLING                            $ 925.00

### TOTAL MANUFACTURER'S SUGGESTED RETAIL PRICE ▶   $ 33,965.00

---

**EPA DOT** Fuel Economy and Environment                    Gasoline Vehicle

**Fuel Economy**

**24** MPG   combined city/hwy

**21** city   **30** highway

MIDSIZE CARS range from 12 to 136 MPG. The best vehicle rating 136 MPGe.

4.2 gallons per 100 miles

**You spend $1,000 more in fuel costs over 5 years** compared to the average new vehicle.

Annual fuel **cost $1,700**

Fuel Economy & Greenhouse Gas Rating (tailpipe only)
1 — 5 — 10   Best

Smog Rating (tailpipe only)
1 — 5 — 10   Best

This vehicle emits 371 grams $CO_2$ per mile. The best emits 0 grams per mile (tailpipe only). Producing and distributing fuel also create emissions; learn more at fueleconomy.gov.

Actual results will vary for many reasons, including driving conditions and how you drive and maintain your vehicle. The average new vehicle gets 27 MPG and costs $7,500 to fuel over 5 years. Cost estimates are based on 15,000 miles per year at $2.70 per gallon. MPGe is miles per gasoline gallon equivalent. Vehicle emissions are a significant cause of climate change and smog.

**fueleconomy.gov**
Calculate personalized estimates and compare vehicles


Smartphone QR Code

### GOVERNMENT 5-STAR SAFETY RATINGS

**Overall Vehicle Score** ★★★★★
Based on the combined rating of frontal, side and rollover.
Should ONLY be compared to other vehicles of similar size and weight.

| | | |
|---|---|---|
| **Frontal Crash** | Driver | ★★★★★ |
| | Passenger | ★★★★ |

Based on the risk of injury in a frontal impact.
Should ONLY be compared to other vehicles of similar size and weight.

| | | |
|---|---|---|
| **Side Crash** | Front seat | ★★★★★ |
| | Rear seat | ★★★★★ |

Star ratings based on the risk of injury in a side impact.

**Rollover** ★★★★
Star ratings based on the risk of rollover in a single-vehicle crash.

Star ratings range from 1 to 5 stars (★★★★★) with 5 being the highest.
Source: National Highway Traffic Safety Administration (NHTSA).
www.safercar.gov or 1-888-327-4236

Manufacturer's suggested retail price includes Manufacturer's recommended pre-delivery service. License and title fees, state and local taxes and other dealer installed options and accessories are not included in the manufacturer's suggested retail price.

### PARTS CONTENT INFORMATION

FOR VEHICLES IN THIS CAR LINE U.S./CANADIAN PARTS CONTENT: 50 %

MAJOR SOURCES OF FOREIGN PARTS:
KOREA: 50%

NOTE: PARTS CONTENT DOES NOT INCLUDE FINAL ASSEMBLY, DISTRIBUTION, OR OTHER NON-PARTS COSTS.

FOR THIS VEHICLE
FINAL ASSEMBLY POINT:
WEST POINT, GA, USA

COUNTRY OF ORIGIN
ENGINE:                    USA
TRANSMISSION:              USA

Year:   2012
Make:   Kia
Model:   Optima Hybrid EX
VIN:   KNAGM4AD6C5036405

Engine:   4 Cylinder Engine
Transmission:   6-Speed A/T
Colors:   Black / Black w/Cloth Seat Trim or Leather Seat Trim or Sp
Mileage:   54,324                                  Stock #: 20344

## MECHANICAL

· 2.4L DOHC MPI 16-valve I4 hybrid PZEV engine -inc: continuously variable valve timing , permanent-magnet synchronous electric motor, lithium polymer hybrid battery, virtual engine sound system, aluminum block & head
· Push button start
· 6-speed automatic transmission w/OD, H-Matic -inc: Auto Shift lock system, ECO switch
· Front wheel drive
· Battery saver w/interior lamp auto-cut
· Independent MacPherson strut front suspension w/coil springs
· Independent multi-link rear suspension w/coil springs
· High performance shock absorbers
· Front stabilizer bar
· Electric motor-driven pwr steering
· Pwr vented front & solid rear disc brakes
· Chrome exhaust tip -inc: semi-active muffler
· Tire mobility kit

## EXTERIOR

· Insulated hood w/gas lifters
· Body-colored bumpers
· Rear lip spoiler
· Body-colored side moldings -inc: unique design w/accents
· Bright chrome door molding
· Black-gloss front side fender garnish w/chrome accents
· Unique grille design
· Clear-lens halogen automatic headlights -inc: unique design, projection high-beams, escort lighting
· Rear LED high-mounted stop lamp
· LED rear combination lamp
· Front fog lights
· Solar glass windshield w/sunband
· Variable intermittent front windshield wipers w/jet washers -inc: aero covers
· Body-color door handles w/chrome trim

## ENTERTAINMENT

· In-glass antenna

## INTERIOR

· Front bucket seats -inc: driver pwr lumbar, driver height adjustment, active headrests
· Fixed rear bench seat w/adjustable outboard headrests, pass-through
· Front center console -inc: armrest, storage, cupholder
· Rear center armrest w/cupholder
· Plastic door sill scuff plates
· Supervision instrument cluster -inc: gauges, clock, rheostat
· Trip computer -inc: color LCD display, distance to empty, average speed, drive time, ambient temp, average fuel economy, instant fuel economy

· Warning features -inc: parking brake on, key-operated chime, seatbelt reminder, low washer fluid
· Pwr windows -inc: driver/front passenger one-touch auto up/down
· Electronic fuel lid release
· Steering wheel-mounted auto cruise control
· Dual-zone auto climate control w/rear vents, filter
· Rear window defroster w/timer
· Cooling glove box -inc: lighting
· aux pwr outlets
· Door map pockets -inc: integrated front/rear in-door bottle holders
· Chrome accent door handles
· Overhead sunglass holder
· Dual sunvisors w/illuminated covered vanity mirrors, extensions
· Dual front assist handles
· Time-delay interior dome lamp
· Front/rear reading lamps
· Leather-wrapped shift knob w/metallic paint accent
· Front seatback storage pockets
· Rear coat hook
· Illuminated trunk w/hinge cover

## SAFETY

· 4-wheel anti-lock brakes -inc: active hydraulic boost braking
· Hill start assist control
· 5-mph bumpers
· Side-impact door beams
· Front/rear crumple zones
· Dual advanced front airbags -inc: passenger occupancy sensor
· Driver & front passenger seat-mounted side airbags
· Front/rear side curtain airbags
· 3-point front seat belts -inc: pretensioners, force limiters, height-adjustable anchors, emergency locking retractors
· 3-point rear seat belts w/emergency locking retractors
· Rear child safety door locks
· Lower anchors & tethers for children
· Tire pressure monitoring system
· Dual-note horn
· Emergency trunk release handle
· Impact-absorbing steering column
· Impact-triggered auto door unlocking

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **34** | Fuel Economy Information | **39** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| MSRP | **$25,800.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| Black, Seat Trim | $0 |
| Hybrid Convenience PKG | $700 |
| Hybrid Premium Technology PKG | $5,350 |
| Cloth/Leather Seating Surfaces | $0 |
| Original Shipping Charge | $750 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $32,600.00 |

## Get more information on your smartphone:





vinscars.com

| | |
|---|---|
| Year:   2013 | Engine:   4 Cylinder Engine |
| Make:   Kia | Transmission:   6-Speed A/T |
| Model:   Optima Hybrid 4dr Sdn 2.4L Auto LX | Exterior:   Satin Metal Metallic |
| VIN:   KNAGM4AD4D5046321 | Interior:   Black |

## MECHANICAL

· 2.4L DOHC MPI 16-valve I4 hybrid PZEV engine -inc: continuously variable valve timing, permanent-magnet synchronous electric motor, lithium polymer hybrid battery, virtual engine sound system, aluminum block & head
· 6-speed automatic transmission w/OD, H-Matic -inc: Auto Shift lock system, ECO switch
· Front wheel drive
· Push button start
· Active ECO system
· Battery saver w/interior lamp auto-cut
· Towing & lashing hook *Only present on vehicles produced in Hwasung, South Korea*
· Independent MacPherson strut front suspension w/coil springs
· Independent multi-link rear suspension w/coil springs -inc: aluminum carrier, aluminum lower arms
· Dual-flow shock absorbers
· Front stabilizer bar
· Electric motor-driven pwr steering
· Pwr vented front & solid rear disc brakes
· Tire mobility kit

## EXTERIOR

· 16" alloy wheels
· P205/65R16 tires
· Insulated hood w/gas lifters
· Body-colored bumpers -inc: lower sport styling
· Rear lip spoiler
· Body-colored side moldings
· Bright chrome door molding
· Black-gloss front side fender garnish w/chrome accents
· Gloss black/chrome grille
· Clear-lens halogen automatic headlights w/black bezel -inc: escort lighting, projection high-beams
· Rear LED high-mounted stop lamp
· LED rear combination lamp
· Front fog lights
· Body-color folding heated pwr mirrors w/integrated LED turn signals
· Solar glass windshield w/sunband
· Variable intermittent front windshield wipers w/jet washers -inc: aero covers

## ENTERTAINMENT

· AM/FM stereo w/CD/MP3 player -inc: satellite radio, speakers w/tweeters
· Aux input jack w/USB port
· Bluetooth hands-free calling
· In-glass antenna

## INTERIOR

· Chrome door handles
· Front bucket seats -inc: 6-way manual driver seat w/height adjustment, driver pwr lumbar, active adjustable sliding headrests
· Rear bench seat w/adjustable outboard headrests, ski pass-thru
· Double rachel cloth seating surfaces -inc: cloth door trim insert
· Clean Tex anti-stain fabric treatment
· Front center console -inc: armrest, storage, cupholder
· Rear center armrest w/cupholder
· Plastic door sill scuff plates

· Tilt/telescopic 3-spoke leather-wrapped steering wheel w/audio controls -inc: wheel-mounted Bluetooth controls w/voice activation button, ECO switch, illuminated ignition
· Trip computer -inc: distance to empty, average speed, drive time, ambient temp, average fuel economy, instant fuel economy
· Warning features -inc: parking brake on, key-operated chime, driver seatbelt reminder, low washer fluid
· Pwr windows -inc: driver/front passenger one-touch auto up/down
· Pwr door locks -inc: front central locking, auto unlock, driver two-turn unlock, drill-protected lock
· Remote keyless entry w/panic & alarm function, security indicator
· Electronic fuel lid release
· Carpeted floor mats
· Steering wheel-mounted auto cruise control
· Dual-zone auto climate control w/rear vents
· Rear window defroster w/timer
· Cooling glove box -inc: lighting
· aux pwr outlets
· Door map pockets -inc: integrated front/rear in-door bottle holders
· Artificial leather door upper trim
· Metallic paint door & center console accents
· Overhead sunglass holder
· Dual sunvisors w/illuminated covered vanity mirrors, extensions
· Dual front assist handles
· Time-delay interior dome lamp -inc: auto interior light control
· Front/rear reading lamps
· Front seatback storage pockets
· Rear coat hook
· Illuminated trunk w/hinge cover

## SAFETY

· 4-wheel anti-lock brakes
· Electronic stability control w/traction control system
· Hill start assist control
· Vehicle stability management
· 5-mph bumpers
· Side-impact door beams
· Front/rear crumple zones
· Dual advanced front airbags -inc: passenger occupancy sensor
· Driver & front passenger seat-mounted side airbags
· Front/rear side curtain airbags
· 3-point front seat belts -inc: pretensioners, force limiters, height-adjustable anchors, emergency locking retractors
· 3-point rear seat belts w/emergency locking retractors
· Rear child safety door locks
· Lower anchors & tethers for children
· Tire pressure monitoring system
· Dual-note horn
· Emergency trunk release handle
· Impact-absorbing steering column
· Impact-triggered auto door unlocking

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **36** |  Fuel Economy Information | **40** |
| Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition | | |

## *New*

| MSRP | **$25,900.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| Satin Metal Metallic | $0 |
| Black, Seat Trim | $0 |
| Hybrid Convenience PKG | $700 |
| • 8-way pwr driver seat | |
| • UVO infotainment system | |
| • rearview camera | |
| Rear Bumper Applique | $75 |
| Wheel Locks | $55 |
| Original Shipping Charge | $800 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $27,530.00 |

## Get more information on your smartphone:



# Edwards Nissan/Kia

| | |
|---|---|
| Year:  2014 | Engine:  4 Cylinder Engine |
| Make:  Kia | Transmission:  6-Speed Automatic with Sportmatic |
| Model:  Optima Hybrid 4dr Sdn EX | Colors:  Snow White Pearl / Beige |
| VIN:  KNAGN4AD6E5072708 | Mileage:  51,838          Stock #: 37657 |



| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **35** | Fuel Economy Information | **39** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## MECHANICAL

· Front-Wheel Drive
· 3.32 Axle Ratio
· 54-Amp/Hr Maintenance-Free Battery w/Run Down Protection
· Hybrid Electric Motor
· Gas-Pressurized Shock Absorbers
· Front And Rear Anti-Roll Bars
· Electric Power-Assist Speed-Sensing Steering
· 17.2 Gal. Fuel Tank
· Single Stainless Steel Exhaust
· Strut Front Suspension w/Coil Springs
· Multi-Link Rear Suspension w/Coil Springs
· Regenerative 4-Wheel Disc Brakes w/4-Wheel ABS, Front Vented Discs, Brake Assist, Hill Hold Control and Electric Parking Brake
· Lithium Polymer Traction Battery

## EXTERIOR

· Wheels: 17" Alloy
· Tires: P215/55R17
· Spare Tire Mobility Kit
· Clearcoat Paint
· Body-Colored Front Bumper w/Metal-Look Bumper Insert
· Body-Colored Rear Bumper
· Metal-Look Bodyside Insert
· Chrome Side Windows Trim and Chrome Rear Window Trim
· Chrome Door Handles
· Body-Colored Power Heated Side Mirrors w/Power Folding and Turn Signal Indicator
· Fixed Rear Window w/Defroster
· Light Tinted Glass
· Variable Intermittent Wipers
· Front Windshield -inc: Sun Visor Strip
· Fully Galvanized Steel Panels
· Black Grille w/Chrome Surround
· Trunk Rear Cargo Access
· Front Fog Lamps
· Perimeter/Approach Lights
· LED Brakelights
· Fully Automatic Projector Beam High Intensity Low Beam Auto-Leveling Headlamps w/Delay-Off
· Laminated Glass

## ENTERTAINMENT

· Radio: Infinity AM/FM/CD/MP3 Audio System w/NAV -inc: SiriusXM, USB/auxiliary input jacks and Bluetooth wireless technology, Voice-Command Navigation w/SiriusXM Traffic, back-up camera, HD Radio, Infinity Premium Sound System w/8 Speakers, subwoofer, external amplifier and UVO eServices
· Radio w/Seek-Scan, Clock, Speed Compensated Volume Control, Steering Wheel Controls, Voice Activation and Internal Memory
· 6 Speakers
· Window Grid Diversity Antenna
· 2 LCD Monitors In The Front
· Siriusxm Traffic Real-Time Traffic Display

## INTERIOR

· Heated & Ventilated Front Seats -inc: 8-way power adjustable driver's seat w/power lumbar support, driver seat memory and 4-way power front passenger seat
· Bucket Front Seats
· Driver Seat
· Passenger Seat
· Bench Front Facing Heated Rear Seat
· Manual Tilt/Telescoping Steering Column
· Gauges -inc: Speedometer, Odometer, Engine Coolant Temp, Tachometer, Traction Battery Level, Power/Regen, Trip Odometer and Trip Computer
· Power Rear Windows
· Heated Leather Steering Wheel
· Front Cupholder

· Rear Cupholder
· Compass
· Proximity Key For Doors And Push Button Start
· Remote Keyless Entry w/Integrated Key Transmitter, Illuminated Entry, Illuminated Ignition Switch and Panic Button
· Remote Releases -Inc: Power Cargo Access and Power Fuel
· HomeLink Garage Door Transmitter
· Cruise Control w/Steering Wheel Controls
· Dual Zone Front Automatic Air Conditioning
· HVAC -inc: Underseat Ducts and Console Ducts
· Illuminated Glove Box
· Driver Foot Rest
· Full Cloth Headliner
· Leather Gear Shift Knob
· Leather Seat Trim
· Interior Trim -inc: Leatherette Instrument Panel Insert, Metal-Look Door Panel Insert and Chrome/Metal-Look Interior Accents
· Leatherette Door Trim Insert
· Driver And Passenger Visor Vanity Mirrors w/Driver And Passenger Illumination
· Day-Night Auto-Dimming Rearview Mirror
· Full Floor Console w/Covered Storage, Mini Overhead Console w/Storage and 2 12V DC Power Outlets
· Front and Rear Map Lights
· Fade-To-Off Interior Lighting
· Full Carpet Floor Covering -inc: Carpet Front And Rear Floor Mats
· Carpet Floor Trim and Carpet Trunk Lid/Rear Cargo Door Trim
· Cargo Features -inc: Spare Tire Mobility Kit
· Cargo Space Lights
· FOB Controls -inc: Trunk/Hatch/Tailgate
· Integrated Navigation System w/Voice Activation
· Smart Device Integration
· Refrigerated/Cooled Box Located In The Glovebox, Driver / Passenger And Rear Door Bins
· Power 1st Row Windows w/Driver And Passenger 1-Touch Up/Down
· Delayed Accessory Power
· Power Door Locks w/Autolock Feature
· Trip Computer
· Outside Temp Gauge
· Digital/Analog Display
· Manual w/Tilt Front Head Restraints and Manual Adjustable Rear Head Restraints
· Front Center Armrest and Rear Center Armrest w/Pass-Thru
· 1 Seatback Storage Pocket
· Perimeter Alarm
· 2 12V DC Power Outlets
· Air Filtration

## SAFETY

· Electronic Stability Control
· ABS And Driveline Traction Control
· Side Impact Beams
· Dual Stage Driver And Passenger Seat-Mounted Side Airbags
· Tire Specific Low Tire Pressure Warning
· Dual Stage Driver And Passenger Front Airbags
· Curtain 1st And 2nd Row Airbags
· Airbag Occupancy Sensor
· Rear Child Safety Locks
· Outboard Front Lap And Shoulder Safety Belts -inc: Rear Center 3 Point, Height Adjusters and Pretensioners
· Back-Up Camera

## *New*

| MSRP | **$31,995.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| Snow White Pearl | $0 |
| Beige, Leather Seat Trim | $0 |
| Original Shipping Charge | $800 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $32,795.00 |

## *Used*

| PRICE | $12,750.00 |
|---|---|

### Get more information on your smartphone:





STG
AUTO GROUP

| Year: 2015 | Engine: 4 Cylinder Engine |
| Make: Kia | Transmission: 6-Speed A/T |
| Model: Optima Hybrid 4dr Sdn EX | Exterior: Aurora Black Pearl |
| VIN: KNAGN4AD9F5082117 | Interior: Black |

## MECHANICAL

· Front-Wheel Drive
· 3.32 Axle Ratio
· 54-Amp/Hr Maintenance-Free Battery w/Run Down Protection
· Hybrid Electric Motor
· Gas-Pressurized Shock Absorbers
· Front And Rear Anti-Roll Bars
· Electric Power-Assist Speed-Sensing Steering
· 17.2 Gal. Fuel Tank
· Single Stainless Steel Exhaust
· Strut Front Suspension w/Coil Springs
· Multi-Link Rear Suspension w/Coil Springs
· Regenerative 4-Wheel Disc Brakes w/4-Wheel ABS, Front Vented Discs, Brake Assist, Hill Hold Control and Electric Parking Brake
· Lithium Polymer Traction Battery

## EXTERIOR

· Wheels: 17" Alloy
· Tires: P215/55R17
· Spare Tire Mobility Kit
· Clearcoat Paint
· Body-Colored Front Bumper w/Metal-Look Bumper Insert
· Body-Colored Rear Bumper
· Metal-Look Bodyside Insert
· Chrome Side Windows Trim and Chrome Rear Window Trim
· Chrome Door Handles
· Body-Colored Power Heated Side Mirrors w/Power Folding and Turn Signal Indicator
· Fixed Rear Window w/Defroster
· Light Tinted Glass
· Variable Intermittent Wipers
· Front Windshield -inc: Sun Visor Strip
· Fully Galvanized Steel Panels
· Black Grille w/Chrome Surround
· Trunk Rear Cargo Access
· Fully Automatic Projector Beam High Intensity Low Beam Auto-Leveling Headlamps w/Delay-Off
· Front Fog Lamps
· Perimeter/Approach Lights
· LED Brakelights
· Laminated Glass

## ENTERTAINMENT

· 6 Speakers
· Window Grid Diversity Antenna
· 2 LCD Monitors In The Front
· Siriusxm Traffic Real-Time Traffic Display

## INTERIOR

· Heated & Ventilated Front Seats -inc: 10-way power adjustable driver's seat w/power lumbar support, driver seat memory and 4-way power front passenger seat
· Bucket Front Seats

· Manual Tilt/Telescoping Steering Column
· Front Cupholder
· Rear Cupholder
· Remote Releases -Inc: Power Cargo Access and Power Fuel
· Cruise Control w/Steering Wheel Controls
· Dual Zone Front Automatic Air Conditioning
· HVAC -inc: Underseat Ducts and Console Ducts
· Illuminated Glove Box
· Driver Foot Rest
· Interior Trim -inc: Leatherette Instrument Panel Insert, Metal-Look Door Panel Insert and Chrome/Metal-Look Interior Accents
· Full Cloth Headliner
· Leatherette Door Trim Insert
· Leather Gear Shift Knob
· Day-Night Auto-Dimming Rearview Mirror
· Driver And Passenger Visor Vanity Mirrors w/Driver And Passenger Illumination
· Full Floor Console w/Covered Storage, Mini Overhead Console w/Storage and 2 12V DC Power Outlets
· Front And Rear Map Lights
· Fade-To-Off Interior Lighting
· Full Carpet Floor Covering -inc: Carpet Front And Rear Floor Mats
· Carpet Floor Trim and Carpet Trunk Lid/Rear Cargo Door Trim
· Cargo Features -inc: Spare Tire Mobility Kit
· Cargo Space Lights
· Smart Device Integration
· Refrigerated/Cooled Box Located In The Glovebox, Driver / Passenger And Rear Door Bins
· Delayed Accessory Power
· Outside Temp Gauge
· Digital/Analog Display
· Manual w/Tilt Front Head Restraints and Manual Adjustable Rear Head Restraints
· 1 Seatback Storage Pocket
· Perimeter Alarm
· 2 12V DC Power Outlets
· Air Filtration

## SAFETY

· Side Impact Beams
· Dual Stage Driver And Passenger Seat-Mounted Side Airbags
· Tire Specific Low Tire Pressure Warning
· Dual Stage Driver And Passenger Front Airbags
· Curtain 1st And 2nd Row Airbags
· Airbag Occupancy Sensor
· Rear Child Safety Locks
· Outboard Front Lap And Shoulder Safety Belts -inc: Rear Center 3 Point, Height Adjusters and Pretensioners
· Back-Up Camera

| CITY MPG |  | HIGHWAY MPG |
| --- | --- | --- |
| **35** | | **39** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| MSRP | **$32,150.00** |
| --- | --- |
| **INSTALLED OPTIONS** | |
| Aurora Black Pearl | $295 |
| Black, Leather Seat Trim | $0 |
| Cargo Net | $50 |
| Original Shipping Charge | $825 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $33,320.00 |

## Get more information on your smartphone:





| | |
|---|---|
| Year:  2016 | Engine:  4 Cylinder Engine |
| Make:  Kia | Transmission:  6-Speed A/T |
| Model:  Optima Hybrid 4dr Sdn | Exterior:  Aluminum Silver |
| VIN:  KNAGM4AD9G5096054 | Interior:  Black |

## MECHANICAL

· Front-Wheel Drive
· 3.32 Axle Ratio
· 54-Amp/Hr Maintenance-Free Battery w/Run Down Protection
· Hybrid Electric Motor
· Gas-Pressurized Shock Absorbers
· Front And Rear Anti-Roll Bars
· Electric Power-Assist Speed-Sensing Steering
· 17.2 Gal. Fuel Tank
· Single Stainless Steel Exhaust
· Strut Front Suspension w/Coil Springs
· Multi-Link Rear Suspension w/Coil Springs
· Regenerative 4-Wheel Disc Brakes w/4-Wheel ABS, Front Vented Discs, Brake Assist and Hill Hold Control
· Lithium Polymer Traction Battery

## EXTERIOR

· Wheels: 16" Alloy
· Tires: P205/65R16
· Spare Tire Mobility Kit
· Clearcoat Paint
· Body-Colored Front Bumper w/Metal-Look Bumper Insert
· Body-Colored Rear Bumper
· Metal-Look Bodyside Insert
· Chrome Side Windows Trim and Chrome Rear Window Trim
· Chrome Door Handles
· Body-Colored Power Heated Side Mirrors w/Manual Folding and Turn Signal Indicator
· Fixed Rear Window w/Defroster
· Light Tinted Glass
· Variable Intermittent Wipers
· Front Windshield -inc: Sun Visor Strip
· Fully Galvanized Steel Panels
· Black Grille w/Chrome Surround
· Trunk Rear Cargo Access
· Fully Automatic Projector Beam Halogen Headlamps w/Delay-Off
· Front Fog Lamps
· Perimeter/Approach Lights
· LED Brakelights

## ENTERTAINMENT

· Radio: AM/FM/CD/MP3 Audio System -inc: 6 speakers, Sirius satellite radio, USB/auxiliary input jacks and Bluetooth connectivity
· Radio w/Seek-Scan, Clock, Speed Compensated Volume Control and Steering Wheel Controls
· Window Grid Antenna
· 1 LCD Monitor In The Front

## INTERIOR

· Front Bucket Seats -inc: power driver lumbar support
· Driver Seat
· Passenger Seat
· Bench Front Facing Rear Seat
· Manual Tilt/Telescoping Steering Column
· Gauges -inc: Speedometer, Odometer, Engine Coolant Temp, Tachometer, Traction Battery Level, Power/Regen, Trip Odometer and Trip Computer
· Power Rear Windows
· Leather Steering Wheel
· Front Cupholder

· Rear Cupholder
· Proximity Key For Doors And Push Button Start
· Remote Keyless Entry w/Integrated Key Transmitter, Illuminated Entry, Illuminated Ignition Switch and Panic Button
· Remote Releases -Inc: Power Cargo Access and Power Fuel
· Cruise Control w/Steering Wheel Controls
· Dual Zone Front Automatic Air Conditioning
· HVAC -inc: Underseat Ducts and Console Ducts
· Illuminated Glove Box
· Driver Foot Rest
· Interior Trim -inc: Metal-Look Door Panel Insert and Chrome/Metal-Look Interior Accents
· Full Cloth Headliner
· Cloth Door Trim Insert
· Leather Gear Shift Knob
· Cloth Seat Trim -inc: Clean Tex technology
· Day-Night Rearview Mirror
· Driver And Passenger Visor Vanity Mirrors w/Driver And Passenger Illumination
· Full Floor Console w/Covered Storage, Mini Overhead Console w/Storage and 2 12V DC Power Outlets
· Front And Rear Map Lights
· Fade-To-Off Interior Lighting
· Full Carpet Floor Covering -inc: Carpet Front And Rear Floor Mats
· Carpet Floor Trim and Carpet Trunk Lid/Rear Cargo Door Trim
· Cargo Features -inc: Spare Tire Mobility Kit
· Cargo Space Lights
· FOB Controls -inc: Trunk/Hatch/Tailgate
· Instrument Panel Bin, Refrigerated/Cooled Box Located In The Glovebox, Driver / Passenger And Rear Door Bins
· Power 1st Row Windows w/Driver And Passenger 1-Touch Up/Down
· Delayed Accessory Power
· Power Door Locks w/Autolock Feature
· Trip Computer
· Outside Temp Gauge
· Digital/Analog Display
· Manual w/Tilt Front Head Restraints and Manual Adjustable Rear Head Restraints
· Front Center Armrest and Rear Center Armrest w/Pass-Thru
· 1 Seatback Storage Pocket
· Perimeter Alarm
· 2 12V DC Power Outlets
· Air Filtration

## SAFETY

· Electronic Stability Control
· ABS And Driveline Traction Control
· Side Impact Beams
· Dual Stage Driver And Passenger Seat-Mounted Side Airbags
· Tire Specific Low Tire Pressure Warning
· Dual Stage Driver And Passenger Front Airbags
· Curtain 1st And 2nd Row Airbags
· Airbag Occupancy Sensor
· Rear Child Safety Locks
· Outboard Front Lap And Shoulder Safety Belts -inc: Rear Center 3 Point, Height Adjusters and Pretensioners



| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| 36 | | 40 |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| MSRP | **$25,995.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| Aluminum Silver | $0 |
| Black, Cloth Seat Trim | $0 |
|   ● Clean Tex technology | |
| Original Shipping Charge | $850 |
| **RETAIL PRICE (ORIGINALLY NEW)** | **$26,845.00** |

### Get more information on your smartphone:



# IE Auto X - Colton

ieautox.com
909-839-6779

| | |
|---|---|
| Year:  2012 | Engine:  V6 Cylinder Engine |
| Make:  Kia | Transmission:  6-Speed A/T |
| Model:  Sedona 4dr Wgn LX | Exterior:  Bright Silver |
| VIN:  KNDMG4C78C6430695 | Interior:  Gray |

## MECHANICAL

· 3.5L V6 engine
· 6-speed automatic Tiptronic transmission w/Sportmatic
· Front wheel drive
· Battery saver
· MacPherson strut front suspension w/coil springs
· Multi-link rear suspension w/coil springs
· Pwr steering
· Front/rear disc brakes

## EXTERIOR

· P225/70R16 tires
· Temporary spare tire
· Roof rails
· Body-color bumpers -inc: rear step plate
· Body-color side molding & sills
· Body-color rear garnish
· Body-color door glass outline w/black taping
· Projection-type headlights
· High-mounted LED stop lamp
· Body-color pwr mirrors -inc: integrated turn signals
· Heated tinted front windshield w/sunband -inc: tinted front door windows
· Rear privacy glass
· Variable intermittent front windshield wipers w/time adjuster
· Rear window intermittent wiper/washer
· Body-color door handles

## ENTERTAINMENT

· (6) speakers
· SIRIUS satellite radio
· Bluetooth w/voice recognition
· Roof-mounted antenna

## INTERIOR

· 3rd row double-reclining 60/40 split-folding bench seat -inc: adjustable headrests, fold-in-the-floor capability
· Double raschel cloth seat trim
· Carpeted floor mats

· 4-spoke tilt steering wheel w/audio controls
· EcoMinder indicator
· Auto cruise control
· Front/rear manual air conditioning -inc: rear seat ducts, air filter
· Electric rear window defroster w/timer
· Lockable illuminated glove box
· Illuminated cigar lighter
· Color-keyed door handles
· Chrome door handles
· Overhead console -inc: sunglass case, conversation mirror
· Dual visor vanity mirrors
· Assist handles -inc: (1) front, (4) rear
· Cloth roof lining
· Lighting -inc: front courtesy, room lamps in all rows, cargo lamp
· 2nd row reading lamp
· Front seatback pocket
· Side-folding front tray
· (2) sets 3rd row coat hooks
· 3rd row rear shopping hook

## SAFETY

· Anti-lock brakes (ABS) -inc: brake assist (BA), electronic brake force distribution (EBD)
· Electronic stability control (ESC) w/traction control (TC)
· 2.5-MPH impact bumpers
· Dual front advanced airbags -inc: passenger occupancy sensor
· Front seat side mounted airbags
· Front/rear side curtain airbags
· Back-up warning system
· 1st & 2nd row 3-point seat belts for all seating positions -inc: height adjustment for outboard positions
· Rear child door locks
· ISOFIX child seat anchor system
· Tire pressure monitoring system (TPMS)
· Impact-absorbing steering column

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **18** |  Fuel Economy Information | **25** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| **MSRP** | **$24,900.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| Bright Silver | $0 |
| Gray, Seat Trim | $0 |
| Original Shipping Charge | $850 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $25,750.00 |

### Get more information on your smartphone:



# Mullinax Ford New Smyrna Beach

Year: 2014
Make: Kia
Model: Sedona 4dr Wgn LX
VIN: KNDMG4C71E6556657

Engine:  V6 Cylinder Engine
Transmission:  Automatic 6-spd
Exterior:  Silverstone Beige
Interior:  Beige

## MECHANICAL

· 3.041 Axle Ratio
· GVWR: 5,853 lbs
· Front-Wheel Drive
· 80-Amp/Hr 660CCA Maintenance-Free Battery w/Run Down Protection
· 130 Amp Alternator
· Gas-Pressurized Shock Absorbers
· Front And Rear Anti-Roll Bars
· Hydraulic Power-Assist Speed-Sensing Steering
· 19.8 Gal. Fuel Tank
· Single Stainless Steel Exhaust
· Strut Front Suspension w/Coil Springs
· Multi-Link Rear Suspension w/Coil Springs
· 4-Wheel Disc Brakes w/4-Wheel ABS, Front Vented Discs and Brake Assist

## EXTERIOR

· Steel Spare Wheel
· Compact Spare Tire Stored Underbody w/Crankdown
· Clearcoat Paint
· Body-Colored Front Bumper
· Body-Colored Rear Step Bumper
· Body-Colored Bodyside Moldings
· Black Side Windows Trim and Black Front Windshield Trim
· Body-Colored Door Handles
· Body-Colored Power Side Mirrors w/Manual Folding and Turn Signal Indicator
· Fixed Rear Window w/Fixed Interval Wiper and Defroster
· Deep Tinted Glass
· Variable Intermittent Wipers
· Front Windshield -inc: Electrically Heated Glass and Sun Visor Strip
· Fully Galvanized Steel Panels
· Black Grille w/Chrome Surround
· Liftgate Rear Cargo Access
· Roof Rack Rails Only
· Projector Beam Halogen Headlamps
· Front Fog Lamps

## ENTERTAINMENT

· Radio: AM/FM/CD/MP3/SiriusXM Audio System -inc: 6 speakers and USB/auxiliary input jacks
· Radio w/Seek-Scan, Clock and Steering Wheel Controls
· Wireless Streaming
· Fixed Antenna
· Bluetooth Wireless Phone Connectivity

## INTERIOR

· 7-Passenger Seating -inc: 6-way drivers seat w/lumbar support, 6-way adjustable 2nd-row captains chairs and 4-way adjustable front passengers seat
· Removable Front Facing Rear Seat

