# EXHIBIT 7

| Kia | | | |
|---|---|---|---|
| **Make** | **Model Year** | **Representation re: Class Vehicle Safety** | **Source** |
| Forte | 2010 | *Kia Motors America Introduces All-new Kia Forte – Kia's New Compact Sedan Makes its Debut at the 2009 Chicago Auto Show*<br><br>Forte offers a class-leading level of standard safety equipment, with features such as active front headrests, advanced two-stage airbags, front seat-mounted and side curtain airbags, four-wheel disc brakes with an antilock brake system (ABS), electronic stability control (ESC) and traction control (TCS), and a tire pressure monitoring system (TPMS). | February 11, 2009 Press Release |
| Forte | 2011 | *2011 Kia Forte And All-New Forte 5-Door*<br><br>Launched under Kia Motors' ongoing dramatic design-led transformation, both vehicles seamlessly blend style, value, technology, safety features and comfort. Since its debut in Summer 2009, the Forte compact sedan has racked up an impressive list of accolades, including being named a 2010 "Top Safety Pick" by the Insurance Institute for Highway Safety (IIHS).<br><br>Impressive List of Safety Features<br><br>Forte offers an exceptional level of standard safety equipment, with features such as front active headrests, dual advanced front airbags, front seat-mounted and side curtain airbags, full-length side curtain airbags. | October 11, 2010 Press Release |

| **Kia** | | | |
|---|---|---|---|
| **Make** | **Model Year** | **Representation re: Class Vehicle Safety** | **Source** |
| Forte | 2012 | From six airbags to Electronic Stability Control (ESC), the Forte has a comprehensive list of advanced safety systems. These safety features are standard equipment on every Forte.<br><br>2011 Top Safety Pick<br><br>Dual front airbags, front-seat-mounted side airbags and side curtain airbags for both front and rear seating positions are managed by an advanced sensor system. Forte wraps all of this — and you— in a protective, high-strength steel-reinforced body.<br><br>This advanced system monitors the severity of an impact, the presence of a front passenger and seat-belt use, and then controls airbag inflation accordingly. | Kia Forte 2012 Vehicle Brochure |
| Forte | 2013 | Ready for the unexpected - Forte's safety systems are designed to help minimize injury when a collision is unavoidable. The front seats feature active headrests and seat-belt pretensioners. Dual front airbags, front-seat-mounted side airbags and side curtain airbags for both front and rear seating positions are managed by an advanced sensor system. Forte wraps all of this – and you – in a protective, high-strength steel-reinforced body.<br><br>Top Safety Pick 2012 | Kia Forte 2013 Vehicle Brochure |

| | | **Kia** | |
|---|---|---|---|
| **Make** | **Model Year** | **Representation re: Class Vehicle Safety** | **Source** |
| Forte | 2013 | *2013 Kia Forte And Forte 5-door – Popular Compact Sedan and 5-Door Continue to Offer Style, Comfort and Fuel Efficiency*<br><br>Forte sedan and its sibling hatchback return to the Kia vehicle lineup for 2013 with an impressive combination of smart styling, value, technology, safety features and comfort.<br><br>Plethora of Standard Safety Features – Forte offers an impressive array of standard safety equipment, featuring front active headrests, dual advanced front airbags, front seat-mounted and side curtain airbags, full-length side curtain airbags, side-impact door beams, front and rear crumple zones, four-wheel disc brakes with an Antilock Brake System (ABS), Electronic Brake-force Distribution (EBD) and a Brake Assist System (BAS), Electronic Stability Control. | July 2, 2012 Press Release |
| Forte Koup | 2010 | *2010 Kia Forte Koup*<br><br>Forte Koup offers a class-leading level of standard safety equipment, with features such as dual front advanced airbags, front seat-mounted and side curtain airbags, four-wheel disc brakes with an antilock brake system (ABS), electronic stability control (ESC) and a tire pressure monitoring system (TPMS). | February 8, 2010 Press Release |

