# EXHIBIT 10

FCA Class Vehicle Safety Advertisements

| FCA | | | |
|---|---|---|---|
| **Make** | **Model Year** | **Representation re: Class Vehicle Safety** | **Source** |
| Chrysler 200 | 2011 | All 200 models feature standard advanced multistage driver and front-passenger air bags, supplemental side-curtain air bags, and supplemental driver and front-passenger seat-mounted air bags. | Chrysler 200 2011 Vehicle Brochure |
| Chrysler 200 | 2011 | *The New 2011 Chrysler 200 Delivers an Abundance of Standard Safety and Technology Features*<br><br>New Chrysler 200 delivers consumers many standard safety, security and technology features, including electronic stability control with electronic brake assist and all-speed traction control, active head restraints, front-seat mounted side air bags, all-row side-curtain air bags and Brake Override.<br><br>Chrysler's twofold approach — passive safety features combined with accident-avoidance features — is the foundation for the real-world safety performance customers will experience.<br><br>The 200 sedan's standard safety features include: standard advanced multi-stage front passenger air bags, active head restraints, electronic stability control (ESC), front-seat side air bags, side curtain air bags, four-wheel anti-lock brakes (ABS), electronic traction control, child seat anchor system and available Uconnect® Voice Command. | November 15, 2010 Press Release |
| Chrysler 200 | 2012 | Air Bags – All 200 models feature standard advanced multistage driver and front-passenger air bags, supplemental side-curtain air bags, and supplemental driver and front-passenger seat-mounted air bags. | Chrysler 200 2012 Vehicle Brochure |

FCA Class Vehicle Safety Advertisements

| FCA | | | |
|-----|-----|-----|-----|
| **Make** | **Model Year** | **Representation re: Class Vehicle Safety** | **Source** |
| Chrysler 200 | 2013 | Air Bags – All 200 models feature standard advanced multistage driver and front-passenger air bags, supplemental side-curtain air bags, and supplemental driver and front-passenger seat mounted air bags. | Chrysler 200 2013 Vehicle Brochure |
| Chrysler 200 | 2013 | Detroit Takes Your Safety Seriously.<br><br>Every Chrysler 200 is equipped with standard advanced airbag systems. Front multistage airbags+ deploy with appropriate force based on the severity of the impact. Side-curtain airbags+ provide added protection for all outboard passengers in side-impact collisions or rollover events. And front seat-mounted side airbags provide enhanced side protection for both the driver and front passenger. | Chrysler Webpage available on January 28, 2013<br><br>Available at: http://www.chrysler.com/en/2013/200-lx/safety (last visited May 18, 2020) |
| Chrysler 200 | 2014 | International Institute For Highway Safety (IIHS) Top Safety Pick.+ The Chrysler 200 Sedan has been awarded a 2013 IIHS Midsize Car Top Safety Pick.+ IIHS safety awards determine crashworthiness — how well a vehicle protects its occupants in a crash.<br><br>Air Bags – 200 models feature standard advanced multistage driver and front-passenger air bags, supplemental driver and front-passenger seat-mounted air bags and supplemental side-curtain air bags on sedans. | Chrysler 200 2014 Vehicle Brochure |

| FCA | | | |
|---|---|---|---|
| **Make** | **Model Year** | **Representation re: Class Vehicle Safety** | **Source** |
| Chrysler 200 | 2014 | *2014 Chrysler 200 Sedan Delivers Drivers Exceptional Value, Abundant Standard Safety Features and a Sophisticated Design*<br><br>Standard equipment includes advanced multistage front driver and passenger air bags, supplemental front-seat mounted air bags, active head restraints, four-wheel anti-lock disc brakes, electronic stability control, electronic traction control, illuminated keyless entry. | September 1, 2013 Press Release |
| Chrysler 200 | 2015 | Safe and Secure – 8 advanced airbags standard<br><br>The Most Important Thing A Vehicle Can Do For You Is The One Thing It May Never Need To Do.<br><br>8 Air Bags – The eight standard air bags include front dual-stage air bags with adaptive venting technology, driver and passenger knee air bags, as well as front seat-mounted side-impact air bags. The side air bag inflatable curtains extend over front- and rear-seating rows.<br><br>Advanced Multistage Air Bags – Advanced multistage low-risk deployment driver and passenger-front air bags incorporate adaptive venting technology. Based on occupant size and the severity of the impact, vents within the air bag cushion are opened to ensure varying levels of air bag inflation. | Chrysler 200 2015 Vehicle Brochure |

FCA Class Vehicle Safety Advertisements

| FCA | | | |
|---|---|---|---|
| **Make** | **Model Year** | **Representation re: Class Vehicle Safety** | **Source** |
| Chrysler 200 | 2015 | *All-New 2015 Chrysler 200 is a Showcase of Advanced Safety and Security Technology*<br><br>Advanced multistage driver and front-passenger air bags: Inflate with force appropriate to the severity of the impact; meet FMVSS 208 advanced air bag requirements for smaller, out-of-position occupants.<br><br>All-row, full-length side-curtain air bags: Extend protection to all outboard front- and rear-seat passengers. Devices housed in headliner above side windows, each side air bag has its own impact sensor that triggers deployment on the side of the vehicle where impact occurs…<br><br>Driver's-side knee air bag: Deploys with advanced multistage driver air bag; located below instrument panel, device designed to properly position occupant during impact while offering additional lower leg protection.<br><br>Front-passenger knee air bag: Deploys with advanced multistage passenger air bag located below instrument panel. The device is designed to properly position occupant during impact, while offering additional lower leg protection<br><br>Occupant restraint controller: Detects impact and determines whether crash is severe enough to trigger air bag deployment and whether primary- or secondary-stage inflation is sufficient. Also detects side impacts and determines whether rail-curtain and side seat-mounted (thorax protection) air bags should deploy. | March 22, 2014 Press Release |

