# EXHIBIT 11

Toyota ODI Complaints

| ODI No. | Make | Model | Year | Failure Date | Complaint Date | Full Text |
|---|---|---|---|---|---|---|
| 10465299 | TOYOTA | COROLLA | 2012 | 06/15/12 | 07/11/12 | THE DRIVER FELL ASLEEP AT THE WHEEL, AWOKE AND TRIED TO CORRECT HIS LANE POSITION. UPON HIS ATTEMPT, THE CAR COULD NOT BE STABILIZED OR CONTROLLED. THIS WAS A FRONT END CRASH AT A SPEED OF APPROXIMATELY 50 - 55 MPH GOING THROUGH A CHAIN LINK FENCE, HITTING HUNDREDS OF STACKED LOBSTER CRATES (LIKE HITTING A BRICK WALL). THE CAR WAS COMPLETELY TOTALED, THE DRIVER HAD SEAT BELT ON. NOT ONE AIR BAG DEPLOYED. THE DRIVER SIDE MIRROR SMASHED THROUGH THE DRIVER SIDE WINDOW AND A PIECE OF WOODEN LOBSTER CRATE WITH NAILS CAME THROUGH THE FRONT WINDSHIELD AND INTO THE VEHICLE. THIS CAUSED SERIOUS INJURY TO THE DRIVER, SEVER FACIAL AND ELBOW LACERATIONS, AND MAJOR AMOUNTS OF GLASS FRAGMENTS IN HIS BODY. THE DRIVER WAS THE ONLY INDIVIDUAL IN THE VEHICLE. *TR |
| 10483711 | TOYOTA | TACOMA | 2012 | 10/31/12 | 11/08/12 | TL* THE CONTACT OWNS A 2012 TOYOTA TACOMA. THE CONTACT STATED THAT WHILE DRIVING 40 MPH, HE CRASHED INTO A TREE AND THE AIR BAGS FAILED TO DEPLOY. THE CONTACT STATED THAT THE VEHICLE WAS DESTROYED BUT THERE WERE NO INJURIES. THE VEHICLE WAS TOWED TO A BODY SHOP. THE CAUSE OF THE FAILURE WAS UNKNOWN. THE MANUFACTURER WAS NOT NOTIFIED. THE FAILURE MILEAGE WAS 20,000. |
| 10493277 | TOYOTA | COROLLA | 2011 | 01/08/13 | 01/17/13 | I WAS HIT BY A BIG RIG TRAVELING AT APPROXIMATELY 20MPH WHILE STOPPED ON THE HIGHWAY, THE BIG RIGS IMPACT FORCED ME INTO THE BACK OF AN F150XL, CAUSING SIGNIFCANT DAMAGE TO THE FRONT AND REAR OF THE VEHICLE. THE AIR BAGS DID NOT DEPLOY. *TR |
| 10501008 | TOYOTA | COROLLA | 2012 | 02/20/13 | 03/02/13 | I BELIEVE THERE IS A SERIOUS SAFETY ISSUE RELATED TO THE PLACEMENT OF THE AIR BAG SENSOR. MY WIFE AND A CO-WORKERS WIFE WERE INVOLVED IN AN ACCIDENT THAT SEVERELY DEFORMED THE FRONT OF A 2012 TOYOTA COROLLA WITHOUT TRIGGERING THE AIRBAG SENSOR. UPON INSPECTION, IT APPEARS THAT THE PORTION OF THE CAR THAT THE AIRBAG SENSOR IS ATTACHED TO, MOVED OVER A FOOT AND A HALF WITHOUT TRIGGERING THE AIR BAG SENSOR. AS A FORMER ASE MASTER TECHNICIAN AND TECHNICAL EXPERT FOR THE BETTER BUSINESS BUREAU, THIS MAY BE A SERIOUS DESIGN FLAW THAT COULD ENDANGER THE HEALTH AND SAFETY OF OTHER 2012 COROLLA OWNERS. I FILE A COMPLAINT WITH TOYOTA USA AND I AM WAITING FOR THEIR RESPONSE. *TR |
| 10521864 | TOYOTA | TACOMA | 2012 | 06/05/13 | 06/26/13 | DRIVER SIDE AIRBAG NOT DEPLOY WHEN TRUCK HIT TELEPHONE POLE TRUCK TOTALED. *TR |
| 10543498 | TOYOTA | COROLLA | 2013 | 09/06/13 | 09/13/13 | I REAR ENDED A A CHEVY TAHOE, AT AOUND 20-35 MPH, THE VEHICLE RECEIVED HEAVY DAMAGE IN THE FRONT OF THE VEHICLE. THE VEHICLE WAS DECLARED TOTAL LOSS. I THE DRIVER RECEIVED A CONCUSSION. MY FACED MANAGE TO HIT THE STEERING WHEEL, THE AIR BAGS FROM THIS VEHICLE DID NOT DEPLOY. *TR |
| 10555956 | TOYOTA | COROLLA | 2012 | 12/03/13 | 12/13/13 | TL* THE CONTACT OWNS A 2012 TOYOTA COROLLA. THE CONTACT WAS DRIVING APPROXIMATELY 25 MPH AND LOST CONTROL OF THE VEHICLE, CRASHING INTO ANOTHER VEHICLE. THE FRONT DRIVER'S SIDE AIR BAG DID NOT DEPLOY. THERE WAS A POLICE REPORT FILED OF THE INCIDENT BUT NO INJURIES WERE REPORTED. THE VEHICLE WAS TOWED TO A COLLISION SHOP AND BUT HAD NOT YET BEEN DIAGNOSE OR REPAIRED. THE MANUFACTURER WAS NOT MADE AWARE OF THE PROBLEM. THE APPROXIMATE FAILURE MILEAGE WAS 16,400. |
| 10560726 | TOYOTA | COROLLA | 2013 | 01/14/14 | 01/20/14 | I INVOLVED IN A CAR ACCIDENT IN JANUARY 14 /2014 WITH A TOYOTA COROLLA 2013 LE. THE IMPACT WAS DAMAGED ALL FRONT OF THE CAR (IN BOTH SIDE) UNTIL THE ENGINE, THE VEHICLE HAS MULTIPLE AIR BAG ON IT, NONE OF THEM DEPLOYED DURING THAT TOTAL LOSS. *TR |

