# EXHIBIT 12

Toyota Manuals Excerpts

| Vehicle | Year | Page | Statement |
|---------|------|------|-----------|
| Avalon | 2012 | 106 | The SRS airbags inflate when the vehicle is subjected to certain types of severe impacts that may cause significant injury to the occupants. They work together with the seat belts to help reduce the risk of death or serious injury. |
| Avalon | 2012 | 106 | Driver airbag/front passenger airbag can help protect the head and chest of the driver and front passenger from impact with interior components. |
| Avalon | 2012 | 108 | Your vehicle is equipped with "ADVANCED AIRBAGS" designed based on US motor vehicle safety standards (FMVSS208). The airbag system controls airbag deployment power for the driver and front passenger. The driver airbag system consists of the driver seat's position sensor etc. The front passenger's airbag system consists of the front passenger occupant classification sensor etc. In certain types of severe frontal or side impacts, the SRS airbag system triggers the airbag inflators. A chemical reaction in the inflators  quickly fills the airbags with non-toxic gas to help restrain the motion of the occupants. |
| Avalon | 2012 | 109 | The SRS front airbags will deploy in the event of an impact that exceeds the set threshold level (the level of force corresponding to an approximately 12 - 18 mph [20 - 30 km/h] frontal collision with a fixed wall that does not move or deform). |
| Avalon | 2012 | 478 | To minimize the risk of fuel leakage when the engine stalls or an airbag inflates upon collision, the fuel pump shut off system stops supplying fuel to the engine. |
| Avalon | 2013 | 34 | The SRS airbags inflate when the vehicle is subjected to certain types of severe impacts that may cause significant injury to the occupants. They work together with the seat belts to help reduce the risk of death or serious injury. |
| Avalon | 2013 | 34 | SRS driver airbag/front passenger airbag Can help protect the head and chest of the driver and front passenger from impact with interior components |
| Avalon | 2013 | 36 | Your vehicle is equipped with ADVANCED AIRBAGS designed based on the US motor vehicle safety standards (FMVSS208). The airbag sensor assembly (ECU) controls airbag deployment based on information obtained from the sensors etc. shown in the system components diagram above. This information includes crash severity and occupant information. As the airbags deploy, a chemical reaction in the inflators quickly fills the airbags with non-toxic gas to help restrain the motion of the occupants. |
| Avalon | 2013 | 36 | The SRS airbags are supplemental devices to be used with the seat belts. |

Toyota Manual Excerpts

| Vehicle | Year | Page | Statement |
|---|---|---|---|
| Avalon | 2013 | 40 | For Safety Connect subscribers, if the SRS airbags deploy or in the event of a severe rear-end collision, the system is designed to send an emergency call to the response center, notifying them of the vehicle's location (without needing to push the "SOS" button) and an agent will attempt to speak with the occupants to ascertain the level of emergency and assistance required. If the occupants are unable to communicate, the agent automatically treats the call as an emergency and helps to dispatch the necessary emergency services. |
| Avalon | 2013 | 41 | The SRS front airbags will deploy in the event of an impact that exceeds the set threshold level (the level of force corresponding to an approximately 12 - 18 mph [20 - 30 km/h] frontal collision with a fixed wall that does not move or deform). |
| Avalon | 2013 | 386 | To minimize the risk of fuel leakage when the engine stalls or when an airbag inflates upon collision, the fuel pump shut off system stops the supply of fuel to the engine. |
| Avalon | 2014 | 34 | The SRS airbags inflate when the vehicle is subjected to certain types of severe impacts that may cause significant injury to the occupants. They work together with the seat belts to help reduce the risk of death or serious injury. |
| Avalon | 2014 | 34 | SRS driver airbag/front passenger airbag Can help protect the head and chest of the driver and front passenger from impact with interior components |
| Avalon | 2014 | 36 | Your vehicle is equipped with ADVANCED AIRBAGS designed based on the US motor vehicle safety standards (FMVSS208). The airbag sensor assembly (ECU) controls airbag deployment based on information obtained from the sensors etc. shown in the system components diagram above. This information includes crash severity and occupant information. As the airbags deploy, a chemical reaction in the inflators quickly fills the airbags with non-toxic gas to help restrain the motion of the occupants. |
| Avalon | 2014 | 36 | The SRS airbags are supplemental devices to be used with the seat belts. |
| Avalon | 2014 | 40 | For Safety Connect subscribers, if the SRS airbags deploy or in the event of a severe rear-end collision, the system is designed to send an emergency call to the response center, notifying them of the vehicle's location (without needing to push the "SOS" button) and an agent will attempt to speak with the occupants to ascertain the level of emergency and assistance required. If the occupants are unable to communicate, the agent automatically treats the call as an emergency and helps to dispatch the necessary emergency services. |
| Avalon | 2014 | 41 | The SRS front airbags will deploy in the event of an impact that exceeds the set threshold level (the level of force corresponding to an approximately 12 - 18 mph [20 - 30 km/h] frontal collision with a fixed wall that does not move or deform). |
| Avalon | 2014 | 386 | To minimize the risk of fuel leakage when the engine stalls or when an airbag inflates upon collision, the fuel pump shut off system stops the supply of fuel to the engine. |

Toyota Manuals Excerpts

| Vehicle | Year | Page | Statement |
|---------|------|------|-----------|
| Avalon | 2015 | 34 | The SRS airbags inflate when the vehicle is subjected to certain types of severe impacts that may cause significant injury to the occupants. They work together with the seat belts to help reduce the risk of death or serious injury. |
| Avalon | 2015 | 34 | SRS driver airbag/front passenger airbag Can help protect the head and chest of the driver and front passenger from impact with interior components |
| Avalon | 2015 | 36 | Your vehicle is equipped with ADVANCED AIRBAGS designed based on the US motor vehicle safety standards (FMVSS208). The airbag sensor assembly (ECU) controls airbag deployment based on information obtained from the sensors etc. shown in the system components diagram above. This information includes crash severity and occupant information. As the airbags deploy, a chemical reaction in the inflators quickly fills the airbags with non-toxic gas to help restrain the motion of the occupants. |
| Avalon | 2015 | 36 | The SRS airbags are supplemental devices to be used with the seat belts. |
| Avalon | 2015 | 40 | For Safety Connect subscribers, if the SRS airbags deploy or in the event of a severe rear-end collision, the system is designed to send an emergency call to the response center, notifying them of the vehicle's location (without needing to push the "SOS" button) and an agent will attempt to speak with the occupants to ascertain the level of emergency and assistance required. If the occupants are unable to communicate, the agent automatically treats the call as an emergency and helps to dispatch the necessary emergency services. |
| Avalon | 2015 | 41 | The SRS front airbags will deploy in the event of an impact that exceeds the set threshold level (the level of force corresponding to an approximately 12 - 18 mph [20 - 30 km/h] frontal collision with a fixed wall that does not move or deform). |
| Avalon | 2015 | 387 | To minimize the risk of fuel leakage when the engine stalls or when an airbag inflates upon collision, the fuel pump shut off system stops the supply of fuel to the engine. |
| Avalon | 2016 | 34 | The SRS airbags inflate when the vehicle is subjected to certain types of severe impacts that may cause significant injury to the occupants. They work together with the seat belts to help reduce the risk of death or serious injury. |
| Avalon | 2016 | 34 | SRS driver airbag/front passenger airbag Can help protect the head and chest of the driver and front passenger from impact with interior components |
| Avalon | 2016 | 37 | Your vehicle is equipped with ADVANCED AIRBAGS designed based on the US motor vehicle safety standards (FMVSS208). The airbag sensor assembly (ECU) controls airbag deployment based on information obtained from the sensors etc. shown in the system components diagram above. This information includes crash severity and occupant information. As the airbags deploy, a chemical reaction in the inflators quickly fills the airbags with non-toxic gas to help restrain the motion of the occupants. |

