| Attorney or Party without Attorney:<br>Roland Tellis (SBN 186269)<br>BARON & BUDD P.C.<br>15910 Ventura Boulevard Suite 1600<br>Encino, CA 91436<br>  Telephone No: 818-839-2333<br>  Attorney For: Plaintiff | Ref. No. or File No.: | For Court Use Only |
|---|---|---|

| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA |
|---|
| In re ZF-TRW Airbag Control Units Products Liability Litigation |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:19-ml-02905-JAK-FFM |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action, Consolidated Class Action Complaint, Civil Minutes-General re: Status Conference (DKT. 106), Standing Orders for Civil Cases Assigned To Judge John A. Kronstat, Order Following February 24, 2020 Case Management Conference, Order Re Stipulated Protective Order Regarding Confidential Treatment of Documents (DKT. 104)

3. a. Party served:    FCA US LLC, as general manager of Fiat Chrysler Automobiles N.V.
   b. Person served:   Albert Damonte, CT Corporation System, Inc., Registered Agent
                       Served under F.R.C.P. Rule 4 and Cal. Code Civ. Proc. § 416.10

4. Address where the party was served:    818 W 7th St, Suite 930, Los Angeles, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue, Jun 23 2020 (2) at: 01:45 PM

6. **Person Who Served Papers:**
   a. Douglas Forrest (5141, Los Angeles)
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. *The Fee* for Service was: $811.41

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

06/26/2020
(Date)                                                    (Signature)



PROOF OF SERVICE

4629202
(4384732)