KIRKLAND & ELLIS LLP
Matthew T. Regan, P.C. (*pro hac vice*)
mregan@kirkland.com
300 North LaSalle
Chicago, IL 60654
Telephone: 312-862-2000
Facsimile: 312-862-2200

*Counsel for TRW Automotive, Inc., ZF North*
*America, Inc., ZF TRW Automotive Holdings*
*Corp., ZF Active Safety and Electronics U.S. LLC,*
*and ZF Passive Safety Systems U.S. Inc.*

(additional counsel listed below)

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: ZF-TRW Airbag Control Units Products Liability Litigation | Case No.: 2:19-ml-02905-JAK-FFM |
| ALL CASES | MDL No. 2905 |
| | Judge: John A. Kronstadt |
| | **JOINT STATUS REPORT REGARDING ESTABLISHMENT OF DEADLINE FOR COMPLETION OF FACT DISCOVERY** |

Pursuant to Section I of the Joint Status Report filed by the parties on June 1, 2020 (Dkt. 128), the Parties[1] submit this Joint Status Report regarding their collective and/or respective views as to whether the Court should set any deadlines for the completion of fact discovery at this time.[2]

## I.    DISCOVERY TO DATE

The Court's initial order in this Multidistrict Litigation ("MDL") stayed all then-outstanding disclosure and discovery proceedings, and stated that no further discovery proceedings should be initiated.  Notwithstanding that order, prior to the February 24, 2020 Initial Conference, certain Defendants agreed to voluntarily produce certain materials they had produced to the National Highway Traffic Safety Administration ("NHTSA") concerning NHTSA's investigation.  Based on that agreement, Plaintiffs agreed not to request other discovery from the Defendants or move the Court for any other discovery in advance of the February 24 conference.  The ZF TRW Defendants, the Honda Defendants, the Hyundai and Kia Defendants, Mitsubishi Motors North America, Inc., and the Toyota Defendants made those productions in March 2020, and the Toyota Defendants supplemented their production in June 2020.

With the exception of the production of the aforementioned materials, following the February 24 Initial Conference, the Court kept in place the initial stay of discovery, and ordered that "the parties shall not be permitted to serve discovery requests until 14 days

---

[1] Defendant Fiat Chrysler Automobiles, N.V. did not participate in the preparation of this joint report because Plaintiffs named it as a Defendant for the first time in their May 26, 2020 Consolidated Class Action Complaint (Dkt. 120) and have not effectuated service yet.  Plaintiffs contend that Defendant Fiat Chrysler Automobiles, N.V. was properly served through its general manager, FCA US LLC, in compliance with California Code of Civil Procedure.  Counsel for FCA US LLC in this matter have not been retained to represent Fiat Chrysler Automobiles N.V., but as counsel for FCA US report that FCA US is not the "general manager" of Fiat Chrysler Automobiles N.V.

[2] Defendants state that by participating in the process of meeting and conferring and preparing this joint report, they do not waive, and expressly reserve, the right to challenge this Court's personal jurisdiction as to the claims made by any Plaintiff or class.

after the Consolidated Complaint is filed."  March 6, 2020 Order Following Feb. 24, 2020 Case Mgmt. Conf. (Dkt. 106) ¶ 9.

Plaintiffs filed their Consolidated Complaint on May 26, 2020, and served their first set of requests for production on the domestic entities among the ZF TRW Defendants, the Honda Defendants, the Hyundai and Kia Defendants, and the Toyota Defendants, as well as FCA US LLC and Mitsubishi Motors North America, Inc. on June 9.  The requests encompassed 55 separate requests to the ZF TRW Defendants and 45-48 separate requests to each group of vehicle manufacturer defendants.  Defendants' responses to these requests are currently due on July 9, 2020.

Defendants have not served discovery requests on Plaintiffs.

## II.   ANTICIPATED MOTION PRACTICE

Defendants intend to move to dismiss the Consolidated Complaint pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6).  Defendants will file such motions on or before July 27, 2020.  *See* March 6 Order (Dkt. 106) ¶ 13.[3]

In addition, one or more Defendants anticipates moving to stay these proceedings, including in light of NHTSA's ongoing Engineering Analysis (NHTSA No. EA 19-001).  Any Defendant that so moves will do so on or before July 15, 2020.  *See* June 1 Joint Status Report (Dkt. 128) § III; June 16, 2020 Civil Minutes (Dkt. 143) at 1.

## III.   POSITIONS REGARDING COMPLETION OF FACT DISCOVERY

### A.   Defendants' Position

Defendants do not believe the Court need order a deadline for completion of fact discovery at this time, particularly in light of the upcoming motions.

