**SHOOK HARDY & BACON L.L.P.**
Michael L. Mallow, SBN 188745
mmallow@shb.com
Rachel A. Straus, SBN 268836
rstraus@shb.com
2049 Century Park East, Suite 3000
Los Angeles, California 90067
Tel: 424.285.8330 | Fax: 424.204.9093

Amir M. Nassihi, SBN 235936
anassihi@shb.com
Joan R. Camagong, SBN 288217
jcamagong@shb.com
One Montgomery, Suite 2600
San Francisco, California 94104
Tel.: 415.544.1900 | Fax: 415.391.0281

**BOWMAN AND BROOKE LLP**
Vincent Galvin (SBN 104448)
vincent.galvin@bowmanandbrooke.com
1741 Technology Drive, Suite 200
San Jose, CA 95110
Tel.: 408-279-5393| Fax: 408-279-5845

Mark V. Berry (SBN 70162)
mark.berry@bowmanandbrooke.com
970 West 190th Street, Suite 700
Torrance, CA 90502
Tel.: 310-768-3068| Fax: 310-719_1019

Attorneys for Defendants
TOYOTA MOTOR CORPORATION;
TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC.;
TOYOTA MOTOR NORTH AMERICA, INC.; and
TOYOTA MOTOR SALES U.S.A. INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: ZF-TRW Airbag Control Units Products Liability Litigation<br><br>ALL CASES | Case No.  2:19-ml-02905-JAK-FFM<br><br>Judge:  John A. Kronstadt<br><br>**DECLARATION OF RACHEL A. STRAUS IN SUPPORT OF TOYOTA DEFENDANTS' MOTION TO DISMISS PURSUANT TO 12(b)(6)** |

DECLARATION OF RACHEL A. STRAUS IN SUPPORT OF TOYOTA'S 12(B)(6) MOTION

I, Rachel A. Straus, hereby declare:

1. I am an attorney at law licensed to practice in the State of California and am a partner in the law firm of Shook, Hardy & Bacon LLP, attorneys of record for Toyota Motor North America, Inc., Toyota Motor Sales, U.S.A., Inc., and Toyota Motor Engineering & Manufacturing North America, Inc. I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would competently testify thereto.

2. Attached as **Exhibit A** is a true and correct copy of the 2014 Tacoma Warranty & Maintenance Guide.

3. Attached as **Exhibit B** is a true and correct copy of the 2013 Tacoma Warranty & Maintenance Guide.

4. Attached as **Exhibit C** is a true and correct copy of the 2018 Corolla Warranty & Maintenance Guide.

5. Attached as **Exhibit D** is a true and correct copy of the 2014 Corolla Warranty & Maintenance Guide.

6. Attached as **Exhibit E** is a true and correct copy of the 2016 Tundra Warranty & Maintenance Guide.

7. Attached as **Exhibit F** is a true and correct copy of the 2015 Corolla Warranty & Maintenance Guide.

8. Attached as **Exhibit G** is a true and correct copy of the 2015 Tacoma Warranty & Maintenance Guide.

9. Attached as **Exhibit H** is a true and correct copy of the 2012 Tundra Warranty & Maintenance Guide.

10. Attached as **Exhibit I** is a true and correct copy of the 2014 Tacoma Warranty & Maintenance Guide.

11. Attached as **Exhibit J** is a true and correct copy of the 2013 Corolla Matrix Warranty & Maintenance Guide.

12. Attached as **Exhibit K** is a true and correct copy of the 2013 Avalon

1 | Warranty & Maintenance Guide.

2 |     13.    Attached as **Exhibit L** is a true and correct copy of the 2018 Tacoma
3 | Warranty & Maintenance Guide.
4 |     I declare under penalty of perjury under the laws of the United States of
5 | America that the foregoing is true and correct. Executed this 27th day of July, 2020 in
6 | Los Angeles, California.

                                             By: */s/ Rachel A. Straus*
                                                   Rachel A. Straus