Jodi K. Swick (SBN 228634)
jodi.swick@mhllp.com
McDOWELL HETHERINGTON LLP
1 Kaiser Plaza, Ste. 340
Oakland, CA 94612
Telephone: 510.628.2145
Facsimile:  510.628.2146

Alec S. DiMario (SBN 309811)
alec.dimario@mhllp.com
McDOWELL HETHERINGTON LLP
1055 E. Colorado Blvd., Ste. 500
Pasadena, CA 91106
Telephone: 213.631.4059
Fax: 510.628.2146

Thomas F.A. Hetherington*
tom.hetherington@mhllp.com
Kendall J. Burr*
kendall.burr@mhllp.com
Robert P. Debelak III*
bobby.debelak@mhllp.com
McDOWELL HETHERINGTON LLP
1001 Fannin Street, Ste. 2700
Houston, TX 77002
Telephone: 713.337.5580
Facsimile:  713.337.8850

Emily K. Liu*
emily.liu@mhllp.com
McDOWELL HETHERINGTON LLP
1000 Ballpark Way, Ste. 209
Arlington, TX 76011
Telephone: 817.635.7300
Facsimile:  817.635.7308

*Attorneys for Defendants*
STMicroelectronics, Inc., STMicroelectronics N.V.,
and STMicroelectronics International N.V.

* *Admitted Pro Hac Vice*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re: ZF-TRW Airbag Control Units Products Liability Litigation*<br><br>ALL CASES | MDL No. 2905<br>Case No. 2:19-ml-02905-JAK-FFM<br><br>**DECLARATION OF DENISE TUINFORT IN SUPPORT OF STMICROELECTRONICS N.V.'S MOTION TO DISMISS** |

I, Denise Tuinfort, declare as follows:

1. I have been employed by STMicroelectronics N.V. since August 2018. I currently serve as Senior Legal Counsel at STMicroelectronics N.V. I have served in this position since August 2018.

2. I make the following statements based on my own personal knowledge and experiences, and on information available to me in my current position with STMicroelectronics N.V., and would and could testify thereto if sworn as a witness at trial.

3. In my position as Senior Legal Counsel at STMicroelectronics N.V., I am familiar with the corporate organization of STMicroelectronics N.V. (STNV).

4. STNV is incorporated under the laws of The Netherlands with its registered office in Amsterdam, The Netherlands.

5. STNV is a holding company. STNV does not make, market, distribute, or sell products or services in the United States of America.

6. Shares of STNV are listed and traded on the New York Stock Exchange, and STNV maintains a registered agent in the State of New York solely for service of process related to its registration under the U.S. Securities Exchange Act of 1934, as amended. Otherwise, STNV does not conduct business anywhere in the United States of America and is not registered in any state to do so.

7. STNV has no offices or other facilities in California, Michigan, Florida, New York, Washington, Alabama, or anywhere else in the United States of America.

8. STNV owns no real estate in California, Michigan, Florida, New York, Washington, Alabama, or anywhere else in the United States of America.

9. STNV has no bank accounts in California, Michigan, Florida, New York, Washington, Alabama, or anywhere else in the United States of America.

10. STNV is not registered to conduct business in California, Michigan, Florida, New York, Washington, or Alabama, or anywhere else in the United States of America.

11. STNV has no employees in California, Michigan, Florida, New York, Washington, Alabama, or anywhere else in the United States of America.

12. All business operations for the STMicroelectronics group of companies are conducted through subsidiaries organized and operated according to the laws of their respective country of incorporation.

13. STNV, STMicroelectronics International N.V., and STMicroelectronics, Inc. are separate and distinct legal entities.

14. As a parent company, STNV provides certain limited services to its subsidiaries, such as those described in its 2019 Annual Report, but does not exercise close control over its subsidiaries' daily affairs which they manage on their own.

15. STNV, STMicroelectronics International N.V., and STMicroelectronics, Inc. each observe corporate formalities and have their own directors, officers, and employees.

16. STNV, STMicroelectronics International N.V., and STMicroelectronics, Inc. each maintain separate corporate and financial records, do not comingle assets, and maintain independent bank accounts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 13, 2020.

Location: Amsterdam    By: _____
                            Denise Tuinfort