KIRKLAND & ELLIS LLP
Matthew T. Regan, P.C. (*pro hac vice*)
mregan@kirkland.com
300 North LaSalle
Chicago, IL 60654
Telephone: 312-862-2000
Facsimile:  312-862-2200

*Liaison Counsel for Defendants*

(additional counsel listed below)

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: ZF-TRW Airbag Control Units Products Liability Litigation<br><br>ALL CASES | Case No.: 2:19-ml-02905-JAK-FFM<br><br>MDL No. 2905<br><br>Judge: John A. Kronstadt<br><br>**JOINT STATUS REPORT FOR SEPTEMBER 14, 2020 STATUS CONFERENCE**<br><br>Date:    September 14, 2020<br>Time:   1:30 p.m.<br>Dept.:   Courtroom 10B |

**JOINT STATUS REPORT FOR SEPTEMBER 14, 2020 CONFERENCE**

Pursuant to the Court's June 16, 2020 Order (Dkt. 143), issued following the June 15, 2020 Status Conference, the Parties submit this Joint Status Report reflecting their collective and/or respective views regarding certain matters.  The Parties identify below the issues on which they have reached agreement.  Where the Parties have been unable to reach agreement, they identify their respective positions and/or proposals for making further progress.[1]

## I.  Brief Statement as to Whether and How the September 14 Status Conference Should Proceed

Pursuant to the Court's June 16, 2020 Order, the Parties have conferred regarding their views as to whether the September 14 status conference should proceed, and if so, in what format.  Dkt. 143 at 2.  The Parties agree that, subject to the Court's availability, the September 14 status conference should proceed, particularly because the Parties and the Court will convene that day for the hearings regarding the ZF Defendants' pending motion to stay discovery (Dkt. 188) and the Toyota Defendants' pending motion to stay and to sever (Dkt. 191) in any event.  Further, in light of the continued closure of the courthouses in the Central District of California pursuant to General Order No. 20-09, the Parties jointly propose that the status conference be held via videoconference or, alternatively, telephonically.

## II.  Status of Discovery

Plaintiffs served their First Sets of Requests for Production on certain domestic Defendants on June 9, 2020.[2]  Those Defendants have all timely served responses and/or

---

[1]   Defendants state that their participation in the court-ordered process of meeting and conferring and preparing this joint status report does not prejudice or waive any challenge to this Court's personal jurisdiction as to the claims made by any Plaintiff or class.

[2]   Those Defendants are ZF Active Safety and Electronics US LLC, ZF Passive Safety Systems US Inc., ZF Automotive US Inc. (f/k/a TRW Automotive Inc.), ZF TRW Automotive Holdings Corp., ZF North America, Inc., American Honda Motor Co., Inc., Honda of America Mfg., Inc., Honda R&D Americas, Inc., Mitsubishi Motors North America, Inc., FCA U.S., LLC, Toyota Motor North America, Inc., Toyota Motor Sales, U.S.A., Inc., Toyota Motor Engineering & Manufacturing North America, Inc., Hyundai Motor America, Inc., and Kia Motors America, Inc.

1

objections, either on July 9, 2020 pursuant to Federal Rule of Civil Procedure 34 or on a later date pursuant to agreement between the Parties.  To the extent there are any disagreements regarding the responses and objections, the Parties are in the process of meeting and conferring.[3]  In the event the Parties reach an impasse on any discovery issue, the Parties will raise those disputes with the Magistrate Judge.[4]

Additionally, on August 7, 2020, Plaintiffs served requests for jurisdictional discovery on certain Foreign Defendants.[5]  Thereafter, on August 19, 2020, Plaintiffs served requests for jurisdictional discovery on Fiat Chrysler Automobiles, N.V.; and on August 24, 2020, Plaintiffs served requests for jurisdictional discovery on STMicroelectronics, N.V. and STMicroelectronics International, N.V.  On August 27, 2020, ZF Friedrichshafen AG, ZF Holdings B.V., Honda Motor Co., Ltd., Honda R&D Co., Ltd., Hyundai Mobis Co., Ltd., Hyundai Motor Company Ltd., Kia Motors Corporation, Mitsubishi Motors Corporation, and Toyota Motor Corporation informed Plaintiffs that pursuant to Paragraph 3(c) of the Court's Orders approving the Stipulation Regarding Service of Process on Foreign Defendants (Dkts. 126, 170), they object to Plaintiffs' entitlement to jurisdictional discovery and therefore would not be responding to those requests.  Plaintiffs and these certain Foreign Defendants will follow the procedures set forth in the above-mentioned Court Orders (Dkts. 126, 170) to resolve the dispute in connection with such discovery.  Pursuant to the Court's Orders approving the Stipulation

