KIRKLAND & ELLIS LLP
Matthew T. Regan, P.C. (*pro hac vice*)
mregan@kirkland.com
300 North LaSalle
Chicago, IL 60654
Telephone: 312-862-2000
Facsimile:  312-862-2200

*Liaison Counsel for Defendants*

(additional counsel listed below)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: ZF-TRW Airbag Control Units Products Liability Litigation<br><br>ALL CASES | Case No.: 2:19-ml-02905-JAK-FFM<br><br>MDL No. 2905<br><br>Judge: John A. Kronstadt<br><br>**JOINT STATEMENT REGARDING THE JANUARY 25, 2021 MOTION TO DISMISS HEARING**<br><br>Date:     January 25, 2021<br>Time:    8:30 a.m.<br>Courtroom:   10B |

**JOINT STATEMENT REGARDING JANUARY 25, 2021 HEARING**

Pursuant to the Court's September 14, 2020 Order (Dkt. 275), issued following the September 14, 2020 Status Conference, as well as the discussion during the December 14, 2020 Status Conference, the Parties submit this Joint Statement reflecting their collective and/or respective views regarding the proposed process for the January 25 motion to dismiss hearing.[1]

## I.     Process for the January 25 Motion to Dismiss Hearing

**Topics to be addressed during oral argument.**  The Parties have discussed which issues they think it would be most helpful to address at the January 25 hearing, and how to best present those issues in an efficient manner.  Counsel for all Parties wish to address whichever issues the Court would like them to address, and in whatever order the Court believes would be appropriate.  To the extent the Court is able to share its thoughts in advance of the hearing on which issues it would like to hear argued, and in what order, the Parties agree that would be helpful.

Subject to further guidance from the Court, the Parties propose addressing the following topics:

- **RICO and Rule 9(b)**[2] (Arguments I and II.A in Defendants' joint motion to dismiss brief (Dkt. 208));
- **Personal Jurisdiction** (Arguments raised in the Parties' joint legal standards briefs (Dkts. 282, 300) and Defendants' individual motion to dismiss briefs);
- **Plaintiffs' Warranty Claims** (The express warranty arguments in Defendants' individual briefs); and

---

[1]  Defendants state that their participation in the court-ordered process of meeting and conferring and preparing this joint statement does not prejudice or waive any challenge to this Court's personal jurisdiction as to the claims made by any Plaintiff or class.

[2] The parties also intend for this topic to cover the adequacy of Plaintiffs' pleading under Rule 9(b) as to an omissions theory and affirmative misrepresentation claims under state fraud and consumer protection laws.

1

**JOINT STATEMENT REGARDING JANUARY 25, 2021 HEARING**

- **Supplier-Specific Fraud, Reliance, and Causation Arguments** (Argument II in ZF's motion to dismiss brief (Dkt. 209), Argument II.A in STMicro's motion to dismiss brief (Dkt. 247), and Argument III.C in Mobis/MPA's motion to dismiss brief (Dkt. 220)).

While Defendants believe they raise other meritorious issues and arguments in their motions to dismiss, the Parties propose submitting the remaining issues raised in those briefs on the papers. If, following review of this report, the Court believes argument on one or more of those issues would assist the Court's review, the Parties can be prepared to address those issues as well.

**Order of Argument and Time Allocations.** The Parties agree it would be most effective to hear from both sides on each of the topics identified above before moving to the next topic. For example, if the Court agreed to proceed in addressing the arguments as set forth above, Defendants would address the RICO and Rule 9(b) issues raised in the motions to dismiss, Plaintiffs would respond to those arguments, and Defendants would then offer a brief rebuttal on those issues before moving on to address personal jurisdiction.

The Parties agree that argument time should generally be split 50-50 between the Defendants collectively and the Plaintiffs collectively. For instance, if the Court plans to allot approximately two and a half hours for the hearing, as indicated during the December 14 Status Conference, each side would be allotted roughly 75 minutes of argument time to be allocated by that side across any of the oral argument topics.

The Parties have not agreed to specific time allocations for each of the topics identified above, but will take into account any guidance from the Court on the issues it would like to hear argued and/or any tentative rulings the Court puts forth when determining how much time to spend on each topic.

**II.   Demonstratives**

Pursuant to the Court's minutes from the December 14 Status Conference (Dkt. 311), if the parties plan to use any demonstrative exhibits, they will disclose those

materials to the Court and other parties by 11 am PT on January 24, 2021.  The parties propose providing the demonstrative exhibits to the Court via email sent to the chambers email address.

