UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**
**AMENDED**

| | | | |
|---|---|---|---|
| Case No. | LA ML19-2905 JAK (FFMx) | Date | January 25, 2021 |
| Title | In Re: ZF-TRW Airbag Control Units Products Liability Litigation | | |

Present: The Honorable      JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| T. Jackson (video) | Lisa Gonzalez (video) |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| See attached | See attached |

**Proceedings:**      **DEFENDANTS' JOINT MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT (DKT. 208)**

**ZF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT (DKT. 209)**

**MOTION TO DISMISS CONSOLIDATED CLASS ACTION COMPLAINT BY DEFENDANTS MITSUBISHI MOTORS NORTH AMERICA, INC., AND MITSUBISHI MOTORS CORPORATION (DKT. 212)**

**HONDA DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT (DKT. 213)**

**TOYOTA MOTOR CORPORATION'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO RULE 12(B)(2) AND TOYOTA DEFENDANTS' MOTION TO DISMISS PURSUANT TO 12(B)(6) (DKT. 214)**

**DEFENDANTS HYUNDAI MOTOR COMPANY, LTD., HYUNDAI MOTOR AMERICA, INC., KIA MOTORS CORPORATION, AND KIA MOTORS AMERICA, INC.'S MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT (DKT. 219)**

**DEFENDANTS HYUNDAI MOBIS CO., LTD., AND MOBIS PARTS AMERICA, LLC'S MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(B)(2) AND 12(B)(6) (DKT. 220)**

**FCA US LLC'S AND FIAT CHRYSLER AUTOMOBILES N.V'S MOTION TO DISMISS CONSOLIDATED CLASS ACTION COMPLAINT (DKT. 230)**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA ML19-2905 JAK (FFMx) | Date | January 25, 2021 |
| Title | In Re: ZF-TRW Airbag Control Units Products Liability Litigation | | |

**DEFENDANTS STMICROELECTRONICS, INC., STMICROELECTRONICS, N.V., AND STMICROELECTRONICS INTERNATIONAL, N.V.'S MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT (DKT. 241)**

**MOTION TO STAY PENDING BASED ON PRIMARY JURISDICTION AND TO SEVER PURSUANT TO F.R.C.P. RULE 21 (DKT. 272)**

**MOTION TO DISMISS CONSOLIDATED CLASS ACTION COMPLAINT (DKT. 280)**

The motion hearing is held. Counsel, the Court, and court staff all appear in that manner. Plaintiffs' counsel represents to the Court that all members of plaintiffs' steering committee are present. Defendants' counsel makes a similar representation. The Court informs the parties that any recording or re-broadcasting of the proceedings is strictly prohibited.

Counsel address the Court. The Court takes the Motions **UNDER SUBMISSION** and rulings will be issued.

**IT IS SO ORDERED.**

|  2  | : |  09  |
|---|---|---|

Initials of Preparer    TJ

MDL 19-2905: Counsel

| LIAISON COUNSEL FOR PLAINTIFFS: | LIAISON COUNSEL FOR DEFENDANTS: |
|---|---|
| **Co-Lead counsel/Co-Chairs of PSC:** | Mark C. Holscher |
| | Jason Wilcox |
| **Plaintiffs' Steering Committee ("PSC"):** | Judson D. Brown |
| Joseph H. Meltzer | Matthew T. Regan |
| Lesley E. Weaver | Michael A. Glick |
| W. Daniel "Dee" Miles, III | Tammy A. Tsoumas |
| Angelica Ornelas | |
| Gayle M. Blatt | |
| Rosemary M. Rivas | |
| Tina Wolfson | |
| Mark Dearman | |
| Peter Prieto | |
| Matthew Weinshall | |
| | |
| **Liaison Counsel:** | |
| Jonathan K. Levine | |
| **Hernandez**, Michael et al. (19-00782): | **ZF Friedrichshafen AG** (19-04256, 19-07608, 19-00970, 19-06895, 19-06894, 19-07292, 19-00963: |
| David B. Fernandes, Jr. | |
| David S. Stellings | |
| John T. Nicolaou | |
| Adam M. Tamburelli | |
| Roland K. Tellis | |
| Phong-Chau G. Nguyen | |
| Katherine McBride | |
| **Altier**, Mark D. et al. (19-00846): | **ZF TRW Automotive Holdings Corp.** (19-04256, 19-06895, 19-06900, 19-07153, 19-06200, 19-07608, 19-00970, 19-00963, 19-01154; 19-01403, 19-01566, 19-01292): |
| Melissa L. Troutner | |
| **Bell**, William et al. (19-00963): | **ZF Automotive US Inc. fka TRW Automotive, Inc.** (19-04256, 19-07608, 19-00846, 19-00970, 19-06895, 19-06894, 19-07292, 19-00963): |
| Stephen N. Zack | |
| Ryan Witte | |

