UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA ML19-2905 JAK (FFMx) | Date | April 26, 2021 |
| Title | In Re: ZF-TRW Airbag Control Units Products Liability Litigation | | |

| | |
|---|---|
| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE (video) |
| Joseph Remigio (video) | Lisa Gonzalez (video) |
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:

Roland Tellis (video)
David Stellings (video)
John Nicolaou (video)
Stacey Slaughter (video)
Stephen Zack (video)

Attorneys Present for Defendants:

Michael Mallow (video)

**Proceedings:** **THE TOYOTA DEFENDANTS' MOTION TO COMPEL PLAINTIFFS ALEJANDRA RENTERIA AND MARK ALTIER TO ARBITRATION (DKT. 305)**

The hearing is held via Zoom video conference. Counsel, the Court and court staff all appear in that manner. Recording or re-broadcasting of the proceedings is strictly prohibited.

The motion hearing is held. The Court states its tentative views that it is inclined to deny the Toyota Defendants' Motion to Compel Plaintiffs Alejandra Renteria and Mark Altier to Arbitration (the "Motion" (Dkt. 305)). Counsel address the Court. The Court takes the Motion **UNDER SUBMISSION** and a ruling will be issued.

The Court also confirms that it will issue orders on the other pending motions.

**IT IS SO ORDERED.**

| | : | 43 |
|---|---|---|
| Initials of Preparer | jre | |