| | |
|---|---|
| 1 | Roland Tellis (SBN 186269) |
| 2 | rtellis@baronbudd.com<br>**BARON & BUDD, P.C**. |
| 3 | 15910 Ventura Boulevard, Suite 1600<br>Encino, CA 91436 |
| 4 | Telephone: 818.839.2333<br>Facsimile: 214.520.1181 |
| 5 | David S. Stellings (*pro hac vice*) |
| 6 | dstellings@lchb.com<br>**LIEFF CABRASER HEIMANN** |
| 7 | **& BERNSTEIN, LLP**<br>250 Hudson Street, 8th Floor |
| 8 | New York, New York 10013-1413<br>Telephone: 212.355.9500 |
| 9 | Facsimile: 212.355.9592 |
| 10 | *Co-Lead Counsel for Plaintiffs*<br>(additional counsel listed below) |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| *In re ZF-TRW Airbag Control Units Products Liability Litigation*<br><br>ALL CASES | MDL No. 2905<br><br>Case No. 2:19-ml-02905-JAK-PLA<br><br>Judge: John A. Kronstadt (U.S.D.J.)<br>        Paul L. Abrams (U.S.M.J.)<br><br>**STIPULATION TO EXTEND THE APRIL 11, 2022 DEADLINE FOR PLAINTIFFS TO FILE AN AMENDED COMPLAINT 45 DAYS, TO MAY 26, 2022** |
|---|---|

**STIPULATION TO EXTEND PLAINTIFFS' DEADLINE TO AMEND COMPLAINT**

This stipulation is entered into by Plaintiffs and Defendants American Honda Motor Co., Inc., Honda of America Mfg., Inc. (n/k/a Honda Development and Manufacturing of America, LLC), and Honda R&D Americas, Inc. (n/k/a Honda Development and Manufacturing of America, LLC); Kia Motors America, Inc.; Hyundai Motor Company and Hyundai Motors America, Inc.; FCA US LLC; Toyota Motors North America, Inc., Toyota Motor Engineering & Manufacturing North America, Inc., and Toyota Motor Sales, U.S.A., Inc.; and Mitsubishi Motors North America (collectively, "Defendants"),[1] through their respective counsel. In furtherance of this Stipulation, the parties seek entry of the concurrently-filed [Proposed] Order, subject to Court approval.[2] In support of this Stipulation and the parties' request for an Order, the parties state as follows:

1.  On May 26, 2020, Plaintiffs filed a Consolidated Class Action Complaint, which is 569 pages and 2,592 paragraphs in length, with 19 exhibits attached. *See* ECF No. 120. Therein, 59 named Plaintiffs asserted claims on behalf of a nationwide class against six groups of vehicle manufacturers and three groups of component manufacturers—a total of 29 defendants—for alleged violations of the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1962(c)-(d), common law fraud and unjust enrichment, as well as claims against various subsets of the Defendants on behalf of state subclasses for breach of express and implied warranties and alleged violations of statutory consumer protection statutes under the laws of Arizona, California, Florida, Minnesota, Montana, New York, North Carolina, Oklahoma, South Dakota, Texas and Virginia. *Id*.

2.  On February 9, 2022, the Court entered a 178-page Order on Defendants' motions to dismiss, dismissing certain claims and parties without prejudice. *See* ECF No.

---

[1] These are the parties that acknowledge they are presently Defendants to the litigation.

[2] The Court's February 25, 2022 Minute Order stated that the parties "shall file a joint statement on or before 4/4/2022, which includes their respective and/or collective views on whether any change to the 4/11/2022 deadline for an amended complaint is warranted, and if so, a proposed new date(s)." *See* ECF No. 411. Because the remaining parties in the case agree and no status conference is requested, they submit this Stipulation in lieu of a joint statement.

396. The Court also ordered Plaintiffs to file an amended complaint 60 days thereafter, on or before April 11, 2022. *Id.*

3. Plaintiffs respectfully submit that good cause exists to extend the deadline to file an amended complaint by 45 days, to May 26, 2022. *See* Fed. R. Civ. P. 6(b)(1) (the Court may for good cause grant requests for time extension made before the original time expires).

4. Specifically, Plaintiffs submit that the requested extension is necessary to give them time to pursue documents from the remaining Defendants and from the domestic ZF companies[3] and ST Microelectronics, Inc. Plaintiffs believe these documents will allow Plaintiffs to plead their claims – including the RICO claims the Court sustained – with greater specificity, and will ensure the accuracy of certain allegations regarding the roles of particular fact witnesses and legal entities. On March 21, 2021, Plaintiffs filed a motion to compel ZF to produce documents in response to a subpoena. *See* ECF 418. The hearing before Chief Magistrate Judge Abrams is set for April 13, 2022 (the earliest the hearing could be scheduled consistent with the local rules). *See* ECF No. 423. Plaintiffs anticipate they will file a similar motion to compel STMicroelectronics, Inc. to produce documents pursuant to Plaintiffs' subpoena. The extension requested by Plaintiffs will allow Magistrate Judge Abrams enough time to hear the disputes with ZF and STMicroelectronics, Inc. before Plaintiffs file their amended complaint.

