# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re ZF-TRW Airbag Control Units Products Liability Litigation* <br><br> ALL CASES | MDL No. 2905 <br><br> Case No. 2:19-ml-02905 JAK (PLAx) <br><br> **ORDER RE STIPULATION TO EXTEND THE APRIL 11, 2022 DEADLINE FOR PLAINTIFFS TO FILE AN AMENDED COMPLAINT 45 DAYS, TO MAY 26, 2022 (DKT. 428)** |

Based on a review of the parties' Stipulation to Extend the April 11, 2022 Deadline for Plaintiffs to File an Amended Complaint 45 Days, to May 26, 2022 (the "Stipulation" (Dkt. 428)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**.

Plaintiffs shall file the amended complaint on or before May 26, 2022. The status conference tentatively scheduled for April 7, 2022 is taken off calendar. The status conference scheduled for May 5, 2022 is continued to June 20, 2022, with the specific time set when the calendar for that date is issued. The parties shall submit their joint report on or before June 13, 2022.

**IT IS SO ORDERED.**

Date: March 25, 2022

_____
John A. Kronstadt
United States District Judge