Roland Tellis (SBN 186269)
rtellis@baronbudd.com
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: 818.839.2333

David S. Stellings (*pro hac vice*)
dstellings@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: 212.355.9500

*Co-Lead Counsel for Plaintiffs*
(Additional counsel listed below)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re ZF-TRW Airbag Control Units Products Liability Litigation*<br><br>ALL CASES | MDL No. 2905<br><br>Case No. 2:19-ml-02905-JAK-PLA<br><br>**PLAINTIFFS' APPLICATION TO SEAL PORTIONS OF THE JOINT STIPULATION REGARDINGING PLAINTIFFS' MOTION TO COMPEL STMICROELECTRONICS, INC. TO PRODUCE DOCUMENTS PURSUANT TO SUBPOENA**<br><br>Hon. John A. Kronstadt<br>Hon. Paul L. Abrams |

Pursuant to the Order re Stipulated Protective Order Regarding Confidential Treatment of Documents (the "Protective Order"), Dkt. 104, and Local Rule 79-5.2.2, Plaintiffs hereby apply to the Court for permission to seal portions of the Joint Stipulation Regarding Plaintiffs' Motion to Compel STMicroelectronics, Inc. to produce documents pursuant to subpoena ("the Joint Stipulation").

This application concerns six documents:

1. The Joint Stipulation, which includes information which Plaintiffs arguably derived from information that Defendants produced in discovery and designated confidential;
2. Exhibit A, which contains the domestic ZF companies' responses to Plaintiffs' First Set of Interrogatories, which ZF designated confidential;
3. Exhibit C, which is a failure analysis that STMicroelectronics, Inc. designated highly confidential;
4. Exhibit D, which is failure analysis that STMicroelectronics, Inc. designated highly confidential;
5. Exhibit E, which is a letter to NHTSA that STMicroelectronics, Inc. designated highly confidential; and
6. Exhibit F, which is a declaration that STMicroelectronics, Inc. sent to NHTSA and designated highly confidential.

At this time, Plaintiffs take no position as to whether these documents contain any information that should be sealed. However, under the terms of the Protective Order, documents designated as "Confidential" and "Highly Confidential," as well as the information contained therein, must be filed under seal by the non-designating party. *See* Dkt. 104, ¶ 20. Moreover, because the designating party is best positioned to explain why information designated confidential should be sealed, the Protective Order requires the designating party to submit a brief that either explains the basis for sealing the information or proposes less expansive redactions. Failure to submit such a brief results

in the waiver of confidentiality rights.[1]

For the purposes of this motion, Plaintiffs propose filing the Joint Stipulation with redactions, and Exhibits A, C, D, E, and F as slipsheets on the public docket, if the Court is inclined to seal them. The unredacted copies of these documents will be attached to the accompanying Declaration of John T. Nicolaou accompanying this application.

This application will also attach the redacted Joint Stipulation and the accompanying slipsheets for Exhibits A, C, D, E, and F, and the unredacted versions of Exhibits B, G, and H, all of which are suitable for public filing.

## I. Plaintiffs' efforts to reduce redactions

Prior to filing this application, Plaintiffs sent a draft of the Joint Stipulation to all Defendants and asked if they felt it was necessary to file them under seal. It is unclear if any Defendants will provide the necessary brief to support sealing here. Accordingly Plaintiffs have complied with Local Rule 79-5.2.2(b).

## II. Conclusion

Although Defendants' designations required that Plaintiffs the Joint Stipulation, and Exhibits, A, C, D, E, and F under seal, Plaintiffs do not oppose filing them on the public docket with no redactions. Plaintiffs are prepared to do so if the Court is inclined to reject sealing here.

---

[1] The relevant language of the Protective Order states: "The Designating Party also agrees to file a brief within 7 days after the motion to seal is filed, or such other time as may be permitted by the Court, that either supports the relevant motion to seal and explains the reasons why the Designating Party contends the information should be sealed or provides an alternative version of the Designating Party's Covered Information that the Designating Party contends is appropriate for public filing and explains the reasons why any redacted information should be sealed. The Designating Party's failure to submit a brief explaining why the Covered Information should be sealed shall result in a waiver of confidentiality rights as to the filed documents under this Order." Dkt. 104, ¶ 20.

| | | |
|---|---|---|
| 1 | Dated: March 30, 2022 | Respectfully submitted, |
| 2 | | /s/David Stellings |
| 3 | | David Stellings |
| 4 | | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| 5 | | David Stellings (*pro hac vice*) |
| 6 | | dstellings@lchb.com |
| 7 | | John T. Nicolaou (*pro hac vice*) jnicolaou@lchb.com |
| 8 | | Katherine McBride |
| 9 | | kmcbride@lchb.com 250 Hudson Street, 8th Floor |
| 10 | | New York, New York 10013-1413 |
| 11 | | Telephone: 212.355.9500 |
| 12 | | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| 13 | | Elizabeth J. Cabraser (SBN 83151) |
| 14 | | ecabraser@lchb.com Nimish R. Desai (SBN 244953) |
| 15 | | ndesai@lchb.com |
| 16 | | Phong-Chau G. Nguyen (SBN 286789) pgnguyen@lchb.com |
| 17 | | 275 Battery Street, 29th Floor |
| 18 | | San Francisco, CA 94111-3339 |
| 19 | | Telephone: 415.956.1000 |
| 20 | | BARON & BUDD, P.C. |
| 21 | | Roland Tellis (SBN 186269) rtellis@baronbudd.com |
| 22 | | David Fernandes (SBN 280944) |
| 23 | | dfernandes@baronbudd.com Elizabeth Smiley (SBN 318165) |
| 24 | | esmiley@baronbudd.com |
| 25 | | 15910 Ventura Boulevard, Suite 1600 Encino, CA 91436 |
| 26 | | Telephone: 818-839-2333 |
| 27 | | Facsimile: 818-986-9698 |
| 28 | | *Co-Lead Counsel for Plaintiffs* |

**CERTIFICATE OF SERVICE**

I certify that on March 30, 2022, a copy of the foregoing **Plaintiffs' application seal portions of the Joint Stipulation Regarding Plaintiffs' Motion to Compel STMicroelectronics, Inc. to produce documents pursuant to subpoena** was served electronically through the Court's electronic filing system upon all Parties appearing on the Court's ECF service list. Plaintiffs will email unredacted versions of the Joint Stipulation and Exhibits A, C, D, E, and F separately to all parties.

DATED: March 30, 2022        */s/ David Stellings*
                             David Stellings