Roland Tellis (SBN 186269)
rtellis@baronbudd.com
**BARON & BUDD, P.C**.
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: 818.839.2333
Facsimile: 214.520.1181

David S. Stellings (*pro hac vice*)
dstellings@lchb.com
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: 212.355.9500
Facsimile: 212.355.9592

*Co-Lead Counsel for Plaintiffs* (additional counsel listed below)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re ZF-TRW Airbag Control Units Products Liability Litigation*<br><br>ALL CASES | MDL No. 2905<br><br>Case No. 2:19-ml-02905-JAK-FFM<br><br>**PLAINTIFFS' NOTICE OF MOTION TO COMPEL STMICROELECTRONICS, INC. TO PRODUCE DOCUMENTS PURSUANT TO SUBPOENA**<br><br>**DISCOVERY MATTER**<br><br>Date: April 20, 2022<br>Time: 10:00 am<br>Courtroom: 780 |

- 1 -

1  **TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO**
2  **STMICROELECTRONICS, INC. AND THEIR COUNSEL OF RECORD:**
3  PLEASE TAKE NOTICE THAT on April 20, 2022 at 10:00 am, or as soon
4  as the matter may be heard in Courtroom 780 of the above-entitled Court located at
5  255 E. Temple St., Los Angeles, CA, 90012, Plaintiffs will move this Court to
6  compel STMicroelectronics, Inc. to produce documents in response to Requests 2
7  and 3 of Plaintiffs' Rule 45 Subpoenas. The Court may continue this date. The
8  Court may conduct the proceeding remotely or in-person.
9  The motion is made following the conference of counsel pursuant to
10 California Central District Local Rule 37. Plaintiffs' motion is made pursuant to
11 Rule 45(d)(2)(b)(i) of the Federal Rules of Civil Procedure.
12 This Motion is based on this Notice, the accompanying Joint Stipulation
13 Regarding Plaintiffs' Motion to Compel STMicroelectronics, Inc. to Produce
14 Documents Pursuant to Subpoena, the exhibits attached thereto, any supplemental
15 memoranda filed pursuant to L.R. 37-2, and upon any other documentary and oral
16 evidence or argument that may be presented to the Court at or before the hearing.
17 The Joint Stipulation and exhibits will be submitted with a contemporaneous
18 Application to Seal. *See* ECF 435; ECF 436.
19
20 Dated: March 30, 2022                    Respectfully submitted,
21                                          /s/David Stellings
                                            David Stellings
22
23                                          LIEFF CABRASER HEIMANN &
                                            BERNSTEIN, LLP
24                                          David Stellings (*pro hac vice*)
                                            dstellings@lchb.com
25                                          John T. Nicolaou (*pro hac vice*)
                                            jnicolaou@lchb.com
26
27                                          Katherine McBride
                                            kmcbride@lchb.com
28                                          250 Hudson Street, 8th Floor

- 2 -

|    |                                                      |
|----|------------------------------------------------------|
| 1  | New York, New York  10013-1413                       |
| 2  | Telephone:  212.355.9500                             |
| 3  |                                                      |
| 4  | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP              |
|    | Elizabeth J. Cabraser (SBN 83151)                    |
| 5  | ecabraser@lchb.com                                   |
| 6  | Nimish R. Desai (SBN 244953)                         |
|    | ndesai@lchb.com                                      |
| 7  | 275 Battery Street, 29th Floor                       |
| 8  | San Francisco, CA  94111-3339                        |
| 9  | Telephone:  415.956.1000                             |
| 10 | BARON & BUDD, P.C.                                   |
|    | Roland Tellis (SBN 186269)                           |
| 11 | rtellis@baronbudd.com                                |
| 12 | David Fernandes (SBN 280944)                         |
|    | dfernandes@baronbudd.com                             |
| 13 | Elizabeth Smiley (SBN 318165)                        |
| 14 | esmiley@baronbudd.com                                |
|    | 15910 Ventura Boulevard, Suite 1600                  |
| 15 | Encino, CA 91436                                     |
| 16 | Telephone: 818-839-2333                              |
|    | Facsimile: 818-986-9698                              |
| 17 |                                                      |
| 18 | *Co-Lead Counsel for Plaintiffs*                     |

## Certificate of Service

I certify that on March 30, 2022, a copy of the foregoing **Notice of Motion to Compel STMicroelectronics, Inc. to Produce Documents Pursuant to Subpoena** was served electronically through the Court's electronic filing system upon all Parties appearing on the Court's ECF service list. Plaintiffs will serve STMicroelectronics, Inc. separately.

DATED: March 30, 2022  * /s/ David Stellings*
                                                   David Stellings