Roland Tellis (SBN 186269)
rtellis@baronbudd.com
**BARON & BUDD, P.C**.
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: 818.839.2333
Facsimile: 214.520.1181

David S. Stellings (*pro hac vice*)
dstellings@lchb.com
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: 212.355.9500
Facsimile: 212.355.9592

*Co-Lead Counsel for Plaintiffs*
(additional counsel listed below)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re ZF-TRW Airbag Control Units Products Liability Litigation*<br><br>ALL CASES | MDL No. 2905<br><br>Case No. 2:19-ml-02905-JAK-PLA<br>Case No. 2:20-cv-09668-JAK-PLA<br><br>John A. Kronstadt (U.S.D.J.)<br>Paul L. Abrams (U.S.M.J.)<br><br>**NOTICE REGARDING CONSOLIDATED AMENDED CLASS ACTION COMPLAINT** |

**STIPULATION GOVERNING AMENDMENT OF COMPLAINT IN MEMBER CASE**

2420050.2

On February 9, 2022, the Court granted Plaintiffs leave to file "any amended complaint" in this multi-district litigation. *Id.* at 178; *see also* ECF 430. Pursuant to the Court's leave, Plaintiffs will file their Consolidated Amended Class Action Complaint at ECF 477. This pleading supersedes the factual allegations and causes of action pled in any previously filed complaint for any member case.

Shortly before filing the Consolidated Amended Class Action Complaint, Plaintiffs will also file amended complaints on the main MDL docket (*see* ECF 4) for the Central District of California case called *Hernandez v. Hyundai Motor America*, 19-cv-00782 and the Eastern District of Michigan case called *Adams v. ZF Active Safety Electronics US LLC*, No. 20-cv-09668-JAK, at ECF 475 and ECF 476, respectively. Plaintiffs are filing these additional amended complaints to add parties to underlying member cases because Defendants have previously objected to adding parties through a consolidated complaint in the main MDL case. *See* ECF 396 at 9. Although these amended complaints may be relevant to the determination of the transferor district for Plaintiffs' claims after the pretrial stage of this proceeding ends, Plaintiffs are not contending that any Defendants need to respond separately to the two member case amended complaints under Rule 12. Instead, Defendants need only respond to the Consolidated Amended Class Action Complaint under Rule 12, and any motions to dismiss can be addressed on a consolidated basis, as the Court previously did with the Consolidated Class Action Complaint.

2420050.2

| | | |
|---|---|---|
| 1 | DATED: May 26, 2022 | Respectfully submitted, |
| 2 | | */s/ Roland Tellis* |
| 3 | | BARON & BUDD, P.C. |
| 4 | | Roland Tellis (SBN 186269) rtellis@baronbudd.com |
| 5 | | David Fernandes (SBN 280944) dfernandes@baronbudd.com |
| 6 | | Adam Tamburelli (SBN 301902) |
| 7 | | atamburelli@baronbudd.com |
| 8 | | 15910 Ventura Boulevard, Suite 1600 Encino, CA 91436 |
| 9 | | Telephone: 818-839-2333 |
| 10 | | Facsimile: 818-986-9698 |
| 11 | | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| 12 | | David Stellings (pro hac vice) |
| 13 | | dstellings@lchb.com |
| 14 | | John T. Nicolaou (pro hac vice) jnicolaou@lchb.com |
| 15 | | Katherine McBride |
| 16 | | kmcbride@lchb.com |
| 17 | | 250 Hudson Street, 8th Floor New York, New York 10013-1413 |
| 18 | | Telephone: 212.355.9500 |
| 19 | | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| 20 | | Elizabeth J. Cabraser (SBN 83151) |
| 21 | | ecabraser@lchb.com |
| 22 | | Nimish R. Desai (SBN 244953) ndesai@lchb.com |
| 23 | | Phong-Chau G. Nguyen (SBN 286789) |
| 24 | | pgnguyen@lchb.com |
| 25 | | 275 Battery Street, 29th Floor San Francisco, CA 94111-3339 |
| 26 | | Telephone: 415.956.1000 |
| 27 | | *Co-Lead Counsel for Plaintiffs* |
| 28 | | |

2420050.2

# CERTIFICATE OF SERVICE

I certify that on May 26, 2022, a copy of the foregoing **NOTICE REGARDING CONSOLIDATED AMENDED CLASS ACTION COMPLAINT** was served electronically through the Court's electronic filing system upon all Parties appearing on the Court's ECF service list.

DATED: May 26, 2022         */s/ Roland Tellis*
                             Roland Tellis

2420050.2