KIRKLAND & ELLIS LLP
Matthew T. Regan, P.C. (*pro hac vice*)
mregan@kirkland.com
300 North LaSalle
Chicago, IL 60654
Telephone: 312-862-2000
Facsimile: 312-862-2200

*Counsel for ZF Friedrichshafen AG, ZF TRW*
*Automotive Holdings Corp., ZF Automotive USA*
*Inc., ZF Active Safety and Electronics US LLC,*
*and ZF Passive Safety Systems US Inc.*

(additional counsel listed below)

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: ZF-TRW Airbag Control Units Products Liability Litigation<br><br>ALL CASES | Case No.: 2:19-ml-02905-JAK-PLA<br><br>MDL No. 2905<br><br>John A. Kronstadt (U.S.D.J.)<br>Paul L. Abrams (U.S.M.J.)<br><br>**JOINT STATUS REPORT FOR JUNE 21, 2022 STATUS CONFERENCE** |

Pursuant to the Court's Order of March 25, 2022 (Dkt. 430), the parties[1] submit this Joint Status Report in advance of the June 21, 2022 status conference.  The parties identify below the primary issues they believe merit the Court's attention but will be prepared to discuss other items as the Court desires.[2]

## I.   RULE 12(b) BRIEFING SCHEDULE

On May 26, 2022, Plaintiffs filed their Consolidated Amended Class Action Complaint (the "Amended Complaint").  ECF 477, 477-1, 477-2.  Each Defendant signing below intends to move to dismiss the Amended Complaint in whole or in part pursuant to Rule 12(b).  The parties have met and conferred about a briefing schedule and agree to the following, which they ask the Court to enter:

### A.   Dual Tracking of Briefing

As the Court is aware, the Toyota defendants have indicated a willingness to engage in settlement discussions overseen by Settlement Special Master Patrick A. Juneau and the Court has ordered his appointment. *See* ECF 493. After discussions with the Toyota Defendants and Plaintiffs, the Hyundai-Kia Defendants have also agreed to engage in the Special Master Juneau-led negotiations. Because such discussions could lead to settlements that eliminate the need for Toyota and Hyundai-Kia (and any other Defendants who wish to participate in such discussions) to ever file any motions to dismiss, Plaintiffs, Toyota, and Hyundai-Kia propose two sets of briefing schedules—one for the Toyota Defendants,

---

[1] All parties agree that filing the joint status report does not cause any party to waive its rights to contest personal jurisdiction in the above-captioned action. Insofar as STMicroelectronics, Inc. contends it has not appeared in this litigation, Plaintiffs dispute that contention.

Plaintiffs have not yet served STMicroelectronics S.r.l. or STMicroelectronics SDN BHD but are working on coordinating service on these entities and have offered a similar stipulation regarding service to counsel for ST Inc. Plaintiffs will confer with those parties about whether a separate briefing schedule is necessary as part of their service effort.

[2] Consistent with the directive on the Court's website, the Parties understand that the June 21, 2022 status conference will proceed by Zoom.

Hyundai-Kia Defendants and any other Defendant Groups[3] who agree to engage in settlement discussions overseen by Special Master Juneau, and another for all other Defendants. The other Defendants (who are not presently planning to participate in the process overseen by the Special Master) do not object to this structure.

**B.    Proposed Schedules**

1.    <u>Schedule for Defendants Not Participating in Special Master Process</u>

For those Defendants who are not participating in the Special Master process, the parties propose the following briefing schedule:

a.    Defendants file motions to dismiss and supporting briefs by August 2, 2022,

b.    Plaintiffs file their opposing briefs by October 10, 2022, and

c.    Defendants file their reply briefs by November 15, 2022.

2.    <u>Schedule for Defendants Participating in Special Master Process</u>

For the Toyota Defendants and other Defendant Groups[4] who agree to engage in settlement negotiations overseen by Special Master Juneau, the parties agree that such Defendants should have an additional 120 days from the filing of the Amended Complaint, such that:

a.    Those Defendants file motions to dismiss and supporting briefs by September 23, 2022,

b.    Plaintiffs file their opposing briefs by November 22, 2022, and

c.    Those Defendants file their reply briefs on January 6, 2023.

