# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: ZF-TRW Airbag Control Units Products Liability Litigation<br><br>ALL CASES | No. 2:19-ML-02905 JAK (PLAx)<br><br>**ORDER RE STIPULATION REGARDING DEADLINE FOR MITSUBISHI DEFENDANTS TO RESPOND TO THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT (DKT. 523)** |

Based on a review of the Stipulation Regarding Deadlines for Mitsubishi Defendants to Respond to the Consolidated Amended Class Action Complaint (the "Stipulation" (Dkt. 523)) entered into by Plaintiffs and the Mitsubishi Defendants, sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**.

The following deadlines shall apply to the Mitsubishi Defendants:

- September 23, 2022: Deadline for Mitsubishi Defendants to file Motions to Dismiss
- November 22, 2022: Deadline for Plaintiffs to file Oppositions
- January 6, 2023: Deadline for Mitsubishi Defendants to file Replies.

**IT IS SO ORDERED.**

Date: July 28, 2022     , 2022

John A. Kronstadt
United States District Judge