# EXHIBIT 2



# Electrical Overstress (EOS) and Airbag Control Units (ACUs)

## February 5, 2016

ZF Friedrichshafen AG



ZF-MDL-0000001310

## Overview



- ZF TRW has been working with some of our customers to understand the root cause of Electrical Overstress (EOS) to the ST firing and communication ASIC within certain Airbag Control Units (ACUs).
- EOS has been observed in specific circumstances, including those when there is no or partial crash record, inadvertent deployment or non-deployment.
- We determined that some cases of non-deployment had causes unrelated to EOS.
  - For example, commanded non-deployment can occur on certain vehicles in certain crash types consistent with customer defined deployment strategies.
- Although the number of incidents has been small, we recognize this as an important issue.

ENTIRE PAGE CONFIDENTIAL; CONFIDENTIAL AND PROPRIETARY:
This document is the property of ZF TRW and is disclosed in confidence. It may not be copied, disclosed to others, or used for manufacturing, without the prior written consent of ZF TRW.
© ZF Friedrichshafen AG, 2016

2

ZF-MDL-0000001311

## Overview (continued)



- · We make this presentation to provide NHTSA with the details of our investigation to date, including technical and engineering information.

- · We want to have an open and collaborative dialogue with NHTSA about the vehicle dependent nature of EOS.

- · As a supplier, ZF TRW can provide NHTSA with a view of this issue across our customers.

- · Therefore, this presentation covers global field incidents with confirmed EOS across all customers based on the information currently available to ZF TRW.

  - · We continue to discuss and analyze potential EOS incidents with our customers.

ENTIRE PAGE CONFIDENTIAL; CONFIDENTIAL AND PROPRIETARY:
This document is the property of ZF TRW and is disclosed in confidence. It may not be copied, disclosed to others, or used for manufacturing, without the prior written consent of ZF TRW.
© ZF Friedrichshafen AG, 2016

3

ZF-MDL-0000001312

## Overview (continued)



- Two customers (Chrysler and HKMC) with field incidents in the U.S.
- In late 2015, ZF TRW received additional information about field incidents in the U.S. from these same customers.
  - Our investigation with customers is ongoing, but we recently confirmed EOS in two HKMC incidents, which we will describe for you.
- Presence and impact of EOS on ACUs is vehicle dependent.
  - We have not seen it on any platforms of certain high volume customers.
  - Within customers, we have seen it on some platforms but not on others.

ENTIRE PAGE CONFIDENTIAL; CONFIDENTIAL AND PROPRIETARY:
This document is the property of ZF TRW and is disclosed in confidence.  It may not be copied, disclosed to others, or used for manufacturing, without the prior written consent of ZF TRW.
© ZF Friedrichshafen AG, 2016

4

## Overview (continued)



- 14 customers have zero field issues with 22.6M vehicles.

- Although this is a less than 1 ppm issue across all customers, we recognize this is an important issue.

- Deployment can occur even where there is no crash record.  Non-deployment can occur with or without a crash record.

- ZF TRW has successfully validated the ACU to each customer's performance specifications.

ENTIRE PAGE CONFIDENTIAL; CONFIDENTIAL AND PROPRIETARY:
This document is the property of ZF TRW and is disclosed in confidence.  It may not be copied, disclosed to others, or used for manufacturing, without the prior written consent of ZF TRW.
© ZF Friedrichshafen AG, 2016

5

ZF-MDL-0000001314

# Overview of Airbag Control Unit / ST ASIC





ST Octal Squib ASIC Integrates Following Functions:
•Communication and diagnostics for satellite sensors.
•Firing and diagnostics for squibs (airbags, pretensioners).

ST ASIC Family
•DS84 – DSI satellite communication and squib firing ASIC.
•MS84 – PSI5 satellite communication and squib firing ASIC
•SD40/80 – Squib firing extension ASIC used with MS84/DS84

•In production since 2008

Volume in field
•DS84 – 26.0M
•MS84 – 16.6M
•SD40/80 – 21.2M



ENTIRE PAGE CONFIDENTIAL; CONFIDENTIAL AND PROPRIETARY:
This document is the property of ZF TRW and is disclosed in confidence.  It may not be copied, disclosed to others, or used for manufacturing, without the prior written consent of ZF TRW.
© ZF Friedrichshafen AG, 2016

6

# Multipoint Failure Modes Causing EOS



- EOS has been observed only with multipoint failure modes that are outside of the customers' performance specifications.

