# EXHIBIT 3



# Update on Electrical Overstress (EOS) and Airbag Control Units (ACUs)

July 19, 2016

ZF Friedrichshafen AG

CONFIDENTIAL AND PROPRIETARY:
This document is the property of ZF TRW Automotive and is disclosed in confidence.  It may not be copied, disclosed to others, or used for manufacturing, without the prior written consent of ZF TRW Automotive.



# Overview



- On February 5, 2016, ZF TRW met with NHTSA to provide the details of our investigation with some of our customers to understand the root cause of Electrical Overstress (EOS) to the ST firing and communication ASIC within certain Airbag Control Units (ACUs).

- EOS has been observed in specific circumstances, including those when there is no or partial crash record, inadvertent deployment or non-deployment.

- Some cases of non-deployment had causes unrelated to EOS.
  - For example, commanded non-deployment can occur on certain vehicles in certain crash types consistent with customer defined deployment strategies.

CONFIDENTIAL AND PROPRIETARY:
This document is the property of ZF TRW Automotive and is disclosed in confidence.  It may not be copied, disclosed to others, or used for manufacturing, without the prior written consent of ZF TRW Automotive.

© ZF Friedrichshafen AG, 2016

# Overview (continued)

- Although the number of incidents has been small, we recognize this as an important issue and ZF TRW has been working with its customers to reach conclusions as quickly as possible.

- Two customers (Chrysler and HKMC) with field incidents of non-deployment in the U.S.

- NHTSA has requested an update from ZF TRW concerning the investigation with those two customers.

- Since meeting with NHTSA in February, ZF TRW has continued to work closely with those two customers to analyze these issues in detail.

- Our analysis and review of the existing and additional data reaffirms the conclusions ZF TRW shared with NHTSA in February.

CONFIDENTIAL AND PROPRIETARY:
This document is the property of ZF TRW Automotive and is disclosed in confidence.  It may not be copied, disclosed to others, or used for manufacturing, without the prior written consent of ZF TRW Automotive.

© ZF Friedrichshafen AG, 2016

# Overview (continued)

- Presence and impact of EOS on ACUs is vehicle dependent.

  - Although this is a less than 1 ppm issue across all customers, we recognize that it is an important issue.

  - 14 customers have zero field issues with 22.6M vehicles.

  - We have not seen it on any platforms of certain high volume customers.

  - Within customers, we have seen it on some platforms but not on others.

  - Vehicle wiring architecture can contribute to EOS.

  - Vehicle level grounding issues can contribute to EOS.

CONFIDENTIAL AND PROPRIETARY:
This document is the property of ZF TRW Automotive and is disclosed in confidence.  It may not be copied, disclosed to others, or used for manufacturing, without the prior written consent of ZF TRW Automotive.

© ZF Friedrichshafen AG, 2016

4

# Overview (continued)



- Deployment can occur even where there is no crash record.

- Non-deployment can occur with or without a crash record.

- Customer airbag deployment strategy design can result in a commanded non-deployment in certain crash types on specific platforms.

- ZF TRW is committed to continuing an open and collaborative discussion with NHTSA, including providing additional information to help NHTSA's analysis.

CONFIDENTIAL AND PROPRIETARY:
This document is the property of ZF TRW Automotive and is disclosed in confidence.  It may not be copied, disclosed to others, or used for manufacturing, without the prior written consent of ZF TRW Automotive.

© ZF Friedrichshafen AG, 2016



# Investigation with HKMC Since Last Review with NHTSA in February 2016

- No new field events identified

- Technical review of EOS failure mode

- Replication testing of EOS failure mode

- Further investigation of event HKMC C

  - ACU and ASIC analysis confirmed EOS on DS84 ASIC

  - Vehicle analysis identified aftermarket accessories spliced into ACU power lines as likely contributor to source of EOS

  - HKMC analysis confirmed event as commanded non-deployment

CONFIDENTIAL AND PROPRIETARY:
This document is the property of ZF TRW Automotive and is disclosed in confidence.  It may not be copied, disclosed to others, or used for manufacturing, without the prior written consent of ZF TRW Automotive.

