# EXHIBIT 4

ZF-MDL-0000000148

**CONTAINS CONFIDENTIAL BUSINESS INFORMATION**



# Update on Electrical Overstress (EOS) and Airbag Control Units (ACUs)

## March 8, 2018

CONFIDENTIAL AND PROPRIETARY: This copyrighted document is the property of the ZF Group.  This document and the information contained herein are disclosed in confidence and may not be copied, disclosed to others, or used for any purpose, without the prior written consent of the ZF Group.  © ZF Friedrichshafen AG, 2018

HC - FCA, HC - ZF, HC - HKMC

ZF-MDL-000000149

## Overview

**ENTIRE PAGE CONFIDENTIAL BUSINESS INFORMATION**

- ZF proactively met with NHTSA on February 5 and July 19, 2016, and submitted further information in September 2016 regarding ZF's investigation with two of our customers to understand the root cause of Electrical Overstress (EOS) to the ST firing and communication ASIC within certain Airbag Control Units (ACUs).
- Since then, ZF has continued its investigation with its customers.
- ZF's conclusions remain the same – ZF has not identified any defect related to motor vehicle safety in the ACU or any of its components.
- ZF seeks to continue its open and collaborative dialogue with NHTSA about the vehicle dependent nature of EOS.



CONFIDENTIAL AND PROPRIETARY: This copyrighted document is the property of the ZF Group.  This document and the information contained herein are disclosed in confidence and may not be copied, disclosed to others, or used for any purpose, without the prior written consent of the ZF Group.  © ZF Friedrichshafen AG, 2018

© ZF Friedrichshafen AG

HC - FCA, HC - ZF, HC - HKMC

ZF-MDL-0000000150

**ENTIRE PAGE CONFIDENTIAL BUSINESS INFORMATION**

# Overview, continued

- ZF has not found evidence to link non deployments to EOS.
  - Deployment can occur even where there is no crash record.  Non-deployment can occur with or without a crash record.
  - Customer airbag deployment strategy design can result in a commanded non-deployment in certain crash types on specific platforms.
- EOS with non deployment is seen with DS84 ASIC and not MS84 ASIC.
- EOS with non deployment is seen with FCA and HKMC with DS84 ASIC and not with other customers.
- EOS with non deployment is vehicle dependent and platform dependent within a customer.
  - We have not seen it on any platforms of certain high volume customers.
  - Within customers, we have seen it on some platforms but not on others.


CONFIDENTIAL AND PROPRIETARY: This copyrighted document is the property of the ZF Group.  This document and the information contained herein are disclosed in confidence and may not be copied, disclosed to others, or used for any purpose, without the prior written consent of the ZF Group.  © ZF Friedrichshafen AG, 2018

© ZF Friedrichshafen AG

HC - FCA, HC - ZF, HC - HKMC

**ENTIRE PAGE CONFIDENTIAL BUSINESS INFORMATION**

# Status of FCA and HKMC Investigations

FCA

- No evidence to link electrical overstress and non deployment on FCA vehicles.
- FCA has recalled vehicles have cross car wiring and deployment strategy which makes it susceptible to commanded non deployment in certain crash events.
- Observed EOS can cause the lack of a crash record.
- FCA added incremental protection to the ACU to prevent EOS and updated the deployment strategy in the recall remedy.
- ZF is aware of two events of frontal offset with no EOS and no deployment due to the FCA deployment strategy.

HKMC

- As of 2016, HKMC engineering communicated an initial assessment of 2 commanded non deployments and 3 still under investigation.
- As of today, HKMC engineering has communicated 7 commanded non deployments and 5 still under investigation.
  - HMA's 573 states that "upon examination of the unique facts and circumstances associated with each incident, that it was possible that airbag deployment was not warranted."
  - HMA has indicated that it "is actively investigating the cause of the EOS."
- ZF continues its investigation with HKMC.

