Roland Tellis (SBN 186269)
rtellis@baronbudd.com
**BARON & BUDD, P.C**.
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: 818.839.2333
Facsimile: 214.520.1181

David S. Stellings (*pro hac vice*)
dstellings@lchb.com
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: 212.355.9500
Facsimile: 212.355.9592

*Co-Lead Counsel for Plaintiffs* (additional counsel listed below)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re ZF-TRW Airbag Control Units Products Liability Litigation*<br><br>ALL CASES | MDL No. 2905<br><br>Case No. 2:19-ml-02905-JAK-FFM<br><br>**PLAINTIFFS' NOTICE OF MOTION FOR REVIEW OF THEIR OBJECTIONS TO CHIEF MAGISTRATE JUDGE ABRAMS' ORDER (ECF 546)**<br><br>Date: November 7, 2022<br>Time: 10:00 am<br>Courtroom: 10B |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ZF FRIEDRICHSHAFEN AG AND ITS COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT on November 7, 2022 at 10:00 am, or as soon as the matter may be heard in Courtroom 10B of the above-entitled Court located at the First Street Courthouse, 350 W. First Street, Courtroom 10B, Los Angeles, CA 90012, Plaintiffs will move this Court to review and decide their objections to Chief Magistrate Judge Abrams' Order denying Plaintiffs' motion to compel ZF Friedrichshafen AG to produce documents, which were served pursuant to Federal Rule of Civil Procedure 34. The Court may advance or continue this date. The Court may conduct the proceeding remotely or in-person.

The motion is made following the conference of counsel pursuant to California Central District Local Rule 37, which took place prior to Plaintiffs' motion to compel. Plaintiffs' motion is made pursuant to Rule 45(d)(2)(b)(i) and Rule 72(a) of the Federal Rules of Civil Procedure, Local Rule 72-2.1, Local Rule 7-18, and Section 8 of this Court's Standing Order for Civil Cases.

This Motion is based on this Notice, the accompanying Memorandum of Points and Authorities, the exhibits attached thereto, any reply brief filed pursuant to Local Rule 7-10, and upon any other documentary and oral evidence or argument that may be presented to the Court at or before the hearing.

Dated: August 29, 2022         Respectfully submitted,

/s/David Stellings
David Stellings

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
David Stellings (*pro hac vice*)
dstellings@lchb.com
John T. Nicolaou (*pro hac vice*)
jnicolaou@lchb.com
Katherine McBride
kmcbride@lchb.com

250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: 212.355.9500

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Elizabeth J. Cabraser (SBN 83151)
ecabraser@lchb.com
Nimish R. Desai (SBN 244953)
ndesai@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000

BARON & BUDD, P.C.
Roland Tellis (SBN 186269)
rtellis@baronbudd.com
David Fernandes (SBN 280944)
dfernandes@baronbudd.com
Elizabeth Smiley (SBN 318165)
esmiley@baronbudd.com
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: 818-839-2333
Facsimile: 818-986-9698

*Co-Lead Counsel for Plaintiffs*

## Certificate of Service

I certify that on August 29, 2022, a copy of the foregoing **PLAINTIFFS' NOTICE OF MOTION FOR REVIEW OF THEIR OBJECTIONS TO CHIEF MAGISTRATE JUDGE ABRAMS' ORDER (ECF 546)** was served electronically through the Court's electronic filing system upon all Parties appearing on the Court's ECF service list.

DATED: August 29, 2022          */s/ David Stellings*
                                David Stellings

- 4 -