# APPENDIX – GLOSSARY

**TECHNICAL TERMS AND ABBREVIATIONS GLOSSARY**

| ABBREVIATION/TERM | DEFINITION |
|---|---|
| 573 Report or Part 573 Report | Formal quarterly report filed publicly with NHTSA regarding an automotive safety defect and notification campaign. |
| ACU | Airbag Control Unit. Vehicle component part responsible for ensuring the airbags and seatbelts activate in crashes where necessary. Also known as "Occupant Restraint Controller" or "ORC." |
| ASIC | Application-Specific Integrated Circuit. Component part of an ACU responsible for ensuring the airbags and seatbelts activate in crashes where necessary. |
| Chassis | Physical frame of a motor vehicle. |
| Commanded nondeployment | Means a crash where the airbags did not deploy because they were not supposed to deploy given the crash severity, and the ACU properly told them not to deploy. When a crash is not severe enough to trigger the airbags, the nondeployment of the airbags is "commanded" by the ACU's normal operations, and the crash data will show records of the ACU "commanding" nondeployment. |
| Decapsulation analysis | Proprietary analysis by ST USA that involves using lasers and chemicals to remove or penetrate the black packaging (also called a "capsule") on the ASIC to expose the electronic circuitry for analysis. Also known as a "decap" analysis. |
| DS84 ACU | Specific ACU included in the Class Vehicles, includes a DS84 ASIC. |
| DS84 ASIC | Custom ASIC used in the Class Vehicles, jointly designed by ST USA, ST Italy, ZF Electronics USA, and ZF Passive Safety USA. |
| ECU | Electronic Control Unit, another term for ACU, which is a type of ECU. |
| EDR | Event Data Recorder, part of the ACU that stores a crash record, the automotive equivalent of a "black box" in airplanes. A complete EDR crash record will show whether the ACU commanded the safety system to activate during a crash, as well as the information sent to the ACU about the crash. |
| EEPROM | Electrically Erasable Programmable Read-Only Memory chip, the location of the "black box" EDR on DS84 ACUs. |
| EOS | Electrical Overstress, a malfunction of the ACU and ASIC due to an electrical burst. |

# TECHNICAL TERMS AND ABBREVIATIONS GLOSSARY

| ABBREVIATION/TERM | DEFINITION |
|---|---|
| Inadvertent deployment | Irregular airbag deployment during normal driving conditions, when the vehicle has not crashed. |
| MS84 | Another ASIC designed by ST USA and ST Italy for and with the ZF Defendants. While similar to the DS84, the MS84 uses a different technology for crash sensor communication than the DS84. ZF Automotive USA, ZF Electronics USA, and ZF Passive Safety USA have suggested that this difference may explain the relative weakness of ACUs with the DS84 ASIC. |
| NHTSA | National Highway Traffic Safety Administration |
| ORC | Occupant Restraint Controller. Another term for Airbag Control Unit ("ACU"). |
| ORS | Occupant Restraint System. The system of safety features in motor vehicles, including aitbags and seatbelt pretensioners, also know as the passive safety system or the safety restraint system. |
| Overcurrent | An electrical current that exceeds the normal electrical load in a circuit. |
| Readiness indicator | Dashboard lamp meant to provide vehicle drivers and occupants with notice of the airbag system's current operating condition. Supposed to "monitor [the occupant protection system's] own readiness" and to illuminate if there is a malfunction or issue with the airbag system. Also known as an "airbag warning lamp." |
| Schottky Diode | A protective component often added to the DS84 ACU, offers some additional protection from EOS but is external to the ASIC itself. |
| Squib | The piece of equipment that deploys the airbags in a vehicle. |
| Transients | Short duration, high magnitude electrical voltage peaks, commonly referred to as surges or bursts, also referred to as "transient electricity," "electrical transients," "transient voltage," and "transient overvoltage." |
| VSAT | Communication line connected to transmit signals to and from the ACU. |
| VSDIAG | Communication line connected to transmit signals to and from the ACU. |

# DEFENDANT NAMES

| Defendant Abbreviation | Complete Name |
| --- | --- |
| FCA | FCA US LLC |
| Honda Engineering USA | Honda Development and Manufacturing of America, LLC, the successor of several of Honda Japan's prior engineering and manufacturing domestic subsidiaries, including American Honda Mfg., Inc. and Honda R&D Americas, LLC. |
| Honda Japan | Honda Motor Co., Ltd. |
| Honda USA | American Honda Motor Co., Inc. |
| Hyundai Korea | Hyundai Motor Co., Ltd. |
| Hyundai Mobis | Hyundai Mobis Co., Ltd. |
| Hyundai USA | Hyundai Motor America, Inc. |
| Kia Korea | Kia Corp. |
| Kia USA | Kia America, Inc. |
| Mitsubishi Japan | Mitsubishi Motors Corp. |
| Mitsubishi USA | Mitsubishi Motors North America, Inc. |
| ST Italy | STMicroelectronics, S.r.l. |
| ST Malaysia | STMicroelectronics SDN BHD |
| ST USA | STMicroelectronics, Inc. |
| Supplier Defendants | Companies that make and sell the DS84 ACU and/or component parts for the Class Vehicles. The Supplier Defendants are: ZF Electronics USA; ZF Passive Safety USA; ZF Automotive USA; ZF TRW Corp.; ZF Germany, ST USA; ST Italy; ST Malaysia; and Hyundai Mobis. |
| Toyota Engineering USA | Toyota Motor Engineering & Manufacturing North America, Inc. |
| Toyota Japan | Toyota Motor Corp. |
| Toyota Sales USA | Toyota Motor Sales US, Inc. |
| Toyota USA | Toyota Motor North America, Inc. |

# DEFENDANT NAMES

| Defendant Abbreviation | Complete Name |
|---|---|
| Vehicle Manufacturer Defendants | Companies and their affiliates that make and sell completed vehicles, including the Class Vehicles. completed vehicles and their affiliates. The Vehicle Manufacturer Defendants are Hyundai Motor Co., Ltd.; Hyundai Motor America, Inc.; Kia Corp.; Kia America, Inc.; FCA US LLC; Toyota Motor North America Inc., Toyota Motor Engineering & Manufacturing North America, Inc.; Toyota Motor Sales, U.S.A., Inc.; Honda Motor Co., Ltd.; American Honda Motor Co., Inc.; Honda Development and Manufacturing of America, LLC; Mitsubishi Motors Corporation; and Mitsubishi Motors North America, Inc. |
| ZF Automotive USA | ZF Automotive US Inc. |
| ZF Electronics USA | ZF Active Safety and Electronics US LLC |
| ZF Germany | ZF Friedrichshafen AG |
| ZF Passive Safety USA | ZF Passive Safety Systems US Inc. |
| ZF TRW Corp. | ZF TRW Automotive Holdings Corp. |