# EXHIBIT 14

| Vehicle | Year | Page | Author | Statement |
|---|---|---|---|---|
| Sonata | 2011 | 38 | Hyundai USA | Generally, air bags are designed to inflate by the severity of a collision and its direction. These two factors determine whether the sensors sendout an electronic deployment/inflation signal. |
| Sonata | 2011 | 38 | Hyundai USA | The front air bags will completely inflate and deflate in an instant. It is virtually impossible for you to see the air bags inflate during an accident. It is much more likely that you will simply see the deflated air bags hanging out of their storage compartments after the collision. |
| Sonata | 2011 | 41 | Hyundai USA | The SRSCM [SRS Control Module] continually monitors all SRS components while the ignition switch is ON to determine if a crash impact is severe enough to require air bag deployment or pre-tensioner seat belt deployment. |
| Sonata | 2011 | 42 | Hyundai USA | A fully inflated air bag, in combination with a properly worn seat belt, slows the driver's or the passenger's forward motion, reducing the risk of head and chest injury. After complete inflation, the air bag immediately starts deflating, enabling the driver to maintain forward visibility and the ability to steer or operate other controls. |
| Sonata | 2011 | 44 | Hyundai USA | The occupant classification system is designed to detect the presence of a properly-seated front passenger and determine if the passenger's front air bag should be enabled (may inflate) or not. The driver's front air bag is not affected or controlled by the occupant classification system. |
| Sonata | 2011 | 49 | Hyundai USA | Your vehicle is equipped with a Supplemental Restraint (Air Bag) System and lap/shoulder belts at both the driver and passenger seating positions. |
| Sonata | 2011 | 49 | Hyundai USA | The purpose of the SRS is to provide the vehicle's driver and/or the front passenger with additional protection than that offered by the seat belt system alone in case of a frontal impact of sufficient severity. The SRS uses sensors to gather information about the driver's seat position, the driver's and front passenger's seat belt usage and impact severity. |
| Sonata | 2011 | 50 | Hyundai USA | The advanced SRS offers the ability to control the air bag inflation within two levels. A first stage level is provided for moderate-severity impacts. A second stage level is provided for more severe impacts. According to the impact severity, seating position and seat belt usage, the SRSCM [SRS Control Module] (SRS Control Module) controls the air bag inflation. |
| Sonata | 2011 | 57 | Hyundai USA | Front air bags are designed to inflate in a frontal collision depending on the intensity, speed or angles of impact of the front collision. |
| Sonata | 2012 | 38 | Hyundai USA | Generally, air bags are designed to inflate by the severity of a collision and its direction. These two factors determine whether the sensors sendout an electronic deployment/ inflation signal. |
| Sonata | 2012 | 38 | Hyundai USA | The front air bags will completely inflate and deflate in an instant. It is virtually impossible for you to see the air bags inflate during an accident. It is much more likely that you will simply see the deflated air bags hanging out of their storage compartments after the collision. |
| Sonata | 2012 | 41 | Hyundai USA | The SRSCM [SRS Control Module] continually monitors all SRS components while the ignition switch is ON to determine if a crash impact is severe enough to require air bag deployment or pre-tensioner seat belt deployment. |

Exhibit 14 - Page 1

| Vehicle | Year | Page | Author | Statement |
|---|---|---|---|---|
| Sonata | 2012 | 42 | Hyundai USA | A fully inflated air bag, in combination with a properly worn seat belt, slows the driver's or the passenger's forward motion, reducing the risk of head and chest injury. After complete inflation, the air bag immediately starts deflating, enabling the driver to maintain forward visibility and the ability to steer or operate other controls. |
| Sonata | 2012 | 44 | Hyundai USA | The occupant classification system is designed to detect the presence of a properly-seated front passenger and determine if the passenger's front air bag should be enabled (may inflate) or not. The driver's front air bag is not affected or controlled by the occupant classification system. |
| Sonata | 2012 | 49 | Hyundai USA | Your vehicle is equipped with a Supplemental Restraint (Air Bag) System and lap/shoulder belts at both the driver and passenger seating positions. |
| Sonata | 2012 | 49 | Hyundai USA | The purpose of the SRS is to provide the vehicle's driver and/or the front passenger with additional protection than that offered by the seat belt system alone in case of a frontal impact of sufficient severity. The SRS uses sensors to gather information about the driver's seat position, the driver's and front passenger's seat belt usage and impact severity. |
| Sonata | 2012 | 50 | Hyundai USA | The advanced SRS offers the ability to control the air bag inflation within two levels. A first stage level is provided for moderate-severity impacts. A second stage level is provided for more severe impacts. According to the impact severity, seating position and seat belt usage, the SRSCM [SRS Control Module] (SRS Control Module) controls the air bag inflation. |
| Sonata | 2012 | 57 | Hyundai USA | Front air bags are designed to inflate in a frontal collision depending on the intensity, speed or angles of impact of the front collision. |
| Sonata | 2013 | 38 | Hyundai USA | Generally, air bags are designed to inflate by the severity of a collision and its direction. These two factors determine whether the sensors sendout an electronic deployment/inflation signal. |
| Sonata | 2013 | 38 | Hyundai USA | The front air bags will completely inflate and deflate in an instant. It is virtually impossible for you to see the air bags inflate during an accident. It is much more likely that you will simply see the deflated air bags hanging out of their storage compartments after the collision. |
| Sonata | 2013 | 41 | Hyundai USA | The SRSCM [SRS Control Module] continually monitors all SRS components while the ignition switch is ON to determine if a crash impact is severe enough to require air bag deployment or pre-tensioner seat belt deployment. |
| Sonata | 2013 | 42 | Hyundai USA | A fully inflated air bag, in combination with a properly worn seat belt, slows the driver's or the passenger's forward motion, reducing the risk of head and chest injury. After complete inflation, the air bag immediately starts deflating, enabling the driver to maintain forward visibility and the ability to steer or operate other controls. |
| Sonata | 2013 | 44 | Hyundai USA | The occupant classification system is designed to detect the presence of a properly-seated front passenger and determine if the passenger's front air bag should be enabled (may inflate) or not. The driver's front air bag is not affected or controlled by the occupant classification system. |
| Sonata | 2013 | 49 | Hyundai USA | Your vehicle is equipped with a Supplemental Restraint (Air Bag) System and lap/shoulder belts at both the driver and passenger seating positions. |

