# EXHIBIT 15

| Vehicle | Year | Page | Author | Statement |
|---|---|---|---|---|
| Forte | 2010 | 3\|35 | Kia USA | Generally, air bags are designed to inflate based upon the severity of a collision and its direction. These two factors determine whether the sensors produce an electronic deployment/ inflation signal. |
| Forte | 2010 | 3\|38 | Kia USA | The SRSCM [Supplemental Restraint System Control Module] continually monitors all SRS components while the ignition switch is ON to determine if a crash impact is severe enough to require air bag deployment or pre-tensioner seat belt deployment. |
| Forte | 2010 | 3\|39 | Kia USA | A fully inflated air bag, in combination with a properly worn seat belt, slows the driver's or the passenger's forward motion, reducing the risk of head and chest injury. After complete inflation, the air bag immediately starts deflating, enabling the driver to maintain forward visibility and the ability to steer or operate other controls. |
| Forte | 2010 | 3\|40 | Kia USA | The occupant detection system is designed to detect the presence of a properly-seated front passenger and determine if the passenger's front air bag should be enabled (may inflate) or not. |
| Forte | 2010 | 3\|46 | Kia USA | The purpose of the SRS is to provide the vehicle's driver and/or the front passenger with additional protection than that offered by the seat belt system alone in case of a frontal impact of sufficient severity. |
| Forte | 2010 | 3\|47 | Kia USA | The advanced SRS offers the ability to control the air bag inflation with two levels. A first stage level is provided for moderate-severity impacts. A second stage level is provided for more severe impacts. |
| Forte | 2010 | 3\|48 | Kia USA | Advanced air bags are combined with pre-tensioner seat belts to help provide enhanced occupant protection in frontal crashes. |
| Forte | 2010 | 3\|54 | Kia USA | Front air bags are designed to inflate in a frontal collision depending on the intensity, speed or angles of impact of the front collision. |
| Forte | 2012 | 3\|34 | Kia USA | Generally, air bags are designed to inflate based upon the severity of a collision and its direction. These two factors determine whether the sensors produce an electronic deployment/ inflation signal. |
| Forte | 2012 | 3\|37 | Kia USA | The SRSCM [SRS Control Module] continually monitors all SRS components while the ignition switch is ON to determine if a crash impact is severe enough to require air bag deployment or pre-tensioner seat belt deployment. |
| Forte | 2012 | 3\|38 | Kia USA | A fully inflated air bag, in combination with a properly worn seat belt, slows the driver's or the passenger's forward motion, reducing the risk of head and chest injury. After complete inflation, the air bag immediately starts deflating, enabling the driver to maintain forward visibility and the ability to steer or operate other controls. |
| Forte | 2012 | 3\|39 | Kia USA | The occupant detection system is designed to detect the presence of a properly-seated front passenger and determine if the passenger's front air bag should be enabled (may inflate) or not. |

