Roland Tellis (SBN 186269)
rtellis@baronbudd.com
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: 818.839.2333

David S. Stellings (*pro hac vice*)
dstellings@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: 212.355.9500

*Co-Lead Counsel for Plaintiffs*
(Additional counsel listed below)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re ZF-TRW Airbag Control Units Products Liability Litigation*<br><br>ALL CASES | MDL No. 2905<br><br>Case No. 2:19-ml-02905-JAK-PLA<br><br>**PLAINTIFFS' APPLICATION TO SEAL PORTIONS OF THEIR MOTION FOR LEAVE TO FILE SUPPLEMENTAL EVIDENCE FOR THE JANUARY 23, 2023 HEARING ON HONDA MOTOR CO., LTD.'S JURISDICTIONAL CHALLENGE**<br><br>Hon. John A. Kronstadt<br>Hon. Paul L. Abrams |

Pursuant to the Order re Stipulated Protective Order Regarding Confidential Treatment of Documents (the "Protective Order"), Dkt. 104, and Local Rule 79-5.2.2, Plaintiffs hereby apply to the Court for permission to seal portions of Plaintiffs' Motion for Leave to File Supplemental Evidence.

This application concerns four documents:

1. The Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Leave to File Supplemental Evidence for the January 23, 2023 Hearing on Honda Motor Co., Ltd.'s Jurisdictional Challenge;

2. The transcript of the December 21, 2022 deposition of the Domestic Honda Defendants, which is provisionally subject to a confidentiality designation by the Domestic Honda Defendants while they review the transcript to make final confidentiality determinations;

3. Domestic Honda Defendants' Second Amended and Supplemental Responses and Objections to Plaintiffs' Notice of Deposition Pursuant to Rule 30(B)(6), which the Domestic Honda Defendants designated highly confidential; and

4. Domestic Honda Defendants' Supplemental E-Discovery Disclosures, which the Domestic Honda Defendants designated confidential.

At this time, Plaintiffs take no position as to whether these documents contain any information that should be sealed. However, under the terms of the Protective Order, documents designated as "Confidential" and "Highly Confidential," as well as the information contained therein, must be filed under seal by the non-designating party. *See* Dkt. 104, ¶ 20. Moreover, because the designating party is best positioned to explain why information designated confidential should be sealed, the Protective Order requires the designating party to submit a brief that either explains the basis for sealing the information. Failure to submit such a brief results in the waiver of confidentiality rights.[1]

---

[1] The relevant language of the Protective Order states: "The Designating Party also agrees to file a brief within 7 days after the motion to seal is filed, or such other time as may be

1   For the purposes of this application, if the Court is inclined to seal these
2   documents in their entirety, Plaintiffs propose filing their supporting memorandum with
3   redactions and the accompanying Exhibits 1, 2, and 4 as slip-sheets on the public docket.
4   Plaintiffs would also file the accompanying Declaration of John T. Nicolaou in support
5   of the motion and Exhibit 3 without redactions on the public docket. Public versions
6   consistent with this proposal are attached to this application. The unredacted copies of
7   the exhibits will be attached to the accompanying Declaration of John T. Nicolaou in
8   support of this application.
9   Although the designations described above arguably required that Plaintiffs file
10  this application to seal, Plaintiffs do not oppose filing any of the documents subject to
11  this application on the public docket with no redactions. Plaintiffs are prepared to do so
12  if the Court is inclined to reject sealing here.
13  Plaintiffs have complied with Local Rule 79-5.2.2(b) by notifying the Domestic
14  Honda Defendants of the exhibits they intend to file and sharing copies of their brief in
15  advance of filing this application.

---

permitted by the Court, that either supports the relevant motion to seal and explains the reasons why the Designating Party contends the information should be sealed or provides an alternative version of the Designating Party's Covered Information that the Designating Party contends is appropriate for public filing and explains the reasons why any redacted information should be sealed. The Designating Party's failure to submit a brief explaining why the Covered Information should be sealed shall result in a waiver of confidentiality rights as to the filed documents under this Order." Dkt. 104, ¶ 20.

| | | |
|---|---|---|
| 1 | Dated: January 12, 2023 | Respectfully submitted, |
| 2 | | /s/David Stellings |
| 3 | | David Stellings |

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
David Stellings (*pro hac vice*)
dstellings@lchb.com
John T. Nicolaou (*pro hac vice*)
jnicolaou@lchb.com
Katherine McBride
kmcbride@lchb.com
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: 212.355.9500

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Elizabeth J. Cabraser (SBN 83151)
ecabraser@lchb.com
Nimish R. Desai (SBN 244953)
ndesai@lchb.com
Phong-Chau G. Nguyen (SBN 286789)
pgnguyen@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000

BARON & BUDD, P.C.
Roland Tellis (SBN 186269)
rtellis@baronbudd.com
David Fernandes (SBN 280944)
dfernandes@baronbudd.com
Elizabeth Smiley (SBN 318165)
esmiley@baronbudd.com
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: 818-839-2333
Facsimile: 818-986-9698

*Co-Lead Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that on January 12, 2023, a copy of the foregoing **Plaintiffs' Application to Seal Portions of Plaintiffs' Motion for Leave to File Supplemental Evidence for the January 23, 2023 Hearing on Honda Motor Co., Ltd.'s Jurisdictional Challenge** was served electronically through the Court's electronic filing system upon all Parties appearing on the Court's ECF service list. Plaintiffs will email the unredacted versions of the documents subject to this application to all parties.

DATED: January 12, 2023         */s/ David Stellings*
                                David Stellings