1  KIRKLAND & ELLIS LLP
2  Matthew T. Regan, P.C. (*pro hac vice*)
   mregan@kirkland.com
3  300 North LaSalle
4  Chicago, IL 60654
   Telephone: 312-862-2000
5  Facsimile:  312-862-2200
6
7  *Liaison Counsel for Defendants*
8  (additional counsel listed below)
9
              UNITED STATES DISTRICT COURT
10            CENTRAL DISTRICT OF CALIFORNIA
11
   | In re: ZF-TRW Airbag Control Units Products Liability Litigation | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.: 2:19-ml-02905-JAK-PLA<br><br>MDL No. 2905<br><br>Judge: John A. Kronstadt<br><br>**JOINT STATEMENT REGARDING THE JANUARY 23, 2023 MOTION TO DISMISS HEARING**<br><br>Date:    January 23, 2021<br>Time:   8:30 a.m.<br>Courtroom:   10B |
   |---|---|---|
   | ALL CASES | | |

**JOINT STATEMENT REGARDING JANUARY 23, 2023 HEARING**

Pursuant to the Court's January 11, 2023 Order (Dkt. 627), the Parties submit this Joint Statement reflecting their collective and/or respective views regarding the proposed process for the January 23 motion to dismiss hearing.[1]

**I.     Process for the January 25 Motion to Dismiss Hearing**

**Topics to be addressed during oral argument.** The Parties have discussed which issues they think it would be most helpful to address at the January 23 hearing, and how to best present those issues in an efficient manner. Counsel for all Parties wish to address whichever issues the Court would like them to address, and in whatever order the Court believes would be appropriate.

Subject to further guidance from the Court, the Parties propose addressing the following topics:

- **RICO Enterprise** (Argument I in Defendants' joint motion to dismiss brief (Dkt. 530) and Section IV.A.1. of Plaintiffs' opposition to Defendants' joint motion to dismiss (Dkt. 581-1));
- **RICO Predicate Acts** (Arguments raised in Defendants' individual motion to dismiss briefs and Section IV.A.2 of Plaintiffs' opposition to Defendants' joint motion to dismiss (Dkt. 581-1) and Section II.B of Plaintiffs' opposition to ZF's individual motion (Dkt. 588))[2]

---

[1] Defendants state that their participation in the court-ordered process of meeting and conferring and preparing this joint statement does not prejudice or waive any challenge to this Court's personal jurisdiction as to the claims made by any Plaintiff or class.

[2] This topic would also address the parties' disputes about the requirements of Rule 9, which also bears upon state law claims sounding in fraud and several theories of tolling for the applicable statutes of limitations.

1

**JOINT STATEMENT REGARDING JANUARY 23, 2023 HEARING**

- **Personal Jurisdiction** (Arguments raised in the ZF, STMicroelectronics, Inc., Honda, and Mobis Defendants' individual motion to dismiss briefs and Plaintiffs' responses thereto);[3] and

- **Plaintiffs' Objections To Chief Magistrate Judge Abrams' Jurisdictional Discovery Order regarding ZF Friedrichshafen AG** (Arguments raised in Plaintiffs' August 29, 2022 objection (Dkts. 557, 596, 602)).

While Defendants believe they raise other meritorious issues and arguments in their motions to dismiss, and Plaintiffs believe they raise meritorious issues and argument in their opposition brief, the Parties propose submitting the remaining issues raised in those briefs on the papers. If, following review of this report, the Court believes argument on one or more of those issues would assist the Court's review, the Parties can be prepared to address those issues as well.

**Order of Argument and Time Allocations.** The Parties agree it would be most effective to hear from both sides on each of the topics identified above before moving to the next topic. For example, if the Court agreed to proceed in addressing the arguments as set forth above, Defendants would address the RICO enterprise issues raised in the motions to dismiss, Plaintiffs would respond to those arguments, and Defendants would then offer a brief rebuttal on those issues before moving on to address RICO predicate acts.

The Parties agree that argument time should generally be split 50-50 between the Defendants collectively and the Plaintiffs collectively. For instance, if the Court plans to allot approximately two and a half hours for the hearing, as it did for the previous motion to dismiss hearing, each side would be allotted roughly 75 minutes of argument time to be allocated by that side across any of the oral argument topics.

---

[3] The parties have agreed that none of the Defendants will oppose Plaintiffs' Motion for Leave to File Supplemental Evidence for the January 23, 2023 Hearing on Defendant Honda Motor Co., Ltd.'s Jurisdictional Challenge (*see* Dkts. 628, 629, 630), but the Honda Defendants will file an opposition disputing the sufficiency of the proffered evidence for jurisdiction. The parties agree that the Court may nonetheless consider the proffered evidence, and that argument about the proffered evidence at the hearing is permissible.

