UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA ML19-2905 JAK (PLAx) | Date | January 23, 2023 |
|---|---|---|---|
| Title | In Re: ZF-TRW Airbag Control Units Products Liability Litigation | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| T. Jackson-Terrell | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) ORDER RE MOTION FOR LEAVE TO FILE SUPPLEMENTAL EVIDENCE (DKT. 628)

**I.   Introduction**

On January 12, 2023, Plaintiffs filed a Motion for Leave to File Supplemental Evidence for the January 23, 2023 Hearing on Honda Motor Co., Ltd's Jurisdictional Challenge (the "Motion"). Dkt. 628. Defendant Honda Motor Co., Ltd. ("Honda Motor") does not oppose the relief sought in the Motion.[1] Dkt. 633.

**II.   Analysis**

Plaintiffs seek to supplement the record with new evidence relating to Honda Motor's Motion to Dismiss (Dkt. 527). The evidence includes the transcript of a deposition taken on December 21, 2022, and three documents used during the deposition. Dkt. 629-1 at 2. Plaintiffs assert that the evidence is relevant to establish personal jurisdiction over Honda Motor. *Id.* They argue that it "confirms that Honda Japan purposefully directed relevant conduct toward the U.S. by controlling the design and manufacture of the Honda Class Vehicles destined for sale here and by causing those same Vehicles to include misleading in-vehicle statements that give rise to Plaintiffs' claims." *Id.* at 5.

Plaintiffs argue that supplementing the record with this evidence is appropriate because the deposition at issue took place after Plaintiffs filed their opposition to Honda's Motion to Dismiss. Because the evidence was developed after Plaintiffs filed their opposition to Honda's Motion to Dismiss, and is relevant to the issue of personal jurisdiction over Honda Motor, Plaintiffs have shown good cause for filing the requested relief. *See FTC - Forward Threat Control, LLC v. Dominion Harbor Enterprises, LLC*, No. 5:19-CV-06590-EJD, 2020 WL 5545156, at *3 (N.D. Cal. Sept. 16, 2020) (granting motion to file supplemental evidence where "[t]he supplemental evidence is relevant to the jurisdictional issues raised in the motion to dismiss and [Plaintiff] was reasonably diligent in filing its administrative motion to bring this new evidence to the Court's attention").

---

[1] Honda Motor filed a response to the Motion to "explain why [the supplemental] evidence does not alter the result with respect to Honda Motor's motion to dismiss," but it does not oppose the filing of the evidence. Dkt. 633 at 2.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA ML19-2905 JAK (PLAx) | Date | January 23, 2023 |
| Title | In Re: ZF-TRW Airbag Control Units Products Liability Litigation | | |

**III.    Conclusion**

For the foregoing reasons, the Motion is **GRANTED**.

**IT IS SO ORDERED.**

|  | : |  |
|---|---|---|
| Initials of Preparer | tj | |