Roland Tellis (SBN 186269)
rtellis@baronbudd.com
**BARON & BUDD, P.C**.
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: 818.839.2333
Facsimile: 214.520.1181

David S. Stellings (*pro hac vice*)
dstellings@lchb.com
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: 212.355.9500
Facsimile: 212.355.9592

*Co-Lead Counsel for Plaintiffs*
(additional counsel listed below)

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re ZF-TRW Airbag Control Units Products Liability Litigation*<br><br>ALL CASES | MDL No. 2905<br><br>Case No. 2:19-ml-02905-JAK-PLA<br><br>Judge: John A. Kronstadt<br><br>**STIPULATION REGARDING THE HYUNDAI, KIA, MITSUBISHI, AND TOYOTA DEFENDANTS' DEADLINE TO RESPOND TO THE AMENDED CLASS ACTION COMPLAINT** |

This stipulation is entered into by (i) the above-captioned Plaintiffs; (ii) Defendants Hyundai Motor Corporation and Hyundai Motor America, Inc. (the "Hyundai Defendants"); (iii) Defendants Kia Corporation and Kia America, Inc. (the "Kia Defendants"); (iv) Defendants Mitsubishi Motors Corporation and Mitsubishi Motors North America, Inc. (the "Mitsubishi Defendants"); and (v) Defendants Toyota Motor North America, Inc., Toyota Motor Sales, U.S.A., Inc., and Toyota Motor Engineering & Manufacturing North America, Inc. (the "Toyota Defendants"), through their respective counsel.

1. On November 10, 2022 (*see* ECF 609), the Court entered the following deadlines for the Hyundai, Kia, Mitsubishi, and Toyota Defendants' (collectively, the "Settlement Track Defendants") motions to dismiss the Amended Class Action Complaint:

   a. February 21, 2023: Deadline to file Motions to Dismiss
   b. April 24, 2023: Deadline for any Oppositions
   c. June 8, 2023: Deadline for any Replies

2. Since that order, Plaintiffs and the Settlement Track Defendants have had numerous productive in-person and telephonic meetings related to their settlement discussions.

3. Although they have not yet resolved their dispute, Plaintiffs and the Settlement Track Defendants are encouraged by the progress made towards settlement and are continuing their negotiations. Presently, Plaintiffs and the Hyundai, Kia, and Toyota Defendants have scheduled a joint, in-person mediation on Wednesday, February 22, 2023 before Special Master Juneau. Plaintiffs and the Mitsubishi Defendants are continuing their negotiations through Special Master Juneau.

4. **NOW THEREFORE**, in light of these ongoing discussions, which may moot the need for further adversarial motion practice, Plaintiffs and the Settlement Track Defendants agree that the Court should extend the deadlines for the Settlement Track

Defendants' motions to dismiss by thirty days. Under this proposal, the following briefing schedule would apply:

    a. March 24, 2023: Deadline to file Motions to Dismiss

    b. May 23, 2023: Deadline to file Oppositions

    c. July 7, 2023: Deadline to file Replies

DATED: February 17, 2023        Respectfully submitted,

*/s/ Roland Tellis*
BARON & BUDD, P.C.
Roland Tellis (SBN 186269)
rtellis@baronbudd.com
David Fernandes (SBN 280944)
dfernandes@baronbudd.com
Adam Tamburelli (SBN 301902)
atamburelli@baronbudd.com
Shannon Royster (SBN 314126)
sroyster@baronbudd.com
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: 818-839-2333
Facsimile: 818-986-9698

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
David Stellings (pro hac vice)
dstellings@lchb.com
John T. Nicolaou (pro hac vice)
jnicolaou@lchb.com
Katherine McBride
kmcbride@lchb.com
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: 212.355.9500

**STIP. RE HYUNDAI, KIA, MITSUBISHI, AND TOYOTA'S DEADLINE TO RESPOND**

LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
Elizabeth J. Cabraser (SBN 83151)
ecabraser@lchb.com
Nimish R. Desai (SBN 244953)
ndesai@lchb.com
Phong-Chau G. Nguyen (SBN 286789)
pgnguyen@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000

*Co-Lead Counsel for Plaintiffs*

*/s/ Lance A. Etcheverry*

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
Lance A. Etcheverry (SBN 199916)
lance.etcheverry@skadden.com
Caroline Van Ness (SBN 281675)
caroline.vanness@skadden.com
Matthew J. Tako (SBN 307013)
matthew.tako@skadden.com
525 University Avenue, Suite 1400
Palo Alto, CA 94301
Telephone: 650-470-4500
Facsimile: 650-470-4570

John Beisner (SBN 81571)
john.beisner@skadden.com
1440 New York Avenue N.W.
Washington, D.C. 20005
Telephone: 202-371-7000
Facsimile: 202-393-5760
*Counsel for Hyundai Motor Corporation, Hyundai Motor America, Inc., Kia Corporation, and Kia America, Inc.*

|   |   |
|---|---|
| 1 | |
| 2 | */s/ Vincent Galvin* |
| 3 | BOWMAN AND BROOKE LLP<br>Vincent Galvin (SBN 104448)<br>vincent.galvin@bowmanandbrooke.com<br>1741 Technology Drive, Suite 200<br>San Jose, CA 95110<br>Telephone: 408-279-5393<br>Facsimile: 408-279-5845 |

/s/ Vincent Galvin
BOWMAN AND BROOKE LLP
Vincent Galvin (SBN 104448)
vincent.galvin@bowmanandbrooke.com
1741 Technology Drive, Suite 200
San Jose, CA 95110
Telephone: 408-279-5393
Facsimile: 408-279-5845

KING & SPALDING LLP
John P. Hooper (pro hac pending)
jhooper@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Telephone: 212-556-2220
Facsimile: 212-556-2222

*Counsel for Toyota Motor North America, Inc., Toyota Motor Sales, U.S.A., Inc., Toyota Motor Engineering & Manufacturing North America, Inc.*

*/s/ Douglas W. Robinson*
PALMIERI, TYLER, WIENER, WILHELM & WALDRON LLP
Douglas W. Robinson (SBN 255909)
drobinson@ptwww.com
Erica M. Sorosky (SBN 251314)
esorosky@ptwww.com
Christopher J. Green (SBN 295874)
cgreen@ptwww.com
1900 Main Street, Suite 700
Irvine, CA 92614
Telephone: 949-851-9400
Facsimile: 949-825-5401

*Counsel for Mitsubishi Motors Corporation and Mitsubishi Motors North America, Inc.*

5
**STIP. RE HYUNDAI, KIA, MITSUBISHI, AND TOYOTA'S DEADLINE TO RESPOND**

**SIGNATURE OF CERTIFICATION**

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content, and have authorized the filing.

DATED: February 17, 2023          */s/ Roland Tellis*
                                  Roland Tellis

# CERTIFICATE OF SERVICE

I certify that on February 17, 2023, a copy of the foregoing **STIPULATION REGARDING THE HYUNDAI, KIA, MITSUBISHI, AND TOYOTA DEFENDANTS' DEADLINE TO RESPOND TO THE AMENDED CLASS ACTION COMPLAINT** was served electronically through the Court's electronic filing system upon all Parties appearing on the Court's ECF service list.

DATED: February 17, 2023

*/s/ Roland Tellis*
Roland Tellis