# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | MDL 19-2905 JAK (MRWx) | Date | April 27, 2023 |
|---|---|---|---|
| Title | In re ZF-TRW MDL | | |

| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge | |
|---|---|---|
| | James Muñoz | n/a |
| | Deputy Clerk | Court Reporter / Recorder |
| | Attorneys for Plaintiff: | Attorneys for Defendant: |
| | n/a | n/a |

**Proceedings:** ORDER RE: STATUS CONFERENCE

     1.    The Court received and reviewed the parties' joint discovery report. (Docket # 688.)

     2.    Regarding our upcoming discussion, the report (page 16-17 at n.10) nudged me to formalize on my online procedures page what I've been doing on a case-by-case basis for several years. The hearing will be designated as hybrid. Any party is welcome to appear in person or by video (using the Court's pre-existing Zoom webinar link on my webpage) at their option.

     3.    The parties do <u>not</u> have to contact the Clerk with their attendance preference before the hearing. We don't need to be inundated with a hundred e-mails on such a mundane matter.