UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA ML19-2905 JAK (PLAx) | Date | July 24, 2023 |
|---|---|---|---|
| Title | In Re: ZF-TRW Airbag Control Units Products Liability Litigation | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| T. Jackson-Terrell | Katie Thibodeaux |
| Deputy Clerk | Court Reporter / Recorder |

Liaison Present for Plaintiffs:

David Stellings
Ronald Tellis

Gayle Blatt
David Fernandes, Jr.
John Nicolaou
Katherine McBride

Settlement Special Master:
Patrick Juneau

Liaison Present for Defendants:

Michael Glick

Matthew Regan
McClain Thompson
Stephen D'Aunoy
Jacqueline Seidel
Alexander Calfo
John Hooper
Robert Debelak III

**Proceedings:**      MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT AND DIRECTION OF NOTICE (DKT. 739, 747)

The Court states its tentative views that the requirements for conditional class certification are satisfied. The Court also states its tentative view that there is not a sufficient showing that a preliminary injunction is necessary. The Court raises issues as to the amount of the award of attorney's fees as well as the monetary value of certain components of the settlement, and whether the members of the Class will elect to receive all of the benefits. The Court also inquires as to whether there is an estimated range of recovery should the matter go to trial and the settling Class prevail.

The Court hears argument on the Motion and the issues raised by the Court. Mr. Regan also addresses certain matters as to the non-settling defendants. Special Master Juneau also states views as to the settlement process, and his support for the agreement based on the actions of counsel throughout the settlement process.

Based on the colloquies with counsel, certain additional briefing shall be submitted as to issues discussed. On or before July 25, 2023, Plaintiffs' counsel shall submit a supplemental brief, not to exceed ten pages, regarding the issues relating to attorney's fees that were addressed at the hearing. On or before July 25, 2023, counsel for Toyota shall submit a supplemental brief regarding the calculation of the $10 million credit for the provision of future loaner vehicles, reimbursement, and outreach programs. Counsel shall also provide any update on the value of the extended warranty element of the settlement. Plaintiffs' counsel shall lodge a proposed order relating to the release of data from the Departments of Motor Vehicles of certain states for purposes of the notice program.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA ML19-2905 JAK (PLAx) | Date | July 24, 2023 |
| Title | In Re: ZF-TRW Airbag Control Units Products Liability Litigation | | |

The Court takes the Motion **UNDER SUBMISSION** and a written ruling will be issued. After discussing the schedule that will follow if the Motion is granted in whole or in part, and the request of the parties that an Order on the Motion issue within the next 10-14 days, the Court advises the parties that it anticipated that a written order on the Motion will be issued on or before August 1, 2023.

**IT IS SO ORDERED.**

                                                                                                                                           01   :   17

Initials of Preparer   TJ