UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re ZF-TRW Airbag Control Units Products Liability Litigation*<br><br>ALL ACTIONS AGAINST THE TOYOTA DEFENDANTS | MDL No. 2905<br><br>No. 2:19-ml-02905-JAK-MRW<br><br>**ORDER DIRECTING DISTRIBUTION OF CONTACT INFORMATION FOR PROPOSED TOYOTA SETTLEMENT NOTICE PROGRAM** |

The Parties to the above-captioned action currently pending against Toyota Motor North America, Inc., Toyota Motor Sales U.S.A., Inc., and Toyota Motor Engineering & Manufacturing North America, Inc. (collectively "Toyota") have agreed to a proposed class action settlement, the terms and conditions of which are set forth in an executed Settlement Agreement. Plaintiffs have moved for the Court's preliminary approval of the proposed Settlement and the direction of notice to the proposed settlement Class (Dkts. 747, 750, 751, 756 (the "Motion")). On July 24, 2023, this Court conducted a hearing regarding Plaintiffs' Motion, and that Motion was taken under submission.

The proposed Settlement Notice Program will include individual, direct notice using Toyota customer data from third party sources including S&P Global Automotive, formerly known as Polk, which specializes in obtaining such contact information. The Court hereby authorizes Kroll Notice Media, the proposed Settlement Notice Administrator, through data aggregators or otherwise, to request, obtain and utilize vehicle registration information from the Department of Motor Vehicles for all 50 states, the District of Columbia, Puerto Rico, Guam, the U.S. Virgin Islands and all other United States territories and/or possessions for the purposes of identifying the identity of and contact information for purchasers and lessees of Toyota Class Vehicles. Vehicle registration information includes, but is not limited to, owner/lessee name and address information, registration date, year, make, and model of the vehicle.

**IT IS SO ORDERED**:

Dated: July 26, 2023

John A. Kronstadt
United States District Court