# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re ZF-TRW Airbag Control Units Products Liability Litigation* <br><br> ALL ACTIONS AGAINST THE TOYOTA DEFENDANTS | Case No. 2:19-ml-02905-JAK-MRW <br><br> **[PROPOSED] ORDER APPROVING JOINT STIPULATION OF THE TOYOTA PLAINTIFFS AND THE TOYOTA DEFENDANTS FOR THE ESTABLISHMENT OF A QUALIFIED SETTLEMENT FUND** |

The Parties to the above-captioned action currently pending against Toyota Motor North America, Inc., Toyota Motor Sales U.S.A., Inc., and Toyota Motor Engineering & Manufacturing North America, Inc. (collectively "Toyota") have agreed to a proposed class action settlement ("Settlement"), the terms and conditions of which are set forth in an executed Settlement Agreement. The Court preliminary approved the Settlement on July 31, 2023. Dkt. No. 770.

The Parties have filed a Joint Stipulation for the Establishment of a Qualified Settlement Fund to pay for certain Settlement-related benefits and costs pursuant to the Settlement Agreement.

**THE COURT HEREBY ORDERS**:

1. The Court finds that the QSF is to be a "qualified settlement fund" as defined in Section 1.468B-1(c) of the Treasury Regulations in that it satisfies each of the following requirements:

   a. The QSF is to be established pursuant to an Order of this Court and is subject to the continuing jurisdiction of this Court;

   b. The QSF is to be established to resolve or satisfy one or more claims that have resulted or may result from an event that has occurred and that has given rise to at least one claim asserting liabilities; and

   c. The assets of the QSF are to be segregated from other assets of the Toyota Defendants, the transferor of the payment to the Settlement Funds, and controlled by an escrow agreement.

2. Under the "relation back" rule provided under Section 1.468B-1(j)(2)(i) of the Treasury Regulations, the Court finds that Toyota may elect to treat the QSF as coming into existence as a "qualified settlement fund" on the latter of the date the QSF meets the requirements of Paragraphs 1(b) and 1(c) of this Order or January 1 of the

calendar year in which all of the requirements of Paragraph 1(b) and 1(c) of this Order are met. If such a relation-back election is made, the assets held by the QSF on such date shall be treated as having been transferred to the QSF on that date.

3. The name of the QSF shall be "Toyota Airbag Control Unit Class Action Settlement QSF."

4. The Court approves Citi Private Bank as the Escrow Agent.

5. The Court approves Miller Kaplan Arase LLP as the Tax Administrator.

6. The QSF shall be funded no later than October 13, 2023. If this Court does not grant final approval of the Settlement, any funds remaining in the QSF revert to Toyota as set forth in the Settlement Agreement, and any such funds paid into the QSF and not returned to Toyota will be credited towards any eventual settlement that may be approved.

7. The Court retains continuing jurisdiction and supervision over the QSF.

**IT IS SO ORDERED**:

Date: _____   _____
HON. JOHN A. KRONSTADT
United States District Court