Roland Tellis (SBN 186269)
rtellis@baronbudd.com
**BARON & BUDD, P.C**.
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: 818.839.2333
Facsimile: 214.520.1181

David S. Stellings (*pro hac vice*)
dstellings@lchb.com
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: 212.355.9500
Facsimile: 212.355.9592

*Co-Lead Counsel for Plaintiffs*
(additional counsel listed below)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re ZF-TRW Airbag Control Units Products Liability Litigation*<br><br>ALL CASES | MDL No. 2905<br><br>Case No. 2:19-ml-02905-JAK-MRW<br><br>Judge: John A. Kronstadt<br><br>**STIPULATION REGARDING THE MITSUBISHI DEFENDANTS' DEADLINE TO RESPOND TO THE AMENDED CLASS ACTION COMPLAINT** |

This stipulation is entered into by (i) the above-captioned Plaintiffs; and (ii) Defendants Mitsubishi Motors Corporation and Mitsubishi Motors North America, Inc. (the "Mitsubishi Defendants") (collectively, the "Parties"), through their respective counsel.

1. On May 25, 2023, the Mitsubishi Defendants filed their motion to dismiss Plaintiffs' Amended Class Action Complaint ("ACAC").

2. On June 6, 2023 (*see* ECF 720), the Court entered the following deadlines regarding the Mitsubishi Defendants' motion to dismiss[1]:

   a. August 23, 2023: Deadline for any Oppositions.

   b. October 6, 2023: Deadline for any Replies.

3. Plaintiffs and the Mitsubishi Defendants have made further progress towards a class settlement and believe they are close to an agreement on all material terms, and therefore respectfully seek a further extension so the parties can complete their settlement discussions and review and approval processes.

4. **NOW THEREFORE**, in light of the Parties' significant progress towards a class settlement, the Parties agree that the Court should extend the remaining deadlines related to the Mitsubishi Defendants' motion to dismiss by sixty days. Under this proposal, the following briefing schedule would apply:

   a. October 23, 2023: Plaintiffs' Opposition Deadline.

   b. December 5, 2023: The Mitsubishi Defendants' Reply Deadline.

---

[1] In its June 6, 2023 Order, the Court also extended the Mitsubishi Defendants' deadline to file their motion to dismiss to June 23, 2023. However, the Mitsubishi Defendants filed their motion to dismiss on May 25, 2023, pursuant to the Court's March 22, 2023 Order (*see* ECF 678).

| | | |
|---|---|---|
| DATED: August 17, 2023 | | Respectfully submitted, |
| | | */s/ Roland Tellis* |
| | | BARON & BUDD, P.C. |
| | | Roland Tellis (SBN 186269) |
| | | rtellis@baronbudd.com |
| | | David Fernandes (SBN 280944) |
| | | dfernandes@baronbudd.com |
| | | Adam Tamburelli (SBN 301902) |
| | | atamburelli@baronbudd.com |
| | | Shannon Royster (SBN 314126) |
| | | sroyster@baronbudd.com |
| | | 15910 Ventura Boulevard, Suite 1600 |
| | | Encino, CA 91436 |
| | | Telephone: 818-839-2333 |
| | | Facsimile: 818-986-9698 |

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
David Stellings (pro hac vice)
dstellings@lchb.com
John T. Nicolaou (pro hac vice)
jnicolaou@lchb.com
Katherine McBride
kmcbride@lchb.com
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: 212.355.9500

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Elizabeth J. Cabraser (SBN 83151)
ecabraser@lchb.com
Nimish R. Desai (SBN 244953)
ndesai@lchb.com
Phong-Chau G. Nguyen (SBN 286789)
pgnguyen@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000

*Co-Lead Counsel for Plaintiffs*

3

**STIP. RE MITSUBISHI DEFENDANTS' MTN. TO DISMISS**

| | |
|---|---|
| 1 | |
| 2 | */s/ Douglas W. Robinson* |
| | PALMIERI, TYLER, WIENER, |
| 3 | WILHELM & WALDRON LLP |
| | Douglas W. Robinson (SBN 255909) |
| 4 | drobinson@ptwww.com |
| 5 | Erica M. Sorosky (SBN 251314) |
| | esorosky@ptwww.com |
| 6 | Christopher J. Green (SBN 295874) |
| | cgreen@ptwww.com |
| 7 | 1900 Main Street, Suite 700 |
| 8 | Irvine, CA 92614 |
| | Telephone: 949-851-9400 |
| 9 | Facsimile: 949-825-5401 |
| 10 | |
| 11 | *Counsel for Mitsubishi Motors Corporation and Mitsubishi Motors North America, Inc.* |

4

**STIP. RE MITSUBISHI DEFENDANTS' MTN. TO DISMISS**

## SIGNATURE OF CERTIFICATION

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content, and have authorized the filing.

DATED: August 17, 2023                  */s/ Roland Tellis*
                                        Roland Tellis

# CERTIFICATE OF SERVICE

I certify that on August 17, 2023, a copy of the foregoing **STIPULATION REGARDING THE MITSUBISHI DEFENDANTS' DEADLINE TO RESPOND TO THE AMENDED CLASS ACTION COMPLAINT** was served electronically through the Court's electronic filing system upon all Parties appearing on the Court's ECF service list.

DATED: August 17, 2023              */s/ Roland Tellis*
                                    Roland Tellis