Roland Tellis (SBN 186269)
rtellis@baronbudd.com
**BARON & BUDD, P.C**.
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Telephone: 818.839.2333

David S. Stellings (*pro hac vice*)
dstellings@lchb.com
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: 212.355.9500
Facsimile: 212.355.9592

*Co-Lead Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *In re ZF-TRW Airbag Control Units Products Liability Litigation*<br><br>ALL CASES | MDL No. 2905<br><br>Case No. 2:19-ml-02905-JAK-MRW<br><br>Judge: John A. Kronstadt<br><br>**AFFIDAVIT REQUESTING FOREIGN MAILING** |

- 1 -

I, the undersigned, Co-Lead Counsel for Plaintiffs, hereby request that the Clerk mail a copy of the following Court filings to STMicroelectronics S.r.l. by FedEx pursuant to the provisions of FRCP 4(f)(2)(C)(ii):

 a. Standing Orders for Civil Cases Assigned to Judge John A. Kronstadt;
 b. Transfer Order;
 c. Conditional Transfer Order (CTO-1);
 d. Conditional Transfer Order (CTO-2);
 e. Conditional Transfer Order (CTO-3);
 f. Order re: Preparation of Pleadings and Documents;
 g. Order re: Stipulated Protective Order Governing Confidential Treatment of Documents;
 h. Summons;
 i. *Adams* Notice of Multi District Litigation Transfer;
 j. the Amended Class Action Complaint filed in *Adams, et al. v. ZF Active Safety and Electronic US LLC, et al.*;
 k. Notice Regarding Consolidated Amended Class Action Complaint;
 l. Volume One of Consolidated Amended Class Action Complaint (Factual Allegations);
 m. Volume Two of Consolidated Amended Class Action Complaint (Nationwide Counts);
 n. Volume Three of Consolidated Amended Class Action Complaint (State Counts);
 o. Appendix Glossary to Consolidated Amended Class Action Complaint;
 p. Exhibits 1-21 to Consolidated Amended Class Action Complaint; and

Attached to this Affidavit is the Declaration of Roland Tellis in Support of Request for Service of Process by Clerk of Court Pursuant to Fed. R. Civ. P.4(f)(2)(C)(ii) and 4(h) and Proposed Order.

| | | |
|---|---|---|
| 1 | Dated: September 12, 2023 | */s/ Roland Tellis* |
| 2 | | BARON & BUDD, P.C. |
| | | Roland Tellis (SBN 186269) |
| 3 | | rtellis@baronbudd.com |
| 4 | | David Fernandes (SBN 280944) |
| | | dfernandes@baronbudd.com |
| 5 | | Adam Tamburelli (SBN 301902) |
| 6 | | atamburelli@baronbudd.com |
| | | Shannon Royster (SBN 314126) |
| 7 | | sroyster@baronbudd.com |
| 8 | | 15910 Ventura Boulevard, Suite 1600 |
| | | Encino, California 91436 |
| 9 | | Ph.: 818.839.2333 |

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
David Stellings (*pro hac vice*)
dstellings@lchb.com
John T. Nicolaou (*pro hac vice*)
jnicolaou@lchb.com
Katherine McBride
kmcbride@lchb.com
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Ph.: 212.355.9500

LIEFF CABRASER HEIMANN & BERNSTEIN LLP
Elizabeth J. Cabraser (SBN 83151)
ecabraser@lchb.com
Nimish R. Desai (SBN 244953)
ndesai@lchb.com
Phong-Chau G. Nguyen (SBN 286789)
pgnguyen@lchb.com
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Ph.: 415.956.1000

*Co-Lead Counsel for Plaintiffs*