Roland Tellis (SBN 186269)
rtellis@baronbudd.com
**BARON & BUDD, P.C**.
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Telephone: 818.839.2333

David S. Stellings (*pro hac vice*)
dstellings@lchb.com
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: 212.355.9500
Facsimile: 212.355.9592

*Co-Lead Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re: ZF-TRW Airbag Control Units Products Liability Litigation*<br><br>ALL CASES | MDL No. 2905<br><br>Case No. 2:19-ml-02905-JAK-MRW<br><br>Judge: John A. Kronstadt<br><br>**DECLARATION OF ROLAND TELLIS IN SUPPORT OF REQUEST FOR SERVICE OF PROCESS BY CLERK OF COURT PURSUANT TO FED. R. CIV. P. 4(f)(2)(C)(ii) and 4(h)** |

I, Roland Tellis, declare as follows:

1. I am a Partner in the Los Angeles office of Baron & Budd, P.C., and I am Co-Lead Counsel for Plaintiffs in the above-captioned matter. If called upon to testify as

1
DECLARATION OF ROLAND TELLIS IN SUPPORT OF FOREIGN MAILING

to the facts set forth herein, I could and would competently testify thereto because the facts set forth herein are personally known to me to be true.

2. On May 26, 2022, Plaintiffs filed their Consolidated Amended Class Action Complaint, which names various Defendants, including STMicroelectronics, S.r.l. ("ST Italy").

3. ST Italy is a foreign corporation based in Italy.

4. Fed. R. Civ. P. 4(h) permits a foreign corporation to be served, "in any manner prescribed by Rule 4(f)[.]"

5. Affirmative authorization for service by international mail is found in Fed. R. Civ. P. 4(f)(2)(C)(ii), which allows service abroad by mail, requiring a signed receipt, when such mail is addressed and mailed by the clerk of the federal district court in which the suit is filed.

6. Fed. R. Civ. P. 4(f)(2)(C)(ii) states, in pertinent part:

> (f) [S]ervice ... may be effected in a place not within any judicial district of the United States:
> * * *
>
> (2) if there is no internationally agreed means *or if an international agreement allows but does not specify other means, by a method that is reasonably calculated to give notice*:
> * * *
>
> (C) *unless prohibited by the law of the country*, by
> * * *
>
> (ii) *any form of mail requiring a signed receipt, to be addressed and dispatched by the clerk of the court to the party to be served* [.]

(Emphasis added).

7. Both the United States and Italy are signatories to the Convention on the Service Abroad of Judicial and Extrajudicial Documents (Hauge Convention).

8. The Hague Convention provides that the Convention "shall not interfere with . . . the freedom to send judicial documents, by postal channels, directly to persons abroad." Hague Convention, Article 10(a). This Circuit has held that the meaning of

"send" in Article 10(a) includes, "serve," such that service of judicial documents may be effected between member countries by postal channels. *Brockmeyer v. May*, 383 F.3d 798, 802 (9th Cir. 2004).

9. Italy does not object to Article 10(a) of the Hague Convention.[1]

10. I understand that Article 149 of the Italian Codice di Procedura Civile authorizes service by mail, which states: "*If this is not expressly prohibited by law, service may also be effected by means of the postal service*."

11. Based on the above, my understanding is that service of a complaint by mail is not prohibited by Italian law and ST Italy may be served via "mail that the clerk addresses and sends to [the Defendant] and that requires a signed receipt." Fed. R. Civ. P. 4(f)(2)(C)(ii).

12. Accordingly, Plaintiffs respectfully request the Clerk of Court to effect service by mailing a copy of the following documents to ST Italy, return receipt requested:

    a. Standing Orders for Civil Cases Assigned to Judge John A. Kronstadt;
    b. Transfer Order;
    c. Conditional Transfer Order (CTO-1);
    d. Conditional Transfer Order (CTO-2);
    e. Conditional Transfer Order (CTO-3);
    f. Order re: Preparation of Pleadings and Documents;
    g. Order re: Stipulated Protective Order Governing Confidential Treatment of Documents;
    h. Summons;
    i. *Adams* Notice of Multi District Litigation Transfer;
    j. the Amended Class Action Complaint filed in *Adams, et al. v. ZF Active Safety and Electronic US LLC, et al.*;
    k. Notice Regarding Consolidated Amended Class Action Complaint;

---

[1] https://www.hcch.net/en/states/authorities/details3/?aid=245#:~:text=Art.%2010(a)%3A-,No%20opposition%C2%A0,-Art.%2010(b, accessed Sept. 12, 2023.

l. Volume One of Consolidated Amended Class Action Complaint (Factual Allegations);

m. Volume Two of Consolidated Amended Class Action Complaint (Nationwide Counts);

n. Volume Three of Consolidated Amended Class Action Complaint (State Counts);

o. Appendix Glossary to Consolidated Amended Class Action Complaint; and

p. Exhibits 1-21 to Consolidated Amended Class Action Complaint.

13. Pursuant to L.R. 4-5, I will arrange for a copy of Plaintiffs' Request for Service of Process by the Clerk of Court to be delivered to the Clerk's Office, together with copies of the documents to be served, in a form proper for service, with a postage-paid envelope addressed to ST Italy, return receipt requested.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 12th day of September 2023 in Encino, California.

*/s/ Roland Tellis*
Roland Tellis