**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *In re ZF-TRW Airbag Control Units Products Liability Litigation*<br><br>ALL CASES | MDL No. 2905<br><br>Case No. 2:19-ml-02905-JAK-MRW<br><br>**[PROPOSED] ORDER DIRECTING THE CLERK OF THE COURT TO SERVE BY MAIL PURSUANT TO L.R. 4-5, FED R. CIV. P. 4(f)(2)(C)(ii), AND FED. R. CIV. P. 4(h)** |

- 1 -

The Court, having considered Plaintiffs' Request for Service of Process by Clerk of Court Pursuant to L.R. 4-5, Fed R. Civ. P. 4(f)(2)(C)(ii), and Fed. R. Civ. P. 4(h) and the Declaration of Roland Tellis filed in support, and good cause appearing, hereby directs Plaintiffs to arrange for a copy of their Request for Service of Process by the Clerk of Court to be delivered to the Clerk's Office, together with copies of the documents to be served, in a form proper for service, with a postage paid envelope addressed to STMicroelectronics, S.r.l., return receipt requested.

Upon receipt of Plaintiffs' documents, the Clerk of the Court is directed to serve by mail a copy of Plaintiffs' documents to STMicroelectronics, S.r.l., return receipt requested, pursuant to L.R. 4-5.

**IT IS SO ORDERED**

Dated:

Hon. John A. Kronstadt
United States District Judge