# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re ZF-TRW Airbag Control Units Products Liability Litigation* | MDL No. 2905 |
| | No. 2:19-ml-02905-JAK (MRWx) |
| | **ORDER RE REQUEST FOR SERVICE OF PROCESS BY CLERK OF COURT PURSUANT TO FED. R. CIV. P. 4(f)(2)(C)(ii) & 4(h) (DKT. 804)** |
| ALL CASES | |

Based on a review of the Request for Service of Process by Clerk of Court Pursuant to Fed. R. Civ. P. 4(f)(2)(C)(ii) & 4(h) (the "Request" (Dkt. 804)), sufficient good cause has been shown for the requested relief. Therefore, the Request is **GRANTED**, as follows:

Plaintiffs shall arrange for a copy of their Request for Service of Process by the Clerk of Court to be delivered to the Clerk's Office, together with copies of the documents to be served, in a form proper for service, with a postage paid envelope addressed to STMicroelectronics, S.r.l., return receipt requested.

Upon receipt of Plaintiffs' documents, the Clerk of the Court is directed to serve by mail a copy of Plaintiffs' documents to STMicroelectronics, S.r.l., return receipt requested, pursuant to L.R. 4-5.

**IT IS SO ORDERED.**

Dated:  September 12, 2023

_____
John A. Kronstadt
United States District Judge