**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re: ZF-TRW Airbag Control Units Products Liability Litigati ☒<br><br>PLAINTIFF(S)<br><br>v.<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:19-ml-02905-JAK-MRW<br><br>NOTICE OF SERVICE PURSUANT TO LOCAL RULE 4-5 |

NOTICE: On __09/12/2023__, the Clerk's Office received documents from __Michael Hernandez__ for service on __STMicroelectronics S.r.l.__ pursuant to Local Rule 4-5. These documents were:

☒ Deposited for Service by the undersigned Deputy Clerk :
   on __9/29/2023__
   using ☐ U.S. Postal Service ☒ FedEx ☐ DHL ☐ Other:
   as requested in Dkt # __804__
   to [*name and address*]: Via Camillo Olivetti 2
                               STMicroelectronics, Inc.
                               Dipartmento Legale
                               Agrate Brianza, 20864
                               IT

☐ Not deposited for Service, because [*check applicable boxes below*]:

   ☐ No Request for Service was filed (L.R. 4-5).
   ☐ The Request for Service, Dkt #: _____ did not comply with L.R. 4-5, in that:
      ☐ No authority for service was cited.
      ☐ The authority cited does not provide for service to be made by the Clerk.
      ☐ No declaration was provided.
   ☐ No addressed envelope was provided.
   ☐ Insufficient postage was provided.
   ☐ The address provided is within a country that has objected to the service of process by mail under the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters.

Dated: __9/29/2023__          By: __M. Zari (213) 894-3535__
                                                         Deputy Clerk

*NOTE: If the documents provided were not deposited for service, the Clerk's Office will retain the documents for 14 days. If the party requesting service does not arrange for the documents to be picked up within that time, the documents will be destroyed.*