Roland Tellis (SBN 186269)
rtellis@baronbudd.com
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: 818.839.2333

David S. Stellings (*pro hac vice*)
dstellings@lchb.com
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: 212.355.9500
Facsimile: 212.355.9592

*Co-Lead Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re ZF-TRW Airbag Control Units Products Liability Litigation* | MDL No. 2905 |
| | Case No. 2:19-ml-02905-JAK |
| | **JOINT NOTICE OF SETTLEMENT** |

In accordance with Local Rules 16-15.7 and 40-2, Plaintiffs Tiffany Ecklor, Gaylynn Sanchez, Michael Nearing, and John Sancomb (the "Mitsubishi Plaintiffs") and Defendants Mitsubishi Motors Corporation and Mitsubishi Motors North America, Inc. (the "Mitsubishi Defendants") submit this joint notice of settlement to inform the Court that they have reached an agreement in principle to resolve the Mitsubishi Plaintiffs' claims against the Mitsubishi Defendants on a class-wide basis, subject to execution of a formal settlement agreement and approval of the Court.

The Mitsubishi Plaintiffs and the Mitsubishi Defendants jointly request that the Court stay the deadlines related to Mitsubishi Defendants' motion to dismiss (ECF No. 788), and vacate the hearing currently scheduled for November 16, 2023 (ECF No. 826) as to the Mitsubishi Defendants' motion to dismiss only. The parties anticipate filing a motion for preliminary approval within the next 90 days.

Respectfully submitted,

DATED: October 20, 2023         BARON & BUDD, P.C.

*/s/ Roland Tellis*
Roland Tellis (SBN 186269)
David B. Fernandes, Jr. (SBN 280944)
Adam M. Tamburelli (SBN 301902)
Shannon E. Royster (SBN 314126)
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Telephone: (818) 839-2333
rtellis@baronbudd.com
dfernandes@baronbudd.com
atamburelli@baronbudd.com
sroyster@baronbudd.com

| | |
|---|---|
| 1 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| 2 | David Stellings (*pro hac vice*) |
| 3 | dstellings@lchb.com |
| 4 | John T. Nicolaou (*pro hac vice*) |
| | jnicolaou@lchb.com |
| 5 | Katherine McBride (*pro hac vice*) |
| 6 | kmcbride@lchb.com |
| 7 | 250 Hudson Street, 8th Floor |
| | New York, New York 10013-1413 |
| 8 | Telephone: 212.355.9500 |
| 9 | LIEFF CABRASER HEIMANN & |
| 10 | BERNSTEIN, LLP |
| 11 | Elizabeth J. Cabraser (SBN 83151) |
| | ecabraser@lchb.com |
| 12 | Nimish R. Desai (SBN 244953) |
| 13 | ndesai@lchb.com |
| | Phong-Chau G. Nguyen (SBN 286789) |
| 14 | pgnguyen@lchb.com |
| 15 | 275 Battery Street, 29th Floor |
| | San Francisco, CA 94111-3339 |
| 16 | Telephone: 415.956.1000 |
| 17 | *Co-Lead Counsel for Plaintiffs* |
| 18 | |
| 19 | */s/ Douglas W. Robinson* |
| 20 | Douglas W. Robinson, Bar No. 255909 |
| | drobinson@ptwww.com |
| 21 | Christopher J. Green, Bar No. 295874 |
| 22 | cgreen@ptwww.com |
| | PALMIERI, TYLER, WIENER, |
| 23 | WILHELM & WALDRON LLP |
| 24 | 1900 Main Street, Suite 700 |
| | Irvine, CA 92614-7328 |
| 25 | |
| 26 | *Counsel for Mitsubishi Motors Corporation and Mitsubishi Motors* |
| 27 | *North America, Inc.* |
| 28 | |

## **SIGNATURE ATTESTATION**

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content, and have authorized the filing.

DATED: October 20, 2023          */s/ Roland Tellis*
                                 Roland Tellis

# **CERTIFICATE OF SERVICE**

I certify that on October 20, 2023, a copy of the foregoing **JOINT NOTICE OF SETTLEMENT** was served electronically through the Court's electronic filing system upon all Parties appearing on the Court's ECF service list.

DATED: October 20, 2023    */s/ Roland Tellis*
                           Roland Tellis