Thomas F.A. Hetherington*
tom.hetherington@mhllp.com
Kendall J. Burr*
kendall.burr@mhllp.com
Robert P. Debelak III*
bobby.debelak@mhllp.com
McDOWELL HETHERINGTON LLP
1001 Fannin Street, Ste. 2400
Houston, TX 77002
Telephone: 713.337.5580
Facsimile:  713.337.8850

*Admitted Pro Hac Vice

(All Counsel Listed Below)

Attorneys for Defendant,
STMicroelectronics, S.r.l.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re: ZF-TRW Airbag Control Units Products Liability Litigation*<br><br>ALL CASES | **MDL No. 2905**<br><br>**Case No. 2:19-ml-02905-JAK-MRW**<br><br>**John A. Kronstadt (U.S.D.J.)**<br>**Michael R. Wilner (U.S.M.J.)**<br><br>**JOINT STIPULATION REGARDING BRIEFING SCHEDULE; [PROPOSED] ORDER SUBMITTED HEREWITH** |

Plaintiffs and Defendant STMicroelectronics, S.r.l. ("ST Italy"), through their respective counsel, have agreed to the following Stipulation:

1. Plaintiffs and ST Italy stipulate and agree to the following briefing schedule:

   a. January 8, 2024: Deadline to file Motion to Dismiss

   b. April 8, 2024: Deadline to file Opposition

   c. May 8, 2024: Deadline to file Reply

2. ST Italy and Plaintiffs agree the following page limits shall apply to these briefs:

   a. 30 pages for ST Italy's brief in support of its Motion to Dismiss;

b. 30 pages for Plaintiffs' brief opposing ST Italy's Motion to Dismiss; and

c. 15 pages for ST Italy's reply brief in support of its Motion to Dismiss.

3. ST Italy reserves the right to challenge service of process, but agrees not to argue that the name of the addressee company on the package it received is a basis for challenging service of process.

4. Plaintiffs and ST Italy will hold a Rule 26(f) conference on or before January 11, 2024.

5. The parties agree that this Stipulation, as well as its entry and negotiation, is not (and will not be argued to be), a jurisdictional tie to the United States or to the Central District of California. ST Italy further reserves the right to challenge the timing and method of service.

Dated: October 24, 2023

Respectfully submitted,

By: */s/ Robert P. Debelak III*
Thomas F.A. Hetherington*
tom.hetherington@mhllp.com
Kendall J. Burr*
kendall.burr@mhllp.com
Robert P. Debelak III*
bobby.debelak@mhllp.com
McDOWELL HETHERINGTON LLP
1001 Fannin Street, Ste 2400
Houston, TX 77002
Telephone: 713.337.5580
Facsimile:  713.337.8850

Jodi K. Swick
jodi.swick@mhllp.com
McDOWELL HETHERINGTON LLP
1999 Harrison Street, Ste. 2050
Oakland, CA 94612
Telephone: 510.628.2145
Facsimile:  510.628.2146

Colleen T. Flaherty
colleen.flaherty@mhllp.com

McDOWELL HETHERINGTON LLP
1055 E. Colorado Blvd., Ste. 500
Pasadena, CA 91106
Telephone: 213.631.4059
Facsimile:  510.628.2146

Emily K. Felix*
emily.felix@mhllp.com
McDOWELL HETHERINGTON LLP
1000 Ballpark Way, Ste. 209
Arlington, TX 76011
Telephone: 817.635.7300
Facsimile:  817.635.7308

*Admitted Pro Hac Vice*

*Attorneys for Defendant
STMicroelectronics, S.r.l.*

*/s/ David Stellings (with permission)*

LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
David Stellings (pro hac vice)
dstellings@lchb.com
John T. Nicolaou (pro hac vice)
jnicolaou@lchb.com
Katherine McBride
kmcbride@lchb.com
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: 212.355.9500

LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
Elizabeth J. Cabraser (SBN 83151)
ecabraser@lchb.com
Nimish R. Desai (SBN 244953)
ndesai@lchb.com
Phong-Chau G. Nguyen (SBN 286789)
pgnguyen@lchb.com
275 Battery Street, 29th Floor

1
2

San Francisco, CA 94111-3339
Telephone: 415.956.1000

3
4
5
6
7
8
9
10
11

BARON & BUDD, P.C.
Roland Tellis (SBN 186269)
rtellis@baronbudd.com
David Fernandes (SBN 280944)
dfernandes@baronbudd.com
Adam Tamburelli (SBN 301902)
atamburelli@baronbudd.com
Shannon Royster (SBN 314126)
sroyster@baronbudd.com 15910
Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: 818-839-2333
Facsimile: 818-986-9698

12

*Co-Lead Counsel for Plaintiffs*

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

## **SIGNATURE OF CERTIFICATION**

2

      Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed,

3

and on whose behalf the filing is submitted, concur in the filing's content, and have

4

authorized the filing.

5

      Dated: October 24, 2023

6

                                 By: */s/ Robert P. Debelak III*

7

                                       Robert P. Debelak III*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I certify that on October 24, 2023, a copy of the foregoing was served electronically through the Court's electronic filing system upon all parties appearing on the Court's ECF service list.

Dated: October 24, 2023

By: */s/ Robert P. Debelak III*
Robert P. Debelak III

*Attorney for Defendant*
*STMicroelectronics, S.r.l.*