UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re: ZF-TRW Airbag Control Units Products Liability Litigation*<br><br>ALL CASES | MDL No. 2905<br><br>Case No. 2:19-ml-02905-JAK-MRW<br><br>John A. Kronstadt (U.S.D.J.)<br><br>**[PROPOSED] ORDER RE JOINT STIPULATION REGARDING BRIEFING SCHEDULE** |

Based on a review of the Stipulation Regarding Briefing Schedule entered into by Plaintiffs and Defendant STMicroelectronics, S.r.l. ("ST Italy"), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED.**

The following deadlines and page limits shall apply to a motion to dismiss the Amended Class Action Complaint filed by the ST Italy Defendant:

  a. January 8, 2024: ST Italy's Deadline to file Motion to Dismiss, not to exceed 30 pages in length

  b. April 8, 2024: Plaintiffs' Deadline to file Opposition, not to exceed 30 pages in length

  c. May 8, 2024: ST Italy Deadline to file Reply, not to exceed 15 pages in length.

ST Italy and Plaintiffs shall hold a Rule 26(f) conference by no later than January 11, 2024.

IT IS SO ORDERED this _____ day of _____, 2023

_____
Honorable John A. Kronstadt
United States District Judge