1
2
3
4
5
6
7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

| *In re: ZF-TRW Airbag Control Units Products Liability Litigation*<br><br>ALL CASES | No. 2:19-ml-02905-JAK (MRWx)<br><br>**ORDER RE JOINT STIPULATION REGARDING BRIEFING SCHEDULE (DKT. 830)** |
|---|---|

1

1     Based on a review of the Joint Stipulation Regarding Briefing Schedule (the "Stipulation" (Dkt. 830)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**.

    The following deadlines and page limits shall apply to a motion to dismiss the Amended Class Action Complaint filed by STMicroelectronics, S.r.l. ("ST Italy"):

    a. January 8, 2024: ST Italy's Deadline to file Motion to Dismiss, not to exceed 30 pages in length

    b. April 8, 2024: Plaintiffs' Deadline to file Opposition, not to exceed 30 pages in length

    c. May 8, 2024: ST Italy Deadline to file Reply, not to exceed 15 pages in length.

    d. May 20, 2024: Hearing on Motion to Dismiss by ST Italy.

    ST Italy and Plaintiffs shall hold a Rule 26(f) conference by no later than January 11, 2024.

**IT IS SO ORDERED.**

Dated:   10/31/2023

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

2