UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA ML19-2905 JAK (PLAx) | Date | November 16, 2023 |
|---|---|---|---|
| Title | In Re: ZF-TRW Airbag Control Units Products Liability Litigation | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| T. Jackson-Terrell | April Lassiter-Benson |
| Deputy Clerk | Court Reporter / Recorder |

Liaison Present for Plaintiffs:

David Stellings
Ronald Tellis

David Fernandes, Jr. (video)
John Nicolaou
Adam Tamburelli
John Hurt

Settlement Special Master:
Patrick Juneau (video)

Liaison Present for Defendants:

Jason Wilcox
Matthew Regan

Stephen D'Aunoy (video)
Jacqueline Seidel
Alexander Calfo
John Hooper
Kendall Burr
Robert Debelak III
Eric Mattson (video)

**Proceedings:** **DEFENDANT STMICROELECTRONICS SDN BHD'S MOTION TO DISMISS THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT (DKT. 715)**

**PLAINTFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL EVIDENCE RELATING TO THE COURT'S JURISDICTION OVER DEFENDANT ZF FRIEDRICHSHAFEN AG (DKT. 811)**

**TOYOTA PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT, AND AWARD OF ATTORNEYS' FEE, EXPENSES, AND SERVICE AWARDS TO SETTLEMENT CLASS REPRESENTATIVES (DKT. 815)**

The motion hearing is held. Recording or re-broadcasting of the proceedings is strictly prohibited. The Court hears argument on Defendant STMicroelectronics SDN BHD's Motion to Dismiss the Consolidated Amended Class Action Complaint (Dkt. 715) and states its tentative view that it is inclined to grant the Toyota Plaintiffs' Motion for Final Approval of Class Settlement, and Award of Attorneys' Fees, Expenses, and Service Awards to Settlement Class Representatives (Dkt. 815) (collectively, the "Motions"). Counsel address the Court. The Court takes the Motions **UNDER SUBMISSION** and a ruling will be issued.

The Court also states its tentative view that it is inclined to grant Plaintiff's Motion for Leave to File Supplemental Evidence Relating to the Court's Jurisdiction Over Defendant ZF Friedrichshafen AG (Dkt. 811). The Court adheres to its tentative views and orders the Motion **GRANTED**. On or before

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA ML19-2905 JAK (PLAx) | Date | November 16, 2023 |
| Title | In Re: ZF-TRW Airbag Control Units Products Liability Litigation | | |

December 13, 2023, the ZF Defendants shall file supplemental evidence that is responsive to Plaintiffs' supplemental evidence as well as an evidentiary objections. On or before December 18, 2023, Plaintiffs shall file any evidentiary objections to Defendants' proffered supplemental evidence. A separate and more detailed Order will be issued.

**IT IS SO ORDERED.**

                                                                                      00  :  54
                                                            Initials of Preparer   TJ