

Molly C. Dwyer
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

**FILED**

JAN 5 2024



MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## DOCKETING NOTICE

| | |
|---|---|
| Docket Number: | 24-76 |
| Originating Case Number: | 2:19-ml-02905-JAK-MRW |
| Short Title: | Altier, et al. v. Toyota Motor North America, Inc, et al. |

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**Failure of the appellant to comply with the time schedule order may result in dismissal of the appeal.**

**Please read the enclosed materials carefully.**



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# TIME SCHEDULE ORDER

Docket Number: 24-76
Originating Case Number: 2:19-ml-02905-JAK-MRW

Case Title: Altier, et al. v. Toyota Motor North America, Inc, et al.

**Wednesday, January 10, 2024**
John Kress — Mediation Questionnaire due
Diane Haase — Mediation Questionnaire due

**Thursday, January 11, 2024**
John Kress — Appeal Transcript Order Due
Diane Haase — Appeal Transcript Order Due

**Monday, February 12, 2024**
John Kress — Appeal Transcript Due
Diane Haase — Appeal Transcript Due

**Thursday, March 21, 2024**
John Kress — Appeal Opening Brief Due
Diane Haase — Appeal Opening Brief Due

**Monday, April 22, 2024**
Mark Altier — Appeal Answering Brief Due
Alejandra Renteria — Appeal Answering Brief Due
Samuel Choc — Appeal Answering Brief Due
Tatiana Gales — Appeal Answering Brief Due

| | |
|---|---|
| Gary Samouris | Appeal Answering Brief Due |
| Michael Hines | Appeal Answering Brief Due |
| Brent DeRouen | Appeal Answering Brief Due |
| Danny Hunt | Appeal Answering Brief Due |
| Evan Green | Appeal Answering Brief Due |
| Joy Davis | Appeal Answering Brief Due |
| Dee Roberts | Appeal Answering Brief Due |
| Toyota Motor North America, Inc | Appeal Answering Brief Due |
| Toyota Motor Sales, USA | Appeal Answering Brief Due |
| Toyota Motor Engineering and Manufacturing North America, Inc | Appeal Answering Brief Due |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.2. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**