· Driver And Front Passenger Armrests and Rear Seat Mounted Armrest
· Manual Tilt Steering Column
· Fixed 60-40 Split-Bench 3rd Row Seat Front, Manual Recline, Manual Fold Into Floor, 3 Manual and Adjustable Head Restraints
· Front Cupholder
· Rear Cupholder
· Front Cigar Lighter
· Ashtray
· Remote Releases -Inc: Power Fuel
· Cruise Control w/Steering Wheel Controls
· HVAC -inc: Underseat Ducts and Headliner/Pillar Ducts
· Illuminated Locking Glove Box
· Driver Foot Rest
· Full Cloth Headliner
· Cloth Door Trim Insert
· Urethane Gear Shift Knob
· Day-Night Rearview Mirror
· Driver And Passenger Visor Vanity Mirrors w/Driver And Passenger Auxiliary Mirror
· Mini Overhead Console w/Storage, Conversation Mirror, Attached To Seat Console w/Storage and 3 12V DC Power Outlets
· Front And Rear Map Lights
· Fade-To-Off Interior Lighting
· Full Carpet Floor Covering -inc: Carpet Front And Rear Floor Mats
· Carpet Floor Trim
· Cargo Space Lights
· Instrument Panel Covered Bin, Interior Concealed Storage, Driver And Passenger Door Bins
· Delayed Accessory Power
· Analog Display
· Manual Anti-Whiplash Adjustable Front Head Restraints and Manual Adjustable Rear Head Restraints
· 2 Seatback Storage Pockets
· Perimeter Alarm
· 3 12V DC Power Outlets
· Air Filtration

## SAFETY

· Side Impact Beams
· Dual Stage Driver And Passenger Seat-Mounted Side Airbags
· Rear Parking Sensors
· Low Tire Pressure Warning
· Dual Stage Driver And Passenger Front Airbags
· Curtain 1st, 2nd And 3rd Row Airbags
· Airbag Occupancy Sensor
· Rear Child Safety Locks
· Outboard Front Lap And Shoulder Safety Belts -inc: Height Adjusters and Pretensioners

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **17** |  Fuel Economy Information | **23** |
| | Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition | |

## *New*

| MSRP | **$25,900.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| Silverstone Beige | $0 |
| Beige, Moquette Cloth Seat Trim | $0 |
| Original Shipping Charge | $895 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $26,795.00 |

### Get more information on your smartphone:



# Mullinax Kissimmee

2014LN41BCVT5-A02--D1416X

**Location : D-C-003**



**MITSUBISHI MOTORS**

**2014 LANCER ES**
**4-DOOR SEDAN**
**COSMIC BLUE / BLACK**

2.0L DOHC I4 MIVEC
CONTINUOUSLY VARIABLE TRANSMISSION
50-STATE EMISSIONS STANDARD

**MECHANICAL FEATURES**
- FRONT MACPHERSON STRUTS
- REAR MULTI-LINK SUSPENSION
- ANTI-LOCK BRAKES W/ EBD
- REAR DRUM BRAKES
- FRONT STABILIZER BAR
- ECO DRIVER INDICATOR LIGHT
- ELECTRIC POWER STEERING

**EXTERIOR FEATURES**
- AUTO-OFF HALOGEN HEADLIGHTS
- CHROME ACCENT FRONT GRILLE
- SIDE SILL EXTENSIONS
- COLOR KEYED SIDE-VIEW MIRRORS & DOOR HANDLES
- 205/60 R16 ALL SEASON TIRES
- 16" STEEL WHEELS W/ WHEEL COVERS

**INTERIOR FEATURES**
- AIR CONDITIONING W/ MICRON FILTER
- MULTI-INFORMATION DISPLAY
- HEIGHT ADJUSTABLE STEERING COLUMN
- FRONT MAP LIGHTS
- 6-WAY ADJUSTABLE DRIVER SEAT
- CENTER CONSOLE W/ ARMREST
- DRIVER'S SEATBACK POCKET
- 60/40 SPLIT FOLD DOWN REAR SEATBACK
- REAR HEATER FLOOR DUCTS
- FLOOR MATS

**CONVENIENCE FEATURES**
- STEERING WHEEL MOUNTED CRUISE CONTROL & AUDIO SWITCHES
- CD/MP3 AUDIO HEAD UNIT W/ 4 SPEAKERS
- RETRACTABLE ASSIST GRIPS
- DUAL FRONT CUP HOLDERS
- REAR CENTER ARMREST W/ CUP HOLDERS
- POWER DOOR LOCKS, WINDOWS, & SIDE-VIEW MIRRORS
- 12 VOLT ACCESSORY OUTLET
- REMOTE KEYLESS ENTRY SYSTEM
- PREWIRED FOR BLUETOOTH® (ADDITIONAL EQUIPMENT REQUIRED)

**SAFETY & SECURITY FEATURES**
- ADVANCED DUAL FRONT AIRBAGS
- FRONT SEAT MOUNTED SIDE AIRBAGS
- SIDE CURTAIN AIRBAGS
- DRIVER'S SIDE KNEE AIRBAG
- FRONT CRUMPLE ZONES
- ADJUSTABLE REAR HEADRESTS
- LATCH SYSTEM FOR CHILD SEATS
- TIRE PRESSURE MONITORING SYSTEM
- ENGINE IMMOBILIZER
- ANTI-THEFT ALARM SYSTEM
- ACTIVE STABILITY CONTROL
- TRACTION CONTROL

**Optional Equipment**

| | |
|---|---|
| FULL TANK OF GAS | INCLUDED |
| FUSE HANDSFREE LINK SYSTEM® | $405.00 |
| ▪ W/ USB PORT | |

| | |
|---|---|
| MSRP*: | $18,095.00 |
| Total Optional Equipment: | $405.00 |
| Subtotal: | $18,500.00 |
| Destination/Handling: | $810.00 |
| Total MSRP*: | $19,310.00 |
| *MSRP (Manufacturer's Suggested Retail Price) | |

**Visit us at www.mitsubishicars.com**



**EPA DOT** **Fuel Economy and Environment**    **Gasoline Vehicle**

**Fuel Economy**

**29 MPG**
combined city/hwy

**26** city   **34** highway

Compact Cars range from 14 to 105 MPG. The best vehicle rates 119 MPGe.

**3.4** gallons per 100 miles

**You save $2,500 in fuel costs over 5 years** compared to the average new vehicle.

**Annual fuel cost**
**$1,800**

**Fuel Economy & Greenhouse Gas Rating** (tailpipe only)   **7**   **Smog Rating** (tailpipe only)   **5**

1 — 10 Best     1 — 10 Best

This vehicle emits 307 grams CO₂ per mile. The best emits 0 grams per mile (tailpipe only). Producing and distributing fuel also create emissions; learn more at fueleconomy.gov.

Actual results will vary for many reasons, including driving conditions and how you drive and maintain your vehicle. The average new vehicle gets 23 MPG and costs $11,500 to fuel over 5 years. Cost estimates are based on 15,000 miles per year at $3.50 per gallon. MPGe is miles per gasoline gallon equivalent. Vehicle emissions are a significant cause of climate change and smog.

**fueleconomy.gov**
Calculate personalized estimates and compare vehicles

**Smartphone QR Code™**



**GOVERNMENT 5-STAR SAFETY RATINGS**

**Overall Vehicle Score** ★★★★
Based on the combined ratings of frontal, side and rollover.
Should ONLY be compared to other vehicles of similar size and weight.

**Frontal Crash**    Driver ★★★★★    Passenger ★★★★
Based on the risk of injury in a frontal impact.
Should ONLY be compared to other vehicles of similar size and weight.

**Side Crash**    Front seat ★★★★★    Rear seat ★★★
Based on the risk of injury in a side impact.

**Rollover** ★★★★
Based on the risk of rollover in a single-vehicle crash.

Star ratings range from 1 to 5 stars (★★★★★) with 5 being the highest.
Source: National Highway Traffic Safety Administration (NHTSA).
www.safercar.gov or 1-888-327-4236



**10-year 100,000-mile LIMITED POWERTRAIN WARRANTY**

10 year/100,000 mile
POWERTRAIN

5 year/60,000 mile
BUMPER-TO-BUMPER

7 year/100,000 mile
ANTI-CORROSION/PERFORATION

5 year/UNLIMITED mile
ROADSIDE ASSISTANCE

*See participating Retailer for Limited Warranty and Roadside Assistance terms and conditions.

**Parts Content Information**

For vehicles in this carline:

U.S./Canadian Parts Content: 1%

Major Sources of Foreign Parts Content: JAPAN 97%

For this vehicle:
Final Assembly Point: KURASHIKI, JAPAN

Country of Origin:
Engine: JAPAN     Transmission: JAPAN

Note: Parts content does not include final assembly, distribution, or other non-parts costs.

| | |
|---|---|
| Cumulative Accessory Weight is   5.9 lbs | |

Method of Transport: RAIL
Plant/Port of Entry: TACOMA, WA


VIN : JA32U2FU3EU022723
Route Code : RKC

Gasoline, license and title fees, applicable federal, state and local taxes and dealer and distributor installed options and accessories are not included in the manufacturer's suggested retail price. This label has been applied to this vehicle pursuant to federal law and cannot be moved or altered prior to delivery to the ultimate purchaser.

**Cumulative Accessory Weight is   5.9 lbs**

**2015LN41BCVTC-A02--A3147X**

Location :



**MITSUBISHI MOTORS**

**2015 LANCER ES**
**4-DOOR SEDAN**
**APEX SILVER / BLACK**

2.0L DOHC I4 MIVEC
CONTINUOUSLY VARIABLE TRANSMISSION
CALIFORNIA EMISSIONS STANDARD

Optional Equipment

**Mechanical Features**
- 2.0L MIVEC DOHC 16-valve 4-cylinder
- Electric Power Steering
- MacPherson strut front suspension with stabilizer bar
- Multi-link rear suspension
- Front Wheel Drive (FWD)

**Exterior Features**
- Auto-off halogen headlights
- High mount rear stop light
- Rear combination taillights
- Side air dams
- Color-keyed power side-view mirrors with turn indicators
- Heated side-view mirrors
- Color-keyed outer door handles
- Front upper grille with chrome accents
- Short pole antenna
- Front windshield variable intermittent wipers and washers
- Rear window defroster with timer
- 16" steel wheel with full wheel covers
- P205/60R16 tires
- Space saver temporary spare tire

**Interior Features**
- Monochromatic multi-information display
- ECO Status indicator light (CVT/SST only)
- Front map lights
- Trunk light
- Deluxe fabric seating surfaces
- 6-way adjustable driver's seat
- 4-way adjustable front passenger seat
- Driver's seatback pocket
- 60/40 split folding rear seat
- Rear seat adjustable head restraints
- Manual air-conditioning
- Micron air filtration
- Rear heater floor ducts
- Urethane-wrapped steering wheel with silver accent
- Adjustable tilt steering wheel
- Silver painted meter bezel
- Urethane shift knob
- Dark silver painted I/P and front door accents
- Material-color inner door handle
- Vinyl door trim inserts
- Carpeted floor mats
- Remote trunk and fuel lid release lever

**Convenience Features**
- 140-watt AM/FM/CD/MP3 audio system with 4 speakers
- Steering wheel mounted audio and cruise controls.

**Convenience Features (cont'd)**
- Prewired for Bluetooth® (additional equipment required)
- Keyless entry with panic alarm feature
- Power windows with driver's side auto down/up
- Power door locks
- 12-volt accessory outlets
- Floor center console box with armrest lid
- Front cup holders
- Door trim pocket with bottle holder
- Rear center armrest with cup holders

**Safety & Security**
- Anti-lock Braking System with Electronic Brakeforce Distribution and brake assist
- Active Stability Control
- Traction Control Logic
- Tire Pressure Monitoring System
- Side curtain airbags
- Front seat-mounted side airbags
- Driver's side knee airbag
- Advanced dual-stage front airbags with occupant seat position sensors
- Three-point seatbelts and head restraints for all seating positions
- Height-adjustable front shoulder belts with pretensioner
- LATCH child-restraint system
- Child safety rear door locks
- Anti-theft security alarm system
- Anti-theft engine immobilizer
- RISE body construction

**MSRP\*:** $18,295.00
**Total Optional Equipment:** $.00
**Subtotal:** $18,295.00
**Destination/Handling:** $810.00
**Total MSRP\*:** $19,105.00
*MSRP (Manufacturer's Suggested Retail Price)*

**This vehicle is equipped with bumpers that can withstand an impact of 2.5 miles per hour with no damage to the vehicle's body and safety systems, although the bumper and related components may sustain damage. The bumper system on this vehicle conforms to the current federal bumper standard of 2.5 miles per hour.**

Visit us at www.mitsubishicars.com

---



**EPA DOT** **Fuel Economy and Environment** **Gasoline Vehicle**

**Fuel Economy**

## 29 MPG
combined city/hwy

**26** city    **34** highway

Compact Cars range from 14 to 116 MPG. The best vehicle rates 119 MPGe.

**3.4** gallons per 100 miles

**You save $2,000 in fuel costs over 5 years** compared to the average new vehicle.

**Annual fuel cost**
## $1,800

**Fuel Economy & Greenhouse Gas Rating** (tailpipe only)

**1** **7** **10** Best

This vehicle emits 306 grams CO₂ per mile. The best emits 0 grams per mile (tailpipe only). Producing and distributing fuel also create emissions; learn more at fueleconomy.gov.

**Smog Rating** (tailpipe only)

**1** **5** **10** Best

Actual results will vary for many reasons, including driving conditions and how you drive and maintain your vehicle. The average new vehicle gets 24 MPG and costs $11,000 to fuel over 5 years. Cost estimates are based on 15,000 miles per year at $3.50 per gallon. MPGe is miles per gasoline gallon equivalent. Vehicle emissions are a significant cause of climate change and smog.

**fueleconomy.gov**
Calculate personalized estimates and compare vehicles

Smartphone QR Code™

---

**10-year 100,000-mile LIMITED POWERTRAIN WARRANTY**

10ᵞᴿ/100,000ᴹᴵ POWERTRAIN
5ᵞᴿ/60,000ᴹᴵ BUMPER-TO-BUMPER

10ᵞᴿ/100,000ᴹᴵ ANTI-CORROSION/PERFORATION
5ᵞᴿ/UNLIMITEDᴹᴵ ROADSIDE ASSISTANCE

*See participating Retailer for Limited Warranty and Roadside Assistance terms and conditions.*

**Parts Content Information**

For vehicles in this carline:
U.S./Canadian Parts Content: **1%**
Major Sources of Foreign Parts Content: **JAPAN 97%**

For this vehicle:
Final Assembly Point: **KURASHIKI, JAPAN**

Country of Origin:
Engine: **JAPAN**    Transmission: **JAPAN**

Note: Parts content does not include final assembly, distribution, or other non-parts costs.

---

**GOVERNMENT 5-STAR SAFETY RATINGS**

**Overall Vehicle Score** ★★★★
Based on the combined ratings of frontal, side and rollover. Should ONLY be compared to other vehicles of similar size and weight.

**Frontal Crash**    Driver ★★★★★    Passenger ★★★★
Based on the risk of injury in a frontal impact. Should ONLY be compared to other vehicles of similar size and weight.

**Side Crash**    Front seat ★★★★★    Rear seat ★★★
Based on the risk of injury in a side impact.

**Rollover** ★★★★
Based on the risk of rollover in a single-vehicle crash.

Star ratings range from 1 to 5 stars (★★★★★) with 5 being the highest. Source: National Highway Traffic Safety Administration (NHTSA). www.safercar.gov or 1-888-327-4236

---



**Cumulative Accessory Weight is   5.5 lbs**

Method of Transport: **TRUCK**
Plant/Port of Entry: **HUENEME, CA**

VIN : **JA32U2FU4FU009481**
Route Code : **TMP**

Gasoline, license and title fees, applicable federal, state and local taxes and dealer and distributor installed options and accessories are not included in the manufacturer's suggested retail price. This label has been applied to this vehicle pursuant to federal law and cannot be moved or altered prior to delivery to the ultimate purchaser.

**Cumulative Accessory Weight is   5.5 lbs**

2016LN41ACVTF-A02--P2644L

Location : L2L33



## MITSUBISHI MOTORS

**2016 LANCER 2.0 ES**
**4-DOOR SEDAN**
**RALLY RED / BLACK**

2.0L DOHC I4 MIVEC
CONTINUOUSLY VARIABLE TRANSMISSION
FEDERAL EMISSIONS STANDARD

**Mechanical Features**
- 2.0L MIVEC DOHC 16-valve 4-cylinder
- Electric Power Steering
- MacPherson strut front suspension with stabilizer bar
- Multi-link rear suspension
- Front Wheel Drive (FWD)

**Exterior Features**
- Auto-off halogen headlights
- Fog lights
- LED running lights
- High mount rear stop light
- Rear combination taillights
- Side air dams
- Color-keyed power side-view mirrors with turn indicators
- Heated side-view mirrors
- Color-keyed outer door handles
- Short pole antenna
- Front windshield variable intermittent wipers and washers
- Rear window defroster with timer
- 16-inch alloy wheels
- P205/60R16 tires
- Space saver temporary spare tire

**Interior Features**
- Color LCD multi-information display
- High-contrast speedometer/ tachometer gauge cluster
- Front map lights
- Trunk light
- Fabric seating surfaces
- 6-way adjustable driver's seat
- 4-way adjustable front passenger seat
- Driver's seatback pocket
- 60/40 split folding rear seat
- Rear seat adjustable head restraints
- Automatic climate control
- Micron air filtration
- Rear heater floor ducts
- Adjustable tilt steering wheel
- Silver painted meter bezel
- Gloss black I/P and front door accents
- Soft-touch front upper door trim
- Chrome-plated inside door handle
- Carpeted floor mats

**Convenience Features**
- 140-watt AM/FM/CD/MP3 audio system with 4 speakers
- FUSE Hands-free Link System® with Bluetooth® technology, and USB port
- Steering wheel mounted audio, cruise control, and Bluetooth® hands-free system controls
- Keyless entry with panic alarm feature
- Power windows with driver's side auto up/down
- Power door locks
- 12-volt accessory outlets
- Floor center console box with armrest lid
- Front lower console accessory box

**Convenience Features (cont'd)**
- Front cup holders
- Door trim pocket with bottle holder
- Rear center armrest with cup holders

**Safety & Security**
- Anti-lock Braking System with Electronic Brakeforce Distribution and brake assist
- Active Stability Control
- Traction Control Logic
- Tire Pressure Monitoring System
- Front seat-mounted side airbags
- Side curtain airbags
- Driver's side knee airbag
- Advanced dual-stage front airbags with occupant seat position sensors
- Three-point seatbelts and head restraints for all seating positions
- Height-adjustable front shoulder belts with pretensioner
- LATCH child-restraint system
- Child safety rear door locks
- Anti-theft security alarm system
- Anti-theft engine immobilizer
- RISE body construction

**Optional Equipment**

| | |
|---|---|
| FULL TANK OF GAS | INCLUDED |
| ACCY REAR LIP SPOILER | $290.00 |
| ACCY WHEEL LOCKS | $55.00 |
| ACCY LED FOG LIGHTS | $320.00 |

| | |
|---|---|
| MSRP*: | $18,595.00 |
| Total Optional Equipment: | $665.00 |
| Subtotal: | $19,260.00 |
| Destination/Handling: | $835.00 |
| **Total MSRP*:** | **$20,095.00** |

*MSRP (Manufacturer's Suggested Retail Price)

**Visit us at www.mitsubishicars.com**

---

## EPA DOT Fuel Economy and Environment

Gasoline Vehicle

**Fuel Economy**

### 30 MPG
combined city/hwy

27 city

35 highway

Compact Cars range from 14 to 116 MPG. The best vehicle rates 119 MPGe.

**3.3** gallons per 100 miles

**You save $1,500 in fuel costs over 5 years** compared to the average new vehicle.

**Annual fuel cost**
## $1,500

**Fuel Economy & Greenhouse Gas Rating** (tailpipe only)

7

1 ————————— 10 Best

**Smog Rating** (tailpipe only)

5

1 ————————— 10 Best

This vehicle emits 293 grams CO₂ per mile. The best emits 0 grams per mile (tailpipe only). Producing and distributing fuel also create emissions; learn more at fueleconomy.gov.

Actual results will vary for many reasons, including driving conditions and how you drive and maintain your vehicle. The average new vehicle gets 25 MPG and costs $9,000 to fuel over 5 years. Cost estimates are based on 15,000 miles per year at $3.00 per gallon. MPGe is miles per gasoline gallon equivalent. Vehicle emissions are a significant cause of climate change and smog.

## fueleconomy.gov
Calculate personalized estimates and compare vehicles

Smartphone QR Code™

---

**10-year 100,000-mile LIMITED POWERTRAIN WARRANTY**

| | |
|---|---|
| 10ᵧᵉᵃʳ/100,000ᴹᴵᴸᴱ POWERTRAIN | 7ᵧᵉᵃʳ/100,000ᴹᴵᴸᴱ ANTI-CORROSION/PERFORATION |
| 5ᵧᵉᵃʳ/60,000ᴹᴵᴸᴱ BUMPER-TO-BUMPER | 5ᵧᵉᵃʳ/UNLIMITED ROADSIDE ASSISTANCE |

*See participating Retailer for Limited Warranty and Roadside Assistance terms and conditions.

**Parts Content Information**

For vehicles in this carline:
U.S./Canadian Parts Content: **1%**

Major Sources of Foreign Parts Content: **JAPAN 97%**

For this vehicle:
Final Assembly Point: **KURASHIKI, JAPAN**

Country of Origin:
Engine: **JAPAN**   Transmission: **JAPAN**

Note: Parts content does not include final assembly, distribution, or other non-parts costs.

---

## GOVERNMENT 5-STAR SAFETY RATINGS

**Overall Vehicle Score** ★★★★
Based on the combined ratings of frontal, side and rollover.
Should ONLY be compared to other vehicles of similar size and weight.

**Frontal Crash**
Driver ★★★★★
Passenger ★★★★
Based on the risk of injury in a frontal impact.
Should ONLY be compared to other vehicles of similar size and weight.

**Side Crash**
Front seat ★★★★★
Rear seat ★★★★★
Based on the risk of injury in a side impact.

**Rollover** ★★★★
Based on the risk of rollover in a single-vehicle crash.

Star ratings range from 1 to 5 stars (★★★★★) with 5 being the highest.
Source: National Highway Traffic Safety Administration (NHTSA).
www.safercar.gov or 1-888-327-4236

---

| | | |
|---|---|---|
| Cumulative Accessory Weight is   12.4 lbs | Method of Transport: | TRUCK |
| | Plant/Port of Entry: | JACKSONVILLE,FL |

VIN : **JA32U2FU5GU009863**
Route Code : THT

Gasoline, license and title fees, applicable federal, state and local taxes and dealer and distributor installed options and accessories are not included in the manufacturer's suggested retail price. This label has been applied to this vehicle pursuant to federal law and cannot be moved or altered prior to delivery to the ultimate purchaser.



**Cumulative Accessory Weight is   12.4 lbs**

2017LN41ACVT5-A01--U1772X

Location : E304



**MITSUBISHI MOTORS**

**2017 LANCER 2.0 ES**
**4-DOOR SEDAN**
**MERCURY GRAY / BLACK**

2.0L DOHC I4 MIVEC
CONTINUOUSLY VARIABLE TRANSMISSION
50-STATE EMISSIONS STANDARD

**Mechanical Features**
- 2.0L MIVEC DOHC 16-valve 4-cylinder
- Electric Power Steering
- MacPherson strut front suspension with stabilizer bar
- Multi-link rear suspension
- Front Wheel Drive (FWD)

**Exterior Features**
- Auto-off halogen headlights
- Fog lights
- LED running lights
- High mount rear stop light
- Rear combination taillights
- Side air dams
- Color-keyed power side-view mirrors with turn indicators
- Heated side-view mirrors
- Color-keyed outer door handles
- Short pole antenna
- Front windshield variable intermittent wipers and washers
- Rear window defroster with timer
- 16-inch two-tone alloy wheels
- P205/60R16 tires
- Space saver temporary spare tire

**Interior Features**
- Color LCD multi-information display
- High-contrast speedometer/ tachometer gauge cluster
- Key cylinder illumination
- Front map lights
- Trunk light
- Fabric seating surfaces
- 6-way adjustable driver's seat
- 4-way adjustable front passenger seat
- Driver's seatback pocket
- 60/40 split folding rear seat
- Rear seat adjustable head restraints
- Automatic climate control
- Micron air filtration
- Rear heater floor ducts
- Adjustable tilt steering wheel
- Silver painted meter bezel
- Gloss black I/P and front door accents
- Soft-touch front upper door trim
- Chrome-plated inside door handle
- Carpeted floor mats

**Convenience Features**
- 6.1" Touch panel display audio system
- 4 speaker audio system
- FUSE Hands-free Link System® with Bluetooth® technology, and USB port
- Rear-view camera system
- Steering wheel mounted audio, cruise control, and Bluetooth® hands-free system controls
- Keyless entry with panic alarm feature
- Power windows with driver's auto up/down
- Power door locks
- 12-volt accessory outlets

**Convenience Features (cont'd)**
- Floor center console box with armrest lid
- Front lower console accessory box
- Front cup holders
- Door trim pocket with bottle holder
- Rear center armrest with cup holders

**Safety & Security**
- Anti-lock Braking System with Electronic Brakeforce Distribution and brake assist
- Active Stability Control
- Traction Control Logic
- Tire Pressure Monitoring System
- Side curtain airbags
- Front seat-mounted side airbags
- Driver's side knee airbag
- Advanced dual-stage front airbags with occupant seat position sensors
- Three-point seatbelts and head restraints for all seating positions
- Height-adjustable front shoulder belts with pretensioner
- LATCH child-restraint system
- Child safety rear door locks
- Anti-theft security alarm system
- Anti-theft engine immobilizer
- RISE body construction

Optional Equipment

MSRP*: $18,795.00
Total Optional Equipment: $.00
Subtotal: $18,795.00
Destination/Handling: $835.00
Total MSRP*: $19,630.00
*MSRP (Manufacturer's Suggested Retail Price)

**Visit us at www.mitsubishicars.com**





Gasoline, license and title fees, applicable federal, state and local taxes and dealer and distributor installed options and accessories are not included in the manufacturer's suggested retail price. This label has been applied to this vehicle pursuant to federal law and cannot be moved or altered prior to delivery to the ultimate purchaser.

Method of Transport: TRUCK
Plant/Port of Entry: JACKSONVILLE,FL

VIN : JA32U2FU4HU005420
Route Code : THT

**Cumulative Accessory Weight is   5.5 lbs**



**Cumulative Accessory Weight is   5.5 lbs**

2014LE41B5MT5-A10--U0284L

**Location : EP57**



**MITSUBISHI MOTORS**

**2014 LANCER EVOLUTION GSR**
**4-DOOR SEDAN**
**PHANTOM BLACK / RECARO BLACK FABRIC**

- 2.0L DOHC I4 MIVEC TURBO
- 5-SPEED O/D MANUAL TRANSMISSION
- 50-STATE EMISSIONS STANDARD

**MECHANICAL FEATURES**
- SUPER ALL WHEEL CONTROL (S-AWC)
- TWIN SCROLL TURBOCHARGER
- FRONT MOUNTED INTERCOOLER
- BREMBO® VENTILATED DISC BRAKES W/ SPORT ABS + EBD
- REAR AIR DIFFUSER
- REAR MOUNTED BATTERY
- INVERTED FRONT SHOCK ABSORBERS
- FRONT STRUT TOWER BAR
- FRONT & REAR STABILIZER BARS
- FRONT HELICAL LIMITED SLIP DIFFERENTIAL
- ACTIVE CENTER DIFFERENTIAL
- ACTIVE YAW CONTROL REAR DIFFERENTIAL

**EXTERIOR FEATURES**
- AUTO-OFF HALOGEN HEADLIGHTS
- FOG LIGHTS
- FLARED FENDERS
- LARGE REAR WING SPOILER
- ALUMINUM ROOF PANEL
- ALUMINUM FRONT FENDERS W/ VENTS
- ALUMINUM HOOD W/ HEAT EXTRACTOR VENTS
- 245/40 R18 YOKOHAMA ADVAN? TIRES
- 18" ALLOY WHEELS

**INTERIOR FEATURES**
- AUTO A/C W/ MICRON FILTER
- LEATHER WRAPPED STEERING WHEEL AND SHIFT KNOB
- HIGH CONTRAST SPORT METER GAUGES
- COLOR MULTI-INFORMATION  DISPLAY
- FRONT MAP LIGHTS
- RECARO® FRONT SPORT SEATS
- CENTER CONSOLE W/ ARMREST STORAGE
- FLOOR MATS

**CONVENIENCE FEATURES**
- STEERING WHEEL MOUNTED CRUISE CONTROL & AUDIO SWITCHES
- 6.1" TOUCH SCREEN DISPLAY AUDIO
- CD/MP3 AUDIO HEAD UNIT W/ 6 SPEAKERS
- FUSE HANDSFREE LINK SYSTEM® W/ USB PORT
- SIRIUSXM® SATELLITE RADIO W/ 3 MONTH SUBSCRIPTION
- DIGITAL HD RADIO®
- DUAL FRONT CUP HOLDERS
- DUAL VISOR VANITY MIRRORS
- POWER DOOR LOCKS, WINDOWS, & SIDE-VIEW MIRRORS
- 12 VOLT ACCESSORY OUTLET
- REMOTE KEYLESS ENTRY SYSTEM

**SAFETY & SECURITY FEATURES**
- ADVANCED DUAL FRONT AIRBAGS
- FRONT SEAT MOUNTED SIDE AIRBAGS
- SIDE CURTAIN AIRBAGS

**SAFETY & SECURITY FEATURES (cont'd)**
- DRIVER'S SIDE KNEE AIRBAG
- ADJUSTABLE REAR HEADRESTS
- LATCH SYSTEM FOR CHILD SEATS
- TIRE PRESSURE MONITORING SYSTEM
- ENGINE IMMOBILIZER
- ACTIVE STABILITY CONTROL
- TRACTION CONTROL

**Optional Equipment**

| | |
|---|---|
| **FULL TANK OF GAS** | **INCLUDED** |
| **PREMIUM PAINT CHARGE** | **$250.00** |
| **SIGHT & SOUND PACKAGE** | **$2,000.00** |

- HID HEADLIGHTS
- 710-WATT ROCKFORD FOSGATE® PREMIUM SOUND SYSTEM W/ 9 SPEAKERS INC 10IN SUBWOOFER W/ PUNCH CONTROL®, DTS® NEURAL SURROUND,PREMIDIA-WIDE SURROUND, AND DOLBY® VOLUME
- FAST KEY ENTRY SYSTEM

| | |
|---|---|
| **EXTERIOR PACKAGE** | **$1,500.00** |

- FRONT, SIDE, AND REAR AIRDAMS
- BRAKE AIR GUIDES
- REAR SPOILER EXTENSION

| | |
|---|---|
| **ACCY RALLIART WHEEL LOCKS** | **$145.00** |

- W/ FLUTED LUGNUTS

| | |
|---|---|
| **INTERIOR PACKAGE (GSR)** | **$425.00** |

- ALUMINUM SMT SHIFT KNOB
- ALUMINUM / LEATHER BRAKE GRIP

| | |
|---|---|
| MSRP*: | **$34,995.00** |
| Total Optional Equipment: | **$4,320.00** |
| Subtotal: | **$39,315.00** |
| Destination/Handling: | **$810.00** |
| **Total MSRP*:** | **$40,125.00** |

*MSRP (Manufacturer's Suggested Retail Price)

**Visit us at www.mitsubishicars.com**

---

**EPA DOT**  **Fuel Economy and Environment**   **Gasoline Vehicle**

**Fuel Economy**

# 19 MPG

combined city/hwy

**17** city   **23** highway

Compact Cars range from 14 to 105 MPG. The best vehicle rates 119 MPGe.

**5.3** gallons per 100 miles

**You spend $3,250 more in fuel costs over 5 years** compared to the average new vehicle.

**Annual fuel cost**
# $2,950

**Fuel Economy & Greenhouse Gas Rating** (tailpipe only)


4

| 1 | | 10 |
|---|---|---|
| | | Best |

**Smog Rating** (tailpipe only)

5

| 1 | | 10 |
|---|---|---|
| | | Best |

This vehicle emits 464 grams CO2 per mile.  The best emits 0 grams per mile (tailpipe only).  Producing and distributing fuel also create emissions; learn more at fueleconomy.gov.

Actual results will vary for many reasons, including driving conditions and how you drive and maintain your vehicle. The average new vehicle gets 23 MPG and costs $11,500 to fuel over 5 years.  Cost estimates are based on 15,000 miles per year at $3.75 per gallon.  MPGe is miles per gasoline gallon equivalent.  Vehicle emissions are a significant cause of climate change and smog.

**fueleconomy.gov**
Calculate personalized estimates and compare vehicles

**Smartphone QR Code™**

---

**5-year 60,000-mile LIMITED POWERTRAIN WARRANTY**

5year/60,000MILE POWERTRAIN

3year/36,000MILE BUMPER-TO-BUMPER

7year/100,000MILE ANTI-CORROSION/PERFORATION

5year/UNLIMITED ROADSIDE ASSISTANCE

*See participating Retailer for Limited Warranty and Roadside Assistance terms and conditions.

**Parts Content Information**

For vehicles in this carline:

U.S./Canadian Parts Content: **0%**

Major Sources of Foreign Parts Content: **JAPAN 96%**

For this vehicle:

Final Assembly Point: **KURASHIKI, JAPAN**

Country of Origin:
Engine: **JAPAN**
Transmission: **JAPAN**

Note: Parts content does not include final assembly, distribution, or other non-parts costs.

---

**GOVERNMENT 5-STAR SAFETY RATINGS**

This vehicle has not been rated by the government for overall vehicle score, frontal crash, side crash, or rollover risk.

**Source: National Highway Traffic Safety Administration (NHTSA). www.safercar.gov or 1-888-327-4236**



**MITSUBISHI MOTORS**

**VIN   : JA32W8FV9EU025065**

| Method of Transport: | TRUCK |
|---|---|
| Plant/Port of Entry: | JACKSONVILLE,FL |

**Route Code : THT**

Cumulative Accessory Weight is   40.0 lbs

Gasoline, license and title fees, applicable federal, state and local taxes and dealer and distributor installed options and accessories are not included in the manufacturer's suggested retail price.  This label has been applied to this vehicle pursuant to federal law and cannot be altered prior to delivery to the ultimate purchaser.