| **Kia** | | | |
|---|---|---|---|
| **Make** | **Model Year** | **Representation re: Class Vehicle Safety** | **Source** |
| Forte Koup | 2011 | *2011 Kia Forte Koup – Performance Inspired Two-Door Coupe Offers Comprehensive Package*<br><br>Kia's first-ever two-door coupe offers same distinctive Kia style, value and safety features as sedan Forte Koup embodies the brand's current designed-led transformation and raises the bar in its segment with impressive style and a blend of standard comfort, technology, performance and safety features that results in a comprehensive package.<br><br>Forte Koup offers the same impressive list of standard safety equipment as the sedan, with features such as front active headrests, dual advanced front airbags, front seat-mounted and side curtain airbags, full-length side curtain airbags… | October 11, 2010 Press Release |
| Forte Koup | 2012 | From six airbags to Electronic Stability Control (ESC), the Forte has a comprehensive list of advanced safety systems. These safety features are standard equipment on every Forte.<br><br>2011 Top Safety Pick<br><br>Dual front airbags, front-seat-mounted side airbags and side curtain airbags for both front and rear seating positions are managed by an advanced sensor system. Forte wraps all of this — and you— in a protective, high-strength steel-reinforced body.<br><br>This advanced system monitors the severity of an impact, the presence of a front passenger and seat-belt use, and then controls airbag inflation accordingly. | Kia Forte 2012 Vehicle Brochure |

| **Kia** | | | |
|---|---|---|---|
| **Make** | **Model Year** | **Representation re: Class Vehicle Safety** | **Source** |
| Forte Koup | 2012 | *2012 Kia Forte Koup Fuel-Efficient Koup Exudes Attitude with Eye-Catching Design and Plethora of Standard Amenities*<br><br>Kia's first-ever two-door coupe offers an impressive blend of standard comfort, technology, performance and safety features.<br><br>Forte Koup offers the same impressive list of standard safety equipment as its sedan and hatchback siblings, with features such as front active headrests, dual advanced front airbags, front seat-mounted and side curtain airbags, full-length side curtain airbags… | September 26, 2011 Press Release |
| Forte Koup | 2013 | Ready for the unexpected - Forte's safety systems are designed to help minimize injury when a collision is unavoidable. The front seats feature active headrests and seat-belt pretensioners. Dual front airbags, front-seat-mounted side airbags and side curtain airbags for both front and rear seating positions are managed by an advanced sensor system. Forte wraps all of this – and you – in a protective, high-strength steel-reinforced body.<br><br>Top Safety Pick 2012 | Kia Forte 2013 Vehicle Brochure |

Kia Class Vehicle Safety Advertisements

| **Kia** | | | |
|---|---|---|---|
| **Make** | **Model Year** | **Representation re: Class Vehicle Safety** | **Source** |
| Forte Koup | 2013 | *2013 Kia Forte Koup – Two-Door Coupe Evokes Passion with Eye-Catching Design and Fun-to- Drive Performance*<br><br>Kia's two-door coupe continues to offer a blend of performance, comfort, technology and safety features with added styling enhancements and convenience features for 2013.<br><br>Forte Koup offers the same impressive list of standard safety equipment as its sedan and hatchback siblings, with features such as front active headrests, dual advanced front airbags, front seat-mounted and side curtain airbags, full-length side curtain airbags… | July 10, 2012 Press Release |
| Optima | 2011 | *ALL-NEW 2011 KIA OPTIMA*<br><br>Safety-Minded<br><br>The 2011 Optima is equipped with a high level of standard safety features, as is the rest of the Kia line-up. This includes six airbags (dual advanced front and front-seat mounted side as well as full-length side curtain).<br><br>Kia is poised to continue its momentum and will continue to build the brand through design innovation, quality, value, safety features and new technology. | October 11, 2010 Press Release |