| FCA | | | |
|---|---|---|---|
| **Make** | **Model Year** | **Representation re: Class Vehicle Safety** | **Source** |
| Chrysler Sebring | 2010 | Sebring goes to great lengths to ensure that its safety and security systems are executed with perfect choreography.<br><br>Advanced-multistage driver, front-passenger and supplemental side-curtain air bags provide nearly instantaneous protection to outboard occupants.<br><br>Sebring earned a Five-Star crash test rating for frontal impact. This rating represents the highest possible vehicle safety honor from the National Highway Traffic Safety Administration (NHTSA). | Chrysler Sebring 2010 Vehicle Brochure |
| Chrysler Sebring | 2010 | *The 2010 Chrysler Sebring and 2010 Dodge Avenger with Electronic Stability Control Earn Highest Possible Safety Rating from IIHS*<br><br>When it comes to safety and security, the 2010 Chrysler Sebring and 2010 Dodge Avenger employ a two-fold approach: passive features, including pre-tensioning seat belt retractors and supplemental side-curtain air bags, are combined with accident-avoidance features, including responsive steering, braking, handling and Electronic Stability Control (ESC).<br><br>Available safety equipment on the 2010 Chrysler Sebring and Dodge Avenger includes ESC with traction control, Brake Assist and ABS, driver and front-passenger active head restraints, front seat-mounted side airbags and advanced multi-stage front airbags. | Aug 25, 2009 Press Release |

FCA Class Vehicle Safety Advertisements

| FCA | | | |
|-----|--|--|--|
| **Make** | **Model Year** | **Representation re: Class Vehicle Safety** | **Source** |
| Dodge Avenger | 2010 | Avenger earned a Five-Star front-impact crash test rating. This rating represents the highest possible frontal safety honors from the National Highway Traffic Safety Administration.<br><br>All Avenger models feature standard advanced multistage driver and front-passenger air bags, supplemental side-curtain air bags, and supplemental driver and front-passenger-seat mounted air bags. | Dodge Avenger 2010 Vehicle Brochure |
| Dodge Avenger | 2010 | *2010 Avenger Offers Unmistakable Dodge Design in the Mid-Size Sedan Segment*<br><br>The 2010 Dodge Avenger combines bold Dodge styling with innovative interior features, high levels of safety and reliability, exhilarating performance and 30-mpg highway fuel efficiency—all at a great value.<br><br>Class-leading safety features:<br>-Standard front-seat-mounted (thorax) air bags<br>-Standard side-curtain air bags<br>-Standard advanced multi-stage front air bags<br>-Driver and front-passenger active head restraints | September 1, 2009 Press Release |
| Dodge Avenger | 2011 | Safety Design: A 2011 Insurance Institute for Highway Safety Top Safety Pick.<br><br>All Avenger models feature standard advanced multistage driver and front-passenger air bags, supplemental side-curtain air bags, and supplemental driver and front-passenger-seat mounted air bags. | Dodge Avenger 2011 Vehicle Brochure |

FCA Class Vehicle Safety Advertisements

| FCA | | | |
|-----|---|---|---|
| **Make** | **Model Year** | **Representation re: Class Vehicle Safety** | **Source** |
| Dodge Avenger | 2011 | *The New 2011 Dodge Avenger Delivers an Abundance of Safety and Technology Features*<br><br>New Dodge Avenger gives consumers many safety, security and technology features, including electronic stability control with electronic brake assist and all-speed traction control, active head restraints, side-curtain air bags, supplemental front seat-mounted side air bags and Brake Override. | November 15, 2010 Press Release |
| Dodge Avenger | 2012 | Safety Design: A 2011 Insurance Institute for Highway Safety Top Safety Pick<br><br>All Avenger models feature standard advanced multistage driver and front-passenger air bags, supplemental side-curtain air bags, and supplemental driver and front-passenger seat mounted air bags. | Dodge Avenger 2012 Vehicle Brochure |

FCA Class Vehicle Safety Advertisements

| FCA | | | |
|---|---|---|---|
| **Make** | **Model Year** | **Representation re: Class Vehicle Safety** | **Source** |
| Dodge Avenger | 2012 | *America's Most Affordable and Most Powerful Mid-size Sedan*<br><br>The Dodge Avenger named Insurance Institute for Highway Safety (IIHS) "Top Safety Pick" in 2011<br><br>The Dodge Avenger mid-size sedan, an IIHS "Top Safety Pick" in 2011, provides customers an abundance of standard safety and high-tech features designed to keep drivers connected with their hands on the wheel and eyes on the road. Standard safety features include advanced multi-stage front passenger air bags, front seat side air bags, electronic stability control with electronic traction control, four-wheel anti-lock brakes, supplemental side curtain air bags and LATCH child seat anchor system.<br><br>The 2012 Dodge Avenger provides more standard content than others in the segment, high-tech features that keep drivers and passengers connected and entertained, uncompromising safety features. | September 1, 2011 Press Release |
| Dodge Avenger | 2013 | A 2012 Insurance Institute for Highway Safety Top Safety Pick – All Avenger models feature standard advanced multistage driver and front-passenger air bags, supplemental side-curtain air bags, and supplemental driver and front-passenger seat side-mounted air bags. | Dodge Avenger 2013 Vehicle Brochure |

FCA Class Vehicle Safety Advertisements

| FCA | | | |
|---|---|---|---|
| **Make** | **Model Year** | **Representation re: Class Vehicle Safety** | **Source** |
| Dodge Avenger | 2013 | *America's Most Affordable and Most Powerful Mid-size Sedan – the 2013 Dodge Avenger*<br><br>The Dodge Avenger was named an Insurance Institute for Highway Safety (IIHS) "Top Safety Pick" in 2012, the fourth consecutive year the Avenger has been named a "Top Safety Pick."<br><br>The Dodge Avenger mid-size sedan, an IIHS "Top Safety Pick" in 2012 for the fourth consecutive year, provides customers an abundance of standard safety and high-tech features designed to keep drivers connected with their hands on the wheel and eyes on the road. Standard safety features include advanced multi-stage front passenger air bags, front seat side air bags, electronic stability control with electronic traction control, four-wheel anti-lock brakes, supplemental side curtain air bags and LATCH child seat anchor system. | September 1, 2012 Press Release |
| Dodge Avenger | 2014 | A 2013 IIHS Top Safety Pick +<br><br>Avenger models feature standard advanced multistage driver and front-passenger air bags, supplemental side-curtain air bags, and supplemental driver and front-passenger seat side-mounted air bags. | Dodge Avenger 2014 Vehicle Brochure |