Exhibit 11 - Page 1

| ODI No. | Make | Model | Year | Failure Date | Complaint Date | Full Text |
|---|---|---|---|---|---|---|
| 10568515 | TOYOTA | COROLLA | 2013 | 11/23/12 | 03/11/14 | TL* THE CONTACT OWNS A 2013 TOYOTA COROLLA. THE CONTACT STATED THAT WHILE DRIVING APPROXIMATELY 15 MPH, ANOTHER VEHICLE CRASHED INTO THE FRONT DRIVER'S SIDE OF THE CONTACT'S VEHICLE. THE AIR BAGS FAILED TO DEPLOY. THE CONTACT SUSTAINED HEAD INJURIES AND THE PASSENGER SUSTAINED A HEMATOMA FROM INJURIES CAUSED BY THE SAFETY BELT. A POLICE REPORT WAS FILED OF THE INCIDENT. THE VEHICLE WAS TOWED TO A REPAIR SHOP BUT THE CAUSE OF THE FAILURE WAS NOT DETERMINED. THE VEHICLE WAS DESTROYED. THE APPROXIMATE FAILURE MILEAGE WAS 1000.  *TR |
| 10572518 | TOYOTA | TUNDRA | 2012 | 12/24/12 | 03/15/14 | ON 12/24/2012 AROUND 04:00HRS I STRUCK AN ADULT MOOSE IN BEAR LAKE, CANADA WITH THE FRONT END OF MY WIFE'S 2012 TOYOTA TUNDRA CREWMAX ON THE BRITISH COLUMBIA HIGHWAY.  THE CONDITION OF THE ROAD WAS SNOW AND ICE BUT WE HAD RECENTLY PURCHASED AFTERMARKET RIMS AND TIRES ON 12/18/2012 IN CALIFORNIA; 18IN MB VOTEX RIMS WITH BFG ALL TERRAIN TIRES.  THE TRACTION OF THESE TIRES BOOSTED MY CONFIDENCE IN TRAVELING AT SPEEDS OF 30-40MPH AT NIGHT. WE HAD TRAVELED ALL THE WAY FROM GEORGIA WITHOUT SEEING ANY ANIMALS AT NIGHT.  THE HID HEAD LAMPS GAVE ME A FALSE SENSE OF SECURITY NAVIGATING THROUGH THE NIGHT IN ORDER TO MAKE THE FINAL LEG TO ANCHORAGE, AK FOR CHRISTMAS DAY.  TO MY SURPRISE, A MOOSE TIPTOED FROM THE WOODS ON MY RIGHT ABOUT 20 FEET AHEAD OF ME AS I INTENDED TO PRESS ON PASS IT.  BUT ALL OF A SUDDEN IT GOT SPOOKED AND DARTED INTO MY PATH.  I STRUCK THE ANIMAL BROAD SIDE WITH THE FRONT END OF THE TRUCK KNOCKING IT INTO THE ENGINE BAY.  INITIALLY I THOUGHT THE CONTACT WAS NOT SEVERE  BUT INSPECTION PROVED OTHERWISE.  THE HOOD WAS CRUMPLED UP UNTO THE WINDSHIELD, AND THE RADIATOR AND MOTOR WAS PUSHED SO FAR BACK THAT IT WAS NO LONGER DRIVABLE.  I BELIEVE MY SPEED WAS AROUND 30MPH UPON IMPACT WHICH SURPRISED ME THAT THE ANIMAL WAS DEAD.  THE TRUCK WAS TOWED TO A LOCAL BODY SHOP FOR AN INSURANCE ESTIMATE AS A TOTAL LOSS.  I WAS CONCERNED AS TO WHY THE AIRBAGS DID NOT DEPLOY SINCE THE DAMAGES WAS SO GREAT.  THE TECH EXPLAINED THAT THE SENSORS FOR THE AIRBAGS ARE LOCATED BEHIND THE BUMPER OF THE TRUCK WHERE IMPACT WAS MINIMAL.  BECAUSE THE CONTACT TO THE MOOSE KNOCKED HIM OFF HIS LEGS THE LARGE BODY FELL INTO THE ENGINE COMPARTMENT AND COULD HAVE BEEN FATAL HAD IT A FULL RACK OF ANTLERS.  THANK GOD HE DID NOT!  THOUGH WE HAVE PURCHASED A 2013 REPLACEMENT OF THE SAME TRUCK, THE AIRBAGS NOT DEPLOYING IS STILL A CONCERN AS A DESIGN FLAW AND NEED TO BE ADDRESSED.  *TR |
| 10573606 | TOYOTA | AVALON HYBRID | 2013 | 03/16/14 | 03/19/14 | ON SUNDAY, MARCH 16, 2014, AT APPROXIMATELY 12:50PM, NORTHBOUND TRAFFIC ON LAKE SHORE DRIVE WAS BROUGHT TO A HALT BY FOUR POLICE VEHICLES THAT SPREAD ACROSS THE FOUR NORTHBOUND LANES.  THE POLICE VEHICLES WERE PARKED, ONE IN EACH LANE.  THE OFFICERS HAD CREATED A ROAD BLOCK.  MY CAR WAS IN THE FAR EAST LANE IMMEDIATELY BEHIND A PARKED POLICE VEHICLE.  I PLACED MY VEHICLE IN PARK, BUT KEPT THE ENGINE RUNNING.  MINUTES LATER, A BLACK CHRYSLER SEDAN DRIVING AT A HIGH SPEED (ESTIMATED AT 55-100MPH PER POLICE REPORTS) WAS BEING PURSUED BY THE POLICE IN A HIGH SPEED CHASE.  THE BLACK CHRYSLER APPROACHED MY STATIONARY VEHICLE FROM THE REAR WITH NO SIGNS OF SLOWING DOWN.  I TOLD MY FAMILY WE WERE ABOUT TO BE HIT AND SOON AFTER WE FELT THE IMPACTS FIRST FROM THE BLACK SEDAN HITTING US FROM BEHIND AND THEN FROM THE FRONT WHEN MY CAR WAS PUSHED INTO THE PARKED POLICE VEHICLE AHEAD OF US.  MY HEAD HIT THE STEERING WHEEL CAUSING AN ABRASION AND BLEEDING.  NONE OF THE AIRBAGS DEPLOYED DESPITE A HIGH SPEED IMPACT FROM THE REAR AND A SECONDARY IMPACT IN THE FRONT.  *TR |

Exhibit 11 - Page 2

| ODI No. | Make | Model | Year | Failure Date | Complaint Date | Full Text |
|---|---|---|---|---|---|---|
| 10587263 | TOYOTA | COROLLA | 2011 | 04/02/14 | 05/08/14 | I REAR ENDED A TRUCK FULL BUMPER TO FULL BUMPER COLLISION GOING ABOUT 25-30MPH. MY ENTIRE FRONT END WAS CRUSHED, RADIATOR AND TRANSMISSION BUSTED, AND FRONT BUMPER PULLED OFF, AND INSIDE CAR UNDER STEERING WHEEL HAD BEEN SLIGHTLY PUSHED OUT TOWARDS DRIVER SEAT. MY CAR WAS TOTALED. I BUSTED THE WINDSHIELD WITH MY HEAD WHEN I HIT IT GIVING ME A CONCUSSION AND HAD CONTUSIONS TO MY CHEST FROM HITTING STEERING WHEEL, AND CONTUSION AND SPRAIN TO MY RIGHT HAND. NO ONE INCLUDING POLICE, FIREMEN, AMBULANCE, AND WRECKING YARD COULD BELIEVE MY AIR BAGS DID NOT DEPLOY. MY HUSBAND AND I CONTACTED TOYOTA ABOUT THIS AND THEY ASSURED ME IT SHOULD NOT HAVE DEPLOYED AND SENT ME AN EMAIL LINK TO READ DESCRIBING WHEN AIR BAGS SHOULD DEPLOY. WHEN I CALLED BACK AFTER READING THE EMAIL AND TOLD THE MAN WHAT THE EMAIL SAID AND THAT MY AIR BAG SHOULD HAVE DEPLOYED HE CALLED ME A LIAR, AND SAID THAT WAS NOT WHAT THE EMAIL SAID. MY HUSBAND THEN CALLED AND REQUESTED INFORMATION FROM EDR BE DOWNLOADED AND READ. TOYOTA NEVER RETURNED OUR PHONE CALL AND NEVER RETRIEVED INFORMATION FROM EDR, AND NOW INSURANCE HAS TAKEN POSSESSION OF THE VEHICLE AND IT IS GONE. A MONTH LATER WE STILL HAVE NEVER RECEIVED A RETURN PHONE CALL OR EXPLANATION FROM TOYOTA.  *TR |
| 10595402 | TOYOTA | COROLLA | 2013 | 05/29/14 | 06/01/14 | MY VEHICLE WAS AT FULL STOP AT THE TRAFFIC LIGHT WAITING FOR GREEN LIGHT.  SUDDENLY A VEHICLE HITTING ME FROM BEHIND AND CAUSING ME TO HIT ANOTHER CAR IN FRONT.  A TOTAL OF 3 VEHICLES INVOLVED IN THIS ACCIDENT AND MY VEHICLE WAS IN THE MIDDLE.  THE IMPACT WAS SO SEVERE RESULTING IN (1) NEAR TOTAL LOSS BOTH FRONT AND REAR OF MY VEHICLE; AND (2) BODILY INJURES.  AS A RESULT OF THIS SEVERE IMPACT, THIS VEHICLE IS NOT LONGER ABLE TO DRIVE AND WAS TOLLED BY A TOLL TRUCK.   MOREOVER, NONE OF THE AIRBAGS IN THIS VEHICLE (2013 COROLLA) WERE DEPLOYED AS A RESULT FROM THIS SEVERE ACCIDENT.   THIS VEHICLE WAS PURCHASED BRAND NEW WITHIN THE PAST 6-MONTH FROM A LOCAL DEALERSHIP.  *TR |
| 10619297 | TOYOTA | COROLLA | 2013 | 07/30/14 | 08/06/14 | ON WEDNESDAY, JULY 30, 2014 I WAS DRIVING ON I-5 SOUTH BOUND, JUST BEFORE CANNON ROAD EXIT. TRAFFIC WAS GOING AT 35-40 MPH, HOWEVER, AT TIMES COMING TO COMPLETE STOPS. TRAFFIC WAS VERY SLOW AHEAD SO I BRAKE AND CAME NEAR A COMPLETE STOP. I LOOKED IN THE REARVIEW MIRROR AND NOTICED THE CAR BEHIND ME APPROACHING AT A VERY HIGH SPEED, I WAS CONSTRAINED ON BOTH SIDES AND UNABLE TO MOVE TO AVOID AN ACCIDENT. THE CAR REAR-ENDED ME AT A HIGH SPEED AND WITHIN SECONDS PUSHED ME AT A HIGH SPEED INTO THE CAR IN FRONT OF ME, I DID BRACE FOR THE IMPACT BUT THE SEATBELT NEVER TENSIONED OR LOCKED AND NO AIRBAGS DEPLOYED IN MY VEHICLE EVEN THOUGH MY FRONT END WAS IMPACTED SEVERELY. I PUT MY ARMS UP AND TWISTED MY BODY TO THE LEFT IN ORDER TO PROTECT MYSELF. I USED MY OWN BODY AS A PROTECTION. I AM CURRENTLY BEING TREATED FOR WHIPLASH AND SHOULDER PAIN DUE TO NO ACTIVE OR PASSIVE SYSTEM IN THE CAR BEING DEPLOYED.  I CONSIDER THIS A VERY SERIOUS SAFETY CONCERN AND WANT TO ENSURE IT IS ADDRESSED AS SOON AS POSSIBLE TO PREVENT OTHERS FROM HAVING TO GO THROUGH AN ACCIDENT WITH NO ACTIVE OR PASSIVE RESTRAINTS WORKING.   *TR..UPDATED 12/09/15 *BF   UPDATED 08/28/2017*CT |