Toyota Manual Excerpts

| Vehicle | Year | Page | Statement |
|---------|------|------|-----------|
| Avalon | 2016 | 37 | The SRS airbags are supplemental devices to be used with the seat belts. |
| Avalon | 2016 | 41 | For Safety Connect subscribers, if the SRS airbags deploy or in the event of a severe rear-end collision, the system is designed to send an emergency call to the response center, notifying them of the vehicle's location (without needing to push the "SOS" button) and an agent will attempt to speak with the occupants to ascertain the level of emergency and assistance required. If the occupants are unable to communicate, the agent automatically treats the call as an emergency and helps to dispatch the necessary emergency services. |
| Avalon | 2016 | 42 | The SRS front airbags will deploy in the event of an impact that exceeds the set threshold level (the level of force corresponding to an approximately 12 - 18 mph [20 - 30 km/h] frontal collision with a fixed wall that does not move or deform). |
| Avalon | 2016 | 385 | To minimize the risk of fuel leakage when the engine stalls or when an airbag inflates upon collision, the fuel pump shut off system stops the supply of fuel to the engine. |
| Avalon | 2017 | 34 | The SRS airbags inflate when the vehicle is subjected to certain types of severe impacts that may cause significant injury to the occupants. They work together with the seat belts to help reduce the risk of death or serious injury. |
| Avalon | 2017 | 34 | SRS driver airbag/front passenger airbag Can help protect the head and chest of the driver and front passenger from impact with interior components |
| Avalon | 2017 | 37 | Your vehicle is equipped with ADVANCED AIRBAGS designed based on the US motor vehicle safety standards (FMVSS208). The airbag sensor assembly (ECU) controls airbag deployment based on information obtained from the sensors etc. shown in the system components diagram above. This information includes crash severity and occupant information. As the airbags deploy, a chemical reaction in the inflators quickly fills the airbags with non-toxic gas to help restrain the motion of the occupants. |
| Avalon | 2017 | 37 | The SRS airbags are supplemental devices to be used with the seat belts. |
| Avalon | 2017 | 41 | For Safety Connect subscribers, if the SRS airbags deploy or in the event of a severe rear-end collision, the system is designed to send an emergency call to the response center, notifying them of the vehicle's location (without needing to push the "SOS" button) and an agent will attempt to speak with the occupants to ascertain the level of emergency and assistance required. If the occupants are unable to communicate, the agent automatically treats the call as an emergency and helps to dispatch the necessary emergency services. |
| Avalon | 2017 | 42 | The SRS front airbags will deploy in the event of an impact that exceeds the set threshold level (the level of force corresponding to an approximately 12 - 18 mph [20 - 30 km/h] frontal collision with a fixed wall that does not move or deform). |

Toyota Manuals Excerpts

| Vehicle | Year | Page | Statement |
|---|---|---|---|
| Avalon | 2017 | 387 | To minimize the risk of fuel leakage when the engine stalls or when an airbag inflates upon collision, the fuel pump shut off system stops the supply of fuel to the engine. |
| Avalon | 2018 | 34 | The SRS airbags inflate when the vehicle is subjected to certain types of severe impacts that may cause significant injury to the occupants. They work together with the seat belts to help reduce the risk of death or serious injury. |
| Avalon | 2018 | 34 | SRS driver airbag/front passenger airbag Can help protect the head and chest of the driver and front passenger from impact with interior components |
| Avalon | 2018 | 37 | Your vehicle is equipped with ADVANCED AIRBAGS designed based on the US motor vehicle safety standards (FMVSS208). The airbag sensor assembly (ECU) controls airbag deployment based on information obtained from the sensors etc. shown in the system components diagram above. This information includes crash severity and occupant information. As the airbags deploy, a chemical reaction in the inflators quickly fills the airbags with non-toxic gas to help restrain the motion of the occupants. |
| Avalon | 2018 | 37 | The SRS airbags are supplemental devices to be used with the seat belts. |
| Avalon | 2018 | 41 | For Safety Connect subscribers, if the SRS airbags deploy or in the event of a severe rear-end collision, the system is designed to send an emergency call to the response center, notifying them of the vehicle's location (without needing to push the "SOS" button) and an agent will attempt to speak with the occupants to ascertain the level of emergency and assistance required. If the occupants are unable to communicate, the agent automatically treats the call as an emergency and helps to dispatch the necessary emergency services. |
| Avalon | 2018 | 42 | The SRS front airbags will deploy in the event of an impact that exceeds the set threshold level (the level of force corresponding to an approximately 12 - 18 mph [20 - 30 km/h] frontal collision with a fixed wall that does not move or deform). |
| Avalon | 2018 | 387 | To minimize the risk of fuel leakage when the engine stalls or when an airbag inflates upon collision, the fuel pump shut off system stops the supply of fuel to the engine. |
| Avalon Hybrid | 2013 | 36 | The SRS airbags inflate when the vehicle is subjected to certain types of severe impacts that may cause significant injury to the occupants. They work together with the seat belts to help reduce the risk of death or serious injury. |
| Avalon Hybrid | 2013 | 37 | SRS driver airbag/front passenger airbag Can help protect the head and chest of the driver and front passenger from impact with interior components |

Toyota Manual Excerpts

| Vehicle | Year | Page | Statement |
|---------|------|------|-----------|
| Avalon Hybrid | 2013 | 39 | Your vehicle is equipped with ADVANCED AIRBAGS designed based on the US motor vehicle safety standards (FMVSS208). The airbag sensor assembly (ECU) controls airbag deployment based on information obtained from the sensors etc. shown in the system components diagram above. This information includes crash severity and occupant information. As the airbags deploy, a chemical reaction in the inflators quickly fills the airbags with non-toxic gas to help restrain the motion of the occupants. |
| Avalon Hybrid | 2013 | 39 | The SRS airbags are supplemental devices to be used with the seat belts |
| Avalon Hybrid | 2013 | 43 | For Safety Connect subscribers, if the SRS airbags deploy or in the event of a severe rear-end collision, the system is designed to send an emergency call to the response center, notifying them of the vehicle's location (without needing to push the "SOS" button) and an agent will attempt to speak with the occupants to ascertain the level of emergency and assistance required. If the occupants are unable to communicate, the agent automatically treats the call as an emergency and helps to dispatch the necessary emergency services. |
| Avalon Hybrid | 2013 | 44 | The SRS front airbags will deploy in the event of an impact that exceeds the set threshold level (the level of force corresponding to an approximately 12 - 18 mph [20 - 30 km/h] frontal collision with a fixed wall that does not move or deform). |
| Avalon Hybrid | 2014 | 36 | The SRS airbags inflate when the vehicle is subjected to certain types of severe impacts that may cause significant injury to the occupants. They work together with the seat belts to help reduce the risk of death or serious injury. |
| Avalon Hybrid | 2014 | 37 | SRS driver airbag/front passenger airbag Can help protect the head and chest of the driver and front passenger from impact with interior components |
| Avalon Hybrid | 2014 | 39 | Your vehicle is equipped with ADVANCED AIRBAGS designed based on the US motor vehicle safety standards (FMVSS208). The airbag sensor assembly (ECU) controls airbag deployment based on information obtained from the sensors etc. shown in the system components diagram above. This information includes crash severity and occupant information. As the airbags deploy, a chemical reaction in the inflators quickly fills the airbags with non-toxic gas to help restrain the motion of the occupants. |
| Avalon Hybrid | 2014 | 39 | The SRS airbags are supplemental devices to be used with the seat belts. |
| Avalon Hybrid | 2014 | 43 | For Safety Connect subscribers, if the SRS airbags deploy or in the event of a severe rear-end collision, the system is designed to send an emergency call to the response center, notifying them of the vehicle's location (without needing to push the "SOS" button) and an agent will attempt to speak with the occupants to ascertain the level of emergency and assistance required. If the occupants are unable to communicate, the agent automatically treats the call as an emergency and helps to dispatch the necessary emergency services. |

Toyota Manual Excerpts

| Vehicle | Year | Page | Statement |
|---------|------|------|-----------|
| Avalon Hybrid | 2014 | 44 | The SRS front airbags will deploy in the event of an impact that exceeds the set threshold level (the level of force corresponding to an approximately 12 - 18 mph [20 - 30 km/h] frontal collision with a fixed wall that does not move or deform). |
| Avalon Hybrid | 2015 | 36 | The SRS airbags inflate when the vehicle is subjected to certain types of severe impacts that may cause significant injury to the occupants. They work together with the seat belts to help reduce the risk of death or serious injury. |
| Avalon Hybrid | 2015 | 37 | SRS driver airbag/front passenger airbag Can help protect the head and chest of the driver and front passenger from impact with interior components |
| Avalon Hybrid | 2015 | 39 | Your vehicle is equipped with ADVANCED AIRBAGS designed based on the US motor vehicle safety standards (FMVSS208). The airbag sensor assembly (ECU) controls airbag deployment based on information obtained from the sensors etc. shown in the system components diagram above. This information includes crash severity and occupant information. As the airbags deploy, a chemical reaction in the inflators quickly fills the airbags with non-toxic gas to help restrain the motion of the occupants. |
| Avalon Hybrid | 2015 | 39 | The SRS airbags are supplemental devices to be used with the seat belts. |
| Avalon Hybrid | 2015 | 43 | For Safety Connect subscribers, if the SRS airbags deploy or in the event of a severe rear-end collision, the system is designed to send an emergency call to the response center, notifying them of the vehicle's location (without needing to push the "SOS" button) and an agent will attempt to speak with the occupants to ascertain the level of emergency and assistance required. If the occupants are unable to communicate, the agent automatically treats the call as an emergency and helps to dispatch the necessary emergency services. |
| Avalon Hybrid | 2015 | 44 | The SRS front airbags will deploy in the event of an impact that exceeds the set threshold level (the level of force corresponding to an approximately 12 - 18 mph [20 - 30 km/h] frontal collision with a fixed wall that does not move or deform). |
| Avalon Hybrid | 2016 | 36 | The SRS airbags inflate when the vehicle is subjected to certain types of severe impacts that may cause significant injury to the occupants. They work together with the seat belts to help reduce the risk of death or serious injury. |
| Avalon Hybrid | 2016 | 37 | SRS driver airbag/front passenger airbag Can help protect the head and chest of the driver and front passenger from impact with interior components |