---

[3] The ST Defendants were not previously a party to any of the class actions filed or consolidated into this MDL, and were named, for the first time, in the Consolidated Complaint filed on May 26, 2020.  Pursuant to a stipulation with Plaintiffs, the ST Defendants shall file their individual motion to dismiss on or before August 17, 2020. June 30, 2020 Order re Stip. Regarding Service of Process on Foreign ST Defs. & Briefing Schedule (Dkt. 165) ¶ 2.  The ST Defendants respectfully submit that, at the very earliest, this date should be the starting point for any deadline the Court sets regarding discovery.

In the January 21, 2020 Joint Preliminary Report, the parties suggested that (i) the deadline for substantial completion of document production be set 12 months after commencement of discovery; (ii) the fact discovery cut-off be set 6 months after the deadline for substantial completion of document production; and (iii) the deadline for service of written fact discovery requests be set so that responses would be due by the close of fact discovery.  Jan. 21, 2020 Joint Preliminary Report for Feb. 24, 2020 Initial Conf. (Dkt. 80) at 16.  Defendants believe that these approximate durations are likely still reasonable, but believe the Court should await receipt and review of Defendants' upcoming stay motions (which should be fully briefed by the September 14 status conference) and discuss the imposition of fact discovery deadlines at that conference.

### B.    Plaintiffs' Position

The fact discovery deadlines previously proposed to the Court in the January 21, 2020 Joint Preliminary Report should continue to apply to all Domestic Defendants.[4]

Fact discovery commenced on June 9, 2020, and a stay until the end of NHTSA's ongoing Engineering Analysis, or until after this Court rules on Rule 12 motions, will do nothing except significantly delay the prosecution of this action.

An ongoing NHTSA investigation is not a reason to stay this litigation, as numerous District Courts have held when several of the Defendants in this case made similar arguments in other product defect cases.  *See In re Toyota Motor Corp. Hybrid Brake Mktg., Sales Practices, & Prods. Liability Litig.*, 890 F. Supp. 2d 1210, 1223-24 (C.D. Cal. 2011) (finding that the primary jurisdiction doctrine was inapplicable even when a safety recall was underway because the plaintiffs' claims were based on consumer protection statutes and common law, not the Motor Vehicle Safety Act); *Glenn v. Hyundai Motor Am.*, 2016 WL 3621280 (C.D. Cal. June 24, 2016) (finding that the primary jurisdiction

---

[4] Plaintiffs and the ST Defendants have not yet engaged in a Rule 26 conference.  While it is Plaintiffs position that the deadline for completion of fact discovery should be the same for all Domestic Defendants, Plaintiffs will meet and confer with the ST Defendants on the fact discovery deadline as part of a Rule 26 conference.

doctrine was inapplicable because a recall alone would not provide the plaintiffs with all the relief they sought, and there is little authority to suggest that Congress intended NHTSA to have exclusive authority over automobile safety); *see also In re: Takata Airbag Prods. Liability Litig.*, 2015 WL 12641693 at *2 (S.D. Fla. Sept. 23, 2015) (finding that a stay based on the primary jurisdiction of NHTSA "would be inappropriate given the nature of the claims before the Court" and finding that Plaintiffs' claims, which included violations of RICO, the Magnuson-Moss Warranty Act, common and state law claims, and various state consumer protection statutes "fall within the conventional competence of the Court.").

With respect to the Foreign Defendants, Plaintiffs recognize that those entities had not appeared or been served until after the filing of the Consolidated Complaint and therefore did not participate in the preparation of the January 21, 2020 Joint Preliminary Report.  Furthermore, Plaintiffs have entered stipulations regarding the waiver of service with all Foreign Defendants except Fiat Chrysler Automobiles N.V.  These stipulations extend deadlines for the stipulating Defendants to respond to discovery and produce documents.  *See* Dkts. 126, 165, 169.  Considering this, Plaintiffs propose that the parties meet and confer in advance of the September 14, 2020 Status Conference and provide the Court with either a joint proposal or competing proposals regarding the deadline for completion of fact discovery with the Foreign Defendants on or before September 9, 2020.

The parties will be prepared to address these proposals at the September 14 Status Conference.