---

[3]   By participating in the discovery process, and identifying any potential documents it may be willing to produce in response to Plaintiffs' document requests, no Defendant waives its argument, if any, that discovery should be stayed, and that discovery is premature pending resolution of the motions to stay (Dkts. 188, 191), which are currently scheduled for hearing on September 14, 2020.

[4]   On August 24, 2020, Plaintiffs served their First Set of Requests for Production on STMicroelectronics, Inc.

[5]   The Foreign Defendants are ZF Friedrichshafen AG, ZF Holdings B.V., Honda Motor Co., Ltd., Honda R&D Co., Ltd., Hyundai Mobis Co., Ltd., Hyundai Motor Company Ltd., Kia Motors Corporation, Mitsubishi Motors Corporation, and Toyota Motor Corporation. *See* Dkt. 126.

2

**JOINT STATUS REPORT FOR SEPTEMBER 14, 2020 CONFERENCE**

Regarding Service of Process on the Foreign STMicro Defendants (*see* Dkt. 165), the foreign STMicro Defendants have until September 14, 2020 to inform Plaintiffs whether they object to Plaintiffs' jurisdictional discovery requests in their entirety.[6]

Finally, on August 19, 2020, Toyota Motor Sales U.S.A. Inc. served its first set of requests for production on the Toyota Plaintiffs requesting documents related to their purchase of their vehicles. The discovery was served regarding purchase documents to determine whether the Toyota Plaintiffs are subject to mandatory arbitration. The Toyota Plaintiffs will serve their objections and/or responses to such discovery in accordance with the Federal Rules but note that Toyota did not file any arbitration motion by the July 15, 2020 deadline set by the Court. (*See* Dkt. 143.) And, Plaintiffs note that Toyota had ample opportunity and time to serve Requests for Production of the purchase agreements immediately following the Court's lifting of the discovery stay in June 2020 but chose not to.

## III. Resolving Status of Plaintiffs in Underlying Lawsuits Who Do Not Assert Claims in Plaintiffs' Consolidated Class Action Complaint

There are nearly 100 individuals who originally asserted claims as part of the underlying lawsuits that have been consolidated as part of this multi-district litigation, but who are not proposed class representatives in the Consolidated Class Action Complaint (including all of the plaintiffs in at least 15 of the underlying lawsuits). Defendants believe that those original plaintiffs' claims have been superseded by the filing of the Consolidated Class Action Complaint and are no longer operative. Defendants believe the claims of these plaintiffs should be dismissed without prejudice if they are no longer participating in the proceedings consolidated in this MDL. Because the STMicro Defendants and Fiat Chrysler Automobiles, NV were not named in any of the underlying actions, they contend that none of these former plaintiffs have brought claims against them in any forum.

---

[6] Fiat Chrysler Automobiles, N.V. is not a party to the stipulations regarding jurisdictional discovery.

**JOINT STATUS REPORT FOR SEPTEMBER 14, 2020 CONFERENCE**

Plaintiffs contend that any original plaintiffs in transferred actions who are not proposed representative plaintiffs in the Consolidated Class Action Complaint are de facto putative class members whose claims, like any other putative class members' claims, are being pursued via the Consolidated Class Action Complaint.  Plaintiffs have advised Defendants that the transferred actions have been administratively closed by this Court's September 6, 2019 Order (Dkt. 4) pending resolution of this MDL and therefore no additional action with respect to such transferred cases is necessary at this time.

The Parties are meeting and conferring further in an effort to resolve their disagreements over this issue, and will be prepared to discuss their respective views on this issue at the September 14, 2020 status conference.