### III.    Number of Participants at the Motion to Dismiss Hearing

Pursuant to the Court's December 14, 2020 Order (Dkt. 311), the parties have conferred regarding the number of participants at the upcoming hearing.  With the understanding that the system the Court anticipates using is limited to 100 total participants and that the Court itself may have approximately 10 attendees, the parties have agreed to divide the remaining "seats" such that Plaintiffs will have a maximum of 33 attendees and Defendants will have a maximum of 57 attendees at the hearing.  The parties currently believe their proposed number of attendees and arguing counsel is within the Court's videoconferencing capacity, but would be open to exploring with the Court (including the courtroom deputy clerk) whether additional viewing capability may be available in "view-only" or "webinar" mode for participants who will not be arguing but who may wish to observe the proceedings.  The parties are available to coordinate with the courtroom deputy clerk as needed regarding this and other issues.

| | |
|---|---|
| DATED: January 11, 2021 | Respectfully submitted, |
| | */s/ John T. Nicolaou* |
| | BARON & BUDD, P.C. |
| | Roland Tellis (SBN 186269) |
| | rtellis@baronbudd.com |
| | David Fernandes (SBN 280944) |
| | dfernandes@baronbudd.com |
| | Adam Tamburelli (SBN 301902) |
| | atamburelli@baronbudd.com |
| | 15910 Ventura Boulevard, Suite 1600 |
| | Encino, CA 91436 |
| | Telephone: 818-839-2333 |
| | Facsimile: 818-986-9698 |
| | |
| | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| | David Stellings (pro hac vice) |
| | dstellings@lchb.com |
| | John T. Nicolaou (pro hac vice) |
| | jnicolaou@lchb.com |
| | Katherine McBride |
| | kmcbride@lchb.com |
| | 250 Hudson Street, 8th Floor |
| | New York, New York 10013-1413 |
| | Telephone: 212.355.9500 |
| | |
| | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| | Elizabeth J. Cabraser (SBN 83151) |
| | ecabraser@lchb.com |
| | Nimish R. Desai (SBN 244953) |
| | ndesai@lchb.com |
| | Phong-Chau G. Nguyuen (SBN 286789) |
| | pgnguyen@lchb.com |
| | 275 Battery Street, 29th Floor |
| | San Francisco, CA 94111-3339 |
| | Telephone: 415.956.1000 |
| | |
| | *Co-Lead Counsel for Plaintiffs* |

4

**JOINT STATEMENT REGARDING JANUARY 25, 2021 HEARING**

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | DATED: January 11, 2021 | /s/ Matthew T. Regan, P.C. |
| 3 | | KIRKLAND & ELLIS LLP |
| | | Mark C. Holscher (SBN 139582) |
| 4 | | mark.holscher@kirkland.com |
| 5 | | 555 South Flower Street |
| | | Los Angeles, CA 90071 |
| 6 | | Telephone: 213-680-8400 |
| 7 | | Facsimile: 213-680-8500 |
| 8 | | |
| | | Tammy A. Tsoumas (SBN 250487) |
| 9 | | tammy.tsoumas@kirkland.com |
| 10 | | 2049 Century Park East, Suite 3700 |
| | | Los Angeles, CA 90067 |
| 11 | | Telephone: 310-552-4200 |
| 12 | | Facsimile: 310-552-5900 |
| 13 | | Matthew T. Regan, P.C. (*pro hac vice*) |
| | | mregan@kirkland.com |
| 14 | | 300 North LaSalle |
| 15 | | Chicago, IL 60654 |
| | | Telephone: 312-862-2000 |
| 16 | | Facsimile: 312-862-2200 |
| 17 | | |
| 18 | | Judson Brown, P.C. (*pro hac vice*) |
| | | jdbrown@kirkland.com |
| 19 | | Michael A. Glick (*pro hac vice*) |
| 20 | | michael.glick@kirkland.com |
| | | Jason Wilcox (*pro hac vice*) |
| 21 | | jason.wilcox@kirkland.com |
| 22 | | 1301 Pennsylvania Avenue, N.W. |
| | | Washington, D.C. 20004 |
| 23 | | Telephone: 202-389-5000 |
| 24 | | Facsimile: 202-389-5200 |
| 25 | | *Counsel for ZF Active Safety and Electronics* |
| 26 | | *US LLC, ZF Passive Safety Systems US Inc.,* |
| | | *ZF Automotive US Inc., ZF TRW Automotive* |
| 27 | | *Holdings Corp., ZF North America, Inc., ZF* |
| 28 | | *Friedrichshafen AG, and ZF Holdings B.V.* |