| | |
|---|---|
| **Bliss**, James F. et al. (19-00970):<br>Michael R. Cashman<br>Richard M. Hagstrom | **ZF Active Safety and Electronics US, LLC fka TRW Automotive U.S. LLC** (19-04256, 19-07153, 19-07292, 19-07608, 19-00846, 19-00970, 19-00963): |
| **McFadden**, Carolyn (19-01154): | **ZF Passive Safety Systems US, Inc. fka TRW Vehicle Safety Systems, Inc.**. (19-04256, 19-07608, 19-00970, 19-06895, 19-06894, 19-06900, 19-07292, 19-00963): |
| **Carroll**, James et al. (19-01155): | **Honda Motor Co., Ltd**. (19-04256, 19-00846, 19-00970, 19-06895, 19-06894): |
| **Johnson**, Jennifer (19-01292):<br>Gretchen F. Cappio<br>Ryan P. McDevitt | **American Honda Motor Co., Inc**. (19-04256, 19-06895, 19-06896, 19-06894, 19-06898, 19-07097, 19-01376, 19-00846, 19-00970, 19-00963, 19-01403, 19-01566):<br>Eric S. Mattson<br>Simone Jones<br>Doug Bishop |
| **Baldwin**, Ryan et al. (19-01376): | **Honda of America Mfg., Inc.** (19-04256, 19-00846, 19-00970, 19-06895, 19-06894, 19-00963, 19-01403, 19-01566): |
| **Berry**, Christopher et al. (19-01403):<br>Stacey P. Slaughter<br>Austin Hurt | **Honda R&D Co., Ltd**. (19-04256, 19-00970, 19-06895, 19-00963): |
| **Smith**, Alice et al. (19-01515): | **Toyota Motor Corp.** (19-04256, 19-06895, 19-06894, 19-06900, 19-07608; 19-00963): |
| **Hamilton** Livery Leasing LLC (19-01459): | **Toyota Motor Sales, U.S.A., Inc**. (19-04256, 19-06895, 19-06896, 19-06894, 19-06898, 19-07153, 19-07097, 19-06200, 19-07608, 19-00846, 19-01376, 19-00963, 19-01403, 19-01566):<br>Michael L. Mallow<br>Rachel A. Straus<br>Amir M. Nassihi<br>Mark V. Berry<br>Vincent Galvin, Jr.<br>Sandra Rodriguez<br>Dawn Collins |
| **Fuller**, Joseph Sr. et al. (19-01566): | **Toyota Motor Engineering and Manufacturing North America, Inc**. (19-04256, 19-07608, 19-00846, 19-06895, 19-06894, 19-00963, 19-01403, 19-01566): |

| | |
|---|---|
| **Dellatorre**, Bonnie et al. (19-02497): | **Hyundai Motor America, Inc**. (19-00782, 19-00846, 19-00970, 19-06895, 19-06901, 19-07292, 19-01154, 19-01403, 19-01566, 19-01292): <br> Caroline W. Van Ness <br> Matthew J. Tako <br> John H. Beisner |
| **Croft**, Steve et al. (19-04256): | **KIA Motor America, Inc**. (19-00782, 19-00846, 19-06901, 19-06894, 19-06900, 19-07153, 19-07097, 19-01376, 19-01154, 19-01403, 19-01566, 19-01292): |
| **Aquino**, Matthew (19-06200): <br> Christopher E. Stiner | **Honda R and D Americas, Inc**. (19-04256, 19-00846, 19-01403, 19-01566): |
| **Santos**, Adalgisa et al. (19-06895): | **Hyundai Motor Group** (19-00846, 19-00970, 19-06895, 19-07292, 19-00963): |
| **Copley**, Thomas et al. (19-06901): | **Hyundai Motor Co**. (19-00846, 19-00970, 19-07292): |
| **Payne**, Thomas et al. (19-06894): | **Hyundai Mobis Co. Ltd**. (19-00846, 19-07292, 19-00963): <br> Christopher M. Young <br> Matthew A. Goldberg <br> Justin Park |
| **Samouris**, Gary et al. (19-06896): | **KIA Motors Corporation** (19-00846, 19-06894, 19-00963): |
| **Rubio**, Sigfredo et al. (19-06898): <br> Adam J. Levitt <br> John E. Tangren | **FCA US LLC** (19-00846, 19-06899, 19-06900, 19-06898, 19-07153, 19-07097, 19-01376, 19-01515, 19-00963): <br> Stephen A. D'Aunoy |
| **Heilman-Ryan**, Regina et al. (19-06899): | **Toyota Motor North America, Inc**. (19-00846, 19-01403, 19-01566): |
| **Radi**, David et al. (19-06900): | **Hyundai Motor America** (19-06894, 19-06900, 19-07153, 19-07097, 19-01376, 19-00963): |
| **Underwood**, Robert A. (19-07097): <br> Patricia C. Guerra | **American Honda Motor Co**. (19-07153): |

| | |
|---|---|
| **Van Ness**, Michael (19-07153):<br>Joshua D. Samra | **Mitsubishi Motors North America Inc**.<br>(19-07153, 19-07097, 19-01376, 19-01515,<br>19-00963, 19-01566):<br>Douglas W. Robinson<br>Erica M. Sorosky |
| **Hauser**, William (19-07292): | **Hyundai Motor Co., Ltd**. (19-0096): |
| **Lawrence**, Kaya (19-07608): | **KIA Motors America** (19-00963): |
| | **Mobis Parts America, LLC** (19-2905) |
| | **Mitsubishi Motors Corporation** (19-2905 |
| | **STMicroelectronics N.V.** (19-2905)<br>Thomas F.A. Hetherington<br>Kendall J. Burr<br>Katherine Chambers |
| | **STMicroelectronics International N.V.**<br>(19-2905)<br>Robert P. Debelak III |
| | **STMicroelectronics, Inc.** |
| | **Fiat Chrysler Automobiles N.V.** (19-02905)<br>Thomas J. Murray |
| | **Mitsubishi Motors America, Inc**. (19-01376): |
| | **Acura** (19-01515): |
| | **ZF Holdings B.V.** (19-2905) |
| Eric Pearson<br>Nickolaus Buchholz | |