5. Additionally, Plaintiffs submit that an extension would give them time to complete the meet and confer process with Stellantis N.V. (f/k/a FCA N.V.) regarding jurisdictional discovery, as ordered by the Court, *see* ECF No. 396 at 50, and to review the documents that it and other Defendants agreed to produce in the coming weeks. Plaintiffs

---

[3] These companies are ZF Automotive US Inc.; ZF Active Safety and Electronics US LLC; ZF North America, Inc.; ZF Passive Safety Systems US Inc.; ZF TRW Automotive Holdings Corp. The Consolidated Class Action Complaint named these entities as Defendants.

believe these documents are also relevant to Plaintiffs' allegations in the forthcoming amended complaint, including the claims the Court sustained.

6. Defendants agree to the requested extension, but reserve all rights with respect to the appropriate scope of any pending or potential discovery and take no position on Plaintiffs' discovery disputes with ZF or ST Microelectronics, Inc.

7. In sum, given the complexity of the case, the number of parties involved, development of the case while Defendants' motions to dismiss were pending, and the Court's detailed Order directing Plaintiffs to plead their claims against certain parties with more particularity, preparing an amended complaint of this magnitude—which will require negotiations with Defendants about significant potential redactions of confidential information and a motion to seal, as the Consolidated Class Action Complaint did—is a substantial and time-intensive process.

8. Plaintiffs have not requested any other extensions or continuances with respect to the amended complaint.

9. If the Court is inclined to grant the requested extension, Plaintiffs and Defendants request that the Court continue the status conference currently scheduled for May 5, 2022 to a date after the filing of the amended complaint.

**NOW THEREFORE**, in light of the foregoing, the Plaintiffs and Defendants hereby stipulate, subject to the Court's approval, to extend the April 11, 2022 deadline for Plaintiffs to file an amended complaint by 45 days, to and including May 26, 2022.

*[Signature pages follow]*

| | |
|---|---|
| DATED: March 24, 2022 | Respectfully submitted, |
| | */s/ Roland Tellis* |
| | BARON & BUDD, P.C. |
| | Roland Tellis (SBN 186269) |
| | rtellis@baronbudd.com |
| | David Fernandes (SBN 280944) |
| | dfernandes@baronbudd.com |
| | Adam Tamburelli (SBN 301902) |
| | atamburelli@baronbudd.com |
| | 15910 Ventura Boulevard, Suite 1600 |
| | Encino, CA 91436 |
| | Telephone: 818-839-2333 |
| | Facsimile: 818-986-9698 |
| | |
| | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| | David Stellings (pro hac vice) |
| | dstellings@lchb.com |
| | John T. Nicolaou (pro hac vice) |
| | jnicolaou@lchb.com |
| | Katherine McBride |
| | kmcbride@lchb.com |
| | 250 Hudson Street, 8th Floor |
| | New York, New York 10013-1413 |
| | Telephone: 212.355.9500 |
| | |
| | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| | Elizabeth J. Cabraser (SBN 83151) |
| | ecabraser@lchb.com |
| | Nimish R. Desai (SBN 244953) |
| | ndesai@lchb.com |
| | Phong-Chau G. Nguyen (SBN 286789) |
| | pgnguyen@lchb.com |
| | 275 Battery Street, 29th Floor |
| | San Francisco, CA 94111-3339 |
| | Telephone: 415.956.1000 |
| | |
| | *Co-Lead Counsel for Plaintiffs* |

**STIPULATION TO EXTEND PLAINTIFFS' DEADLINE TO AMEND COMPLAINT**

|   |   |
|---|---|
| 1 | */s/ Eric S. Mattson* |
| 2 | SIDLEY AUSTIN LLP |
| 3 | Lisa M. Gilford (SBN 171641) |
|   | lgilford@sidley.com |
| 4 | Stacy Horth-Neubert (SBN 214565) |
| 5 | shorthneubert@sidley.com |
|   | 555 West Fifth Street |
| 6 | Los Angeles, CA 90013 |
| 7 | Telephone: 213-896-6000 |
|   | Facsimile: 213-896-6600 |
| 8 |   |
| 9 | Eric S. Mattson |
|   | emattson@sidley.com |
| 10 | J. Simone Jones |
| 11 | simone.jones@sidley.com |
|   | One South Dearborn Street |
| 12 | Chicago, IL 60603 |
| 13 | Telephone: 312-853-7000 |
|   | Facsimile: 312-853-7036 |
| 14 |   |
| 15 | *Counsel for American Honda Motor Co., Inc.,* |
|   | *Honda of America Mfg., Inc. (n/k/a Honda* |
| 16 | *Development and Manufacturing of America,* |
| 17 | *LLC), and Honda R&D Americas, Inc. (n/k/a* |
|   | *Honda Development and Manufacturing of* |
| 18 | *America, LLC).* |