---

[3] The Defendant Groups are (i) the "ZF Defendants," (ii) the "Hyundai-Kia Defendants," (iii) FCA US LLC, (iv) the "Toyota Defendants," (v) the "Honda Defendants," (vi) the "Mitsubishi Defendants," as defined in Plaintiffs' First Amended Consolidated Complaint, ¶¶ 23–63, (vii) STMicroelectronics, Inc., and (viii) Hyundai Mobis Co., Ltd.

[4] After discussions with the Toyota Defendants and Plaintiffs, the Hyundai-Kia Defendants have also agreed to engage in the Special Master Juneau-led negotiations.

The negotiating parties further agree that if significant progress is being made in settlement mediations as the filing deadline approaches, those parties will stipulate to a further extension of the filing date, in the hope that the parties are able to reach class-wide settlements and obviate the need to ever file motions to dismiss.

## II.     PAGE LIMITS FOR RULE 12(b) BRIEFING

The parties have conferred and jointly agree to the following page limits for forthcoming motions, which they ask the Court to enter:

1.   <u>Defendants' Rule 12 Motions and Opening Briefs.</u>

    a.   Defendants may file a joint brief in support of their motions of no more than 50 pages.

    b.   Each Defendant Group may also file a supplemental brief in support of its motion. Such briefs shall be filed separately and shall not exceed 30 pages per Defendant Group.

2.   <u>Plaintiffs' Opposition Briefs.</u>

    a.   Plaintiffs may file a brief of no more than 50 pages in opposition to Defendants' joint brief.

    b.   Plaintiffs may also file separate oppositions to each Defendant Group's supplemental briefs. Such oppositions shall be filed separately and shall not exceed 30 pages per Defendant Group.

3.   <u>Defendants' Replies.</u>

    a.   Defendants may file a joint reply in support of their motions of no more than 25 pages.

    b.   Each Defendant Group may also file a supplemental reply in support of its motion. Such replies shall be filed separately and shall not exceed 15 pages per Defendant Group.

For Defendant Groups who participate in the special master process and are not part of any joint briefing, Plaintiffs agree to confer with such Defendants prior to filing of their motions to discuss appropriate page limits for briefing regarding those Defendants' motions.

## III.   MOTIONS TO STAY DISCOVERY

ZF and ST Inc. have informed Plaintiffs they will likely move to stay discovery in this litigation pending resolution of ZF's and ST Inc.'s forthcoming motions to dismiss. Plaintiffs have informed them they will vigorously oppose those motions.  Plaintiffs and ZF have agreed that Chief Magistrate Judge Abrams should decide ZF's motion to stay. Plaintiffs contend Chief Magistrate Judge Abrams should also decide ST Inc.'s motion to stay.  ST Inc. has not yet taken a position on this issue.

Plaintiffs and ZF have agreed upon the following briefing schedule in the event ZF files a motion to stay discovery:

1. ZF will file an opening brief not to exceed 15 pages on June 17, 2022,

2. Plaintiffs will file an opposition brief not to exceed 15 pages on July 1, 2022, and

3. ZF will file a reply brief not to exceed 8 pages on July 8, 2022.

Plaintiffs and ST Inc. have agreed upon the following briefing schedule in the event ST Inc. files a motion to stay discovery:

1. ST Inc. will file an opening brief not to exceed 15 pages on the same date it moves to dismiss, which would be August 2, 2022 using the above proposed schedule,

2. Plaintiffs will file an opening brief not to exceed 15 pages two weeks after the filing of the motion to stay discovery, which would be August 16, 2022  using the above proposed schedule, and

3. ST Inc. will file a reply brief not to exceed 8 pages one week after the filing of Plaintiffs' opposition, which would be August 23, 2022 using the above proposed schedule.