  - Unspecified vehicle ground shift combined with other failures, including an intermittent power supply to the ACU and a shorted satellite to ground.

    – Vehicle level ground issues have been identified by a customer

    – ZF TRW and a customer have replicated this failure mode using bench testing to out of specification conditions.

  - Combined failure of a shorted satellite to ground and an intermittent short of a power line to chassis resulting in an out of specification negative transient on the vehicle satellite line

    – These conditions have been identified by a customer

    – ZF TRW and customers have replicated this failure mode using bench testing and vehicle testing to out of specification conditions.

ENTIRE PAGE CONFIDENTIAL; CONFIDENTIAL AND PROPRIETARY:
This document is the property of ZF TRW and is disclosed in confidence. It may not be copied, disclosed to others, or used for manufacturing, without the prior written consent of ZF TRW.
© ZF Friedrichshafen AG, 2016

HC - FCA, HC - ZF, HC - HKMC

# EOS Multipoint Failure Mode Confirmed with Vehicle Testing







The front remote acceleration sensor line and ESC power line are simultaneously shorted to ground. When the ESC connection is broken, a negative transient is created allowing current to flow out of the ACU.



Vehicle Inspection

High gauge power wire exposed

Satellite wire cut

If a large current flows across ASIC substrate, parasitic transistors can turn on and allow even larger current to flow from power supply pins.

Vehicle conditions beyond specifications (multi-point failure) can cause internal ASIC damage.

ENTIRE PAGE CONFIDENTIAL; CONFIDENTIAL AND PROPRIETARY:
This document is the property of ZF TRW and is disclosed in confidence. It may not be copied, disclosed to others, or used for manufacturing, without the prior written consent of ZF TRW.
© ZF Friedrichshafen AG, 2016

8

# EOS Multipoint Failure Mode
# Verified through Vehicle Investigation







Painted Bolt identified on Ground Connection





1 Meter ground wiring from ACU to front console

Multipoint failure mode – resistance in the vehicle ground path beyond specification with shorted sensor and intermittent power – can cause internal ASIC damage.

ENTIRE PAGE CONFIDENTIAL; CONFIDENTIAL AND PROPRIETARY:
This document is the property of ZF TRW and is disclosed in confidence. It may not be copied, disclosed to others, or used for manufacturing, without the prior written consent of ZF TRW.
© ZF Friedrichshafen AG, 2016

9

## Investigation of Field Incidents With Customers



- These multipoint failure modes can cause EOS to the ASIC that may impact ACU function during a crash event.

- ZF TRW has been working with our customers to investigate four main types of field incidents:

  - Crash events with no or partial crash records and airbag deployment

  - Crash events with no or partial crash records and no airbag deployment

  - Crash events with full crash records and no airbag deployment

  - Inadvertent airbag deployments

ENTIRE PAGE CONFIDENTIAL; CONFIDENTIAL AND PROPRIETARY:
This document is the property of ZF TRW and is disclosed in confidence.  It may not be copied, disclosed to others, or used for manufacturing, without the prior written consent of ZF TRW.
© ZF Friedrichshafen AG, 2016

10

# Platform Dependence



- EOS impact on ACUs is platform dependent
  - No field incidents observed on any platforms of certain high volume customers
  - Within customers, we have seen it on some platforms but not on others
  - Vehicle wiring architecture can contribute to EOS
  - Vehicle level grounding issues can contribute to EOS
  - Customer airbag deployment strategy design can result in a commanded non-deployment

ENTIRE PAGE CONFIDENTIAL; CONFIDENTIAL AND PROPRIETARY:
This document is the property of ZF TRW and is disclosed in confidence. It may not be copied, disclosed to others, or used for manufacturing, without the prior written consent of ZF TRW.
© ZF Friedrichshafen AG, 2016