© ZF Friedrichshafen AG, 2016

# Investigation with HKMC Since Last Review with NHTSA in February 2016 (continued)





Yellow connectors are aftermarket splice

Image 19
Splice into power (Connector to back of fuse box)

Pink wire supplies power to ACU.

**Aftermarket wiring identified in HKMC C vehicle**

CONFIDENTIAL AND PROPRIETARY:
This document is the property of ZF TRW Automotive and is disclosed in confidence.  It may not be copied, disclosed to others, or used for manufacturing, without the prior written consent of ZF TRW Automotive.

© ZF Friedrichshafen AG, 2016

7

# Investigation with HKMC Since Last Review with NHTSA in February 2016 (continued)





Image 20

Speaker wire spliced into power wire shown in Image 19

**Aftermarket wiring identified in HKMC C vehicle**

CONFIDENTIAL AND PROPRIETARY:
This document is the property of ZF TRW Automotive and is disclosed in confidence.  It may not be copied, disclosed to others, or used for manufacturing, without the prior written consent of ZF TRW Automotive.

© ZF Friedrichshafen AG, 2016

# Investigation with HKMC Since Last Review with NHTSA in February 2016 (continued)



- Further investigation of event HKMC E
  - Review of EDR confirmed partial crash record
  - Partial crash record indicated near-deploy event, commanded non-deployment
- Ongoing investigation of event HKMC D
  - HKMC and ZF TRW meeting again in Korea on July 29

CONFIDENTIAL AND PROPRIETARY:
This document is the property of ZF TRW Automotive and is disclosed in confidence. It may not be copied, disclosed to others, or used for manufacturing, without the prior written consent of ZF TRW Automotive.

© ZF Friedrichshafen AG, 2016

# HKMC – No / Partial Crash Record with Non-Deployment (Commanded Non-Deployment)



- Four field incidents – two in US (HKMC A and C)

- Deployment not commanded, consistent with deployment strategy design

| Event | Platform | Crash record | Deployment | Crash Type | Other vehicle | EOS present |
|-------|----------|--------------|------------|------------|---------------|-------------|
| HKMC A | TD – 2010 Forte | No | No (commanded non-deployment due to under-ride) | Frontal offset, under-ride | Logging truck | Yes |
| HKMC B (China) | TD – 2011 Forte | Partial | No (Near deploy event, commanded non-deployment) | Unknown (no other accident facts available ) | Unknown | Yes (ACU not available) |
| HKMC C | YF – 2011 Sonata | No | No (commanded non-deployment) | Frontal offset | Ford Contour | Yes, likely contributed to by aftermarket modifications |
| HKMC E (Egypt) | TD – 2010 Forte | Partial | No (Near deploy event, commanded non-deployment) | Frontal (no other accident facts available) | Unknown | Likely but not confirmed |

CONFIDENTIAL AND PROPRIETARY:
This document is the property of ZF TRW Automotive and is disclosed in confidence. It may not be copied, disclosed to others, or used for manufacturing, without the prior written consent of ZF TRW Automotive.
© ZF Friedrichshafen AG, 2016

# HKMC – No Crash Record with Non-Deployment (Investigation Ongoing)



- One field incident – in US

- Investigation with HKMC ongoing

  - ASIC analysis confirmed no internal issue and EOS consistent with failure mode

  - KMC review of vehicle wiring; no issue found

  - Investigation ongoing

| Event | Platform | Crash record | Deployment | Crash Type | Other vehicle | EOS present |
|-------|----------|--------------|------------|------------|---------------|-------------|
| HKMC D | TD – 2012 Forte | No | No | Frontal angular | Jeep Patriot | Yes |

CONFIDENTIAL AND PROPRIETARY:
This document is the property of ZF TRW Automotive and is disclosed in confidence.  It may not be copied, disclosed to others, or used for manufacturing, without the prior written consent of ZF TRW Automotive.