CONFIDENTIAL AND PROPRIETARY: This copyrighted document is the property of the ZF Group. This document and the information contained herein are disclosed in confidence and may not be copied, disclosed to others, or used for any purpose, without the prior written consent of the ZF Group. © ZF Friedrichshafen AG, 2018

© ZF Friedrichshafen AG

**ENTIRE PAGE CONFIDENTIAL BUSINESS INFORMATION**

# EOS Multipoint Failure Mode
# Confirmed with Vehicle Testing



The front remote acceleration sensor line and ESC power line are simultaneously shorted to ground. When the ESC connection is broken, a negative transient is created allowing current to flow out of the ACU.



Vehicle Inspection

High gauge power wire exposed

Satellite wire cut

If a large current flows across ASIC substrate, parasitic transistors can turn on and allow even larger current to flow from power supply pins.

Vehicle conditions beyond specifications (multi-point failure) can cause internal ASIC damage.



CONFIDENTIAL AND PROPRIETARY: This copyrighted document is the property of the ZF Group. This document and the information contained herein are disclosed in confidence and may not be copied, disclosed to others, or used for any purpose, without the prior written consent of the ZF Group. © ZF Friedrichshafen AG, 2018

© ZF Friedrichshafen AG

ZF-MDL-0000000152

HC - FCA, HC - ZF, HC - HKMC

ENTIRE PAGE CONFIDENTIAL BUSINESS INFORMATION

# EOS Multipoint Failure Mode

# Verified through Vehicle Investigation





Painted Bolt identified on Ground Connection



1 Meter ground wiring from ACU to front console

Multipoint failure mode – resistance in the vehicle ground path beyond specification with shorted sensor and intermittent power – can cause internal ASIC damage.



CONFIDENTIAL AND PROPRIETARY: This copyrighted document is the property of the ZF Group. This document and the information contained herein are disclosed in confidence and may not be copied, disclosed to others, or used for any purpose, without the prior written consent of the ZF Group. © ZF Friedrichshafen AG, 2018

© ZF Friedrichshafen AG

ZF-MDL-0000000153

HC - FCA, HC - ZF, HC - HKMC

**ENTIRE PAGE CONFIDENTIAL BUSINESS INFORMATION**

# Background: Airbag Control Unit / ST ASIC

### ST DS84:

- The DS84 is an Application Specific Integrated Circuit (ASIC) designed specifically for ZF.

- The DS84 performs communication and diagnostics for the satellite sensors and firing and diagnostics for squibs (airbags, pretensioners).

### ST MS84:

- Performs the same function as the DS84.

- Satellite communication method is different and therefore has different internal circuitry which is inherently more robust against negative transients on the satellite lines.

### ST SD40/SD80

- Performs firing and diagnostics for squibs (airbags, pretensioners).

ACUs using these ASICs meet all customer specifications.





CONFIDENTIAL AND PROPRIETARY: This copyrighted document is the property of the ZF Group. This document and the information contained herein are disclosed in confidence and may not be copied, disclosed to others, or used for any purpose, without the prior written consent of the ZF Group. © ZF Friedrichshafen AG, 2018

© ZF Friedrichshafen AG

ZF-MDL-000000154

HC - FCA, HC - ZF, HC - HKMC

ZF-MDL-000000155

**ENTIRE PAGE CONFIDENTIAL BUSINESS INFORMATION**

# ZF ACU with MS84 ASIC: No Observations

| Customers with MS84 ASIC | Global Volume (2016 data) | U.S. Volume (2016 data) | Deployment with No / Partial Crash Record | Non Deployments (confirmed or suspected EOS) |
|---|---|---|---|---|
| BMW | 1,496,000 | 140,000 | 0* | 0 |
| Porsche | 334,000 | 98,000 | 0 | 0 |
| FCA | 988,000 | 764,000 | 0 | 0 |
| VW | 8,025,000 | Data not available to ZF | 0 | 0 |
| Hyundai | 1,432,000 | 0 | 0 | 0 |
| Ferrari | 44,000 | Data not available to ZF | 0 | 0 |

\* One partial crash record on SD40 reported in 2016.
Pedestrian protection squib in crush zone (*information added 3-12-2018 per NHTSA's request*).