Exhibit 14 - Page 2

| Vehicle | Year | Page | Author | Statement |
|---|---|---|---|---|
| Sonata | 2013 | 49 | Hyundai USA | The purpose of the SRS is to provide the vehicle's driver and/or the front passenger with additional protection than that offered by the seat belt system alone in case of a frontal impact of sufficient severity. The SRS uses sensors to gather information about the driver's seat position, the driver's and front passenger's seat belt usage and impact severity. |
| Sonata | 2013 | 50 | Hyundai USA | The advanced SRS offers the ability to control the air bag inflation within two levels. A first stage level is provided for moderate-severity impacts. A second stage level is provided for more severe impacts. According to the impact severity, seating position and seat belt usage, the SRSCM [SRS Control Module] (SRS Control Module) controls the air bag inflation. |
| Sonata | 2013 | 57 | Hyundai USA | Front air bags are designed to inflate in a frontal collision depending on the intensity, speed or angles of impact of the front collision. |
| Sonata | 2014 | 38 | Hyundai USA | Generally, air bags are designed to inflate by the severity of a collision and its direction. These two factors determine whether the sensors sendout an electronic deployment/ inflation signal. |
| Sonata | 2014 | 38 | Hyundai USA | The front air bags will completely inflate and deflate in an instant. It is virtually impossible for you to see the air bags inflate during an accident. It is much more likely that you will simply see the deflated air bags hanging out of their storage compartments after the collision. |
| Sonata | 2014 | 41 | Hyundai USA | The SRSCM [SRS Control Module] continually monitors all SRS components while the ignition switch is ON to determine if a crash impact is severe enough to require air bag deployment or pre-tensioner seat belt deployment. |
| Sonata | 2014 | 42 | Hyundai USA | A fully inflated air bag, in combination with a properly worn seat belt, slows the driver's or the passenger's forward motion, reducing the risk of head and chest injury. After complete inflation, the air bag immediately starts deflating, enabling the driver to maintain forward visibility and the ability to steer or operate other controls. |
| Sonata | 2014 | 44 | Hyundai USA | The occupant classification system is designed to detect the presence of a properly-seated front passenger and determine if the passenger's front air bag should be enabled (may inflate) or not. The driver's front air bag is not affected or controlled by the occupant classification system. |
| Sonata | 2014 | 49 | Hyundai USA | Your vehicle is equipped with a Supplemental Restraint (Air Bag) System and lap/shoulder belts at both the driver and passenger seating positions. |
| Sonata | 2014 | 49 | Hyundai USA | The purpose of the SRS is to provide the vehicle's driver and/or the front passenger with additional protection than that offered by the seat belt system alone in case of a frontal impact of sufficient severity. The SRS uses sensors to gather information about the driver's seat position, the driver's and front passenger's seat belt usage and impact severity. |
| Sonata | 2014 | 50 | Hyundai USA | The advanced SRS offers the ability to control the air bag inflation within two levels. A first stage level is provided for moderate-severity impacts. A second stage level is provided for more severe impacts. According to the impact severity, seating position and seat belt usage, the SRSCM [SRS Control Module] (SRS Control Module) controls the air bag inflation. |
| Sonata | 2014 | 57 | Hyundai USA | Front air bags are designed to inflate in a frontal collision depending on the intensity, speed or angles of impact of the front collision. |
| Sonata | 2015 | 47 | Hyundai USA | Your vehicle is equipped with a Advanced Supplemental Restraint System (SRS) and lap/shoulder belts at both the driver and passenger seating positions. |