Exhibit 15 - Page 1

| Vehicle | Year | Page | Author | Statement |
|---|---|---|---|---|
| Forte | 2012 | 3\|45 | Kia USA | The purpose of the SRS is to provide the vehicle's driver and/or the front passenger with additional protection than that offered by the seat belt system alone in case of a frontal impact of sufficient severity. |
| Forte | 2012 | 3\|45 | Kia USA | The advanced SRS offers the ability to control the air bag inflation with two levels. A first stage level is provided for moderate-severity impacts. A second stage level Is provided for more severe impacts. The passenger's front air bag is designed to help reduce the injury of children sitting close to the instrument panel in low speed collisions. |
| Forte | 2012 | 3\|46 | Kia USA | Advanced air bags are combined with pre-tensioner seat belts to help provide enhanced occupant protection in frontal crashes. |
| Forte | 2012 | 3\|51 | Kia USA | Front air bags are designed to inflate in a frontal collision depending on the intensity, speed or angles of impact of the front collision. |
| Optima | 2014 | 3\|23 | Kia USA | The pretensioner seat belts may be activated together with the air bags upon a severe enough collision. |
| Optima | 2014 | 3\|35 | Kia USA | Generally, air bags are designed to inflate based upon the severity of a collision and its direction. These two factors determine whether the sensors produce an electronic deployment/inflation signal. |
| Optima | 2014 | 3\|35 | Kia USA | Air bag deployment depends on a number of complex factors including vehicle speed, angles of impact and the density and stiffness of the vehicles or objects which your vehicle hits in the collision.Though, factors are not limited to those mentioned above. The front air bags will completely inflate and deflate in an instant. It is virtually impossible for you to see the air bags inflate during an accident. It is much more likely that you will simply see the deflated air bags hanging out of their storage compartments after the collision. |
| Optima | 2014 | 3\|38 | Kia USA | The SRSCM [SRS Control Module] continually monitors all SRS components while the ignition switch is ON to determine if a crash impact is severe enough to require air bag deployment or pre-tensioner seat belt deployment. |
| Optima | 2014 | 3\|39 | Kia USA | A fully inflated air bag, in combination with a properly worn seat belt, slows the driver's or the passenger's forward motion, reducing the risk of head and chest injury. After complete inflation, the air bag immediately starts deflating, enabling the driver to maintain forward visibility and the ability to steer or operate other controls. |
| Optima | 2014 | 3\|40 | Kia USA | The occupant detection system is designed to detect the presence of a properly-seated front passenger and determine if the passenger's front air bag should be enabled (may inflate) or not. |

Exhibit 15 - Page 2

| Vehicle | Year | Page | Author | Statement |
|---|---|---|---|---|
| Optima | 2014 | 3\|46 | Kia USA | The SRS consists of air bags installed under the pad covers in the center of the steering wheel and the passenger's side front panel above the glove box. The purpose of the SRS is to provide the vehicle's driver and/or the front passenger with additional protection than that offered by the seat belt system alone in case of a frontal impact of sufficient severity. The SRS uses sensors to gather information about the driver's seat position, the driver's and front passenger's seat belt usage and impact severity. The advanced SRS offers the ability to control the air bag inflation with two levels. A first stage level is provided for moderate-severity impacts. A second stage level is provided for more severe impacts. The passenger's front air bag is designed to help reduce the injury of children sitting close to the instrument panel in low speed collisions. However, children are safer if they are restraint in the rear seat. According to the impact severity, seating position and seat belt usage, the SRSCM (SRS Control Module) controls the air bag inflation. Failure to properly wear seat belts can increase the risk or severity of injury in an accident. |
| Optima | 2014 | 3\|47 | Kia USA | Advanced air bags are combined with pre-tensioner seat belts to help provide enhanced occupant protection in frontal crashes. |
| Optima | 2014 | 3\|51 | Kia USA | Front air bags are designed to inflate in a frontal collision depending on the intensity, speed or angles of impact of the front collision. |
| Optima | 2015 | 3\|37 | Kia USA | Generally, air bags are designed to inflate based upon the severity of a collision and its direction. These two factors determine whether the sensors produce an electronic deployment/ inflation signal. |
| Optima | 2015 | 3\|40 | Kia USA | The SRSCM [SRS Control Module] continually monitors all SRS components while the ignition switch is ON to determine if a crash impact is severe enough to require air bag deployment or pre-tensioner seat belt deployment. |
| Optima | 2015 | 3\|41 | Kia USA | A fully inflated air bag, in combination with a properly worn seat belt, slows the driver's or the passenger's forward motion, reducing the risk of head and chest injury. After complete inflation, the air bag immediately starts deflating, enabling the driver to maintain forward visibility and the ability to steer or operate other controls. |
| Optima | 2015 | 3\|42 | Kia USA | Your vehicle is equipped with an occupant detection system in the front passenger's seat. The occupant detection system is designed to detect the presence of a properly-seated front passenger and determine if the passenger's front air bag should be enabled (may inflate) or not. |
| Optima | 2015 | 3\|47 | Kia USA | Your vehicle is equipped with an Advanced Supplemental Restraint (Air Bag) System and lap/shoulder belts at both the driver and passenger seating position. |