The Parties have not agreed to specific time allocations for each of the topics identified above, but will take into account any guidance from the Court on the issues it would like to hear argued and/or any tentative rulings the Court puts forth when determining how much time to spend on each topic.

## II.     <u>Demonstratives</u>

Pursuant to the Court's January 11, 2023 Order (Dkt. 627), if the parties plan to use any demonstrative exhibits, they will disclose those materials to the Court and other parties by 7 pm PT on January 21, 2023. The parties propose providing the demonstrative exhibits to the Court via email sent to the chambers email address.

3

**JOINT STATEMENT REGARDING JANUARY 23, 2023 HEARING**

| | |
|---|---|
| DATED: January 18, 2023 | Respectfully submitted, |
| | */s/ David Stellings* |
| | BARON & BUDD, P.C. |
| | Roland Tellis (SBN 186269) |
| | rtellis@baronbudd.com |
| | David Fernandes (SBN 280944) |
| | dfernandes@baronbudd.com |
| | Adam Tamburelli (SBN 301902) |
| | atamburelli@baronbudd.com |
| | 15910 Ventura Boulevard, Suite 1600 |
| | Encino, CA 91436 |
| | Telephone: 818-839-2333 |
| | Facsimile: 818-986-9698 |
| | |
| | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| | David Stellings (pro hac vice) |
| | dstellings@lchb.com |
| | John T. Nicolaou (pro hac vice) |
| | jnicolaou@lchb.com |
| | Katherine McBride |
| | kmcbride@lchb.com |
| | 250 Hudson Street, 8th Floor |
| | New York, New York 10013-1413 |
| | Telephone: 212.355.9500 |
| | |
| | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| | Elizabeth J. Cabraser (SBN 83151) |
| | ecabraser@lchb.com |
| | Nimish R. Desai (SBN 244953) |
| | ndesai@lchb.com |
| | Phong-Chau G. Nguyuen (SBN 286789) |
| | pgnguyen@lchb.com |
| | 275 Battery Street, 29th Floor |
| | San Francisco, CA 94111-3339 |
| | Telephone: 415.956.1000 |
| | |
| | *Co-Lead Counsel for Plaintiffs* |

4

**JOINT STATEMENT REGARDING JANUARY 23, 2023 HEARING**

| | |
|---|---|
| DATED: January 18, 2023 | Respectfully submitted, |
| | /s/ Matthew T. Regan |
| | KIRKLAND & ELLIS LLP |
| | Mark C. Holscher (SBN 139582) |
| | mark.holscher@kirkland.com |
| | 555 South Flower Street |
| | Los Angeles, CA 90071 |
| | Telephone: 213-680-8400 |
| | Facsimile: 213-680-8500 |
| | |
| | Tammy A. Tsoumas (SBN 250487) |
| | tammy.tsoumas@kirkland.com |
| | 2049 Century Park East, Suite 3700 |
| | Los Angeles, CA 90067 |
| | Telephone: 310-552-4200 |
| | Facsimile: 310-552-5900 |
| | |
| | Matthew T. Regan, P.C. (*pro hac vice*) |
| | mregan@kirkland.com |
| | 300 North LaSalle |
| | Chicago, IL 60654 |
| | Telephone: 312-862-2000 |
| | Facsimile: 312-862-2200 |
| | |
| | Judson Brown, P.C. (*pro hac vice*) |
| | jdbrown@kirkland.com |
| | Michael A. Glick (*pro hac vice*) |
| | michael.glick@kirkland.com |
| | Jason Wilcox (*pro hac vice*) |
| | jason.wilcox@kirkland.com |
| | 1301 Pennsylvania Avenue, N.W. |
| | Washington, D.C. 20004 |
| | Telephone: 202-389-5000 |
| | Facsimile: 202-389-5200 |
| | |
| | *Counsel for ZF Active Safety and Electronics US LLC, ZF Passive Safety Systems US Inc., ZF Automotive US Inc., ZF TRW Automotive Holdings Corp., ZF North America, Inc., ZF Friedrichshafen AG, and ZF Holdings B.V.* |

5

**JOINT STATEMENT REGARDING JANUARY 23, 2023 HEARING**

          /s/ Robert P. Debelak III
          McDOWELL HETHERINGTON LLP
          Jodi K. Swick (SBN 228634)
          jodi.swick@mhllp.com
          1999 Harrison Street, Ste. 2050
          Oakland, CA 94612
          Telephone: 510.628.2145
          Facsimile: 510.628.2146