**Cumulative Accessory Weight is    40.0 lbs**

Year:   2013
Make:   Toyota
Model:   Avalon LIMITED
VIN:   4T1BK1EB6DU020105

Engine:   V6 Cylinder Engine
Transmission:   6AT
Exterior:   Moulin Rouge Mica
Interior:   Almond

## MECHANICAL

· 3.5L DOHC EFI 24-valve V6 engine
· Dual variable valve timing w/intelligence
· Push button start
· 6-speed automatic transmission w/sequential shift -inc: flex-start lock-up clutch, transmission fluid warmer
· Front wheel drive
· Battery saver
· MacPherson strut front suspension -inc: offset coil springs, stabilizer bar
· Dual-link independent MacPherson strut rear suspension -inc: offset coil springs, stabilizer bar
· Variable-assist pwr rack & pinion steering
· Pwr ventilated front/solid rear disc brakes
· Dual chrome-tipped integrated exhaust

## EXTERIOR

· Temporary spare tire
· Color-keyed bumpers
· LED taillights
· Acoustic noise-reducing windshield

## INTERIOR

· Rear seat -inc: center armrest w/(2) cup holders, trunk pass through
· Center console w/sliding cover/armrest -inc: storage compartment, dual cup holders, 12V aux pwr outlet
· eBin sliding electronic device holder -inc: wire management feature, illuminated interior storage, aux audio jack, USB port, (2) 12V aux pwr outlets
· Multi-information display -inc: twin tripmeters, outside temp display, fuel economy history, avg fuel economy, distance-to-empty
· Pwr windows -inc: auto up/down, jam protection, retained pwr
· Pwr door locks w/anti-lockout feature
· Pwr trunk & fuel-filler door releases

· Rear defogger w/timer
· Illuminated glove box
· Wood-grain style trim -inc: smoked chrome interior accents & door handles
· Overhead console w/front map lights & sunglasses storage
· Dual sun visors w/illuminated visor vanity mirrors
· Rear passenger reading lamps

## SAFETY

· 4-wheel anti-lock brake system (ABS)
· Smart stop technology
· Electronic brakeforce distribution (EBD) w/brake assist (BA)
· Front/rear crumple zones
· Side-impact door beams
· Driver & front passenger advanced airbags -inc: occupant sensor
· Driver & front passenger seat-mounted side-impact airbags
· Front & rear side curtain airbags
· Driver knee airbag
· 3-point seatbelts for all passenger seating positions -inc: front adjustable shoulder belt anchors, emergency locking retractor (ELR), passenger automatic locking retractors (ALR)
· Outboard front seatbelt pretensioners w/force limiters
· Child restraint system -inc: rear seat lower anchors, tether anchor brackets
· Child protector rear door locks
· Tire pressure monitor system
· Internal trunk-release handle
· Whiplash-lessening front seats

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **21** |  Fuel Economy Information | **31** |

*Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition*

## *New*

| MSRP | **$30,990.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| [FEM] 50 State Emissions | $0 |
| [CF] Carpeted Floor & Cargo Mat Set | $225 |
| Original Shipping Charge | $810 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $32,025.00 |

## Get more information on your smartphone:





floridafinecars.com

| Year:  2014 | Engine:  V6 Cylinder Engine |
| --- | --- |
| Make:  Toyota | Transmission:  6AT |
| Model:  Avalon XLE | Exterior:  Blizzard Pearl |
| VIN:  4T1BK1EB1EU115320 | Interior:  Black |

## MECHANICAL

· Front-Wheel Drive
· 3.24 Axle Ratio
· 582CCA Maintenance-Free Battery w/Run Down Protection
· 4590# Gvwr
· Gas-Pressurized Shock Absorbers
· Front And Rear Anti-Roll Bars
· Electric Power-Assist Speed-Sensing Steering
· 17 Gal. Fuel Tank
· Quasi-Dual Stainless Steel Exhaust w/Chrome Tailpipe Finisher
· Strut Front Suspension w/Coil Springs
· Strut Rear Suspension w/Coil Springs
· 4-Wheel Disc Brakes w/4-Wheel ABS, Front Vented Discs and Brake Assist

## EXTERIOR

· Wheels: 17" x 7.0" 10 Spoke Silver-Painted Alloy
· Tires: P215/55R17 AS
· Steel Spare Wheel
· Compact Spare Tire Mounted Inside Under Cargo
· Clearcoat Paint
· Body-Colored Front Bumper w/Chrome Rub Strip/Fascia Accent
· Body-Colored Rear Bumper w/Black Rub Strip/Fascia Accent
· Chrome Side Windows Trim
· Chrome Door Handles
· Body-Colored Power Heated Side Mirrors w/Manual Folding and Turn Signal Indicator
· Fixed Rear Window w/Defroster
· Light Tinted Glass
· Front Windshield -inc: Sun Visor Strip
· Variable Intermittent Wipers
· Fully Galvanized Steel Panels
· Chrome Grille
· Trunk Rear Cargo Access
· LED Brakelights
· Fully Automatic Projector Beam Halogen Headlamps w/Delay-Off
· Laminated Glass
· De-Content Grade Package

## ENTERTAINMENT

· Radio: Display Audio -inc: 6.1" touch-screen, AM/FM CD player w/MP3/WMA playback capability, 8 speakers, auxiliary audio jack, USB port w/iPod connectivity and control, vehicle information w/customizable settings, and hands-free phone capability, phone book access and music streaming via Bluetooth wireless technology
· Radio w/Seek-Scan, Clock, Speed Compensated Volume Control, Steering Wheel Controls and Radio Data System
· Window Grid Antenna

## INTERIOR

· Multi-Stage Heated Front Bucket Seats -inc: 8-way power adjustable driver's seat w/power lumbar and 4-way power adjustable front passenger seat
· Bench Front Facing Rear Seat
· Manual Tilt/Telescoping Steering Column
· Gauges -inc: Speedometer, Odometer, Engine Coolant Temp, Tachometer, Trip Odometer and Trip Computer
· Power Rear Windows
· Leather Steering Wheel
· Front Cupholder
· Rear Cupholder
· Proximity Key For Doors And Push Button Start
· Valet Function
· Power Fuel Flap Locking Type
· Remote Keyless Entry w/Integrated Key Transmitter, 2 Door Curb/Courtesy, Illuminated Entry, Illuminated Ignition Switch and Panic Button

· Remote Releases -Inc: Power Cargo Access
· Cruise Control w/Steering Wheel Controls
· Dual Zone Front Automatic Air Conditioning
· HVAC -inc: Underseat Ducts and Console Ducts
· Illuminated Locking Glove Box
· Driver Foot Rest
· Interior Trim -inc: Simulated Wood/Metal-Look Instrument Panel Insert, Chrome Interior Accents and Leatherette Upholstered Dashboard
· Full Cloth Headliner
· Leatherette Door Trim Insert
· Leather/Simulated Wood Gear Shift Knob
· Leather Seat Trim
· Driver And Passenger Visor Vanity Mirrors w/Driver And Passenger Illumination
· Day-Night Rearview Mirror
· Inner Mirror EC Delete
· Full Floor Console w/Covered Storage, Mini Overhead Console w/Storage and 3 12V DC Power Outlets
· Front And Rear Map Lights
· Fade-To-Off Interior Lighting
· Full Carpet Floor Covering
· Carpet Floor Trim and Carpet Trunk Lid/Rear Cargo Door Trim
· Cargo Area Concealed Storage
· Cargo Space Lights
· FOB Controls -inc: Trunk/Hatch/Tailgate
· Garage Opener Delete
· Instrument Panel Covered Bin, Driver / Passenger And Rear Door Bins
· Power 1st Row Windows w/Front And Rear 1-Touch Up/Down
· Delayed Accessory Power
· Power Door Locks w/Autolock Feature
· Trip Computer
· Outside Temp Gauge
· Analog Display
· Manual Adjustable Front Head Restraints and Manual Adjustable Rear Head Restraints
· Front Center Armrest and Rear Center Armrest w/Pass-Thru
· 2 Seatback Storage Pockets
· Perimeter Alarm
· 3 12V DC Power Outlets
· Air Filtration

## SAFETY

· Electronic Stability Control
· ABS And Driveline Traction Control
· Side Impact Beams
· Dual Stage Driver And Passenger Seat-Mounted Side Airbags
· Low Tire Pressure Warning
· Dual Stage Driver And Passenger Front Airbags
· Curtain 1st And 2nd Row Airbags
· Airbag Occupancy Sensor
· Driver And Passenger Knee Airbag and Rear Side-Impact Airbag
· Rear Child Safety Locks
· Outboard Front Lap And Shoulder Safety Belts -inc: Rear Center 3 Point, Height Adjusters and Pretensioners
· Back-Up Camera

| CITY MPG | HIGHWAY MPG |
| --- | --- |
| **21** | **31** |



Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| **MSRP** | **$31,590.00** |
| --- | --- |
| **INSTALLED OPTIONS** | |
| [FE0] 50 State Emissions | $0 |
| [XL] Xle Package | $0 |
|   ● 2 door smart key | |
| [PC0] Special Color Blizzard Pearl | $395 |
| Original Shipping Charge | $825 |
| **RETAIL PRICE (ORIGINALLY NEW)** | **$32,810.00** |

## Get more information on your smartphone:




floridafinecars.com

| Year: 2015 | Engine: V6 Cylinder Engine |
| Make: Toyota | Transmission: 6AT |
| Model: Avalon LIMITED | Exterior: Cosmic Gray Mica |
| VIN: 4T1BK1EB4FU174850 | Interior: Black |

## MECHANICAL

· Front-Wheel Drive
· 3.24 Axle Ratio
· 582CCA Maintenance-Free Battery w/Run Down Protection
· 4590# Gvwr
· Gas-Pressurized Shock Absorbers
· Front And Rear Anti-Roll Bars
· Electric Power-Assist Speed-Sensing Steering
· 17 Gal. Fuel Tank
· Quasi-Dual Stainless Steel Exhaust w/Chrome Tailpipe Finisher
· Strut Front Suspension w/Coil Springs
· Strut Rear Suspension w/Coil Springs
· 4-Wheel Disc Brakes w/4-Wheel ABS, Front Vented Discs and Brake Assist

## EXTERIOR

· Steel Spare Wheel
· Compact Spare Tire Mounted Inside Under Cargo
· Clearcoat Paint
· Body-Colored Front Bumper w/Chrome Rub Strip/Fascia Accent
· Body-Colored Rear Bumper w/Black Rub Strip/Fascia Accent
· Chrome Side Windows Trim
· Chrome Door Handles
· Light Tinted Glass
· Front Windshield -inc: Sun Visor Strip
· Fully Galvanized Steel Panels
· Chrome Grille
· Trunk Rear Cargo Access
· LED Brakelights
· Laminated Glass

## ENTERTAINMENT

· Radio w/Seek-Scan, Clock, Speed Compensated Volume Control, Steering Wheel Controls, Voice Activation and Radio Data System
· Window Grid Antenna

## INTERIOR

· Manual Tilt/Telescoping Steering Column
· Leather Steering Wheel
· Front Cupholder
· Rear Cupholder
· Valet Function
· Power Fuel Flap Locking Type

· Remote Releases -Inc: Power Cargo Access
· Cruise Control w/Steering Wheel Controls
· Dual Zone Front Automatic Air Conditioning
· HVAC -inc: Underseat Ducts and Console Ducts
· Illuminated Locking Glove Box
· Driver Foot Rest
· Interior Trim -inc: Simulated Wood/Metal-Look Instrument Panel Insert, Chrome Interior Accents and Leatherette Upholstered Dashboard
· Full Cloth Headliner
· Leatherette Door Trim Insert
· Leather/Simulated Wood Gear Shift Knob
· Driver And Passenger Visor Vanity Mirrors w/Driver And Passenger Illumination
· Full Floor Console w/Covered Storage, Mini Overhead Console w/Storage and 3 12V DC Power Outlets
· Front And Rear Map Lights
· Fade-To-Off Interior Lighting
· Full Carpet Floor Covering
· Carpet Floor Trim and Carpet Trunk Lid/Rear Cargo Door Trim
· Cargo Area Concealed Storage
· Cargo Space Lights
· Instrument Panel Covered Bin, Driver / Passenger And Rear Door Bins
· Delayed Accessory Power
· Outside Temp Gauge
· Analog Display
· Manual Adjustable Front Head Restraints and Manual Adjustable Rear Head Restraints
· Front Center Armrest and Rear Center Armrest w/Pass-Thru
· 2 Seatback Storage Pockets
· Perimeter Alarm
· 3 12V DC Power Outlets
· Air Filtration

## SAFETY

· Side Impact Beams
· Low Tire Pressure Warning
· Dual Stage Driver And Passenger Front Airbags
· Curtain 1st And 2nd Row Airbags
· Airbag Occupancy Sensor
· Rear Child Safety Locks
· Outboard Front Lap And Shoulder Safety Belts -inc: Rear Center 3 Point, Height Adjusters and Pretensioners

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **21** |  Fuel Economy Information | **31** |

*Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition*

## *New*

| MSRP | $39,980.00 |
|---|---|
| **INSTALLED OPTIONS** | |
| [FE0] 50 State Emissions | $0 |
| [CF0] Carpet Floor Mats & Carpet Trunk Mat | $225 |
| Original Shipping Charge | $835 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $41,040.00 |

### Get more information on your smartphone:





| | |
|---|---|
| Year:   2016 | Engine:   V6 Cylinder Engine |
| Make:   Toyota | Transmission:   6AT |
| Model:   Avalon LIMITED | Exterior:   Blizzard Pearl |
| VIN:   4T1BK1EBXGU197003 | Interior:   Light Gray |

## MECHANICAL

· Front-Wheel Drive
· 3.24 Axle Ratio
· 575CCA Maintenance-Free Battery w/Run Down Protection
· 100 Amp Alternator
· 4590# Gvwr
· Gas-Pressurized Shock Absorbers
· Front And Rear Anti-Roll Bars
· Electric Power-Assist Speed-Sensing Steering
· 17 Gal. Fuel Tank
· Quasi-Dual Stainless Steel Exhaust w/Chrome Tailpipe Finisher
· Strut Front Suspension w/Coil Springs
· Strut Rear Suspension w/Coil Springs
· 4-Wheel Disc Brakes w/4-Wheel ABS, Front Vented Discs and Brake Assist

## EXTERIOR

· Steel Spare Wheel
· Compact Spare Tire Mounted Inside Under Cargo
· Clearcoat Paint
· Body-Colored Front Bumper
· Body-Colored Rear Bumper w/Black Rub Strip/Fascia Accent and Chrome Bumper Insert
· Chrome Side Windows Trim
· Chrome Door Handles
· Light Tinted Glass
· Front Windshield -inc: Sun Visor Strip
· Fully Galvanized Steel Panels
· Trunk Rear Cargo Access
· LED Brakelights
· Laminated Glass

## ENTERTAINMENT

· Window Grid Antenna

## INTERIOR

· Manual Tilt/Telescoping Steering Column
· Leather Steering Wheel
· Front Cupholder
· Rear Cupholder
· Valet Function
· Power Fuel Flap Locking Type

· Remote Releases -Inc: Power Cargo Access
· Cruise Control w/Steering Wheel Controls
· Dual Zone Front Automatic Air Conditioning
· HVAC -inc: Underseat Ducts and Console Ducts
· Illuminated Locking Glove Box
· Driver Foot Rest
· Interior Trim -inc: Simulated Wood/Metal-Look Instrument Panel Insert, Chrome/Metal-Look Interior Accents and Leatherette Upholstered Dashboard
· Full Cloth Headliner
· Leatherette Door Trim Insert
· Leather/Chrome Gear Shift Knob
· Driver And Passenger Visor Vanity Mirrors w/Driver And Passenger Illumination
· Front And Rear Map Lights
· Fade-To-Off Interior Lighting
· Full Carpet Floor Covering
· Carpet Floor Trim and Carpet Trunk Lid/Rear Cargo Door Trim
· Cargo Area Concealed Storage
· Cargo Space Lights
· Instrument Panel Covered Bin, Driver / Passenger And Rear Door Bins
· Delayed Accessory Power
· Outside Temp Gauge
· Analog Display
· Manual Adjustable Front Head Restraints and Manual Adjustable Rear Head Restraints
· Front Center Armrest and Rear Center Armrest w/Pass-Thru
· 2 Seatback Storage Pockets
· Perimeter Alarm
· Air Filtration

## SAFETY

· Side Impact Beams
· Tire Specific Low Tire Pressure Warning
· Dual Stage Driver And Passenger Front Airbags
· Curtain 1st And 2nd Row Airbags
· Airbag Occupancy Sensor
· Rear Child Safety Locks
· Outboard Front Lap And Shoulder Safety Belts -inc: Rear Center 3 Point, Height Adjusters and Pretensioners

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **21** |  Fuel Economy Information | **30** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| MSRP | $40,450.00 |
|---|---|
| **INSTALLED OPTIONS** | |
| [FE0] 50 State Emissions | $0 |
| [TY] Toyota Safety Sense Package | $500 |
|   • Automatic High Beam | |
|   • Dynamic Radar Cruise Control | |
|   • Pre-Collision System w/Pedestrian Detection | |
|   • Lane Departure Alert w/Steering Assist | |
| [PC] Special Color | $395 |
| Original Shipping Charge | $895 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $42,240.00 |

## Get more information on your smartphone:





floridafinecars.com

| Year: | 2017 | Engine: | V6 Cylinder Engine |
|---|---|---|---|
| Make: | Toyota | Transmission: | 6AT |
| Model: | Avalon XLE | Exterior: | Magnetic Gray Met. |
| VIN: | 4T1BK1EB3HU245443 | Interior: | Black |

**CITY MPG** **21**



**HIGHWAY MPG** **30**

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## MECHANICAL

- Front-Wheel Drive
- 3.24 Axle Ratio
- 575CCA Maintenance-Free Battery w/Run Down Protection
- 100 Amp Alternator
- 4590# Gvwr
- Gas-Pressurized Shock Absorbers
- Front And Rear Anti-Roll Bars
- Electric Power-Assist Speed-Sensing Steering
- 17.2 Gal. Fuel Tank
- Quasi-Dual Stainless Steel Exhaust w/Chrome Tailpipe Finisher
- Strut Front Suspension w/Coil Springs
- Strut Rear Suspension w/Coil Springs
- 4-Wheel Disc Brakes w/4-Wheel ABS, Front Vented Discs and Brake Assist

## EXTERIOR

- Wheels: 17" x 7.0" Dark Gray-Painted Alloy -inc: machined finish
- Tires: P215/55R17 AS
- Steel Spare Wheel
- Compact Spare Tire Mounted Inside Under Cargo
- Clearcoat Paint
- Body-Colored Front Bumper
- Body-Colored Rear Bumper w/Black Rub Strip/Fascia Accent and Chrome Bumper Insert
- Chrome Side Windows Trim
- Chrome Door Handles
- Body-Colored Power Heated Side Mirrors w/Manual Folding and Turn Signal Indicator
- Fixed Rear Window w/Defroster
- Light Tinted Glass
- Front Windshield -inc: Sun Visor Strip
- Variable Intermittent Wipers
- Fully Galvanized Steel Panels
- Colored Grille w/Chrome Surround
- Trunk Rear Cargo Access
- LED Brakelights
- Fully Automatic Projector Beam Halogen Auto High-Beam Headlamps w/Delay-Off
- Laminated Glass

## ENTERTAINMENT

- Radio: Entune Audio Plus w/Connected Nav App -inc: Entune multimedia bundle, 7" high resolution touch-screen display, AM/FM CD player, MP3/WMA playback capability, 8 speakers, auxiliary audio jack, USB 2.0 port w/iPod connectivity and control, advanced voice recognition, hands-free phone capability, phone book access and music streaming via Bluetooth wireless technology, Scout GPS link app, Siri Eyes Free, SiriusXM Satellite Radio w/3-month complimentary SiriusXM All Access trial, HD Radio, HD Radio traffic and weather in major metro areas, and integrated backup camera display w/projected path
- Radio w/Seek-Scan, Clock, Speed Compensated Volume Control, Steering Wheel Controls and Radio Data System
- Window Grid Antenna

## INTERIOR

- Multi-Stage Heated Front Bucket Seats -inc: 8-way power adjustable driver's seat w/power lumbar and 4-way power adjustable front passenger seat
- Bench Front Facing Rear Seat
- Manual Tilt/Telescoping Steering Column
- Gauges -inc: Speedometer, Odometer, Engine Coolant Temp, Tachometer, Trip Odometer and Trip Computer
- Power Rear Windows
- Leather Steering Wheel
- Front Cupholder
- Rear Cupholder
- Proximity Key For Doors And Push Button Start
- Valet Function
- Power Fuel Flap Locking Type
- Remote Keyless Entry w/Integrated Key Transmitter, 2 Door Curb/Courtesy, Illuminated Entry, Illuminated Ignition Switch and Panic Button
- Remote Releases -Inc: Power Cargo Access

- Garage Door Transmitter
- Cruise Control w/Steering Wheel Controls
- Distance Pacing
- Dual Zone Front Automatic Air Conditioning
- HVAC -inc: Underseat Ducts and Console Ducts
- Illuminated Locking Glove Box
- Driver Foot Rest
- Interior Trim -inc: Simulated Wood/Metal-Look Instrument Panel Insert, Chrome/Metal-Look Interior Accents and Leatherette Upholstered Dashboard
- Full Cloth Headliner
- Leatherette Door Trim Insert
- Leather/Chrome Gear Shift Knob
- Leather Seat Trim
- Driver And Passenger Visor Vanity Mirrors w/Driver And Passenger Illumination
- Day-Night Rearview Mirror
- Full Floor Console w/Covered Storage, Mini Overhead Console w/Storage and 3 12V DC Power Outlets
- Front And Rear Map Lights
- Fade-To-Off Interior Lighting
- Full Carpet Floor Covering
- Carpet Floor Trim and Carpet Trunk Lid/Rear Cargo Door Trim
- Cargo Area Concealed Storage
- Cargo Space Lights
- FOB Controls -inc: Trunk/Hatch/Tailgate
- Instrument Panel Covered Bin, Driver / Passenger And Rear Door Bins
- Power 1st Row Windows w/Front And Rear 1-Touch Up/Down
- Delayed Accessory Power
- Power Door Locks w/Autolock Feature
- Trip Computer
- Outside Temp Gauge
- Analog Display
- Manual Adjustable Front Head Restraints and Manual Adjustable Rear Head Restraints
- Front Center Armrest and Rear Center Armrest w/Pass-Thru
- 2 Seatback Storage Pockets
- Perimeter Alarm
- Air Filtration
- 3 12V DC Power Outlets

## SAFETY

- Electronic Stability Control
- ABS And Driveline Traction Control
- Side Impact Beams
- Dual Stage Driver And Passenger Seat-Mounted Side Airbags
- Lane Departure Alert w/Steering Assist Lane Keeping Assist
- Lane Departure Alert w/Steering Assist Lane Departure Warning
- Pre-Collision System Forward Collision
- Tire Specific Low Tire Pressure Warning
- Dual Stage Driver And Passenger Front Airbags
- Curtain 1st And 2nd Row Airbags
- Airbag Occupancy Sensor
- Driver And Passenger Knee Airbag and Rear Side-Impact Airbag
- Rear Child Safety Locks
- Outboard Front Lap And Shoulder Safety Belts -inc: Rear Center 3 Point, Height Adjusters and Pretensioners

### New

| MSRP | **$33,300.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| [FE0] 50 State Emissions | $0 |
| [XL] Xle Package | $0 |
| Original Shipping Charge | $895 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $34,195.00 |

## Get more information on your smartphone:



## OffleaseOnly

offleaseonly.com

| | |
|---|---|
| Year:  2018<br>Make:  Toyota<br>Model:  Avalon XLE<br>VIN:  4T1BK1EB1JU288328 | Engine:  V6 Cylinder Engine<br>Transmission:  6AT<br>Exterior:  Celestial Silver Metallic<br>Interior:  Black |

## MECHANICAL

- Front-Wheel Drive
- 3.24 Axle Ratio
- 575CCA Maintenance-Free Battery w/Run Down Protection
- 100 Amp Alternator
- Gas-Pressurized Shock Absorbers
- Front And Rear Anti-Roll Bars
- Electric Power-Assist Speed-Sensing Steering
- 17 Gal. Fuel Tank
- Quasi-Dual Stainless Steel Exhaust w/Chrome Tailpipe Finisher
- Strut Front Suspension w/Coil Springs
- Strut Rear Suspension w/Coil Springs
- 4-Wheel Disc Brakes w/4-Wheel ABS, Front Vented Discs and Brake Assist

## EXTERIOR

- Wheels: 17" x 7.0" Dark Gray-Painted Alloy -inc: machined finish
- Tires: P215/55R17 AS
- Steel Spare Wheel
- Compact Spare Tire Mounted Inside Under Cargo
- Clearcoat Paint
- Body-Colored Front Bumper
- Body-Colored Rear Bumper w/Black Rub Strip/Fascia Accent and Chrome Bumper Insert
- Chrome Side Windows Trim
- Chrome Door Handles
- Body-Colored Power Heated Side Mirrors w/Manual Folding and Turn Signal Indicator
- Fixed Rear Window w/Defroster
- Light Tinted Glass
- Front Windshield -inc: Sun Visor Strip
- Variable Intermittent Wipers
- Fully Galvanized Steel Panels
- Chrome Grille
- Trunk Rear Cargo Access
- LED Brakelights
- Fully Automatic Projector Beam Halogen Auto High-Beam Headlamps w/Delay-Off
- Laminated Glass

## ENTERTAINMENT

- Radio: Entune Audio Plus w/Connected Nav App -inc: Entune multimedia bundle, 7" high resolution touch-screen display, AM/FM CD player, MP3/WMA playback capability, 8 speakers, auxiliary audio jack, USB 2.0 port w/iPod connectivity and control, advanced voice recognition, handsfree phone capability, phone book access and music streaming via Bluetooth wireless technology, Scout GPS link app, Siri Eyes Free, SiriusXM Satellite Radio w/3-month complimentary SiriusXM All Access trial, HD Radio, HD Radio traffic and weather in major metro areas, and integrated backup camera display w/projected path
- Radio w/Seek-Scan, Clock, Speed Compensated Volume Control, Steering Wheel Controls and Radio Data System
- Window Grid Antenna
- 2 LCD Monitors In The Front

## INTERIOR

- Multi-Stage Heated Front Bucket Seats -inc: 8-way power adjustable driver's seat w/power lumbar and 4-way power adjustable front passenger seat
- Driver Seat
- Passenger Seat
- Bench Front Facing Rear Seat
- Manual Tilt/Telescoping Steering Column
- Gauges -inc: Speedometer, Odometer, Engine Coolant Temp, Tachometer, Trip Odometer and Trip Computer
- Power Rear Windows
- Leather Steering Wheel
- Front Cupholder
- Rear Cupholder
- Proximity Key For Doors And Push Button Start
- Valet Function
- Power Fuel Flap Locking Type

- Remote Keyless Entry w/Integrated Key Transmitter, 2 Door Curb/Courtesy, Illuminated Entry, Illuminated Ignition Switch and Panic Button
- Remote Releases -Inc: Power Cargo Access
- Cruise Control w/Steering Wheel Controls
- Distance Pacing
- Dual Zone Front Automatic Air Conditioning
- HVAC -inc: Underseat Ducts and Console Ducts
- Illuminated Locking Glove Box
- Driver Foot Rest
- Interior Trim -inc: Simulated Wood/Metal-Look Instrument Panel Insert, Chrome/Metal-Look Interior Accents and Leatherette Upholstered Dashboard
- Full Cloth Headliner
- Leatherette Door Trim Insert
- Leather/Chrome Gear Shift Knob
- Leather Seat Trim
- Driver And Passenger Visor Vanity Mirrors w/Driver And Passenger Illumination
- Day-Night Rearview Mirror
- Full Floor Console w/Covered Storage, Mini Overhead Console w/Storage and 3 12V DC Power Outlets
- Front And Rear Map Lights
- Fade-To-Off Interior Lighting
- Full Carpet Floor Covering
- Carpet Floor Trim and Carpet Trunk Lid/Rear Cargo Door Trim
- Cargo Area Concealed Storage
- Cargo Space Lights
- FOB Controls -inc: Trunk/Hatch/Tailgate
- Instrument Panel Covered Bin, Driver / Passenger And Rear Door Bins
- Power 1st Row Windows w/Front And Rear 1-Touch Up/Down
- Delayed Accessory Power
- Power Door Locks w/Autolock Feature
- Trip Computer
- Outside Temp Gauge
- Analog Display
- Manual Adjustable Front Head Restraints and Manual Adjustable Rear Head Restraints
- Front Center Armrest and Rear Center Armrest w/Pass-Thru
- 2 Seatback Storage Pockets
- Perimeter Alarm
- Air Filtration
- 3 12V DC Power Outlets

## SAFETY

- Electronic Stability Control
- ABS And Driveline Traction Control
- Side Impact Beams
- Dual Stage Driver And Passenger Seat-Mounted Side Airbags
- Lane Departure Alert w/Steering Assist Lane Keeping Assist
- Lane Departure Alert w/Steering Assist Lane Departure Warning
- Toyota Safety Sense P
- Tire Specific Low Tire Pressure Warning
- Dual Stage Driver And Passenger Front Airbags
- Curtain 1st And 2nd Row Airbags
- Airbag Occupancy Sensor
- Driver And Passenger Knee Airbag and Rear Side-Impact Airbag
- Rear Child Safety Locks
- Outboard Front Lap And Shoulder Safety Belts -inc: Rear Center 3 Point, Height Adjusters and Pretensioners

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **21** |  Fuel Economy Information | **30** |

*Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition*

## *New*

| | |
|---|---|
| **MSRP** | **$33,500.00** |
| **INSTALLED OPTIONS** | |
| [FE0] 50 State Emissions | $0 |
| [XL] Xle Package | $0 |
| [RETTMS] Fleet Credit | $0 |
| Original Shipping Charge | $930 |
| **RETAIL PRICE (ORIGINALLY NEW)** | **$34,430.00** |

## Get more information on your smartphone:



# Reed Nissan Clermont (iRide)

## www.reednissanclermont.com

| | |
|---|---|
| Year: 2013 | Engine: 4 Cylinder Engine |
| Make: Toyota | Transmission: CVT |
| Model: Avalon Hybrid TOURING | Exterior: Sizzling Crimson Mic |
| VIN: 4T1BD1EB1DU017607 | Interior: Black |

## MECHANICAL

· 2.5L DOHC 16-valve VVT-i Atkinson-cycle I4 hybrid engine
· Continuously variable transmission (ECVT)
· Front wheel drive
· Battery saver
· MacPherson strut front suspension -inc: offset coil springs, stabilizer bar
· Dual-link independent MacPherson strut rear suspension -inc: offset coil springs, stabilizer bar
· Variable-assist pwr rack & pinion steering
· Pwr ventilated front/solid rear disc brakes
· Hidden exhaust w/chrome-accented cover

## EXTERIOR

· 17" x 7.0" alloy wheels
· P215/55R17 all-season tires
· Temporary spare tire
· Pwr tilt/slide moonroof -inc: sliding sunshade
· Color-keyed bumpers
· LED taillights
· Acoustic noise-reducing windshield

## INTERIOR

· Fold-down rear seats -inc: center armrest w/(2) cup holders, trunk pass through
· Center console w/sliding cover/armrest -inc: storage compartment, dual cup holders, 12V aux pwr outlet
· eBin sliding electronic device holder -inc: wire management feature, illuminated interior storage, aux audio jack, USB port, (2) 12V aux pwr outlets
· Multi-information display -inc: twin tripmeters, outside temp display, fuel economy history, avg fuel economy, distance-to-empty
· Pwr windows -inc: auto up/down, jam protection, retained pwr
· Rear defogger w/timer

· Illuminated glove box
· Wood-grain style trim -inc: smoked chrome interior accents & door handles
· Overhead console w/front map lights & sunglasses storage
· Dual sun visors w/illuminated visor vanity mirrors
· Rear passenger reading lamps

## SAFETY

· 4-wheel anti-lock brake system (ABS)
· Smart stop technology
· Electronic brakeforce distribution (EBD) w/brake assist (BA)
· Front/rear crumple zones
· Side-impact door beams
· Driver & front passenger advanced airbags -inc: occupant sensor
· Driver & front passenger seat-mounted side-impact airbags
· Front & rear side curtain airbags
· Driver knee airbag
· Collision sensors -inc: high-voltage battery deactivation
· 3-point seatbelts for all passenger seating positions -inc: front adjustable shoulder belt anchors, emergency locking retractor (ELR), passenger automatic locking retractors (ALR)
· Outboard front seatbelt pretensioners w/force limiters
· Child restraint system w/rear seat lower anchors, tether anchor brackets
· Child protector rear door locks
· Direct tire pressure monitor system
· Internal trunk-release handle
· Whiplash-lessening front seats

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **40** |  Fuel Economy Information | **39** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| MSRP | $35,555.00 |
|---|---|
| **INSTALLED OPTIONS** | |
| [TR] Touring PKG | $0 |

- wide angle front fog lamp
- (9) speaker audio system w/deluxe display
- navigation
- front seat & exterior mirror memory
- blind spot monitor w/rear cross traffic alert

| [FEM] 50 State Emissions | $0 |
|---|---|
| [CF] Carpeted Floor & Cargo Mat Set | $225 |
| Original Shipping Charge | $810 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $36,590.00 |

## Get more information on your smartphone:



# LUX CARS CHICAGO

luxcarschicago.com
847-947-2900

| Year: 2015 | Engine: 4 Cylinder Engine |
| Make: Toyota | Transmission: Automatic (AV-S6) |
| Model: Avalon Hybrid TOURING | Exterior: Blizzard Pearl |
| VIN: 4T1BD1EB6FU036981 | Interior: Almond |

## MECHANICAL

· Front-Wheel Drive
· 3.54 Axle Ratio
· Battery w/Run Down Protection
· Hybrid Electric Motor
· 4700# Gvwr
· Gas-Pressurized Shock Absorbers
· Front And Rear Anti-Roll Bars
· Electric Power-Assist Speed-Sensing Steering
· 17 Gal. Fuel Tank
· Single Stainless Steel Exhaust
· Strut Front Suspension w/Coil Springs
· Strut Rear Suspension w/Coil Springs
· Regenerative 4-Wheel Disc Brakes w/4-Wheel ABS, Front Vented Discs, Brake Assist and Hill Hold Control
· Nickel Metal Hydride Traction Battery