| Kia |||||
|---|---|---|---|---|
| **Make** | **Model Year** | **Representation re: Class Vehicle Safety** || **Source** |
| Optima | 2012 | Advanced Safety Systems – All Optimas have a long list of standard safety features, including six airbags, Electronic Stability Control and Vehicle Stability Management.<br><br>Prepare for the unexpected. Optima's safety systems are designed to help minimize injury when a traffic accident is unavoidable. The front seat belts feature height-adjustable anchors and pretensioners. Dual front airbags, front-seat-mounted side airbags and side curtain airbags are managed by an advanced sensor system.20 Optima wraps all of this — and you — in a protective, high-strength steel-reinforced body.<br><br>Airbag & Seat-Belt Sensors – This advanced system monitors the severity of an impact, the presence of a front passenger and seat-belt use, and then controls airbag inflation accordingly. || Kia Optima 2012 Vehicle Brochure |
| Optima | 2013 | NHTSA Five-Star Crash Safety Rating<br><br>Optima's safety systems are designed to help minimize injury when a traffic accident is unavoidable. The front seat belts feature height-adjustable anchors and pretensioners. Dual front airbags, front-seat-mounted side airbags and side curtain airbags are managed by an advanced sensor system. Optima wraps all of this — and you — in a protective, high-strength steel-reinforced body.<br><br>This advanced system monitors the severity of an impact, the presence of a front passenger and seat-belt use, and then controls airbag inflation accordingly. || Kia Optima 2013 Vehicle Brochure |

Kia Class Vehicle Safety Advertisements

| **Kia** | | | |
|---|---|---|---|
| **Make** | **Model Year** | **Representation re: Class Vehicle Safety** | **Source** |
| Optima | 2013 | *2013 Kia Optima Stunningly Styled Midsize Sedan Offers High Levels of Technology, Impressive Power and Fuel Efficiency*<br><br>Built at Kia's U.S. plant based in West Point, Georgia, the Optima returns to the lineup in 2013 with the same unbeatable combination of head-turning design, fun-to-drive performance, modern amenities and long list of standard safety features.<br><br>The 2013 Optima is equipped with a comprehensive suite of standard safety features. All trims come outfitted with driver and passenger advanced front airbags, front seat-mounted side airbags, first and second row side curtain airbags… | June 28, 2012 Press Release |
| Optima | 2014 | With world-class engineering, exceptional performance and advanced safety systems, the 2014 Kia Optima gives you good reason to be passionate about driving a midsize sedan.<br><br>2013 top Safety Pick+ Insurance Institute for Highway Safety<br><br>NHTSA Five-Star Crash Safety rating<br><br>Designed to help protect driver and passengers. Optima is equipped with passive safety systems designed to help minimize injury when certain traffic accidents are unavoidable. An advanced airbag system helps protect driver and passengers with dual front, front seat-mounted side, and full-length side curtain airbags. | Kia Optima 2014 Vehicle Brochure |

| **Kia** | | | |
|---|---|---|---|
| **Make** | **Model Year** | **Representation re: Class Vehicle Safety** | **Source** |
| Optima | 2015 | Safety systems help add peace of mind in certain situations. That's why all Optima models are equipped with advanced safety systems engineered to help you maintain control, even in challenging road conditions and in some emergency situations. They function automatically, leaving you free to focus on the road.<br><br>Airbag & Seat-Belt Sensors – This advanced system monitors the severity of certain impacts, the presence of a front passenger and seat-belt use, and then controls airbag inflation accordingly<br><br>Designed to help protect driver and passengers. Optima is equipped with passive safety systems designed to help minimize injury when certain traffic accidents are unavoidable. An advanced airbag system helps protect driver and passengers with dual front, front seat-mounted side, and full-length side curtain airbags. | Kia Optima 2015 Vehicle Brochure |
| Optima | 2016 | Advanced engineering for your protection – At Kia, the process of improving all aspects of safety is relentless. Year after year, engineering advances and breakthroughs in material design lead Kia's engineers to produce vehicles with more strategically placed airbags, measurably stronger body construction, and advanced sensors, all to increase your peace of mind.<br><br>Advanced Airbag System – An advanced airbag system helps protect driver and passengers with dual front, front seat-mounted side, and full-length side curtain airbags and is complemented by a driver's knee airbag. | Kia Optima 2016 Vehicle Brochure |