FCA Class Vehicle Safety Advertisements

| FCA | | | |
|---|---|---|---|
| **Make** | **Model Year** | **Representation re: Class Vehicle Safety** | **Source** |
| Dodge Avenger | 2014 | *2014 Dodge Avenger: Fun-to-drive, Loaded with Style Inside and Out, Packed with Safety and Technology Features Customers Want, all at a Surprising Value*<br><br>This mid-size has earned the Insurance Institute for Highway Safety (IIHS) Top Safety Pick award. Avenger comes standard with six airbags, electronic stability control and anti-lock brakes.<br><br>Safety features on all models include multi-stage front air bags, front passenger side-impact airbags, full cabin head-protection curtains, electronic stability control (ESC), four-wheel anti-lock brakes (ABS), active front head restraints and tire-pressure warning. The Avenger has been rated a Top Safety Pick by the Insurance Institute for Highway Safety for the past four consecutive years. | September 1, 2013 Press Release |
| Dodge Caliber | 2010 | Protecting passengers is Caliber's greatest priority . . . Advanced multistage driver and front-passenger air bags help provide nearly instantaneous occupant protection. Standard supplemental side-curtain air bags provide side-impact protection. | Dodge Caliber 2010 Vehicle Brochure |
| Dodge Caliber | 2010 | *2010 Dodge Caliber — Efficient Five-door Package with All-new Interior*<br><br>Combining five-star safety ratings, technology, value, bold styling and an all-new interior design, the 2010 Dodge Caliber stands out in one of the world's most competitive segments.<br><br>Standard safety features: Side-curtain air bags, Driver and front-passenger multi-stage air bags. | September 1, 2009 Press Release |

FCA Class Vehicle Safety Advertisements

| FCA | | | |
|-----|-----|-----|-----|
| **Make** | **Model Year** | **Representation re: Class Vehicle Safety** | **Source** |
| Dodge Caliber | 2011 | Safety. Design: Occupant protection comes from standard advanced multistage air bags for the driver and front passenger, a knee blocker air bag for the driver, supplemental side-curtain air bags, and available supplemental front-seat side mounted air bags which help provide nearly instantaneous occupant protection if needed. | Dodge Caliber 2011 Vehicle Brochure |
| Dodge Caliber | 2011 | Dodge Caliber has a serious side to complement its sporty attitude.<br><br>For your protection, Caliber is equipped with:<br><br>-Standard advanced multistage airbags for the driver and front passenger<br>-A driver knee blocker airbag<br>-Supplemental side-curtain airbags<br>-Available side-seat airbags | Dodge Webpage available on February 27, 2011<br><br>Available at: http://www.dodge.com/en/2011/caliber/safety_security/protection/ (last visited May 18, 2020) |
| Dodge Caliber | 2012 | Features:<br><br>Advanced multistage front air bags supplemental side-curtain air bags. | Dodge Caliber 2012 Vehicle Brochure |

| FCA | | | |
|---|---|---|---|
| **Make** | **Model Year** | **Representation re: Class Vehicle Safety** | **Source** |
| Dodge Caliber | 2012 | *2012 Dodge Caliber Offers Outstanding Utility and Value*<br><br>It offers consumers value, efficiency and safety coupled with many standard, innovative and useful features, proving that practical doesn't have to be boring.<br><br>The Caliber SXT is a comfortable, safe vehicle that is fun to drive and stands out from the competition.<br><br>Standard features include air conditioning, Chill Zone™ beverage cooler, active head restraints, advanced multistage front driver and passenger air bags, supplemental all-row side curtain air bags… | September 1, 2011 Press Release |
| Dodge Nitro | 2010 | Nitro delivers with eye-opening style and solid performance. It backs up its confident stance with safety features like a Five- Star frontal-and-side-impact rating, the government's highest.<br><br>Advanced multi stage Front air bags. Every Nitro-model helps protect the driver and front passenger with this advanced technology. Featuring the Occupant Classification System (OCS), these air bags provide nearly instantaneous occupant protection by matching air bag output to crash severity. | Dodge Nitro 2010 Vehicle Brochure |

FCA Class Vehicle Safety Advertisements

| FCA | | | |
|---|---|---|---|
| **Make** | **Model Year** | **Representation re: Class Vehicle Safety** | **Source** |
| Dodge Nitro | 2010 | *2010 Dodge Nitro ignites Mid-size SUV Segment*<br><br>Standard safety and security features include Anti-lock Brake System (ABS), Brake assist, all-speed traction control, Electronic Stability Control (ESC), Electronic-roll Mitigation (ERM), front-row active head restraints and front and side-curtain air bag. | September 1, 2009 Press Release |
| Dodge Nitro | 2011 | Air Bags – All Nitro models feature standard advanced multistage driver and front-passenger air bags and supplemental side-curtain air bags with roll-sensing technology. Also standard: Front seat active head restraints move forward and upward in the event of a rear-end collision to decrease the space between the head restraint and occupant's head, thereby helping to reduce the chance of injury. | Dodge Nitro 2011 Vehicle Brochure |

| FCA | | | |
|-----|-----|-----|-----|
| **Make** | **Model Year** | **Representation re: Class Vehicle Safety** | **Source** |
| Dodge Ram 1500 | 2009 | It's all about safety and security.<br><br>Iron-clad safety and security features.<br><br>Dodge Ram 1500 takes the technology of safety and security to the next level — virtually invisible to the driver and passengers, but right there when you need it. The new chassis features hydro-formed front crush zones, improved side-impact protection, an enhanced Accident Response System, advanced multistage front air bags, and standard supplemental side-curtain air bags.<br><br>Protection in milliseconds. Dual-action side-curtain air bags are twice the volume of the previous model, cover all side windows — and stay active for five seconds. | Dodge Ram 1500 2009 Vehicle Brochure |
| Dodge Ram 1500 | 2009 | *Press Kit Edmunds' Inside Line Names All-new 2009 Dodge Ram Best Full-size Pickup Truck*<br><br>The all-new 2009 Dodge Ram 1500 Regular, Quad and Crew Cab models recently earned Five Star ratings for driver- and front-passenger protection in a frontal crash, the highest ratings in the U.S. government's safety crash test program.<br><br>Standard safety features include side-curtain air bags. | May 7, 2009 Press Release |