Exhibit 11 - Page 3

| ODI No. | Make | Model | Year | Failure Date | Complaint Date | Full Text |
|---|---|---|---|---|---|---|
| 10627178 | TOYOTA | AVALON HYBRID | 2013 | 08/07/14 | 08/21/14 | TL* THE CONTACT OWNED A 2013 TOYOTA AVALON HYBRID. THE CONTACT'S VEHICLE WAS STRUCK BY A DRUNK DRIVER, WHICH CAUSED THE CONTACT TO CRASH THE VEHICLE INTO AN EMBANKMENT. THE VEHICLE ROLLED OVER SEVERAL TIMES. THE AIR BAGS FAILED TO DEPLOY. THE CONTACT AND FRONT PASSENGER WERE INJURED AND RECEIVED MEDICAL ATTENTION. THE DRIVER FROM THE OTHER VEHICLE ALSO SUSTAINED INJURIES. A POLICE REPORT WAS FILED AND THE VEHICLE WAS DESTROYED. THE MANUFACTURER WAS NOTIFIED. THE FAILURE OCCURRED WHILE DRIVING 40 MPH. THE APPROXIMATE FAILURE MILEAGE WAS 9,500. |
| 10644861 | TOYOTA | COROLLA | 2012 | 10/03/14 | 10/15/14 | TRAVELING WEST, A DRIVER HAD CAME TO A COMPLETE STOP IN THE HWY AND SITTING THERE WITH TURN SIGNAL, I SLOWED DOWN THINKING SHE WAS GOING TO TURN (IT APPEARED AS THOUGH SHE WAS STILL MOVING) LOOKED AT GPS SCREEN AND LOOKED UP AGAIN TO SEE THAT I WAS GOING TO HIT THE REAR OF HER SUV. COLLISION OCCURRED WITH NO AIR BAG DEPLOYMENT. HAD IT NOT BEEN FOR WEARING A SEAT BELT THE RESULTS WOULD HAVE BEEN MUCH WORSE. MY VEHICLE SUSTAINED 16,000 DOLLARS WORTH OF DAMAGE AND WAS A TOTAL LOSS. UPON INSPECTION BOTH THE AIR BAG IMPACT SENSORS WERE BROKEN. THE BODY SHOP WHO LOOKED AT THE VEHICLE COULD NOT BELIEVE THAT THE AIR BAGS DID NOT DEPLOY. *TR |
| 10653877 | TOYOTA | COROLLA | 2012 | 06/17/14 | 11/10/14 | TL* THE CONTACT OWNS A 2012 TOYOTA COROLLA. THE CONTACT STATED THE WHILE DRIVING AT 45 MPH, THE CONTACT CRASHED INTO A DEER THAT CAME INTO ITS PATH PUSHING THE RADIATOR INTO THE ENGINE BLOCK. THE FRONT DRIVER AND PASSENGER AIR BAGS FAILED TO DEPLOY. THE CONTACT SUFFERED INJURIES TO THE SHOULDER, NECK, SPINE, FEET AND EXTENSIVE NERVE DAMAGE. THE FRONT PASSENGER SUFFERED A PANIC ATTACK. THE CONTACT AND PASSENGER BOTH REQUIRED MEDICAL ATTENTION. THE VEHICLE WAS DESTROYED. A POLICE REPORT WAS FILED. THE MANUFACTURER WAS MADE AWARE OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 50,000. |
| 10661297 | TOYOTA | COROLLA | 2013 | 10/07/14 | 11/29/14 | MY 2013 TOYOTA COROLLA WAS INVOLVED IN A COLLISION ON 10/07/14, IN WHICH MY SON WAS DRIVING THE VEHICLE. THE OTHER DRIVER MADE A ILLEGAL LEFT TURN IN FRONT OF MY SON. THE VEHICLE SUSTAINED MASSIVE FRONT END DAMAGE. MAJORITY OF THE FRONT END WAS CAVED IN, YET THE AIRBAG DID NOT DEPLOY. MY SON SUSTAINED SOME INJURIES AND SOUGHT MEDICAL ATTENTION. ..UPDATED 12/11/14 *BF   UPDATED 06/2/2015  *JS |
| 10668507 | TOYOTA | COROLLA | 2011 | 07/30/14 | 12/27/14 | IT WAS A FOUR CAR PILE UP. A CAR THAT WAS TWO CARS IN FRONT OF ME SUDDENLY STOPPED AND CAUSE TRAFFIC TO COME TO A COMPLETE STOP, NOBODY WAS HIT AT FIRST. A BLACK TRUCK DID NOT REALIZE TRAFFIC HAD STOPPED AND HAD A LOT OF SPEED ON HIM AND CRASHED INTO A VAN THAT WAS BEHIND ME WHICH CRASHED INTO MY TOYOTA COROLLA WHICH CAUSED ME TO RUN INTO THE SUBURBAN IN FRONT OF ME. MY CAR AND THE VAN WHO HIT ME WERE TOTALLED OUT, BUT DURING THE WRECK MY AIR BAG NEVER DEPLOYED AND THE GUY WHO WORKED AT THE TOWING PLACE SAID HE DOES NOT SEE WHY MY AIR BAG DID NOT DEPLOY. HE SAID IT SHOULD HAVE DEPLOYED. *TR |
| 10672254 | TOYOTA | AVALON | 2013 | 11/22/14 | 01/13/15 | TL* THE CONTACT OWNS A 2013 TOYOTA AVALON. WHILE DRIVING APPROXIMATELY 30-35 MPH, THE CONTACT PASSED OUT BEHIND THE WHEEL. THE VEHICLE VEERED OFF INTO A DITCH AND CRASHED INTO A CONCRETE POLE. THE AIR BAGS FAILED TO DEPLOY. THE CONTACT SUSTAINED A FRACTURED BACK THAT REQUIRED MEDICAL ATTENTION. A POLICE REPORT WAS FILED. THE VEHICLE WAS TOWED TO A COLLISION CENTER BUT THE CAUSE OF THE FAILURE WAS NOT DETERMINED. THE MANUFACTURER WAS MADE AWARE OF THE FAILURE. THE FAILURE MILEAGE WAS 1,000.   UPDATED 03/24/15*LJ   UPDATED 9/15/2017*CN |