Toyota Manual Excerpts

| Vehicle | Year | Page | Statement |
|---------|------|------|-----------|
| Avalon Hybrid | 2016 | 39 | Your vehicle is equipped with ADVANCED AIRBAGS designed based on the US motor vehicle safety standards (FMVSS208). The airbag sensor assembly (ECU) controls airbag deployment based on information obtained from the sensors etc. shown in the system components diagram above. This information includes crash severity and occupant information. As the airbags deploy, a chemical reaction in the inflators quickly fills the airbags with non-toxic gas to help restrain the motion of the occupants. |
| Avalon Hybrid | 2016 | 39 | The SRS airbags are supplemental devices to be used with the seat belts. |
| Avalon Hybrid | 2016 | 43 | For Safety Connect subscribers, if the SRS airbags deploy or in the event of a severe rear-end collision, the system is designed to send an emergency call to the response center, notifying them of the vehicle's location (without needing to push the "SOS" button) and an agent will attempt to speak with the occupants to ascertain the level of emergency and assistance required. If the occupants are unable to communicate, the agent automatically treats the call as an emergency and helps to dispatch the necessary emergency services. |
| Avalon Hybrid | 2016 | 44 | The SRS front airbags will deploy in the event of an impact that exceeds the set threshold level (the level of force corresponding to an approximately 12 - 18 mph [20 - 30 km/h] frontal collision with a fixed wall that does not move or deform). |
| Avalon Hybrid | 2017 | 36 | The SRS airbags inflate when the vehicle is subjected to certain types of severe impacts that may cause significant injury to the occupants. They work together with the seat belts to help reduce the risk of death or serious injury. |
| Avalon Hybrid | 2017 | 37 | SRS driver airbag/front passenger airbag Can help protect the head and chest of the driver and front passenger from impact with interior components |
| Avalon Hybrid | 2017 | 39 | Your vehicle is equipped with ADVANCED AIRBAGS designed based on the US motor vehicle safety standards (FMVSS208). The airbag sensor assembly (ECU) controls airbag deployment based on information obtained from the sensors etc. shown in the system components diagram above. This information includes crash severity and occupant information. As the airbags deploy, a chemical reaction in the inflators quickly fills the airbags with non-toxic gas to help restrain the motion of the occupants. |
| Avalon Hybrid | 2017 | 39 | The SRS airbags are supplemental devices to be used with the seat belts. |
| Avalon Hybrid | 2017 | 43 | For Safety Connect subscribers, if the SRS airbags deploy or in the event of a severe rear-end collision, the system is designed to send an emergency call to the response center, notifying them of the vehicle's location (without needing to push the "SOS" button) and an agent will attempt to speak with the occupants to ascertain the level of emergency and assistance required. If the occupants are unable to communicate, the agent automatically treats the call as an emergency and helps to dispatch the necessary emergency services. |

Toyota Manuals Excerpts

| Vehicle | Year | Page | Statement |
|---|---|---|---|
| Avalon Hybrid | 2017 | 44 | The SRS front airbags will deploy in the event of an impact that exceeds the set threshold level (the level of force corresponding to an approximately 12 - 18 mph [20 - 30 km/h] frontal collision with a fixed wall that does not move or deform). |
| Avalon Hybrid | 2018 | 36 | The SRS airbags inflate when the vehicle is subjected to certain types of severe impacts that may cause significant injury to the occupants. They work together with the seat belts to help reduce the risk of death or serious injury. |
| Avalon Hybrid | 2018 | 37 | SRS driver airbag/front passenger airbag Can help protect the head and chest of the driver and front passenger from impact with interior components |
| Avalon Hybrid | 2018 | 39 | Your vehicle is equipped with ADVANCED AIRBAGS designed based on the US motor vehicle safety standards (FMVSS208). The airbag sensor assembly (ECU) controls airbag deployment based on information obtained from the sensors etc. shown in the system components diagram above. This information includes crash severity and occupant information. As the airbags deploy, a chemical reaction in the inflators quickly fills the airbags with non-toxic gas to help restrain the motion of the occupants. |
| Avalon Hybrid | 2018 | 39 | The SRS airbags are supplemental devices to be used with the seat belts. |
| Avalon Hybrid | 2018 | 43 | For Safety Connect subscribers, if the SRS airbags deploy or in the event of a severe rear-end collision, the system is designed to send an emergency call to the response center, notifying them of the vehicle's location (without needing to push the "SOS" button) and an agent will attempt to speak with the occupants to ascertain the level of emergency and assistance required. If the occupants are unable to communicate, the agent automatically treats the call as an emergency and helps to dispatch the necessary emergency services. |
| Avalon Hybrid | 2018 | 44 | The SRS front airbags will deploy in the event of an impact that exceeds the set threshold level (the level of force corresponding to an approximately 12 - 18 mph [20 - 30 km/h] frontal collision with a fixed wall that does not move or deform). |
| Corolla | 2011 | 85 | The SRS airbags inflate when the vehicle is subjected to certain types of severe impacts that may cause significant injury to the occupants. They work together with the seat belts to help reduce the risk of death or serious injury. |
| Corolla | 2011 | 85 | Driver airbag and front passenger airbag Can help protect the head and chest of the driver and front passenger from impact with interior components. |
| Corolla | 2011 | 86 | Your vehicle is equipped with ADVANCED AIRBAGS designed based on US motor vehicle safety standards (FMVSS208). The airbag system controls airbag deployment power for the driver and front passenger. The driver airbag system consists of the driver seat's position sensor etc. The front passenger's airbag system consists of the front passenger occupant classification sensor etc. |

Toyota Manual Excerpts

| Vehicle | Year | Page | Statement |
|---------|------|------|-----------|
| Corolla | 2011 | 87 | The SRS airbag system is controlled by the airbag sensor assembly. The airbag sensor assembly consists of a safing sensor and an airbag sensor. In certain types of severe frontal or side impacts, the SRS airbag system triggers the airbag inflators. |
| Corolla | 2011 | 88 | The SRS front airbags will deploy in the event of an impact that exceeds the set threshold level (the level of force corresponding to an approximately 12 - 18 mph [20 - 30 km/h] frontal collision with a fixed wall that does not move or deform). |
| Corolla | 2011 | 92 | The SRS airbags are supplemental devices to be used with the seat belts. |
| Corolla | 2011 | 421 | To minimize the risk of fuel leakage when the engine stalls or an airbag inflates upon collision, the fuel pump shut off system stops supplying fuel to the engine. |
| Corolla | 2012 | 86 | The SRS airbags inflate when the vehicle is subjected to certain types of severe impacts that may cause significant injury to the occupants. They work together with the seat belts to help reduce the risk of death or serious injury. |
| Corolla | 2012 | 86 | Driver airbag and front passenger airbag Can help protect the head and chest of the driver and front passenger from impact with interior components. |
| Corolla | 2012 | 88 | Your vehicle is equipped with ADVANCED AIRBAGS designed based on the US motor vehicle safety standards (FMVSS208). The airbag sensor assembly (ECU) controls airbag deployment based on information obtained from the sensors etc. shown in the system components diagram above. This information includes crash severity and occupant information. As the airbags deploy, a chemical reaction in the inflators quickly fills the airbags with non-toxic gas to help restrain the motion of the occupants. |
| Corolla | 2012 | 89 | The SRS front airbags will deploy in the event of an impact that exceeds the set threshold level (the level of force corresponding to an approximately 12 - 18 mph [20 - 30 km/h] frontal collision with a fixed wall that does not move or deform). |
| Corolla | 2012 | 93 | The SRS airbags are supplemental devices to be used with the seat belts. |
| Corolla | 2012 | 419 | To minimize the risk of fuel leakage when the engine stalls or an airbag inflates upon collision, the fuel pump shut off system stops supplying fuel to the engine. |
| Corolla | 2013 | 86 | The SRS airbags inflate when the vehicle is subjected to certain types of severe impacts that may cause significant injury to the occupants. They work together with the seat belts to help reduce the risk of death or serious injury. |
| Corolla | 2013 | 86 | Driver airbag and front passenger airbag Can help protect the head and chest of the driver and front passenger from impact with interior components. |