DATED:  July 7, 2020

Respectfully submitted,

*/s/ Matthew T. Regan, P.C.*

KIRKLAND & ELLIS LLP
Mark C. Holscher (SBN 139582)
mark.holscher@kirkland.com
555 South Flower Street
Los Angeles, CA 90071
Telephone: 213-680-8400
Facsimile: 213-680-8500

Tammy A. Tsoumas (SBN 250487)
tammy.tsoumas@kirkland.com
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
Telephone: 310-552-4200
Facsimile: 310-552-5900

Matthew T. Regan, P.C. (*pro hac vice*)
mregan@kirkland.com
300 North LaSalle
Chicago, IL 60654
Telephone: 312-862-2000
Facsimile: 312-862-2200

Judson Brown, P.C. (*pro hac vice*)
jdbrown@kirkland.com
Michael A. Glick (*pro hac vice*)
michael.glick@kirkland.com
Jason Wilcox (*pro hac vice*)
jason.wilcox@kirkland.com
1301 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
Telephone: 202-389-5000
Facsimile: 202-389-5200

*Counsel for TRW Automotive, Inc., ZF North America, Inc., ZF TRW Automotive Holdings Corp., ZF Active Safety and Electronics U.S. LLC, and ZF Passive Safety Systems U.S. Inc.*

5

*/s/ Eric Mattson*

SIDLEY AUSTIN LLP
Lisa M. Gilford (SBN 171641)
lgilford@sidley.com
Stacy Horth-Neubert (SBN 214565)
shorthneubert@sidley.com
555 West Fifth Street
Los Angeles, CA 90013
Telephone: 213-896-6000
Facsimile: 213-896-6600

Eric S. Mattson
emattson@sidley.com
One South Dearborn Street
Chicago, IL 60603
Telephone: 312-853-7000
Facsimile: 312-853-7036

*Counsel for American Honda Motor Co., Inc., Honda of America Mfg., Inc., and Honda R&D Americas, Inc.*

JOINT STATUS REPORT RE ESTABLISHMENT OF DEADLINE FOR FACT DISCOVERY

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*/s/ Christopher M. Young*

DLA PIPER LLP (US)
Christopher M. Young (SBN 163319)
christopher.young@dlapiper.com
Michelle Chung (SBN 312833)
michelle.chung@dlapiper.com
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067
Telephone: 310-595-3000
Facsimile: 310-595-3300

Matthew A. Goldberg
mathew.goldberg@dlapiper.com
Nathan P. Heller
nathan.heller@dlapiper.com
One Liberty Place
1650 Market Street
Suite 5000
Philadelphia, PA 19103
Telephone: 215-656-3300
Facsimile: 215-656-3301

*Counsel for Hyundai Mobis Co., Ltd.*

JOINT STATUS REPORT RE ESTABLISHMENT OF DEADLINE FOR FACT DISCOVERY

1

*/s/ Lance A. Etcheverry*

2

SKADDEN, ARPS, SLATE,

3

MEAGHER & FLOM LLP
Lance A. Etcheverry (SBN 199916)

4

lance.etcheverry@skadden.com
Caroline Van Ness (SBN 281675)

5

caroline.vanness@skadden.com

6

Matthew J. Tako (SBN 307013)
matthew.tako@skadden.com

7

525 University Avenue, Suite 1400

8

Palo Alto, CA 94301
Telephone: 650-470-4500

9

Facsimile: 650-470-4570

10

11

John Beisner (SBN 81571)
john.beisner@skadden.com

12

1440 New York Avenue N.W.

13

Washington, D.C. 20005
Telephone: 202-371-7000

14

Facsimile: 202-393-5760

15

16

*Counsel for Hyundai Motor America, Inc.
and Kia Motors America, Inc.*

17

18

19

20

21

22

23

24

25

26

27

28

8

*/s/ Michael Mallow*

SHOOK, HARDY & BACON LLP
Michael Mallow
mmallow@shb.com
Rachel Straus
rstraus@shb.com
2049 Century Park East, Suite 3000
Los Angeles, CA 90067
Telephone: 424-285-8330
Facsimile: 424-204-9093

Amir Nassihi
anassihi@shb.com
One Montgomery, Suite 2600
San Francisco, CA 94104
Telephone: 415-544-1900
Facsimile: 415-391-0281

BOWMAN AND BROOKE LLP
Vincent Galvin (SBN 104448)
vincent.galvin@bowmanandbrooke.com
1741 Technology Drive, Suite 200
San Jose, CA 95110
Telephone: 408-279-5393
Facsimile: 408-279-5845

Mark V. Berry (SBN 70162)
mark.berry@bowmanandbrooke.com
970 West 190th Street, Suite 700
Torrance, CA 90502
Telephone: 310-768-3068
Facsimile: 310-719_1019

*Counsel for Toyota Motor North America, Inc., Toyota Motor Sales, U.S.A., Inc., Toyota Motor Engineering & Manufacturing North America, Inc.*