## IV.   Procedures for Motion to Dismiss Hearing

Pending before the Court are Defendants' Joint Motion to Dismiss (Dkt. 208), as well as eight separate Motions to Dismiss (Dkts. 209, 212, 213, 214, 219, 220, 230, 241). Briefing on these motions is ongoing, and the hearing is set for January 25, 2021 (Dkt. 223).  The Parties respectfully request that the Court discuss its preferred structure for this hearing, including the order of argument and time allotments, if any, during the September 14, 2020 status conference or at another status conference in advance of the January 25, 2021 hearing date.

## V.   Procedures for Future Hearings

The Court has previously indicated that it would establish "[a] procedure for setting Motions for hearing."  (Dkt. 5 ¶ 6(e).)  In order to streamline the process and avoid burdening the Court with additional filings, the Parties jointly propose establishing a procedure whereby a moving party can notice a motion for hearing on either: (1) the next earliest date on the Court's Motion Calendar; or, (2) on the same date as the next regularly-scheduled case status conference.  This procedure would reduce the filing of stipulations to reschedule and advance hearings, such as the Parties' July 20, 2020 stipulation to advance the hearings on the pending motions to stay to September 14, 2020 (Dkt. 196).

4

**JOINT STATUS REPORT FOR SEPTEMBER 14, 2020 CONFERENCE**

**VI.     Other Issues Requiring the Court's Assistance**

The Parties do not have any other issues requiring the Court's assistance.

//

**JOINT STATUS REPORT FOR SEPTEMBER 14, 2020 CONFERENCE**

DATED: August 31, 2020

Respectfully submitted,

*/s/ Roland Tellis*

BARON & BUDD, P.C.
Roland Tellis (SBN 186269)
rtellis@baronbudd.com
David Fernandes (SBN 280944)
dfernandes@baronbudd.com
Adam Tamburelli (SBN 301902)
atamburelli@baronbudd.com
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: 818-839-2333
Facsimile: 818-986-9698

LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
David Stellings (pro hac vice)
dstellings@lchb.com
John T. Nicolaou (pro hac vice)
jnicolaou@lchb.com
Katherine McBride
kmcbride@lchb.com
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: 212.355.9500

LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
Elizabeth J. Cabraser (SBN 83151)
ecabraser@lchb.com
Nimish R. Desai (SBN 244953)
ndesai@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000

*Co-Lead Counsel for Plaintiffs*

6

DATED: August 31, 2020                    Respectfully submitted,

                                          */s/ Matthew T. Regan, P.C.*

                                          KIRKLAND & ELLIS LLP
                                          Mark C. Holscher (SBN 139582)
                                          mark.holscher@kirkland.com
                                          555 South Flower Street
                                          Los Angeles, CA 90071
                                          Telephone: 213-680-8400
                                          Facsimile: 213-680-8500

                                          Tammy A. Tsoumas (SBN 250487)
                                          tammy.tsoumas@kirkland.com
                                          2049 Century Park East, Suite 3700
                                          Los Angeles, CA 90067
                                          Telephone: 310-552-4200
                                          Facsimile: 310-552-5900

                                          Matthew T. Regan, P.C. (pro hac vice)
                                          mregan@kirkland.com
                                          300 North LaSalle
                                          Chicago, IL 60654
                                          Telephone: 312-862-2000
                                          Facsimile: 312-862-2200

                                          Judson Brown, P.C. (pro hac vice)
                                          jdbrown@kirkland.com
                                          Michael A. Glick (pro hac vice)
                                          michael.glick@kirkland.com
                                          Jason Wilcox (pro hac vice)
                                          jason.wilcox@kirkland.com
                                          1301 Pennsylvania Avenue, N.W.
                                          Washington, D.C. 20004
                                          Telephone: 202-389-5000
                                          Facsimile: 202-389-5200

                                          *Counsel for ZF Active Safety and Electronics
                                          US LLC, ZF Passive Safety Systems US Inc.,
                                          ZF Automotive US Inc., ZF TRW Automotive
                                          Holdings Corp., ZF North America, Inc., ZF
                                          Friedrichshafen AG, and ZF Holdings B.V.*

7

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*/s/ Robert P. Debelak III*

McDOWELL HETHERINGTON LLP
Jodi K. Swick (SBN 228634)
jodi.swick@mhllp.com
1 Kaiser Plaza, Ste. 340
Oakland, CA 94612
Telephone: 510.628.2145
Facsimile: 510.628.2146