**JOINT STATEMENT REGARDING JANUARY 25, 2021 HEARING**

|   |   |
|---|---|
| 1 | */s/ Robert P. Debelak III* |
| 2 | McDOWELL HETHERINGTON LLP |
|   | Jodi K. Swick (SBN 228634) |
| 3 | jodi.swick@mhllp.com |
| 4 | 1 Kaiser Plaza, Ste. 340 |
|   | Oakland, CA 94612 |
| 5 | Telephone: 510.628.2145 |
| 6 | Facsimile: 510.628.2146 |

Alec S. DiMario (SBN 309811)
alec.dimario@mhllp.com
1055 E. Colorado Blvd., Ste. 500
Pasadena, CA 91106
Telephone: 213.631.4059
Facsimile: 510.628.2146

Thomas F.A. Hetherington
tom.hetherington@mhllp.com
Kendall J. Burr
kendall.burr@mhllp.com
Robert P. Debelak III
bobby.debelak@mhllp.com
1001 Fannin St., Ste. 2700
Houston, TX 77002
Telephone: 713.337.5580
Facsimile: 713.337.8850

Emily K. Liu
emily.liu@mhllp.com
1000 Ballpark Way, Ste. 209
Arlington, TX 76011
Telephone: 817.635.7300
Facsimile: 817.635.7308

*Counsel for STMicroelectronics, Inc., STMicroelectronics N.V., and STMicroelectronics International N.V.*

6
**JOINT STATEMENT REGARDING JANUARY 25, 2021 HEARING**

|   |   |
|---|---|
| 1 | */s/ Eric S. Mattson* |
| 2 | SIDLEY AUSTIN LLP |
|   | Lisa M. Gilford (SBN 171641) |
| 3 | lgilford@sidley.com |
| 4 | Stacy Horth-Neubert (SBN 214565) |
|   | shorthneubert@sidley.com |
| 5 | 555 West Fifth Street |
| 6 | Los Angeles, CA 90013 |
|   | Telephone: 213-896-6000 |
| 7 | Facsimile: 213-896-6600 |

Eric S. Mattson
emattson@sidley.com
J. Simone Jones
simone.jones@sidley.com
One South Dearborn Street
Chicago, IL 60603
Telephone: 312-853-7000
Facsimile: 312-853-7036

*Counsel for American Honda Motor Co., Inc., Honda Motor Co., Ltd., Honda R&D Co., Ltd., Honda of America Mfg., Inc., and Honda R&D Americas, Inc.*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*/s/ Douglas W. Robinson*
PALMIERI, TYLER, WIENER, WILHELM & WALDRON LLP
Douglas W. Robinson (SBN 255909)
drobinson@ptwww.com
Erica M. Sorosky (SBN 251314)
esorosky@ptwww.com
Christopher J. Green (SBN 295874)
cgreen@ptwww.com
1900 Main Street, Suite 700
Irvine, CA 92614
Telephone: 949-851-9400
Facsimile: 949-825-5401

*Counsel for Mitsubishi Motors North America, Inc.*

8
**JOINT STATEMENT REGARDING JANUARY 25, 2021 HEARING**

*/s/ John Beisner*
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Lance A. Etcheverry (SBN 199916)
lance.etcheverry@skadden.com
Caroline Van Ness (SBN 281675)
caroline.vanness@skadden.com
Matthew J. Tako (SBN 307013)
matthew.tako@skadden.com
525 University Avenue, Suite 1400
Palo Alto, CA 94301
Telephone: 650-470-4500
Facsimile: 650-470-4570

John Beisner (SBN 81571)
john.beisner@skadden.com
1440 New York Avenue N.W.
Washington, D.C. 20005
Telephone: 202-371-7000
Facsimile: 202-393-5760

*Counsel for Hyundai Motor Co., Ltd., Kia Motors Corporation, Hyundai Motor America, Inc., and Kia Motors America, Inc.*