6

**STIPULATION TO EXTEND PLAINTIFFS' DEADLINE TO AMEND COMPLAINT**

|   |   |
|---|---|
| 1 | */s/ Douglas W. Robinson* |
| 2 | PALMIERI, TYLER, WIENER, WILHELM & WALDRON LLP |
| 3 | Douglas W. Robinson (SBN 255909) |
| 4 | drobinson@ptwww.com |
| 5 | Erica M. Sorosky (SBN 251314) esorosky@ptwww.com |
| 6 | Christopher J. Green (SBN 295874) |
| 7 | cgreen@ptwww.com 1900 Main Street, Suite 700 |
| 8 | Irvine, CA 92614 |
| 9 | Telephone: 949-851-9400 Facsimile: 949-825-5401 |

*Counsel for Mitsubishi Motors North America, Inc.*

*/s/ Matthew J. Tako*

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Lance A. Etcheverry (SBN 199916)
lance.etcheverry@skadden.com
Caroline Van Ness (SBN 281675)
caroline.vanness@skadden.com
Matthew J. Tako (SBN 307013)
matthew.tako@skadden.com
525 University Avenue, Suite 1400
Palo Alto, CA 94301
Telephone: 650-470-4500
Facsimile: 650-470-4570

John Beisner (SBN 81571)
john.beisner@skadden.com
1440 New York Avenue N.W.
Washington, D.C. 20005
Telephone: 202-371-7000
Facsimile: 202-393-5760

*Counsel for Hyundai Motor America, Inc. and Kia Motors America, Inc.*

**STIPULATION TO EXTEND PLAINTIFFS' DEADLINE TO AMEND COMPLAINT**

*/s/ Stephen A. D'Aunoy*
THOMPSON COBURN LLP
Kathy A. Wisniewski
kwisniewski@thompsoncoburn.com
Stephen A. D'Aunoy
sdaunoy@thompsoncoburn.com
Thomas L. Azar, Jr.
tazar@thompsoncoburn.com
One US Bank Plaza
St. Louis, MO 63101
Telephone: 314-552-6000
Facsimile: 314-552-7000

Kacey R. Riccomini (SBN 292340)
kriccomini@thompsoncoburn.com
2029 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: 310-282-2500
Facsimile: 310-282-2501

*Counsel for FCA US LLC*

8

**STIPULATION TO EXTEND PLAINTIFFS' DEADLINE TO AMEND COMPLAINT**

*/s/ Michael Mallow*
SHOOK, HARDY & BACON LLP
Michael Mallow
mmallow@shb.com
Rachel Straus
rstraus@shb.com
2049 Century Park East, Suite 3000
Los Angeles, CA 90067
Telephone: 424-285-8330
Facsimile: 424-204-9093

Amir Nassihi
anassihi@shb.com
One Montgomery, Suite 2600
San Francisco, CA 94104
Telephone: 415-544-1900
Facsimile: 415-391-0281

BOWMAN AND BROOKE LLP
Vincent Galvin (SBN 104448)
vincent.galvin@bowmanandbrooke.com
1741 Technology Drive, Suite 200
San Jose, CA 95110
Telephone: 408-279-5393
Facsimile: 408-279-5845

Mark V. Berry (SBN 70162)
mark.berry@bowmanandbrooke.com
970 West 190th Street, Suite 700
Torrance, CA 90502
Telephone: 310-768-3068
Facsimile: 310-719-1019

*Counsel for Toyota Motor North America, Inc., Toyota Motor Sales, U.S.A., Inc., Toyota Motor Engineering & Manufacturing North America, Inc.*

**STIPULATION TO EXTEND PLAINTIFFS' DEADLINE TO AMEND COMPLAINT**

**SIGNATURE OF CERTIFICATION**

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content, and have authorized the filing.

DATED: March 24, 2022        */s/ Roland Tellis*
                              Roland Tellis

**CERTIFICATE OF SERVICE**

I certify that on March 24, 2022, a copy of the foregoing **STIPULATION TO EXTEND THE APRIL 11, 2022 DEADLINE FOR PLAINTIFFS TO FILE AN AMENDED COMPLAINT 45 DAYS, TO MAY 26, 2022** was served electronically through the Court's electronic filing system upon all Parties appearing on the Court's ECF service list.

DATED: March 24, 2022              */s/ Roland Tellis*
                                                            Roland Tellis