At this time, no other domestic Defendant intends to move to stay discovery, but to the extent such Defendant later wishes to do so, it will meet and confer with Plaintiffs on an appropriate briefing schedule and page limits.

DATED: June 13, 2022

Respectfully submitted,

*/s/ Roland Tellis*

BARON & BUDD, P.C.
Roland Tellis (SBN 186269)
rtellis@baronbudd.com
David Fernandes (SBN 280944)
dfernandes@baronbudd.com
Adam Tamburelli (SBN 301902)
atamburelli@baronbudd.com
Shannon Royster (SBN 314126)
sroyster@baronbudd.com
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: 818-839-2333

LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
David Stellings (*pro hac vice*)
dstellings@lchb.com
John T. Nicolaou (*pro hac vice*)
jnicolaou@lchb.com
Katherine McBride (*pro hac vice*)
kmcbride@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: 212-355-9500

LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
Elizabeth J. Cabraser (SBN 83151)
ecabraser@lchb.com
Nimish R. Desai (SBN 244953)
ndesai@lchb.com
Phong-Chau G. Nguyen (SBN 286789)
pgnguyen@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415-956-1000

*Co-Lead Counsel for Plaintiffs*

*/s/ Matthew T. Regan, P.C.*

KIRKLAND & ELLIS LLP
Mark C. Holscher (SBN 139582)
mark.holscher@kirkland.com
555 South Flower Street
Los Angeles, CA 90071
Telephone: 213-680-8400
Facsimile: 213-680-8500

Tammy A. Tsoumas (SBN 250487)
tammy.tsoumas@kirkland.com
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
Telephone: 310-552-4200
Facsimile: 310-552-5900

Matthew T. Regan, P.C. (*pro hac vice*)
mregan@kirkland.com
300 North LaSalle
Chicago, IL 60654
Telephone: 312-862-2000
Facsimile: 312-862-2200

Judson Brown, P.C. (*pro hac vice*)
jdbrown@kirkland.com
Michael A. Glick (*pro hac vice*)
michael.glick@kirkland.com
Jason Wilcox (*pro hac vice*)
jason.wilcox@kirkland.com
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-389-5000
Facsimile: 202-389-5200

*Counsel for ZF Friedrichshafen AG, ZF TRW Automotive Holdings Corp., ZF Automotive USA Inc., ZF Active Safety and Electronics US LLC, and ZF Passive Safety Systems US Inc.*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*/s/ Robert P. Debelak III*

McDOWELL HETHERINGTON LLP
Jodi K. Swick (SBN 228634)
jodi.swick@mhllp.com
1 Kaiser Plaza, Ste. 340
Oakland, CA 94612
Telephone: 510-628-2145
Facsimile: 510-628-2146

Colleen T. Flaherty (SBN 327563)
colleen.flaherty@mhllp.com
1055 E. Colorado Blvd., Ste. 500
Pasadena, CA 91106
Telephone: 213-631-4059
Facsimile: 510-628-2146

Thomas F.A. Hetherington (*pro hac vice*)
tom.hetherington@mhllp.com
Kendall J. Burr (*pro hac vice*)
kendall.burr@mhllp.com
Robert P. Debelak III (*pro hac vice*)
bobby.debelak@mhllp.com
1001 Fannin St., Ste. 2700
Houston, TX 77002
Telephone: 713-337-5580
Facsimile: 713-337-8850

Emily K. Felix (*pro hac vice*)
emily.felix@mhllp.com
1000 Ballpark Way, Ste. 209
Arlington, TX 76011
Telephone: 817-635-7300
Facsimile: 817-635-7308

*Counsel for STMicroelectronics, Inc.*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*/s/ Eric S. Mattson*

SIDLEY AUSTIN LLP
Lisa M. Gilford (SBN 171641)
lgilford@sidley.com
Stacy Horth-Neubert (SBN 214565)
shorthneubert@sidley.com
555 West Fifth Street
Los Angeles, CA 90013
Telephone: 213-896-6000
Facsimile: 213-896-6600