11

ZF-MDL-0000001320

# Platform Dependence – Chrysler Field Incidents



| Chrysler Platform | Approx Volume | No / Partial Crash Record with Deployment | | No / Partial Crash Record with Commanded Non-Deployment | | Inadvertent Deployment | |
|---|---|---|---|---|---|---|---|
| | | Quantity | PPM | Quantity | PPM | Quantity | PPM |
| JS – Avenger/200 | 1,303,000 | 0 | 0 | 4 | 3.1 | 0 | 0 |
| MK - Patriot/Compass | 1,409,000 | 2 | 1.4 | 1 | 0.7 | 0 | 0 |
| Caliber | 150,000 | 0 | 0 | 0 | 0 | 0 | 0 |
| Liberty | 245,000 | 0 | 0 | 0 | 0 | 0 | 0 |
| Nitro | 11,000 | 0 | 0 | 0 | 0 | 0 | 0 |
| Wrangler | 1,264,000 | 0 | 0 | 0 | 0 | 1 | 0.8 |
| Truck | 1,180,000 | 0 | 0 | 0 | 0 | 0 | 0 |
| Fiat 500 (FCA NA) | 322,000 | 0 | 0 | 0 | 0 | 0 | 0 |
| Dart | 341,000 | 0 | 0 | 0 | 0 | 0 | 0 |
| Cherokee | 647,000 | 0 | 0 | 0 | 0 | 0 | 0 |
| Journey | 134,000 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total** | **6,996,000** | **2** | **0.2** | **5** | **0.7** | **1** | **0.1** |

ENTIRE PAGE CONFIDENTIAL; CONFIDENTIAL AND PROPRIETARY:
This document is the property of ZF TRW and is disclosed in confidence. It may not be copied, disclosed to others, or used for manufacturing, without the prior written consent of ZF TRW.
© ZF Friedrichshafen AG, 2016

12

# Chrysler – No / Partial Crash Record with Airbag Deployment



- Two field incidents in US
  - Both MK platform
  - Both frontal collisions
  - Both with airbag deployment
  - Both with no / partial crash records
  - Both with EOS of ST DS84 ASIC confirmed
  - Deployment occurred even though there is no or partial crash record

| Event | Platform | Crash record | Deployment | Crash Type | Other Vehicle | EOS Present |
|-------|----------|--------------|------------|------------|---------------|-------------|
| Chrysler A | MK – 2012 Patriot | No | Yes (Chrysler photographs and CarFax) | Frontal (no other accident details available to ZF TRW) | Unknown | Yes |
| Chrysler B | MK – 2012 Patriot | Partial crash record | Yes | Frontal offset | Rigid barrier | Yes |

ENTIRE PAGE CONFIDENTIAL; CONFIDENTIAL AND PROPRIETARY:
This document is the property of ZF TRW and is disclosed in confidence. It may not be copied, disclosed to others, or used for manufacturing, without the prior written consent of ZF TRW.
© ZF Friedrichshafen AG, 2016

# Chrysler – No Crash Record with Non-Deployment



- Five field incidents in US

  - 1 MK platform; 4 JS platform

  - All frontal offset or angular collisions, mostly under-ride events

  - All incidents of no crash record with confirmed or likely EOS on DS84 ASIC

  - All non-deployment likely commanded due to customer deployment strategy design

| Event | Platform | Crash record | Deployment | Crash Type | Other Vehicle | EOS Present |
|---|---|---|---|---|---|---|
| Chrysler C | MK – 2012 Patriot | No | No | Frontal offset, under-ride | Expedition | Yes |
| Chrysler D | JS – 2012 Avenger | No | No | Frontal offset, under-ride | F150 | Yes |
| Chrysler E | JS – 2012 Chrysler 200 | No | No | Frontal offset, under-ride | F150 | Yes |
| Chrysler F | JS – 2011 Avenger | No | No | Frontal offset, under-ride | F150 | Not confirmed but ACU does not communicate |
| Chrysler G | JS – 2012 Chrysler 200 Convertible | No | No | Frontal angular | Unknown | Yes |

ENTIRE PAGE CONFIDENTIAL; CONFIDENTIAL AND PROPRIETARY:
This document is the property of ZF TRW and is disclosed in confidence. It may not be copied, disclosed to others, or used for manufacturing, without the prior written consent of ZF TRW.
© ZF Friedrichshafen AG, 2016