11

© ZF Friedrichshafen AG, 2016

# Investigation with Chrysler Since Last Review in February 2016



- Further analysis of known field incidents

- EDR timing review

- Investigation of new field event, Chrysler J

  - EEPROM transplant and CDR download

CONFIDENTIAL AND PROPRIETARY:
This document is the property of ZF TRW Automotive and is disclosed in confidence.  It may not be copied, disclosed to others, or used for manufacturing, without the prior written consent of ZF TRW Automotive.

© ZF Friedrichshafen AG, 2016

# Investigation with Chrysler Since Last Review in February 2016 (continued)



- Investigation of new field event brought to Chrysler's attention by NHTSA, Chrysler K

  - ACU communicates and no evidence of EOS

  - EEPROM download and translation

  - Review of complete crash record, download report and available accident facts demonstrates event was a commanded non-deployment

  - Review of ACU part number confirms modifications for increased EOS protection of ASIC against unspecified vehicle environment

CONFIDENTIAL AND PROPRIETARY:
This document is the property of ZF TRW Automotive and is disclosed in confidence.  It may not be copied, disclosed to others, or used for manufacturing, without the prior written consent of ZF TRW Automotive.

© ZF Friedrichshafen AG, 2016

13

# Chrysler – No / Partial Crash Record with Airbag Deployment



- Two field incidents in US
  - Both MK platform
  - Both frontal collisions
  - Both with airbag deployment
  - Both with no / partial crash records
  - Both with EOS of ST DS84 ASIC confirmed
  - Deployment occurred even though there is no or partial crash record

| Event | Platform | Crash record | Deployment | Crash Type | Other Vehicle | EOS Present |
|-------|----------|--------------|------------|------------|---------------|-------------|
| Chrysler A | MK – 2012 Patriot | No | Yes (Chrysler photographs and CarFax) | Frontal (no other accident details available to ZF TRW) | Unknown | Yes |
| Chrysler B | MK – 2012 Patriot | Partial crash record | Yes | Frontal offset | Rigid barrier | Yes |

CONFIDENTIAL AND PROPRIETARY:
This document is the property of ZF TRW Automotive and is disclosed in confidence.  It may not be copied, disclosed to others, or used for manufacturing, without the prior written consent of ZF TRW Automotive.

14

© ZF Friedrichshafen AG, 2016

# Chrysler – No Crash Record with Non-Deployment



- Six field incidents in US
  - All incidents of no crash record with confirmed or likely EOS on DS84 ASIC
  - All non-deployment likely commanded due to customer deployment strategy design

| Event | Platform | Crash record | Deployment | Crash Type | Other Vehicle | EOS Present |
|-------|----------|--------------|------------|------------|---------------|-------------|
| Chrysler C | MK – 2012 Patriot | No | No | Frontal offset, under-ride | Expedition | Yes |
| Chrysler D | JS – 2012 Avenger | No | No | Frontal offset, under-ride | F150 | Yes |
| Chrysler E | JS – 2012 Chrysler 200 | No | No | Frontal offset, under-ride | F150 | Yes |
| Chrysler F | JS – 2011 Avenger | No | No | Frontal offset, under-ride | F150 | Not confirmed but ACU does not communicate |
| Chrysler G | JS – 2012 Chrysler 200 Convertible | No | No | Frontal angular | Unknown | Yes |
| Chrysler J | JS – 2013 Avenger | No | No | Frontal angular, under-ride | Grand Cherokee | Not confirmed, but ACU does not communicate |

CONFIDENTIAL AND PROPRIETARY:
This document is the property of ZF TRW Automotive and is disclosed in confidence.  It may not be copied, disclosed to others, or used for manufacturing, without the prior written consent of ZF TRW Automotive.