No observations of non deployments on MS84 with confirmed or suspected EOS.



CONFIDENTIAL AND PROPRIETARY: This copyrighted document is the property of the ZF Group.  This document and the information contained herein are disclosed in confidence and may not be copied, disclosed to others, or used for any purpose, without the prior written consent of the ZF Group. © ZF Friedrichshafen AG, 2018

© ZF Friedrichshafen AG

HC - FCA, HC - ZF, HC - HKMC

**ENTIRE PAGE CONFIDENTIAL BUSINESS INFORMATION**

# ZF ACU with DS84 ASIC: Customer Differentiation

| Customers with DS84 ASIC | Global Volume (2016 data) | U.S. Volume (2016 data) | Non Deployments with (confirmed or suspected EOS) | SOP |
|---|---|---|---|---|
| FCA | 6,008,000 | 4,235,000 | 7 | 2009 |
| HKMC (Hyundai) | 1,884,000 | 1,884,000 | 4 | 2009 |
| HKMC (Kia) | 1,421,000 | 1,167,000 | 8 | 2009 |
| Fiat | 795,000 | 84,000 | 0 | 2011 |
| Honda | 8,657,000 | 3,349,000 | 0 | 2011 |
| Mitsubishi | 116,000 | 116,000 | 0 | 2012 |
| Toyota | 9,875,000 | 5,800,000 | 0 | 2010 |

- Incidents of non deployment with EOS with FCA
  - Likely commanded non deployments based on deployment strategy
- Incidents of non deployment with EOS with Hyundai
  - 3 commanded non deployment communicated by HKMC R&D with 1 under investigation
- Incidents of non deployment with EOS with Kia
  - 4 commanded non deployment communicated by HKMC R&D with 4 under investigation
- No notice of incidents of non deployments with EOS on Fiat, Honda, Mitsubishi, and Toyota as of today
  - 19.4M vehicles globally (2016 data)

Note: Does not include Chinese OEM vehicles that do not ship to the US market



CONFIDENTIAL AND PROPRIETARY: This copyrighted document is the property of the ZF Group. This document and the information contained herein are disclosed in confidence and may not be copied, disclosed to others, or used for any purpose, without the prior written consent of the ZF Group. © ZF Friedrichshafen AG, 2018                © ZF Friedrichshafen AG

ZF-MDL-000000156

HC - FCA, HC - ZF, HC - HKMC

ENTIRE PAGE CONFIDENTIAL BUSINESS INFORMATION

# Protection Against Vehicle Transients

- ZF designs the ACU circuits to meet each customer's specifications that define the vehicle environment.
- All ZF ACUs have appropriate levels of protection against specified and foreseeable vehicle transients.
- Protection against transients is incorporated in the ZF ACU design for specific customer platforms in multiple ways, including:
  - Protection devices integrated into the internal circuitry of the ST ASIC family based on Industry Standard Requirements
    - ESD clamp (MOSFET)
    - Diodes
  - Protection devices on the ACU PCB
    - Capacitors
    - Zener diodes
    - Schottky diodes



CONFIDENTIAL AND PROPRIETARY: This copyrighted document is the property of the ZF Group.  This document and the information contained herein are disclosed in confidence and may not be copied, disclosed to others, or used for any purpose, without the prior written consent of the ZF Group.  © ZF Friedrichshafen AG, 2018.

© ZF Friedrichshafen AG

__ENTIRE PAGE CONFIDENTIAL BUSINESS INFORMATION__

# Modifications – Customer Driven and Platform Dependent

- Given the platform dependent nature of EOS, any modifications are also vehicle specific.
- Customers are in the best position to evaluate their vehicles and determine whether any modifications are necessary and appropriate.
- Customers that decided modifications were appropriate for their particular platforms considered various options, including:
  - Revised deployment strategy
  - Change in vehicle wire routing
  - Change to vehicle grounding
  - Increased EOS protection of ASIC against unspecified vehicle environment