Exhibit 14 - Page 3

| Vehicle | Year | Page | Author | Statement |
|---|---|---|---|---|
| Sonata | 2015 | 47 | Hyundai USA | The purpose of the SRS is to provide the vehicle's driver and front passengers with additional protection than that offered by the seat belt system alone. The SRS uses sensors to gather information about the driver's and front passenger's seat belt usage and impact severity. |
| Sonata | 2015 | 47 | Hyundai USA | The advanced SRS offers the ability to control the air bag inflation within two levels. A first stage level is provided for moderate-severity impacts. A second stage level is provided for more severe impacts. According to the impact severity, and seat belt usage, the SRS Control Module (SRSCM) controls the air bag inflation. |
| Sonata | 2015 | 51 | Hyundai USA | The SRSCM [SRS Control Module] continually monitors all SRS components while the Engine Start/Stop button is in the ON position to determine if a crash impact is severe enough to require air bag deployment or pre-tensioner seat belt deployment. |
| Sonata | 2015 | 52 | Hyundai USA | Generally, air bags are designed to inflate based upon the severity of a collision and its direction. These two factors determine whether the sensors produce an electronic deployment/inflation signal. |
| Sonata | 2015 | 52 | Hyundai USA | The front air bags will completely inflate and deflate in an instant. It is virtually impossible for you to see the air bags inflate during an accident. It is much more likely that you will simply see the deflated air bags hanging out of their storage compartments after the collision. |
| Sonata | 2015 | 54 | Hyundai USA | A fully inflated air bag, in combination with a properly worn seat belt, slows the driver or the front passenger forward motion, reducing the risk of head and chest injury. After complete inflation, the air bag immediately starts deflating, enabling the driver to maintain forward visibility and the ability to steer or operate other controls. |
| Sonata | 2015 | 56 | Hyundai USA | The OCS is designed to detect the presence of a properly-seated front passenger and determine if the passenger's front air bag should be enabled (may inflate) or not. The driver's front air bag is not affected or controlled by the OCS. |
| Sonata | 2015 | 63 | Hyundai USA | Front air bags and the driver's knee air bag are designed to inflate in a frontal collision depending on the severity, speed or angles of impact of the front collision. |
| Sonata | 2016 | 46 | Hyundai USA | The front air bags are designed to supplement the three-point seat belts. For these air bags to provide protection, the seat belts must be worn at all times when driving. |
| Sonata | 2016 | 47 | Hyundai USA | Your vehicle is equipped with a Advanced Supplemental Restraint System (SRS) and lap/shoulder belts at both the driver and passenger seating positions. |
| Sonata | 2016 | 47 | Hyundai USA | The purpose of the SRS is to provide the vehicle's driver and front passengers with additional protection than that offered by the seat belt system alone. The SRS uses sensors to gather information about the driver's and front passenger's seat belt usage and impact severity. The seat belt buckle sensors determine if the driver and front passenger's seat belts are fastened. These sensors provide the ability to control the SRS deployment based on whether or not the seat belts are fastened, and how severe the impact is. |
| Sonata | 2016 | 49 | Hyundai USA | According to the impact severity, and seat belt usage, the SRS control Module (SRSCM [SRS Control Module]) controls the air bag inflation. Failure to properly wear seat belts can increase the risk or severity of injury in an accident. |
| Sonata | 2016 | 51 | Hyundai USA | The SRSCM [SRS Control Module] continually monitors all SRS components while the Engine start/stop button is in the ON position to determine if a crash impact is severe enough to require air bag deployment or pre-tensioner seat belt deployment. |

Exhibit 14 - Page 4

| Vehicle | Year | Page | Author | Statement |
|---|---|---|---|---|
| Sonata | 2016 | 52 | Hyundai USA | During a frontal collision, sensors will detect the vehicle's deceleration. If the rate of deceleration is high enough, the control unit will inflate the front air bags. The front air bags help protect the driver and front passenger by responding to frontal impacts in which seat belts alone cannot provide adequate restraint. |
| Sonata | 2016 | 52 | Hyundai USA | Air bag deployment depends on a number of factors including vehicle speed, angles of impact and the density and stiffness of the vehicles or objects which your vehicle impacts during a collision. |
| Sonata | 2016 | 52 | Hyundai USA | The front air bags will completely inflate and deflate in an instant. It is virtually impossible for you to see the air bags inflate during an accident. It is much more likely that you will simply see the deflated air bags hanging out of their storage compartments after the collision. |
| Sonata | 2016 | 53 | Hyundai USA | When the SRSCM [SRS Control Module] detects a sufficiently severe impact to the front of the vehicle, it will automatically deploy the front air bags. |
| Sonata | 2016 | 54 | Hyundai USA | After complete inflation, the air bag immediately starts deflating, enabling the driver to maintain forward visibility and the ability to steer or operate other controls. |
| Sonata | 2016 | 56 | Hyundai USA | The OCS is designed to detect the presence of a properly-seated front passenger and determine if the passenger's front air bag should be enabled (may inflate) or not. The driver's front air bag is not affected or controlled by the OCS. |
| Sonata | 2017 | 48 | Hyundai USA | The front air bags are designed to supplement the three-point seat belts. For these air bags to provide protection, the seat belts must be worn at all times when driving. |
| Sonata | 2017 | 49 | Hyundai USA | Your vehicle is equipped with a Advanced Supplemental Restraint System (SRS) and lap/shoulder belts at both the driver and passenger seating positions. |
| Sonata | 2017 | 49 | Hyundai USA | The purpose of the SRS is to provide the vehicle's driver and front passengers with additional protection than that offered by the seat belt system alone. The SRS uses sensors to gather information about the driver's and front passenger's seat belt usage and impact severity. The seat belt buckle sensors determine if the driver and front passenger's seat belts are fastened. These sensors provide the ability to control the SRS deployment based on whether or not the seat belts are fastened, and how severe the impact is. |
| Sonata | 2017 | 49 | Hyundai USA | According to the impact severity, and seat belt usage, the SRS control Module (SRSCM) controls the air bag inflation. Failure to properly wear seat belts can increase the risk or severity of injury in an accident. |
| Sonata | 2017 | 53 | Hyundai USA | The SRSCM [SRS Control Module] continually monitors all SRS components while the Engine start/stop button is in the ON position to determine if a crash impact is severe enough to require air bag deployment or pre-tensioner seat belt deployment. |
| Sonata | 2017 | 54 | Hyundai USA | During a frontal collision, sensors will detect the vehicle's deceleration. If the deceleration rate (measured in g-force) is high enough, the control unit will inflate the front air bags. The front air bags help protect the driver and front passenger by responding to frontal impacts in which seat belts alone cannot provide adequate restraint. |
| Sonata | 2017 | 54 | Hyundai USA | Air bag deployment depends on a number of factors including vehicle speed, angles of impact and the density and stiffness of the vehicles or objects which your vehicle impacts during a collision. |
| Sonata | 2017 | 54 | Hyundai USA | The front air bags will completely inflate and deflate in an instant. It is virtually impossible for you to see the air bags inflate during an accident. It is much more likely that you will simply see the deflated air bags hanging out of their storage compartments after the collision. |