Exhibit 15 - Page 3

| Vehicle | Year | Page | Author | Statement |
|---|---|---|---|---|
| Optima | 2015 | 3\|48 | Kia USA | The advanced SRS offers the ability to control the air bag inflation with two levels. A first stage level is provided for moderate severity impacts. A second stage level is provided for more severe impacts. The passenger's front air bag is designed to help reduce the injury of children sitting close to the instrument panel in low speed collisions. However, children are safer if they are restraint in the rear seat. According to the impact severity, seating position and seat belt usage, the SRSCM (SRS Control Module) controls the air bag inflation. Failure to properly wear seat belts can increase the risk or severity of injury in an accident. Additionally, your vehicle is equipped with an occupant detection system in the front passenger's seat. The occupant detection system detects the presence of a passenger in the front passenger's seat and will turn off the front passenger's air bag under certain conditions. For more detail, see "Occupant detection system" in this section. |
| Optima | 2015 | 3\|49 | Kia USA | Advanced air bags are combined with pre-tensioner seat belts to help provide enhanced occupant protection in frontal crashes. |
| Optima | 2015 | 3\|50 | Kia USA | The purpose of the air bag is to provide the vehicle's driver and/or the front passenger with additional protection than that offered by the seat belt alone. |
| Optima | 2015 | 3\|53 | Kia USA | Front air bags are designed to inflate in a frontal collision depending on the intensity, speed or angles of impact of the front collision. |
| Optima | 2016 | 3\|2 | Kia USA | Air bags are designed to supplement seat belts, not replace them. |
| Optima | 2016 | 3\|44 | Kia USA | Generally, air bags are designed to inflate based upon the severity of a collision and its direction. These two factors determine whether the sensors produce an electronic deployment/ inflation signal. |
| Optima | 2016 | 3\|49 | Kia USA | A fully inflated air bag, in combination with a properly worn seat belt, slows the driver's or the passenger's forward motion, reducing the risk of head and chest injury. After complete inflation, the air bag immediately starts deflating, enabling the driver to maintain forward visibility and the ability to steer or operate other controls. |
| Optima | 2016 | 3\|50 | Kia USA | Your vehicle is equipped with an occupant detection system in the front passenger's seat. The occupant detection system is designed to detect the presence of a properly-seated front passenger and determine if the passenger's front air bag should be enabled (may inflate) or not. |
| Optima | 2016 | 3\|59 | Kia USA | Your vehicle is equipped with an Advanced Supplemental Restraint (Air Bag) System and lap/shoulder belts at both the driver and passenger seating position. |
| Optima | 2016 | 3\|59 | Kia USA | The SRS consists of air bags installed under the pad covers in the center of the steering wheel and the passenger's side front panel above the glove box. The purpose of the SRS is to provide the vehicle's driver and/or the front passenger with additional protection than that offered by the seat belt system alone in case of a frontal impact of sufficient severity. The SRS uses sensors to gather information about the driver's and front passenger's seat belt usage and impact severity. |