          Colleen T. Flaherty (SBN 327563)
          colleen.flaherty@mhllp.com
          1055 E. Colorado Blvd., Ste. 500
          Pasadena, CA 91106
          Telephone: 213.631.4059
          Facsimile: 510.628.2146

          Thomas F.A. Hetherington (*pro hac vice*)
          tom.hetherington@mhllp.com
          Kendall J. Burr (*pro hac vice*)
          kendall.burr@mhllp.com
          Robert P. Debelak III (*pro hac vice*)
          bobby.debelak@mhllp.com
          1001 Fannin St., Ste. 2400
          Houston, TX 77002
          Telephone: 713.337.5580
          Facsimile: 713.337.8850

          Emily K. Felix (*pro hac vice*)
          emily.felix@mhllp.com
          1000 Ballpark Way, Ste. 209
          Arlington, TX 76011
          Telephone: 817.635.7300
          Facsimile: 817.635.7308

          *Counsel for STMicroelectronics, Inc.*

```
                        /s/ Eric S. Mattson
                        SIDLEY AUSTIN LLP
                        Lisa M. Gilford (SBN 171641)
                        lgilford@sidley.com
                        Stacy Horth-Neubert (SBN 214565)
                        shorthneubert@sidley.com
                        555 West Fifth Street
                        Los Angeles, CA 90013
                        Telephone: 213-896-6000
                        Facsimile: 213-896-6600

                        Eric S. Mattson (pro hac vice)
                        emattson@sidley.com
                        J. Simone Jones (pro hac vice)
                        Jsimone.jones@sidley.com
                        One South Dearborn Street
                        Chicago, IL 60603
                        Telephone: 312-853-7000
                        Facsimile: 312-853-7036

                        Counsel for American Honda Motor Co., Inc.,
                        Honda Motor Co., Ltd., and Honda
                        Development and Manufacturing of
                        America, LLC


                        /s/ Matthew A. Goldberg
                        DLA PIPER LLP (US)
                        Christopher M. Young (SBN 163319)
                        christopher.young@dlapiper.com
                        2000 Avenue of the Stars
                        Suite 400 North Tower
                        Los Angeles, CA 90067
                        Telephone: 310-595-3000
                        Facsimile: 310-595-3300

                        Matthew A. Goldberg
                        mathew.goldberg@dlapiper.com
                        Nathan P. Heller
                        nathan.heller@dlapiper.com
                        One Liberty Place
```

7

**JOINT STATEMENT REGARDING JANUARY 23, 2023 HEARING**

1650 Market Street
Suite 5000
Philadelphia, PA 19103
Telephone: 215-656-3300
Facsimile: 215-656-3301

*Counsel for Hyundai Mobis Co., Ltd.*

/s/ *Stephen A. D'Aunoy*
THOMPSON COBURN LLP
Kathy A. Wisniewski
kwisniewski@thompsoncoburn.com
Stephen A. D'Aunoy
kwisniewski@thompsoncoburn.com
Thomas L. Azar, Jr.
tazar@thompsoncoburn.com
One US Bank Plaza
St. Louis, MO 63101
Telephone: 314-552-6000
Facsimile: 314-552-7000

Kacey R. Riccomini (SBN 292340)
kriccomini@thompsoncoburn.com
2029 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: 310-282-2500
Facsimile: 310-282-2501
*Counsel for FCA US LLC*

**SIGNATURE OF CERTIFICATION**

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: January 18, 2023  /s/ Matthew T. Regan
*Counsel for ZF Active Safety and Electronics US LLC, ZF Passive Safety Systems US Inc., ZF Automotive US Inc., ZF TRW Automotive Holdings Corp., ZF North America, Inc., ZF Friedrichshafen AG, and ZF Holdings B.V.*

**CERTIFICATE OF SERVICE**

I certify that on January 18, 2023, a copy of the foregoing JOINT STATEMENT REGARDING JANUARY 23, 2023 HEARING was served electronically through the Court's electronic filing system upon all Parties appearing on the Court's ECF service list.

DATED: January 18, 2023

*/s/ Matthew T. Regan*
*Counsel for ZF Active Safety and Electronics US LLC, ZF Passive Safety Systems US Inc., ZF Automotive US Inc., ZF TRW Automotive Holdings Corp., ZF North America, Inc., ZF Friedrichshafen AG, and ZF Holdings B.V.*