## EXTERIOR

· Wheels: 17" x 7" Silver-Painted Alloy
· Tires: P215/55R17 AS
· Steel Spare Wheel
· Compact Spare Tire Mounted Inside Under Cargo
· Clearcoat Paint
· Body-Colored Front Bumper w/Chrome Rub Strip/Fascia Accent
· Body-Colored Rear Bumper w/Black Rub Strip/Fascia Accent
· Chrome Side Windows Trim
· Chrome Door Handles
· Light Tinted Glass
· Front Windshield -inc: Sun Visor Strip
· Fully Galvanized Steel Panels
· Chrome Grille
· Trunk Rear Cargo Access
· LED Brakelights
· Laminated Glass

## ENTERTAINMENT

· Radio w/Seek-Scan, Clock, Speed Compensated Volume Control, Steering Wheel Controls, Voice Activation and Radio Data System
· Window Grid Antenna

## INTERIOR

· Manual Tilt/Telescoping Steering Column
· Leather Steering Wheel
· Front Cupholder
· Rear Cupholder
· Compass

· Valet Function
· Power Fuel Flap Locking Type
· Remote Releases -Inc: Power Cargo Access
· Cruise Control w/Steering Wheel Controls
· Dual Zone Front Automatic Air Conditioning
· HVAC -inc: Underseat Ducts and Console Ducts
· Illuminated Locking Glove Box
· Driver Foot Rest
· Interior Trim -inc: Simulated Wood/Metal-Look Instrument Panel Insert, Chrome Interior Accents and Leatherette Upholstered Dashboard
· Full Cloth Headliner
· Leatherette Door Trim Insert
· Leather/Simulated Wood Gear Shift Knob
· Driver And Passenger Visor Vanity Mirrors w/Driver And Passenger Illumination
· Full Floor Console w/Covered Storage, Mini Overhead Console w/Storage and 3 12V DC Power Outlets
· Front And Rear Map Lights
· Fade-To-Off Interior Lighting
· Full Carpet Floor Covering
· Carpet Floor Trim and Carpet Trunk Lid/Rear Cargo Door Trim
· Cargo Area Concealed Storage
· Cargo Space Lights
· Instrument Panel Covered Bin, Driver / Passenger And Rear Door Bins
· Delayed Accessory Power
· Outside Temp Gauge
· Analog Display
· Manual Adjustable Front Head Restraints and Manual Adjustable Rear Head Restraints
· Front Center Armrest and Rear Center Armrest w/Pass-Thru
· 2 Seatback Storage Pockets
· Perimeter Alarm
· 3 12V DC Power Outlets
· Air Filtration

## SAFETY

· Side Impact Beams
· Low Tire Pressure Warning
· Dual Stage Driver And Passenger Front Airbags
· Curtain 1st And 2nd Row Airbags
· Airbag Occupancy Sensor
· Rear Child Safety Locks
· Outboard Front Lap And Shoulder Safety Belts -inc: Rear Center 3 Point, Height Adjusters and Pretensioners

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **40** |  Fuel Economy Information | **39** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| **MSRP** | **$37,800.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| [FE0] 50 State Emissions | $0 |
| [TR0] Touring Package | $0 |
| • Blind Spot Monitor & Cross Traffic Warning | |
| • 8-Way Driver & 4-Way Passenger Memory Package | |
| [PC0] Special Color | $395 |
| Original Shipping Charge | $835 |
| **RETAIL PRICE (ORIGINALLY NEW)** | **$39,030.00** |

### Get more information on your smartphone:





www.motorcarsofnashville.com

| | |
|---|---|
| Year: 2011 | Engine: 4 Cylinder Engine |
| Make: Toyota | Transmission: 4-Speed Automatic |
| Model: Corolla LE | Colors: Black Sand Pearl / Ash |
| VIN: 2T1BU4EE4BC593105 | Mileage: 128,490     Stock #: 89882A |

## MECHANICAL

· 1.8L DOHC SFI 16-valve VVT-i I4 engine
· 4-speed automatic transmission w/OD - inc: intelligence (ECT-i)
· Front wheel drive
· Independent MacPherson strut front suspension
· Torsion beam rear suspension
· Front & rear stabilizer bars
· Electric-assist pwr steering
· Front disc/rear drum brakes

## EXTERIOR

· 15" x 6" steel wheels -inc: full wheel covers
· P195/65R15 all-season tires
· Temporary spare tire
· Color-keyed front grille
· Multi-reflector halogen headlamps
· Color-keyed heated pwr fold away mirrors
· Variable intermittent wipers -inc: mist cycle
· Chrome rear license plate garnish
· Color-keyed door handles

## ENTERTAINMENT

· AM/FM stereo w/CD player -inc: MP3/WMA capability, satellite radio capability, aux audio input, auto sound leveling, CD-text display, (6) speakers

## INTERIOR

· Front cloth bucket seats -inc: 6-way adjustable driver seat, 4-way adjustable passenger seat, passenger seatback pocket
· 60/40 split-folding rear bench seat
· Center console -inc: side pockets, storage
· 3-spoke tilt/telescoping steering wheel - inc: audio controls
· Multi-information display -inc: average fuel economy, driving range, average speed, travel distance
· Instrumentation -inc: amber-illuminated gauges, tachometer, twin tripmeters, outside temp indicator
· Digital clock
· Remote releases -inc: hood, trunk w/cancel, fuel door
· Auto-locking pwr door locks
· Pwr windows w/driver one-touch down

· Cruise control
· Remote keyless entry -inc: panic feature, remote illumination
· Anti-theft system w/engine immobilizer
· Air conditioning w/air filtration
· HD rear window defogger w/timer
· Front & rear door pockets w/bottle holder
· Dual glove compartments
· (4) cup holders
· Metallic interior trim & door handle accents
· 12V aux pwr outlet
· Dual visor vanity mirrors
· Dual front map lights
· Trunk lamp

## SAFETY

· 4-wheel anti-lock brakes -inc: brake assist, electronic brake force distribution
· Smart Stop braking technology
· Vehicle stability control w/traction control - inc: off switch
· Front/rear crumple zones
· Daytime running lamps
· Side-impact door beams
· Dual front airbags w/occupant sensors
· Front seat-mounted side airbags
· Front & rear side curtain airbags
· ALR/ELR 3-point front & rear seatbelts - inc: front adjustable shoulder belt anchors, pretensioners, force limiters
· Child restraint system w/LATCH anchors
· Child protector rear door locks
· Direct tire pressure monitor
· Internal trunk release
· Front seat active headrests
· Energy-absorbing steering column

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **26** |  Fuel Economy Information | **34** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| **MSRP** | **$17,600.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| [FE] 50 State Emissions | $0 |
| Original Shipping Charge | $760 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $18,360.00 |

## Get more information on your smartphone:



# Scott Clark Toyota

www.scottclarktoyota.com
855-314-6444

Year:   2012
Make:   Toyota
Model:   Corolla LE
VIN:   2T1BU4EE8CC799707

Engine:   4 Cylinder Engine
Transmission:   4AT
Exterior:   Barcelona Red Metallic
Interior:   Bisque

## MECHANICAL

· 1.8L DOHC SFI 16-valve VVT-i I4 engine
· 4-speed automatic transmission w/OD - inc: intelligence (ECT-i)
· Front wheel drive
· Independent MacPherson strut front suspension
· Torsion beam rear suspension
· Front & rear stabilizer bars
· Electric-assist pwr steering
· Front ventilated disc & rear drum brakes

## EXTERIOR

· 16" x 6.5" steel wheels -inc: full wheel covers
· P205/55R16 all-season tires
· Temporary spare tire
· Color-keyed front grille
· Multi-reflector halogen headlamps
· Color-keyed heated pwr fold away mirrors
· Variable intermittent wipers -inc: mist cycle
· Chrome rear license plate garnish
· Color-keyed door handles

## ENTERTAINMENT

· AM/FM stereo w/CD player -inc: MP3/WMA capability, aux audio input, auto sound leveling, USB port w/iPod connectivity, hands-free phone capability, phone book access, iPod interface, (6) speakers

## INTERIOR

· Front cloth bucket seats -inc: 6-way adjustable driver seat, 4-way adjustable passenger seat, passenger seatback pocket
· Driver seat height adjustment
· 60/40 split-folding rear bench seat
· Center console -inc: side pockets, storage
· 3-spoke tilt/telescoping steering wheel - inc: audio controls
· Multi-information display -inc: average fuel economy, driving range, average speed, travel distance
· Black instrumentation -inc: tachometer, twin tripmeters, outside temp indicator
· Digital clock
· Remote releases -inc: hood, trunk w/cancel, fuel door
· Auto-locking pwr door locks

· Pwr windows w/driver one-touch down
· Cruise control
· Remote keyless entry -inc: panic feature, remote illumination
· Air conditioning w/air filtration
· HD rear window defogger w/timer
· Front & rear door pockets w/bottle holder
· Dual glove compartments
· (4) cup holders
· 12V aux pwr outlet
· Dual visor vanity mirrors
· Dual front map lights
· Trunk lamp

## SAFETY

· 4-wheel anti-lock brakes -inc: brake assist, electronic brake force distribution
· Smart Stop braking technology
· Vehicle stability control w/traction control - inc: off switch
· Front/rear crumple zones
· Daytime running lamps
· Side-impact door beams
· Dual front airbags w/occupant sensors
· Front seat-mounted side airbags
· Front & rear side curtain airbags
· ALR/ELR 3-point front & rear seatbelts - inc: front adjustable shoulder belt anchors, pretensioners, force limiters
· Child restraint system w/LATCH anchors
· Child protector rear door locks
· Direct tire pressure monitor
· Internal trunk release
· Front seat active headrests
· Energy-absorbing steering column



| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **27** | | **34** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| **MSRP** | **$17,910.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| [FE] 50 State Emissions | $0 |
| Original Shipping Charge | $795 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $18,705.00 |

## Get more information on your smartphone:





www.platinumautos.com
206-650-0505

| | |
|---|---|
| Year: 2013 | Engine: 4 Cylinder Engine |
| Make: Toyota | Transmission: 4AT |
| Model: Corolla LE | Exterior: Super White |
| VIN: 5YFBU4EEXDP123213 | Interior: Bisque |

## MECHANICAL

· 1.8L DOHC SFI 16-valve VVT-i I4 engine
· 4-speed automatic transmission w/OD - inc: intelligence (ECT-i)
· Front wheel drive
· Independent MacPherson strut front suspension
· Torsion beam rear suspension
· Front & rear stabilizer bars
· Electric-assist pwr steering
· Front ventilated disc & rear drum brakes

## EXTERIOR

· 16" x 6.5" steel wheels -inc: full wheel covers
· P205/55R16 all-season tires
· Temporary spare tire
· Chrome beltline moldings
· Color-keyed front grille -inc: chrome accents
· Multi-reflector halogen headlamps
· Color-keyed heated fold away pwr mirrors
· Variable intermittent wipers
· Chrome rear license plate garnish
· Color-keyed door handles

## ENTERTAINMENT

· AM/FM stereo w/CD player -inc: MP3/WMA capability, 6.1" touch-screen w/vehicle info, USB port w/iPod connectivity, aux audio input, Bluetooth hands-free phone & music streaming, Bluetooth steering wheel controls, phone book access, (6) speakers
· In-glass antenna

## INTERIOR

· Front cloth bucket seats -inc: 6-way adjustable driver seat, 4-way adjustable passenger seat, passenger seatback pocket
· 60/40 split-folding rear bench seat
· Center console w/storage compartment
· 3-spoke tilt/telescoping steering wheel - inc: metallic accents, audio steering wheel controls
· Multi-info display -inc: outside temp, current/average fuel economy, average speed, travel distance, trip computer
· Black instrumentation -inc: tachometer, twin tripmeters

· Digital clock
· Auto-locking pwr door locks
· Remote keyless entry -inc: panic feature, remote illumination, trunk-release
· Pwr windows w/driver one-touch down
· Cruise control
· Air conditioning w/air filtration
· Rear window defogger w/timer
· Front & rear door pockets w/bottle holder
· Dual glove compartments
· (4) cup holders
· 12V aux pwr outlet
· Dual visor vanity mirrors
· Dual front map lights

## SAFETY

· Star safety system -inc: enhanced vehicle stability control (VSC), traction control (TRAC), anti-lock brake system (ABS), electronic brake-force distribution (EBD), brake assist (BA), Smart Stop Technology (SST)
· Front/rear crumple zones
· Side-impact door beams
· Daytime running lamps
· Dual front airbags w/occupant sensors
· Front seat-mounted side airbags
· Front & rear side curtain airbags
· ALR/ELR 3-point front & rear seatbelts - inc: front adjustable shoulder belt anchors, pretensioners, force limiters
· Child restraint system w/LATCH anchors
· Child protector rear door locks
· Tire pressure monitor system
· Front seat active headrests
· Energy-absorbing steering column

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **26** |  Fuel Economy Information | **33** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| MSRP | **$18,180.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| [FE] 50 State Emissions | $0 |
| Original Shipping Charge | $810 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $18,990.00 |

## Get more information on your smartphone:





www.atlantacargurus.com/
770-973-8077

| | |
|---|---|
| Year:  2014 | Engine:  4 Cylinder Engine |
| Make:  Toyota | Transmission:  CVT |
| Model:  Corolla LE | Colors:  White / Ash |
| VIN:  2T1BURHEXEC130852 | Mileage:  54,792          Stock #: 116965 |

## MECHANICAL

· Front-Wheel Drive
· 4.76 Axle Ratio
· 390CCA Maintenance-Free Battery w/Run Down Protection
· 80 Amp Alternator
· Gas-Pressurized Shock Absorbers
· Front And Rear Anti-Roll Bars
· Electric Power-Assist Speed-Sensing Steering
· 13.2 Gal. Fuel Tank
· Single Stainless Steel Exhaust
· Strut Front Suspension w/Coil Springs
· Torsion Beam Rear Suspension w/Coil Springs
· Front Disc/Rear Drum Brakes w/4-Wheel ABS, Front Vented Discs and Brake Assist

## EXTERIOR

· Wheels: 16" x 6.5" Steel -inc: wheel covers
· Tires: P205/55R16 All-Season
· Steel Spare Wheel
· Compact Spare Tire Mounted Inside Under Cargo
· Clearcoat Paint
· Body-Colored Front Bumper
· Body-Colored Rear Bumper
· Chrome Side Windows Trim
· Body-Colored Door Handles
· Body-Colored Power Heated Side Mirrors w/Manual Folding
· Fixed Rear Window w/Defroster
· Light Tinted Glass
· Variable Intermittent Wipers
· Fully Galvanized Steel Panels
· Black Grille
· Trunk Rear Cargo Access
· Auto Off Projector Beam Led Low Beam Daytime Running Headlamps w/Delay-Off

## ENTERTAINMENT

· Radio: AM/FM/CD Player w/6.1" Touch Screen -inc: Entune multimedia bundle, MP3/WMA playback capability, 6 speakers, auxiliary audio jack, USB 2.0 port w/iPod connectivity and control, hands-free phone capability, phone book access and music streaming via Bluetooth wireless technology, and advanced voice recognition, See Toyota.com/Entune for details
· Radio w/Seek-Scan, Clock, Speed Compensated Volume Control, Steering Wheel Controls and Radio Data System
· Automatic Equalizer
· Window Grid Antenna

## INTERIOR

· Front Bucket Seats -inc: 6-way adjustable driver's seat and 4-way adjustable front passenger seat
· 6-Way Driver Seat
· 4-Way Passenger Seat
· 60-40 Folding Bench Front Facing Fold Forward Seatback Rear Seat
· Manual Tilt/Telescoping Steering Column
· Gauges -inc: Speedometer, Odometer, Engine Coolant Temp, Tachometer, Trip Odometer and Trip Computer
· Power Rear Windows
· Front Cupholder
· Rear Cupholder
· Remote Keyless Entry w/Integrated Key Transmitter, Illuminated Entry and Panic Button
· Remote Releases -Inc: Mechanical Cargo Access and Mechanical Fuel

· Cruise Control w/Steering Wheel Controls
· Automatic Air Conditioning
· HVAC -inc: Underseat Ducts
· Locking Glove Box
· Driver Foot Rest
· Interior Trim -inc: Piano Black Instrument Panel Insert, Metal-Look Console Insert and Chrome Interior Accents
· Full Cloth Headliner
· Cloth Door Trim Insert
· Urethane Gear Shift Knob
· Fabric Seat Trim
· Day-Night Rearview Mirror
· Driver And Passenger Visor Vanity Mirrors
· Full Floor Console w/Covered Storage and 1 12V DC Power Outlet
· Front Map Lights
· Fade-To-Off Interior Lighting
· Full Carpet Floor Covering
· Carpet Floor Trim and Carpet Trunk Lid/Rear Cargo Door Trim
· Cargo Space Lights
· FOB Controls -inc: Trunk/Hatch/Tailgate
· Instrument Panel Covered Bin, Driver / Passenger And Rear Door Bins
· Power 1st Row Windows w/Driver 1-Touch Up/Down
· Delayed Accessory Power
· Power Door Locks w/Autolock Feature
· Trip Computer
· Outside Temp Gauge
· Analog Display
· Seats w/Cloth Back Material
· Manual Adjustable Front Head Restraints and Manual Adjustable Rear Head Restraints
· Front Center Armrest w/Storage
· 1 Seatback Storage Pocket
· 1 12V DC Power Outlet
· Air Filtration

## SAFETY

· Electronic Stability Control
· ABS And Driveline Traction Control
· Side Impact Beams
· Dual Stage Driver And Passenger Seat-Mounted Side Airbags
· Low Tire Pressure Warning
· Dual Stage Driver And Passenger Front Airbags
· Curtain 1st And 2nd Row Airbags
· Airbag Occupancy Sensor
· Driver Knee Airbag and Passenger Cushion Front Airbag
· Rear Child Safety Locks
· Outboard Front Lap And Shoulder Safety Belts -inc: Rear Center 3 Point, Height Adjusters and Pretensioners
· Back-Up Camera



| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **29** | Fuel Economy Information | **38** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| MSRP | **$18,300.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| [FE0] 50 State Emissions | $0 |
| Original Shipping Charge | $825 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $19,125.00 |

### Get more information on your smartphone:





easterns.com

www.easterns.com

888-650-4775

| | |
|---|---|
| Year: 2015 | Engine: 4 Cylinder Engine |
| Make: Toyota | Transmission: CVT |
| Model: Corolla LE | Exterior: Black Mc. |
| VIN: 2T1BURHEXFC411535 | Interior: Gray |

## MECHANICAL

· Front-Wheel Drive
· 4.76 Axle Ratio
· 390CCA Maintenance-Free Battery w/Run Down Protection
· 80 Amp Alternator
· 3820# Gvwr
· Gas-Pressurized Shock Absorbers
· Front And Rear Anti-Roll Bars
· Electric Power-Assist Speed-Sensing Steering
· 13.2 Gal. Fuel Tank
· Single Stainless Steel Exhaust
· Strut Front Suspension w/Coil Springs
· Torsion Beam Rear Suspension w/Coil Springs
· Front Disc/Rear Drum Brakes w/4-Wheel ABS, Front Vented Discs and Brake Assist

## EXTERIOR

· Wheels: 16" x 6.5" Steel -inc: wheel covers
· Tires: P205/55R16 All-Season
· Steel Spare Wheel
· Compact Spare Tire Mounted Inside Under Cargo
· Clearcoat Paint
· Body-Colored Front Bumper
· Body-Colored Rear Bumper
· Body-Colored Door Handles
· Black Side Windows Trim
· Body-Colored Power Heated Side Mirrors w/Manual Folding
· Fixed Rear Window w/Defroster
· Light Tinted Glass
· Variable Intermittent Wipers
· Fully Galvanized Steel Panels
· Argent Grille
· Trunk Rear Cargo Access
· Auto Off Projector Beam Led Low Beam Daytime Running Headlamps w/Delay-Off

## ENTERTAINMENT

· Radio: AM/FM/CD Player w/6.1" Touch Screen - inc: Entune multimedia bundle, MP3/WMA playback capability, 6 speakers, auxiliary audio jack, USB 2.0 port w/iPod connectivity and control, hands-free phone capability, phone book access and music streaming via Bluetooth wireless technology, and advanced voice recognition, See Toyota.com/Entune for details
· Radio w/Seek-Scan, Clock, Speed Compensated Volume Control, Steering Wheel Controls and Radio Data System
· Automatic Equalizer
· Window Grid Antenna

## INTERIOR

· Front Bucket Seats -inc: 6-way adjustable driver's seat, 4-way adjustable front passenger seat, and seatback pocket
· 60-40 Folding Bench Front Facing Fold Forward Seatback Rear Seat
· Manual Tilt/Telescoping Steering Column
· Gauges -inc: Speedometer, Odometer, Engine Coolant Temp, Tachometer, Trip Odometer and Trip Computer
· Power Rear Windows
· Front Cupholder
· Rear Cupholder
· Remote Releases -Inc: Mechanical Cargo Access and Mechanical Fuel
· Remote Keyless Entry w/Integrated Key Transmitter, Illuminated Entry and Panic Button

· Cruise Control w/Steering Wheel Controls
· Automatic Air Conditioning
· HVAC -inc: Underseat Ducts
· Locking Glove Box
· Driver Foot Rest
· Interior Trim -inc: Piano Black Instrument Panel Insert, Metal-Look Console Insert and Chrome Interior Accents
· Full Cloth Headliner
· Cloth Door Trim Insert
· Urethane Gear Shift Knob
· Fabric Seat Trim
· Day-Night Rearview Mirror
· Driver And Passenger Visor Vanity Mirrors
· Full Floor Console w/Covered Storage and 1 12V DC Power Outlet
· Front Map Lights
· Fade-To-Off Interior Lighting
· Full Carpet Floor Covering
· Carpet Floor Trim and Carpet Trunk Lid/Rear Cargo Door Trim
· Cargo Space Lights
· FOB Controls -inc: Trunk/Hatch/Tailgate
· Instrument Panel Covered Bin, Driver / Passenger And Rear Door Bins
· Power 1st Row Windows w/Driver 1-Touch Up/Down
· Delayed Accessory Power
· Power Door Locks w/Autolock Feature
· Trip Computer
· Outside Temp Gauge
· Analog Display
· Seats w/Cloth Back Material
· Manual Adjustable Front Head Restraints and Manual Adjustable Rear Head Restraints
· Front Center Armrest w/Storage and Rear Center Armrest
· 1 12V DC Power Outlet
· Air Filtration

## SAFETY

· Electronic Stability Control
· ABS And Driveline Traction Control
· Side Impact Beams
· Dual Stage Driver And Passenger Seat-Mounted Side Airbags
· Low Tire Pressure Warning
· Dual Stage Driver And Passenger Front Airbags
· Curtain 1st And 2nd Row Airbags
· Airbag Occupancy Sensor
· Driver Knee Airbag and Passenger Cushion Front Airbag
· Rear Child Safety Locks
· Outboard Front Lap And Shoulder Safety Belts - inc: Rear Center 3 Point, Height Adjusters and Pretensioners
· Back-Up Camera

| CITY MPG |  | HIGHWAY MPG |
|---|---|---|
| **27** | Fuel Economy Information | **36** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## New

| MSRP | **$18,565.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| [FE0] 50 State Emissions | $0 |
| [EF] Rear Bumper Protector | $79 |
| [CF0] Carpeted Floor Mats & Trunk Mat | $225 |
| Original Shipping Charge | $835 |
| **RETAIL PRICE (ORIGINALLY NEW)** | **$19,704.00** |

### Get more information on your smartphone:



# OffleaseOnly

offleaseonly.com

| | |
|---|---|
| Year:  2016 | Engine:  4 Cylinder Engine |
| Make:  Toyota | Transmission:  CVT |
| Model:  Corolla LE | Exterior:  Classic Silver Met |
| VIN:  2T1BURHE1GC608157 | Interior:  Ash |

## MECHANICAL

· Front-Wheel Drive
· 4.76 Axle Ratio
· 390CCA Maintenance-Free Battery w/Run Down Protection
· 80 Amp Alternator
· Gas-Pressurized Shock Absorbers
· Front And Rear Anti-Roll Bars
· Electric Power-Assist Speed-Sensing Steering
· 13.2 Gal. Fuel Tank
· Single Stainless Steel Exhaust
· Strut Front Suspension w/Coil Springs
· Torsion Beam Rear Suspension w/Coil Springs
· Front Disc/Rear Drum Brakes w/4-Wheel ABS, Front Vented Discs, Brake Assist and Hill Hold Control

## EXTERIOR

· Wheels: 16" x 6.5" Steel -inc: wheel covers
· Tires: P205/55R16 All-Season
· Steel Spare Wheel
· Compact Spare Tire Mounted Inside Under Cargo
· Clearcoat Paint
· Body-Colored Front Bumper
· Body-Colored Rear Bumper
· Body-Colored Door Handles
· Black Side Windows Trim
· Body-Colored Power Heated Side Mirrors w/Manual Folding
· Fixed Rear Window w/Defroster
· Light Tinted Glass
· Variable Intermittent Wipers
· Fully Galvanized Steel Panels
· Argent Grille
· Trunk Rear Cargo Access
· Auto Off Projector Beam Led Low Beam Daytime Running Headlamps w/Delay-Off

## ENTERTAINMENT

· Radio: AM/FM/CD Player w/6.1" Touch Screen -inc: Entune multimedia bundle, MP3/WMA playback capability, 6 speakers, auxiliary audio jack, USB 2.0 port w/iPod connectivity and control, hands-free phone capability, phone book access and music streaming via Bluetooth wireless technology, and advanced voice recognition, See Toyota.com/Entune for details
· Radio w/Seek-Scan, Clock, Speed Compensated Volume Control, Steering Wheel Controls and Radio Data System
· Automatic Equalizer
· Window Grid Antenna

## INTERIOR

· Front Bucket Seats -inc: 6-way adjustable driver's seat and 4-way adjustable front passenger seat
· 6-Way Driver Seat
· 4-Way Passenger Seat
· 60-40 Folding Bench Front Facing Fold Forward Seatback Rear Seat
· Manual Tilt/Telescoping Steering Column
· Gauges -inc: Speedometer, Odometer, Engine Coolant Temp, Tachometer, Trip Odometer and Trip Computer
· Power Rear Windows
· Front Cupholder
· Rear Cupholder
· Remote Releases -Inc: Mechanical Cargo Access and Mechanical Fuel
· Remote Keyless Entry w/Integrated Key Transmitter, Illuminated Entry and Panic Button

· Cruise Control w/Steering Wheel Controls
· Automatic Air Conditioning
· HVAC -inc: Underseat Ducts
· Locking Glove Box
· Driver Foot Rest
· Interior Trim -inc: Piano Black Instrument Panel Insert, Metal-Look Console Insert and Chrome Interior Accents
· Full Cloth Headliner
· Cloth Door Trim Insert
· Urethane Gear Shift Knob
· Fabric Seat Trim
· Day-Night Rearview Mirror
· Driver And Passenger Visor Vanity Mirrors
· Full Floor Console w/Covered Storage and 1 12V DC Power Outlet
· Front Map Lights
· Fade-To-Off Interior Lighting
· Full Carpet Floor Covering
· Carpet Floor Trim and Carpet Trunk Lid/Rear Cargo Door Trim
· Cargo Space Lights
· FOB Controls -inc: Trunk/Hatch/Tailgate
· Instrument Panel Covered Bin, Driver / Passenger And Rear Door Bins
· Power 1st Row Windows w/Driver 1-Touch Up/Down
· Delayed Accessory Power
· Power Door Locks w/Autolock Feature
· Trip Computer
· Outside Temp Gauge
· Analog Display
· Seats w/Cloth Back Material
· Manual Adjustable Front Head Restraints and Manual Adjustable Rear Head Restraints
· Front Center Armrest w/Storage and Rear Center Armrest
· 1 Seatback Storage Pocket
· 1 12V DC Power Outlet
· Air Filtration

## SAFETY

· Electronic Stability Control
· ABS And Driveline Traction Control
· Side Impact Beams
· Dual Stage Driver And Passenger Seat-Mounted Side Airbags
· Low Tire Pressure Warning
· Dual Stage Driver And Passenger Front Airbags
· Curtain 1st And 2nd Row Airbags
· Airbag Occupancy Sensor
· Driver Knee Airbag and Passenger Cushion Front Airbag
· Rear Child Safety Locks
· Outboard Front Lap And Shoulder Safety Belts -inc: Rear Center 3 Point, Height Adjusters and Pretensioners
· Back-Up Camera

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **28** |  Fuel Economy Information | **36** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| | |
|---|---|
| **MSRP** | **$18,735.00** |
| **INSTALLED OPTIONS** | |
| [FE0] 50 State Emissions | $0 |
| Original Shipping Charge | $895 |
| **RETAIL PRICE (ORIGINALLY NEW)** | **$19,630.00** |

### Get more information on your smartphone:



# OffleaseOnly

offleaseonly.com

| | |
|---|---|
| Year:  2017 | Engine:  4 Cylinder Engine |
| Make:  Toyota | Transmission:  CVT |
| Model:  Corolla LE | Exterior:  Slate Metallic |
| VIN:  5YFBURHE2HP726980 | Interior:  Black |

## MECHANICAL

· Front-Wheel Drive
· 4.76 Axle Ratio
· 390CCA Maintenance-Free Battery w/Run Down Protection
· 80 Amp Alternator
· Gas-Pressurized Shock Absorbers
· Front And Rear Anti-Roll Bars
· Electric Power-Assist Speed-Sensing Steering
· 13.2 Gal. Fuel Tank
· Single Stainless Steel Exhaust
· Strut Front Suspension w/Coil Springs
· Torsion Beam Rear Suspension w/Coil Springs
· Front Disc/Rear Drum Brakes w/4-Wheel ABS, Front Vented Discs, Brake Assist and Hill Hold Control

## EXTERIOR

· Wheels: 16" x 6.5" Wide Vent Steel
· Tires: P205/55R16 All-Season
· Steel Spare Wheel
· Compact Spare Tire Mounted Inside Under Cargo
· Clearcoat Paint
· Body-Colored Front Bumper
· Body-Colored Rear Bumper
· Black Side Windows Trim
· Body-Colored Door Handles
· Body-Colored Power Heated Side Mirrors w/Manual Folding
· Fixed Rear Window w/Defroster
· Light Tinted Glass
· Variable Intermittent Wipers
· Fully Galvanized Steel Panels
· Black Grille
· Trunk Rear Cargo Access
· Fully Automatic Projector Beam Led Low/High Beam Auto High-Beam Headlamps w/Delay-Off
· LED Daytime Running Lights -inc: Integrated into bumper

## ENTERTAINMENT

· Radio: Entune Audio w/6.1" Screen -inc: Entune Multimedia Bundle and Siri Eyes Free
· Radio w/Seek-Scan, MP3 Player, Clock, Speed Compensated Volume Control, Steering Wheel Controls and Radio Data System
· Automatic Equalizer
· Streaming Audio
· 6 Speakers
· Window Grid Antenna

## INTERIOR

· Front Bucket Seats -inc: 6-way adjustable driver's seat and 4-way adjustable front passenger seat
· 6-Way Driver Seat
· 4-Way Passenger Seat
· 60-40 Folding Bench Front Facing Fold Forward Seatback Rear Seat
· Manual Tilt/Telescoping Steering Column
· Gauges -inc: Speedometer, Odometer, Engine Coolant Temp, Tachometer, Trip Odometer and Trip Computer
· Power Rear Windows
· Front Cupholder
· Rear Cupholder
· Remote Releases -Inc: Mechanical Cargo Access and Mechanical Fuel
· Remote Keyless Entry w/Integrated Key Transmitter, Illuminated Entry and Panic Button

· Cruise Control w/Steering Wheel Controls
· Distance Pacing
· Automatic Air Conditioning
· HVAC -inc: Underseat Ducts
· Locking Glove Box
· Driver Foot Rest
· Full Cloth Headliner
· Cloth Door Trim Insert
· Urethane Gear Shift Knob
· Interior Trim -inc: Piano Black Instrument Panel Insert, Metal-Look Console Insert and Chrome Interior Accents
· Fabric Seat Trim
· Day-Night Rearview Mirror
· Driver And Passenger Visor Vanity Mirrors
· Full Floor Console w/Covered Storage and 1 12V DC Power Outlet
· Front Map Lights
· Fade-To-Off Interior Lighting
· Full Carpet Floor Covering
· Carpet Floor Trim and Carpet Trunk Lid/Rear Cargo Door Trim
· Cargo Space Lights
· FOB Controls -inc: Trunk/Hatch/Tailgate
· Instrument Panel Covered Bin, Driver / Passenger And Rear Door Bins
· Power 1st Row Windows w/Driver 1-Touch Up/Down
· Delayed Accessory Power
· Power Door Locks w/Autolock Feature
· Trip Computer
· Outside Temp Gauge
· Analog Display
· Seats w/Cloth Back Material
· Manual Adjustable Front Head Restraints and Manual Adjustable Rear Head Restraints
· Front Center Armrest w/Storage and Rear Center Armrest
· 1 Seatback Storage Pocket
· 1 12V DC Power Outlet
· Air Filtration

## SAFETY

· Electronic Stability Control
· ABS And Driveline Traction Control
· Side Impact Beams
· Dual Stage Driver And Passenger Seat-Mounted Side Airbags
· Pre-Collision System
· Lane Departure Alert w/Steering Assist Lane Keeping Assist
· Lane Departure Alert w/Steering Assist Lane Departure Warning
· Low Tire Pressure Warning
· Dual Stage Driver And Passenger Front Airbags
· Curtain 1st And 2nd Row Airbags
· Airbag Occupancy Sensor
· Driver Knee Airbag and Passenger Cushion Front Airbag
· Rear Child Safety Locks
· Outboard Front Lap And Shoulder Safety Belts -inc: Rear Center 3 Point, Height Adjusters and Pretensioners
· Back-Up Camera

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **28** |  Fuel Economy Information | **36** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| | |
|---|---|
| **MSRP** | **$18,935.00** |
| **INSTALLED OPTIONS** | |
| [FE0] 50 State Emissions | $0 |
| Original Shipping Charge | $895 |
| **RETAIL PRICE (ORIGINALLY NEW)** | **$19,830.00** |

## Get more information on your smartphone:



# Mullinax Kissimmee

Year:  2018
Make:  Toyota
Model:  Corolla LE
VIN:  5YFBURHEXJP750188

Engine:  4 Cylinder Engine
Transmission:  CVT
Exterior:  Black Sand Pearl
Interior:  Ash