| **Kia** |||| 
|---|---|---|---|
| **Make** | **Model Year** | **Representation re: Class Vehicle Safety** | **Source** |
| Optima | 2016 | *All-new 2016 Kia Optima Receives Top Safety Pick Plus Rating From The Insurance Institute For Highway Safety – 2016 Optima is First Kia to Earn the Prestigious Safety Award Under New, More Rigorous Standards*<br><br>The rating reflects top scores in each of five crashworthiness tests as well as the integration of active safety technology to aid in crash prevention. The 2016 Optima earned "good" crashworthiness ratings and a superior rating for the optional front-crash prevention system. | March 30, 2016 Press Release |
| Optima | 2017 | Optima features advanced safety systems designed to give you peace of mind every time you drive.<br><br>Advanced engineering for your peace of mind – At Kia, the process of improving all aspects of safety is relentless. As a result, continuous engineering advances and breakthroughs in material design have led to Optima's exceptionally strong body construction, strategically placed airbags, and advanced sensors, all of which help to increase your protection<br><br>An advanced airbag system helps protect driver and passengers with dual front, front seat-mounted side, and full-length side curtain airbags and is complemented by a driver's knee airbag. This advanced system monitors the severity of certain impacts, the presence of a front passenger and seat-belt use, and then controls airbag inflation accordingly. | Kia Optima 2017 Vehicle Brochure |

Kia Class Vehicle Safety Advertisements

| **Kia** |||||
|---|---|---|---|
| **Make** | **Model Year** | **Representation re: Class Vehicle Safety** | **Source** |
| Optima | 2017 | *2017 Kia Optima Receives Top Safety Pick Plus Rating From The Insurance Institute For Highway Safety 2017*<br><br>[T]he 2017 Optima, has earned the highest designation possible – Top Safety Pick Plus (TSP+) – from the Insurance Institute for Highway Safety (IIHS) for vehicles built after March 2017 when equipped with optional front crash prevention and LED headlights with High Beam Assist. | June 1, 2017 Press Release |

| **Kia** | | | |
|---|---|---|---|
| **Make** | **Model Year** | **Representation re: Class Vehicle Safety** | **Source** |
| Optima | 2018 | Dedicated to making safety a top priority – Optima's technologically advanced systems are engineered to give you greater confidence on the road and help you maintain control, even in harsh road conditions and in some emergency situations. In addition, these systems are designed to function automatically, leaving you free to focus on safe driving.<br><br>2017 Top Safety Pick<br><br>NHTSA Overall 5-Star Crash Safety Rating<br><br>Advanced engineering for your peace of mind – At Kia, the process of improving all aspects of safety is relentless. As a result, continuous engineering advances and breakthroughs in material design have led to Optima's exceptionally strong body construction, strategically placed airbags, and advanced sensors, all of which help to increase your peace of mind.<br><br>Advanced Airbag System – An advanced airbag system helps protect driver and passengers with dual front, front seat-mounted side, and full-length side curtain airbags and is complemented by a driver's knee airbag. | Kia Optima 2018 Vehicle Brochure |

Kia Class Vehicle Safety Advertisements

| **Kia** | | | |
|---|---|---|---|
| **Make** | **Model Year** | **Representation re: Class Vehicle Safety** | **Source** |
| Optima | 2019 | At Kia, the priority is always on improving all aspects of safety.<br><br>Advanced Airbag System – Dual front, front seat-mounted side, and full-length side curtain airbags help protect driver and passengers<br><br>2018 Top Safety Pick<br><br>NHTSA Overall 5-Star Crash Safety Rating | Kia 2019 Vehicle Guidebook for Optima, Optima Hybrid, Optima Plug-In Hybrid |
| Optima | 2019 | Enhanced protection for more Peace Of Mind<br><br>Advanced sensor systems, strategically placed airbags and breakthroughs in material design that have led to stronger body construction are just a few of the ways Kia never stops working to help maximize your protection. | Kia 2019 Vehicle Guidebook for Optima |
| Optima | 2019 | *Kia Is Among Top Three Brands With Most 2019 IIHS Safety Awards Following Stricter Crash Standards*<br><br>All-new 2019 Forte is among five Kia models to receive 2019 IIHS Top Safety Pick Plus designation when equipped with front crash prevention and specific headlights<br><br>The IIHS safety awards are highly regarded by today's consumers, and we see these latest accolades as validation of Kia's dedication to its customers and to the continuous efforts to build better and safer vehicles | December 12, 2018 Press Release |