FCA Class Vehicle Safety Advertisements

| FCA | | | |
|-----|-----|-----|-----|
| **Make** | **Model Year** | **Representation re: Class Vehicle Safety** | **Source** |
| Dodge Ram 1500 | 2010 | Iron-Clad Safety And Security Features<br><br>Ram 1500 meets 2010 with safety and security features that are measured in quality: they're virtually invisible to the driver and passengers but are there when you need them. Advantages like hydro-formed front crush zones, intelligent side-impact protection, an Enhanced Accident Response System, advanced multistage front air bags, and the standard supplemental side-curtain air bags. | Dodge Ram 1500 2010 Vehicle Brochure |
| Dodge Ram 1500 | 2010 | *2010 Ram 1500 Offers Game-changing Features, Innovations and More Towing*<br><br>More than 35 safety and security features including: Advanced Multi-stage Air Bags. | September 1, 2009 Press Release |
| Dodge Ram 1500 | 2011 | Because safety and security in your Ram 1500 is, in every way, comprehensive in scope.<br><br>Advanced multistage air bags, side-curtain air bags. | Dodge Ram 1500 2011 Vehicle Brochure |
| Dodge Ram 1500 | 2011 | *2011 Ram 1500: Trend-setting Engineering, New Innovations and Two New Models*<br><br>Advanced multi-stage driver and front-passenger air bags. | September 14, 2010 Press Release |

| FCA | | | |
|---|---|---|---|
| **Make** | **Model Year** | **Representation re: Class Vehicle Safety** | **Source** |
| Dodge Ram 1500 | 2012 | Advanced Multistage Front air bags. Standard on every Ram 1500 model. <br><br> Deployed in the event of a frontal impact, these air bags are indispensable assets to help protect front occupants. Crash-sensitive, they self-adjust to the force level needed. <br><br> Dual-action side-curtain air bags. We definitely take sides when it comes to protection. These curtains are designed to deploy from top downward, providing full coverage of the side windows. | Dodge Ram 1500 2012 Vehicle Brochure |
| Dodge Ram 1500 | 2012 | *Press Kit: 2012 Ram 1500* <br><br> Safety – On the safety and security front, the Ram 1500 offers more than 30 active and passive safety features, including standard front and rear side-curtain air bags with Enhanced Accident Response System, side seat airbags, knee bolsters, seat-belt pre-tensioners, Anti-lock Brake System, BeltAlert® System, and Electronic Stability Control; and available adjustable pedals, ParkSense® Rear Park Assist and ParkView® Rear Back-up Camera. | September 1, 2011 Press Release |
| Dodge Ram 2500 | 2010 | Superior touch and tech – It's balanced by technology that includes advanced multistage air bags <br><br> Air bags – Advanced multistage front and supplemental side-curtain. | Dodge Ram 2500/3500 2010 Vehicle Brochure |

| FCA | | | |
|---|---|---|---|
| **Make** | **Model Year** | **Representation re: Class Vehicle Safety** | **Source** |
| Dodge Ram 2500 | 2011 | Air Bags — Multistage front, Supplemental side-curtain. | Dodge Ram 2500/3500 2011 Vehicle Brochure |
| Dodge Ram 2500 | 2012 | *Ram HD Lineup is More Efficient With New Six-speed Automatic Transmission*<br><br>Ram employs a two-fold approach to safety: passive safety features, including pretensioning and load-limiting seat belt retractors and active safety features, including responsive steering, handling and braking.<br><br>Advanced multi-stage air bags: Use low-risk deployment air bags for the front passenger. | September 1, 2011 Press Release |
| Dodge Ram 3500 | 2010 | Superior touch and tech – It's balanced by technology that includes advanced multistage air bags<br><br>Air bags – Advanced multistage front and supplemental side-curtain. | Dodge Ram 2500/3500 2010 Vehicle Brochure |
| Dodge Ram 3500 | 2011 | Air Bags — Multistage front, Supplemental side-curtain. | Dodge Ram 2500/3500 2011 Vehicle Brochure |

FCA Class Vehicle Safety Advertisements

| FCA | | | |
|---|---|---|---|
| **Make** | **Model Year** | **Representation re: Class Vehicle Safety** | **Source** |
| Dodge Ram 3500 | 2012 | *Ram HD Lineup is More Efficient With New Six-speed Automatic Transmission*<br><br>Ram employs a two-fold approach to safety: passive safety features, including pretensioning and load-limiting seat belt retractors and active safety features, including responsive steering, handling and braking.<br><br>Advanced multi-stage air bags: Use low-risk deployment air bags for the front passenger. | September 1, 2011 Press Release |
| Dodge Ram 4500 | 2011 | Cab equipment:<br><br>Driver/front-passenger multistage air bags. | Dodge Ram 3500/4500/5500 2011 Vehicle Brochure |
| Dodge Ram 4500 | 2012 | Ram Interior Features:<br><br>Standard side-curtain air bags on pickups. | Dodge Ram 2012 Commercial Vehicle Brochure |
| Dodge Ram 5500 | 2011 | Cab equipment:<br><br>Driver/front-passenger multistage air bags. | Dodge Ram 3500/4500/5500 2011 Vehicle Brochure |
| Dodge Ram 5500 | 2012 | Ram Interior Features:<br><br>Standard side-curtain air bags on pickups. | Dodge Ram 2012 Commercial Vehicle Brochure |