Exhibit 11 - Page 4

| ODI No. | Make | Model | Year | Failure Date | Complaint Date | Full Text |
|---|---|---|---|---|---|---|
| 10678631 | TOYOTA | COROLLA | 2014 | 01/23/15 | 01/23/15 | THIS AM I HIT A DEER ON THE WAY TO WORK HEAD ON AT 65-67 MPH AND NOT ONE AIR BAG DEPLOYED!!! THE ENTIRE FRONT END CRUMPLED TO THE WINDSHIELD AREA AND THE RADIATOR AND PARTS TORN LOSE TO THE TOP OF ENGINE AND NOT ONE AIR BAG DEPLOYED. EVERYONE AT THE WRECK COULD NOT BELIEVE IT AND NOW I AM TERRIFIED OF THE CAR IF DIRECT CONTACT AT THAT SPEED DOES NOT OPEN THE SAFETY EQUIPMENT WHAT WILL? THIS CAR IS NOT SAFE.  *TR |
| 10680647 | TOYOTA | COROLLA | 2012 | 12/19/13 | 02/02/15 | THE FIRST ACCIDENT IN THIS CAR, I RAN OFF THE ROAD AND LOST CONTROL HITTING A TREE. THE AIR BAGS DID NOT DEPLOY. I SUSTAINED AN INJURY FROM THIS ACCIDENT. MY LEFT LEG BROKE.  THE SECOND ACCIDENT, I CLIPPED A DEER ON THE FRONT RIGHT OF THE CAR. THE AIR BAGS DID NOT DEPLOY. NO INJURIES RESULTED FROM THIS ACCIDENT.  THE THIRD AND FINAL ACCIDENT, I REAR-ENDED A TRUCK AT 60 MPH. THE AIR BAGS DID NOT DEPLOY. I SUSTAINED MINIMAL INJURIES IN THIS ACCIDENT, MOSTLY SPRAINS AND BRUISES.  *TR |
| 10690715 | TOYOTA | COROLLA | 2013 | 02/18/15 | 02/25/15 | MY DAUGHTER WAS DRIVING THE 2013 TOYOTA COROLLA AND WAS INVOLVED IN A MAJOR COLLISION. SHE HAD MADE A LEFT HAND TURN INTO TRAFFIC AND STRUCK A NISSIAN PICKUP TRUCK. THE COLLISON CAUSED HER VEHICLE TO SPIN AND CRASH INTO A STEEL LIGHT POLE HEAD ON. THE AIR BAG SYSTEM FAILED TO DEPLOY AND THE SEATBELT SYSTEM FAILED TO WORK PROPERLY CAUSING HER HEAD TO HIT THE STEERING WHEEL . THE VEHICLE SUSTAINED OVER $8000.00 IN DAMAGE INCLUDING FRAME DAMAGE.  *JS |
| 10692501 | TOYOTA | COROLLA | 2013 | 03/01/15 | 03/06/15 | THERE WAS A HEAD-ON COLLISION WITH ONE VEHICLE (CAR) THAT SPENT MY CAR AROUND AND I COLLIDED HEAD-ON AGAIN WITH ANOTHER VEHICLE THAT WAS BEHIND ME. THE AIRBAGS DID NOT DEPLOY AFTER EITHER COLLISION. I HIT THE STEERING WHEEL AND SUSTAINED INJURIES TO MY FACE (MOUTH, CHEEK, AND NOSE). ... UPDATED 03/19/15*BF ....UPDATED 04/08/15 *BF   UPDATED 6/18/2015*JS 11/4/2015*JS.. ......UPDATED 12/17/15 *BF  *TR    UPDATED 9/27/2017*CN |
| 10701332 | TOYOTA | COROLLA | 2013 | 02/16/14 | 03/24/15 | OUR 2013 TOYOTA COROLLA VEHICLE SUDDENLY AND WITHOUT WARNING BECAME STUCK IN A SNOW SQUALL.  THE VEHICLE'S HEADLIGHTS WERE ON AND DRIVER WAS WEARING A SEATBELT, BUT ALSO PUT ON THE VEHICLE'S FLASHERS TO DECLARE DISTRESS.   A TRUCK FROM THE OPPOSITE DIRECTION APPARENTLY CROSSED  OVER INTO MY LANE AND HIT MY VEHICLE HEAD ON WITHOUT WARNING.  THE 2013 TOYOTA COROLLA'S AIRBAG DID NOT DEPLOY AND DRIVER OF THE 2013 TOYOTA COROLLA (WHO WAS NOT DRIVING AS THE VEHICLE WAS STUCK IN SNOW, BUT DID STILL HAVE HER SEATBELT ON)  REQUIRED TRANSPORT VIA AMBULANCE TO HOSPITAL FOR LACERATION TO LIP/CHIN AREA REQUIRING 25 STITCHES AND WAS LATER DIAGNOSED WITH RIB FRACTURES.  *TR |
| 10702777 | TOYOTA | COROLLA | 2015 | 03/28/15 | 03/31/15 | MY VEHICLE SLAMMED INTO THE BACK OF A STOPPED VEHICLE AFTER I PRESSED ON THE BRAKES.  MY ENTIRE FRONT END WAS EXTREMELY DAMAGED.  MY 14 YEAR OLD AVERAGE SIZED DAUGHTER WAS SITTING IN THE PASSENGER SEAT.  AIR BAGS DID NOT DEPLOY.  MY CAR WAS EXTREMELY DAMAGED (THE ENTIRE FRONT END---HOOD AND ALL.  IT WAS SMOKING AFTER THE CRASH). |
| 10713343 | TOYOTA | COROLLA | 2014 | 04/22/15 | 04/28/15 | TL* THE CONTACT OWNED A 2014 TOYOTA COROLLA. WHILE DRIVING AT AN UNKNOWN SPEED, THE CONTACT'S VEHICLE CRASHED INTO ANOTHER VEHICLE. THE AIR BAGS FAILED TO DEPLOY. A POLICE REPORT WAS FILED AND THERE WERE NO INJURIES. THE VEHICLE WAS TOWED TO AN INDEPENDENT MECHANIC WHERE IT WAS DECLARED TOTALED. THE MANUFACTURER WAS NOT MADE AWARE OF THE FAILURE. THE FAILURE MILEAGE WAS 17,000.  UPDATED 05/29/15*JB |

Exhibit 11 - Page 5

| ODI No. | Make | Model | Year | Failure Date | Complaint Date | Full Text |
|---|---|---|---|---|---|---|
| 10724322 | TOYOTA | TACOMA | 2012 | 06/06/15 | 06/09/15 | TL* THE CONTACT OWNS A 2012 TOYOTA TACOMA. WHILE DRIVING AT APPROXIMATELY 35 MPH, THE CONTACT'S VEHICLE CRASHED INTO THE SIDE OF ANOTHER VEHICLE CAUSING SIGNIFICANT DAMAGE TO THE FRONT END. THE AIR BAGS FAILED TO DEPLOY. THERE WERE NO INJURIES AND A POLICE REPORT WAS FILED. THE VEHICLE WAS NOT DIAGNOSED OR REPAIRED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE FAILURE MILEAGE WAS 29,000.   UPDATED 8/10/15*CN   THE CONSUMER STATED THE REPAIR COST APPROXIMATELY $10,000. UPDATED 11/24/2015*JS |
| 10897373 | TOYOTA | COROLLA | 2013 | 08/11/16 | 08/20/16 | I HAD A VERY BAD ACCIDENT ON 8-11-2016 MY CAR IS TOTAL LOSS. MY AIRBAG DID NOT  DEPLOY. |
| 10908928 | TOYOTA | TACOMA | 2015 | 08/24/16 | 09/23/16 | SUBSTANTIAL FRONTAL IMPACT WITHOUT AIR BAG DEPLOYMENT OR SEATBELT  PRE-TENSIONERS BEING ACTIVATED. T- BONE ACCIDENT WITH FRONT IMPACT TO MY TACOMA AT 45 MPH HIGHWAY SPEED IMPACTING THE REAR AXLE OF A FULL SIZED PICK-UP. |
| 10911117 | TOYOTA | COROLLA | 2016 | 10/02/16 | 10/03/16 | AIRBAGS DID NOT DEPLOY AT TIME OF CRASH WHICH THEY SHOULD HAVE. |
| 10930209 | TOYOTA | COROLLA | 2013 | 12/04/16 | 12/06/16 | TL* THE CONTACT OWNS A 2013 TOYOTA COROLLA. WHILE DRIVING 55 MPH, THE DRIVER LOST CONTROL OF THE VEHICLE AND CRASHED INTO THE GUARDRAIL. THE VEHICLE ROLLED OVER. THE AIR BAGS FAILED TO DEPLOY. A POLICE REPORT WAS FILED. MINOR INJURIES WERE SUSTAINED, BUT DID NOT REQUIRE MEDICAL ATTENTION. THE VEHICLE WAS TOWED TO A YARD AND WAS NOT DIAGNOSED. THE MANUFACTURER WAS NOT NOTIFIED OF THE AIR BAG FAILURE. THE FAILURE MILEAGE WAS 51,000. |
| 10945149 | TOYOTA | TACOMA | 2017 | 01/12/17 | 01/13/17 | YESTERDAY MY SON WAS IN AN ACCIDENT WHERE HE REAR ENDED ANOTHER CAR AT  AROUND  40 MPH, THE OTHER CAR WAS STOPPED. THE ACCIDENT OCCURRED ON A CITY STREET IN FREMONT, CALIFORNIA.  A POLICE REPORT WAS FILED.   WHAT IS CONCERNING IS THAT THE AIR BAGS DID NOT DEPLOY.  SEE THE ATTACHED PHOTO. |
| 11003902 | TOYOTA | COROLLA | 2014 | 01/23/17 | 07/09/17 | INVOLVED IN A HIT AND RUN CAR ACCIDENT ON 01/23/2017 WHERE I WAS REAR ENDED BY A VEHICLE DRIVING APPROXIMATELY 60-70 MPH. I WAS STATIONARY AT 0MPH ON TH HIGHWAY WAITING ON TRAFFIC TO CLEAR UP .THE HIT FROM THE UNIDENTIFIED DRIVER CAUSED ME TO HIT MY HEAD ON THE STEERING WHEEL ( SEATBELT DIDN'T WORK) AND RAMMED ME INTO THE CAR IN FRONT OF ME, CONTACTING THE RIGHT FRONT OF MY CAR WITH THE REAR LEFT SIDE OF THE CAR IN FRONT OF ME.  AIRBAG DID NOT DEPLOY. THE UNKNOWN PERSON THAT HIT ME TRIED TO LEAVE THE SCENE AND HIT ME AGAIN AS HE DIDN'T MAKE IT ALL THE WAY AROUND ME CAUSING ME TO SWING AND HIT MY HEAD AGAIN ( SEATBELT DID NOT WORK AGAIN) PICTURES SHOW EVIDENCE OF 2 LICENSE PLATE INDENTS ON THE BACK BUMPER.  I HAVE THUS SUSTAINED INJURIES FROM THE ACCIDENT AND AT THIS TIME AM STILL UNDERGOING TREATMENT FOR A HEAD CONCUSSION, AND BULGING DISC IN MY NECK. THE VEHICLE WAS DETERMINED TO BE A TOTAL LOSS OR ALSO KNOWN AS A TOTALED VEHICLE. |
| 11019081 | TOYOTA | COROLLA | 2017 | 08/04/17 | 08/23/17 | I HIT A DEER DOING 50 MPH AND MY AIRBAGS NEVER DEPLOYED.  I CONTACTED BUTLER TOYOTA OF MACON GEORGIA AND ASKED THEM TO PLEASE RESEARCH THIS ISSUE AND THEY HAVE NOT CONTACTED ME BACK. IT HAS BEEN OVER 2 WEEKS NOW. |
| 11019427 | TOYOTA | COROLLA | 2016 | 08/22/17 | 08/24/17 | TL* THE CONTACT OWNED A 2016 TOYOTA COROLLA. WHILE DRIVING APPROXIMATELY 55 MPH, THE VEHICLE HYDROPLANED AND CRASHED INTO THE MEDIAN. THE CONTACT STATED THAT THE FRONT END OF THE VEHICLE WAS DAMAGED. THE AIR BAGS FAILED TO DEPLOY. THE CONTACT SUSTAINED AN INJURY TO THE BACK THAT REQUIRED MEDICAL ATTENTION. A POLICE REPORT WAS FILED. THE VEHICLE WAS TOWED TO A TOW YARD. THE VEHICLE WAS DESTROYED. THE DEALER WAS NOT CONTACTED. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOT NOTIFIED OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 26,000. |