Toyota Manuals Excerpts

| Vehicle | Year | Page | Statement |
|---------|------|------|-----------|
| Corolla | 2013 | 88 | Your vehicle is equipped with ADVANCED AIRBAGS designed based on the US motor vehicle safety standards (FMVSS208). The airbag sensor assembly (ECU) controls airbag deployment based on information obtained from the sensors etc. shown in the system components diagram above. This information includes crash severity and occupant information. As the airbags deploy, a chemical reaction in the inflators quickly fills the airbags with non-toxic gas to help restrain the motion of the occupants. |
| Corolla | 2013 | 89 | The SRS front airbags will deploy in the event of an impact that exceeds the set threshold level (the level of force corresponding to an approximately 12 - 18 mph [20 - 30 km/h] frontal collision with a fixed wall that does not move or deform). |
| Corolla | 2013 | 93 | The SRS airbags are supplemental devices to be used with the seat belts. |
| Corolla | 2013 | 423 | To minimize the risk of fuel leakage when the engine stalls or an airbag inflates upon collision, the fuel pump shut off system stops supplying fuel to the engine. |
| Corolla | 2014 | 34 | The SRS airbags inflate when the vehicle is subjected to certain types of severe impacts that may cause significant injury to the occupants. They work together with the seat belts to help reduce the risk of death or serious injury. |
| Corolla | 2014 | 34 | SRS driver airbag/front passenger airbag Can help protect the head and chest of the driver and front passenger from impact with interior components |
| Corolla | 2014 | 36 | Your vehicle is equipped with ADVANCED AIRBAGS designed based on the US motor vehicle safety standards (FMVSS208). The airbag sensor assembly (ECU) controls airbag deployment based on information obtained from the sensors etc. shown in the system components diagram above. This information includes crash severity and occupant information. As the airbags deploy, a chemical reaction in the inflators quickly fills the airbags with non-toxic gas to help restrain the motion of the occupants. |
| Corolla | 2014 | 36 | The SRS airbags are supplemental devices to be used with the seat belts. |
| Corolla | 2014 | 41 | The SRS front airbags will deploy in the event of an impact that exceeds the set threshold level (the level of force corresponding to an approximately 12 - 18 mph [20 - 30 km/h] frontal collision with a fixed wall that does not move or deform). |
| Corolla | 2014 | 491 | To minimize the risk of fuel leakage when the engine stalls or when an airbag inflates upon collision, the fuel pump shut off system stops the supply of fuel to the engine. |
| Corolla | 2015 | 34 | The SRS airbags inflate when the vehicle is subjected to certain types of severe impacts that may cause significant injury to the occupants. They work together with the seat belts to help reduce the risk of death or serious injury. |
| Corolla | 2015 | 34 | SRS driver airbag/front passenger airbag Can help protect the head and chest of the driver and front passenger from impact with interior components |

Toyota Manual Excerpts

| Vehicle | Year | Page | Statement |
|---------|------|------|-----------|
| Corolla | 2015 | 36 | Your vehicle is equipped with ADVANCED AIRBAGS designed based on the US motor vehicle safety standards (FMVSS208). The airbag sensor assembly (ECU) controls airbag deployment based on information obtained from the sensors etc. shown in the system components diagram above. This information includes crash severity and occupant information. As the airbags deploy, a chemical reaction in the inflators quickly fills the airbags with non-toxic gas to help restrain the motion of the occupants. |
| Corolla | 2015 | 36 | The SRS airbags are supplemental devices to be used with the seat belts. |
| Corolla | 2015 | 41 | The SRS front airbags will deploy in the event of an impact that exceeds the set threshold level (the level of force corresponding to an approximately 12 - 18 mph [20 - 30 km/h] frontal collision with a fixed wall that does not move or deform). |
| Corolla | 2015 | 490 | To minimize the risk of fuel leakage when the engine stalls or when an airbag inflates upon collision, the fuel pump shut off system stops the supply of fuel to the engine. |
| Corolla | 2016 | 34 | The SRS airbags inflate when the vehicle is subjected to certain types of severe impacts that may cause significant injury to the occupants. They work together with the seat belts to help reduce the risk of death or serious injury. |
| Corolla | 2016 | 34 | SRS driver airbag/front passenger airbag Can help protect the head and chest of the driver and front passenger from impact with interior components |
| Corolla | 2016 | 36 | Your vehicle is equipped with ADVANCED AIRBAGS designed based on the US motor vehicle safety standards (FMVSS208). The airbag sensor assembly (ECU) controls airbag deployment based on information obtained from the sensors etc. shown in the system components diagram above. This information includes crash severity and occupant information. As the airbags deploy, a chemical reaction in the inflators quickly fills the airbags with non-toxic gas to help restrain the motion of the occupants. |
| Corolla | 2016 | 36 | The SRS airbags are supplemental devices to be used with the seat belts. |
| Corolla | 2016 | 41 | The SRS front airbags will deploy in the event of an impact that exceeds the set threshold level (the level of force corresponding to an approximately 12 - 18 mph [20 - 30 km/h] frontal collision with a fixed wall that does not move or deform). |
| Corolla | 2016 | 497 | To minimize the risk of fuel leakage when the engine stalls or when an airbag inflates upon collision, the fuel pump shut off system stops the supply of fuel to the engine. |
| Corolla | 2017 | 34 | The SRS airbags inflate when the vehicle is subjected to certain types of severe impacts that may cause significant injury to the occupants. They work together with the seat belts to help reduce the risk of death or serious injury. |
| Corolla | 2017 | 34 | SRS driver airbag/front passenger airbag Can help protect the head and chest of the driver and front passenger from impact with interior components |

Toyota Manuals Excerpts

| Vehicle | Year | Page | Statement |
|---------|------|------|-----------|
| Corolla | 2017 | 37 | Your vehicle is equipped with ADVANCED AIRBAGS designed based on the US motor vehicle safety standards (FMVSS208). The airbag sensor assembly (ECU) controls airbag deployment based on information obtained from the sensors etc. shown in the system components diagram above. This information includes crash severity and occupant information. As the airbags deploy, a chemical reaction in the inflators quickly fills the airbags with non-toxic gas to help restrain the motion of the occupants. |
| Corolla | 2017 | 37 | The SRS airbags are supplemental devices to be used with the seat belts. |
| Corolla | 2017 | 42 | The SRS front airbags will deploy in the event of an impact that exceeds the set threshold level (the level of force corresponding to an approximately 12 - 18 mph [20 - 30 km/h] frontal collision with a fixed wall that does not move or deform). |
| Corolla | 2017 | 483 | To minimize the risk of fuel leakage when the engine stalls or when an airbag inflates upon collision, the fuel pump shut off system stops the supply of fuel to the engine. |
| Corolla | 2018 | 34 | The SRS airbags inflate when the vehicle is subjected to certain types of severe impacts that may cause significant injury to the occupants. They work together with the seat belts to help reduce the risk of death or serious injury. |
| Corolla | 2018 | 34 | SRS driver airbag/front passenger airbag Can help protect the head and chest of the driver and front passenger from impact with interior components |
| Corolla | 2018 | 37 | Your vehicle is equipped with ADVANCED AIRBAGS designed based on the US motor vehicle safety standards (FMVSS208). The airbag sensor assembly (ECU) controls airbag deployment based on information obtained from the sensors etc. shown in the system components diagram above. This information includes crash severity and occupant information. As the airbags deploy, a chemical reaction in the inflators quickly fills the airbags with non-toxic gas to help restrain the motion of the occupants. |
| Corolla | 2018 | 37 | The SRS airbags are supplemental devices to be used with the seat belts. |
| Corolla | 2018 | 42 | The SRS front airbags will deploy in the event of an impact that exceeds the set threshold level (the level of force corresponding to an approximately 12 - 18 mph [20 - 30 km/h] frontal collision with a fixed wall that does not move or deform). |
| Corolla | 2018 | 479 | To minimize the risk of fuel leakage when the engine stalls or when an airbag inflates upon collision, the fuel pump shut off system stops the supply of fuel to the engine. |
| Corolla | 2019 | 34 | The SRS airbags inflate when the vehicle is subjected to certain types of severe impacts that may cause significant injury to the occupants. They work together with the seat belts to help reduce the risk of death or serious injury. |
| Corolla | 2019 | 34 | SRS driver airbag/front passenger airbag Can help protect the head and chest of the driver and front passenger from impact with interior components |