9

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*/s/ Brandi L. Burke*

THOMPSON COBURN LLP
Kathy A. Wisniewski
kwisniewski@thompsoncoburn.com
Stephen A. D'Aunoy
kwisniewski@thompsoncoburn.com
Thomas L. Azar, Jr.
tazar@thompsoncoburn.com
Brandi L. Burke
bburke@thompsoncoburn.com
One US Bank Plaza
St. Louis, MO  63101
Telephone: 314-552-6000
Facsimile: 314-552-7000

Kacey R. Riccomini (SBN 292340)
kriccomini@thompsoncoburn.com
2029 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: 310-282-2500
Facsimile: 310-282-2501

*Counsel for FCA US LLC*

*/s/ Douglas W. Robinson*

PALMIERI, TYLER, WIENER,
WILHELM & WALDRON LLP
Douglas W. Robinson (SBN 255909)
drobinson@ptwww.com
Christopher J. Green (SBN 295874)
cgreen@ptwww.com
1900 Main Street, Suite 700
Irvine, CA  92614
Telephone: 949-851-9400
Facsimile: 949-825-5401

*Counsel for Mitsubishi Motors North America, Inc.*

JOINT STATUS REPORT RE ESTABLISHMENT OF DEADLINE FOR FACT DISCOVERY

1

*/s/  Jodi K. Swick*

2
Jodi K. Swick (SBN 228634)

3
jodi.swick@mhllp.com
McDOWELL HETHERINGTON LLP

4
1 Kaiser Plaza, Ste. 340

5
Oakland, CA 94612
Telephone: 510.628.2145

6
Facsimile: 510.628.2146

7

8
Alec S. DiMario (SBN 309811)
alec.dimario@mhllp.com

9
McDOWELL HETHERINGTON LLP
1055 E. Colorado Blvd., Ste. 500

10
Pasadena, CA 91106

11
Telephone: 213.631.4059
Facsimile: 510.628.2146

12

13
Thomas F.A. Hetherington
tom.hetherington@mhllp.com

14
Kendall J. Burr
kendall.burr@mhllp.com

15
Robert P. Debelak III

16
bobby.debelak@mhllp.com
McDOWELL HETHERINGTON LLP

17
1001 Fannin St., Ste. 2700

18
Houston, TX 77002
Telephone: 713.337.5580

19
Facsimile: 713.337.8850

20

21
Emily K. Liu
emily.liu@mhllp.com

22
McDOWELL HETHERINGTON LLP

23
2000 East Lamar Blvd., Ste. 780
Arlington, TX 76006

24
Telephone: 817.635.7300

25
Facsimile: 817.635.7308

26
*Counsel for Defendants*

27
*STMicroelectronics, Inc.,*
*STMicroelectronics N.V., and*

28
*STMicroelectronics International N.V.*

11

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*/s/ Roland Tellis*

BARON & BUDD, P.C.
Roland Tellis (SBN 186269)
rtellis@baronbudd.com
David Fernandes (SBN 280944)
dfernandes@baronbudd.com
Adam Tamburelli (SBN 301902)
atamburelli@baronbudd.com
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: 818-839-2333
Facsimile: 818-986-9698

LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
David Stellings (pro hac vice)
dstellings@lchb.com
John T. Nicolaou (pro hac vice)
jnicolaou@lchb.com
Katherine McBride
kmcbride@lchb.com
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: 212.355.9500

LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
Elizabeth J. Cabraser (SBN 83151)
ecabraser@lchb.com
Nimish R. Desai (SBN 244953)
ndesai@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000

*Co-Lead Counsel for Plaintiffs*

12

## SIGNATURE OF CERTIFICATION

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED:  July 7, 2020

*/s/ Matthew T. Regan P.C.*

*Counsel for TRW Automotive, Inc., ZF North America, Inc., ZF TRW Automotive Holdings Corp., ZF Active Safety and Electronics U.S. LLC, and ZF Passive Safety Systems U.S. Inc.*

1

**CERTIFICATE OF SERVICE**

2

  I certify that on July 7, 2020, a copy of the foregoing JOINT STATUS REPORT

3

REGARDING ESTABLISHMENT OF DEADLINE FOR COMPLETION OF FACT

4

DISCOVERY was served electronically through the Court's electronic filing system upon

5

all parties appearing on the Court's ECF service list.

6

7

 DATED:  July 7, 2020          */s/ Matthew T. Regan P.C.*

8

                *Counsel for TRW Automotive, Inc., ZF*
                *North America, Inc., ZF TRW Automotive*

9

                *Holdings Corp., ZF Active Safety and*
                *Electronics U.S. LLC, and ZF Passive*

10

                *Safety Systems U.S. Inc.*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28