Alec S. DiMario (SBN 309811)
alec.dimario@mhllp.com
1055 E. Colorado Blvd., Ste. 500
Pasadena, CA 91106
Telephone: 213.631.4059
Facsimile: 510.628.2146

Thomas F.A. Hetherington (pro hac vice)
tom.hetherington@mhllp.com
Kendall J. Burr (pro hac vice)
kendall.burr@mhllp.com
Robert P. Debelak III (pro hac vice)
bobby.debelak@mhllp.com
1001 Fannin St., Ste. 2700
Houston, TX 77002
Telephone: 713.337.5580
Facsimile: 713.337.8850

Emily K. Liu (pro hac vice)
emily.liu@mhllp.com
2000 East Lamar Blvd., Ste. 780
Arlington, TX 76006
Telephone: 817.635.7300
Facsimile: 817.635.7308

*Counsel for STMicroelectronics, Inc.,*
*STMicroelectronics N.V., and*
*STMicroelectronics International N.V.*

8

**JOINT STATUS REPORT FOR SEPTEMBER 14, 2020 CONFERENCE**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*/s/ Eric S. Mattson*

SIDLEY AUSTIN LLP
Lisa M. Gilford (SBN 171641)
lgilford@sidley.com
Stacy Horth-Neubert (SBN 214565)
shorthneubert@sidley.com
555 West Fifth Street
Los Angeles, CA 90013
Telephone: 213-896-6000
Facsimile: 213-896-6600

Eric S. Mattson (pro hac vice)
emattson@sidley.com
One South Dearborn Street
Chicago, IL 60603
Telephone: 312-853-7000
Facsimile: 312-853-7036

*Counsel for Honda Motor Co., Ltd., American Honda Motor Co., Inc., Honda of America Mfg., Inc., Honda R&D Co., Ltd., and Honda R&D Americas, Inc.*

*/s/ Douglas W. Robinson*

PALMIERI, TYLER, WIENER, WILHELM & WALDRON LLP
Douglas W. Robinson (SBN 255909)
drobinson@ptwww.com
Erica M. Sorosky (SBN 251314
esorosky@ptwww.com
Christopher J. Green (SBN 295874)
cgreen@ptwww.com
1900 Main Street, Suite 700
Irvine, CA 92614
Telephone: 949-851-9400
Facsimile: 949-825-5401

*Counsel for Mitsubishi Motors North America, Inc. and Mitsubishi Motors Corporation*

9

**JOINT STATUS REPORT FOR SEPTEMBER 14, 2020 CONFERENCE**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

/s/ John Beisner

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
Lance A. Etcheverry (SBN 199916)
lance.etcheverry@skadden.com
Caroline Van Ness (SBN 281675)
caroline.vanness@skadden.com
Matthew J. Tako (SBN 307013)
matthew.tako@skadden.com
525 University Avenue, Suite 1400
Palo Alto, CA 94301
Telephone: 650-470-4500
Facsimile: 650-470-4570

John Beisner (SBN 81571)
john.beisner@skadden.com
1440 New York Avenue N.W.
Washington, D.C. 20005
Telephone: 202-371-7000
Facsimile: 202-393-5760

*Counsel for Hyundai Motor Co., Ltd., Kia
Motors Corporation, Hyundai Motor America,
Inc., and Kia Motors America, Inc.*

**JOINT STATUS REPORT FOR SEPTEMBER 14, 2020 CONFERENCE**

1

*/s/ Matthew A. Goldberg*

DLA PIPER LLP (US)
Christopher M. Young (SBN 163319)
christopher.young@dlapiper.com
Michelle Chung (SBN 312833)
michelle.chung@dlapiper.com
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067
Telephone: 310-595-3000
Facsimile: 310-595-3300

Matthew A. Goldberg
mathew.goldberg@dlapiper.com
Nathan P. Heller
nathan.heller@dlapiper.com
One Liberty Place
1650 Market Street, Suite 5000
Philadelphia, PA 19103
Telephone: 215-656-3300
Facsimile: 215-656-3301