**JOINT STATEMENT REGARDING JANUARY 25, 2021 HEARING**

|   |   |
|---|---|
| 1 | */s/ Matthew A. Goldberg* |
| 2 | DLA PIPER LLP (US) |
| 3 | Christopher M. Young (SBN 163319) |
|   | christopher.young@dlapiper.com |
| 4 | Michelle Chung (SBN 312833) |
| 5 | michelle.chung@dlapiper.com |
|   | 2000 Avenue of the Stars |
| 6 | Suite 400 North Tower |
| 7 | Los Angeles, CA 90067 |
|   | Telephone: 310-595-3000 |
| 8 | Facsimile: 310-595-3300 |
| 9 |   |
| 10 | Matthew A. Goldberg |
|   | mathew.goldberg@dlapiper.com |
| 11 | Nathan P. Heller |
| 12 | nathan.heller@dlapiper.com |
|   | One Liberty Place |
| 13 | 1650 Market Street |
| 14 | Suite 5000 |
|   | Philadelphia, PA 19103 |
| 15 | Telephone: 215-656-3300 |
| 16 | Facsimile: 215-656-3301 |
| 17 | *Counsel for Hyundai Mobis Co., Ltd. and Mobis Parts America, LLC* |

10

**JOINT STATEMENT REGARDING JANUARY 25, 2021 HEARING**

|   |   |
|---|---|
| | */s/ Stephen A. D'Aunoy* |
| | THOMPSON COBURN LLP |
| | Kathy A. Wisniewski |
| | kwisniewski@thompsoncoburn.com |
| | Stephen A. D'Aunoy |
| | sdaunoy@thompsoncoburn.com |
| | Thomas L. Azar, Jr. |
| | tazar@thompsoncoburn.com |
| | One US Bank Plaza |
| | St. Louis, MO 63101 |
| | Telephone: 314-552-6000 |
| | Facsimile: 314-552-7000 |
| | |
| | Kacey R. Riccomini (SBN 292340) |
| | kriccomini@thompsoncoburn.com |
| | 2029 Century Park East, Suite 1900 |
| | Los Angeles, CA 90067 |
| | Telephone: 310-282-2500 |
| | Facsimile: 310-282-2501 |
| | |
| | *Counsel for FCA US LLC* |

*/s/ Thomas J. Murray*
KING AND MURRAY PLLC
Thomas J. Murray
tmurray@kingandmurray.com
Stephen W. King
sking@kingandmurray.com
355 S. Old Woodward, Suite 100
Birmingham, MI 48009
Telephone: (248) 792-2397

*Counsel for Fiat Chrysler Automobiles N.V.*

11
**JOINT STATEMENT REGARDING JANUARY 25, 2021 HEARING**

*/s/ Michael Mallow*

SHOOK, HARDY & BACON LLP
Michael Mallow
mmallow@shb.com
Rachel Straus
rstraus@shb.com
2049 Century Park East, Suite 3000
Los Angeles, CA 90067
Telephone: 424-285-8330
Facsimile: 424-204-9093

Amir Nassihi
anassihi@shb.com
One Montgomery, Suite 2600
San Francisco, CA 94104
Telephone: 415-544-1900
Facsimile: 415-391-0281

BOWMAN AND BROOKE LLP
Vincent Galvin (SBN 104448)
vincent.galvin@bowmanandbrooke.com
1741 Technology Drive, Suite 200
San Jose, CA 95110
Telephone: 408-279-5393
Facsimile: 408-279-5845

Mark V. Berry (SBN 70162)
mark.berry@bowmanandbrooke.com
970 West 190th Street, Suite 700
Torrance, CA 90502
Telephone: 310-768-3068
Facsimile: 310-719-1019

*Counsel for Toyota Motor North America, Inc., Toyota Motor Sales, U.S.A., Inc., Toyota Motor Engineering & Manufacturing North America, Inc.*

**JOINT STATEMENT REGARDING JANUARY 25, 2021 HEARING**

## SIGNATURE OF CERTIFICATION

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: January 11, 2021        */s/ Matthew T. Regan, P.C.*
                               *Counsel for ZF Active Safety and Electronics US LLC, ZF Passive Safety Systems US Inc., ZF Automotive US Inc., ZF TRW Automotive Holdings Corp., ZF North America, Inc., ZF Friedrichshafen AG, and ZF Holdings B.V.*

**CERTIFICATE OF SERVICE**

 I certify that on January 11, 2021, a copy of the foregoing JOINT STATEMENT REGARDING JANUARY 25, 2021 HEARING was served electronically through the Court's electronic filing system upon all Parties appearing on the Court's ECF service list.

DATED: January 11, 2021     */s/ Matthew T. Regan, P.C.*
                *Counsel for ZF Active Safety and Electronics US LLC, ZF Passive Safety Systems US Inc., ZF Automotive US Inc., ZF TRW Automotive Holdings Corp., ZF North America, Inc., ZF Friedrichshafen AG, and ZF Holdings B.V.*