Eric S. Mattson (*pro hac vice*)
emattson@sidley.com
J. Simone Jones (*pro hac vice*)
simone.jones@sidley.com
One South Dearborn Street
Chicago, IL 60603
Telephone: 312-853-7000
Facsimile: 312-853-7036

*Counsel for Honda Motor Co., Ltd., American Honda Motor Co., Inc., and Honda Development and Manufacturing of America, LLC*

1

2                             */s/ Douglas W. Robinson*

                            PALMIERI, TYLER, WIENER, WILHELM &
WALDRON LLP

3                             Douglas W. Robinson (SBN 255909)

4                             drobinson@ptwww.com

                            Erica M. Sorosky (SBN 251314)

5                             esorosky@ptwww.com

6                             Christopher J. Green (SBN 295874)

                            cgreen@ptwww.com

7                             1900 Main Street, Suite 700

8                             Irvine, CA 92614

                            Telephone: 949-851-9400

9                             Facsimile: 949-825-5401

10

11                             *Counsel for Mitsubishi Motors Corporation
and Mitsubishi Motors North America, Inc.*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*/s/ Lance A. Etcheverry*

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Lance A. Etcheverry (SBN 199916)
lance.etcheverry@skadden.com
Caroline Van Ness (SBN 281675)
caroline.vanness@skadden.com
Matthew J. Tako (SBN 307013)
matthew.tako@skadden.com
525 University Avenue, Suite 1400
Palo Alto, CA 94301
Telephone: 650-470-4500
Facsimile: 650-470-4570

John Beisner (SBN 81571)
john.beisner@skadden.com
1440 New York Avenue N.W.
Washington, D.C. 20005
Telephone: 202-371-7000
Facsimile: 202-393-5760

*Counsel for Hyundai Motor Corporation,*
*Hyundai Motor America, Inc., Kia Corp., and*
*Kia America, Inc.*

*/s/ Christopher M. Young*

DLA PIPER LLP (US)
Christopher M. Young (SBN 163319)
christopher.young@dlapiper.com
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067
Telephone: 310-595-3000
Facsimile: 310-595-3300

Matthew A. Goldberg (*pro hac vice*)
mathew.goldberg@dlapiper.com
One Liberty Place
1650 Market Street, Suite 5000
Philadelphia, PA 19103
Telephone: 215-656-3300
Facsimile: 215-656-3301

*Counsel for Hyundai Mobis Co., Ltd.*

*/s/ Michael Mallow*

SHOOK, HARDY & BACON LLP
Michael Mallow
mmallow@shb.com
Rachel Straus
rstraus@shb.com
2049 Century Park East, Suite 3000
Los Angeles, CA 90067
Telephone: 424-285-8330
Facsimile: 424-204-9093

Amir Nassihi
anassihi@shb.com
One Montgomery, Suite 2600
San Francisco, CA 94104
Telephone: 415-544-1900
Facsimile: 415-391-0281

BOWMAN AND BROOKE LLP
Vincent Galvin (SBN 104448)
vincent.galvin@bowmanandbrooke.com
1741 Technology Drive, Suite 200
San Jose, CA 95110
Telephone: 408-279-5393
Facsimile: 408-279-5845

Mark V. Berry (SBN 70162)
mark.berry@bowmanandbrooke.com
970 West 190th Street, Suite 700
Torrance, CA 90502
Telephone: 310-768-3068
Facsimile: 310-719-1019

*Counsel for Toyota Motor North America, Inc., Toyota Motor Sales, U.S.A., Inc., Toyota Motor Engineering & Manufacturing North America, Inc.*

**SIGNATURE OF CERTIFICATION**

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: June 13, 2022                          */s/ Matthew Regan*
                                                     Matthew Regan

**CERTIFICATE OF SERVICE**

I certify that on June 13, 2022, a copy of the foregoing **JOINT STATUS REPORT FOR JUNE 21, 2022 STATUS CONFERENCE** was served electronically through the Court's electronic filing system upon all Parties appearing on the Court's ECF service list.


DATED: June 13, 2022                    */s/ Matthew Regan*
                                         Matthew Regan