HC - FCA, HC - ZF, HC - HKMC

ZF-MDL-0000001323

## Chrysler – Deployment Strategy Design



- As designed, and confirmed in the vehicle calibration summaries, a missing front sensor signal in an offset crash can result in commanded non-deployment

- All 5 Chrysler non-deployments with no crash records were offset/angular crashes, most of which were under-ride that likely disconnected the front sensor(s) early in the crash event

- Under-ride events with late engagement of the frame reduce the acceleration levels seen at the ACU in the crash

ENTIRE PAGE CONFIDENTIAL; CONFIDENTIAL AND PROPRIETARY:
This document is the property of ZF TRW and is disclosed in confidence. It may not be copied, disclosed to others, or used for manufacturing, without the prior written consent of ZF TRW.
© ZF Friedrichshafen AG, 2016

15

ZF-MDL-0000001324

# Chrysler – Deployment Strategy Design



- Loss of signal from a front crash sensor may direct a commanded non-deployment in certain crash scenarios

- Further, MK / JS platforms route front passenger side satellite wire across the front of the vehicle and bundle with the driver side satellite wire

  - This can cause the wiring for both front crash sensors to get damaged in frontal left offset collision

ENTIRE PAGE CONFIDENTIAL; CONFIDENTIAL AND PROPRIETARY:
This document is the property of ZF TRW and is disclosed in confidence. It may not be copied, disclosed to others, or used for manufacturing, without the prior written consent of ZF TRW.
© ZF Friedrichshafen AG, 2016

16

ZF-MDL-0000001325

# Chrysler – Full Crash Records and No Airbag Deployment



- Two field incidents in US with commanded non-deployment that demonstrate the deployment strategy design

  - One confirmed frontal offset/angular collision

  - One event with front satellite sensors not bolted to vehicle frame

  - Both with complete crash records and no suspected EOS

| Event | Platform | Crash record | Deployment | Crash Type | Other vehicle | EOS present |
|---|---|---|---|---|---|---|
| Chrysler H | JS – 2011 Patriot | Yes | No frontal deployment | Frontal offset, angular | Dodge Stratus | No (ACU communicates) |
| Chrysler I | KK – 2011 Liberty | Yes | No (front satellites not bolted) | Unknown (no other accident facts made available to ZF TRW) | Unknown | Not suspected (ACU communicates but not made available to ZF TRW) |

ENTIRE PAGE CONFIDENTIAL; CONFIDENTIAL AND PROPRIETARY:
This document is the property of ZF TRW and is disclosed in confidence. It may not be copied, disclosed to others, or used for manufacturing, without the prior written consent of ZF TRW.
© ZF Friedrichshafen AG, 2016

17

# Chrysler – Inadvertent Airbag Deployment



- One inadvertent airbag deployment in US
- EOS confirmed on DS84 ASIC
- Vehicle unavailable for ZF TRW inspection

| Event | Platform | Crash record | Deployment | Crash Type | Other vehicle | EOS present |
|-------|----------|--------------|------------|------------|---------------|-------------|
| Chrysler J | 2010 Wrangler | N/A | Inadvertent | N/A | N/A | Yes |

ENTIRE PAGE CONFIDENTIAL; CONFIDENTIAL AND PROPRIETARY:
This document is the property of ZF TRW and is disclosed in confidence.  It may not be copied, disclosed to others, or used for manufacturing, without the prior written consent of ZF TRW.
© ZF Friedrichshafen AG, 2016