15

© ZF Friedrichshafen AG, 2016

# Chrysler – Deployment Strategy Design



- As designed, and confirmed in the vehicle calibration summaries, a missing front sensor signal in an offset crash can result in commanded non-deployment

- All 6 Chrysler non-deployments with no crash records were similar crash types, with offset, angular or under-ride elements, offset/angular crashes, that likely disconnected the front sensor(s) early in the crash event

- Under-ride events with late engagement of the frame reduce the acceleration levels seen at the ACU in the crash

CONFIDENTIAL AND PROPRIETARY:
This document is the property of ZF TRW Automotive and is disclosed in confidence.  It may not be copied, disclosed to others, or used for manufacturing, without the prior written consent of ZF TRW Automotive.

© ZF Friedrichshafen AG, 2016

16

# Chrysler – Deployment Strategy Design



- Loss of or insufficient signal from a front crash sensor may direct a commanded non-deployment in certain crash scenarios
- Further, MK / JS platforms route front passenger side satellite wire across the front of the vehicle and bundle with the driver side satellite wire
  - This can cause the wiring for both front crash sensors to get damaged in frontal left offset collision

CONFIDENTIAL AND PROPRIETARY:
This document is the property of ZF TRW Automotive and is disclosed in confidence. It may not be copied, disclosed to others, or used for manufacturing, without the prior written consent of ZF TRW Automotive.

© ZF Friedrichshafen AG, 2016

# Chrysler — Full Crash Records and No Airbag Deployment



- Three field incidents in US with commanded non-deployment that demonstrate the deployment strategy design

  - All with complete crash records and no suspected EOS

| Event | Platform | Crash record | Deployment | Crash Type | Other vehicle | EOS present |
|-------|----------|--------------|------------|------------|---------------|-------------|
| Chrysler H | MK – 2011 Patriot | Yes | No frontal deployment | Frontal offset, angular | Dodge Stratus | No (ACU communicates) |
| Chrysler I | KK – 2011 Liberty | Yes | No (front satellites not bolted) | Unknown (no other accident facts made available to ZF TRW) | Unknown | Not suspected (ACU communicates but not made available to ZF TRW) |
| Chrysler K | MK – 2015  Patriot | Yes | No | Frontal offset (no other accident facts made available to ZF TRW) | Lexus | No |

CONFIDENTIAL AND PROPRIETARY:
This document is the property of ZF TRW Automotive and is disclosed in confidence.  It may not be copied, disclosed to others, or used for manufacturing, without the prior written consent of ZF TRW Automotive.

© ZF Friedrichshafen AG, 2016

# Modifications – Platform Dependent



- Given the platform dependent nature of EOS, any modifications are also vehicle specific

- Customers are in the best position to evaluate their vehicles and determine whether any modifications are appropriate

- Customers that decided modifications were appropriate considered various options, including:

  - Revised deployment strategy

  - Change in vehicle wire routing

  - Change to vehicle grounding

  - Increased EOS protection of ASIC against unspecified vehicle environment

CONFIDENTIAL AND PROPRIETARY:
This document is the property of ZF TRW Automotive and is disclosed in confidence.  It may not be copied, disclosed to others, or used for manufacturing, without the prior written consent of ZF TRW Automotive.

© ZF Friedrichshafen AG, 2016

# Summary



- Presence and impact of EOS on ACUs is vehicle dependent

  - Vehicle wiring architecture can contribute to EOS

  - Vehicle level grounding issues can contribute to EOS

- ZF TRW has successfully validated the ACU to each customer's performance specifications.

- Deployment can occur even where there is no crash record.  Non-deployment can occur with or without a crash record.

  - Customer airbag deployment strategy design can result in a commanded non-deployment in certain crash types on specific platforms.

- ZF TRW is committed to continuing to work with its customers and with NHTSA to support further appropriate analysis.

CONFIDENTIAL AND PROPRIETARY:
This document is the property of ZF TRW Automotive and is disclosed in confidence.  It may not be copied, disclosed to others, or used for manufacturing, without the prior written consent of ZF TRW Automotive.

© ZF Friedrichshafen AG, 2016