CONFIDENTIAL AND PROPRIETARY: This copyrighted document is the property of the ZF Group.  This document and the information contained herein are disclosed in confidence and may not be copied, disclosed to others, or used for any purpose, without the prior written consent of the ZF Group.  © ZF Friedrichshafen AG, 2018

© ZF Friedrichshafen AG

ZF-MDL-000000159

**ENTIRE PAGE CONFIDENTIAL BUSINESS INFORMATION**

# Platform Dependency: FCA ACU with DS84

| Customers with DS84 ASIC | Global Volume (2016 data) | U.S. Volume (2016 data) | Deployment with No / Partial Crash Record | Non Deployments (confirmed or suspected EOS) | Cross Car Wiring | SOP | ACU at SOP | | Modification | ACU Modifications | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Schottky diode low side | Schottky diode high side | | Schottky diode high and low side | Change in Schottky diode | Vdiag Resistor | Fuse resistor on satellite input | Deployment strategy change |
| JS – Avenger/200 | 1,303,000 | 1,138,000 | 0 | 6 (4 as of 2016) | Yes | 2009 | X | | S61 | X | X | X | | X |
| MK – Patriot / Compass | 1,409,000 | 855,000 | 3 (2 as of 2016) | 1 (1 as of 2016) | Yes | 2009 | X | | 2014 / 2015 / S61 | 2014 / S61 | 2014 / S61 | 2014 / S61 | 2015 / S61 |
| Caliber | 150,000 | 97,000 | 0 | 0 | Yes | 2009 | X | | S61 | X | X | X | | X |
| Liberty | 245,000 | 199,000 | 0 | 0 | No | 2009 | X | | | | | | | |
| Nitro | 11,000 | 8,000 | 0 | 0 | No | 2009 | X | | | | | | | |
| Wrangler | 1,264,000 | 785,000 | 0 | 0 | No | 2009 | X | | 2014 | X | X | X | | |
| Truck | 1,180,000 | 995,000 | 0 | 0 | No | 2008 | X | | | | | | | |
| Fiat 500 (FCA NA) | 322,000 | 158,000 | 0 | 0 | No | 2011 | X | | 2018 | X | X | X | | |
| Journey | 134,000 | 0 | 0 | 0 | Unknown | 2011 | X | | | | | | | |



CONFIDENTIAL AND PROPRIETARY: This copyrighted document is the property of the ZF Group. This document and the information contained herein are disclosed in confidence and may not be copied, disclosed to others, or used for any purpose, without the prior written consent of the ZF Group. © ZF Friedrichshafen AG, 2018

© ZF Friedrichshafen AG

HC - FCA, HC - ZF, HC - HKMC

ZF-MDL-000000160

**ENTIRE PAGE CONFIDENTIAL BUSINESS INFORMATION**

# Platform Dependency: Hyundai and Kia ACU with DS84

| Customers with DS84 ASIC | Global Volume (2016 data) | U.S. Volume (2016 data) | Incidents with no or partial crash record | | | ACU at SOP | | | ACU Modifications | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | With commanded non deployment (as communicated by HKMC) | Under investigation | SOP | Schottky diode low side | Schottky diode high side | Modification | Schottky diode high and low side | Change in Schottky diode | Vdiag Resistor | Fuse resistor on satellite input | Deployment strategy change |
| **Hyundai** | | | | | | | | | | | | | |
| Sonata | 1,884,000 | 1,884,000 | 3 (0 as of 2016) | 1 (1 as of 2016) | 2009 | | | 2012 | X | | | | |
| **Kia** | | | | | | | | | | | | | |
| Forte | 507,000 | 507,000 | 4 (2 as of 2016) | 2 (2 as of 2016) | 2009 | | | 2012 | X | | | | |
| Optima | 660,000 | 660,000 | 0 | 0 | 2011 | | | 2012 | X | | | | |
| K5 | 254,000 | 0 | 0 | 1 (0 as of 2016) | 2009 | | | 2013 | X | | | | |
| Sedona | Unknown – Built by Mobis | | 0 | 1 (0 as of 2016) | 2010 | | | 2012 | X | | | | |