Exhibit 14 - Page 5

| Vehicle | Year | Page | Author | Statement |
|---|---|---|---|---|
| Sonata | 2017 | 55 | Hyundai USA | When the SRSCM [SRS Control Module] detects a sufficiently severe impact to the front of the vehicle, it will automatically deploy the front air bags. |
| Sonata | 2017 | 56 | Hyundai USA | After complete inflation, the air bag immediately starts deflating, enabling the driver to maintain forward visibility and the ability to steer or operate other controls. |
| Sonata | 2017 | 58 | Hyundai USA | The OCS is designed to detect the presence of a properly-seated front passenger and determine if the passenger's front air bag should be enabled (may inflate) or not. The purpose is to help reduce the risk of injury or death from an inflating air bag to certain front passenger seat occupants, such as children, by requiring the air bag to be automatically turned OFF. |
| Sonata | 2018 | 22 | Hyundai USA | Air bags are designed to supplement the seat belt as an additional safety device, but they are not a substitute. Most states require all occupants of a vehicle to wear seat belts. |
| Sonata | 2018 | 46 | Hyundai USA | This vehicle is equipped with an Advanced Supplemental Air Bag System for the driver's seat and front passenger's seats. |
| Sonata | 2018 | 47 | Hyundai USA | Your vehicle is equipped with a Advanced Supplemental Restraint System (SRS) and lap/shoulder belts at both the driver and passenger seating positions. |
| Sonata | 2018 | 47 | Hyundai USA | The purpose of the SRS is to provide the vehicle's driver and front passengers with additional protection than that offered by the seat belt system alone. The SRS uses sensors to gather information about the driver's and front passenger's seat belt usage and impact severity. |
| Sonata | 2018 | 47 | Hyundai USA | The seat belt buckle sensors determine if the driver and front passenger's seat belts are fastened. These sensors provide the ability to control the SRS deployment based on whether or not the seat belts are fastened, and how severe the impact is. The advanced SRS offers the ability to control the air bag inflation within two levels. A first stage level is provided for moderate-severity impacts. A second stage level is provided for more severe impacts. |
| Sonata | 2018 | 51 | Hyundai USA | The SRSCM [SRS Control Module] continually monitors all SRS components while the Engine Start/Stop button is in the ON position to determine if a crash impact is severe enough to require air bag deployment or pre-tensioner seat belt deployment. |
| Sonata | 2018 | 52 | Hyundai USA | The front air bags help protect the driver and front passenger by responding to frontal impacts in which seat belts alone cannot provide adequate restraint. |
| Sonata | 2018 | 52 | Hyundai USA | The front air bags will completely inflate and deflate in an instant. It is virtually impossible for you to see the air bags inflate during an accident. It is much more likely that you will simply see the deflated air bags hanging out of their storage compartments after the collision. |
| Sonata | 2018 | 53 | Hyundai USA | To help provide protection, the air bags must inflate rapidly. The speed of air bag inflation is a consequence of extremely short time in which to inflate the air bag between the occupant and the vehicle structures before the occupant impacts those structures. |
| Sonata | 2018 | 53 | Hyundai USA | When the SRSCM [SRS Control Module] detects a sufficiently severe impact to the front of the vehicle, it will automatically deploy the front air bags. |
| Sonata | 2018 | 54 | Hyundai USA | A fully inflated air bag, in combination with a properly worn seat belt, slows the driver or the front passenger forward motion, reducing the risk of head and chest injury. After complete inflation, the air bag immediately starts deflating, enabling the driver to maintain forward visibility and the ability to steer or operate other controls. |