Exhibit 15 - Page 4

| Vehicle | Year | Page | Author | Statement |
|---|---|---|---|---|
| Optima | 2016 | 3\|60 | Kia USA | The advanced SRS offers the ability to control the air bag inflation with two levels. A first stage level is provided for moderate-severity impacts. A second stage level is provided for more severe impacts. |
| Optima | 2016 | 3\|60 | Kia USA | According to the impact severity and seat belt usage, the SRSCM (SRS Control Module) controls the air bag inflation. |
| Optima | 2016 | 3\|60 | Kia USA | Additionally, your vehicle is equipped with an occupant detection system in the front passenger's seat. The occupant detection system detects the presence of a passenger in the front passenger's seat and will turn off the front passenger's air bag under certain conditions. |
| Optima | 2016 | 3\|60 | Kia USA | Advanced air bags are combined with pre-tensioner seat belts to help provide enhanced occupant protection in frontal crashes. |
| Optima | 2016 | 3\|65 | Kia USA | Front air bags are designed to inflate in a frontal collision depending on the intensity, speed or angles of impact of the front collision. |
| Optima | 2017 | 3\|44 | Kia USA | Generally, air bags are designed to inflate based upon the severity of a collision and its direction. These two factors determine whether the sensors produce an electronic deployment/ inflation signal. |
| Optima | 2017 | 3\|49 | Kia USA | A fully inflated air bag, in combination with a properly worn seat belt, slows the driver's or the passenger's forward motion, reducing the risk of head and chest injury. After complete inflation, the air bag immediately starts deflating, enabling the driver to maintain forward visibility and the ability to steer or operate other controls. |
| Optima | 2017 | 3\|50 | Kia USA | Your vehicle is equipped with an occupant detection system in the front passenger's seat. The occupant detection system is designed to detect the presence of a properly-seated front passenger and determine if the passenger's front air bag should be enabled (may inflate)or not. |
| Optima | 2017 | 3\|58 | Kia USA | Your vehicle is equipped with an Advanced Supplemental Restraint (Air Bag) System and lap/shoulder belts at both the driver and passenger seating position. |
| Optima | 2017 | 3\|59 | Kia USA | The SRS consists of air bags installed under the pad covers in the center of the steering wheel and the passenger's side front panel above the glove box. The purpose of the SRS is to provide the vehicle's driver and/or the front passenger with additional protection than that offered by the seat belt system alone in case of a frontal impact of sufficient severity. The SRS uses sensors to gather information about the driver's and front passenger's seat belt usage and impact severity. |
| Optima | 2017 | 3\|59 | Kia USA | The advanced SRS offers the ability to control the air bag inflation with two levels. A first stage level is provided for moderate-severity impacts. A second stage level is provided for more severe impacts. |
| Optima | 2017 | 3\|59 | Kia USA | According to the impact severity and seat belt usage, the SRSCM (SRS Control Module) controls the air bag inflation. |

Exhibit 15 - Page 5

Case 2:19-ml-02905-JAK-FFM Document 773-18 (Ex. 15) 09/28/22 Page 7 of 12
Case 2:19-ml-02905-JAK-PLA Document 477-18 Filed 05/26/22 Page 7 of 12 Page ID #:19315
Page ID #:15005