## MECHANICAL

· Front-Wheel Drive
· 4.76 Axle Ratio
· 390CCA Maintenance-Free Battery w/Run Down Protection
· 80 Amp Alternator
· 3820# Gvwr
· Gas-Pressurized Shock Absorbers
· Front And Rear Anti-Roll Bars
· Electric Power-Assist Speed-Sensing Steering
· 13.2 Gal. Fuel Tank
· Single Stainless Steel Exhaust
· Strut Front Suspension w/Coil Springs
· Torsion Beam Rear Suspension w/Coil Springs
· Front Disc/Rear Drum Brakes w/4-Wheel ABS, Front Vented Discs, Brake Assist and Hill Hold Control

## EXTERIOR

· Wheels: 16" x 6.5" Wide Vent Steel
· Tires: P205/55R16 All-Season
· Steel Spare Wheel
· Compact Spare Tire Mounted Inside Under Cargo
· Clearcoat Paint
· Body-Colored Front Bumper
· Body-Colored Rear Bumper
· Black Side Windows Trim
· Body-Colored Door Handles
· Body-Colored Power Heated Side Mirrors w/Manual Folding
· Fixed Rear Window w/Defroster
· Light Tinted Glass
· Variable Intermittent Wipers
· Fully Galvanized Steel Panels
· Black Grille
· Trunk Rear Cargo Access
· Fully Automatic Projector Beam Led Low/High Beam Auto High-Beam Headlamps w/Delay-Off
· LED Daytime Running Lights -inc: Integrated into bumper

## ENTERTAINMENT

· Radio: Entune Audio w/6.1" Screen -inc: Entune Multimedia Bundle and Siri Eyes Free
· Radio w/Seek-Scan, Clock, Speed Compensated Volume Control, Steering Wheel Controls and Radio Data System
· Automatic Equalizer
· Window Grid Antenna
· 1 LCD Monitor In The Front

## INTERIOR

· Front Bucket Seats -inc: 6-way adjustable driver's seat and 4-way adjustable front passenger seat
· 60-40 Folding Bench Front Facing Fold Forward Seatback Rear Seat
· Manual Tilt/Telescoping Steering Column
· Gauges -inc: Speedometer, Odometer, Engine Coolant Temp, Tachometer, Trip Odometer and Trip Computer
· Power Rear Windows
· Front Cupholder
· Rear Cupholder
· Remote Releases -Inc: Mechanical Cargo Access and Mechanical Fuel
· Remote Keyless Entry w/Integrated Key Transmitter, Illuminated Entry and Panic Button
· Cruise Control w/Steering Wheel Controls

· Distance Pacing
· Automatic Air Conditioning
· HVAC -inc: Underseat Ducts
· Locking Glove Box
· Driver Foot Rest
· Full Cloth Headliner
· Cloth Door Trim Insert
· Urethane Gear Shift Knob
· Interior Trim -inc: Piano Black Instrument Panel Insert, Metal-Look Console Insert and Chrome Interior Accents
· Fabric Seat Trim
· Day-Night Rearview Mirror
· Driver And Passenger Visor Vanity Mirrors w/Driver And Passenger Illumination
· Full Floor Console w/Covered Storage and 1 12V DC Power Outlet
· Front Map Lights
· Fade-To-Off Interior Lighting
· Full Carpet Floor Covering
· Carpet Floor Trim and Carpet Trunk Lid/Rear Cargo Door Trim
· Cargo Space Lights
· FOB Controls -inc: Trunk/Hatch/Tailgate
· Instrument Panel Covered Bin, Driver / Passenger And Rear Door Bins
· Power 1st Row Windows w/Driver 1-Touch Up/Down
· Delayed Accessory Power
· Power Door Locks w/Autolock Feature
· Trip Computer
· Outside Temp Gauge
· Analog Display
· Seats w/Cloth Back Material
· Manual Adjustable Front Head Restraints and Manual Adjustable Rear Head Restraints
· Front Center Armrest w/Storage and Rear Center Armrest
· 1 Seatback Storage Pocket
· 1 12V DC Power Outlet
· Air Filtration

## SAFETY

· Electronic Stability Control
· ABS And Driveline Traction Control
· Side Impact Beams
· Dual Stage Driver And Passenger Seat-Mounted Side Airbags
· Pre-Collision System Forward Collision
· Lane Departure Alert w/Steering Assist Lane Keeping Assist
· Lane Departure Alert w/Steering Assist Lane Departure Warning
· Low Tire Pressure Warning
· Dual Stage Driver And Passenger Front Airbags
· Curtain 1st And 2nd Row Airbags
· Airbag Occupancy Sensor
· Driver Knee Airbag and Passenger Cushion Front Airbag
· Rear Child Safety Locks
· Outboard Front Lap And Shoulder Safety Belts -inc: Rear Center 3 Point, Height Adjusters and Pretensioners
· Back-Up Camera

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **27** |  Fuel Economy Information | **35** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| MSRP | **$19,035.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| [FE0] 50 State Emissions | $0 |
| Original Shipping Charge | $895 |
| **RETAIL PRICE (ORIGINALLY NEW)** | **$19,930.00** |

## Get more information on your smartphone:



# OffleaseOnly

offleaseonly.com

| | |
|---|---|
| Year: 2019 | Engine: 4 Cylinder Engine |
| Make: Toyota | Transmission: CVT |
| Model: Corolla LE | Exterior: Barcelona Red Met. |
| VIN: 2T1BURHE3KC182335 | Interior: Flaxen |

## MECHANICAL

· Front-Wheel Drive
· 4.76 Axle Ratio
· 390CCA Maintenance-Free Battery w/Run Down Protection
· 80 Amp Alternator
· Gas-Pressurized Shock Absorbers
· Front And Rear Anti-Roll Bars
· Electric Power-Assist Speed-Sensing Steering
· 13.2 Gal. Fuel Tank
· Single Stainless Steel Exhaust
· Strut Front Suspension w/Coil Springs
· Torsion Beam Rear Suspension w/Coil Springs
· Front Disc/Rear Drum Brakes w/4-Wheel ABS, Front Vented Discs, Brake Assist and Hill Hold Control

## EXTERIOR

· Wheels: 16" x 6.5" Wide Vent Steel
· Tires: P205/55R16 All-Season
· Wheels w/Full Wheel Covers
· Steel Spare Wheel
· Compact Spare Tire Mounted Inside Under Cargo
· Clearcoat Paint
· Body-Colored Front Bumper
· Body-Colored Rear Bumper
· Black Side Windows Trim
· Body-Colored Door Handles
· Body-Colored Power Heated Side Mirrors w/Manual Folding
· Fixed Rear Window w/Defroster
· Light Tinted Glass
· Variable Intermittent Wipers
· Fully Galvanized Steel Panels
· Black Grille
· Trunk Rear Cargo Access
· Fully Automatic Projector Beam Led Low/High Beam Auto High-Beam Headlamps w/Delay-Off
· LED Daytime Running Lights -inc: Integrated into bumper

## ENTERTAINMENT

· Radio: Entune Audio w/6.1" Screen -inc: Entune multimedia bundle and Siri Eyes Free
· Radio w/Seek-Scan, Clock, Speed Compensated Volume Control, Steering Wheel Controls and Radio Data System
· Automatic Equalizer
· Window Grid Antenna
· 1 LCD Monitor In The Front

## INTERIOR

· Front Bucket Seats -inc: 6-way adjustable driver's seat and 4-way adjustable front passenger seat
· Driver Seat
· Passenger Seat
· 60-40 Folding Bench Front Facing Fold Forward Seatback Rear Seat
· Manual Tilt/Telescoping Steering Column
· Gauges -inc: Speedometer, Odometer, Engine Coolant Temp, Tachometer, Trip Odometer and Trip Computer
· Power Rear Windows
· Front Cupholder
· Rear Cupholder
· Remote Releases -Inc: Mechanical Cargo Access and Mechanical Fuel
· Remote Keyless Entry w/Integrated Key Transmitter, Illuminated Entry and Panic Button

· Cruise Control w/Steering Wheel Controls
· Distance Pacing
· HVAC -inc: Underseat Ducts
· Automatic Air Conditioning
· Locking Glove Box
· Driver Foot Rest
· Full Cloth Headliner
· Cloth Door Trim Insert
· Urethane Gear Shift Knob
· Fabric Seat Trim
· Interior Trim -inc: Piano Black Instrument Panel Insert, Metal-Look Console Insert and Chrome/Metal-Look Interior Accents
· Day-Night Rearview Mirror
· Driver And Passenger Visor Vanity Mirrors w/Driver And Passenger Illumination
· Full Floor Console w/Covered Storage and 1 12V DC Power Outlet
· Front Map Lights
· Fade-To-Off Interior Lighting
· Full Carpet Floor Covering -inc: Carpet Front And Rear Floor Mats
· Carpet Floor Trim and Carpet Trunk Lid/Rear Cargo Door Trim
· Cargo Space Lights
· FOB Controls -inc: Trunk/Hatch/Tailgate
· Instrument Panel Bin, Driver / Passenger And Rear Door Bins
· Power 1st Row Windows w/Driver 1-Touch Up/Down
· Delayed Accessory Power
· Power Door Locks w/Autolock Feature
· Trip Computer
· Outside Temp Gauge
· Analog Display
· Seats w/Cloth Back Material
· Manual Adjustable Front Head Restraints and Fixed Rear Head Restraints
· Front Center Armrest w/Storage and Rear Center Armrest
· 1 Seatback Storage Pocket
· 1 12V DC Power Outlet
· Air Filtration

## SAFETY

· Electronic Stability Control
· ABS And Driveline Traction Control
· Side Impact Beams
· Dual Stage Driver And Passenger Seat-Mounted Side Airbags
· Toyota Safety Sense P
· Lane Departure Alert w/Steering Assist Lane Keeping Assist
· Lane Departure Alert w/Steering Assist Lane Departure Warning
· Low Tire Pressure Warning
· Dual Stage Driver And Passenger Front Airbags
· Curtain 1st And 2nd Row Airbags
· Airbag Occupancy Sensor
· Driver Knee Airbag and Passenger Cushion Front Airbag
· Rear Child Safety Locks
· Outboard Front Lap And Shoulder Safety Belts -inc: Rear Center 3 Point, Height Adjusters and Pretensioners
· Back-Up Camera



| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **28** | Fuel Economy Information | **36** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| MSRP | **$19,135.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| [FE0] 50 State Emissions | $0 |
| [LL0] Le Premium Package | $1,215 |

- Radio: Entune Audio Plus w/Connected Navigation
- Entune multimedia bundle (7" high resolution touch-screen display
- AM/FM CD player
- 6 speakers
- auxiliary audio jack
- USB 2.0 port w/iPod connectivity and control
- advanced voice recognition
- hands-free phone capability
- phone book access and music streaming via Bluetooth wireless technology)
- connected navigation Scout GPS link app
- Siri Eyes Free
- SiriusXM All Access radio w/3-month complimentary trial and Gracenote album cover art
- HD radio
- HD radio traffic and weather in major metro areas
- Wheels: 16" x 6.5" Alloy
- center ornament wheel caps

| Original Shipping Charge | $930 |
|---|---|
| **RETAIL PRICE (ORIGINALLY NEW)** | $21,280.00 |

## Get more information on your smartphone:



# Arlington Toyota

arlingtontoyota.com
904-302-9611

| | |
|---|---|
| Year: 2011 | Engine: 4 Cylinder Engine |
| Make: Toyota | Transmission: 4AT |
| Model: Corolla S | Exterior: Classic Silver Metallic |
| VIN: 2T1BU4EE8BC560060 | Interior: Dark Charcoal |

## MECHANICAL

· 1.8L DOHC SFI 16-valve VVT-i I4 engine
· Front wheel drive
· Independent MacPherson strut front suspension
· Torsion beam rear suspension
· Front & rear stabilizer bars
· Electric-assist pwr steering
· Front disc/rear drum brakes

## EXTERIOR

· Temporary spare tire
· Color-keyed front grille
· Chrome rear license plate garnish
· Color-keyed door handles

## INTERIOR

· 60/40 split-folding rear bench seat
· Center console -inc: side pockets, storage
· Multi-information display -inc: average fuel economy, driving range, average speed, travel distance
· Remote releases -inc: hood, trunk w/cancel, fuel door
· Air conditioning w/air filtration
· HD rear window defogger w/timer
· Front & rear door pockets w/bottle holder
· Dual glove compartments
· (4) cup holders

· 12V aux pwr outlet
· Dual visor vanity mirrors
· Dual front map lights
· Trunk lamp

## SAFETY

· 4-wheel anti-lock brakes -inc: brake assist, electronic brake force distribution
· Smart Stop braking technology
· Vehicle stability control w/traction control - inc: off switch
· Front/rear crumple zones
· Daytime running lamps
· Side-impact door beams
· Dual front airbags w/occupant sensors
· Front seat-mounted side airbags
· Front & rear side curtain airbags
· ALR/ELR 3-point front & rear seatbelts - inc: front adjustable shoulder belt anchors, pretensioners, force limiters
· Child restraint system w/LATCH anchors
· Child protector rear door locks
· Direct tire pressure monitor
· Internal trunk release
· Front seat active headrests
· Energy-absorbing steering column

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **28** | Fuel Economy Information | **35** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| | |
|---|---|
| **MSRP** | **$17,770.00** |
| **INSTALLED OPTIONS** | |
| [FE] 50 State Emissions | $0 |
| [SR] PWR Tilt/Slide Moonroof | $890 |
| • sunshade | |
| [EX] Am/Fm Stereo W/CD/MP3 Player | $570 |
| • aux audio jack | |
| • USB port w/iPod connectivity | |
| • Bluetooth hands-free phone & music streaming | |
| • XM satellite radio w/(3) months subscription | |
| • (6) speakers | |
| • CD text display | |
| • auto sound leveling | |
| Original Shipping Charge | $760 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $19,990.00 |

## Get more information on your smartphone:



# Mullinax Kissimmee

Year: 2012
Make: Toyota
Model: Corolla S
VIN: 5YFBU4EE5CP051951

Engine: 4 Cylinder Engine
Transmission: Automatic 4-spd
Exterior: Magnetic Gray Met.
Interior: Dark Charcoal

## MECHANICAL

· 1.8L DOHC SFI 16-valve VVT-i I4 engine
· 5-speed manual transmission w/OD
· Front wheel drive
· Independent MacPherson strut front suspension
· Torsion beam rear suspension
· Front & rear stabilizer bars
· Electric-assist pwr steering
· Front ventilated disc & rear drum brakes
· Chrome exhaust tips

## EXTERIOR

· 16" x 6.5" 5-spoke alloy wheels
· P205/55R16 all-season tires
· Temporary spare tire
· Color-keyed front & rear underbody spoiler
· Color-keyed rear spoiler
· Rocker moldings
· Color-keyed front grille
· Multi-reflector halogen headlamps w/smoked lenses
· Fog/driving lamps
· Color-keyed heated pwr fold away mirrors
· Intermittent wipers
· Chrome rear license plate garnish
· Color-keyed door handles

## ENTERTAINMENT

· AM/FM stereo w/CD player -inc: MP3/WMA capability, aux audio input, auto sound leveling, USB port w/iPod connectivity, hands-free phone capability, phone book access, iPod interface, (6) speakers

## INTERIOR

· Front sport double-stitch fabric bucket seats -inc: 6-way adjustable driver seat, 4-way adjustable passenger seat, dual seatback pockets
· Driver seat height adjustment
· 60/40 split-folding rear bench seat
· Center console -inc: side pockets, storage
· 3-spoke sport tilt/telescoping steering wheel -inc: audio controls
· Multi-information display -inc: average fuel economy, driving range, average speed, travel distance
· Sport instrumentation -inc: tachometer, twin tripmeters, outside temp indicator

· Remote releases -inc: hood, trunk w/cancel, fuel door
· Pwr door locks
· Pwr windows w/driver one-touch down
· Cruise control
· Remote keyless entry -inc: panic feature, remote illumination
· Air conditioning w/air filtration
· HD rear window defogger w/timer
· Front & rear door pockets w/bottle holder
· Dual glove compartments
· (4) cup holders
· Metallic interior trim & door handle accents
· 12V aux pwr outlet
· Dual visor vanity mirrors
· Dual front map lights
· Trunk lamp

## SAFETY

· 4-wheel anti-lock brakes -inc: brake assist, electronic brake force distribution
· Smart Stop braking technology
· Vehicle stability control w/traction control -inc: off switch
· Front/rear crumple zones
· Daytime running lamps
· Side-impact door beams
· Dual front airbags w/occupant sensors
· Front seat-mounted side airbags
· Front & rear side curtain airbags
· ALR/ELR 3-point front & rear seatbelts -inc: front adjustable shoulder belt anchors, pretensioners, force limiters
· Child restraint system w/LATCH anchors
· Child protector rear door locks
· Direct tire pressure monitor
· Internal trunk release
· Front seat active headrests
· Energy-absorbing steering column

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **26** |  Fuel Economy Information | **34** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| MSRP | $17,990.00 |
|---|---|
| **INSTALLED OPTIONS** | |
| [FE] 50 State Emissions | $0 |
| Original Shipping Charge | $795 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $18,785.00 |

### Get more information on your smartphone:



# **Mullinax Ford Lincoln Mobile**

251-344-4000

Year:   2013
Make:   Toyota
Model:   Corolla S
VIN:   5YFBU4EE0DP170119

Engine:   4 Cylinder Engine
Transmission:   Automatic 4-spd
Exterior:   Super White
Interior:   Dark Charcoal

## MECHANICAL

· 1.8L DOHC SFI 16-valve VVT-i I4 engine
· 5-speed manual transmission w/OD
· Front wheel drive
· Independent MacPherson strut front suspension
· Torsion beam rear suspension
· Front & rear stabilizer bars
· Electric-assist pwr steering
· Front ventilated disc & rear drum brakes
· Chrome exhaust tips

## EXTERIOR

· 16" x 6.5" 5-spoke alloy wheels
· P205/55R16 all-season tires
· Temporary spare tire
· Color-keyed front & rear underbody spoiler
· Color-keyed rear spoiler
· Rocker moldings
· Color-keyed front grille
· Multi-reflector halogen headlamps w/black sport trim
· Fog lights
· Color-keyed heated fold away pwr mirrors
· Intermittent wipers
· Chrome rear license plate garnish
· Color-keyed door handles

## ENTERTAINMENT

· AM/FM stereo w/CD player -inc: MP3/WMA capability, 6.1" touch-screen w/vehicle info, USB port w/iPod connectivity, aux audio input, Bluetooth hands-free phone & music streaming, Bluetooth steering wheel controls, phone book access, (6) speakers
· In-glass antenna

## INTERIOR

· Front sport double-stitch fabric bucket seats -inc: 6-way adjustable driver seat, 4-way adjustable passenger seat, dual seatback pockets
· 60/40 split-folding rear bench seat
· Center console w/storage compartment
· 3-spoke sport tilt/telescoping steering wheel -inc: metallic accents, audio steering wheel controls

· Multi-info display -inc: outside temp, current/average fuel economy, average speed, travel distance, trip computer
· Sport instrumentation -inc: tachometer, twin tripmeters
· Digital clock
· Remote keyless entry -inc: panic feature, remote illumination, trunk-release
· Pwr door locks
· Pwr windows w/driver one-touch down
· Cruise control
· Air conditioning w/air filtration
· Rear window defogger w/timer
· Front & rear door pockets w/bottle holder
· Dual glove compartments
· (4) cup holders
· Metallic interior trim & door handle accents
· 12V aux pwr outlet
· Dual visor vanity mirrors
· Dual front map lights

## SAFETY

· Star safety system -inc: enhanced vehicle stability control (VSC), traction control (TRAC), anti-lock brake system (ABS), electronic brake-force distribution (EBD), brake assist (BA), Smart Stop Technology (SST)
· Front/rear crumple zones
· Side-impact door beams
· Daytime running lamps
· Dual front airbags w/occupant sensors
· Front seat-mounted side airbags
· Front & rear side curtain airbags
· ALR/ELR 3-point front & rear seatbelts -inc: front adjustable shoulder belt anchors, pretensioners, force limiters
· Child restraint system w/LATCH anchors
· Child protector rear door locks
· Tire pressure monitor system
· Front seat active headrests
· Energy-absorbing steering column

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **26** |  Fuel Economy Information | **33** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| MSRP | **$18,230.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| [FE] 50 State Emissions | $0 |
| Original Shipping Charge | $810 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $19,040.00 |

## Get more information on your smartphone:



# Mullinax Ford of Central Florida (Apopka)

| | |
|---|---|
| Year:  2014 | Engine:  4 Cylinder Engine |
| Make:  Toyota | Transmission:  CVT |
| Model:  Corolla S | Exterior:  Black Sand Pearl |
| VIN:  2T1BURHE2EC207357 | Interior:  Steel Blue |

## MECHANICAL

· Front-Wheel Drive
· 4.76 Axle Ratio
· 390CCA Maintenance-Free Battery w/Run Down Protection
· 80 Amp Alternator
· Gas-Pressurized Shock Absorbers
· Front And Rear Anti-Roll Bars
· Electric Power-Assist Speed-Sensing Steering
· 13.2 Gal. Fuel Tank
· Single Stainless Steel Exhaust w/Chrome Tailpipe Finisher
· Strut Front Suspension w/Coil Springs
· Torsion Beam Rear Suspension w/Coil Springs
· 4-Wheel Disc Brakes w/4-Wheel ABS, Front Vented Discs and Brake Assist

## EXTERIOR

· Wheels: 16" x 6.5" Steel -inc: wheel covers
· Tires: P205/55R16 All-Season
· Steel Spare Wheel
· Compact Spare Tire Mounted Inside Under Cargo
· Clearcoat Paint
· Body-Colored Front Bumper
· Body-Colored Rear Bumper
· Body-Colored Door Handles
· Rocker Panel Extensions
· Black Side Windows Trim
· Body-Colored Power Heated Side Mirrors w/Manual Folding and Turn Signal Indicator
· Fixed Rear Window w/Defroster
· Light Tinted Glass
· Fixed Interval Wipers
· Fully Galvanized Steel Panels
· Wing Spoiler
· Black Grille w/Chrome Surround
· Trunk Rear Cargo Access
· Auto Off Projector Beam Led Low Beam Daytime Running Headlamps w/Delay-Off
· Front Fog Lamps

## ENTERTAINMENT

· Radio: AM/FM/CD Player w/6.1" Touch Screen -inc: Entune multimedia bundle, MP3/WMA playback capability, 6 speakers, auxiliary audio jack, USB 2.0 port w/iPod connectivity and control, hands-free phone capability, phone book access and music streaming via Bluetooth wireless technology, and advanced voice recognition, See Toyota.com/Entune for details
· Radio w/Seek-Scan, Clock, Speed Compensated Volume Control, Steering Wheel Controls and Radio Data System
· Automatic Equalizer
· Window Grid Antenna

## INTERIOR

· Front Sport Bucket Seats -inc: 6-way adjustable driver's seat, 4-way adjustable front passenger seat, and seatback pocket
· 6-Way Driver Seat
· 4-Way Passenger Seat
· 60-40 Folding Bench Front Facing Fold Forward Seatback Rear Seat
· Manual Tilt/Telescoping Steering Column
· Gauges -inc: Speedometer, Odometer, Engine Coolant Temp, Tachometer, Trip Odometer and Trip Computer
· Power Rear Windows
· Leather Steering Wheel
· Front Cupholder

· Rear Cupholder
· Remote Keyless Entry w/Integrated Key Transmitter, Illuminated Entry and Panic Button
· Remote Releases -Inc: Mechanical Cargo Access and Mechanical Fuel
· Cruise Control w/Steering Wheel Controls
· Automatic Air Conditioning
· HVAC -inc: Underseat Ducts
· Locking Glove Box
· Driver Foot Rest
· Full Cloth Headliner
· Cloth Door Trim Insert
· Urethane Gear Shift Knob
· Interior Trim -inc: Metal-Look Instrument Panel Insert, Metal-Look Door Panel Insert, Metal-Look Console Insert and Metal-Look Interior Accents
· Sport Fabric Seat Trim -inc: sport bolsters and sport inserts
· Day-Night Rearview Mirror
· Driver And Passenger Visor Vanity Mirrors
· Full Floor Console w/Covered Storage and 1 12V DC Power Outlet
· Front Map Lights
· Fade-To-Off Interior Lighting
· Full Carpet Floor Covering
· Carpet Floor Trim and Carpet Trunk Lid/Rear Cargo Door Trim
· Cargo Space Lights
· FOB Controls -inc: Trunk/Hatch/Tailgate
· Instrument Panel Covered Bin, Driver / Passenger And Rear Door Bins
· Power 1st Row Windows w/Driver 1-Touch Up/Down
· Delayed Accessory Power
· Power Door Locks w/Autolock Feature
· Trip Computer
· Outside Temp Gauge
· Analog Display
· Seats w/Cloth Back Material
· Manual Adjustable Front Head Restraints and Manual Adjustable Rear Head Restraints
· Front Center Armrest w/Storage
· 1 12V DC Power Outlet
· Air Filtration

## SAFETY

· Electronic Stability Control
· ABS And Driveline Traction Control
· Side Impact Beams
· Dual Stage Driver And Passenger Seat-Mounted Side Airbags
· Low Tire Pressure Warning
· Dual Stage Driver And Passenger Front Airbags
· Curtain 1st And 2nd Row Airbags
· Airbag Occupancy Sensor
· Driver Knee Airbag and Passenger Cushion Front Airbag
· Rear Child Safety Locks
· Outboard Front Lap And Shoulder Safety Belts -inc: Rear Center 3 Point, Height Adjusters and Pretensioners
· Back-Up Camera

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **27** |  Fuel Economy Information | **35** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| MSRP | **$19,000.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| [FE0] 50 State Emissions | $0 |
| Original Shipping Charge | $825 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $19,825.00 |

## Get more information on your smartphone:





floridafinecars.com

| Year: 2015 | Engine: 4 Cylinder Engine |
| Make: Toyota | Transmission: CVT |
| Model: Corolla S | Exterior: Classic Silver Metallic |
| VIN: 5YFBURHE3FP315486 | Interior: Black |

## MECHANICAL

· Front-Wheel Drive
· 4.76 Axle Ratio
· 390CCA Maintenance-Free Battery w/Run Down Protection
· 80 Amp Alternator
· Gas-Pressurized Shock Absorbers
· Front And Rear Anti-Roll Bars
· Electric Power-Assist Speed-Sensing Steering
· 13.2 Gal. Fuel Tank
· Single Stainless Steel Exhaust w/Chrome Tailpipe Finisher
· Strut Front Suspension w/Coil Springs
· Torsion Beam Rear Suspension w/Coil Springs
· 4-Wheel Disc Brakes w/4-Wheel ABS, Front Vented Discs and Brake Assist

## EXTERIOR

· Wheels: 16" x 6.5" Steel -inc: wheel covers
· Tires: P205/55R16 All-Season
· Steel Spare Wheel
· Compact Spare Tire Mounted Inside Under Cargo
· Clearcoat Paint
· Body-Colored Front Bumper
· Body-Colored Rear Bumper
· Body-Colored Door Handles
· Black Side Windows Trim
· Rocker Panel Extensions
· Body-Colored Power Heated Side Mirrors w/Manual Folding and Turn Signal Indicator
· Fixed Rear Window w/Defroster
· Light Tinted Glass
· Fixed Interval Wipers
· Fully Galvanized Steel Panels
· Lip Spoiler
· Black Grille w/Chrome Surround
· Auto Off Projector Beam Led Low Beam Daytime Running Headlamps w/Delay-Off
· Front Fog Lamps

## ENTERTAINMENT

· Radio: AM/FM/CD Player w/6.1" Touch Screen -inc: Entune multimedia bundle, MP3/WMA playback capability, 6 speakers, auxiliary audio jack, USB 2.0 port w/iPod connectivity and control, hands-free phone capability, phone book access and music streaming via Bluetooth wireless technology, and advanced voice recognition, See Toyota.com/Entune for details
· Radio w/Seek-Scan, Clock, Speed Compensated Volume Control, Steering Wheel Controls and Radio Data System
· Automatic Equalizer
· Window Grid Antenna

## INTERIOR

· Front Sport Bucket Seats -inc: 6-way adjustable driver's seat, 4-way adjustable front passenger seat, and seatback pocket
· 6-Way Driver Seat
· 4-Way Passenger Seat
· 60-40 Folding Bench Front Facing Fold Forward Seatback Rear Seat
· Manual Tilt/Telescoping Steering Column
· Gauges -inc: Speedometer, Odometer, Engine Coolant Temp, Tachometer, Trip Odometer and Trip Computer
· Power Rear Windows
· Leather Steering Wheel
· Front Cupholder

· Rear Cupholder
· Remote Releases -Inc: Mechanical Cargo Access and Mechanical Fuel
· Remote Keyless Entry w/Integrated Key Transmitter, Illuminated Entry and Panic Button
· Cruise Control w/Steering Wheel Controls
· Automatic Air Conditioning
· HVAC -inc: Underseat Ducts
· Locking Glove Box
· Driver Foot Rest
· Full Cloth Headliner
· Cloth Door Trim Insert
· Urethane Gear Shift Knob
· Interior Trim -inc: Metal-Look Instrument Panel Insert, Metal-Look Door Panel Insert, Metal-Look Console Insert and Metal-Look Interior Accents
· Sport Fabric Seat Trim -inc: sport bolsters and sport inserts
· Day-Night Rearview Mirror
· Driver And Passenger Visor Vanity Mirrors
· Full Floor Console w/Covered Storage and 1 12V DC Power Outlet
· Front Map Lights
· Fade-To-Off Interior Lighting
· Full Carpet Floor Covering
· Carpet Floor Trim and Carpet Trunk Lid/Rear Cargo Door Trim
· Cargo Space Lights
· FOB Controls -inc: Trunk/Hatch/Tailgate
· Instrument Panel Covered Bin, Driver / Passenger And Rear Door Bins
· Power 1st Row Windows w/Driver 1-Touch Up/Down
· Delayed Accessory Power
· Power Door Locks w/Autolock Feature
· Trip Computer
· Outside Temp Gauge
· Analog Display
· Seats w/Cloth Back Material
· Manual Adjustable Front Head Restraints and Manual Adjustable Rear Head Restraints
· Front Center Armrest w/Storage and Rear Center Armrest
· 1 12V DC Power Outlet
· Air Filtration

## SAFETY

· Electronic Stability Control
· ABS And Driveline Traction Control
· Side Impact Beams
· Dual Stage Driver And Passenger Seat-Mounted Side Airbags
· Low Tire Pressure Warning
· Dual Stage Driver And Passenger Front Airbags
· Curtain 1st And 2nd Row Airbags
· Airbag Occupancy Sensor
· Driver Knee Airbag and Passenger Cushion Front Airbag
· Rear Child Safety Locks
· Outboard Front Lap And Shoulder Safety Belts -inc: Rear Center 3 Point, Height Adjusters and Pretensioners
· Back-Up Camera

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **27** |  | **35** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

### New

| MSRP | **$19,195.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| [FE0] 50 State Emissions | $0 |
| Original Shipping Charge | $835 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $20,030.00 |

## Get more information on your smartphone:



# ARLINGTON TOYOTA

arlingtontoyota.com
904-302-9611

| | |
|---|---|
| Year: 2016 | Engine: 4 Cylinder Engine |
| Make: Toyota | Transmission: CVT |
| Model: Corolla S | Exterior: Blue Crush Metallic |
| VIN: 5YFBURHE3GP452316 | Interior: Black |

## MECHANICAL

· Front-Wheel Drive
· 390CCA Maintenance-Free Battery w/Run Down Protection
· 80 Amp Alternator
· 3820# Gvwr
· Gas-Pressurized Shock Absorbers
· Front And Rear Anti-Roll Bars
· Electric Power-Assist Speed-Sensing Steering
· 13.2 Gal. Fuel Tank
· Strut Front Suspension w/Coil Springs
· Torsion Beam Rear Suspension w/Coil Springs

## EXTERIOR

· Steel Spare Wheel
· Compact Spare Tire Mounted Inside Under Cargo
· Clearcoat Paint
· Body-Colored Front Bumper
· Body-Colored Rear Bumper
· Body-Colored Door Handles
· Black Side Windows Trim
· Fixed Rear Window w/Defroster
· Light Tinted Glass
· Fully Galvanized Steel Panels
· Trunk Rear Cargo Access
· Auto Off Projector Beam Led Low Beam Daytime Running Headlamps w/Delay-Off

## ENTERTAINMENT

· Automatic Equalizer

## INTERIOR

· 60-40 Folding Bench Front Facing Fold Forward Seatback Rear Seat
· Manual Tilt/Telescoping Steering Column
· Front Cupholder
· Rear Cupholder
· Remote Releases -Inc: Mechanical Cargo Access and Mechanical Fuel
· HVAC -inc: Underseat Ducts

· Locking Glove Box
· Driver Foot Rest
· Full Cloth Headliner
· Cloth Door Trim Insert
· Urethane Gear Shift Knob
· Day-Night Rearview Mirror
· Driver And Passenger Visor Vanity Mirrors
· Full Floor Console w/Covered Storage and 1 12V DC Power Outlet
· Front Map Lights
· Fade-To-Off Interior Lighting
· Carpet Floor Trim and Carpet Trunk Lid/Rear Cargo Door Trim
· Cargo Space Lights
· Instrument Panel Covered Bin, Driver / Passenger And Rear Door Bins
· Delayed Accessory Power
· Outside Temp Gauge
· Analog Display
· Seats w/Cloth Back Material
· Manual Adjustable Front Head Restraints and Manual Adjustable Rear Head Restraints
· 1 12V DC Power Outlet
· Air Filtration

## SAFETY

· Side Impact Beams
· Dual Stage Driver And Passenger Seat-Mounted Side Airbags
· Low Tire Pressure Warning
· Dual Stage Driver And Passenger Front Airbags
· Curtain 1st And 2nd Row Airbags
· Airbag Occupancy Sensor
· Driver Knee Airbag and Passenger Cushion Front Airbag
· Rear Child Safety Locks
· Outboard Front Lap And Shoulder Safety Belts -inc: Rear Center 3 Point, Height Adjusters and Pretensioners

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **27** |  Fuel Economy Information | **36** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| **MSRP** | **$17,900.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| [FE0] 50 State Emissions | $0 |
| [Q2] Body Protection Package #1 | $485 |
| ● Door Sill Protectors | |
| ● Rear Bumper Protector | |
| ● Body Side Moldings | |
| [CF0] Carpeted Floor Mats & Trunk Mat | $225 |
| Original Shipping Charge | $895 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $19,505.00 |

### Get more information on your smartphone:



# OfflleaseOnly

offleaseonly.com

| | |
|---|---|
| Year: 2019<br>Make: Toyota<br>Model: Corolla SE<br>VIN: 5YFBURHE0KP874469 | Engine: 4 Cylinder Engine<br>Transmission: CVT<br>Exterior: Classic Silver Met<br>Interior: Black |