| **Kia** | | | |
|---|---|---|---|
| **Make** | **Model Year** | **Representation re: Class Vehicle Safety** | **Source** |
| Optima | 2020 | Safety Never Takes A Day Off.<br><br>At Kia, the priority is always on improving all aspects of safety. Advanced sensor systems, strategically placed airbags, and breakthroughs in materials and design that have led to strong body construction are just a few of the ways we never stop working to increase your protection.<br><br>Safety Insurance Institute For Highway Safety 2019 IIHS Top Safety Pick +<br><br>Advanced Airbag System –  Dual front, front seat-mounted side, and full-length side curtain airbags help protect driver and passengers. | Kia Optima 2020 Vehicle Brochure |
| Optima Hybrid | 2011 | Prepared For The Unexpected – Advanced safety systems are included to help provide you with peace of mind. Features such as front active headrests, seat-belt pretensioners, dual front airbags, front-seat-mounted side airbags and side curtain airbags are engineered to help minimize injury when an accident is unavoidable. | Optima Hybrid 2011 Vehicle Brochure |

Kia Class Vehicle Safety Advertisements

| **Kia** | | | |
|---|---|---|---|
| **Make** | **Model Year** | **Representation re: Class Vehicle Safety** | **Source** |
| Optima Hybrid | 2012 | With world-class engineering, outstanding performance and advanced safety systems, the 2012 Kia Optima gives you good reason to be passionate about driving a midsize sedan.<br><br>2011 Top Safety Pick<br><br>Prepare for the unexpected. Optima's safety systems are designed to help minimize injury when a traffic accident is unavoidable. The front seat belts feature height-adjustable anchors and pretensioners. Dual front airbags, front-seat-mounted side airbags and side curtain airbags are managed by an advanced sensor system. Optima wraps all of this — and you — in a protective, high-strength steel-reinforced body.<br><br>Airbag & Seat-Belt Sensors This advanced system monitors the severity of an impact, the presence of a front passenger and seat-belt use, and then controls airbag inflation accordingly. | Kia Optima Series 2012 Brochure |
| Optima Hybrid | 2012 | *2012 Kia Optima Hybrid – Brand's First Hybrid in the U.S. Returns with Class-Leading Fuel Efficiency, Advanced Technology and Eye-Catching Style*<br><br>The 2012 Optima Hybrid is equipped with a high level of standard safety features. All trims come outfitted with driver and passenger advanced front airbags, front seat-mounted side airbags, first and second row side curtain airbags… | September 26, 2011 Press Release |

| **Kia** | | | |
|---|---|---|---|
| **Make** | **Model Year** | **Representation re: Class Vehicle Safety** | **Source** |
| Optima Hybrid | 2013 | *2013 Kia Optima Hybrid – Updated 2013 Optima Hybrid Powertrain Improves Performance and Efficiency*<br><br>Advanced Safety Features – The 2013 Optima Hybrid is equipped with an impressive array of standard safety equipment. All trims come outfitted with driver and passenger advanced front airbags, front seat-mounted side airbags, full-length side curtain airbags… | March 7, 2013 Press Release |
| Optima Hybrid | 2014 | Designed to help protect driver and passengers.<br><br>Optima is equipped with passive safety systems designed to help minimize injury when certain traffic accidents are unavoidable. An advanced airbag system helps protect driver and passengers with dual front, front seat-mounted side, and full-length side curtain airbags.<br><br>Air Bag & Seat Belt sensors this advanced system monitors the severity of certain impacts, the presence of a front passenger and seat belt use, and then controls airbag inflation accordingly. | Kia Optima Hybrid 2014 Vehicle Brochure |
| Optima Hybrid | 2015 | Advanced safety systems – Optima Hybrid models come with a full complement of standard safety systems, including six airbags. | Kia Optima Hybrid 2015 Brochure |
| Optima Hybrid | 2016 | Advanced Safety Systems – Optima Hybrid models come with a full complement of standard safety systems, including six airbags, four-wheel anti-lock disc brakes, Electronic Stability Control (ESC) and a panic Brake Assist System (BAS). | Kia Optima Hybrid 2016 Brochure |