| FCA | | | |
|---|---|---|---|
| **Make** | **Model Year** | **Representation re: Class Vehicle Safety** | **Source** |
| Fiat 500 | 2012 | Wrapped in the comfort of safety.<br><br>The FIAT® 500 comes with a sophisticated system of seven air bags to help protect passengers in the event of a collision. In the front seating positions, this includes advanced, multi-stage front air bags, seat-mounted side air bags for added thorax and pelvic protection, and a driver's knee air bag. In addition, two side-curtain air bags help provide head protection in side impacts for both front and rear seats. | Fiat 500 2012 Vehicle Brochure |
| Fiat 500 | 2012 | *New 2012 Fiat 500 – SAFETY*<br><br>"At Fiat, safety has always been a priority, and this objective has enabled the Fiat 500 to be recognized by international safety organizations for achieving new levels of crashworthiness for an A-segment car," said Laura Soave, Head of Fiat Brand North America.<br><br>Seven standard air bags and reactive head restraints – The new 2012 Fiat 500 features an all-new air bag system to offer unique protection for its passengers to meet all U.S. regulatory requirements. Its seven standard air bags include: driver and front-passenger advanced multi-stage air bags, driver's knee air bag, full-length side-curtain air bags and standard seat-mounted side pelvic-thorax air bags, all to offer enhanced occupant protection to all occupants in the event of a collision. | February 23, 2011 Press Release |

| FCA | | | |
|---|---|---|---|
| **Make** | **Model Year** | **Representation re: Class Vehicle Safety** | **Source** |
| Fiat 500 | 2013 | How do we achieve peace of mind behind the wheel of 500e? Let us count some of the more than 35 standard and available ways. Starting with seven air bags, active head restraints and advanced Electronic Stability Control1 (ESC) that integrates brake and traction control systems, the list of confidence-building reasons continues. | Fiat 500 2013 Vehicle Brochure |
| Fiat 500 | 2013 | 500 Times Technology, 500 Times Safety<br><br>A Host Of Safety Features. Seven, To Be Exact<br><br>Seven airbags on all trim levels: dual stage front airbags, side bags, window bags and knee bag.<br><br>500 is the only car in its category to offer so much safety.<br><br>7 airbags for all around protection. | Fiat Webpage available on April 1, 2015<br><br>Available at: http://www.fiat.com/com/500/technology-safety (last visited May 18, 2020) |

| FCA | | | |
|---|---|---|---|
| **Make** | **Model Year** | **Representation re: Class Vehicle Safety** | **Source** |
| Fiat 500 | 2014 | Halo of security – While the FIAT 500L canopy is designed to afford driver and passengers a more expansive and informed view, its structure and innovative design also build in security features that envelop its precious cargo with a degree of protection that most only imagine for the largest of vehicles. They say there's safety in numbers, and 500L can count over 40 available safety and security features, just some of which are listed here: seven standard airbags<br><br>A host of safety and security features starting with seven air bags<br><br>It's good to know that an extra dose of horsepower is met with an extra measure of safety and security . . . seven standard airbags<br><br>7 Air Bags The FIAT® 500 comes with a sophisticated system of seven air bags to help protect passengers in the event of a collision. In the front seating positions, this includes advanced, multistage front air bags, front-seat side air bags for added thorax and pelvic protection and a driver's knee blocker air bag. In addition, two side-curtain air bags help provide head protection in side impacts for both front and rear passengers. | Fiat 500 2014 Vehicle Brochure |

| FCA | | | |
|---|---|---|---|
| **Make** | **Model Year** | **Representation re: Class Vehicle Safety** | **Source** |
| Fiat 500 | 2015 | If there is one thing that FIAT ® is big on, it's safety and security. We place a huge emphasis on developing technologies that create that feeling of security that makes getting behind the wheel as comfortable for our drivers as the seats they sit in. Like: Seven air bags.<br><br>How do we achieve peace of mind behind the wheel of 500e? Let us count some of the more than 40 standard and available ways. Starting with seven air bags…<br><br>7 Air Bags The FIAT® 500 comes with a sophisticated system of seven air bags to help protect passengers in the event of a collision. In the front seating positions, this includes advanced, multistage front air bags, front-seat side air bags for added thorax and pelvic protection, and a driver's knee blocker air bag. In addition, two side-curtain air bags help provide head protection in side impacts for both front and rear passengers. | Fiat 500 2015 Vehicle Brochure |

FCA Class Vehicle Safety Advertisements

| FCA | | | |
|---|---|---|---|
| **Make** | **Model Year** | **Representation re: Class Vehicle Safety** | **Source** |
| Fiat 500 | 2016 | Safety and Security-7 Standard airbags<br><br>A Comprehensive 7-Air Bag System<br><br>Taking its cue from the rich and famous who travel with an entourage of formidable bodyguards, the comprehensive FIAT Air Bag System surrounds the driver and passengers with a sophisticated security detail. In the front seating positions, this includes advanced, multistage front air bags, front-seat side air bags for added thorax and pelvic protection, and a driver's knee blocker air bag. In addition, two side-curtain air bags help provide head protection in side impacts for both front and rear passengers. In all, that's an extensive system of seven standard air bags on every FIAT vehicle. | Fiat 500 2016 Vehicle Brochure |
| Fiat 500 | 2017 | 60° Air Bags – This is a sophisticated system of seven air bags in all, including two advanced, multistage front air bags, two front-seat side air bags, a driver's knee blocker air bag and two side-curtain air bags.<br><br>Confidence-Builders – 500e boasts a steel safety frame, seven air bags, advanced Electronic Stability Control (ESC), hands-free communication, crumple zones, remote keyless entry and more.<br><br>Be Reassured – Seven standard air bags. | Fiat 500 2017 Vehicle Brochure |