Exhibit 11 - Page 6

| ODI No. | Make | Model | Year | Failure Date | Complaint Date | Full Text |
|---|---|---|---|---|---|---|
| 11021237 | TOYOTA | COROLLA | 2013 | 07/29/17 | 09/03/17 | DRIVER WAS IN A SERIOUS ACCIDENT AND THE AIR BAGS DID NOT DEPLOY. VEHICLE WAS GOING 25-30 MPH AND HIT A LARGER VEHICLE FROM BEHIND. AIR BAGS DID NOT DEPLOY FOR THE DRIVER. NO PASSENGER IN CAR. DRIVER WAS PROVIDED EMERGENCY MEDIAL ATTENTION AT THE SCENE. |
| 11022176 | TOYOTA | COROLLA | 2016 | 09/01/17 | 09/07/17 | I WAS DRIVING SOUTHBOUND ON THE I-5 GOING 75 MPH WHEN I VEERED OFF THE ROAD INTO A DITCH. THE ENTIRE VEHICLE IS DAMAGED, ESPECIALLY THE FRONT END. THE VEHICLE IS TOTALED AND THE AIR BAGS DID NOT DEPLOY. EMS TOOK ME TO THE HOSPITAL BECAUSE I HAD HORRIBLE CHEST PAIN AND IT WAS HARD TO BREATHE. I HAD TO SPEND THE NIGHT IN THE HOSPITAL SO THAT THEY COULD MONITOR MY CHEST BECAUSE I NOW HAVE A BROKEN MY STERNUM. THE DOCTORS TOLD ME THAT IF MY AIR BAGS DEPLOYED, I WOULD NOT HAVE BROKEN MY STERNUM. |
| 11023892 | TOYOTA | COROLLA | 2016 | 08/17/17 | 09/17/17 | I HAVE BEEN IN TWO ACCIDENTS WHERE BOTH TIMES I WAS RAN OFF THE ROAD INTO A DITCH. IN NEITHER ACCIDENT DID ANY OF THE AIR BAGS DEPLOY BUT I DEFINITELY HIT HARD ENOUGH IN WHICH THEY SHOULD HAD. ONE TIME MY CHILD WAS IN THE BACK SEAT. I HIT A DITCH FILLED WITH HUGE ROCKS THE FIRST ACCIDENT WAS SETTLED AT OVER $1700 AND THE 2ND ACCIDENT IS STILL IN THE CLAIMS PORTION OF THE ACCIDENT, WHERE I WAS RAN OFF THE ROAD. THE AIR BAGS SHOULD HAD DEPLOYED BUT FROM THE NEGATIVE PUBLICITY IT MAY HAD CAUSED MORE DAMAGE, AND THATBIS VERY SCARY TO THINK ABOUT SEEING THAT MY 5 YEAR OLD WAS INVOLVED IN ONE OF THE ACCIDENTS. THE ACCIDENT WAS ON A ROAD WITH A SPEED LIMIT OF 35-40 MPH WITH NO STOP SIGNS OR STOP LIGHTS UNTIL THE END OF THE ESTIMATED 2 MILE ROAD. |
| 11033111 | TOYOTA | COROLLA | 2011 | 03/05/17 | 10/12/17 | TL* THE CONTACT OWNS A 2011 TOYOTA COROLLA. WHILE DRIVING VARIOUS SPEEDS, THE CONTACT CRASHED INTO ANOTHER VEHICLE. THE AIR BAG FAILED TO DEPLOY. THE CONTACT SUSTAINED BACK AND KNEE INJURIES THAT REQUIRED MEDICAL ATTENTION. A POLICE REPORT WAS FILED. THE VEHICLE WAS DRIVEN TO AN INDEPENDENT MECHANIC AND THE BODY DAMAGE WAS REPAIRED. THE VEHICLE WAS NOT TAKEN TO A DEALER. THE VIN WAS INCLUDED IN NHTSA CAMPAIGN NUMBER: 16V340000 (AIR BAGS). THE MANUFACTURER WAS NOT NOTIFIED OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 79,000. |
| 11034091 | TOYOTA | COROLLA | 2015 | 08/11/17 | 10/17/17 | TL* THE CONTACT OWNED A 2015 TOYOTA COROLLA. WHILE DRIVING APPROXIMATELY 36 MPH, THE DRIVER LOST CONTROL OF THE STEERING AND THE VEHICLE ROLLED OVER MULTIPLE TIMES BEFORE CRASHING INTO A WOODED AREA. DURING THE INCIDENT, THE FRONT END OF THE VEHICLE WAS SEVERELY DAMAGED, BUT THE AIR BAG DID NOT DEPLOY. THE DRIVER SUSTAINED A CONCUSSION, AND AN INJURED BACK AND RIBS. MEDICAL ATTENTION WAS RECEIVED. A POLICE REPORT WAS FILED. THE VEHICLE WAS DESTROYED AND TOWED. THE MANUFACTURER AND LOCAL DEALER WERE NOT NOTIFIED. THE FAILURE MILEAGE WAS 24,000. |
| 11046609 | TOYOTA | COROLLA | 2015 | 06/27/17 | 11/16/17 | MY SON WAS IN AN ACCIDENT AND HIT A TREE. THE CAR WAS TOTALED AND THE AIR BAGS NEVER DEPLOYED AS A RESULT HE HIT THE WINDSHIELD WITH HIS HEAD AND NEEDED STITCHES |
| 11115644 | TOYOTA | TACOMA | 2014 | 07/17/18 | 08/03/18 | TL* THE CONTACT OWNED A 2014 TOYOTA TACOMA. WHILE DRIVING APPROXIMATELY 50 MPH, THE DRIVER ATTEMPTED TO SWITCH TO THE RIGHT LANE AND CRASHED INTO THE REAR OF THE PRECEDING VEHICLE. NONE OF THE AIR BAGS DEPLOYED AND THERE WERE NO WARNING INDICATORS ILLUMINATED. A POLICE REPORT WAS FILED. THERE WERE NO INJURIES. THE VEHICLE WAS TOTALED AND TOWED TO A TOW YARD. THE DEALER WAS NOT CALLED. THE MANUFACTURER WAS MADE AWARE OF THE FAILURE AND STATED THAT IT WOULD BE INVESTIGATED; HOWEVER, THE CONTACT WAS NOT CALLED BACK. THE FAILURE MILEAGE WAS APPROXIMATELY 54,000. *TT  UPDATED 10/2/18*JB |