Toyota Manual Excerpts

| Vehicle | Year | Page | Statement |
|---------|------|------|-----------|
| Corolla | 2019 | 37 | Your vehicle is equipped with ADVANCED AIRBAGS designed based on the US motor vehicle safety standards (FMVSS208). The airbag sensor assembly (ECU) controls airbag deployment based on information obtained from the sensors etc. shown in the system components diagram above. This information includes crash severity and occupant information. As the airbags deploy, a chemical reaction in the inflators quickly fills the airbags with non-toxic gas to help restrain the motion of the occupants. |
| Corolla | 2019 | 37 | The SRS airbags are supplemental devices to be used with the seat belts. |
| Corolla | 2019 | 42 | The SRS front airbags will deploy in the event of an impact that exceeds the set threshold level (the level of force corresponding to an approximately 12 - 18 mph [20 - 30 km/h] frontal collision with a fixed wall that does not move or deform). |
| Corolla | 2019 | 479 | To minimize the risk of fuel leakage when the engine stalls or when an airbag inflates upon collision, the fuel pump shut off system stops the supply of fuel to the engine. |
| Corolla Matrix | 2011 | 71 | The SRS airbags inflate when the vehicle is subjected to certain types of severe impacts that may cause significant injury to the occupants. They work together with the seat belts to help reduce the risk of death or serious injury. |
| Corolla Matrix | 2011 | 71 | Driver airbag and front passenger airbag Can help protect the head and chest of the driver and front passenger from impact with interior components. |
| Corolla Matrix | 2011 | 72 | Your vehicle is equipped with ADVANCED AIRBAGS designed based on US motor vehicle safety standards (FMVSS208). The airbag system controls airbag deployment power for the driver and front passenger. The driver airbag system consists of the driver seat's position sensor etc. The front passenger's airbag system consists of the front passenger occupant classification sensor etc. |
| Corolla Matrix | 2011 | 73 | The airbag sensor assembly consists of a safing sensor and an airbag sensor. In certain types of severe frontal or side impacts, the SRS airbag system triggers the airbag inflators. |
| Corolla Matrix | 2011 | 74 | The SRS front airbags will deploy in the event of an impact that exceeds the set threshold level (the level of force corresponding to an approximately 12 - 18 mph [20 - 30 km/h] frontal collision with a fixed wall that does not move or deform). |
| Corolla Matrix | 2011 | 398 | To minimize the risk of fuel leakage when the engine stalls or an airbag inflates upon collision, the fuel pump shut off system stops supplying fuel to the engine. |
| Corolla Matrix | 2012 | 73 | The SRS airbags inflate when the vehicle is subjected to certain types of severe impacts that may cause significant injury to the occupants. They work together with the seat belts to help reduce the risk of death or serious injury. |
| Corolla Matrix | 2012 | 73 | Driver airbag and front passenger airbag Can help protect the head and chest of the driver and front passenger from impact with interior components. |

Toyota Manuals Excerpts

| Vehicle | Year | Page | Statement |
|---|---|---|---|
| Corolla Matrix | 2012 | 75 | Your vehicle is equipped with ADVANCED AIRBAGS designed based on the US motor vehicle safety standards (FMVSS208). The airbag sensor assembly (ECU) controls airbag deployment based on information obtained from the sensors etc. shown in the system components diagram above. This information includes crash severity and occupant information. As the airbags deploy, a chemical reaction in the inflators quickly fills the airbags with non-toxic gas to help restrain the motion of the occupants. |
| Corolla Matrix | 2012 | 76 | The SRS front airbags will deploy in the event of an impact that exceeds the set threshold level (the level of force corresponding to an approximately 12 - 18 mph [20 - 30 km/h] frontal collision with a fixed wall that does not move or deform). |
| Corolla Matrix | 2012 | 412 | To minimize the risk of fuel leakage when the engine stalls or an airbag inflates upon collision, the fuel pump shut off system stops supplying fuel to the engine. |
| Corolla Matrix | 2013 | 73 | The SRS airbags inflate when the vehicle is subjected to certain types of severe impacts that may cause significant injury to the occupants. They work together with the seat belts to help reduce the risk of death or serious injury. |
| Corolla Matrix | 2013 | 73 | Driver airbag and front passenger airbag Can help protect the head and chest of the driver and front passenger from impact with interior components. |
| Corolla Matrix | 2013 | 75 | Your vehicle is equipped with ADVANCED AIRBAGS designed based on the US motor vehicle safety standards (FMVSS208). The airbag sensor assembly (ECU) controls airbag deployment based on information obtained from the sensors etc. shown in the system components diagram above. This information includes crash severity and occupant information. As the airbags deploy, a chemical reaction in the inflators quickly fills the airbags with non-toxic gas to help restrain the motion of the occupants. |
| Corolla Matrix | 2013 | 76 | The SRS front airbags will deploy in the event of an impact that exceeds the set threshold level (the level of force corresponding to an approximately 12 - 18 mph [20 - 30 km/h] frontal collision with a fixed wall that does not move or deform). |
| Corolla Matrix | 2013 | 396 | To minimize the risk of fuel leakage when the engine stalls or an airbag inflates upon collision, the fuel pump shut off system stops supplying fuel to the engine. |
| Sequoia | 2012 | 114 | The SRS airbags inflate when the vehicle is subjected to certain types of severe impacts that may cause significant injury to the occupants. They work together with the seat belts to help reduce the risk of death or serious injury. |
| Sequoia | 2012 | 114 | SRS driver airbag/front passenger airbag Can help protect the head and chest of the driver and front passenger from impact with interior components. |

Toyota Manuals Excerpts

| Vehicle | Year | Page | Statement |
|---------|------|------|-----------|
| Sequoia | 2012 | 115 | Your vehicle is equipped with ADVANCED AIRBAGS designed based on US motor vehicle safety standards (FMVSS208). The airbag system controls airbag deployment power for the driver and front passenger. The driver airbag system consists of the driver seat's position sensor etc. The front passenger's airbag system consists of the front passenger occupant classification sensor etc. |
| Sequoia | 2012 | 116 | The main SRS airbag system components are shown above. The SRS airbag system is controlled by the airbag sensor assembly. The airbag sensor assembly consists of a safing sensor and an airbag sensor. In certain types of severe frontal or side impacts, the SRS airbag system triggers the airbag inflators. |
| Sequoia | 2012 | 117 | The SRS front airbags will deploy in the event of an impact that exceeds the set threshold level (the level of force corresponding to an approximately 12-18 mph [20-30 km/h] frontal collision with a fixed wall that does not move or deform). |
| Sequoia | 2012 | 121 | The SRS airbags are supplemental devices to be used with the seat belts. |
| Sequoia | 2012 | 602 | To minimize the risk of fuel leakage when the engine stalls or an airbag inflates upon collision, the fuel pump shut off system stops supplying fuel to the engine. |
| Sequoia | 2013 | 114 | The SRS airbags inflate when the vehicle is subjected to certain types of severe impacts that may cause significant injury to the occupants. They work together with the seat belts to help reduce the risk of death or serious injury. |
| Sequoia | 2013 | 114 | SRS driver airbag/front passenger airbag Can help protect the head and chest of the driver and front passenger from impact with interior components. |
| Sequoia | 2013 | 116 | Your vehicle is equipped with ADVANCED AIRBAGS designed based on the US motor vehicle safety standards (FMVSS208). The airbag sensor assembly (ECU) controls airbag deployment based on information obtained from the sensors etc. shown in the system components diagram above. This information includes crash severity and occupant information. As the airbags deploy, a chemical reaction in the inflators quickly fills the airbags with non-toxic gas to help restrain the motion of the occupants. |
| Sequoia | 2013 | 117 | The SRS front airbags will deploy in the event of an impact that exceeds the set threshold level (the level of force corresponding to an approximately 12-18 mph [20-30 km/h] frontal collision with a fixed wall that does not move or deform). |
| Sequoia | 2013 | 121 | The SRS airbags are supplemental devices to be used with the seat belts. |
| Sequoia | 2013 | 632 | To minimize the risk of fuel leakage when the engine stalls or an airbag inflates upon collision, the fuel pump shut off system stops supplying fuel to the engine. |
| Sequoia | 2014 | 112 | The SRS airbags inflate when the vehicle is subjected to certain types of severe impacts that may cause significant injury to the occupants. They work together with the seat belts to help reduce the risk of death or serious injury. |