*Counsel for Hyundai Mobis Co., Ltd. and
Mobis Parts America, LLC*

11

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*/s/ Brandi L. Burke*

THOMPSON COBURN LLP
Kathy A. Wisniewski
kwisniewski@thompsoncoburn.com
Stephen A. D'Aunoy
kwisniewski@thompsoncoburn.com
Thomas L. Azar, Jr.
tazar@thompsoncoburn.com
Brandi L. Burke
bburke@thompsoncoburn.com
One US Bank Plaza
St. Louis, MO 63101
Telephone: 314-552-6000
Facsimile: 314-552-7000

Kacey R. Riccomini (SBN 292340)
kriccomini@thompsoncoburn.com
2029 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: 310-282-2500
Facsimile: 310-282-2501

*Counsel for FCA US LLC*

12

**JOINT STATUS REPORT FOR SEPTEMBER 14, 2020 CONFERENCE**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

/s/ Thomas J. Murray

KING AND MURRAY PLLC
Thomas J. Murray
tmurray@kingandmurray.com
Stephen W. King
sking@kingandmurray.com
355 S. Old Woodward, Suite 100
Birmingham, MI 48009
Telephone: 248-792-2397

LESTER, CANTRELL & KRAUS, LLP
Kevin R. Crisp (SBN 97504)
kcrisp@lc-lawyers.com
Matthew J. Kraus (SBN 260815)
mkraus@lc-lawyers.com
1770 Iowa Avenue, Suite 110
Riverside, California 92507
Telephone: 951-300-2690

*Counsel for Fiat Chrysler Automobiles N.V.*

**JOINT STATUS REPORT FOR SEPTEMBER 14, 2020 CONFERENCE**

1

*/s/ Michael Mallow*

2       SHOOK, HARDY & BACON LLP
        Michael Mallow (SBN 188745)
3       mmallow@shb.com
        Rachel A. Straus (SBN 268836)
4       rstraus@shb.com
        2049 Century Park East, Suite 3000
5       Los Angeles, CA 90067
6       Telephone: 424-285-8330
        Facsimile: 424-204-9093
7

8       Amir Nassihi (SBN 235936)
9       anassihi@shb.com
        One Montgomery, Suite 2600
10      San Francisco, CA 94104
        Telephone: 415-544-1900
11      Facsimile: 415-391-0281
12

13      BOWMAN AND BROOKE LLP
14      Vincent Galvin, Jr. (SBN 104448)
        vincent.galvin@bowmanandbrooke.com
15      1741 Technology Drive, Suite 200
        San Jose, CA 95110
16      Telephone: 408-279-5393
        Facsimile: 408-279-5845
17

18      Mark V. Berry (SBN 70162)
19      mark.berry@bowmanandbrooke.com
        970 West 190th Street, Suite 700
20      Torrance, CA 90502
        Telephone: 310-768-3068
21      Facsimile: 310-719-1019
22

23      *Counsel for Toyota Motor Engineering &*
24      *Manufacturing North America, Inc.; Toyota*
        *Motor North America, Inc.; Toyota Motor*
25      *Sales U.S.A. Inc., and Toyota Motor*
26      *Corporation*

27

28

**JOINT STATUS REPORT FOR SEPTEMBER 14, 2020 CONFERENCE**

## SIGNATURE OF CERTIFICATION

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: August 31, 2020                    */s/ Matthew T. Regan, P.C.*
                                          *Counsel for ZF Active Safety and Electronics*
                                          *US LLC, ZF Passive Safety Systems US Inc.,*
                                          *ZF Automotive US Inc., ZF TRW Automotive*
                                          *Holdings Corp., ZF North America, Inc., ZF*
                                          *Friedrichshafen AG, and ZF Holdings B.V.*

1

**CERTIFICATE OF SERVICE**

2
        I certify that on August 31, 2020, a copy of the foregoing JOINT STATUS REPORT

3
FOR SEPTEMBER 14, 2020 STATUS CONFERENCE was served electronically through

4
the Court's electronic filing system upon all Parties appearing on the Court's ECF service

5
list.

6
   DATED: August 31, 2020             */s/ Matthew T. Regan, P.C.*

7
                                 *Counsel for ZF Active Safety and Electronics*

8
                                 *US LLC, ZF Passive Safety Systems US Inc.,*

*ZF Automotive US Inc., ZF TRW Automotive*

9
                                 *Holdings Corp., ZF North America, Inc., ZF*

10
                               *Friedrichshafen AG, and ZF Holdings B.V.*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28