HC - FCA, HC - ZF, HC - HKMC

ZF-MDL-0000001327

# Platform Dependence – HKMC Field Incidents



| HKMC Platform | Approx Volume | No Deployment with No / Partial Crash Record (initial assessment: commanded non-deployment) | | No Deployment with No / Partial Crash Record (under investigation) | | Inadvertent Deployment | |
|---|---|---|---|---|---|---|---|
| | | Quantity | PPM | Quantity | PPM | Quantity | PPM |
| Forte | 507,000 | 2 | 3.9 | 2 | 3.9 | 0 | 0 |
| Sonata | 1,884,000 | 0 | 0 | 1 | 0.5 | 0 | 0 |
| Optima | 660,000 | 0 | 0 | 0 | 0 | 0 | 0 |
| Click/ Getz | 524,000 | 0 | 0 | 0 | 0 | 0 | 0 |
| i30 | 232,000 | 0 | 0 | 0 | 0 | 0 | 0 |
| Ceed | 696,000 | 0 | 0 | 0 | 0 | 0 | 0 |
| K5 | 254,000 | 0 | 0 | 0 | 0 | 1 | 3.9 |
| **Total** | **4,758,000** | **2** | **0.4** | **3** | **0.6** | **1** | **0.2** |

ENTIRE PAGE CONFIDENTIAL; CONFIDENTIAL AND PROPRIETARY:
This document is the property of ZF TRW and is disclosed in confidence. It may not be copied, disclosed to others, or used for manufacturing, without the prior written consent of ZF TRW.
© ZF Friedrichshafen AG, 2016

ZF-MDL-0000001328

# HKMC – No / Partial Crash Record with Non-Deployment (Initial Assessment:  Commanded Non-Deployment)



- Two field incidents in US
  - Both TD platform
    - Prior vehicle platform grounding issues observed
  - Both with no or partial crash records; both confirmed EOS on DS84 ASIC
  - Deployment not commanded in either event, consistent with deployment strategy design

| Event | Platform | Crash record | Deployment | Crash Type | Other vehicle | EOS present |
|---|---|---|---|---|---|---|
| HKMC A | TD – 2010 Forte | No | No (Initial assessment: commanded non-deployment due to under-ride) | Frontal offset, under-ride | Logging truck | Yes |
| HKMC B | TD – 2011 Forte | Partial | No (Near deploy event, commanded non-deployment) | Unknown (no other accident facts made available to ZF TRW) | Unknown | Yes (ACU not made available to ZF TRW) |

ENTIRE PAGE CONFIDENTIAL; CONFIDENTIAL AND PROPRIETARY:
This document is the property of ZF TRW and is disclosed in confidence. It may not be copied, disclosed to others, or used for manufacturing, without the prior written consent of ZF TRW.
© ZF Friedrichshafen AG, 2016

20

ZF-MDL-0000001329

# HKMC – No Crash Record with Non-Deployment (Investigation Ongoing)



- Three field incidents in US
  - 1 YF platform; 2 TD platform
    - Both platforms have vehicle level grounding issues that can contribute to EOS on DS84 ASIC
  - Two frontal offset / angular collisions
  - All missing crash records with confirmed or likely EOS
  - All non-deployment, currently under investigation

| Event | Platform | Crash record | Deployment | Crash Type | Other vehicle | EOS present |
|-------|----------|--------------|------------|------------|---------------|-------------|
| HKMC C | YF – 2011 Sonata | No | No | Frontal offset | Ford Contour | Faults consistent with EOS (Evaluating aftermarket modifications to vehicle electrical system) |
| HKMC D | TD – 2012 Forte | No | No | Frontal angular | Jeep Patriot | Yes |
| HKMC E | TD – 2010 Forte | No | No | Frontal (no other accident facts made available to ZF TRW) | Unknown | Likely but not confirmed |

ENTIRE PAGE CONFIDENTIAL; CONFIDENTIAL AND PROPRIETARY:
This document is the property of ZF TRW and is disclosed in confidence. It may not be copied, disclosed to others, or used for manufacturing, without the prior written consent of ZF TRW.
© ZF Friedrichshafen AG, 2016

21

# HKMC – Inadvertent Airbag Deployment



- One field incident outside of US
- EOS confirmed on DS84 ASIC

| Event | Platform | Crash record | Deployment | Crash Type | Other vehicle | EOS present |
|-------|----------|--------------|------------|------------|---------------|-------------|
| HKMC F | K5 | N/A | Inadvertent | N/A | N/A | Yes |

ENTIRE PAGE CONFIDENTIAL; CONFIDENTIAL AND PROPRIETARY:
This document is the property of ZF TRW and is disclosed in confidence.  It may not be copied, disclosed to others, or used for manufacturing, without the prior written consent of ZF TRW.
© ZF Friedrichshafen AG, 2016