CONFIDENTIAL AND PROPRIETARY: This copyrighted document is the property of the ZF Group.  This document and the information contained herein are disclosed in confidence and may not be copied, disclosed to others, or used for any purpose, without the prior written consent of the ZF Group.  © ZF Friedrichshafen AG, 2018

© ZF Friedrichshafen AG

HC - FCA, HC - ZF, HC - HKMC

ZF-MDL-000000161

**ENTIRE PAGE CONFIDENTIAL BUSINESS INFORMATION**

# ZF ACU with DS84 ASIC: External Negative Transient Protection

| Customers with DS84 ASIC | Non Deployments (confirmed or suspected EOS) | SOP | ACU at SOP | |
|---|---|---|---|---|
| | | | Schottky diode low side | Schottky diode high side |
| FCA | 7 | 2009 | x | |
| HKMC (Hyundai) | 4 | 2009 | | |
| HKMC (Kia) | 8 | 2009 | | |
| Fiat | 0 | 2011 | x | x |
| Honda | 0 | 2011 | x | x |
| Mitsubishi | 0 | 2012 | x | |
| Toyota | 0 | 2010 | x | x |

- Fiat/Honda/Toyota started production with high and low side external negative transient protection
- Vehicle level investigation continues and remains important to understanding root cause and assessing any safety risk

Note: Does not include Chinese OEM vehicles that do not ship to the US market



CONFIDENTIAL AND PROPRIETARY: This copyrighted document is the property of the ZF Group. This document and the information contained herein are disclosed in confidence and may not be copied, disclosed to others, or used for any purpose, without the prior written consent of the ZF Group. © ZF Friedrichshafen AG, 2018

© ZF Friedrichshafen AG

HC - FCA, HC - ZF, HC - HKMC

ZF-MDL-000000162

**ENTIRE PAGE CONFIDENTIAL BUSINESS INFORMATION**

# Summary

- ZF has not identified any defect related to motor vehicle safety in the ACU or any of its component parts.
- ZF has successfully validated the ACU to each customer's performance specifications.
- ZF has not found evidence to link Non Deployments to EOS.
    - Deployment can occur even where there is no crash record.  Non-deployment can occur with or without a crash record.
    - Customer airbag deployment strategy design can result in a commanded non deployment in certain crash types on specific platforms.
- EOS with non deployment is seen with DS84 ASIC and not MS84 ASIC.
- EOS with non deployment is seen with FCA and HKMC with DS84 ASIC and not with other customers.
    - FCA non deployment – resulting from cross car wiring and deployment strategy.
    - FCA EOS – cross car wiring and unspecified negative transients damaging DS84 ASIC.
    - HKMC non deployment – HKMC R&D has communicated that many events are commanded non deployments and others are under investigation.
    - HKMC EOS – Unspecified negative transient damaging DS84 ASIC.
    - Fiat/Honda/Toyota launched DS84 ASIC with high and low side Schottky diodes that provide incremental protection against unspecified negative transients.



CONFIDENTIAL AND PROPRIETARY: This copyrighted document is the property of the ZF Group.  This document and the information contained herein are disclosed in confidence and may not be copied, disclosed to others, or used for any purpose, without the prior written consent of the ZF Group.  © ZF Friedrichshafen AG, 2018

© ZF Friedrichshafen AG

HC - FCA, HC - ZF, HC - HKMC

ZF-MDL-0000000163

<u>**ENTIRE PAGE CONFIDENTIAL BUSINESS INFORMATION**</u>

## Summary (continued)

- EOS with non deployment is vehicle dependent and platform dependent within a customer.
  - We have not seen it on any platforms of certain high volume customers.
  - Within customers, we have seen it on some platforms but not on others.
  - Vehicle wiring architecture can contribute to EOS.
  - Vehicle level grounding issues can contribute to EOS.
- Continuing to work closely with customers who have had field incidents involving confirmed or possible EOS.
- ZF is committed to open and collaborative discussion with NHTSA, including providing additional information to help NHTSA's analysis.