Exhibit 14 - Page 6

| Vehicle | Year | Page | Author | Statement |
|---|---|---|---|---|
| Sonata | 2018 | 56 | Hyundai USA | Occupant Classification System: A detection device located within the front passenger seat cushion. Electronic system to determine whether the passenger air bag systems should be activated or deactivated. |
| Sonata | 2019 | 22 | Hyundai USA | Air bags are designed to supplement the seat belt as an additional safety device, but they are not a substitute. Most states require all occupants of a vehicle to wear seat belts. |
| Sonata | 2019 | 46 | Hyundai USA | This vehicle is equipped with an Advanced Supplemental Air Bag System for the driver's seat and front passenger's seats. |
| Sonata | 2019 | 47 | Hyundai USA | Your vehicle is equipped with a Advanced Supplemental Restraint System (SRS) and lap/shoulder belts at both the driver and passenger seating positions. |
| Sonata | 2019 | 47 | Hyundai USA | The purpose of the SRS is to provide the vehicle's driver and front passengers with additional protection than that offered by the seat belt system alone. The SRS uses sensors to gather information about the driver's and front passenger's seat belt usage and impact severity. The seat belt buckle sensors determine if the driver and front passenger's seat belts are fastened. These sensors provide the ability to control the SRS deployment based on whether or not the seat belts are fastened, and how severe the impact is. |
| Sonata | 2019 | 47 | Hyundai USA | The advanced SRS offers the ability to control the air bag inflation within two levels. A first stage level is provided for moderate-severity impacts. A second stage level is provided for more severe impacts. |
| Sonata | 2019 | 51 | Hyundai USA | The SRSCM [SRS Control Module] continually monitors all SRS components while the Engine Start/Stop button is in the ON position to determine if a crash impact is severe enough to require air bag deployment or pre-tensioner seat belt deployment. |
| Sonata | 2019 | 52 | Hyundai USA | The front air bags help protect the driver and front passenger by responding to frontal impacts in which seat belts alone cannot provide adequate restraint. |
| Sonata | 2019 | 52 | Hyundai USA | The front air bags will completely inflate and deflate in an instant. It is virtually impossible for you to see the air bags inflate during an accident. It is much more likely that you will simply see the deflated air bags hanging out of their storage compartments after the collision. |
| Sonata | 2019 | 53 | Hyundai USA | To help provide protection, the air bags must inflate rapidly. The speed of air bag inflation is a consequence of extremely short time in which to inflate the air bag between the occupant and the vehicle structures before the occupant impacts those structures. This speed of inflation reduces the risk of serious or lifethreatening injuries and is thus a necessary part of air bag design. |
| Sonata | 2019 | 53 | Hyundai USA | When the SRSCM [SRS Control Module] detects a sufficiently severe impact to the front of the vehicle, it will automatically deploy the front air bags. |
| Sonata | 2019 | 54 | Hyundai USA | A fully inflated air bag, in combination with a properly worn seat belt, slows the driver or the front passenger forward motion, reducing the risk of head and chest injury. After complete inflation, the air bag immediately starts deflating, enabling the driver to maintain forward visibility and the ability to steer or operate other controls. |
| Sonata | 2019 | 56 | Hyundai USA | Occupant Classification System: A detection device located within the front passenger seat cushion. Electronic system to determine whether the passenger air bag systems should be activated or deactivated. |
| Sonata Hybrid | 2011 | 36 | Hyundai USA | Generally, air bags are designed to inflate by the severity of a collision and its direction. These two factors determine whether the sensors sendout an electronic deployment/ inflation signal. |

Exhibit 14 - Page 7

| Vehicle | Year | Page | Author | Statement |
|---|---|---|---|---|
| Sonata Hybrid | 2011 | 36 | Hyundai USA | The front air bags will completely inflate and deflate in an instant. It is virtually impossible for you to see the air bags inflate during an accident. It is much more likely that you will simply see the deflated air bags hanging out of their storage compartments after the collision. |
| Sonata Hybrid | 2011 | 39 | Hyundai USA | The SRSCM [SRS Control Module] continually monitors all SRS components while the engine start/stop button is ON to determine if a crash impact is severe enough to require air bag deployment or pre-tensioner seat belt deployment. |
| Sonata Hybrid | 2011 | 41 | Hyundai USA | A fully inflated air bag, in combination with a properly worn seat belt, slows the driver's or the passenger's forward motion, reducing the risk of head and chest injury. After complete inflation, the air bag immediately starts deflating, enabling the driver to maintain forward visibility and the ability to steer or operate other controls. |
| Sonata Hybrid | 2011 | 42 | Hyundai USA | The occupant classification system is designed to detect the presence of a properly-seated front passenger and determine if the passenger's front air bag should be enabled (may inflate) or not. The driver's front air bag is not affected or controlled by the occupant classification system. |
| Sonata Hybrid | 2011 | 48 | Hyundai USA | Your vehicle is equipped with a Supplemental Restraint (Air Bag) System and lap/shoulder belts at both the driver and passenger seating positions. |
| Sonata Hybrid | 2011 | 48 | Hyundai USA | The purpose of the SRS is to provide the vehicle's driver and/or the front passenger with additional protection than that offered by the seat belt system alone in case of a frontal impact of sufficient severity. The SRS uses sensors to gather information about the driver's seat position, the driver's and front passenger's seat belt usage and impact severity. |
| Sonata Hybrid | 2011 | 49 | Hyundai USA | The advanced SRS offers the ability to control the air bag inflation within two levels. A first stage level is provided for moderate-severity impacts. A second stage level is provided for more severe impacts. According to the impact severity, seating position and seat belt usage, the SRSCM [SRS Control Module] (SRS Control Module) controls the air bag inflation. |
| Sonata Hybrid | 2011 | 56 | Hyundai USA | Front air bags are designed to inflate in a frontal collision depending on the intensity, speed or angles of impact of the front collision. |
| Sonata Hybrid | 2012 | 36 | Hyundai USA | Generally, air bags are designed to inflate by the severity of a collision and its direction. These two factors determine whether the sensors sendout an electronic deployment/ inflation signal. |
| Sonata Hybrid | 2012 | 36 | Hyundai USA | The front air bags will completely inflate and deflate in an instant. It is virtually impossible for you to see the air bags inflate during an accident. It is much more likely that you will simply see the deflated air bags hanging out of their storage compartments after the collision. |
| Sonata Hybrid | 2012 | 39 | Hyundai USA | The SRSCM [SRS Control Module] continually monitors all SRS components while the engine start/stop button is ON to determine if a crash impact is severe enough to require air bag deployment or pre-tensioner seat belt deployment. |
| Sonata Hybrid | 2012 | 41 | Hyundai USA | A fully inflated air bag, in combination with a properly worn seat belt, slows the driver's or the passenger's forward motion, reducing the risk of head and chest injury. After complete inflation, the air bag immediately starts deflating, enabling the driver to maintain forward visibility and the ability to steer or operate other controls. |