| Vehicle | Year | Page | Author | Statement |
|---|---|---|---|---|
| Optima | 2017 | 3\|59 | Kia USA | Additionally, your vehicle is equipped with an occupant detection system in the front passenger's seat. The occupant detection system detects the presence of a passenger in the front passenger's seat and will turn off the front passenger's air bag under certain conditions. |
| Optima | 2017 | 3\|60 | Kia USA | Advanced air bags are combined with pre-tensioner seat belts to help provide enhanced occupant protection in frontal crashes. |
| Optima | 2017 | 3\|65 | Kia USA | Front air bags are designed to inflate in a frontal collision depending on the intensity, speed or angles of impact of the front collision. |
| Optima | 2018 | 3\|44 | Kia USA | Generally, air bags are designed to inflate based upon the severity of a collision and its direction. These two factors determine whether the sensors produce an electronic deployment/ inflation signal. |
| Optima | 2018 | 3\|49 | Kia USA | A fully inflated air bag, in combination with a properly worn seat belt, slows the driver's or the passenger's forward motion, reducing the risk of head and chest injury. After complete inflation, the air bag immediately starts deflating, enabling the driver to maintain forward visibility and the ability to steer or operate other controls. |
| Optima | 2018 | 3\|50 | Kia USA | Your vehicle is equipped with an occupant detection system in the front passenger's seat. The occupant detection system is designed to detect the presence of a properly-seated front passenger and determine if the passenger's front air bag should be enabled (may inflate) or not. |
| Optima | 2018 | 3\|58 | Kia USA | Your vehicle is equipped with an Advanced Supplemental Restraint (Air Bag) System and lap/shoulder belts at both the driver and passenger seating position. |
| Optima | 2018 | 3\|59 | Kia USA | The SRS consists of air bags installed under the pad covers in the center of the steering wheel and the passenger's side front panel above the glove box. The purpose of the SRS is to provide the vehicle's driver and/or the front passenger with additional protection than that offered by the seat belt system alone in case of a frontal impact of sufficient severity. The SRS uses sensors to gather information about the driver's and front passenger's seat belt usage and impact severity. |
| Optima | 2018 | 3\|59 | Kia USA | The advanced SRS offers the ability to control the air bag inflation with two levels. A first stage level is provided for moderate-severity impacts. A second stage level is provided for more severe impacts. |
| Optima | 2018 | 3\|59 | Kia USA | According to the impact severity and seat belt usage, the SRSCM [SRS Control Module] (SRS Control Module) controls the air bag inflation. |
| Optima | 2018 | 3\|59 | Kia USA | Additionally, your vehicle is equipped with an occupant detection system in the front passenger's seat. The occupant detection system detects the presence of a passenger in the front passenger's seat and will turn off the front passenger's air bag under certain conditions. |

Exhibit 15 - Page 6

| Vehicle | Year | Page | Author | Statement |
|---|---|---|---|---|
| Optima | 2018 | 3\|60 | Kia USA | Advanced air bags are combined with pre-tensioner seat belts to help provide enhanced occupant protection in frontal crashes. |
| Optima | 2018 | 3\|65 | Kia USA | Front air bags are designed to inflate in a frontal collision depending on the intensity, speed or angles of impact of the front collision. |
| Optima | 2019 | 3\|46 | Kia USA | Generally, air bags are designed to inflate based upon the severity of a collision and its direction. These two factors determine whether the sensors produce an electronic deployment/ inflation signal. |
| Optima | 2019 | 3\|51 | Kia USA | A fully inflated air bag, in combination with a properly worn seat belt, slows the driver's or the passenger's forward motion, reducing the risk of head and chest injury. After complete inflation, the air bag immediately starts deflating, enabling the driver to maintain forward visibility and the ability to steer or operate other controls. |
| Optima | 2019 | 3\|52 | Kia USA | Your vehicle is equipped with an occupant detection system in the front passenger's seat. The occupant detection system is designed to detect the presence of a properly-seated front passenger and determine if the passenger's front air bag should be enabled (may inflate) or not. |
| Optima | 2019 | 3\|60 | Kia USA | Your vehicle is equipped with an Advanced Supplemental Restraint (Air Bag) System and lap/shoulder belts at both the driver and passenger seating position. |
| Optima | 2019 | 3\|61 | Kia USA | The SRS consists of air bags installed under the pad covers in the center of the steering wheel and the passenger's side front panel above the glove box. The purpose of the SRS is to provide the vehicle's driver and/or the front passenger with additional protection than that offered by the seat belt system alone in case of a frontal impact of sufficient severity. The SRS uses sensors to gather information about the driver's and front passenger's seat belt usage and impact severity. |
| Optima | 2019 | 3\|61 | Kia USA | The advanced SRS offers the ability to control the air bag inflation with two levels. A first stage level is provided for moderate-severity impacts. A second stage level is provided for more severe impacts. |
| Optima | 2019 | 3\|61 | Kia USA | According to the impact severity and seat belt usage, the SRSCM [SRS Control Module] (SRS Control Module) controls the air bag inflation. |
| Optima | 2019 | 3\|61 | Kia USA | Additionally, your vehicle is equipped with an occupant detection system in the front passenger's seat. The occupant detection system detects the presence of a passenger in the front passenger's seat and will turn off the front passenger's air bag under certain conditions. |
| Optima | 2019 | 3\|62 | Kia USA | Advanced air bags are combined with pre-tensioner seat belts to help provide enhanced occupant protection in frontal crashes. |
| Optima | 2019 | 3\|67 | Kia USA | Front air bags are designed to inflate in a frontal collision depending on the intensity, speed or angles of impact of the front collision. |