## MECHANICAL

· Front-Wheel Drive
· 390CCA Maintenance-Free Battery w/Run Down Protection
· 80 Amp Alternator
· Gas-Pressurized Shock Absorbers
· Front And Rear Anti-Roll Bars
· Electric Power-Assist Speed-Sensing Steering
· 13.2 Gal. Fuel Tank
· Strut Front Suspension w/Coil Springs
· Torsion Beam Rear Suspension w/Coil Springs

## EXTERIOR

· Steel Spare Wheel
· Compact Spare Tire Mounted Inside Under Cargo
· Clearcoat Paint
· Body-Colored Front Bumper
· Body-Colored Rear Bumper
· Black Side Windows Trim
· Body-Colored Door Handles
· Fixed Rear Window w/Defroster
· Light Tinted Glass
· Fully Galvanized Steel Panels
· Black Grille
· Trunk Rear Cargo Access

## ENTERTAINMENT

· Automatic Equalizer
· Window Grid Antenna

## INTERIOR

· Driver Seat
· Passenger Seat
· 60-40 Folding Bench Front Facing Fold Forward Seatback Rear Seat
· Manual Tilt/Telescoping Steering Column
· Front Cupholder
· Rear Cupholder
· Remote Releases -Inc: Mechanical Cargo Access and Mechanical Fuel
· Cruise Control w/Steering Wheel Controls
· Distance Pacing

· HVAC -inc: Underseat Ducts
· Locking Glove Box
· Driver Foot Rest
· Full Cloth Headliner
· Cloth Door Trim Insert
· Urethane Gear Shift Knob
· Day-Night Rearview Mirror
· Driver And Passenger Visor Vanity Mirrors w/Driver And Passenger Illumination
· Full Floor Console w/Covered Storage and 1 12V DC Power Outlet
· Front Map Lights
· Fade-To-Off Interior Lighting
· Carpet Floor Trim and Carpet Trunk Lid/Rear Cargo Door Trim
· Cargo Space Lights
· Instrument Panel Bin, Driver / Passenger And Rear Door Bins
· Delayed Accessory Power
· Outside Temp Gauge
· Analog Display
· Seats w/Cloth Back Material
· Manual Adjustable Front Head Restraints and Fixed Rear Head Restraints
· 1 12V DC Power Outlet
· Air Filtration

## SAFETY

· Side Impact Beams
· Dual Stage Driver And Passenger Seat-Mounted Side Airbags
· Toyota Safety Sense P
· Low Tire Pressure Warning
· Dual Stage Driver And Passenger Front Airbags
· Curtain 1st And 2nd Row Airbags
· Airbag Occupancy Sensor
· Driver Knee Airbag and Passenger Cushion Front Airbag
· Rear Child Safety Locks
· Outboard Front Lap And Shoulder Safety Belts -inc: Rear Center 3 Point, Height Adjusters and Pretensioners
· Back-Up Camera

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **28** |  Fuel Economy Information | **36** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| MSRP | **$18,700.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| [FE0] 50 State Emissions | $0 |
| Original Shipping Charge | $920 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $19,620.00 |

### Get more information on your smartphone:



# Arlington Toyota

arlingtontoyota.com
904-302-9611

| Year: 2017 | Engine: 4 Cylinder Engine |
| Make: Toyota | Transmission: CVT |
| Model: Corolla iM | Colors: Black Sand Pearl / Black |
| VIN: JTNKARJE4HJ530039 | Mileage: 11,443                    Stock #: 39992 |

## MECHANICAL

· Front-Wheel Drive
· Battery w/Run Down Protection
· Gas-Pressurized Shock Absorbers
· Front And Rear Anti-Roll Bars
· Electric Power-Assist Speed-Sensing Steering
· 14 Gal. Fuel Tank
· Single Stainless Steel Exhaust w/Chrome Tailpipe Finisher
· Strut Front Suspension w/Coil Springs
· Double Wishbone Rear Suspension w/Coil Springs
· 4-Wheel Disc Brakes w/4-Wheel ABS, Front Vented Discs, Brake Assist and Hill Hold Control

## EXTERIOR

· Wheels: 17" x 7" Alloy
· Tires: 225/45R17 All-Season
· Wheels w/Machined Accents
· Steel Spare Wheel
· Compact Spare Tire Mounted Inside Under Cargo
· Clearcoat Paint
· Body-Colored Front Bumper
· Body-Colored Rear Bumper
· Rocker Panel Extensions
· Black Side Windows Trim
· Body-Colored Door Handles
· Body-Colored Power Heated Side Mirrors w/Power Folding and Turn Signal Indicator
· Fixed Rear Window w/Fixed Interval Wiper, Heated Wiper Park and Defroster
· Light Tinted Glass
· Variable Intermittent Wipers
· Fully Galvanized Steel Panels
· Black Grille
· Liftgate Rear Cargo Access
· Fully Automatic Projector Beam Halogen Daytime Running Auto High-Beam Headlamps w/Delay-Off
· LED Brakelights

## ENTERTAINMENT

· Radio: 7" Toyota iM Display Audio -inc: AM/FM/HD featuring Aha, 7" touch-screen display, 6-speaker Pioneer sound system, auxiliary audio jack, USB 2.0 port w/iPod connectivity and control, advanced voice recognition, hands-free phone capability, phone book access, music streaming via Bluetooth wireless technology and Gracenote album cover art
· Radio w/Seek-Scan, Clock, Speed Compensated Volume Control, Steering Wheel Controls and Radio Data System
· Automatic Equalizer
· Digital Signal Processor
· Integrated Roof Antenna
· 2 LCD Monitors In The Front

## INTERIOR

· Front Bucket Seats -inc: height adjustable driver seat, 6-way driver seat and 4-way front-passenger seat w/active headrest
· Driver Seat
· Passenger Seat
· 60-40 Folding Bench Front Facing Fold Forward Seatback Rear Seat
· Manual Tilt/Telescoping Steering Column
· Leather Steering Wheel

· Front Cupholder
· Rear Cupholder
· Remote Releases -Inc: Mechanical Fuel
· Cruise Control w/Steering Wheel Controls
· Dual Zone Front Automatic Air Conditioning
· HVAC -inc: Underseat Ducts
· Illuminated Glove Box
· Driver Foot Rest
· Interior Trim -inc: Piano Black Instrument Panel Insert, Metal-Look Door Panel Insert, Metal-Look Console Insert and Piano Black/Metal-Look Interior Accents
· Full Cloth Headliner
· Cloth Door Trim Insert
· Leather Gear Shift Knob
· Day-Night Rearview Mirror
· Driver And Passenger Visor Vanity Mirrors w/Driver And Passenger Illumination
· Full Floor Console w/Covered Storage, Mini Overhead Console w/Storage and 1 12V DC Power Outlet
· Front Map Lights
· Fade-To-Off Interior Lighting
· Carpet Floor Trim
· Rigid Cargo Cover
· Cargo Space Lights
· Instrument Panel Covered Bin, Driver / Passenger And Rear Door Bins
· Delayed Accessory Power
· Outside Temp Gauge
· Analog Display
· Seats w/Cloth Back Material
· Manual Adjustable Front Head Restraints and Manual Adjustable Rear Head Restraints
· Front Center Armrest w/Storage and Rear Center Armrest
· 2 Seatback Storage Pockets
· 1 12V DC Power Outlet
· Air Filtration

## SAFETY

· Side Impact Beams
· Dual Stage Driver And Passenger Seat-Mounted Side Airbags
· Forward Collision Mitigation
· Lane Departure Warning
· Low Tire Pressure Warning
· Dual Stage Driver And Passenger Front Airbags
· Curtain 1st And 2nd Row Airbags
· Airbag Occupancy Sensor
· Driver Knee Airbag and Passenger Cushion Front Airbag
· Rear Child Safety Locks
· Outboard Front Lap And Shoulder Safety Belts -inc: Rear Center 3 Point, Height Adjusters and Pretensioners
· Back-Up Camera

| CITY MPG | | HIGHWAY MPG |
| --- | --- | --- |
| **28** | Fuel Economy Information | **36** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| MSRP | **$19,490.00** |
| --- | --- |
| **INSTALLED OPTIONS** | |
| [FE0] 50 State Emissions | $0 |
| [CF] Carpet Mat Package | $185 |
|   • Carpet Cargo Mat | |
|   • Carpet Floor Mats | |
| Original Shipping Charge | $895 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $20,570.00 |

## *Used*

**PRICE**                                    $14,937.00

### Get more information on your smartphone:





STG
AUTO GROUP

| Year: 2012 | Engine: 4 Cylinder Engine |
|---|---|
| Make: Toyota | Transmission: 4AT |
| Model: Matrix BASE | Exterior: Classic Silver Met |
| VIN: 2T1KU4EE4CC898492 | Interior: Graphite |

## MECHANICAL

· 1.8L DOHC 16-valve 4-cyl engine w/VVT-i
· Front wheel drive
· Independent MacPherson strut front suspension
· Torsion beam rear suspension
· Front & rear stabilizer bars
· Electric pwr-assist rack & pinion steering
· Vented front/solid rear disc brakes w/pwr assist

## EXTERIOR

· 16" steel wheels w/full wheel covers
· Temporary spare tire
· Color-keyed side rocker panels
· Color-keyed front bumper
· Multi-reflector halogen headlamps
· Color-keyed heated pwr mirrors
· Front intermittent wipers w/mist cycle
· Rear intermittent wiper
· License plate bracket
· Color-keyed door handles
· Wrap guard body protection film

## ENTERTAINMENT

· AM/FM stereo w/CD player -inc: MP3/WMA playback capability, auto sound leveling, (4) speakers
· Auxiliary audio input
· Roof mounted AM/FM antenna

## INTERIOR

· Front sport bucket seats -inc: active head restraints
· Rear 60/40-split folding bench seat
· Front console w/storage box
· Carpeted floor
· 3-spoke tilt/telescoping sport steering wheel -inc: metallic accents, audio controls
· Optitron instrumentation -inc: speedometer,tachometer, coolant temperature gauge, fuel gauge, LCD odometer display, LCD tripmeters display, LCD outside temperature display, warning messages
· Remote keyless entry w/panic feature

· Pwr windows w/driver 1-touch down
· Cruise control
· Anti-theft engine immobilizer
· Air conditioning w/air filtration
· Rear window defogger w/timer
· Dual glove compartment
· (4) cup holders
· 12V pwr outlet
· Driver/front passenger sun visors w/mirrors
· Front map lights
· Illuminated entry
· Anti-slip cargo area trim
· Tonneau cover

## SAFETY

· 4-wheel anti-lock brakes
· Electronic brake-force distribution
· Brake assist
· Smart stop technology
· Daytime running lights
· High tensile strength steel body panels
· Side-impact door beams
· Front & rear energy-absorbing crumple zones
· Front advanced airbags w/occupant classification sensor
· Front seat side-impact airbags
· Front & rear side curtain airbags
· 3-point ALR/ELR seat belts for all positions -inc: front pretensioners, front force limiters, front adjustable shoulder belt anchors
· LATCH lower anchors & top tether anchors
· Child-protector rear door locks
· Energy-absorbing steering column
· Tire pressure monitoring system

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **25** |  Fuel Economy Information | **32** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| **MSRP** | **$18,845.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| [FEM] 50 State Emissions | $0 |
| [CFN] 5 Piece Carpeted Floor Mats | $225 |
| Original Shipping Charge | $795 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $19,865.00 |

## Get more information on your smartphone:



# Pilson Auto Centers

pilsonauto.com
217-234-6461

| | |
|---|---|
| Year:  2012 | Engine:  4 Cylinder Engine |
| Make:  Toyota | Transmission:  4AT |
| Model:  Matrix BASE | Exterior:  Classic Silver Met |
| VIN:  2T1KU4EE4CC898492 | Interior:  Graphite |

**CITY MPG** **25**  **HIGHWAY MPG** **32**

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## MECHANICAL

· 1.8L DOHC 16-valve 4-cyl engine w/VVT-i
· Front wheel drive
· Independent MacPherson strut front suspension
· Torsion beam rear suspension
· Front & rear stabilizer bars
· Electric pwr-assist rack & pinion steering
· Vented front/solid rear disc brakes w/pwr assist

## EXTERIOR

· 16" steel wheels w/full wheel covers
· Temporary spare tire
· Color-keyed side rocker panels
· Color-keyed front bumper
· Multi-reflector halogen headlamps
· Color-keyed heated pwr mirrors
· Front intermittent wipers w/mist cycle
· Rear intermittent wiper
· License plate bracket
· Color-keyed door handles
· Wrap guard body protection film

## ENTERTAINMENT

· AM/FM stereo w/CD player -inc: MP3/WMA playback capability, auto sound leveling, (4) speakers
· Auxiliary audio input
· Roof mounted AM/FM antenna

## INTERIOR

· Front sport bucket seats -inc: active head restraints
· Rear 60/40-split folding bench seat
· Front console w/storage box
· Carpeted floor
· 3-spoke tilt/telescoping sport steering wheel -inc: metallic accents, audio controls
· Optitron instrumentation -inc: speedometer,tachometer, coolant temperature gauge, fuel gauge, LCD odometer display, LCD tripmeters display, LCD outside temperature display, warning messages
· Remote keyless entry w/panic feature

· Pwr windows w/driver 1-touch down
· Cruise control
· Anti-theft engine immobilizer
· Air conditioning w/air filtration
· Rear window defogger w/timer
· Dual glove compartment
· (4) cup holders
· 12V pwr outlet
· Driver/front passenger sun visors w/mirrors
· Front map lights
· Illuminated entry
· Anti-slip cargo area trim
· Tonneau cover

## SAFETY

· 4-wheel anti-lock brakes
· Electronic brake-force distribution
· Brake assist
· Smart stop technology
· Daytime running lights
· High tensile strength steel body panels
· Side-impact door beams
· Front & rear energy-absorbing crumple zones
· Front advanced airbags w/occupant classification sensor
· Front seat side-impact airbags
· Front & rear side curtain airbags
· 3-point ALR/ELR seat belts for all positions -inc: front pretensioners, front force limiters, front adjustable shoulder belt anchors
· LATCH lower anchors & top tether anchors
· Child-protector rear door locks
· Energy-absorbing steering column
· Tire pressure monitoring system

## *New*

| MSRP | **$18,845.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| [FEM] 50 State Emissions | $0 |
| [CFN] 5 Piece Carpeted Floor Mats | $225 |
| Original Shipping Charge | $795 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $19,865.00 |

### Get more information on your smartphone:



# Pilson Auto Centers

### pilsonauto.com
### 217-234-6461



| Custom Search | Search |

(/)

Vehicle Photo Archives (/vehicle-archives)  |  Color Galleries (/colors/)  |  Paint Codes (/paint-codes/)  |  News (/news.php)  |  Data, Info and Specs (/data/)  |  VIN Decoder (/VIN/)

Home (/) > Data, Info and Specs (/data/) > Toyota (/data/Toyota/) > Matrix (/data/Toyota/Matrix/) > 2013 (/data/Toyota/Matrix/2013/) > S (/data/Toyota/Matrix/2013/73982906.html) > Window Sticker Photos (./Window Sticker.html) > Photo #77252772

## 2013 Toyota Matrix S Window Sticker Photo #77252772



(./Window Sticker-77252772.html)

OPEN

▷ Majestic Automotive Group
✕ Set private appointment for safe shoping.
Make the appointment



(./Window Sticker-77252772.html)



Custom Search     Search

All New 20202 Family SUV

2020 Family Suvs Have Ari

2020. Here Are The Top Searches

Searches For Family SUV's

Auto Enthusiasts     Open

Auto Enthusiasts     Open

Our goal is to provide the highest quality automotive photo archives available on the

GTcarlot.com Home (/)   Privacy Policy (/privacy_policy.php)   Terms of Use (/terms_of_use.php)   Search (/search/)   Car Shows, News and Events (/news.php)

© 2020 World Motor Media (http://worldmotormedia.com)

All data is provided for entertainment purposes only, is subject to change without notice and is provided without warranty of any kind.
Thank you for visiting GTCarlot.com

| | |
|---|---|
| Year:  2012 | Engine:  8 Cylinder Engine |
| Make:  Toyota | Transmission:  6AT |
| Model:  Sequoia LIMITED | Exterior:  Super White |
| VIN:  5TDKY5G18CS041524 | Interior:  Sand Beige |

## MECHANICAL

· 5.7L DOHC EFI 32-valve i-Force V8 engine w/dual VVT-i
· 6-speed automatic transmission -inc: sequential shift mode, uphill/downhill shift logic, tow/haul mode
· Rear wheel drive
· Towing hitch receiver -inc: 4/7-pin wire connector
· Trailer sway control
· Skid plates -inc: engine
· Independent suspension -inc: high-mounted double-wishbone front suspension, double-wishbone rear suspension, coil-springs, gas-filled shock absorbers
· Front & rear stabilizer bars
· Speed-sensing variable flow control pwr rack & pinion steering
· Pwr front & rear disc brakes

## EXTERIOR

· P275/55R20 mud & snow tires
· Full size spare tire
· Pwr tilt & slide sunroof
· Rear spoiler
· Roof rack
· Running boards
· Front & rear mudguards
· Chrome grille surround
· Multi-reflector halogen headlamps -inc: auto-off, headlamp cleaner
· Front fog lamps
· Rear privacy glass
· Chrome auto-dimming pwr folding pwr heated mirrors -inc: integrated turn signals
· Washer-linked variable intermittent windshield wipers
· Windshield wiper de-icer grid
· Rear intermittent wiper
· Chrome door handles
· Pwr rear door w/jam protection
· Pwr rear window -inc: auto-up/down, jam protection, defogger

## INTERIOR

· Leather 40/20/40 split fold-flat recline/slide 2nd row bench seat -inc: 3rd row 1-touch access

· Leather 60/40 split recline & pwr fold-flat 3rd row bench
· Optitron instrumentation cluster -inc: speedometer, tachometer, LCD odometer & tripmeters
· Multi-info display -inc: outside temp, compass, current/average fuel consumption, fuel range
· Pwr windows -inc: front 1-touch up/down, jam control
· Cruise control
· Automatic tri-zone front & rear automatic climate control -inc: air filter
· (16) cup & bottle holders
· Overhead console -inc: dual storage areas, driver/front passenger map lights
· Dual sliding visors w/illuminated vanity mirrors
· Rear sunshades
· Illuminated entry system
· Digital quartz clock
· Grocery bag hooks

## SAFETY

· Star Safety System -inc: vehicle stability control (VSC), traction control (TRAC), anti-lock brake system (ABS), electronic brake-force distribution (EBD), brake assist (BA), Smart Stop Technology (SST)
· Daytime running lights
· Front energy absorbing crumple zone
· Side impact door beams
· Driver & front passenger advanced airbags w/occupant classification sensor
· Driver & front passenger seat-mounted side airbags
· All rows side curtain airbags
· Driver & front passenger knee airbags
· 3-point ALR/ELR seatbelts in all passenger seats, ELR seatbelt in driver seat
· Driver & front passenger seatbelt pretensioners & force limiters
· 2nd & 3rd row lower anchors & tethers for children (LATCH) system
· Driver & front passenger seatbelt warning sensor
· Child protector rear hatch & door locks
· Front & rear clearance sonar
· Energy-dissipating interior trim
· Emergency trunk release

| CITY MPG |  | HIGHWAY MPG |
|---|---|---|
| **13** | Fuel Economy Information | **18** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

### New

| MSRP | **$51,040.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| Original Shipping Charge | $995 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $52,035.00 |

### Get more information on your smartphone:



# Mark Mitsubishi Kia Scottsdale

markmitsubishiscottsdale.com
480-748-4400

Year:  2013
Make:  Toyota
Model:  Sequoia LIMITED
VIN:  5TDJY5G11DS077150

Engine:  8 Cylinder Engine
Transmission:  6AT
Exterior:  Silver Sky Metallic
Interior:  Gray

## MECHANICAL

· 5.7L DOHC EFI 32-valve i-Force V8 engine w/dual VVT-i
· 6-speed automatic transmission -inc: sequential shift mode, uphill/downhill shift logic, tow/haul mode
· Multi-Mode 4-wheel drive -inc: Torsen limited-slip locking center differential
· Towing hitch receiver -inc: 4/7-pin wire connector
· Trailer sway control
· Skid plates -inc: engine, transfer case
· Independent suspension -inc: high-mounted double-wishbone front suspension, double-wishbone rear suspension, coil-springs, gas-filled shock absorbers
· Front & rear stabilizer bars
· Speed-sensing variable flow control pwr rack & pinion steering
· Pwr front & rear disc brakes

## EXTERIOR

· P275/55R20 mud & snow tires
· Full size spare tire
· Pwr tilt & slide moonroof -inc: sliding sunshade
· Color-keyed rear spoiler
· Roof rack
· Running boards
· Front & rear mudguards
· Chrome grille surround
· Multi-reflector halogen headlights -inc: auto-off, headlight cleaner
· Integrated fog lights
· Rear privacy glass
· Chrome auto-dimming pwr folding pwr heated mirrors -inc: integrated turn signals
· Washer-linked variable intermittent windshield wipers
· Windshield wiper de-icer grid
· Rear intermittent wiper
· Chrome door handles
· Pwr liftgate w/jam protection
· Pwr rear window -inc: auto-up/down, jam protection, defogger

## INTERIOR

· Leather 40/20/40 split fold-flat recline/slide 2nd row bench seat -inc: 3rd row 1-touch access
· Leather 60/40 split recline & pwr fold-flat 3rd row bench
· Optitron instrumentation cluster -inc: speedometer, tachometer, LCD odometer & tripmeters
· Multi-info display -inc: outside temp, compass, current/average fuel consumption, fuel range
· Pwr windows -inc: front 1-touch up/down, jam control
· Cruise control
· Automatic tri-zone front & rear automatic climate control -inc: air filter
· (16) cup & bottle holders
· Overhead console -inc: dual storage areas, driver/front passenger map lights
· Dual sliding visors w/illuminated vanity mirrors
· Rear sunshades
· Digital quartz clock
· Grocery bag hooks

## SAFETY

· Star Safety System -inc: vehicle stability control (VSC), traction control (TRAC), anti-lock brake system (ABS), electronic brake-force distribution (EBD), brake assist (BA), Smart Stop Technology (SST)
· Daytime running lights w/on/off feature
· Front energy absorbing crumple zone
· Side impact door beams
· Driver & front passenger advanced airbags w/occupant classification sensor
· Driver & front passenger seat-mounted side airbags
· All rows roll-sensing side curtain airbags w/cutoff switch
· Driver & front passenger knee airbags
· 3-point ALR/ELR seatbelts in all passenger seats, ELR seatbelt in driver seat
· Driver & front passenger seatbelt pretensioners & force limiters
· 2nd & 3rd row lower anchors & tethers for children (LATCH) system
· Driver & front passenger seatbelt warning sensor
· Child protector rear hatch & door locks
· Front & rear parking assist sonar
· Energy-dissipating interior trim

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **13** | Fuel Economy Information | **17** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| MSRP | **$55,165.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| [FE] 50 State Emissions | $0 |
| [NV] Voice Activated Navigation System | $1,575 |

- touch screen DVD navigation system
- JBL Synthesis AM/FM stereo w/4-disc CD changer
- MP3/WMA capability
- (14) speakers w/subwoofer
- aux audio input
- USB input w/iPod connectivity
- SiriusXM satellite radio & SiriusXM NavTraffic w/90-day free subscription
- backup camera
- Bluetooth technology

| [EY] Rear Seat Entertainment System | $1,920 |
|---|---|

- rear Blu-ray Disc player w/9" display
- (2) headsets
- wireless remote
- 115V AC pwr outlet
- RCA jack

| [CF] Carpet Floor Mats W/Door Sill Protector | $335 |
|---|---|
| Original Shipping Charge | $995 |
| **RETAIL PRICE (ORIGINALLY NEW)** | **$59,990.00** |

### Get more information on your smartphone:





## www.AtlantaAutos.com
## 678-213-4455

| | |
|---|---|
| Year:  2014 | Engine:  8 Cylinder Engine |
| Make:  Toyota | Transmission:  6AT |
| Model:  Sequoia LIMITED | Exterior:  Black |
| VIN:  5TDJW5G18ES097080 | Interior:  Sand Beige |

## MECHANICAL

· 4.30 Axle Ratio
· GVWR: 7,300 lbs
· Electronic Transfer Case
· Part And Full-Time Four-Wheel Drive
· 710CCA Maintenance-Free Battery w/Run Down Protection
· HD 180 Amp Alternator
· Class IV Towing w/Harness, Hitch and Trailer Sway Control
· 2 Skid Plates
· 1250# Maximum Payload
· Gas-Pressurized Shock Absorbers
· Front And Rear Anti-Roll Bars
· Hydraulic Power-Assist Speed-Sensing Steering
· 26.4 Gal. Fuel Tank
· Single Stainless Steel Exhaust
· Auto Locking Hubs
· Double Wishbone Front Suspension w/Coil Springs
· Double Wishbone Rear Suspension w/Coil Springs
· Brake Actuated Limited Slip Differential

## EXTERIOR

· Wheels: 20" x 8" Alloy
· Tires: P275/55R20 -inc: Mud and Snow rated radials
· Wheels w/Silver Accents
· Steel Spare Wheel
· Full-Size Spare Tire Stored Underbody w/Crankdown
· Clearcoat Paint
· Express Open/Close Sliding And Tilting Glass 1st Row Sunroof w/Sunshade
· Body-Colored Front Bumper w/2 Tow Hooks
· Body-Colored Rear Step Bumper
· Black Side Windows Trim, Black Front Windshield Trim and Black Rear Window Trim
· Chrome Door Handles
· Chrome Power Heated Auto Dimming Side Mirrors w/Power Folding and Turn Signal Indicator
· Power Rear Window w/Fixed Interval Wiper and Defroster
· Deep Tinted Glass
· Variable Intermittent Wipers w/Heated Wiper Park
· Front Windshield -inc: Sun Visor Strip
· Fully Galvanized Steel Panels
· Splash Guards
· Lip Spoiler
· Running Boards
· Colored Grille w/Chrome Surround
· Front License Plate Bracket
· Power Liftgate Rear Cargo Access
· Roof Rack
· Fully Automatic Aero-Composite Halogen Daytime Running Headlamps w/Washer and Delay-Off
· Front Fog Lamps

## ENTERTAINMENT

· Wireless Streaming
· Window Grid Diversity Antenna
· 440w Regular Amplifier
· Bluetooth Wireless Phone Connectivity

## INTERIOR

· 40-20-40 Folding Split-Bench Front Facing Manual Reclining Fold Forward Seatback Rear Seat w/Manual Fore/Aft
· Manual Tilt/Telescoping Steering Column

· Entune Selective Service Internet Access
· Fixed 60-40 Split-Bench 3rd Row Seat Front, Power Recline, Power Fold Into Floor, 3 Manual and Adjustable Head Restraints
· Leather Steering Wheel
· Front Cupholder
· Rear Cupholder
· Ashtray
· Compass
· Valet Function
· Remote Releases -Inc: Power Cargo Access
· HomeLink Garage Door Transmitter
· Cruise Control w/Steering Wheel Controls
· HVAC -inc: Underseat Ducts, Auxiliary Rear Heater and Headliner/Pillar Ducts
· Illuminated Locking Glove Box
· Driver Foot Rest
· Full Cloth Headliner
· Leatherette Door Trim Insert
· Leather/Metal-Look Gear Shift Knob
· Interior Trim -inc: Metal-Look/Piano Black Instrument Panel Insert, Metal-Look Door Panel Insert, Metal-Look Console Insert, Chrome And Metal-Look Interior Accents
· Day-Night Auto-Dimming Rearview Mirror
· Driver And Passenger Visor Vanity Mirrors w/Driver And Passenger Illumination, Driver And Passenger Auxiliary Mirror
· Full Floor Console w/Covered Storage, Mini Overhead Console w/Storage, Conversation Mirror and 5 12V DC Power Outlets
· Front And Rear Map Lights
· Fade-To-Off Interior Lighting
· Full Carpet Floor Covering
· Carpet Floor Trim
· Cargo Area Concealed Storage
· Trunk/Hatch Auto-Latch
· Cargo Space Lights
· FOB Controls -inc: Trunk/Hatch/Tailgate and Rear Window Only
· Instrument Panel Bin, Interior Concealed Storage, Driver / Passenger And Rear Door Bins
· Delayed Accessory Power
· Outside Temp Gauge
· Analog Display
· Manual Adjustable Front Head Restraints and Manual Adjustable Rear Head Restraints
· Front Center Armrest and Rear Center Armrest
· 2 Seatback Storage Pockets
· Perimeter Alarm
· 5 12V DC Power Outlets
· Air Filtration

## SAFETY

· Side Impact Beams
· Dual Stage Driver And Passenger Seat-Mounted Side Airbags
· Front And Rear Parking Sensors
· Low Tire Pressure Warning
· Dual Stage Driver And Passenger Front Airbags
· Curtain 1st, 2nd And 3rd Row Airbags
· Airbag Occupancy Sensor
· Driver And Passenger Knee Airbag
· Rear Child Safety Locks
· Outboard Front Lap And Shoulder Safety Belts -inc: Rear Center 3 Point, Height Adjusters and Pretensioners
· Back-Up Camera

| CITY MPG | | HIGHWAY MPG |
|:---:|:---:|:---:|
| **13** |  Fuel Economy Information | **17** |
| Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition | | |

## *New*

| MSRP | **$56,280.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| [RE] Federal Emissions | $0 |
| [EN0] Radio: Premium Display Audio W/Nav/Entune/Jbl | $745 |
| [EY] Rear Seat Blu Ray Entertainment System | $1,920 |
| [CF0] Carpet Floor Mats & Door Sill Protector | $335 |
| [GN] Cargo Net | $49 |
| Original Shipping Charge | $925 |
| **RETAIL PRICE (ORIGINALLY NEW)** | **$60,254.00** |

### Get more information on your smartphone:





| Year: 2015 | Engine: 8 Cylinder Engine |
|---|---|
| Make: Toyota | Transmission: 6AT |
| Model: Sequoia LIMITED | Exterior: Silver Sky Metallic |
| VIN: 5TDJW5G12FS121911 | Interior: Gray |

## MECHANICAL

· 4.30 Axle Ratio
· GVWR: 7,300 lbs
· Electronic Transfer Case
· Part And Full-Time Four-Wheel Drive
· 710CCA Maintenance-Free Battery w/Run Down Protection
· HD 180 Amp Alternator
· Class IV Towing Equipment -inc: Hitch and Trailer Sway Control
· Trailer Wiring Harness
· 2 Skid Plates
· 1250lbs. Maximum Payload
· Gas-Pressurized Shock Absorbers
· Front And Rear Anti-Roll Bars
· Hydraulic Power-Assist Speed-Sensing Steering
· 26.4 Gal. Fuel Tank
· Single Stainless Steel Exhaust
· Auto Locking Hubs
· Double Wishbone Front Suspension w/Coil Springs
· Double Wishbone Rear Suspension w/Coil Springs
· 4-Wheel Disc Brakes w/4-Wheel ABS, Front And Rear Vented Discs and Brake Assist
· Brake Actuated Limited Slip Differential

## EXTERIOR

· Wheels: 20" x 8" Alloy
· Tires: P275/55R20 -inc: Mud and Snow rated radials
· Wheels w/Silver Accents
· Steel Spare Wheel
· Full-Size Spare Tire Stored Underbody w/Crankdown
· Clearcoat Paint
· Express Open/Close Sliding And Tilting Glass 1st Row Sunroof w/Sunshade
· Body-Colored Front Bumper w/2 Tow Hooks
· Body-Colored Rear Step Bumper
· Black Side Windows Trim, Black Front Windshield Trim and Black Rear Window Trim
· Chrome Door Handles
· Chrome Power Heated Auto Dimming Side Mirrors w/Power Folding and Turn Signal Indicator
· Power Rear Window w/Fixed Interval Wiper and Defroster
· Deep Tinted Glass
· Variable Intermittent Wipers w/Heated Wiper Park
· Front Windshield -inc: Sun Visor Strip
· Fully Galvanized Steel Panels
· Splash Guards
· Lip Spoiler
· Running Boards
· Colored Grille w/Chrome Surround
· Front License Plate Bracket
· Power Liftgate Rear Cargo Access
· Roof Rack
· Fully Automatic Aero-Composite Halogen Daytime Running Headlamps w/Washer and Delay-Off
· Front Fog Lamps

## ENTERTAINMENT

· Streaming Audio
· Window Grid Diversity Antenna
· 8 Speakers
· Bluetooth Wireless Phone Connectivity

## INTERIOR

· Manual Tilt/Telescoping Steering Column
· Entune Selective Service Internet Access
· Fixed 60-40 Split-Bench 3rd Row Seat Front, Power Recline, Power Fold Into Floor, 3 Manual and Adjustable Head Restraints
· Leather Steering Wheel
· Front Cupholder
· Rear Cupholder
· Ashtray
· Compass
· Valet Function
· Remote Releases -Inc: Power Cargo Access
· Cruise Control w/Steering Wheel Controls
· HVAC -inc: Underseat Ducts, Auxiliary Rear Heater and Headliner/Pillar Ducts
· Illuminated Locking Glove Box
· Driver Foot Rest
· Full Cloth Headliner
· Leatherette Door Trim Insert
· Interior Trim -inc: Metal-Look/Piano Black Instrument Panel Insert, Metal-Look Door Panel Insert, Metal-Look Console Insert and Chrome/Metal-Look Interior Accents
· Leather/Metal-Look Gear Shift Knob
· Driver And Passenger Visor Vanity Mirrors w/Driver And Passenger Illumination, Driver And Passenger Auxiliary Mirror
· Day-Night Rearview Mirror
· Full Floor Console w/Covered Storage, Mini Overhead Console w/Storage, Conversation Mirror and 5 12V DC Power Outlets
· Front And Rear Map Lights
· Fade-To-Off Interior Lighting
· Full Carpet Floor Covering
· Carpet Floor Trim
· Trunk/Hatch Auto-Latch
· Cargo Area Concealed Storage
· Cargo Space Lights
· FOB Controls -inc: Trunk/Hatch/Tailgate and Rear Window Only
· Instrument Panel Bin, Interior Concealed Storage, Driver / Passenger And Rear Door Bins
· Delayed Accessory Power
· Outside Temp Gauge
· Analog Display
· Manual Adjustable Front Head Restraints and Manual Adjustable Rear Head Restraints
· 2 Seatback Storage Pockets
· Front Center Armrest and Rear Center Armrest
· Perimeter Alarm
· Air Filtration
· 5 12V DC Power Outlets