| **Kia** | | | |
|---|---|---|---|
| **Make** | **Model Year** | **Representation re: Class Vehicle Safety** | **Source** |
| Optima Hybrid | 2016 | *2016 Optima Hybrid Overview – Hybrid Version of Kia's Best-Selling Nameplate Maintains Style, Efficiency*<br><br>In addition to the Hybrid's design, performance and efficiency, it comes standard with a variety of safety features. Both trims offer standard driver and passenger advanced front airbags, front seat mounted side airbags, front and rear side curtain airbags . . . | November 6, 2015 Press Release |
| Sedona | 2011 | *Kia Sedona Named "Best Minivan For The Money" For 2011 By U.S. News & World Report*<br><br>Sedona commended for impressive value and long list of standard convenience and safety features.<br><br>Four-time recipient of the "Top Safety Pick" award and proclaimed the "safest minivan ever tested" by the Insurance Institute for Highway Safety (IIHS), the Kia Sedona has been named the "Best Minivan for the Money" for 2011 by U.S. News & World Report. Sedona took top honors within its class for offering consumers an outstanding value and garnering critical acclaim. | January 27, 2011 Press Release |

| **Kia** | | | |
|---|---|---|---|
| **Make** | **Model Year** | **Representation re: Class Vehicle Safety** | **Source** |
| Sedona | 2012 | The ideal minivan for families on the go – A smarter way to take on the world. The 2012 Sedona is the perfect minivan to help your family enjoy life from dawn to dusk and beyond . . . Sophisticated active and passive safety systems help provide protection and peace of mind.<br><br>Designed to protect driver and passengers . . . Sedona is equipped with a range of passive safety systems.  Six airbags placed throughout the cabin are designed to help protect occupants in certain collisions. They include dual front advanced, dual front seat-mounted side, and full-length side-curtain airbags. the advanced front airbag system monitors the severity of a frontal impact, the presence of a front passenger and seat-belt use, and then controls airbag inflation accordingly. | Kia Sedona 2012 Vehicle Brochure |
| Sedona | 2012 | *2012 Kia Sedona Minivan's Class-Leading Safety Features Offers Buyers Peace of Mind*<br><br>2012 Sedona continues to deliver impressive value and long list of standard convenience and safety features.<br><br>Sedona offers consumers invaluable protection provided by an extensive list of standard safety features on the 2012 model, including six standard airbags, dual advanced front and front seat-mounted side air bags, full-length side curtain air bags for all three seating rows… | September 26, 2011 Press Release |

| **Kia** |||| 
| **Make** | **Model Year** | **Representation re: Class Vehicle Safety** | **Source** |
|---|---|---|---|
| Sedona | 2014 | Sedona is also equipped with sophisticated active and passive safety systems that help provide protection and peace of mind.<br><br>Peace of mind – Advanced active and passive safety systems include electronic Stability Control (eSC), a Brake Assist System (BAS) and an advanced airbag system including full-length side-curtain airbags.<br><br>Designed to protect drive and passenger<br><br>Sedona is equipped with a range of passive safety systems. Six airbags placed throughout the cabin are designed to help protect occupants in certain collisions. They include dual front advanced, dual front seat-mounted side, and full-length side-curtain airbags. the advanced front airbag system monitors the severity of a frontal impact, the presence of a front passenger and seat-belt use, and then controls airbag inflation accordingly. | Kia Sedona 2014 Vehicle Brochure |