FCA Class Vehicle Safety Advertisements

| FCA | | | |
|---|---|---|---|
| **Make** | **Model Year** | **Representation re: Class Vehicle Safety** | **Source** |
| Fiat 500 | 2018 | Surroundings designed to reassure – 7 standard airbags<br><br>7 Standard Air Bags – Front, rear, side, knee and advanced multistage air bags all work together, providing encompassing protection. | Fiat 500 2018 Vehicle Brochure |
| Fiat 500 | 2019 | Stress-free zones –  7 Standard Air Bags<br><br>Front-seat-mounted side, front and rear side, driver knee and advanced multistage front air bags all work together, providing protection. | Fiat 500 2019 Vehicle Brochure |
| Jeep Compass | 2010 | Air of confidence – Jeep® Compass received the highest marks — Five Stars — during side crash tests held by the U.S. Department of Transportation's SaferCar.gov program. This means you can head out with confidence, knowing you're outfitted with a comprehensive set of safety and security features. The standard air bag system includes supplemental side-curtain air bags for outboard occupants plus advanced multistage driver and front-passenger air bags. | Jeep Compass 2010 Vehicle Brochure |
| Jeep Compass | 2011 | Ready, willing, and all-weather capable: Front-Passenger Air Bags, Side-Curtain Air Bags<br><br>Air of confidence – The standard air bag system includes supplemental side-curtain air bags for outboard occupants plus advanced multistage driver and front-passenger air bags. Front-seat active head restraints move forward and upward in the event of a rear-end collision, decreasing the space between the head restraint and occupant's head, thus helping to reduce the chance of injury. | Jeep Compass 2011 Vehicle Brochure |

FCA Class Vehicle Safety Advertisements

| FCA | | | |
|---|---|---|---|
| **Make** | **Model Year** | **Representation re: Class Vehicle Safety** | **Source** |
| Jeep Compass | 2011 | *Sophisticated New Styling, Unsurpassed Capability and Fuel Economy and Loads of Standard Features*<br><br>2011 Jeep Compass features more than 30 safety and security features, including standard electronic stability control, electronic roll mitigation, Hill-start Assist and side-curtain air bags that cover all rows. | June 23, 2011 Press Release |
| Jeep Compass | 2012 | Peace of mind takes you far. Head out with confidence, knowing that a robust set of more than 30 available safety and security features are in place, keeping watch on the trail and on the road.<br><br>Advanced multistage front and side curtain air bags. These air bags provide nearly instantaneous occupant protection by matching air bag output to crash severity. | Jeep Compass 2012 Vehicle Brochure |
| Jeep Compass | 2013 | Peace of mind goes far. Head out with confidence, knowing that a robust set of more than 30 available safety and security features are in place, keeping watch on the trail and on the road.<br><br>Advanced multistage front and side-curtain air bags. These air bags provide nearly instantaneous occupant protection by matching air bag output to crash severity. | Jeep Compass 2013 Vehicle Brochure |

FCA Class Vehicle Safety Advertisements

| FCA | | | |
|---|---|---|---|
| **Make** | **Model Year** | **Representation re: Class Vehicle Safety** | **Source** |
| Jeep Compass | 2014 | With more than 30 available safety and security features, it's safe to say Compass has your back.<br><br>Advanced multistage front and side-curtain air bags. These air bags provide nearly instantaneous occupant protection by matching air bag output to crash severity.<br><br>New standard supplemental front seat-mounted side air bags. Each side air bag has its own sensor to autonomously trigger the air bag on the side where the impact occurs. | Jeep Compass 2014 Vehicle Brochure |
| Jeep Compass | 2014 | Airbags — for protection from all sides<br><br>Coming equipped with six advanced, multi-stage driver and front-passenger airbags including new standard supplemental front seat-mounted side airbags . . . | Jeep Webpage available on February 7, 2014<br><br>Available at: http://www.jeep.com/en/2014/compass/safety-security/ (last visited May 18, 2020) |
| Jeep Compass | 2015 | More Than 30 Standard And Available Safety And Security Features Are Engineered To Give You Peace Of Mind<br><br>Advanced multistage front and side-curtain air bags: These air bags provide nearly instantaneous occupant protection by matching air bag output to crash severity. | Jeep Compass 2015 Vehicle Brochure |

FCA Class Vehicle Safety Advertisements

| FCA | | | |
|---|---|---|---|
| **Make** | **Model Year** | **Representation re: Class Vehicle Safety** | **Source** |
| Jeep Compass | 2016 | Peace of mind will take you far – Supplemental front-seat-mounted side air bags: Each side has its own sensor to autonomously trigger the air bags on the side where the impact occurs. Standard on all models.<br><br>Advanced multistage front and side-curtain air bags: Provide nearly instantaneous occupant protection by matching air bag output to crash severity. Standard on all models.<br><br>Advanced multistage driver and front passenger air bags. | Jeep Compass 2016 Vehicle Brochure |
| Jeep Compass | 2017 | Advanced multistage driver and front-passenger air bags<br>– Supplemental front and rear side-curtain air bags<br>– Supplemental front seat-mounted side air bag | Jeep Compass 2017 Vehicle Brochure |
| Jeep Compass | 2017 | *2017 Jeep Compass: An All-new Global Compact SUV Delivering Unsurpassed 4x4 Capability*<br><br>"Our all-new 2017 Jeep Compass enters an extremely important and growing segment worldwide, and does so with an unmatched list of attributes that includes … countless advanced technology and safety features, all wrapped in a premium, authentic Jeep design," said Mike Manley, Head of Jeep Brand – FCA Global. | February 24, 2017 |

FCA Class Vehicle Safety Advertisements

| FCA | | | |
|---|---|---|---|
| **Make** | **Model Year** | **Representation re: Class Vehicle Safety** | **Source** |
| Jeep Liberty | 2010 | Safety first – Jeep® Liberty has received the highest marks — Five Stars — during front and side crash tests conducted as part of the U.S. Department of Transportation's SaferCar.gov program. You can head out with confidence, knowing you're outfitted with a comprehensive set of safety and security features.<br><br>The air bag system includes side-curtain and advanced multistage driver and front-passenger air bags. | Jeep Liberty 2010 Vehicle Brochure |
| Jeep Liberty | 2010 | *2010 Jeep® Liberty Gives Owners Personal Freedom and Capability That Only Comes From Jeep*<br><br>Standard safety and security features include Supplemental Side-curtain Air Bags, Electronic Stability Control(ESC), Electronic-roll Mitigation (ERM) and Brake Assist, Anti-lock Brake System (ABS), Braketraction Control System (BTCS) and Tire-pressure Monitoring (TPM)<br><br>Product Chronology: Advanced multi-stage air bags.<br><br>Advanced multi-stage front driver and passenger air bags with Occupant-classification System (OCS) for front-passenger seat. | September 1, 2009 Press Release |