Exhibit 11 - Page 7

| ODI No. | Make | Model | Year | Failure Date | Complaint Date | Full Text |
|---|---|---|---|---|---|---|
| 11120041 | TOYOTA | COROLLA | 2016 | 08/07/18 | 08/15/18 | ON 08/07/2018, I WAS IN A CAR (2016 TOYOTA COROLLA) ACCIDENT WHERE ANOTHER CAR SLAMMED ME IN THE REAR AND I'VE HIT A CHEVY PICKUP IN THE BACK. THE PICK-UP WAS COMING TO A STOP WHICH I WAS SLOWING DOWN AS WELL AND I'M ASSUMING THE CAR THAT WAS BEHIND DID NOT PAID ATTENTION. THEREFORE, HE HIT ME BETWEEN 45-50 MPH IN THE BACK WHICH I'VE HIT THE TRUCK ABRUPTLY AT 30-35MPH. MY AIRBAGS DID NOT DEPLOY WHICH IS VERY SHOCKING AND MY SHOULDER ALONG WITH MY ARM SLAMMED INTO THE STEERING WHEEL. ALSO, I HAD A HARD TIME WITH MY BRAKES BECAUSE IT FELT LIKE IT WAS STUCK AND WOULDN'T GO DOWN AS I WAS PRESSING ON IT. I'M SUFFERING FROM INTENSE RIGHT LEG PAIN AS IF I'VE TORN THE MUSCLE BUT 10X'S WORST. EVER SINCE THE ACCIDENT, MY LEG HAS BEEN GOING NUMB QUITE FREQUENTLY WHICH GOES INTO MY TOES. I'M WALKING WITH A LIMP AND MY SHOULDER HAS SHARP PAIN AS WELL. I'M STARTING TO THINK THAT MY AIRBAGS WERE DEFECTIVE BECAUSE IT SHOULD HAVE DEPLOY AS SOON AS THE IMPACT OCCURRED BUT IT DIDN'T... |
| 11132872 | TOYOTA | COROLLA | 2018 | 09/29/18 | 10/02/18 | TL* THE CONTACT OWNS A 2018 TOYOTA COROLLA. WHILE DRIVING 20 MPH, THE CONTACT'S VEHICLE WAS STRUCK BY ANOTHER VEHICLE ON THE FRONT AND DRIVER SIDES. THE AIR BAGS DID NOT DEPLOY. A POLICE REPORT WAS FILED. THE CONTACT FRACTURED TWO VERTEBRAE IN THE NECK THAT REQUIRED MEDICAL ATTENTION. THE VEHICLE WAS TOWED TO BALISE TOYOTA (1399 RIVERDALE ST, WEST SPRINGFIELD, MA 01089, (413) 306-3037), BUT WAS NOT DIAGNOSED OR REPAIRED. THE MANUFACTURER WAS NOT NOTIFIED OF THE FAILURE. THE FAILURE MILEAGE WAS 3,300. |
| 11140641 | TOYOTA | COROLLA | 2018 | 07/25/18 | 10/16/18 | TL* THE CONTACT OWNS A 2018 TOYOTA COROLLA. WHILE DRIVING 35 MPH, ANOTHER VEHICLE CRASHED INTO THE FRONT OF THE CONTACT'S VEHICLE. THE AIR BAGS DID NOT DEPLOY. A POLICE REPORT WAS FILED. THE CONTACT DISLOCATED HER RIGHT SHOULDER, SUSTAINED BACK AND NECK INJURIES, AND BRUISES ON THE RIGHT KNEE, WHICH REQUIRED MEDICAL ATTENTION. THE VEHICLE WAS TAKEN TO PAGE TOYOTA (21262 TELEGRAPH RD, SOUTHFIELD, MI 48033, (248) 352-8580) WHERE THE RADIATOR, FRONT BUMPER, FRONT LAMPS, HOOD, AND PASSENGER DOOR WERE REPLACED WITH REFURBISHED PARTS. THE MANUFACTURER WAS NOT MADE AWARE OF THE FAILURE. THE FAILURE MILEAGE WAS 22,705. |
| 11144852 | TOYOTA | COROLLA | 2018 | 07/30/18 | 11/02/18 | TL* THE CONTACT STATED THAT THE DRIVER OWNED A 2018 TOYOTA COROLLA. WHILE DRIVING APPROXIMATELY 35 MPH, THE DRIVER LOST CONTROL OF THE VEHICLE AND CRASHED INTO AN EMBANKMENT. THE DRIVERS AIR BAG FAILED TO DEPLOY. THE DRIVER WAS FATALLY INJURED DUE TO INJURIES TO THE HEAD, CHEST, AND UPPER BODY. THE CONTACT STATED THAT THE DRIVER MAY NOT HAVE BEEN WEARING A SEAT BELT. THE FRONT SEAT PASSENGER SUFFERED INJURIES TO THE CHEST, RIBS, AND COLLAR BONE, WHICH REQUIRED MEDICAL ATTENTION. THE COLUMBIA POLICE DEPARTMENT WAS PRESENT AND FILED REPORT NUMBER: 218158996. THE VEHICLE WAS TOWED TO THE DRIVER'S INSURANCE COMPANY AND DEEMED DESTROYED. THE VEHICLE WAS NOT DIAGNOSED. THE MANUFACTURER WAS NOT NOTIFIED. THE FAILURE MILEAGE WAS NOT AVAILABLE. *DT UPDATED 12/04/18*JB |

Exhibit 11 - Page 8

| ODI No. | Make | Model | Year | Failure Date | Complaint Date | Full Text |
|---|---|---|---|---|---|---|
| 11154026 | TOYOTA | COROLLA | 2014 | 03/06/17 | 11/26/18 | TL* THE CONTACT OWNED A 2014 TOYOTA COROLLA. WHILE DRIVING APPROXIMATELY 55 MPH, THE CONTACT ATTEMPTED TO AVOID AN ANIMAL IN THE ROAD AND CRASHED INTO A TREE. THE AIR BAGS DID NOT DEPLOY. POLICE REPORT NUMBER: 107515 WAS FILED. THE CONTACT SUSTAINED A HEAD CONCUSSION SEVERE BRUISING OF BOTH KNEES. THE CONTACT WAS TAKEN TO THE HOSPITAL IN AN AMBULANCE. THE VEHICLE WAS TOWED TO A POLICE IMPOUND LOT AND LATER RETRIEVED BY THE INSURANCE COMPANY. THE VEHICLE WAS NOT TAKEN TO THE DEALER FOR DIAGNOSTIC TESTING. THE VEHICLE WAS DESTROYED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 130,000. |
| 11161898 | TOYOTA | AVALON | 2012 | 11/19/18 | 12/17/18 | MY VEHICLES AIRBAGS DID NOT DEPLOY   I WAS HIT BY AN 18 WHEELER AT A HIGH RATE OF SPEED.  THE VEHICLE HAD AT LEAST 2 REAR END HITS BY THIS 18 WHEELER ESTIMATED AT A SPEED IN EXCESS OF 25 MILES PER HOUR FASTER THAN MINE (I WAS GOING AT 70MPH NORTHBOUND ON US 75, NINE MILES SOUTH OF TULSA OKLAHOMA ON A SUNNY MONDAY AT 3PM). THE STREET WAS DRY.  THE TRUCK INITIALLY HIT ME ON MY REAR AND ON MY LEFT REAR QUARTER.  I WAS SPUN IN FRONT OF THE TRUCK AND HE HIT ME AGAIN ON THE REAR QUARTER AND THE BUMPER AND SPUN ME IN THE OPPOSITE DIRECTION AND THEN PUSHED INTO THE GUARDRAIL AT AN ESTIMATED 40+ MPH.  THE AIRBAGS DID NOT DEPLOY FOR ANY OF THE THREE COLLISIONS (TWO IN THE REAR AND ONE IN THE FRONT). |
| 11164041 | TOYOTA | COROLLA | 2018 | 11/09/18 | 12/29/18 | MY DAUGHTER WAS INVOLVED IN A REAR END COLLISION WITH ANOTHER CAR THAT ABRUPTLY STOPPED TO TURN.  SHE WAS ONLY GOING 30 MPH AND HYDO-PLANNED INTO THE CAR AS A RESULT OF THE RAINY CONDITIONS.  THERE WAS MINIMAL DAMAGE DONE TO THE VEHICLE THAT SHE HIT BUT HER CAR SUSTAINED SUBSTANTIAL DAMAGE TO THE FRONT END WHICH CAUSED FRAME DAMAGE.  THE FRONT END OF THE CAR WAS SEVERELY DAMAGED BUT NONE OF THE AIR BAGS DEPLOYED DESPITE DIRECT DAMAGE TO COLLIDING INTO THE STOPPED VEHICLE. |
| 11172963 | TOYOTA | COROLLA | 2018 | 01/20/19 | 01/29/19 | HIT A DEER AT APPROXIMATELY 60 MPH, FRONT END OF CAR WAS DESTROYED, WAS A TOTAL LOSS. AIR BAGS DID NOT DEPLOY AT ALL |
| 11173072 | TOYOTA | COROLLA | 2016 | 01/21/19 | 01/30/19 | TL* THE CONTACT OWNS A 2016 TOYOTA COROLLA. WHILE DRIVING 40 MPH, THE CONTACT REAR ENDED A PARKED VEHICLE. THE AIR BAGS DID NOT DEPLOY. THERE WERE NO WARNING INDICATORS ILLUMINATED. THE CONTACT SUSTAINED INJURIES TO THE UPPER BODY. MEDICAL ATTENTION WAS NOT RECEIVED. A POLICE REPORT WAS FILED. THE VEHICLE WAS TOWED TO THE CONTACT'S INSURANCE COMPANY. THE CAUSE OF THE FAILURE WAS NOT DETERMINED. THE MANUFACTURER AND DEALER WERE NOT MADE AWARE OF THE FAILURE. THE FAILURE MILEAGE WAS 43,000. |
| 11184772 | TOYOTA | COROLLA | 2014 | 10/28/17 | 03/07/19 | TL* THE CONTACT OWNS A 2014 TOYOTA COROLLA. WHILE DRIVING APPROXIMATELY 65 MPH, THE DRIVER LOST CONTROL OF THE VEHICLE AND CRASHED. DURING THE CRASH, THE VEHICLE ROLLED OVER SEVERAL TIMES AND THE FRONT END WAS SEVERELY DAMAGED; HOWEVER, THE AIR BAGS DID NOT DEPLOY. THE DRIVER SUSTAINED AN INJURED LEFT ARM THAT REQUIRED MEDICAL ATTENTION. A POLICE REPORT WAS FILED AND THE VEHICLE WAS TOWED. THE CAUSE OF THE FAILURE WAS NOT DETERMINED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE DEALER WAS NOT CONTACTED. THE FAILURE MILEAGE WAS 40,000. *DT  *JS  POLICE REPORTED STATED DRIVER FELL ASLEEP AND DRIFTED OFF THE ROADWAY. *JB |