Toyota Manuals Excerpts

| Vehicle | Year | Page | Statement |
|---------|------|------|-----------|
| Sequoia | 2014 | 112 | SRS driver airbag/front passenger airbag Can help protect the head and chest of the driver and front passenger from impact with interior components. |
| Sequoia | 2014 | 114 | Your vehicle is equipped with ADVANCED AIRBAGS designed based on the US motor vehicle safety standards (FMVSS208). The airbag sensor assembly (ECU) controls airbag deployment based on information obtained from the sensors etc. shown in the system components diagram above. This information includes crash severity and occupant information. As the airbags deploy, a chemical reaction in the inflators quickly fills the airbags with non-toxic gas to help restrain the motion of the occupants. |
| Sequoia | 2014 | 115 | The SRS front airbags will deploy in the event of an impact that exceeds the set threshold level (the level of force corresponding to an approximately 12-18 mph [20-30 km/h] frontal collision with a fixed wall that does not move or deform). |
| Sequoia | 2014 | 119 | The SRS airbags are supplemental devices to be used with the seat belts. |
| Sequoia | 2014 | 560 | To minimize the risk of fuel leakage when the engine stalls or an airbag inflates upon collision, the fuel pump shut off system stops supplying fuel to the engine. |
| Sequoia | 2015 | 111 | The SRS airbags inflate when the vehicle is subjected to certain types of severe impacts that may cause significant injury to the occupants. They work together with the seat belts to help reduce the risk of death or serious injury. |
| Sequoia | 2015 | 111 | SRS driver airbag/front passenger airbag Can help protect the head and chest of the driver and front passenger from impact with interior components. |
| Sequoia | 2015 | 113 | Your vehicle is equipped with ADVANCED AIRBAGS designed based on the US motor vehicle safety standards (FMVSS208). The airbag sensor assembly (ECU) controls airbag deployment based on information obtained from the sensors etc. shown in the system components diagram above. This information includes crash severity and occupant information. As the airbags deploy, a chemical reaction in the inflators quickly fills the airbags with non-toxic gas to help restrain the motion of the occupants. |
| Sequoia | 2015 | 114 | The SRS front airbags will deploy in the event of an impact that exceeds the set threshold level (the level of force corresponding to an approximately 12-18 mph [20-30 km/h] frontal collision with a fixed wall that does not move or deform). |
| Sequoia | 2015 | 118 | The SRS airbags are supplemental devices to be used with the seat belts. |
| Sequoia | 2015 | 556 | To minimize the risk of fuel leakage when the engine stalls or an airbag inflates upon collision, the fuel pump shut off system stops supplying fuel to the engine. |
| Sequoia | 2016 | 112 | The SRS airbags inflate when the vehicle is subjected to certain types of severe impacts that may cause significant injury to the occupants. They work together with the seat belts to help reduce the risk of death or serious injury. |

Toyota Manuals Excerpts

| Vehicle | Year | Page | Statement |
|---------|------|------|-----------|
| Sequoia | 2016 | 112 | SRS driver airbag/front passenger airbag Can help protect the head and chest of the driver and front passenger from impact with interior components. |
| Sequoia | 2016 | 114 | Your vehicle is equipped with ADVANCED AIRBAGS designed based on the US motor vehicle safety standards (FMVSS208). The airbag sensor assembly (ECU) controls airbag deployment based on information obtained from the sensors etc. shown in the system components diagram above. This information includes crash severity and occupant information. As the airbags deploy, a chemical reaction in the inflators quickly fills the airbags with non-toxic gas to help restrain the motion of the occupants. |
| Sequoia | 2016 | 115 | The SRS front airbags will deploy in the event of an impact that exceeds the set threshold level (the level of force corresponding to an approximately 12-18 mph [20-30 km/h] frontal collision with a fixed wall that does not move or deform). |
| Sequoia | 2016 | 119 | The SRS airbags are supplemental devices to be used with the seat belts. |
| Sequoia | 2016 | 468 | To minimize the risk of fuel leakage when the engine stalls or an airbag inflates upon collision, the fuel pump shut off system stops supplying fuel to the engine. |
| Sequoia | 2017 | 112 | The SRS airbags inflate when the vehicle is subjected to certain types of severe impacts that may cause significant injury to the occupants. They work together with the seat belts to help reduce the risk of death or serious injury. |
| Sequoia | 2017 | 112 | SRS driver airbag/front passenger airbag Can help protect the head and chest of the driver and front passenger from impact with interior components. |
| Sequoia | 2017 | 114 | Your vehicle is equipped with ADVANCED AIRBAGS designed based on the US motor vehicle safety standards (FMVSS208). The airbag sensor assembly (ECU) controls airbag deployment based on information obtained from the sensors etc. shown in the system components diagram above. This information includes crash severity and occupant information. As the airbags deploy, a chemical reaction in the inflators quickly fills the airbags with non-toxic gas to help restrain the motion of the occupants. |
| Sequoia | 2017 | 115 | The SRS front airbags will deploy in the event of an impact that exceeds the set threshold level (the level of force corresponding to an approximately 12-18 mph [20-30 km/h] frontal collision with a fixed wall that does not move or deform). |
| Sequoia | 2017 | 119 | The SRS airbags are supplemental devices to be used with the seat belts. |
| Sequoia | 2017 | 468 | To minimize the risk of fuel leakage when the engine stalls or an airbag inflates upon collision, the fuel pump shut off system stops supplying fuel to the engine. |
| Tacoma | 2012 | 89 | The SRS airbags inflate when the vehicle is subjected to certain types of severe impacts that may cause significant injury to the occupants. They work together with the seat belts to help reduce the risk of death or serious injury. |

Toyota Manuals Excerpts

| Vehicle | Year | Page | Statement |
|---------|------|------|-----------|
| Tacoma | 2012 | 89 | Driver airbag/front passenger airbag Can help protect the head and chest of the driver and right front passenger from impact with interior components. |
| Tacoma | 2012 | 91 | Your vehicle is equipped with ADVANCED AIRBAGS designed based on US motor vehicle safety standards (FMVSS208). The airbag system controls airbag deployment power for the driver and right front passenger. The driver airbag system consists of the driver seat's position sensor etc. The front passenger's airbag system consists of the front passenger occupant classification sensor etc. The main SRS airbag system components are shown above. The SRS airbag system is controlled by the airbag sensor assembly. The airbag sensor assembly consists of a safing sensor and an airbag sensor. Bench type front seat: The SRS airbags are designed to protect the driver and right front passenger, and they are not designed to protect an occupant in the front center seating position. |
| Tacoma | 2012 | 92 | In certain types of severe frontal or side impacts, the SRS airbag system triggers the airbag inflators. |
| Tacoma | 2012 | 92 | The SRS front airbag will deploy in the event of an impact that exceeds the set threshold level (the level of force corresponding to an approximately 12-18 mph [20-30 km/h] frontal collision with a fixed wall that does not move or deform). |
| Tacoma | 2012 | 97 | The SRS airbags are supplemental devices to be used with the seat belts. |
| Tacoma | 2012 | 504 | To minimize the risk of fuel leakage when the engine stalls or an airbag inflates upon collision, the fuel pump shut off system stops supplying fuel to the engine. |
| Tacoma | 2013 | 87 | The SRS airbags inflate when the vehicle is subjected to certain types of severe impacts that may cause significant injury to the occupants. They work together with the seat belts to help reduce the risk of death or serious injury. |
| Tacoma | 2013 | 87 | Driver airbag/front passenger airbag Can help protect the head and chest of the driver and right front passenger from impact with interior components. |
| Tacoma | 2013 | 89 | Your vehicle is equipped with ADVANCED AIRBAGS designed based on the US motor vehicle safety standards (FMVSS208). The airbag sensor assembly (ECU) controls airbag deployment based on information obtained from the sensors etc. shown in the system components diagram above. This information includes crash severity and occupant information. As the airbags deploy, a chemical reaction in the inflators quickly fills the airbags with non-toxic gas to help restrain the motion of the occupants. Bench type front seat: The SRS airbags are designed to protect the driver and right front passenger, and they are not designed to protect an occupant in the front center seating position. |
| Tacoma | 2013 | 90 | The SRS front airbag will deploy in the event of an impact that exceeds the set threshold level (the level of force corresponding to an approximately 12-18 mph [20-30 km/h] frontal collision with a fixed wall that does not move or deform). |
| Tacoma | 2013 | 95 | The SRS airbags are supplemental devices to be used with the seat belts. |