22

HC - FCA, HC - ZF, HC - HKMC

ZF-MDL-0000001331

# Platform Dependence – Other OEMs



- Global volumes of other OEMs with ST ASIC
- Investigations continue into identified incidents, all occurred outside of US
- Two incidents of deployments occurred even though there is no or partial crash record

| | Approx Volume | No / Partial Crash Record with Deployment | | No Deployment with No / Partial Crash Record | | Inadvertent Deployment | |
|---|---|---|---|---|---|---|---|
| | | Quantity | PPM | Quantity | PPM | Quantity | PPM |
| OEM A | 1,496,000 | 1 | 0.7 | 0 | 0 | 1 | 0.7 |
| OEM B | 8,657,000 | 1 | 0.1 | 0 | 0 | 1 | 0.1 |
| OEM C | 334,000 | 0 | 0 | 0 | 0 | 1 | 3.0 |
| Other OEMs without incident | 22,600,000 | 0 | 0 | 0 | 0 | 0 | 0 |
| COEM A | 440,000 | 0 | 0 | 0 | 0 | 4 | 9.1 |
| COEM B | 704,000 | 0 | 0 | 0 | 0 | 2 | 2.8 |
| TOTAL | 34,231,000 | 2 | .06 | 0 | 0 | 9 | .3 |

ENTIRE PAGE CONFIDENTIAL; CONFIDENTIAL AND PROPRIETARY:
This document is the property of ZF TRW and is disclosed in confidence.  It may not be copied, disclosed to others, or used for manufacturing, without the prior written consent of ZF TRW.
© ZF Friedrichshafen AG, 2016

23

ZF-MDL-0000001332

# Modifications – Platform Dependent



- Given the platform dependent nature of EOS, any modifications are also vehicle specific

- Customers are in the best position to evaluate their vehicles and determine whether any modifications are appropriate

- Customers that decided modifications were appropriate considered various options, including:

  - Revised deployment strategy

  - Change in vehicle wire routing

  - Change to vehicle grounding

  - Increased EOS protection of ASIC against unspecified vehicle environment

ENTIRE PAGE CONFIDENTIAL; CONFIDENTIAL AND PROPRIETARY:
This document is the property of ZF TRW and is disclosed in confidence. It may not be copied, disclosed to others, or used for manufacturing, without the prior written consent of ZF TRW.
© ZF Friedrichshafen AG, 2016

HC - FCA, HC - ZF, HC - HKMC

ZF-MDL-0000001333

# Summary



- Presence and impact of EOS on ACUs is vehicle dependent
  - Although this is a less than 1 ppm issue across all customers, we recognize that it is an important issue.
  - We have not seen it on any platforms of certain high volume customers
  - Within customers, we have seen it on some platforms but not on others.
  - Vehicle wiring architecture can contribute to EOS
  - Vehicle level grounding issues can contribute to EOS
  - Customer airbag deployment strategy design can result in a commanded non-deployment

ENTIRE PAGE CONFIDENTIAL; CONFIDENTIAL AND PROPRIETARY:
This document is the property of ZF TRW and is disclosed in confidence. It may not be copied, disclosed to others, or used for manufacturing, without the prior written consent of ZF TRW.
© ZF Friedrichshafen AG, 2016

25

## Summary (continued)



- Deployment can occur even where there is no crash record.  Non-deployment can occur with or without a crash record.

- Although the number of incidents has been small, we recognize this as an important issue.

- Ongoing discussions with all customers who use ST ASIC, including high volume customers without any field incidents

- Continuing to work closely with customers who have had field incidents involving confirmed or possible EOS

- ZF TRW is committed to open and collaborative discussion with NHTSA, including providing additional information to help NHTSA's analysis

ENTIRE PAGE CONFIDENTIAL; CONFIDENTIAL AND PROPRIETARY:
This document is the property of ZF TRW and is disclosed in confidence.  It may not be copied, disclosed to others, or used for manufacturing, without the prior written consent of ZF TRW.
© ZF Friedrichshafen AG, 2016

HC - FCA, HC - ZF, HC - HKMC

ZF-MDL-0000001335