CONFIDENTIAL AND PROPRIETARY: This copyrighted document is the property of the ZF Group. This document and the information contained herein are disclosed in confidence and may not be copied, disclosed to others, or used for any purpose, without the prior written consent of the ZF Group. © ZF Friedrichshafen AG, 2018

© ZF Friedrichshafen AG

HC - FCA, HC - ZF, HC - HKMC

# Appendix



CONFIDENTIAL AND PROPRIETARY: This copyrighted document is the property of the ZF Group.  This document and the information contained herein are disclosed in confidence and may not be copied, disclosed to others, or used for any purpose, without the prior written consent of the ZF Group.  © ZF Friedrichshafen AG, 2018

© ZF Friedrichshafen AG

**ENTIRE PAGE CONFIDENTIAL BUSINESS INFORMATION**

# Component Photos



 CONFIDENTIAL AND PROPRIETARY: This copyrighted document is the property of the ZF Group.  This document and the information contained herein are disclosed in confidence and may not be copied, disclosed to others, or used for any purpose, without the prior written consent of the ZF Group.  © ZF Friedrichshafen AG, 2018

© ZF Friedrichshafen AG

ENTIRE PAGE CONFIDENTIAL BUSINESS INFORMATION

# Events: SD40 ASIC

| Customers with MS84 ASIC | Global Volume (2016 data) | U.S. Volume (2016 data) | Deployment with No / Partial Crash Record | Non Deployments (confirmed or suspected EOS) | Inadvertent Deployments |
|---|---|---|---|---|---|
| BMW | 1,496,000 | 140,000 | 1 (1 as of 2016) | 0 | 0 |
| Great Wall | 119,000 | 0 | 0 | 0 | 1 (0 as of 2016) |

SD40 used across complete ZF customer base. Full where used not shown



CONFIDENTIAL AND PROPRIETARY: This copyrighted document is the property of the ZF Group. This document and the information contained herein are disclosed in confidence and may not be copied, disclosed to others, or used for any purpose, without the prior written consent of the ZF Group. © ZF Friedrichshafen AG, 2018

© ZF Friedrichshafen AG

ZF-MDL-0000000166

HC - FCA, HC - ZF, HC - HKMC

ZF-MDL-0000000167

**ENTIRE PAGE CONFIDENTIAL BUSINESS INFORMATION**

# MS84 and DS84 ASIC: IAD

| Customers with MS84 ASIC | Global Volume (2016 data) | U.S. Volume (2016 data) | Inadvertent Deployments |
|---|---|---|---|
| BMW | 1,496,000 | 140,000 | 1 (1 as of 2016) |
| Porsche | 334,000 | 98,000 | 2 (1 as of 2016) |
| FCA | 988,000 | 764,000 | 0 |
| VW | 8,025,000 | Data not available to ZF | 0 |
| Hyundai | 1,432,000 | 0 | 0 |
| Ferrari | 44,000 | Data not available to ZF | 0 |

| Customers with DS84 ASIC | Global Volume (2016 data) | U.S. Volume (2016 data) | Inadvertent Deployments |
|---|---|---|---|
| FCA | 6,008,000 | 4,235,000 | 1 |
| HKMC (Hyundai) | 1,884,000 | 1,884,000 | 0 |
| HKMC (Kia) | 1,421,000 | 1,167,000 | 1 |
| Fiat | 795,000 | 84,000 | 0 |
| Honda | 8,657,000 | 3,349,000 | 2 |
| Mitsubishi | 116,000 | 116,000 | 0 |
| Toyota | 9,875,000 | 5,800,000 | 0 |

 CONFIDENTIAL AND PROPRIETARY: This copyrighted document is the property of the ZF Group. This document and the information contained herein are disclosed in confidence and may not be copied, disclosed to others, or used for any purpose, without the prior written consent of the ZF Group. © ZF Friedrichshafen AG, 2018

© ZF Friedrichshafen AG

HC - FCA, HC - ZF, HC - HKMC