Exhibit 14 - Page 8

| Vehicle | Year | Page | Author | Statement |
|---|---|---|---|---|
| Sonata Hybrid | 2012 | 42 | Hyundai USA | The occupant classification system is designed to detect the presence of a properly-seated front passenger and determine if the passenger's front air bag should be enabled (may inflate) or not. The driver's front air bag is not affected or controlled by the occupant classification system. |
| Sonata Hybrid | 2012 | 48 | Hyundai USA | Your vehicle is equipped with a Supplemental Restraint (Air Bag) System and lap/shoulder belts at both the driver and passenger seating positions. |
| Sonata Hybrid | 2012 | 48 | Hyundai USA | The purpose of the SRS is to provide the vehicle's driver and/or the front passenger with additional protection than that offered by the seat belt system alone in case of a frontal impact of sufficient severity. The SRS uses sensors to gather information about the driver's seat position, the driver's and front passenger's seat belt usage and impact severity. |
| Sonata Hybrid | 2012 | 49 | Hyundai USA | The advanced SRS offers the ability to control the air bag inflation within two levels. A first stage level is provided for moderate-severity impacts. A second stage level is provided for more severe impacts. According to the impact severity, seating position and seat belt usage, the SRSCM [SRS Control Module] (SRS Control Module) controls the air bag inflation. |
| Sonata Hybrid | 2012 | 56 | Hyundai USA | Front air bags are designed to inflate in a frontal collision depending on the intensity, speed or angles of impact of the front collision. |
| Sonata Hybrid | 2013 | 36 | Hyundai USA | Generally, air bags are designed to inflate by the severity of a collision and its direction. These two factors determine whether the sensors sendout an electronic deployment/ inflation signal. |
| Sonata Hybrid | 2013 | 36 | Hyundai USA | The front air bags will completely inflate and deflate in an instant. It is virtually impossible for you to see the air bags inflate during an accident. It is much more likely that you will simply see the deflated air bags hanging out of their storage compartments after the collision. |
| Sonata Hybrid | 2013 | 39 | Hyundai USA | The SRSCM [SRS Control Module] continually monitors all SRS components while the engine start/stop button is ON to determine if a crash impact is severe enough to require air bag deployment or pre-tensioner seat belt deployment. |
| Sonata Hybrid | 2013 | 41 | Hyundai USA | A fully inflated air bag, in combination with a properly worn seat belt, slows the driver's or the passenger's forward motion, reducing the risk of head and chest injury. After complete inflation, the air bag immediately starts deflating, enabling the driver to maintain forward visibility and the ability to steer or operate other controls. |
| Sonata Hybrid | 2013 | 42 | Hyundai USA | The occupant classification system is designed to detect the presence of a properly-seated front passenger and determine if the passenger's front air bag should be enabled (may inflate) or not. The driver's front air bag is not affected or controlled by the occupant classification system. |
| Sonata Hybrid | 2013 | 48 | Hyundai USA | Your vehicle is equipped with a Supplemental Restraint (Air Bag) System and lap/shoulder belts at both the driver and passenger seating positions. |
| Sonata Hybrid | 2013 | 48 | Hyundai USA | The purpose of the SRS is to provide the vehicle's driver and/or the front passenger with additional protection than that offered by the seat belt system alone in case of a frontal impact of sufficient severity. The SRS uses sensors to gather information about the driver's seat position, the driver's and front passenger's seat belt usage and impact severity. |