Exhibit 15 - Page 7

| Vehicle | Year | Page | Author | Statement |
|---|---|---|---|---|
| Optima | 2020 | 3\|28 | Kia USA | Your vehicle is equipped with driver's and front passenger's pre-tensioner seat belts (retractor pretensioner and EFD (Emergency Fastening Device)). The pre-tensioner seat belts may be activated when a frontal collision is severe enough, together with the air bags. |
| Optima | 2020 | 3\|46 | Kia USA | Generally, air bags are designed to inflate based upon the severity of a collision and its direction. These two factors determine whether the sensors produce an electronic deployment/ inflation signal. Air bag deployment depends on a number of factors including vehicle speed, angles of impact, and, the density and stiffness of the vehicles or objects which your vehicle hits in the collision. The determining factors are not limited to those mentioned above. |
| Optima | 2020 | 3\|46 | Kia USA | In order to help provide protection, the air bags must inflate rapidly. The speed of the air bag inflation is a consequence of extremely short time in which to inflate the air bag between the occupant and the vehicle structures before the occupant impacts those structures. This speed of inflation reduces the risk of serious or life-threatening injuries and is thus a necessary part of the air bag design. |
| Optima | 2020 | 3\|50 | Kia USA | When the SRSCM [SRS Control Module] detects a sufficiently severe impact to the front of the vehicle, it will automatically deploy the front air bags. |
| Optima | 2020 | 3\|51 | Kia USA | A fully inflated air bag, in combination with a properly worn seat belt, slows the driver's or the passenger's forward motion, reducing the risk of head and chest injury. After complete inflation, the air bag immediately starts deflating, enabling the driver to maintain forward visibility and the ability to steer or operate other controls. |
| Optima | 2020 | 3\|52 | Kia USA | Your vehicle is equipped with an occupant detection system in the front passenger's seat. The occupant detection system is designed to detect the presence of a properly-seated front passenger and determine if the passenger's front air bag should be enabled (may inflate) or not. Only the front passenger front air bag is controlled by the Occupant Detection System. |
| Optima | 2020 | 3\|60 | Kia USA | Your vehicle is equipped with an Advanced Supplemental Restraint (Air Bag) System and lap/shoulder belts at both the driver and passenger seating position. The indication of the system's presence are the letters "AIR BAG" located on the air bag pad cover on the steering wheel and the passenger's side front panel pad above the glove box. |
| Optima | 2020 | 3\|61 | Kia USA | The purpose of the SRS is to provide the vehicle's driver and/or the front passenger with additional protection than that offered by the seat belt system alone in case of a frontal impact of sufficient severity. The SRS uses sensors to gather information about the driver's and front passenger's seat belt usage and impact severity. The seat belt buckle sensors determine if the driver and front passenger's seat belts are fastened. |