## SAFETY

· Side Impact Beams
· Dual Stage Driver And Passenger Seat-Mounted Side Airbags
· Front And Rear Parking Sensors
· Low Tire Pressure Warning
· Dual Stage Driver And Passenger Front Airbags
· Curtain 1st, 2nd And 3rd Row Airbags
· Airbag Occupancy Sensor
· Driver And Passenger Knee Airbag
· Rear Child Safety Locks
· Outboard Front Lap And Shoulder Safety Belts -inc: Rear Center 3 Point, Height Adjusters and Pretensioners
· Back-Up Camera

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **13** |  Fuel Economy Information | **17** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## New

| MSRP | **$56,580.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| [RE] Federal Emissions | $0 |
| [EN0] Radio: Premium Display Audio W/Nav/Entune/Jbl | $745 |
| [BU] 2 ND Row Captains Seats | $0 |
| [Z1] Preferred Accessory Package | $413 |
| [S0] Skid Plate | $425 |
| Original Shipping Charge | $995 |
| **RETAIL PRICE (ORIGINALLY NEW)** | **$59,158.00** |

## Get more information on your smartphone:



# Mark Mitsubishi Kia Scottsdale

markmitsubishiscottsdale.com
480-748-4400

| | |
|---|---|
| Year: 2016<br>Make: Toyota<br>Model: Sequoia LIMITED<br>VIN: 5TDJW5G14GS129283 | Engine: 8 Cylinder Engine<br>Transmission: 6AT<br>Exterior: Sizzling Crimson Mica<br>Interior: Stratus Gray W/linear Woo |

## MECHANICAL

· 4.30 Axle Ratio
· GVWR: 7,300 lbs
· Electronic Transfer Case
· Part And Full-Time Four-Wheel Drive
· 710CCA Maintenance-Free Battery w/Run Down Protection
· HD 180 Amp Alternator
· Class IV Towing w/Harness, Hitch and Trailer Sway Control
· 2 Skid Plates
· 1315# Maximum Payload
· Gas-Pressurized Shock Absorbers
· Front And Rear Anti-Roll Bars
· Hydraulic Power-Assist Speed-Sensing Steering
· 26.4 Gal. Fuel Tank
· Single Stainless Steel Exhaust
· Auto Locking Hubs
· Double Wishbone Front Suspension w/Coil Springs
· Double Wishbone Rear Suspension w/Coil Springs
· 4-Wheel Disc Brakes w/4-Wheel ABS, Front And Rear Vented Discs and Brake Assist
· Brake Actuated Limited Slip Differential

## EXTERIOR

· Wheels: 20" x 8" Alloy
· Tires: P275/55R20 -inc: Mud and Snow rated radials
· Wheels w/Silver Accents
· Steel Spare Wheel
· Full-Size Spare Tire Stored Underbody w/Crankdown
· Clearcoat Paint
· Express Open/Close Sliding And Tilting Glass 1st Row Sunroof w/Sunshade
· Body-Colored Front Bumper w/2 Tow Hooks
· Body-Colored Rear Step Bumper
· Black Side Windows Trim, Black Front Windshield Trim and Black Rear Window Trim
· Chrome Door Handles
· Chrome Power Heated Auto Dimming Side Mirrors w/Power Folding and Turn Signal Indicator
· Power Rear Window w/Fixed Interval Wiper and Defroster
· Deep Tinted Glass
· Variable Intermittent Wipers w/Heated Wiper Park
· Front Windshield -inc: Sun Visor Strip
· Fully Galvanized Steel Panels
· Splash Guards
· Lip Spoiler
· Running Boards
· Colored Grille w/Chrome Surround
· Front License Plate Bracket
· Power Liftgate Rear Cargo Access
· Roof Rack
· Fully Automatic Aero-Composite Halogen Daytime Running Headlamps w/Washer and Delay-Off
· Front Fog Lamps

## ENTERTAINMENT

· 440w Regular Amplifier
· Wireless Streaming
· Window Grid Diversity Antenna
· Bluetooth Wireless Phone Connectivity

## INTERIOR

· 40-20-40 Folding Split-Bench Front Facing Manual Reclining Fold Forward Seatback Rear Seat w/Manual Fore/Aft

· Manual Tilt/Telescoping Steering Column
· Entune Selective Service Internet Access
· Fixed 60-40 Split-Bench 3rd Row Seat Front, Power Recline, Power Fold Into Floor, 3 Manual and Adjustable Head Restraints
· Leather Steering Wheel
· Front Cupholder
· Rear Cupholder
· Ashtray
· Compass
· Valet Function
· Remote Releases -Inc: Power Cargo Access
· Cruise Control w/Steering Wheel Controls
· HVAC -inc: Underseat Ducts, Auxiliary Rear Heater and Headliner/Pillar Ducts
· Illuminated Locking Glove Box
· Driver Foot Rest
· Full Cloth Headliner
· Leatherette Door Trim Insert
· Interior Trim -inc: Metal-Look/Piano Black Instrument Panel Insert, Metal-Look Door Panel Insert, Metal-Look Console Insert, Chrome And Metal-Look Interior Accents
· Leather/Metal-Look Gear Shift Knob
· Driver And Passenger Visor Vanity Mirrors w/Driver And Passenger Illumination, Driver And Passenger Auxiliary Mirror
· Day-Night Rearview Mirror
· Full Floor Console w/Covered Storage, Mini Overhead Console w/Storage, Conversation Mirror and 5 12V DC Power Outlets
· Front And Rear Map Lights
· Fade-To-Off Interior Lighting
· Full Carpet Floor Covering
· Carpet Floor Trim
· Trunk/Hatch Auto-Latch
· Cargo Area Concealed Storage
· Cargo Space Lights
· FOB Controls -inc: Trunk/Hatch/Tailgate and Rear Window Only
· Instrument Panel Bin, Interior Concealed Storage, Driver / Passenger And Rear Door Bins
· Delayed Accessory Power
· Outside Temp Gauge
· Analog Display
· Manual Adjustable Front Head Restraints and Manual Adjustable Rear Head Restraints
· 2 Seatback Storage Pockets
· Front Center Armrest and Rear Center Armrest
· Perimeter Alarm
· Air Filtration
· 5 12V DC Power Outlets

## SAFETY

· Side Impact Beams
· Dual Stage Driver And Passenger Seat-Mounted Side Airbags
· Front And Rear Parking Sensors
· Low Tire Pressure Warning
· Dual Stage Driver And Passenger Front Airbags
· Curtain 1st, 2nd And 3rd Row Airbags
· Airbag Occupancy Sensor
· Driver And Passenger Knee Airbag
· Rear Child Safety Locks
· Outboard Front Lap And Shoulder Safety Belts - inc: Rear Center 3 Point, Height Adjusters and Pretensioners
· Back-Up Camera

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **13** |  Fuel Economy Information | **17** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## New

| MSRP | **$57,340.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| [RE] Federal Emissions | $0 |
| Original Shipping Charge | $1,295 |
| **RETAIL PRICE (ORIGINALLY NEW)** | **$58,635.00** |

## Get more information on your smartphone:



# OffleaseOnly

offleaseonly.com

| | |
|---|---|
| Year: 2012 | Engine: 4-CYL |
| Make: Toyota | Transmission: 5MT |
| Model: Tacoma BASE | Exterior: Super White |
| VIN: 5TFTX4CN6CX014455 | Interior: Dark Charcoal |

## MECHANICAL

· 2.7L DOHC EFI 16-valve I4 VVT-i engine
· Automatic rear limited slip differential
· Rear wheel drive
· 1-piece frame rails w/(8) cross members & fully boxed front sub-frame
· Coil-spring double-wishbone front suspension
· Rear leaf-spring suspension w/staggered outboard-mounted gas shock absorbers
· Front & rear stabilizer bars
· Variable-assist pwr rack & pinion steering
· 4-wheel anti-lock brakes
· Pwr ventilated front disc & rear drum w/rear tandem booster brakes

## EXTERIOR

· 15" styled steel wheels
· P215/70R15 all-season tires
· Full-size spare tire
· Rear mudguards
· Black grille insert & argent surround
· Black bumpers, mirrors & door handles
· Multi-reflector halogen headlamps
· 2-speed windshield wipers
· Fiber-reinforced sheet-molded composite bed -inc: steel outer panels, storage compartments, rail caps, removable tailgate
· Deck rail system w/(4) adjustable tie-down cleats
· (4) fixed cargo bed tie-down points
· Dual rear-hinged access doors

## INTERIOR

· Fold-up rear seats w/underseat storage
· Center console -inc: covered armrest, storage compartment
· (5) cup holders & bottle holders
· Full carpeting
· Tilt & telescopic steering wheel
· Gauges -inc: LCD display, tachometer, coolant temp, fuel level, tripmeter, digital clock
· Pwr windows
· Air conditioning
· Dual 12V aux pwr outlets
· Overhead console -inc: maplights, sunglasses storage

## SAFETY

· Brake assist
· Electronic brake-force distribution
· Side-door impact door beams
· Driver & front passenger advanced airbags w/passenger airbag cut-off switch
· Driver & front passenger seat-mounted side airbags
· Front & rear side curtain airbags
· 3-point seat belts w/emergency locking retractor at all seating positions -inc: front seat belt pretensioners, force limiters & adjustable shoulder anchors, automatic/emergency locking retractor for front passenger & rear seat belts
· LATCH lower & top tether anchors for front & rear passenger seats
· Tire pressure monitor system

| CITY MPG | HIGHWAY MPG |
|---|---|
| 21 | 25 |



Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

### *New*

| MSRP | **$19,915.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| [FEE] 50 State Emissions | $0 |
| [SL] SR5 PKG | $1,755 |
| [RL] Daytime Running Lights | $40 |
| Original Shipping Charge | $845 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $22,555.00 |

### Get more information on your smartphone:



# Arlington Toyota

arlingtontoyota.com
904-302-9611

| | |
|---|---|
| Year:  2013 | Engine:  V6 Cylinder Engine |
| Make:  Toyota | Transmission:  Automatic 5-spd |
| Model:  Tacoma BASE | Exterior:  Super White |
| VIN:  3TMMU4FN2DM053429 | Interior:  Graphite |

## MECHANICAL

· 4.0L DOHC EFI 24-valve V6 VVT-i engine
· 5-speed electronically controlled automatic transmission w/(ECT-i)
· 2-speed electronically controlled transfer case
· Automatic limited slip differential
· 4WDemand part-time 4-wheel drive
· 1-piece frame rails w/(8) cross members & fully boxed front sub-frame
· Coil-spring double-wishbone front suspension
· Rear leaf-spring suspension w/staggered outboard-mounted gas shock absorbers
· Front & rear stabilizer bars
· Variable-assist pwr rack & pinion steering
· Pwr ventilated front disc & rear drum w/rear tandem booster brakes

## EXTERIOR

· P245/75R16 mud & snow tires
· Full-size spare tire
· Front & rear mudguards
· Black grille insert & argent surround
· Black bumpers, mirrors, door handles & overfenders
· Multi-reflector halogen headlamps
· Pwr mirrors
· 2-speed windshield wipers
· Fiber-reinforced sheet-molded composite bed -inc: steel outer panels, storage compartments, rail caps, removable tailgate
· Deck rail system w/(4) adjustable tie-down cleats
· (4) fixed cargo bed tie-down points

## ENTERTAINMENT

· Bluetooth wireless technology

## INTERIOR

· 60/40 split rear bench seat w/adjustable headrests, underseat storage
· Center console -inc: covered armrest, storage compartment
· (5) cup holders & bottle holders
· Full carpeting
· Tilt & telescopic steering wheel
· Gauges -inc: tachometer, coolant temp, fuel level, LCD display, tripmeter, digital clock
· Pwr windows
· Air conditioning
· Dual 12V aux pwr outlets
· Overhead console -inc: maplights, sunglasses storage
· Rear bulkhead storage

## SAFETY

· 4-wheel anti-lock brakes
· Brake assist
· Electronic brake-force distribution
· Smart stop technology
· Side-door impact door beams
· Daytime running lights
· Driver & front passenger advanced airbags w/passenger airbag cut-off switch
· Driver & front passenger seat-mounted side airbags
· Front & rear side curtain airbags
· 3-point seat belts w/emergency locking retractor at all seating positions -inc: front seat belt pretensioners, force limiters & adjustable shoulder anchors, automatic/emergency locking retractor for front passenger & rear seat belts
· LATCH lower & top tether anchors for front passenger seat & all rear seats
· Rear door child safety locks
· Tire pressure monitor system

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **16** |  Fuel Economy Information | **21** |

*Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition*

## *New*

| MSRP | **$28,185.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| [FEE] 50 State Emissions | $0 |
| [PY] TRD Sport PKG | $3,200 |
| [TO] Towing PKG | $650 |
| [CF] Carpet Floor Mats & Door Sill Protectors | $195 |
| [WI] Spare Tire Lock | $73 |
| [WL] Alloy Wheel Locks | $81 |
| Original Shipping Charge | $860 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $33,244.00 |

## Get more information on your smartphone:





| | |
|---|---|
| Year: 2014 | Engine: V6 Cylinder Engine |
| Make: Toyota | Transmission: 5AT |
| Model: Tacoma BASE | Exterior: Super White |
| VIN: 5TFLU4EN5EX090399 | Interior: Graphite |

## MECHANICAL

· 3.727 Axle Ratio
· GVWR: 5,500 lbs
· Electronic Transfer Case
· Part-Time Four-Wheel Drive
· 65-Amp/Hr 582CCA Maintenance-Free Battery w/Run Down Protection
· 1 Skid Plate
· Gas-Pressurized Shock Absorbers
· Front Anti-Roll Bar
· Hydraulic Power-Assist Speed-Sensing Steering
· 21.1 Gal. Fuel Tank
· Single Stainless Steel Exhaust
· Auto Locking Hubs
· Double Wishbone Front Suspension w/Coil Springs
· Leaf Rear Suspension w/Leaf Springs
· Front Disc/Rear Drum Brakes w/4-Wheel ABS, Front Vented Discs, Brake Assist, Hill Descent Control and Hill Hold Control
· Brake Actuated Limited Slip Differential

## EXTERIOR

· Tires: P245/75R16 Mud & Snow
· Regular Composite Box Style
· Steel Spare Wheel
· Full-Size Spare Tire Stored Underbody w/Crankdown
· Clearcoat Paint
· Black Rear Step Bumper
· Black Side Windows Trim, Black Front Windshield Trim and Black Rear Window Trim
· Black Door Handles
· Black Fender Flares
· Fixed Rear Window
· Light Tinted Glass
· Front Windshield -inc: Sun Visor Strip
· Fully Galvanized Steel Panels
· Argent Grille
· Splash Guards
· Tailgate Rear Cargo Access
· Integrated Storage
· Auto Off Aero-Composite Halogen Daytime Running Headlamps
· LED Brakelights

## ENTERTAINMENT

· Radio w/Seek-Scan, Clock and Speed Compensated Volume Control
· Fixed Antenna

· 6 Speakers

## INTERIOR

· 4-Way Passenger Seat -inc: Manual Recline and Fore/Aft Movement
· 60-40 Folding Split-Bench Front Facing Flip Forward Cushion/Seatback Rear Seat
· Manual Tilt/Telescoping Steering Column
· Gauges -inc: Speedometer, Odometer, Engine Coolant Temp, Tachometer and Trip Odometer
· Entune Selective Service Internet Access
· Front Cupholder
· Rear Cupholder
· Front Cigar Lighter(s)
· Manual Air Conditioning
· HVAC -inc: Underseat Ducts
· Glove Box
· Driver Foot Rest
· Interior Trim -inc: Metal-Look Interior Accents
· Full Cloth Headliner
· Cloth Door Trim Insert
· Urethane Gear Shift Knob
· Day-Night Rearview Mirror
· 2 12V DC Power Outlets
· Mini Overhead Console w/Storage and 2 12V DC Power Outlets
· Regular Dome Lighting
· Front Map Lights
· Full Carpet Floor Covering
· Instrument Panel Covered Bin, Interior Concealed Storage, Driver / Passenger And Rear Door Bins and 2nd Row Underseat Storage
· Delayed Accessory Power
· Analog Display
· Front Center Armrest
· Manual Adjustable Rear Head Restraints
· Air Filtration

## SAFETY

· Side Impact Beams
· Dual Stage Driver And Passenger Seat-Mounted Side Airbags
· Low Tire Pressure Warning
· Dual Stage Driver And Passenger Front Airbags
· Airbag Occupancy Sensor
· Curtain 1st And 2nd Row Airbags
· Rear Child Safety Locks
· Outboard Front Lap And Shoulder Safety Belts -inc: Rear Center 3 Point, Height Adjusters and Pretensioners

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **16** |  Fuel Economy Information | **21** |

*Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition*

## *New*

| MSRP | **$27,005.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| [FE0] 50 State Emissions | $0 |
| [SL] SR5 Package | $1,580 |
| [AL] Wheels: 16" Alloy | $400 |
| [ED] Radio: Entune Audio Plus | $680 |

- AM/FM stereo w/CD player
- MP3/WMA playback capability
- high-resolution 6.1" touch-screen display
- auxiliary audio jack
- USB 2.0 port
- iPod connectivity and control
- iTunes Tagging
- Bluetooth hands-free phone capability
- phone book access
- advanced voice recognition and music streaming
- SiriusXM Satellite Radio
- 90-day free trial
- HD Radio
- HD traffic and weather in major metro areas

| Original Shipping Charge | $885 |
|---|---|
| **RETAIL PRICE (ORIGINALLY NEW)** | $30,550.00 |

### Get more information on your smartphone:



# Mullinax Ford Lincoln Mobile

251-344-4000

| | |
|---|---|
| Year:  2015 | Engine:  V6 Cylinder Engine |
| Make:  Toyota | Transmission:  6MT |
| Model:  Tacoma BASE | Exterior:  Super White |
| VIN:  5TFLU4EN7FX118141 | Interior:  Graphite |

## MECHANICAL

· 3.727 Axle Ratio
· Electronic Transfer Case
· Part-Time Four-Wheel Drive
· 65-Amp/Hr 582CCA Maintenance-Free Battery w/Run Down Protection
· 1 Skid Plate
· Front Anti-Roll Bar
· Hydraulic Power-Assist Speed-Sensing Steering
· 21.1 Gal. Fuel Tank
· Auto Locking Hubs
· Double Wishbone Front Suspension w/Coil Springs
· Leaf Rear Suspension w/Leaf Springs
· Front Disc/Rear Drum Brakes w/4-Wheel ABS, Front Vented Discs, Brake Assist, Hill Descent Control and Hill Hold Control

## EXTERIOR

· Regular Composite Box Style
· Steel Spare Wheel
· Full-Size Spare Tire Stored Underbody w/Crankdown
· Black Side Windows Trim, Black Front Windshield Trim and Black Rear Window Trim
· Black Door Handles
· Fixed Rear Window
· Light Tinted Glass
· Front Windshield -inc: Sun Visor Strip
· Fully Galvanized Steel Panels
· Splash Guards
· Tailgate Rear Cargo Access
· Integrated Storage
· Auto Off Aero-Composite Halogen Daytime Running Headlamps
· LED Brakelights

## ENTERTAINMENT

· Fixed Antenna

## INTERIOR

· 60-40 Folding Split-Bench Front Facing Flip Forward Cushion/Seatback Rear Seat
· Manual Tilt/Telescoping Steering Column
· Gauges -inc: Speedometer, Odometer, Engine Coolant Temp, Tachometer and Trip Odometer
· Front Cupholder
· Rear Cupholder
· Front Cigar Lighter(s)
· Manual Air Conditioning
· HVAC -inc: Underseat Ducts
· Glove Box
· Driver Foot Rest
· Full Cloth Headliner
· Cloth Door Trim Insert
· Front Map Lights
· Regular Dome Lighting
· Instrument Panel Covered Bin, Interior Concealed Storage, Driver / Passenger And Rear Door Bins and 2nd Row Underseat Storage
· Delayed Accessory Power
· Analog Display
· Front Center Armrest
· 2 12V DC Power Outlets
· Air Filtration

## SAFETY

· Side Impact Beams
· Dual Stage Driver And Passenger Seat-Mounted Side Airbags
· Low Tire Pressure Warning
· Curtain 1st And 2nd Row Airbags
· Airbag Occupancy Sensor
· Dual Stage Driver And Passenger Front Airbags
· Rear Child Safety Locks
· Outboard Front Lap And Shoulder Safety Belts -inc: Rear Center 3 Point, Height Adjusters and Pretensioners

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **15** |  Fuel Economy Information | **19** |

*Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition*

## *New*

| MSRP | **$28,235.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| [FE0] 50 State Emissions | $0 |
| [TO] Towing Package | $650 |
| [SL] SR5 Package | $1,530 |
| [ED] Radio: Entune Audio Plus | $680 |
| [E5] Exhaust Tip (E5) | $85 |
| [CT0] All Weather Floor Mats W/Door Sill Protectors | $165 |
| Original Shipping Charge | $900 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $32,245.00 |

## Get more information on your smartphone:





| | |
|---|---|
| Year: 2016<br>Make: Toyota<br>Model: Tacoma SR5<br>VIN: 5TFSZ5AN1GX009362 | Engine: V6 Cylinder Engine<br>Transmission: 6AT<br>Exterior: Super White<br>Interior: Black For Limited/trail B |

## MECHANICAL

· Axle Ratio: 3.91
· GVWR: 5,600 lbs
· Electronic Transfer Case
· Part-Time Four-Wheel Drive
· Battery w/Run Down Protection
· Gas-Pressurized Shock Absorbers
· Front Anti-Roll Bar
· Hydraulic Power-Assist Speed-Sensing Steering
· 21.1 Gal. Fuel Tank
· Single Stainless Steel Exhaust
· Auto Locking Hubs
· Double Wishbone Front Suspension w/Coil Springs
· Leaf Rear Suspension w/Leaf Springs
· Front Disc/Rear Drum Brakes w/4-Wheel ABS, Front Vented Discs, Brake Assist, Hill Descent Control and Hill Hold Control
· Brake Actuated Limited Slip Differential

## EXTERIOR

· Wheels: 16" x 7J+30 Style Steel Disc
· Tires: P245/75R16 AS
· Regular Composite Box Style
· Steel Spare Wheel
· Full-Size Spare Tire Stored Underbody w/Crankdown
· Clearcoat Paint
· Body-Colored Front Bumper w/1 Tow Hook
· Chrome Rear Step Bumper w/Black Rub Strip/Fascia Accent
· Black Side Windows Trim, Black Front Windshield Trim and Black Rear Window Trim
· Body-Colored Door Handles
· Body-Colored Manual Remote Side Mirrors w/Manual Folding
· Sliding Rear Window
· Deep Tinted Glass
· Variable Intermittent Wipers
· Fully Galvanized Steel Panels
· Black Grille w/Chrome Surround
· Reverse Opening Rear Doors
· Tailgate Rear Cargo Access
· Tailgate/Rear Door Lock Included w/Power Door Locks
· Integrated Storage
· Auto Off Projector Beam Halogen Daytime Running Headlamps
· Front Fog Lamps
· LED Brakelights

## ENTERTAINMENT

· Radio: Entune Plus AM/FM/CD w/Connected Navigation -inc: 6-speakers, 6.1" touch-screen display w/split screen, auxiliary audio jack, USB 2.0 port, iPod connectivity and control, integrated backup camera display, Bluetooth hands-free phone capability, phone book access, voice recognition and music streaming, Connected Navigation Scout GPS Link App, Siri eyes free, SiriusXM satellite radio , HD Radio, HD traffic and weather
· Radio w/Seek-Scan, Clock, Speed Compensated Volume Control, Steering Wheel Controls and Voice Activation
· Streaming Audio
· Integrated Roof Antenna
· Real-Time Traffic Display

## INTERIOR

· Front Bucket Seats -inc: 4-way adjustable front seats w/drivers lumbar support
· Front Seats w/Cloth Back Material and Manual Driver Lumbar

· 4-Way Driver Seat -inc: Manual Recline, Fore/Aft Movement and Manual Lumbar Support
· 4-Way Passenger Seat -inc: Manual Recline and Fore/Aft Movement
· Jump Front Facing Fold-Up Cushion Rear Seat
· Manual Tilt/Telescoping Steering Column
· Gauges -inc: Speedometer, Odometer, Engine Coolant Temp, Tachometer, Trip Odometer and Trip Computer
· Fixed Rear Windows
· Entune Selective Service Internet Access
· Leather/Metal-Look Steering Wheel
· Front Cupholder
· Rear Cupholder
· Remote Keyless Entry w/Illuminated Entry and Panic Button
· Cruise Control w/Steering Wheel Controls
· Manual Air Conditioning
· Locking Glove Box
· Driver Foot Rest
· Interior Trim -inc: Cloth Instrument Panel Insert, Metal-Look Door Panel Insert, Metal-Look Console Insert and Chrome/Metal-Look Interior Accents
· Full Cloth Headliner
· Cloth Door Trim Insert
· Urethane Gear Shift Knob
· Fabric Seat Trim
· Day-Night Rearview Mirror
· Full Floor Console w/Covered Storage, Mini Overhead Console w/Storage, Rear Console w/Storage and 2 12V DC Power Outlets
· Front Map Lights
· Fade-To-Off Interior Lighting
· Full Carpet Floor Covering
· Instrument Panel Bin, Interior Concealed Storage, Driver / Passenger And Rear Door Bins and 2nd Row Underseat Storage
· Power 1st Row Windows w/Driver 1-Touch Down
· Delayed Accessory Power
· Power Door Locks w/Autolock Feature
· Trip Computer
· Outside Temp Gauge
· Analog Display
· Manual Anti-Whiplash Adjustable Front Head Restraints and Fixed Rear Head Restraints
· Front Center Armrest
· 2 12V DC Power Outlets
· Air Filtration

## SAFETY

· Electronic Stability Control
· ABS And Driveline Traction Control
· Side Impact Beams
· Dual Stage Driver And Passenger Seat-Mounted Side Airbags
· Low Tire Pressure Warning
· Dual Stage Driver And Passenger Front Airbags w/Passenger Off Switch
· Curtain 1st And 2nd Row Airbags
· Airbag Occupancy Sensor
· Driver And Passenger Knee Airbag
· Outboard Front Lap And Shoulder Safety Belts -inc: Height Adjusters and Pretensioners

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| 18 |  Fuel Economy Information | 23 |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| | |
|---|---|
| **MSRP** | **$30,530.00** |
| **INSTALLED OPTIONS** | |
| [FE0] 50 State Emissions | $0 |
| [DN] SR5 Appearance Package (DN) | $1,625 |
| [TO] Towing Package | $650 |
| [CT] All Weather Mats | $179 |
| Original Shipping Charge | $995 |
| **RETAIL PRICE (ORIGINALLY NEW)** | **$33,979.00** |

## Get more information on your smartphone:





www.BillMarsh.com
800-596-2774

Year:   2017
Make:   Toyota
Model:   Tacoma LIMITED
VIN:   5TFGZ5AN3HX068663

Engine:   V6 Cylinder Engine
Transmission:   6AT
Exterior:   Magnetic Gray Met.
Interior:   Sand Beige

## MECHANICAL

· Axle Ratio: 3.91
· GVWR: 5,600 lbs
· Electronic Transfer Case
· Part-Time Four-Wheel Drive
· Battery w/Run Down Protection
· 1175# Maximum Payload
· Gas-Pressurized Shock Absorbers
· Front Anti-Roll Bar
· Hydraulic Power-Assist Speed-Sensing Steering
· 21.1 Gal. Fuel Tank
· Single Stainless Steel Exhaust w/Chrome Tailpipe Finisher
· Auto Locking Hubs
· Double Wishbone Front Suspension w/Coil Springs
· Leaf Rear Suspension w/Leaf Springs
· Front Disc/Rear Drum Brakes w/4-Wheel ABS, Front Vented Discs, Brake Assist, Hill Descent Control and Hill Hold Control
· Brake Actuated Limited Slip Differential

## EXTERIOR

· Wheels: 18" x 7.5" Polished Alloy
· Tires: P265/60R18 AS
· Regular Composite Box Style
· Steel Spare Wheel
· Full-Size Spare Tire Stored Underbody w/Crankdown
· Clearcoat Paint
· Express Open/Close Sliding And Tilting Glass 1st Row Sunroof w/Sunshade
· Body-Colored Front Bumper w/1 Tow Hook
· Body-Colored Rear Step Bumper w/Black Rub Strip/Fascia Accent
· Black Side Windows Trim, Black Front Windshield Trim and Black Rear Window Trim
· Body-Colored Fender Flares
· Chrome Door Handles
· Chrome Power Side Mirrors w/Manual Folding and Turn Signal Indicator
· Power Rear Window
· Deep Tinted Glass
· Variable Intermittent Wipers
· Fully Galvanized Steel Panels
· Black Grille w/Chrome Surround
· Tailgate Rear Cargo Access
· Integrated Storage
· LED Brakelights
· Auto Off Projector Beam Halogen Daytime Running Headlamps
· Front Fog Lamps

## ENTERTAINMENT

· Integrated Roof Antenna
· 2 LCD Monitors In The Front

## INTERIOR

· Front Bucket Seats -inc: 4-way adjustable front seats w/driver lumbar support
· Driver Seat
· Passenger Seat
· 60-40 Folding Split-Bench Front Facing Flip Forward Cushion/Seatback Rear Seat

· Manual Tilt/Telescoping Steering Column
· Entune Selective Service Internet Access
· Leather/Metal-Look Steering Wheel
· Front Cupholder
· Rear Cupholder
· Compass
· HomeLink Garage Door Transmitter
· Cruise Control w/Steering Wheel Controls
· Dual Zone Front Automatic Air Conditioning
· HVAC -inc: Underseat Ducts
· Locking Glove Box
· Driver Foot Rest
· Full Cloth Headliner
· Leather/Metal-Look Gear Shift Knob
· Interior Trim -inc: Leatherette Instrument Panel Insert, Metal-Look Door Panel Insert, Metal-Look Console Insert and Chrome/Metal-Look Interior Accents
· Leatherette Door Trim Insert
· Day-Night Auto-Dimming Rearview Mirror
· Driver And Passenger Visor Vanity Mirrors
· Full Floor Console w/Covered Storage, Mini Overhead Console w/Storage, 2 12V DC Power Outlets and 1 AC Power Outlet
· Front Map Lights
· Fade-To-Off Interior Lighting
· Full Carpet Floor Covering
· Instrument Panel Bin, Interior Concealed Storage, Driver / Passenger And Rear Door Bins and 2nd Row Underseat Storage
· Delayed Accessory Power
· Outside Temp Gauge
· Analog Display
· Front Center Armrest
· Seats w/Leatherette Back Material
· Manual Anti-Whiplash Adjustable Front Head Restraints and Manual Adjustable Rear Head Restraints
· 2 12V DC Power Outlets
· Air Filtration
· 2 12V DC Power Outlets and 1 AC Power Outlet

## SAFETY

· Side Impact Beams
· Dual Stage Driver And Passenger Seat-Mounted Side Airbags
· Rear Parking Sensors
· Blind Spot Sensor
· Rear Collision Warning
· Low Tire Pressure Warning
· Curtain 1st And 2nd Row Airbags
· Airbag Occupancy Sensor
· Driver And Passenger Knee Airbag
· Dual Stage Driver And Passenger Front Airbags
· Rear Child Safety Locks
· Outboard Front Lap And Shoulder Safety Belts -inc: Rear Center 3 Point, Height Adjusters and Pretensioners
· Back-Up Camera



| CITY MPG | | HIGHWAY MPG |
|---|---|---|

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| MSRP | **$39,250.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| [FE0] 50 State Emissions | $0 |
| [TO0] Tow Package | $650 |

- 4- and 7-pin connector w/converter
- Class IV Hitch Receiver
- ATF Cooler
- Trailer Sway Control
- 130 Amp Alternator
- Power Steering Cooler
- Engine Oil Cooler

| Original Shipping Charge | $995 |
|---|---|
| **RETAIL PRICE (ORIGINALLY NEW)** | $40,895.00 |

## Get more information on your smartphone:





www.automotiveavenuesnj.com
844-455-4372

| | |
|---|---|
| Year:  2018 | Engine:  V6 Cylinder Engine |
| Make:  Toyota | Transmission:  6AT |
| Model:  Tacoma LIMITED | Exterior:  Super White |
| VIN:  3TMGZ5AN8JM160590 | Interior:  Black/black |

## MECHANICAL

· GVWR: 5,600 lbs
· Electronic Transfer Case
· Part-Time Four-Wheel Drive
· Battery w/Run Down Protection
· Class IV Towing Equipment -inc: Harness, Hitch and Trailer Sway Control
· Front Anti-Roll Bar
· Hydraulic Power-Assist Speed-Sensing Steering
· 21.1 Gal. Fuel Tank
· Auto Locking Hubs
· Front Disc/Rear Drum Brakes w/4-Wheel ABS, Front Vented Discs, Brake Assist, Hill Descent Control and Hill Hold Control

## EXTERIOR

· Regular Composite Box Style
· Steel Spare Wheel
· Full-Size Spare Tire Stored Underbody w/Crankdown
· Black Side Windows Trim, Black Front Windshield Trim and Black Rear Window Trim
· Fully Galvanized Steel Panels
· Tailgate Rear Cargo Access
· Integrated Storage
· LED Brakelights

## ENTERTAINMENT

· Radio w/Seek-Scan, Clock, Speed Compensated Volume Control and Steering Wheel Controls
· Integrated Roof Antenna

## INTERIOR

· Driver Seat
· Passenger Seat
· 60-40 Folding Split-Bench Front Facing Flip Forward Cushion/Seatback Rear Seat
· Manual Tilt/Telescoping Steering Column
· Front Cupholder
· Rear Cupholder
· Cruise Control w/Steering Wheel Controls

· Distance Pacing
· HVAC -inc: Underseat Ducts
· Locking Glove Box
· Driver Foot Rest
· Full Cloth Headliner
· Front Map Lights
· Fade-To-Off Interior Lighting
· Full Carpet Floor Covering
· Instrument Panel Bin, Interior Concealed Storage, Driver / Passenger And Rear Door Bins and 2nd Row Underseat Storage
· Delayed Accessory Power
· Outside Temp Gauge
· Analog Display
· Front Center Armrest
· Manual Anti-Whiplash Adjustable Front Head Restraints and Manual Adjustable Rear Head Restraints
· 2 12V DC Power Outlets
· Air Filtration