FCA Class Vehicle Safety Advertisements

| FCA | | | |
|---|---|---|---|
| **Make** | **Model Year** | **Representation re: Class Vehicle Safety** | **Source** |
| Jeep Liberty | 2011 | Liberty's got your front, your side, and your back. Head out with confidence, knowing that Liberty's robust set of safety and security systems can give you and your passengers peace of mind on the road and on the trail.<br><br>Liberty's air bag system is standard, and includes side-curtain and advanced multistage driver and front-passenger air bags with an Occupant Classification System (OCS) for added security. Also standard are supplemental side-curtain air bags with roll-sensing technology for the added safety of outboard occupants. | Jeep Liberty 2011 Vehicle Brochure |
| Jeep Liberty | 2011 | *2011 Jeep Liberty Remains True to Its Legendary 4x4 Heritage*<br><br>Inside, the Jeep Liberty Jet edition boasts a nine-speaker premium audio system; a standard security system that includes supplemental side-curtain air bags.<br><br>Product Chronology: Advanced multi-stage airbags. | June 23, 2011 Press Release |
| Jeep Liberty | 2012 | Head Out With Confidence, Knowing Liberty's Robust Set Of Safety And Security Systems Can Give You And Your Passengers Peace Of Mind On The Road And On The Trail.<br><br>Air bag systems. You and your passengers gain all-around security with Liberty's side-curtain and advanced multistage driver and front-passenger air bags. Supplemental side-curtain air bags with roll-sensing technology add to the safety of outboard occupants. An Occupant Classification System (OCS) provides additional peace of mind. Standard. | Jeep Liberty 2012 Vehicle Brochure |

FCA Class Vehicle Safety Advertisements

| FCA | | | |
|---|---|---|---|
| **Make** | **Model Year** | **Representation re: Class Vehicle Safety** | **Source** |
| Jeep Liberty | 2012 | *2012 Jeep® Liberty Delivers Legendary 4x4 Heritage and Value in Midsize SUV Segment*<br><br>Inside, the Jeep Liberty Limited Jet boasts a nine-speaker premium audio system; a standard security system that includes supplemental side-curtain air bags and Park Sense rear park assist . . . | September 1, 2011 Press Release |
| Jeep Patriot | 2010 | Air of confidence – Jeep® Patriot received the highest marks — Five Stars — during side crash tests performed as part of the U.S. Department of Transportation's SaferCar.gov program. This means you can head out with confidence, knowing you're outfitted with a comprehensive set of safety and security features. Patriot's air bag system includes a front and rear side-curtain and advanced multistage driver and front passenger air bags. | Jeep Patriot 2010 Vehicle Brochure |
| Jeep Patriot | 2010 | *2010 Jeep Patriot Delivers Best-in-class Capability*<br><br>Jeep® Patriot is a tremendous value, combining the packaging, safety features and interior flexibility of a sport-utility vehicle (SUV) with performance, handling, and 29-mpg highway fuel economy.<br><br>Excellent 29-mpg highway fuel economy, along with standard Electronic Stability Control (ESC), Brake-traction Control System (BTCS), ABS, side-curtain air bags, Electronic-roll Mitigation (ERM) and Brake Assist. | September 1, 2009 |
| Jeep Patriot | 2011 | All-around protection: Patriot's air bag systems include front and rear side-curtain and advanced multistage driver and front-passenger air bags. | Jeep Patriot 2011 Vehicle Brochure |

1992535.2

FCA Class Vehicle Safety Advertisements

| FCA | | | |
|---|---|---|---|
| **Make** | **Model Year** | **Representation re: Class Vehicle Safety** | **Source** |
| Jeep Patriot | 2011 | *Press Kit: 2011 Jeep Patriot: Aggressive New Styling, Segment-leading Capability and Unsurpassed 4x4 Fuel Economy*<br><br>Many standard safety features, such as side-curtain air bags and electronic stability program (ESC), add to Jeep Patriot's tremendous value. | June 23, 2011 Press Release |
| Jeep Patriot | 2012 | Advanced multi stage front and side curtain air bags. These air bags provide nearly instantaneous occupant protection by matching air bag output to crash severity. Standard.<br><br>Standard advanced multistage front and side-curtain air bags and available supplemental side air bags help protect your most important cargo. These systems all work together to help keep you moving safely forward in all types of weather. | Jeep Patriot 2012 Vehicle Brochure |
| Jeep Patriot | 2012 | *2012 Jeep Patriot: Best-in-Class 4x4 fuel economy, Segment-leading 4 x 4 Capability and the Most Affordable SUV in America*<br><br>2012 Jeep Patriot features more than 30 safety and security features, including standard electronic stability control, electronic roll mitigation, Hill-start Assist and side-curtain air bags that cover all rows.<br><br>Many standard safety features, such as all-row side-curtain air bags and electronic stability control (ESC), add to Jeep Patriot's tremendous value. | September 1, 2011 Press Release |

| FCA | | | |
|---|---|---|---|
| **Make** | **Model Year** | **Representation re: Class Vehicle Safety** | **Source** |
| Jeep Patriot | 2013 | Peace of mind takes you far. Head out with confidence, knowing that a robust set of more than 30 available safety and security features are in place, keeping watch on the trail and on the road.<br><br>Advanced multistage front and side-curtain air bags. These air bags provide nearly instantaneous occupant protection by matching air bag output to crash severity. | Jeep Patriot 2013 Vehicle Brochure |
| Jeep Patriot | 2014 | With more than 30 available safety and security features, Patriot has your back.<br><br>New standard supplemental front seat- mounted side air bags. Each side air bag has its own sensor to autonomously trigger the air bag on the side where the impact occurs. Advanced multistage front and side-curtain air bags. These air bags provide nearly instantaneous occupant protection by matching air bag output to crash severity.<br><br>With more than 30 safety and security features available, it's easy to see why the Insurance Institute for Highway Safety (IIHS) named Patriot a 2013 Top Safety Pick. | Jeep Patriot 2014 Vehicle Brochure |