Exhibit 11 - Page 9

Toyota ODI Complaints

| ODI No. | Make | Model | Year | Failure Date | Complaint Date | Full Text |
|---|---|---|---|---|---|---|
| 11189840 | TOYOTA | COROLLA | 2014 | 03/01/19 | 03/18/19 | IN MARCH 1 2019 AT 840 PM I WAS DRIVING MY TOYOTA COROLLA 2014 HEADING SOUTH ON ARCH STREET IN PITTSFORD VERMONT. I DROVE DOWN THE ROAD WENT OVER A LITTLE HILL AND AS I CAME OVER THE TINY HILL IN MY VISION I SAW A DRIVING CAR COMING TOWARDS ME IN THERE APPROPRIATE LANE, WITH THERE HEADLIGHTS ON, THEN I SAW A PARKED CAR BLOCKING 70 PERCENT OF MY LANE. I HAD NO CHOICE BUT TO HIT THE PARKED CAR. WHEN I HIT THE CAR MY AIR BAGS DID NOT DEPLOY. I DONT REMEMBER ANYTHING AFTER MY FACE HIT THE STEERING WHEEL. MY AIR BAGS DID NOT DEPLOY! I HAVE BROKEN BONES IN MY FACE AND CANT SEE CLEARLY OUT OF MY RIGHT EYE. IVE GONE TO A EYE MD WHO IS A RETINA SPECIALIST AND SHE SAYS IM NOT GOING TO BE ABLE TO SEE OUT OF MY RIGHT EYE. I DO HAVE A LAWYER BUT I BELIEVE IF I WOULD HAVE KNOWN ABOUT THIS DEFECT THAN I WOULD HAVE HAD THIS FIXED AND WOULD HAVE HAD THE PROPER DEPLOY OF THE AIR BAG WHICH THEN I WOULD NOT BE LOSING MY SITE. I WAS GOING 35 MPH.*DT*JB |
| 11191169 | TOYOTA | COROLLA | 2016 | 03/22/19 | 03/24/19 | I HIT A DEER AND MY CAR IS POSSIBLE TOTALED, BUT NONE OF THE AIR BAG CAME OUT LIKE THEY SHOULD HAVE. I WAS DOING 55 MILES AN HOUR ON A 2 LANE RD WHEN A DEER JUMP OUT. |
| 11203097 | TOYOTA | TACOMA | 2017 | 03/07/19 | 04/23/19 | TL* THE CONTACT OWNED A 2017 TOYOTA TACOMA. WHILE DRIVING APPROXIMATELY 40 MPH, ANOTHER VEHICLE CROSSED OVER THE DOUBLE YELLOW LINES AND STRUCK THE CONTACT'S VEHICLE HEAD ON. NONE OF THE FRONTAL AIR BAGS DEPLOYED. POLICE REPORT NUMBER: [XXX] WAS FILED. THE VEHICLE WAS TOWED TO A PRIVATE IMPOUND LOT. THE DRIVER AND PASSENGER IN THE CONTACT'S VEHICLE WERE TRANSPORTED TO THE HOSPITAL VIA AMBULANCE. THE PASSENGER SUSTAINED A BROKEN KNEE CAP, HEAD TRAUMA, AND WHIPLASH. THE DRIVER SUFFERED TWO HERNIATED DISCS AND NERVE DAMAGE. THE VEHICLE WAS DESTROYED AND TOWED. THE VEHICLE WAS NOT DIAGNOSED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE AND SENT A THIRD PARTY COMPANY TO INSPECT THE VEHICLE. THE DEALER WAS NOT CONTACTED. THE APPROXIMATE FAILURE MILEAGE WAS 31,000.     INFORMATION REDACTED PURSUANT TO THE FREEDOM OF INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6). *TT |
| 11203308 | TOYOTA | COROLLA | 2015 | 09/04/18 | 04/24/19 | I WAS INVOLVED IN A FRONT END COLLISION GOING 35MPH AND THE AIRBAGS DID NOT DEPLOY. THIS IS FASTER THAN THE SPEED AT WHICH THE MANUAL STATES AIRBAGS SHOULD DEPLOY FOR THIS VEHICLE. I WAS INJURED AS A RESULT OF THIS ACCIDENT. |
| 11203313 | TOYOTA | AVALON | 2015 | 04/01/19 | 04/24/19 | TL* THE CONTACT OWNED A 2015 TOYOTA AVALON. THE CONTACT STATED THAT THE FRONT DRIVERS AIR BAG FAILED. WHILE DRIVING 35 MPH, THE CONTACT WAS UNABLE TO STOP THE VEHICLE IN TIME AND REAR ENDED ANOTHER VEHICLE. THE FRONT DRIVERS AIR BAG FAILED TO DEPLOY. THE CONTACT SUSTAINED INJURIES TO THE CHEST AND NOSE, WHICH REQUIRED MEDICAL ATTENTION. THE VEHICLE WAS DESTROYED AND TOWED. THE MANUFACTURER WAS CONTACTED. THE DEALER WAS NOT CONTACTED. A POLICE REPORT WAS FILED. THE CAUSE OF THE FAILURE WAS NOT DIAGNOSED. THE VIN WAS NOT AVAILABLE. THE APPROXIMATE FAILURE MILEAGE WAS 90,000. |
| 11203382 | TOYOTA | COROLLA | 2018 | 04/20/19 | 04/24/19 | 4/20/19, THE DRIVER INVOLVED WITH THIS VEHICLE LOST CONTROL AND HIT A CURB AT 25 MILE PER HOUR, WELL WITHIN THE SPEED LIMIT AT 45 MPH. AFTER HITTING THE CURB, THE VEHICLE SWERVED INTO A TREE. THE FRONT END OF VEHICLE HIT THE TREE AND THE ENTIRE FRONT END OF VEHICLE WAS SEVERELY DAMAGED BEYOND REPAIR. THIS IS CONSIDERED A "TOTAL LOST." THE VEHICLE WAS EQUIPPED WITH FRONT AND SIDE AIRBAGS, BUT SURPRISINGLY NONE WAS DEPLOYED. |
| 11204113 | TOYOTA | COROLLA | 2012 | 04/24/19 | 04/27/19 | WAS IN A FRONT END COLLISION AND AIRBAGS DID NOT DEPLOY. I T-BONED ANOTHER VEHICLE. |