Toyota Manual Excerpts

| Vehicle | Year | Page | Statement |
|---------|------|------|-----------|
| Tacoma | 2013 | 402 | To minimize the risk of fuel leakage when the engine stalls or an airbag inflates upon collision, the fuel pump shut off system stops supplying fuel to the engine. |
| Tacoma | 2014 | 86 | The SRS airbags inflate when the vehicle is subjected to certain types of severe impacts that may cause significant injury to the occupants. They work together with the seat belts to help reduce the risk of death or serious injury. |
| Tacoma | 2014 | 86 | Driver airbag/front passenger airbag Can help protect the head and chest of the driver and right front passenger from impact with interior components. |
| Tacoma | 2014 | 88 | Your vehicle is equipped with ADVANCED AIRBAGS designed based on the US motor vehicle safety standards (FMVSS208). The airbag sensor assembly (ECU) controls airbag deployment based on information obtained from the sensors etc. shown in the system components diagram above. This information includes crash severity and occupant information. As the airbags deploy, a chemical reaction in the inflators quickly fills the airbags with non-toxic gas to help restrain the motion of the occupants. Bench type front seat: The SRS airbags are designed to protect the driver and right front passenger, and they are not designed to protect an occupant in the front center seating position. |
| Tacoma | 2014 | 89 | The SRS front airbag will deploy in the event of an impact that exceeds the set threshold level (the level of force corresponding to an approximately 12-18 mph [20-30 km/h] frontal collision with a fixed wall that does not move or deform). |
| Tacoma | 2014 | 94 | The SRS airbags are supplemental devices to be used with the seat belts. |
| Tacoma | 2014 | 483 | To minimize the risk of fuel leakage when the engine stalls or an airbag inflates upon collision, the fuel pump shut off system stops supplying fuel to the engine. |
| Tacoma | 2015 | 82 | The SRS airbags inflate when the vehicle is subjected to certain types of severe impacts that may cause significant injury to the occupants. They work together with the seat belts to help reduce the risk of death or serious injury. |
| Tacoma | 2015 | 82 | Driver airbag/front passenger airbag Can help protect the head and chest of the driver and right front passenger from impact with interior components. |
| Tacoma | 2015 | 84 | Your vehicle is equipped with ADVANCED AIRBAGS designed based on the US motor vehicle safety standards (FMVSS208). The airbag sensor assembly (ECU) controls airbag deployment based on information obtained from the sensors etc. shown in the system components diagram above. This information includes crash severity and occupant information. As the airbags deploy, a chemical reaction in the inflators quickly fills the airbags with non-toxic gas to help restrain the motion of the occupants. |
| Tacoma | 2015 | 85 | The SRS front airbag will deploy in the event of an impact that exceeds the set threshold level (the level of force corresponding to an approximately 12-18 mph [20-30 km/h] frontal collision with a fixed wall that does not move or deform). |

Toyota Manual Excerpts

| Vehicle | Year | Page | Statement |
|---------|------|------|-----------|
| Tacoma | 2015 | 89 | The SRS airbags are supplemental devices to be used with the seat belts. |
| Tacoma | 2015 | 475 | To minimize the risk of fuel leakage when the engine stalls or an airbag inflates upon collision, the fuel pump shut off system stops supplying fuel to the engine. |
| Tacoma | 2016 | 34 | The SRS airbags inflate when the vehicle is subjected to certain types of severe impacts that may cause significant injury to the occupants. They work together with the seat belts to help reduce the risk of death or serious injury. |
| Tacoma | 2016 | 35 | SRS driver airbag/front passenger airbag Can help protect the head and chest of the driver and right front passenger from impact with interior components |
| Tacoma | 2016 | 36 | Your vehicle is equipped with ADVANCED AIRBAGS designed based on the US motor vehicle safety standards (FMVSS208). The airbag sensor assembly (ECU) controls airbag deployment based on information obtained from the sensors, etc., shown in the system components diagram above. This information includes crash severity and occupant information. As the airbags deploy, a chemical reaction in the inflators quickly fills the airbags with non-toxic gas to help restrain the motion of the occupants. |
| Tacoma | 2016 | 37 | The SRS airbags are supplemental devices to be used with the seat belts. |
| Tacoma | 2016 | 41 | The SRS front airbags will deploy in the event of an impact that exceeds the set threshold level (the level of force corresponding to an approximately 12 - 18 mph [20 - 30 km/h] frontal collision with a fixed wall that does not move or deform). |
| Tacoma | 2016 | 509 | To minimize the risk of fuel leakage when the engine stalls or when an airbag inflates upon collision, the fuel pump shut off system stops supply of fuel to the engine. |
| Tacoma | 2017 | 34 | The SRS airbags inflate when the vehicle is subjected to certain types of severe impacts that may cause significant injury to the occupants. They work together with the seat belts to help reduce the risk of death or serious injury. |
| Tacoma | 2017 | 35 | SRS driver airbag/front passenger airbag Can help protect the head and chest of the driver and right front passenger from impact with interior components |
| Tacoma | 2017 | 36 | Your vehicle is equipped with ADVANCED AIRBAGS designed based on the US motor vehicle safety standards (FMVSS208). The airbag sensor assembly (ECU) controls airbag deployment based on information obtained from the sensors, etc., shown in the system components diagram above. This information includes crash severity and occupant information. As the airbags deploy, a chemical reaction in the inflators quickly fills the airbags with non-toxic gas to help restrain the motion of the occupants. |
| Tacoma | 2017 | 37 | The SRS airbags are supplemental devices to be used with the seat belts. |

Toyota Manual Excerpts

| Vehicle | Year | Page | Statement |
|---------|------|------|-----------|
| Tacoma | 2017 | 41 | The SRS front airbags will deploy in the event of an impact that exceeds the set threshold level (the level of force corresponding to an approximately 12 - 18 mph [20 - 30 km/h] frontal collision with a fixed wall that does not move or deform). |
| Tacoma | 2017 | 513 | To minimize the risk of fuel leakage when the engine stalls or when an airbag inflates upon collision, the fuel pump shut off system stops supply of fuel to the engine. |
| Tacoma | 2018 | 34 | The SRS airbags inflate when the vehicle is subjected to certain types of severe impacts that may cause significant injury to the occupants. They work together with the seat belts to help reduce the risk of death or serious injury. |
| Tacoma | 2018 | 35 | SRS driver airbag/front passenger airbag Can help protect the head and chest of the driver and front passenger from impact with interior components |
| Tacoma | 2018 | 36 | Your vehicle is equipped with ADVANCED AIRBAGS designed based on the US motor vehicle safety standards (FMVSS208). The airbag sensor assembly (ECU) controls airbag deployment based on information obtained from the sensors, etc., shown in the system components diagram above. This information includes crash severity and occupant information. As the airbags deploy, a chemical reaction in the inflators quickly fills the airbags with non-toxic gas to help restrain the motion of the occupants. |
| Tacoma | 2018 | 37 | The SRS airbags are supplemental devices to be used with the seat belts. |
| Tacoma | 2018 | 41 | The SRS side and curtain shield airbags will deploy in the event of an impact that exceeds the set threshold level (the level of force corresponding to the impact force produced by an approximately 3300 lb. [1500 kg] vehicle colliding with the vehicle cabin from a direction perpendicular to the vehicle orientation at an approximate speed of 12 - 18 mph [20 - 30 km/h]). |
| Tacoma | 2018 | 565 | To minimize the risk of fuel leakage when the engine stalls or when an airbag inflates upon collision, the fuel pump shut off system stops supply of fuel to the engine. |
| Tacoma | 2019 | 34 | The SRS airbags inflate when the vehicle is subjected to certain types of severe impacts that may cause significant injury to the occupants. They work together with the seat belts to help reduce the risk of death or serious injury. |
| Tacoma | 2019 | 35 | SRS driver airbag/front passenger airbag Can help protect the head and chest of the driver and front passenger from impact with interior components |
| Tacoma | 2019 | 36 | Your vehicle is equipped with ADVANCED AIRBAGS designed based on the US motor vehicle safety standards (FMVSS208). The airbag sensor assembly (ECU) controls airbag deployment based on information obtained from the sensors, etc., shown in the system components diagram above. This information includes crash severity and occupant information. As the airbags deploy, a chemical reaction in the inflators quickly fills the airbags with non-toxic gas to help restrain the motion of the occupants. |