Exhibit 14 - Page 9

| Vehicle | Year | Page | Author | Statement |
|---|---|---|---|---|
| Sonata Hybrid | 2013 | 49 | Hyundai USA | The advanced SRS offers the ability to control the air bag inflation within two levels. A first stage level is provided for moderate-severity impacts. A second stage level is provided for more severe impacts. According to the impact severity, seating position and seat belt usage, the SRSCM [SRS Control Module] controls the air bag inflation. |
| Sonata Hybrid | 2013 | 56 | Hyundai USA | Front air bags are designed to inflate in a frontal collision depending on the intensity, speed or angles of impact of the front collision. |
| Sonata Hybrid | 2014 | 38 | Hyundai USA | Generally, air bags are designed to inflate by the severity of a collision and its direction. These two factors determine whether the sensors sendout an electronic deployment/ inflation signal. |
| Sonata Hybrid | 2014 | 38 | Hyundai USA | The front air bags will completely inflate and deflate in an instant. It is virtually impossible for you to see the air bags inflate during an accident. It is much more likely that you will simply see the deflated air bags hanging out of their storage compartments after the collision. |
| Sonata Hybrid | 2014 | 41 | Hyundai USA | The SRSCM [SRS Control Module] continually monitors all SRS components while the ignition switch is ON to determine if a crash impact is severe enough to require air bag deployment or pre-tensioner seat belt deployment. |
| Sonata Hybrid | 2014 | 42 | Hyundai USA | A fully inflated air bag, in combination with a properly worn seat belt, slows the driver's or the passenger's forward motion, reducing the risk of head and chest injury. After complete inflation, the air bag immediately starts deflating, enabling the driver to maintain forward visibility and the ability to steer or operate other controls. |
| Sonata Hybrid | 2014 | 44 | Hyundai USA | The occupant classification system is designed to detect the presence of a properly-seated front passenger and determine if the passenger's front air bag should be enabled (may inflate) or not. The driver's front air bag is not affected or controlled by the occupant classification system. |
| Sonata Hybrid | 2014 | 49 | Hyundai USA | Your vehicle is equipped with a Supplemental Restraint (Air Bag) System and lap/shoulder belts at both the driver and passenger seating positions. |
| Sonata Hybrid | 2014 | 49 | Hyundai USA | The purpose of the SRS is to provide the vehicle's driver and/or the front passenger with additional protection than that offered by the seat belt system alone in case of a frontal impact of sufficient severity. The SRS uses sensors to gather information about the driver's seat position, the driver's and front passenger's seat belt usage and impact severity. |
| Sonata Hybrid | 2014 | 50 | Hyundai USA | The advanced SRS offers the ability to control the air bag inflation within two levels. A first stage level is provided for moderate-severity impacts. A second stage level is provided for more severe impacts. According to the impact severity, seating position and seat belt usage, the SRSCM [SRS Control Module] (SRS Control Module) controls the air bag inflation. |
| Sonata Hybrid | 2014 | 57 | Hyundai USA | Front air bags are designed to inflate in a frontal collision depending on the intensity, speed or angles of impact of the front collision. |
| Sonata Hybrid | 2015 | 36 | Hyundai USA | Generally, air bags are designed to inflate by the severity of a collision and its direction. These two factors determine whether the sensors sendout an electronic deployment/inflation signal. |

Exhibit 14 - Page 10

| Vehicle | Year | Page | Author | Statement |
|---|---|---|---|---|
| Sonata Hybrid | 2015 | 36 | Hyundai USA | The front air bags will completely inflate and deflate in an instant. It is virtually impossible for you to see the air bags inflate during an accident. It is much more likely that you will simply see the deflated air bags hanging out of their storage compartments after the collision. |
| Sonata Hybrid | 2015 | 39 | Hyundai USA | The SRSCM [SRS Control Module] continually monitors all SRS components while the engine start/stop button is ON to determine if a crash impact is severe enough to require air bag deployment or pre-tensioner seat belt deployment. |
| Sonata Hybrid | 2015 | 41 | Hyundai USA | A fully inflated air bag, in combination with a properly worn seat belt, slows the driver's or the passenger's forward motion, reducing the risk of head and chest injury. After complete inflation, the air bag immediately starts deflating, enabling the driver to maintain forward visibility and the ability to steer or operate other controls. |
| Sonata Hybrid | 2015 | 42 | Hyundai USA | The occupant classification system is designed to detect the presence of a properly-seated front passenger and determine if the passenger's front air bag should be enabled (may inflate) or not. The driver's front air bag is not affected or controlled by the occupant classification system. |
| Sonata Hybrid | 2015 | 48 | Hyundai USA | Your vehicle is equipped with a Supplemental Restraint (Air Bag) System and lap/shoulder belts at both the driver and passenger seating positions. |
| Sonata Hybrid | 2015 | 48 | Hyundai USA | The purpose of the SRS is to provide the vehicle's driver and/or the front passenger with additional protection than that offered by the seat belt system alone in case of a frontal impact of sufficient severity. The SRS uses sensors to gather information about the driver's seat position, the driver's and front passenger's seat belt usage and impact severity. |
| Sonata Hybrid | 2015 | 49 | Hyundai USA | The advanced SRS offers the ability to control the air bag inflation within two levels. A first stage level is provided for moderate-severity impacts. A second stage level is provided for more severe impacts. According to the impact severity, seating position and seat belt usage, the SRSCM [SRS Control Module] (SRS Control Module) controls the air bag inflation. |
| Sonata Hybrid | 2015 | 56 | Hyundai USA | Front air bags are designed to inflate in a frontal collision depending on the intensity, speed or angles of impact of the front collision. |
| Sonata Hybrid | 2016 | 48 | Hyundai USA | The front air bags are designed to supplement the three-point seat belts. For these air bags to provide protection, the seat belts must be worn at all times when driving. |
| Sonata Hybrid | 2016 | 49 | Hyundai USA | Your vehicle is equipped with a Advanced Supplemental Restraint System (SRS) and lap/shoulder belts at both the driver and passenger seating positions. |
| Sonata Hybrid | 2016 | 49 | Hyundai USA | The purpose of the SRS is to provide the vehicle's driver and front passengers with additional protection than that offered by the seat belt system alone. The SRS uses sensors to gather information about the driver's and front passenger's seat belt usage and impact severity. The seat belt buckle sensors determine if the driver and front passenger's seat belts are fastened. These sensors provide the ability to control the SRS deployment based on whether or not the seat belts are fastened and how severe the impact is. |
| Sonata Hybrid | 2016 | 49 | Hyundai USA | According to the impact severity, and seat belt usage, the SRS Control Module (SRSCM [SRS Control Module]) controls the air bag inflation. Failure to properly wear seat belts can increase the risk or severity of injury in an accident. |