Exhibit 15 - Page 8

| Vehicle | Year | Page | Author | Statement |
|---|---|---|---|---|
| Optima | 2020 | 3\|61 | Kia USA | These sensors provide the ability to control the SRS deployment based on whether or not the seat belts are fastened, and how severe the impact is. The advanced SRS offers the ability to control the air bag inflation with two levels. A first stage level is provided for moderate-severity impacts. A second stage level is provided for more severe impacts. The passenger's front air bag is designed to help reduce the injury of children sitting close to the instrument panel in low speed collisions. However, children are safer if they are restrained in the rear seat. According to the impact severity and seat belt usage, the SRSCM [SRS Control Module] (SRS Control Module) controls the air bag inflation. |
| Optima | 2020 | 3\|61 | Kia USA | Additionally, your vehicle is equipped with an occupant detection system in the front passenger's seat. The occupant detection system detects the presence of a passenger in the front passenger's seat and will turn off the front passenger's air bag under certain conditions. |
| Optima | 2020 | 3\|62 | Kia USA | Advanced air bags are combined with pre-tensioner seat belts to help provide enhanced occupant protection in frontal crashes. Front air bags are not intended to deploy in collisions in which sufficient protection can be provided by the pre-tensioner seat belt. |
| Optima | 2020 | 3\|67 | Kia USA | Front air bags are designed to inflate in a frontal collision depending on the intensity, speed or angles of impact of the front collision. |
| Optima Hybrid | 2014 | 3\|23 | Kia USA | The retractor pre-tensioner is a supplemental system of the seat belts. The purpose of the retractor pre-tensioner is to tighten the shoulder belt against the occupant's upper body in certain frontal collisions. |
| Optima Hybrid | 2014 | 3\|23 | Kia USA | The pretensioner seat belts may be activated together with the air bags upon a severe enough collision. |
| Optima Hybrid | 2014 | 3\|35 | Kia USA | Generally, air bags are designed to inflate based upon the severity of a collision and its direction. These two factors determine whether the sensors produce an electronic deployment/ inflation signal. |
| Optima Hybrid | 2014 | 3\|38 | Kia USA | The SRSCM [SRS Control Module] continually monitors all SRS components while the ignition switch is ON to determine if a crash impact is severe enough to require air bag deployment or pre-tensioner seat belt deployment. |
| Optima Hybrid | 2014 | 3\|39 | Kia USA | A fully inflated air bag, in combination with a properly worn seat belt, slows the driver's or the passenger's forward motion, reducing the risk of head and chest injury. After complete inflation, the air bag immediately starts deflating, enabling the driver to maintain forward visibility and the ability to |
| Optima Hybrid | 2014 | 3\|40 | Kia USA | The occupant detection system is designed to detect the presence of a properly-seated front passenger and determine if the passenger's front air bag should be enabled (may inflate) or not. |
| Optima Hybrid | 2014 | 3\|46 | Kia USA | The SRS consists of air bags installed under the pad covers in the center of the steering wheel and the passenger's side front panel above the glove box. The purpose of the SRS is to provide the vehicle's driver and/or the front passenger with additional protection than that offered by the seat belt system |

Exhibit 15 - Page 9

| Vehicle | Year | Page | Author | Statement |
|---|---|---|---|---|
| Optima Hybrid | 2014 | 3\|47 | Kia USA | Advanced air bags are combined with pre-tensioner seat belts to help provide enhanced occupant protection in frontal crashes. |
| Optima Hybrid | 2014 | 3\|51 | Kia USA | Front air bags are designed to inflate in a frontal collision depending on the intensity, speed or angles of impact of the front collision. |
| Optima Hybrid | 2015 | 3\|35 | Kia USA | Generally, air bags are designed to inflate based upon the severity of a collision and its direction. These two factors determine whether the sensors produce an electronic deployment/ inflation signal. |
| Optima Hybrid | 2015 | 3\|38 | Kia USA | The SRSCM [SRS Control Module] continually monitors all SRS components while the ignition switch is on to determine if a crash impact is severe enough to require air bag deployment or pre-tensioner seat belt deployment. |
| Optima Hybrid | 2015 | 3\|39 | Kia USA | A fully inflated air bag, in combination with a properly worn seat belt, slows the driver's or the passenger's forward motion, reducing the risk of head and chest injury. After complete inflation, the air bag immediately starts deflating, enabling the driver to maintain forward visibility and the ability to steer or operate other controls. |
| Optima Hybrid | 2015 | 3\|40 | Kia USA | The occupant detection system is designed to detect the presence of a properly-seated front passenger and determine if the passenger's front air bag should be enabled (may inflate) or not. |
| Optima Hybrid | 2015 | 3\|46 | Kia USA | The SRS consists of air bags installed under the pad covers in the center of the steering wheel and the passenger's side front panel above the glove box. The purpose of the SRS is to provide the vehicle's driver and/or the front passenger with additional protection than that offered by the seat belt system alone in case of a frontal impact of sufficient severity. The SRS uses sensors to gather information about the driver's seat position, the driver's and front passenger's seat belt usage and impact severity. The advanced SRS offers the ability to control the air bag inflation with two levels. A first stage level is provided for moderate- severity impacts. A second stage level is provided for more severe impacts. The passenger's front air bag is designed to help reduce the injury of children sitting close to the instrument panel in low speed collisions. However, children are safer if they are restraint in the rear seat. According to the impact severity, seating position and seat belt usage, the SRSCM [SRS Control Module] (SRS Control Module) controls the air bag inflation. Failure to properly wear seat belts can increase the risk or severity of injury in an accident. |
| Optima Hybrid | 2015 | 3\|47 | Kia USA | Advanced air bags are combined with pre-tensioner seat belts to help provide enhanced occupant protection in frontal crashes. |
| Optima Hybrid | 2015 | 3\|51 | Kia USA | Front air bags are designed to inflate in a frontal collision depending on the intensity, speed or angles of impact of the front collision. |