## SAFETY

· Electronic Stability Control (ESC)
· Side Impact Beams
· Dual Stage Driver And Passenger Seat-Mounted Side Airbags
· Lane Departure Alert (LDA) Lane Departure Warning
· Low Tire Pressure Warning
· Curtain 1st And 2nd Row Airbags
· Airbag Occupancy Sensor
· Driver And Passenger Knee Airbag
· Dual Stage Driver And Passenger Front Airbags
· Rear Child Safety Locks
· Outboard Front Lap And Shoulder Safety Belts -inc: Rear Center 3 Point, Height Adjusters and Pretensioners

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **18** |  Fuel Economy Information | **22** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| MSRP | $31,665.00 |
|---|---|
| **INSTALLED OPTIONS** | |
| [FEA] 50 State Emissions | $0 |
| Original Shipping Charge | $1,045 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $32,710.00 |

### Get more information on your smartphone:



# Arlington Toyota

arlingtontoyota.com
904-302-9611

Year:  2019
Make:  Toyota
Model:  Tacoma LIMITED
VIN:  3TMGZ5AN5KM196383

Engine:  V6 Cylinder Engine
Transmission:  6AT
Exterior:  Cement Gray Me.
Interior:  Black/black

## MECHANICAL

· GVWR: 5,600 lbs
· Electronic Transfer Case
· Part-Time Four-Wheel Drive
· Battery w/Run Down Protection
· 130 Amp Alternator
· Class IV Towing Equipment -inc:
Harness, Hitch and Trailer Sway Control
· Front Anti-Roll Bar
· Hydraulic Power-Assist Speed-Sensing
Steering
· 21.1 Gal. Fuel Tank
· Auto Locking Hubs
· Front Disc/Rear Drum Brakes w/4-
Wheel ABS, Front Vented Discs, Brake
Assist, Hill Descent Control and Hill Hold
Control

## EXTERIOR

· Regular Composite Box Style
· Steel Spare Wheel
· Full-Size Spare Tire Stored Underbody
w/Crankdown
· Black Side Windows Trim, Black Front
Windshield Trim and Black Rear
Window Trim
· Fully Galvanized Steel Panels
· Tailgate Rear Cargo Access
· Integrated Storage
· LED Brakelights

## ENTERTAINMENT

· Integrated Roof Antenna

## INTERIOR

· Driver Seat
· Passenger Seat
· 60-40 Folding Split-Bench Front Facing
Flip Forward Cushion/Seatback Rear
Seat
· Manual Tilt/Telescoping Steering
Column
· Front Cupholder
· Rear Cupholder
· Cruise Control w/Steering Wheel
Controls

· Distance Pacing
· HVAC -inc: Underseat Ducts
· Locking Glove Box
· Driver Foot Rest
· Full Cloth Headliner
· Front Map Lights
· Fade-To-Off Interior Lighting
· Full Carpet Floor Covering
· Instrument Panel Bin, Interior Concealed
Storage, Driver / Passenger And Rear
Door Bins and 2nd Row Underseat
Storage
· Delayed Accessory Power
· Outside Temp Gauge
· Analog Display
· Front Center Armrest
· Manual Anti-Whiplash Adjustable Front
Head Restraints and Manual Adjustable
Rear Head Restraints
· 2 12V DC Power Outlets
· Air Filtration

## SAFETY

· Electronic Stability Control (ESC)
· Side Impact Beams
· Dual Stage Driver And Passenger Seat-
Mounted Side Airbags
· Lane Departure Alert (LDA) Lane
Departure Warning
· Low Tire Pressure Warning
· Curtain 1st And 2nd Row Airbags
· Airbag Occupancy Sensor
· Driver And Passenger Knee Airbag
· Dual Stage Driver And Passenger Front
Airbags
· Rear Child Safety Locks
· Outboard Front Lap And Shoulder Safety
Belts -inc: Rear Center 3 Point, Height
Adjusters and Pretensioners

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **18** |  Fuel Economy Information | **22** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| MSRP | **$31,815.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| [FEA] 50 State Emissions | $0 |
| Original Shipping Charge | $1,045 |
| **RETAIL PRICE (ORIGINALLY NEW)** | **$32,860.00** |

### Get more information on your smartphone:



# Arlington Toyota

arlingtontoyota.com
904-302-9611

Year:  2012
Make:  Toyota
Model:  Tundra LIMITED
VIN:  5TFHW5F19CX226029

Engine:  8 Cylinder Engine
Transmission:  6AT
Exterior:  Black
Interior:  Black Upper/seat Graphite

| CITY MPG | | HIGHWAY MPG |
|:---:|:---:|:---:|
| **13** | Fuel Economy Information | **18** |
| Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition | | |

## MECHANICAL

· 5.7L FFV DOHC 32-valve i-Force V8 engine -inc: dual independent variable valve timing w/intelligence, acoustically controlled induction
· Automatic limited-slip differential
· 4WDemand 4-wheel drive system w/electronically controlled 2-speed transfer case
· HD battery
· HD starter
· Front tow hooks
· Trailer sway control
· Independent coil-spring high-mounted double wishbone front suspension w/low-pressure nitrogen gas shocks, stabilizer bar
· Trapezoidal multi-leaf live axle rear suspension w/staggered low-pressure nitrogen gas shocks
· Hydraulic pwr rack & pinion steering
· Pwr vented disc brakes

## EXTERIOR

· P275/65R18 tires
· 18" spare wheel & full-size tire
· Color-keyed front bumper
· Chrome rear bumper
· Front & rear mudguards
· Chrome grille surround w/matte-silver bullet-style inner grille
· Multi-reflector halogen headlamps w/manual headlamp adjust
· Fog lamps
· Pwr sliding rear privacy glass
· High solar energy-absorbing glass
· Variable intermittent windshield wipers
· Windshield wiper de-icer
· Tailgate assist
· Deck rail system w/(4) adjustable tie-down cleats
· Deck rail & tailgate caps

## INTERIOR

· 10-way driver & 4-way front passenger pwr adjustable seats -inc: driver & front passenger pwr lumbar w/drivers pwr thigh support
· Sliding & reclining fold-flat rear seats
· Center console -inc: covered storage, removable utility tray, 12V pwr outlet, file folder storage, 2nd row vents
· Carpet flooring
· Optitron instrumentation -inc: color illumination, tachometer, voltmeter, coolant temp gauge, auto transmission fluid, fuel & engine oil temp gauges, digital clock
· LCD multi-information display -inc: customizable settings, odometer, tripmeter, instant & average fuel economy, distance to empty, average speed, trip timer
· Cruise control
· Dual zone air conditioning w/automatic climate control
· Rear glass defroster
· (3) front & (2) rear cup holders
· Overhead console w/sunglass storage
· Front & rear map lamps

## SAFETY

· 4-wheel anti-lock brakes w/brake assist
· Smart stop technology
· Electronic brake-force distribution
· Daytime running lights
· Driver & front passenger advanced airbags w/passenger cutoff switch
· Driver & front passenger seat mounted side airbags
· Front & rear roll-sensing side curtain airbags
· Driver & front passenger knee airbags
· Front & rear parking assist sonar
· 3-point seatbelts in all seating positions - inc: auto & emergency locking retractors, driver & front passenger pretensioners w/force limiters, driver emergency locking retractor
· Child-protector rear door locks
· Child restraint system top tether anchors for rear center seat
· Rear outboard seat LATCH anchors
· Tire pressure monitor system

## *New*

| MSRP | **$43,595.00** |
|---|---:|
| **INSTALLED OPTIONS** | |
| [RE] 50 State Emissions | $0 |
| [MO] Memory PKG | $465 |
| · 2-position driver seat memory | |
| · 2-position exterior mirror memory | |
| · 2-position steering wheel memory | |
| [AL] 20" 5 Spoke Alloy Wheels | $920 |
| · P275/55R20 tires | |
| [SR] PWR Tilt & Slide Moonroof W/Sliding Sunshade | $810 |
| Original Shipping Charge | $995 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $46,785.00 |

### Get more information on your smartphone:



# Gravity Autos Sandy Springs

gravityautossandysprings.com
404-666-1000

| | |
|---|---|
| Year:   2013 | Engine:   8 Cylinder Engine |
| Make:   Toyota | Transmission:   6AT |
| Model:   Tundra GRD | Exterior:   Magnetic Gray Metallic |
| VIN:   5TFCW5F13DX015274 | Interior:   Graphite |

## MECHANICAL

· 5.7L FFV DOHC 32-valve i-Force V8 engine -inc: dual independent variable valve timing w/intelligence, acoustically controlled induction
· Automatic limited-slip differential
· 4WDemand 4-wheel drive system w/electronically controlled 2-speed transfer case
· HD battery
· HD starter
· Front tow hooks
· Trailer sway control
· Independent coil-spring high-mounted double wishbone front suspension w/low-pressure nitrogen gas shocks, stabilizer bar
· Trapezoidal multi-leaf live axle rear suspension w/staggered low-pressure nitrogen gas shocks
· Hydraulic pwr rack & pinion steering
· Pwr vented disc brakes

## EXTERIOR

· 18" steel wheels
· P255/70R18 all-season tires
· Full-size spare wheel & tire
· Color-keyed upper & chrome lower front bumper
· Chrome rear bumper
· Front & rear mudguards
· Chrome grille surround
· Multi-reflector halogen headlamps w/manual headlamp adjust
· High solar energy-absorbing glass
· Variable intermittent windshield wipers
· Windshield wiper de-icer
· Tailgate assist

· Deck rail & tailgate caps

## INTERIOR

· 8-way adjustable driver & 4-way front passenger seats
· Split fold-up rear seat
· Carpet flooring
· Urethane tilt 4-spoke steering wheel w/column shifter
· Analog instrumentation -inc: color illumination, tachometer, voltmeter, coolant temp gauge, auto transmission fluid, fuel & engine oil temp gauges, digital clock
· LCD display -inc: odometer, tripmeter
· Pwr windows w/drivers 1-touch auto down
· Dual zone air conditioning
· (4) front & (2) rear cup holders
· (2) front pwr points & (1) rear pwr point

## SAFETY

· 4-wheel anti-lock brakes w/brake assist
· Smart stop technology
· Electronic brake-force distribution
· Daytime running lights
· Driver & front passenger advanced airbags w/passenger cutoff switch
· Driver & front passenger seat mounted side airbags
· Front & rear roll-sensing side curtain airbags
· Driver & front passenger knee airbags
· 3-point seatbelts in all seating positions -inc: auto & emergency locking retractors, driver & front passenger pretensioners w/force limiters, driver emergency locking retractor
· Child-protector rear door locks
· Child restraint system top tether anchors for rear center seat
· Rear outboard seat LATCH anchors
· Tire pressure monitor system

---

| CITY MPG |  | HIGHWAY MPG |
|---|---|---|
| **13** | Fuel Economy Information | **17** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| MSRP | **$33,095.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| [RE] 50 State Emissions | $0 |
| [CP] Convenience PKG | $385 |
| • sliding rear window w/privacy glass | |
| • under seat storage tray | |
| • rear privacy glass | |
| • center console gated shift lever | |
| [TM] PWR Heated Tow Mirrors | $60 |
| • manually extendable | |
| • turn signals | |
| [DSA] Deck Rail System | $135 |
| [EV] Am/Fm Stereo W/Cd/Wma/Mp3 Player | $510 |
| • (6) speakers | |
| • integrated SiriusXM satellite radio w/(3) month subscription | |
| • Bluetooth capability | |
| • aux & USB audio inputs w/iPod connectivity | |
| Original Shipping Charge | $995 |
| **RETAIL PRICE (ORIGINALLY NEW)** | **$35,180.00** |

## Get more information on your smartphone:





www.redsautoandtruck.com
303-726-5520

Year:   2014
Make:   Toyota
Model:   Tundra SR5
VIN:   5TFUY5F1XEX357675

Engine:   8 Cylinder Engine
Transmission:   6AT
Exterior:   Blue Ribbon Met
Interior:   Graphite

## MECHANICAL

· 4.30 Axle Ratio
· GVWR: 7,100 lbs
· Electronic Transfer Case
· Part-Time Four-Wheel Drive
· 710CCA Maintenance-Free Battery
· 170 Amp Alternator
· Class IV Towing Equipment -inc: Hitch and Trailer Sway Control
· Trailer Wiring Harness
· 1 Skid Plate
· 1500lbs. Maximum Payload
· Gas-Pressurized Shock Absorbers
· Front Anti-Roll Bar
· Hydraulic Power-Assist Speed-Sensing Steering
· 26.4 Gal. Fuel Tank
· Single Stainless Steel Exhaust
· Auto Locking Hubs
· Double Wishbone Front Suspension w/Coil Springs
· Leaf Rear Suspension w/Leaf Springs
· 4-Wheel Disc Brakes w/4-Wheel ABS, Front And Rear Vented Discs and Brake Assist
· Brake Actuated Limited Slip Differential

## EXTERIOR

· Wheels: 18" x 8J Styled Steel
· Tires: P255/70R18 AS BSW
· Regular Box Style
· Steel Spare Wheel
· Full-Size Spare Tire Stored Underbody w/Crankdown
· Clearcoat Paint
· Black Front Bumper w/Chrome Rub Strip/Fascia Accent and 2 Tow Hooks
· Black Rear Step Bumper w/Chrome Rub Strip/Fascia Accent
· Black Side Windows Trim, Black Front Windshield Trim and Black Rear Window Trim
· Black Door Handles
· Black Power Heated Side Mirrors w/Manual Folding
· Sliding Rear Window
· Front Windshield -inc: Sun Visor Strip
· Variable Intermittent Wipers w/Heated Wiper Park
· Sliding Rear Window w/Privacy Glass -inc: rear side privacy glass
· Fully Galvanized Steel Panels
· Splash Guards
· Black Grille w/Chrome Surround
· Tailgate Rear Cargo Access
· Manual Tailgate/Rear Door Lock
· Manual-Leveling Auto Off Aero-Composite Halogen Daytime Running Headlamps
· Cargo Lamp w/High Mount Stop Light
· Clear Front Fog & Driving Lights

## ENTERTAINMENT

· Radio: Entune Audio Display AM/FM/HD w/CD Player -inc: MP3/WMA playback capability, high-resolution 7" touch-screen display, auxiliary audio jack, USB 2.0 port, iPod connectivity and control, iTunes Tagging, traffic and weather, Bluetooth hands-free phone capability, phone book access, voice recognition and music streaming, SIRIUSXM Satellite Radio, 90-day free trial
· Radio w/Clock, Speed Compensated Volume Control and External Memory Control
· Fixed Antenna
· 6 Speakers
· Streaming Audio
· Bluetooth Wireless Phone Connectivity

## INTERIOR

· 3-Passenger Front Bench Seat -inc: 40/20/40 split fold-down, 4-way manual adjustable front seats
· Driver Seat
· Passenger Seat
· 60-40 Folding Split-Bench Front Facing Fold-Up Cushion Rear Seat
· Manual Tilt Steering Column
· Gauges -inc: Speedometer, Odometer, Voltmeter, Oil Pressure, Engine Coolant Temp, Tachometer and Trip Odometer
· Power Rear Windows
· Front Cupholder
· Rear Cupholder
· Remote Keyless Entry w/4 Door Curb/Courtesy and Panic Button
· Cruise Control w/Steering Wheel Controls
· Manual Air Conditioning
· HVAC -inc: Underseat Ducts
· Illuminated Locking Glove Box
· Driver Foot Rest
· Full Cloth Headliner
· Urethane Gear Shift Knob
· Interior Trim -inc: Metal-Look Instrument Panel Insert, Metal-Look Door Panel Insert and Metal-Look Interior Accents
· Fabric Seat Trim
· Day-Night Rearview Mirror
· Driver And Passenger Visor Vanity Mirrors
· Mini Overhead Console w/Storage and 3 12V DC Power Outlets
· Delay Off Interior Lighting
· Front And Rear Map Lights
· Illuminated Entry System -inc: illumination for room and feet
· Full Carpet Floor Covering
· Pickup Cargo Box Lights
· Dashboard Storage, Driver / Passenger And Rear Door Bins and 1st Row Underseat Storage
· Power Door Locks w/Autolock Feature
· Power 1st Row Windows w/Driver 1-Touch Down
· Delayed Accessory Power
· Systems Monitor
· Outside Temp Gauge
· Analog Display
· Manual Adjustable Front Head Restraints and Manual Adjustable Rear Head Restraints
· 1 Seatback Storage Pocket
· Air Filtration
· 3 12V DC Power Outlets

## SAFETY

· Electronic Stability Control
· ABS And Driveline Traction Control
· Side Impact Beams
· Dual Stage Driver And Passenger Seat-Mounted Side Airbags
· Low Tire Pressure Warning
· Dual Stage Driver And Passenger Front Airbags
· Airbag Occupancy Sensor
· Driver And Passenger Knee Airbag
· Curtain 1st And 2nd Row Airbags
· Rear Child Safety Locks
· Outboard Front Lap And Shoulder Safety Belts -inc: Rear Center 3 Point, Height Adjusters and Pretensioners
· Back-Up Camera



| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| 13 | Fuel Economy Information | 17 |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| MSRP | $34,295.00 |
|---|---|
| **INSTALLED OPTIONS** | |
| Original Shipping Charge | $1,100 |
| **RETAIL PRICE (ORIGINALLY NEW)** | $35,395.00 |

## Get more information on your smartphone:





www.platinumautos.com
206-650-0505

| Year: 2015 | Engine: 8 Cylinder Engine |
|---|---|
| Make: Toyota | Transmission: 6AT |
| Model: Tundra SR5 | Exterior: Black |
| VIN: 5TFDY5F14FX452105 | Interior: Black |

## MECHANICAL

· 4.30 Axle Ratio
· GVWR: 7,200 lbs
· Electronic Transfer Case
· Part-Time Four-Wheel Drive
· 710CCA Maintenance-Free Battery
· 170 Amp Alternator
· Class IV Towing Equipment -inc: Hitch and Trailer Sway Control
· Trailer Wiring Harness
· 1 Skid Plate
· 1575lbs. Maximum Payload
· Gas-Pressurized Shock Absorbers
· Front Anti-Roll Bar
· Hydraulic Power-Assist Speed-Sensing Steering
· 26.4 Gal. Fuel Tank
· Single Stainless Steel Exhaust
· Auto Locking Hubs
· Double Wishbone Front Suspension w/Coil Springs
· Leaf Rear Suspension w/Leaf Springs
· 4-Wheel Disc Brakes w/4-Wheel ABS, Front And Rear Vented Discs and Brake Assist
· Brake Actuated Limited Slip Differential

## EXTERIOR

· Wheels: 18" x 8J Styled Steel
· Tires: P255/70R18 AS Michelin
· Regular Box Style
· Steel Spare Wheel
· Full-Size Spare Tire Stored Underbody w/Crankdown
· Clearcoat Paint
· Black Front Bumper w/Chrome Rub Strip/Fascia Accent and 2 Tow Hooks
· Black Rear Step Bumper w/Chrome Rub Strip/Fascia Accent
· Black Side Windows Trim, Black Front Windshield Trim and Black Rear Window Trim
· Black Door Handles
· Black Power Heated Side Mirrors w/Manual Folding
· Power Rear Window w/Defroster
· Front Windshield -inc: Sun Visor Strip
· Deep Tinted Glass
· Variable Intermittent Wipers w/Heated Wiper Park
· Fully Galvanized Steel Panels
· Splash Guards
· Black Grille w/Chrome Surround
· Tailgate Rear Cargo Access
· Manual Tailgate/Rear Door Lock
· Manual-Leveling Auto Off Aero-Composite Halogen Daytime Running Headlamps
· Cargo Lamp w/High Mount Stop Light
· Front Fog Lamps

## ENTERTAINMENT

· Radio: Entune Audio Display AM/FM/HD w/CD Player -inc: MP3/WMA playback capability, high-resolution 7" touch-screen display, auxiliary audio jack, USB 2.0 port, iPod connectivity and control, iTunes Tagging, traffic and weather, Bluetooth hands-free phone capability, phone book access, voice recognition and music streaming, SIRIUSXM Satellite Radio, 90-day free trial
· Radio w/Clock
· Fixed Antenna

## INTERIOR

· 3-Passenger Front Bench Seat -inc: 40/20/40 split fold-down, 4-way manual adjustable front seats
· Driver Seat

· Passenger Seat
· 60-40 Folding Split-Bench Front Facing Fold-Up Cushion Rear Seat w/Manual Fore/Aft
· Manual Tilt Steering Column
· Gauges -inc: Speedometer, Odometer, Voltmeter, Oil Pressure, Engine Coolant Temp, Tachometer and Trip Odometer
· Power Rear Windows
· Front Cupholder
· Rear Cupholder
· Remote Keyless Entry w/4 Door Curb/Courtesy, Illuminated Entry and Panic Button
· Cruise Control w/Steering Wheel Controls
· Manual Air Conditioning
· HVAC -inc: Underseat Ducts
· Illuminated Locking Glove Box
· Driver Foot Rest
· Full Cloth Headliner
· Urethane Gear Shift Knob
· Interior Trim -inc: Metal-Look Instrument Panel Insert, Metal-Look Door Panel Insert and Metal-Look Interior Accents
· Fabric Seat Trim
· Day-Night Rearview Mirror
· Driver And Passenger Visor Vanity Mirrors
· Full Overhead Console w/Storage and 3 12V DC Power Outlets
· Delay Off Interior Lighting
· Front And Rear Map Lights
· Full Carpet Floor Covering
· Pickup Cargo Box Lights
· Dashboard Storage, Driver / Passenger and Rear Door Bins and 1st Row Underseat Storage
· Power 1st Row Windows w/Driver 1-Touch Down
· Power Door Locks w/Autolock Feature
· Delayed Accessory Power
· Systems Monitor
· Outside Temp Gauge
· Analog Display
· 1 Seatback Storage Pocket
· Manual Adjustable Front Head Restraints and Manual Adjustable Rear Head Restraints
· Rear Center Armrest
· Air Filtration
· 3 12V DC Power Outlets

## SAFETY

· Electronic Stability Control
· ABS And Driveline Traction Control
· Side Impact Beams
· Dual Stage Driver And Passenger Seat-Mounted Side Airbags
· Low Tire Pressure Warning
· Dual Stage Driver And Passenger Front Airbags
· Airbag Occupancy Sensor
· Driver And Passenger Knee Airbag
· Curtain 1st And 2nd Row Airbags
· Rear Child Safety Locks
· Outboard Front Lap And Shoulder Safety Belts -inc: Rear Center 3 Point, Height Adjusters and Pretensioners
· Back-Up Camera



| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **13** | Fuel Economy Information | **17** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## *New*

| MSRP | **$37,030.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| [FE0] 50 State Emissions | $0 |
| [OF] TRD Off Road Package | $2,030 |
| [SP] SR5 Upgrade Package | $1,015 |
| [DS0] Deck Rail System | $125 |
| [WL0] Alloy Wheel Locks | $80 |
| [WI0] Spare Tire Lock | $75 |
| Exhaust Tip | $99 |
| [LB0] Spray In Bedliner | $529 |
| [CF0] Carpet Floor Mats & Door Sill Protector | $195 |
| Original Shipping Charge | $1,195 |
| **RETAIL PRICE (ORIGINALLY NEW)** | **$42,373.00** |

### Get more information on your smartphone:



# OCX - Fullerton

ocautox.com
714-515-6200

| | |
|---|---|
| Year: 2016 | Engine: 8 Cylinder Engine |
| Make: Toyota | Transmission: 6AT |
| Model: Tundra SR5 | Exterior: Super White |
| VIN: 5TFEW5F18GX208467 | Interior: Graphite |

**CITY MPG**
**13**


Fuel Economy Information

**HIGHWAY MPG**
**18**

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## MECHANICAL

· 4.30 Axle Ratio
· GVWR: 7,000 lbs (3,175 kgs)
· Rear-Wheel Drive
· 710CCA Maintenance-Free Battery
· 170 Amp Alternator
· Class IV Towing w/Harness, Hitch, Brake Controller and Trailer Sway Control
· 1650# Maximum Payload
· Gas-Pressurized Shock Absorbers
· Front Anti-Roll Bar
· Hydraulic Power-Assist Speed-Sensing Steering
· 26.4 Gal. Fuel Tank
· Single Stainless Steel Exhaust
· Double Wishbone Front Suspension w/Coil Springs
· Leaf Rear Suspension w/Leaf Springs
· 4-Wheel Disc Brakes w/4-Wheel ABS, Front And Rear Vented Discs and Brake Assist
· Brake Actuated Limited Slip Differential

## EXTERIOR

· Regular Box Style
· Steel Spare Wheel
· Full-Size Spare Tire Stored Underbody w/Crankdown
· Clearcoat Paint
· Black Front Bumper w/Chrome Rub Strip/Fascia Accent
· Black Rear Step Bumper w/Chrome Rub Strip/Fascia Accent
· Black Side Windows Trim, Black Front Windshield Trim and Black Rear Window Trim
· Black Door Handles
· Power Rear Window w/Defroster
· Front Windshield -inc: Sun Visor Strip
· Variable Intermittent Wipers w/Heated Wiper Park
· Fully Galvanized Steel Panels
· Splash Guards
· Chrome Grille
· Tailgate Rear Cargo Access
· Manual-Leveling Auto Off Aero-Composite Halogen Daytime Running Headlamps
· Cargo Lamp w/High Mount Stop Light
· Front Fog Lamps

## ENTERTAINMENT

· Radio w/Clock
· Fixed Antenna

## INTERIOR

· 60-40 Folding Split-Bench Front Facing Fold-Up Cushion Rear Seat w/Manual Fore/Aft

· Front Cupholder
· Rear Cupholder
· Cruise Control w/Steering Wheel Controls
· Manual Air Conditioning
· HVAC -inc: Underseat Ducts
· Illuminated Locking Glove Box
· Driver Foot Rest
· Full Cloth Headliner
· Urethane Gear Shift Knob
· Interior Trim -inc: Metal-Look Instrument Panel Insert, Metal-Look Door Panel Insert and Metal-Look Interior Accents
· Day-Night Rearview Mirror
· Driver And Passenger Visor Vanity Mirrors
· Full Overhead Console w/Storage and 3 12V DC Power Outlets
· Delay Off Interior Lighting
· Front And Rear Map Lights
· Full Carpet Floor Covering
· Pickup Cargo Box Lights
· Dashboard Storage, Driver / Passenger And Rear Door Bins and 1st Row Underseat Storage
· Delayed Accessory Power
· Systems Monitor
· Outside Temp Gauge
· Analog Display
· 1 Seatback Storage Pocket
· Manual Adjustable Front Head Restraints and Manual Adjustable Rear Head Restraints
· Front Center Armrest w/Storage and Rear Center Armrest
· Air Filtration
· 3 12V DC Power Outlets

## SAFETY

· Side Impact Beams
· Dual Stage Driver And Passenger Seat-Mounted Side Airbags
· Low Tire Pressure Warning
· Dual Stage Driver And Passenger Front Airbags
· Airbag Occupancy Sensor
· Driver And Passenger Knee Airbag
· Curtain 1st And 2nd Row Airbags
· Rear Child Safety Locks
· Outboard Front Lap And Shoulder Safety Belts -inc: Rear Center 3 Point, Height Adjusters and Pretensioners
· Back-Up Camera

### *New*

| MSRP | **$34,970.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| [RE] Federal Emissions | $0 |
| [SP] SR5 Upgrade Package | $1,220 |

- front console box w/3 cupholders and replaces standard equipment column shifter w/center console gated urethane shift lever and knob
- HomeLink Universal Transceiver
- Urethane Tilt/Telescopic 4-Spoke Steering Wheel
- Compass
- Electrochromic Rearview Mirror
- Anti-Theft Immobilizer w/Alarm
- Front Bucket Seats
- 8-way power adjustable driver's seat w/power lumbar and 4-way manual adjustable front passenger seat
- 38 Gallon Fuel Tank Capacity

| [DS0] Deck Rail System | $125 |
|---|---|

- 4 adjustable tie-down cleats

| Original Shipping Charge | $1,295 |
|---|---|
| **RETAIL PRICE (ORIGINALLY NEW)** | **$37,610.00** |

## Get more information on your smartphone:



## OffleaseOnly

offleaseonly.com

| Year: 2017 | Engine: 8 Cylinder Engine |
| Make: Toyota | Transmission: 6AT |
| Model: Tundra SR5 | Exterior: Inferno |
| VIN: 5TFRM5F17HX115075 | Interior: Black |

## MECHANICAL

· 3.91 Axle Ratio
· GVWR: 6,700 lbs
· Rear-Wheel Drive
· 710CCA Maintenance-Free Battery
· 100 Amp Alternator
· Class III Towing w/Harness, Hitch and Trailer Sway Control
· 1 Skid Plate
· 1600# Maximum Payload
· Gas-Pressurized Shock Absorbers
· Front Anti-Roll Bar
· Hydraulic Power-Assist Speed-Sensing Steering
· 26.4 Gal. Fuel Tank
· Single Stainless Steel Exhaust
· Double Wishbone Front Suspension w/Coil Springs
· Leaf Rear Suspension w/Leaf Springs
· 4-Wheel Disc Brakes w/4-Wheel ABS, Front And Rear Vented Discs and Brake Assist
· Brake Actuated Limited Slip Differential

## EXTERIOR

· Wheels: 18" x 8J Styled Steel
· Tires: P255/70R18 AS BSW
· Regular Box Style
· Steel Spare Wheel
· Full-Size Spare Tire Stored Underbody w/Crankdown
· Clearcoat Paint
· Black Front Bumper w/Chrome Rub Strip/Fascia Accent
· Black Rear Step Bumper w/Chrome Rub Strip/Fascia Accent
· Black Side Windows Trim, Black Front Windshield Trim and Black Rear Window Trim
· Black Door Handles
· Black Power Heated Side Mirrors w/Manual Folding
· Sliding Rear Window
· Front Windshield -inc: Sun Visor Strip
· Variable Intermittent Wipers w/Heated Wiper Park
· Sliding Rear Window w/Privacy Glass -inc: rear side privacy glass
· Fully Galvanized Steel Panels
· Splash Guards
· Chrome Grille
· Tailgate Rear Cargo Access
· Manual Tailgate/Rear Door Lock
· Manual-Leveling Auto Off Aero-Composite Halogen Daytime Running Headlamps
· Cargo Lamp w/High Mount Stop Light
· Clear Front Fog & Driving Lights

## ENTERTAINMENT

· Radio: Entune Audio Display AM/FM/HD w/CD Player -inc: connected navigation Scout GPS Link app, MP3/WMA playback capability, 6 speakers, high-resolution 7" touch-screen display, auxiliary audio jack, USB 2.0 port, iPod connectivity and control, HD traffic and weather in major metro areas, Bluetooth hands-free phone capability, phone book access, advanced voice recognition and music streaming, Siri Eyes Free, integrated backup camera display and subscription free access to Entune App Suite
· Radio w/Clock
· Fixed Antenna
· SIRIUSXM Satellite Radio -inc: Gracenote album cover art and 3-month complimentary SiriusXM all access radio trial, NOTE: Access to Entune App Suite is subscription free, See toyota.com/entune for details

## INTERIOR

· 3-Passenger Front Bench Seat -inc: 40/20/40 split fold-down, 4-way manual adjustable front seats
· 60-40 Folding Split-Bench Front Facing Fold-Up Cushion Cloth Rear Seat
· Manual Tilt Steering Column

· Gauges -inc: Speedometer, Odometer, Voltmeter, Oil Pressure, Engine Coolant Temp, Tachometer and Trip Odometer
· Power Rear Windows
· Front Cupholder
· Rear Cupholder
· Remote Keyless Entry w/4 Door Curb/Courtesy and Panic Button
· Cruise Control w/Steering Wheel Controls
· Manual Air Conditioning
· HVAC -inc: Underseat Ducts
· Illuminated Locking Glove Box
· Driver Foot Rest
· Full Cloth Headliner
· Urethane Gear Shift Knob
· Interior Trim -inc: Metal-Look Instrument Panel Insert, Metal-Look Door Panel Insert and Metal-Look Interior Accents
· Fabric Seat Trim
· Day-Night Rearview Mirror
· Driver And Passenger Visor Vanity Mirrors
· Mini Overhead Console w/Storage and 3 12V DC Power Outlets
· Delay Off Interior Lighting
· Front And Rear Map Lights
· Illuminated Entry System -inc: illumination for room and feet
· Full Carpet Floor Covering
· Pickup Cargo Box Lights
· Dashboard Storage, Driver / Passenger And Rear Door Bins and 1st Row Underseat Storage
· Power 1st Row Windows w/Driver 1-Touch Down
· Power Door Locks w/Autolock Feature
· Delayed Accessory Power
· Systems Monitor
· Outside Temp Gauge
· Analog Display
· 1 Seatback Storage Pocket
· Seats w/Cloth Back Material
· Manual Adjustable Front Head Restraints and Manual Adjustable Rear Head Restraints
· Rear Under Seat Storage Tray
· Air Filtration
· 3 12V DC Power Outlets

## SAFETY

· Electronic Stability Control
· ABS And Driveline Traction Control
· Side Impact Beams
· Dual Stage Driver And Passenger Seat-Mounted Side Airbags
· Low Tire Pressure Warning
· Dual Stage Driver And Passenger Front Airbags
· Airbag Occupancy Sensor
· Driver And Passenger Knee Airbag
· Curtain 1st And 2nd Row Airbags
· Rear Child Safety Locks
· Outboard Front Lap And Shoulder Safety Belts -inc: Rear Center 3 Point, Height Adjusters and Pretensioners
· Back-Up Camera

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **15** |  Fuel Economy Information | **19** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

### *New*

| MSRP | **$31,930.00** |
|---|---|
| **INSTALLED OPTIONS** | |
| [FE0] 50 State Emissions | $0 |
| [SL] SR5 Package | $0 |
| [SP0] SR5 Upgrade Package | $1,015 |

- front console box w/3 cupholders and replaces standard equipment column shifter w/center console gated urethane shift lever and knob
- HomeLink Universal Transceiver
- Urethane Tilt/Telescopic 4-Spoke Steering Wheel
- Compass
- Electrochromic Rearview Mirror
- Anti-Theft Immobilizer w/Alarm
- Front Bucket Seats
- 10-way power adjustable driver's seat w/power lumbar and 4-way manual adjustable front passenger seat

| [DS0] Deck Rail System | $125 |
|---|---|

- 4 adjustable tie-down cleats

| Original Shipping Charge | $1,295 |
|---|---|
| **RETAIL PRICE (ORIGINALLY NEW)** | $34,365.00 |

## Get more information on your smartphone:



# Springhill Toyota

www.springhilltoyota.com/
251-378-2935