| FCA | | | |
|---|---|---|---|
| **Make** | **Model Year** | **Representation re: Class Vehicle Safety** | **Source** |
| Jeep Patriot | 2014 | *2014 Jeep Patriot: Benchmark Compact-SUV Capability with Improved Ride and Handling, Courtesy of a New Powertrain*<br><br>New standard front seat-mounted side air bags give the Jeep Patriot more than 30 safety and security features.<br><br>Packed with standard features that provide value and convenience for drivers and passengers, the 2014 Jeep Patriot standard features include: front seat-mounted side air bags. | January 14, 2013 Press Release |
| Jeep Patriot | 2015 | More than 30 standard and available safety and security features are engineered to give you peace of mind.<br><br>Standard Supplemental Front-Seat Mounted Side Air Bags - Each side air bag has its own sensor to autonomously trigger the air bag on the side where the impact occurs.<br><br>Advanced Multistage Front And Side-Curtain Air Bags – These air bags provide nearly instantaneous occupant protection by matching air bag output to crash severity. | Jeep Patriot 2015 Vehicle Brochure |

| FCA | | | |
|---|---|---|---|
| **Make** | **Model Year** | **Representation re: Class Vehicle Safety** | **Source** |
| Jeep Patriot | 2016 | Engineered to give you peace of mind. Supplemental Front Seat-Mounted Side Air Bags: Each side has its own sensor to autonomously trigger the air bag on the side where an impact might occur. Standard on all models.<br><br>Advanced Multistage Front And Side-Curtain Air Bags: Provide nearly instantaneous occupant protection by matching air bag output to crash severity. Standard on all models. | Jeep Patriot 2016 Vehicle Brochure |
| Jeep Patriot | 2017 | Advanced multistage driver and front-passenger air bags, Supplemental front and rear side-curtain air bags, Supplemental front-seat-mounted side air bags. | Jeep Patriot 2017 Vehicle Brochure |
| Jeep Wrangler | 2010 | Far reaching safety and security. Highest government crash test rating...Jeep® Wrangler and Wrangler Unlimited received the highest marks — five stars — during driver and front-passenger crash tests held by the U.S. Department of Transportation's SaferCar.gov program. Advanced multistage front air bags and available seat mounted supplemental side air bags provide nearly instantaneous occupant protection. | Jeep Wrangler 2010 Vehicle Brochure |

FCA Class Vehicle Safety Advertisements

| FCA | | | |
|---|---|---|---|
| **Make** | **Model Year** | **Representation re: Class Vehicle Safety** | **Source** |
| Jeep Wrangler | 2011 | Wrangler's got your back, your sides, as well as your front end. Just as Wranglers are purpose-built for fun, they're also infused with advanced active and passive systems designed to help keep you safe and secure. At the forefront are the standard advanced multistage front air bags. Choose the supplemental front seat-mounted side air bags for additional safety measures that are there when you need them. These deploy from the outboard side of each front seat, enhancing protection for the driver and front passenger in certain impacts.<br><br>Advanced multistage front air bags. These air bags provide nearly instantaneous occupant protection by matching air bag output to crash severity. | Jeep Wrangler 2011 Vehicle Brochure |
| Jeep Wrangler | 2012 | Advanced multistage front air bags. These air bags provide nearly instantaneous occupant protection by matching air bag output to crash severity.<br><br>Guardian hero. Peace of mind takes you and yours far. The 2012 Jeep® Wrangler is engineered to perform heroically in all driving conditions. You'll feel the strength of its reinforced structure, sheltered within an environment that serves you well. Go boldly forth, empowered with the inspired confidence a legendary Jeep Wrangler offers. | Jeep Wrangler 2012 Vehicle Brochure |
| Jeep Wrangler | 2013 | Prepared for nearly anything – Advanced multistage front air bags. These standard air bags provide nearly instantaneous occupant protection by matching air bag output to crash severity. Standard. | Jeep Wrangler 2013 Vehicle Brochure |

FCA Class Vehicle Safety Advertisements

| FCA | | | |
|---|---|---|---|
| **Make** | **Model Year** | **Representation re: Class Vehicle Safety** | **Source** |
| Jeep Wrangler | 2014 | Advanced multistage front air bags. These standard air bags provide nearly instantaneous occupant protection by matching air bag output to crash severity. Standard. | Jeep Wrangler 2014 Vehicle Brochure |
| Jeep Wrangler ` | 2015 | All road leads to peace of mind.<br><br>Advanced Multistage Front Air Bags – These standard air bags provide nearly instantaneous occupant protection by matching air bag output to crash severity. Standard. | Jeep Wrangler 2015 Vehicle Brochure |
| Jeep Wrangler | 2016 | Courageous. Advanced multistage front air bags provide nearly instantaneous occupant protection. Standard. Supplemental front seat-mounted air bags deploy from the outboard side of each front seat. Available.<br><br>Peace of mind takes you far. Advanced multistage front air bags: Provide nearly instantaneous occupant protection by matching air bag output to crash severity. Standard. | Jeep Wrangler 2016 Vehicle Brochure |
| Jeep Wrangler | 2017 | Advanced Multistage Front Air Bags – These standard air bags provide nearly instantaneous occupant protection by matching air bag output to crash severity. Standard. | Jeep Wrangler 2017 Vehicle Brochure |
| Jeep Wrangler | 2018 | Advanced Multistage Front Air Bags – When a crash is detected, these air bags deploy nearly instantaneously, providing occupant protection that's matched to crash severity. Active vents exhaust air bags at appropriate rates, depending on impact. Standard. | Jeep Wrangler 2018 Vehicle Brochure |