Exhibit 11 - Page 10

| ODI No. | Make | Model | Year | Failure Date | Complaint Date | Full Text |
|---|---|---|---|---|---|---|
| 11209262 | TOYOTA | COROLLA | 2015 | 04/23/19 | 05/22/19 | TL* THE CONTACT OWNED A 2015 TOYOTA COROLLA. THE CONTACT STATED THAT WHILE THE DRIVER WAS DRIVING 60 MPH, HE SWERVED TO AVOID CRASHING INTO A DEER. THE VEHICLE WAS CRASHED INTO AN EMBANKMENT AND THE VEHICLE STOPPED AFTER CRASHING INTO A TREE. THE AIR BAGS FAILED TO DEPLOY. THE CONTACT SUSTAINED WHIPLASH BUT DID NOT SEEK MEDICAL ATTENTION. IT WAS UNKNOWN IF A DEALER OR THE MANUFACTURER WERE NOTIFIED OF THE FAILURE. A POLICE REPORT WAS NOT FILED. THE FAILURE MILEAGE WAS 38,408. |
| 11243419 | TOYOTA | COROLLA | 2018 | 07/25/19 | 08/12/19 | I HAD AN ACCIDENT AND THE AIRBAGS DO NOT DEPLOYED, I ASKED AT KENDALL TOYOTA COLLISION CENTER TO REVIEW WHAT IS THE POSSIBLE CAUSE, THEY DO NOT RESPONSE YET. |
| 11290098 | TOYOTA | COROLLA | 2014 | 12/16/19 | 12/19/19 | COLLIDED AT 60+ MPH ON 190 BY DIESEL LARGE TRUCK MAJOR FRONT AND SIDE DAMAGE AND NO AIRBAG DEPLOYMENT OF ANY KIND. HIS TRUCK WAS FINE AND NONE OF MY SIDE NOR FRONTAL AIRBAGS WENT OFF. MY HEAD SLAMMED INTO THE DRIVER'S WINDOW AND MY NECK AND BACK ARE REALLY HURTING. THIS HAPPENED JUST A COUPLE DAYS AGO. |
| 11290892 | TOYOTA | AVALON | 2015 | 11/29/19 | 12/23/19 | I WAS HEADING DOWN SNOW GEESE SOUTH IN DUCK N.C. TO TURN LEFT ONTO WOOD DUCK DRIVE. AS I APPROACHED THE TURN, MY BRAKES FAILED AND I WENT INTO THE PARKING AREA OF 1324 DUCK ROAD. I COULD HIT A PARKED TRUCK OR HOUSE. I HIT THE TRUCK. THE AIRBAGS DIDNT DEPLOY. NONE OF THEM. IT WAS A HEAD ON COLLISION. MY CAR WAS TOTALED. THE POLICE SHOWED UP AND WERE SUPRISED THAT THERE WERE NO AIRBAGS. THIS CONCERNS ME GREATLY. THE BRAKES FAILING WAS SCARY ENOUGH, BUT ABSOLUTELY NO AIRBAGS! *DSY |
| 11299613 | TOYOTA | COROLLA | 2017 | 12/27/19 | 01/15/20 | I REAR-ENDED SOMEONE AT APPROXIMATELY 30 MPH AND NONE OF MY AIRBAGS DEPLOYED |
| 11300983 | TOYOTA | COROLLA | 2017 | 09/04/19 | 01/21/20 | HELLO, ON SEPTEMBER 4TH 2019 I WAS INVOLVED IN A THREE CAR ACCIDENT, ME BEING IN THE MIDDLE. MY AIR BAGS DID NOT DEPLOY AND THIS EVENING I JUST SAW A NEW ARTICLE ABOUT MANY TOYOTA COROLLAS BEING EFFECTED. LOW AND BEHOLD MY VEHICLE WAS ONE OF THE RECALL CARS. THERE IS NO WAS TO FIX THE CAR NOW I HAD TO GET A NEW ONE WHICH IS AGAIN ON THE LIST. I HAVE CHECKED BOTH VIN'S. I WAS INJURED IN THAT CRASH AND THAT AIR BAG COULD HAVE HELPED MY HEAD NOT GOING THE WAY IT DID. I'M EXTREMELY UPSET WITH THE FACT THIS WAS NOT BROUGHT FORWARD SOONER. I WOULD LIKE TO SPEAK WITH SOMEONE. |
| 11301352 | TOYOTA | COROLLA | 2016 | 11/15/19 | 01/23/20 | TL* THE CONTACT OWNS A 2016 TOYOTA COROLLA. THE CONTACT STATED THAT WHILE DRIVING APPROXIMATELY 55 MPH, THE VEHICLE STRUCK A DEER. THE CONTACT STATED THAT NEITHER THE DRIVER NOR PASSENGER FRONTAL AIR BAGS DEPLOYED. A POLICE REPORT WAS FILED. THERE WERE NO INJURIES SUSTAINED HOWEVER, THE CONTACT SOUGHT MEDICAL ATTENTION A DAY LATER. THE VEHICLE WAS DRIVEN TO THE RESIDENCE AND THEN TOWED TO A REPAIR FACILITY THE FOLLOWING DAY. THE LOCAL DEALER WAS NOT CONTACTED AND THE VEHICLE WAS NOT TAKEN TO BE DIAGNOSED. THE VEHICLE WAS INCLUDED IN NHTSA CAMPAIGN NUMBER: 20V024000 (AIR BAGS). THE VEHICLE WAS REPAIRED. THE MANUFACTURER WAS NOT CONTACTED OR NOTIFIED OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 78,000. |
| 11301817 | TOYOTA | AVALON | 2014 | 08/17/18 | 01/25/20 | ON AUGUST 17, 2018 I WAS TRAVELING WESTBOUND ON IL ROUTE 83 AND I ENTERED AN INTERSECTION AT IL ROUTE 83 AND TORRANCE AVENUE AT LYNWOOD, IL ON A GREEN TRAFFIC SIGNAL. A DRIVER WITHOUT A DRIVERS LICENSE WAS TRAVELING SOUTH ON TORRANCE AVENUE AND ENTERED THE INTERSECTION ON A RED SIGNAL. I APPLIED THE BRAKES ON MY CAR BUT WAS UNABLE TO STOP AND MY CAR HIT THE OTHER DRIVERS CAR IN THE SIDE. THE AIRBAGS IN MY CAR DID NOT DEPLOY. |

Exhibit 11 - Page 11

Toyota ODI Complaints

| ODI No. | Make | Model | Year | Failure Date | Complaint Date | Full Text |
|---|---|---|---|---|---|---|
| 11302319 | TOYOTA | COROLLA | 2016 | 01/25/20 | 01/27/20 | TL* THE CONTACT CALLED ON BEHALF OF HER DAUGHTER WHO OWNS A 2016 TOYOTA COROLLA. THE CONTACT STATED THAT WHILE HER DAUGHTER WAS DRIVING AT 45 MPH, THE DRIVER SIDE TIRE BLOW, AS A RESULT, THE CONTACT LOST CONTROL OF THE VEHICLE AND CRASHED INTO SIX FENCES AND LANDED INTO A TREE. THE AIR BAG FAILED TO DEPLOY. THE DRIVER SUSTAINED LEG AND NOSE INJURIES THAT REQUIRED MEDICAL ATTENTION. THERE WAS NO POLICE REPORT. THE VEHICLE WAS TOW TO THE CONTACT RESIDENCE AND WAS NOT TAKEN TO A DEALER OR AN INDEPENDENT MECHANIC FOR A DIAGNOSTIC TESTING. THE VIN WAS INCLUDED IN NHTSA CAMPAIGN NUMBER: 20V024000 (AIR BAGS). THE MANUFACTURER WAS NOT MADE AWARE OF THE FAILURE. THE FAILURE MILEAGE WAS APPROXIMATELY 50,000. |
| 11309297 | TOYOTA | COROLLA | 2018 | 02/08/20 | 02/14/20 | I WAS INVOLVED IN AN ACCIDENT WHERE THE OTHER DRIVER HIT MY CAR ON THE FRONT LEFT SIDE, CLOSE TO MY DOOR AND THE AIRBAGS DID NOT GO OFF. I DON'T KNOW IF THERE'S ANY OTHER SENSORS IN THE BACK BUT I WAS BIT IN THE BACK AFTER AS WELL AND THE AIRBAGS STILL DID NOT GO OFF. I WAS DRIVING 30MPH ON A CITY STREET. |
| 11311424 | TOYOTA | COROLLA | 2016 | 02/20/20 | 02/25/20 | I WAS INVOLVED IN A CAR ACCIDENT ON 2/20/2020 MY VEHICLE WAS IN MOTION. I FELT MY 2016 TOYOTA COROLLA LOSE TRACTION ON THE ROAD AND START TO SLIP. MY TRACTION CONTROL LIGHT NEVER CAME ON AND I NEVER FELT IT ENGAGE. I HYDROPLANED, MY CAR HIT A GUARDRAIL HEAD ON, MY SEAT BELT DID NOT TIGHTEN WHICH CAUSED ME TO HIT MY HEAD AND CHEST ON THE STEERING WHEEL AND DASH AS WELL AS INJURIES TO MY NECK FROM BEING SLUNG FORWARD. MY VEHICLE CONTINUED TO IMPACT THE GUARDRAIL. MY AIR BAGS DIDN'T DEPLOY WHICH ALSO CAUSED ME TO HIT MY HEAD AND SHOULDER HARD ON THE DRIVER WINDOW/DOOR. UPON THE MULTIPLE IMPACTS AND DESPITE SENSORS BEING STRUCK, MY AIR BAGS FAILED TO DEPLOY THROUGHOUT MY VEHICLE AND MY SEAT BELT FAILED TO TIGHTEN. CAUSING INJURY TO DIFFERENT AREAS OF MY BODY. |

Exhibit 11 - Page 12