Toyota Manual Excerpts

| Vehicle | Year | Page | Statement |
|---------|------|------|-----------|
| Tacoma | 2019 | 37 | The SRS airbags are supplemental devices to be used with the seat belts. |
| Tacoma | 2019 | 41 | The SRS front airbags will deploy in the event of an impact that exceeds the set threshold level (the level of force corresponding to an approximately 12 - 18 mph [20 - 30 km/h] frontal collision with a fixed wall that does not move or deform). |
| Tacoma | 2019 | 567 | To minimize the risk of fuel leakage when the engine stalls or when an airbag inflates upon collision, the fuel pump shut off system stops supply of fuel to the engine. |
| Tundra | 2012 | 122 | The SRS airbags inflate when the vehicle is subjected to certain types of severe impacts that may cause significant injury to the occupants. They work together with the seat belts to help reduce the risk of death or serious injury. |
| Tundra | 2012 | 122 | Driver airbag/front passenger airbag Can help protect the head and chest of the driver and right front passenger from impact with interior components. |
| Tundra | 2012 | 124 | Your vehicle is equipped with ADVANCED AIRBAGS designed based on US motor vehicle safety standards (FMVSS208). The airbag system controls airbag deployment power for the driver and right front passenger. The driver airbag system consists of the driver seat's position sensor etc. The front passenger's airbag system consists of the front passenger occupant classification sensor etc. The main SRS airbag system components are shown above. The SRS airbag system is controlled by the airbag sensor assembly. The airbag sensor assembly consists of a safing sensor and an airbag sensor. Front bench type seat: The SRS airbags are designed to protect the driver and right front passenger, and they are not designed to protect an occupant in the front center seating position. In certain types of severe frontal or side impacts, the SRS airbag system triggers the airbag inflators. |
| Tundra | 2012 | 125 | The SRS front airbag will deploy in the event of an impact that exceeds the set threshold level (the level of force corresponding to an approximately 12-18 mph [20-30 km/h] frontal collision with a fixed wall that does not move or deform). |
| Tundra | 2012 | 129 | The SRS airbags are supplemental devices to be used with the seat belts. |
| Tundra | 2012 | 608 | To minimize the risk of fuel leakage when the engine stalls or an airbag inflates upon collision, the fuel pump shut off system stops supplying fuel to the engine. |
| Tundra | 2013 | 122 | The SRS airbags inflate when the vehicle is subjected to certain types of severe impacts that may cause significant injury to the occupants. They work together with the seat belts to help reduce the risk of death or serious injury. |
| Tundra | 2013 | 122 | Driver airbag/front passenger airbag Can help protect the head and chest of the driver and right front passenger from impact with interior components. |

Toyota Manual Excerpts

| Vehicle | Year | Page | Statement |
|---------|------|------|-----------|
| Tundra | 2013 | 124 | Your vehicle is equipped with ADVANCED AIRBAGS designed based on the US motor vehicle safety standards (FMVSS208). The airbag sensor assembly (ECU) controls airbag deployment based on information obtained from the sensors etc. shown in the system components diagram above. This information includes crash severity and occupant information. As the airbags deploy, a chemical reaction in the inflators quickly fills the airbags with non-toxic gas to help restrain the motion of the occupants. Front bench type seat: The SRS airbags are designed to protect the driver and right front passenger, and they are not designed to protect an occupant in the front center seating position. |
| Tundra | 2013 | 125 | The SRS front airbag will deploy in the event of an impact that exceeds the set threshold level (the level of force corresponding to an approximately 12-18 mph [20-30 km/h] frontal collision with a fixed wall that does not move or deform). |
| Tundra | 2013 | 129 | The SRS airbags are supplemental devices to be used with the seat belts. |
| Tundra | 2013 | 610 | To minimize the risk of fuel leakage when the engine stalls or an airbag inflates upon collision, the fuel pump shut off system stops supplying fuel to the engine. |
| Tundra | 2014 | 38 | The SRS airbags inflate when the vehicle is subjected to certain types of severe impacts that may cause significant injury to the occupants. They work together with the seat belts to help reduce the risk of death or serious injury. |
| Tundra | 2014 | 39 | SRS driver airbag/front passenger airbag Can help protect the head and chest of the driver and right front passenger from impact with interior components |
| Tundra | 2014 | 41 | Your vehicle is equipped with ADVANCED AIRBAGS designed based on the US motor vehicle safety standards (FMVSS208). The airbag sensor assembly (ECU) controls airbag deployment based on information obtained from the sensors etc. shown in the system components diagram above. This information includes crash severity and occupant information. As the airbags deploy, a chemical reaction in the inflators quickly fills the airbags with non-toxic gas to help restrain the motion of the occupants. Front bench type seat: The SRS airbags are designed to protect the driver and right front passenger, and they are not designed to protect an occupant in the front center seating position. |
| Tundra | 2014 | 42 | The SRS airbags are supplemental devices to be used with the seat belts. |
| Tundra | 2014 | 46 | The SRS front airbags will deploy in the event of an impact that exceeds the set threshold level (the level of force corresponding to an approximately 12 - 18 mph [20 - 30 km/h] frontal collision with a fixed wall that does not move or deform). |
| Tundra | 2014 | 463 | To minimize the risk of fuel leakage when the engine stalls or when an airbag inflates upon collision, the fuel pump shut off system stops supply of fuel to the engine. |
| Tundra | 2015 | 38 | The SRS airbags inflate when the vehicle is subjected to certain types of severe impacts that may cause significant injury to the occupants. They work together with the seat belts to help reduce the risk of death or serious injury. |

Toyota Manual Excerpts

| Vehicle | Year | Page | Statement |
|---------|------|------|-----------|
| Tundra | 2015 | 39 | SRS driver airbag/front passenger airbag Can help protect the head and chest of the driver and right front passenger from impact with interior components |
| Tundra | 2015 | 41 | Your vehicle is equipped with ADVANCED AIRBAGS designed based on the US motor vehicle safety standards (FMVSS208). The airbag sensor assembly (ECU) controls airbag deployment based on information obtained from the sensors etc. shown in the system components diagram above. This information includes crash severity and occupant information. As the airbags deploy, a chemical reaction in the inflators quickly fills the airbags with non-toxic gas to help restrain the motion of the occupants. Front bench type seat: The SRS airbags are designed to protect the driver and right front passenger, and they are not designed to protect an occupant in the front center seating position. |
| Tundra | 2015 | 42 | The SRS airbags are supplemental devices to be used with the seat belts. |
| Tundra | 2015 | 46 | The SRS front airbags will deploy in the event of an impact that exceeds the set threshold level (the level of force corresponding to an approximately 12 - 18 mph [20 - 30 km/h] frontal collision with a fixed wall that does not move or deform). |
| Tundra | 2015 | 464 | To minimize the risk of fuel leakage when the engine stalls or when an airbag inflates upon collision, the fuel pump shut off system stops supply of fuel to the engine. |
| Tundra | 2016 | 38 | The SRS airbags inflate when the vehicle is subjected to certain types of severe impacts that may cause significant injury to the occupants. They work together with the seat belts to help reduce the risk of death or serious injury. |
| Tundra | 2016 | 39 | SRS driver airbag/front passenger airbag Can help protect the head and chest of the driver and right front passenger from impact with interior components |
| Tundra | 2016 | 41 | Your vehicle is equipped with ADVANCED AIRBAGS designed based on the US motor vehicle safety standards (FMVSS208). The airbag sensor assembly (ECU) controls airbag deployment based on information obtained from the sensors etc. shown in the system components diagram above. This information includes crash severity and occupant information. As the airbags deploy, a chemical reaction in the inflators quickly fills the airbags with non-toxic gas to help restrain the motion of the occupants. Front bench type seat: The SRS airbags are designed to protect the driver and right front passenger, and they are not designed to protect an occupant in the front center seating position. |
| Tundra | 2016 | 42 | The SRS airbags are supplemental devices to be used with the seat belts. |
| Tundra | 2016 | 46 | The SRS front airbags will deploy in the event of an impact that exceeds the set threshold level (the level of force corresponding to an approximately 12 - 18 mph [20 - 30 km/h] frontal collision with a fixed wall that does not move or deform). |
| Tundra | 2016 | 472 | To minimize the risk of fuel leakage when the engine stalls or when an airbag inflates upon collision, the fuel pump shut off system stops supply of fuel to the engine. |

Toyota Manual Excerpts

| Vehicle | Year | Page | Statement |
|---------|------|------|-----------|
| Tundra | 2017 | 38 | The SRS airbags inflate when the vehicle is subjected to certain types of severe impacts that may cause significant injury to the occupants. They work together with the seat belts to help reduce the risk of death or serious injury. |
| Tundra | 2017 | 39 | SRS driver airbag/front passenger airbag Can help protect the head and chest of the driver and right front passenger from impact with interior components |
| Tundra | 2017 | 41 | Your vehicle is equipped with ADVANCED AIRBAGS designed based on the US motor vehicle safety standards (FMVSS208). The airbag sensor assembly (ECU) controls airbag deployment based on information obtained from the sensors etc. shown in the system components diagram above. This information includes crash severity and occupant information. As the airbags deploy, a chemical reaction in the inflators quickly fills the airbags with non-toxic gas to help restrain the motion of the occupants. Front bench type seat: The SRS airbags are designed to protect the driver and right front passenger, and they are not designed to protect an occupant in the front center seating position. |
| Tundra | 2017 | 42 | The SRS airbags are supplemental devices to be used with the seat belts. |
| Tundra | 2017 | 46 | The SRS front airbags will deploy in the event of an impact that exceeds the set threshold level (the level of force corresponding to an approximately 12 - 18 mph [20 - 30 km/h] frontal collision with a fixed wall that does not move or deform). |
| Tundra | 2017 | 474 | To minimize the risk of fuel leakage when the engine stalls or when an airbag inflates upon collision, the fuel pump shut off system stops supply of fuel to the engine. |