Exhibit 14 - Page 11

| Vehicle | Year | Page | Author | Statement |
|---|---|---|---|---|
| Sonata Hybrid | 2016 | 53 | Hyundai USA | The SRSCM [SRS Control Module] continually monitors all SRS components while the Engine Start/Stop button is in the ON position to determine if a crash impact is severe enough to require air bag deployment or pre-tensioner seat belt deployment. |
| Sonata Hybrid | 2016 | 54 | Hyundai USA | During a frontal collision, sensors will detect the vehicle's deceleration. If the rate of deceleration is high enough, the control unit will inflate the front air bags. The front air bags help protect the driver and front passenger by responding to frontal impacts in which seat belts alone cannot provide adequate restraint. |
| Sonata Hybrid | 2016 | 54 | Hyundai USA | Air bag deployment depends on a number of factors including vehicle speed, angles of impact and the density and stiffness of the vehicles or objects which your vehicle impacts during a collision. |
| Sonata Hybrid | 2016 | 54 | Hyundai USA | The front air bags will completely inflate and deflate in an instant. It is virtually impossible for you to see the air bags inflate during an accident. It is much more likely that you will simply see the deflated air bags hanging out of their storage compartments after the collision. |
| Sonata Hybrid | 2016 | 55 | Hyundai USA | When the SRSCM [SRS Control Module] detects a sufficiently severe impact to the front of the vehicle, it will automatically deploy the front air bags. |
| Sonata Hybrid | 2016 | 56 | Hyundai USA | After complete inflation, the air bag immediately starts deflating, enabling the driver to maintain forward visibility and the ability to steer or operate other controls. |
| Sonata Hybrid | 2016 | 58 | Hyundai USA | The OCS is designed to detect the presence of a properly-seated front passenger and determine if the passenger's front air bag should be enabled (may inflate) or not. The purpose is to help reduce the risk of injury or death from an inflating air bag to certain front passenger seat occupants, such as children, by requiring the air bag to be automatically turned OFF. |
| Sonata Hybrid | 2017 | 46 | Hyundai USA | The front air bags are designed to supplement the three-point seat belts. For these air bags to provide protection, the seat belts must be worn at all times when driving. |
| Sonata Hybrid | 2017 | 47 | Hyundai USA | Your vehicle is equipped with a Advanced Supplemental Restraint System (SRS) and lap/shoulder belts at both the driver and passenger seating positions. |
| Sonata Hybrid | 2017 | 47 | Hyundai USA | The purpose of the SRS is to provide the vehicle's driver and front passengers with additional protection than that offered by the seat belt system alone. The SRS uses sensors to gather information about the driver's and front passenger's seat belt usage and impact severity. The seat belt buckle sensors determine if the driver and front passenger's seat belts are fastened. These sensors provide the ability to control the SRS deployment based on whether or not the seat belts are fastened, and how severe the impact is. |
| Sonata Hybrid | 2017 | 47 | Hyundai USA | According to the impact severity and seat belt usage, the SRS Control Module (SRSCM [SRS Control Module]) controls the air bag inflation. Failure to properly wear seat belts can increase the risk or severity of injury in an accident. |
| Sonata Hybrid | 2017 | 51 | Hyundai USA | The SRSCM [SRS Control Module] continually monitors all SRS components while the Engine Start/Stop button is in the ON position to determine if a crash impact is severe enough to require air bag deployment or pre-tensioner seat belt deployment. |
| Sonata Hybrid | 2017 | 52 | Hyundai USA | During a frontal collision, sensors will detect the vehicle's deceleration. If the rate of deceleration is high enough, the control unit will inflate the front air bags. The front air bags help protect the driver and front passenger by responding to frontal impacts in which seat belts alone cannot provide adequate restraint. |
| Sonata Hybrid | 2017 | 52 | Hyundai USA | Air bag deployment depends on a number of factors including vehicle speed, angles of impact and the density and stiffness of the vehicles or objects which your vehicle impacts during a collision. |

Exhibit 14 - Page 12

| Vehicle | Year | Page | Author | Statement |
|---|---|---|---|---|
| Sonata Hybrid | 2017 | 52 | Hyundai USA | The front air bags will completely inflate and deflate in an instant. It is virtually impossible for you to see the air bags inflate during an accident. It is much more likely that you will simply see the deflated air bags hanging out of their storage compartments after the collision. |
| Sonata Hybrid | 2017 | 53 | Hyundai USA | When the SRSCM [SRS Control Module] detects a sufficiently severe impact to the front of the vehicle, it will automatically deploy the front air bags. |
| Sonata Hybrid | 2017 | 54 | Hyundai USA | After complete inflation, the air bag immediately starts deflating, enabling the driver to maintain forward visibility and the ability to steer or operate other controls. |
| Sonata Hybrid | 2017 | 56 | Hyundai USA | The OCS is designed to detect the presence of a properly-seated front passenger and determine if the passenger's front air bag should be enabled (may inflate) or not. The purpose is to help reduce the risk of injury or death from an inflating air bag to certain front passenger seat occupants, such as children, by requiring the air bag to be automatically turned OFF. |

Exhibit 14 - Page 13