Exhibit 15 - Page 10

| Vehicle | Year | Page | Author | Statement |
|---|---|---|---|---|
| Optima Hybrid | 2016 | 3\|35 | Kia USA | Generally, air bags are designed to inflate based upon the severity of a collision and its direction. These two factors determine whether the sensors produce an electronic deployment/ inflation signal. |
| Optima Hybrid | 2016 | 3\|38 | Kia USA | The SRSCM [SRS Control Module] continually monitors all SRS components while the ignition switch is ON to determine if a crash impact is severe enough to require air bag deployment or pre-tensioner seat belt deployment. |
| Optima Hybrid | 2016 | 3\|39 | Kia USA | A fully inflated air bag, in combination with a properly worn seat belt, slows the driver's or the passenger's forward motion, reducing the risk of head and chest injury. After complete inflation, the air bag immediately starts deflating, enabling the driver to maintain forward visibility and the ability to steer or operate other controls. |
| Optima Hybrid | 2016 | 3\|40 | Kia USA | The occupant detection system is designed to detect the presence of a properly-seated front passenger and determine if the passenger's front air bag should be enabled (may inflate) or not. |
| Optima Hybrid | 2016 | 3\|46 | Kia USA | The SRS consists of air bags installed under the pad covers in the center of the steering wheel and the passenger's side front panel above the glove box. The purpose of the SRS is to provide the vehicle's driver and/or the front passenger with additional protection than that offered by the seat belt system alone in case of a frontal impact of sufficient severity. The SRS uses sensors to gather information about the driver's seat position, the driver's and front passenger's seat belt usage and impact severity. The advanced SRS offers the ability to control the air bag inflation with two levels. A first stage level is provided for moderate- severity impacts. A second stage level is provided for more severe impacts. The passenger's front air bag is designed to help reduce the injury of children sitting close to the instrument panel in low speed collisions. However, children are safer if they are restraint in the rear seat. According to the impact severity, seating position and seat belt usage, the SRSCM [SRS Control Module] (SRS Control Module) controls the air bag inflation. Failure to properly wear seat belts can increase the risk or severity of injury in an accident. |
| Optima Hybrid | 2016 | 3\|47 | Kia USA | Advanced air bags are combined with pre-tensioner seat belts to help provide enhanced occupant protection in frontal crashes. |
| Optima Hybrid | 2016 | 3\|51 | Kia USA | Front air bags are designed to inflate in a frontal collision depending on the intensity, speed or angles of impact of the front collision. |

Exhibit 15 - Page 11