UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re ZF-TRW Airbag Control Units Products Liability Litigation*<br><br>ALL CASES | MDL No. 2905<br><br>Case No. 2:19-ml-02905-JAK-MRW<br><br>**DECLARATION OF KATHERINE MCBRIDE IN SUPPORT OF PLAINTIFFS' MOTION FOR REVIEW OF OBJECTIONS TO JUDGE WILNER'S DECISION ON PLAINTIFFS' MOTION TO COMPEL** |

I, KATHERINE MCBRIDE, declare as follows:

1. I am an attorney admitted *pro hac vice* to appear in this Court and one of the counsel for the Plaintiffs in connection with the above-captioned matter.

2. I have personal knowledge of the facts set forth herein, and if called upon to testify, I could and would testify competently thereto.

3. For the four documents at issue in Plaintiffs' objection to Judge Wilner's Decision on Plaintiffs' Motion to Compel (the "Four Drafts" Log IDs 387, 581, 592, 602) and their parent emails, ZF's privilege log contains the following information:

| ID | Date | From | To | CC | Description | Type |
|---|---|---|---|---|---|---|
| 386 | 3/8/18 | Marc Bolitho | Christophe Marnat; Franz Kleiner; Peter Lake | Luke VanDongen; Manny Goodman; Natalia Medley*; Nicole Lough*; Sarah Kirkwood* | Email containing attorney-client communications re: ongoing NHTSA investigation. | MSG |

| ID | Date | From | To | CC | Description | Type |
|---|---|---|---|---|---|---|
| 387 | 3/8/18 | | | | Presentation reflecting information prepared as part of the ZF PPAC process, as initiated and overseen by the ZF legal department* (including Sarah Kirkwood* and Erica Keller*), re: ST Octal investigation and associated legal analysis. | PPTX |
| 580 | 9/22/16 | Marc Bolitho | Franz Kleiner; Mark Stewart; Peter Lake | Sarah Kirkwood*; Luke VanDongen; Jared Jacobs; Erica Keller*; Manny Goodman; Jeff Cooper*; Natalia Medley*; Ezio Fossat; Greg Heyboer | Email containing attorney-client communications re: ongoing NHTSA investigation. | MSG |
| 581 | 9/22/16 | | | | Document reflecting attorney work product of ZF legal department (including Sarah Kirkwood*, Erica Keller*, Jeff Cooper*, and Natalia Medley*) re: ongoing NHTSA investigation and FCA recall. | DOCX |
| 591 | 1/11/16 | Erica Keller* | Franz Kleiner | Sarah Kirkwood*; Luke VanDongen; Ken Kaiser; Sheri Roberts; Marc Bolitho; Manny Goodman | Email containing attorney-client communications re: NHTSA investigation into non-deployments in vehicles containing ZF ACUs with DS84 ASICs. | MSG |
| 592 | 1/11/16 | Manny Goodman | | | Presentation reflecting information prepared as part of the ZF PPAC | PPTX |

DECLARATION OF KATHERINE MCBRIDE ISO PLAINTIFFS' OBJECTIONS TO JUDGE WILNER'S DECISION ON PLAINTIFFS' MOTION TO COMPEL

| ID | Date | From | To | CC | Description | Type |
|---|---|---|---|---|---|---|
| | | | | | process, as initiated and overseen by the ZF legal department* (including Jeff Cooper* and Sarah Kirkwood*), re: ST Octal investigation. | |
| 601 | 1/28/16 | Erica Keller* | Franz Kleiner; Mark Stewart; Peter Lake | Sarah Kirkwood*; Luke VanDongen; Ken Kaiser; Bob Evans; Sheri Roberts; Jeff Cooper*; Marc Bolitho; Manny Goodman | Email containing attorney-client communications re: ST Octal investigation. | MSG |
| 602 | 1/28/16 | Manny Goodman | | | Presentation reflecting information prepared as part of the ZF PPAC process, as initiated and overseen by the ZF legal department* (including Jeff Cooper* and Sarah Kirkwood*), re: ST Octal investigation. | PPTX |

4. **Exhibit 1** to this Declaration is a true and correct copy of a chronology filed by Kia Motors America in connection with its 2018 recall of some, but not all, of the Kia Class Vehicles. I retrieved this document from NHTSA's public docket for the recall. Excerpts of this document were previously submitted as Exhibit 4 with the joint stipulation submitted to Judge Wilner.

5. **Exhibit 2** to this Declaration is a true and correct copy of a document produced by ZF Defendants with control number ZF-MDL-0000001310, after highlighting and excerpting. Excerpts of this document were previously submitted as Exhibit 1 with the joint stipulation submitted to Judge Wilner.

1    6.    **Exhibit 3** to this Declaration is a true and correct copy of a ZF's most recently amended responses to Plaintiffs' First Set of Interrogatories, after highlighting and excerpting. Excerpts of this document were previously submitted as Exhibit 30 with the joint stipulation submitted to Judge Wilner.

    7.    **Exhibit 4** to this Declaration is a true and correct copy of a document produced by ZF Defendants with control number ZF-MDL-0002263883, after highlighting and excerpting. ZF's metadata identifies its former employee Edward Wampuszyc as the custodian for this document. Excerpts of this document were previously submitted as Exhibit 5 with the joint stipulation submitted to Judge Wilner.

    8.    **Exhibit 5** to this Declaration is a true and correct copy of a document produced by ZF Defendants with control number ZF-MDL-0000985681, after highlighting and excerpting. ZF's metadata identifies its employees Manny Goodman and Chris Roberts as individual custodians. Excerpts of this document were previously submitted as Exhibit 6 with the joint stipulation submitted to Judge Wilner.

    9.    **Exhibit 6** to this Declaration is a true and correct copy of a document produced by ZF Defendants with control number ZF-MDL-0000015574, after highlighting and excerpting. ZF's metadata identifies its employee Chris Roberts as custodian. Excerpts of this document were previously submitted as Exhibit 7 with the joint stipulation submitted to Judge Wilner.

    10.    **Exhibit 7** to this Declaration is a true and correct copy of a document produced by ZF Defendants with control number ZF-MDL-0000015640, after highlighting and excerpting. Excerpts of this document were previously submitted as Exhibit 13 with the joint stipulation submitted to Judge Wilner.

    11.    **Exhibit 8** to this Declaration is a true and correct copy of a document produced by ZF Defendants with control number ZF-MDL-0000012178, after highlighting and excerpting. ZF's metadata identifies its employees Manny

Goodman and Chris Roberts as individual custodians, and its Farmington Hill Server as a noncustodial system that housed the document. Excerpts of this document were previously submitted as Exhibit 8 with the joint stipulation submitted to Judge Wilner.

12. **Exhibit 9** to this Declaration is a true and correct copy of a document produced by ZF Defendants with control number ZF-MDL-0000013904, after highlighting and excerpting. ZF's metadata identifies its employee Manny Goodman as custodian for the document. Excerpts of this document were previously submitted as Exhibit 9 with the joint stipulation submitted to Judge Wilner.

13. **Exhibit 10** to this Declaration is a true and correct copy of a document produced by ZF Defendants with control number ZF-MDL-0000015595, after highlighting and excerpting. ZF's metadata identifies its employee Chris Roberts as a custodian for the document. Excerpts of this document were previously submitted as Exhibit 10 with the joint stipulation submitted to Judge Wilner.

14. **Exhibit 11** to this Declaration is a true and correct copy of a document produced by Hyundai Motor Co., Ltd. with control number HMC_00007563, after highlighting and excerpting. Excerpts of this document were previously submitted as Exhibit 14 with the joint stipulation submitted to Judge Wilner.

15. **Exhibit 12** to this Declaration is a true and correct copy of a document produced by ZF Defendants with control number ZF-MDL-0000262499, after highlighting and excerpting. Excerpts of this document were previously submitted as Exhibit 16 with the joint stipulation submitted to Judge Wilner.

16. **Exhibit 13** to this Declaration is a true and correct copy of a document produced by ZF Defendants with control number ZF-MDL-0000012844, after highlighting and excerpting. ZF's metadata identifies its employee Manny Goodman as a custodian for the document. Excerpts of this document were previously submitted as Exhibit 17 with the joint stipulation submitted to Judge Wilner.

17. **Exhibit 14** to this Declaration is a true and correct copy of a document produced by ZF Defendants with control number ZF-MDL-0000012862, after highlighting and excerpting. ZF's metadata identifies its employee Manny Goodman as a custodian for the document. Excerpts of this document were previously submitted as Exhibit 18 with the joint stipulation submitted to Judge Wilner.

18. **Exhibit 15** to this Declaration is a true and correct copy of a document produced by ZF Defendants with control number ZF-MDL-0000995421, after highlighting and excerpting. ZF's metadata identifies its VIN system as a noncustodial system that housed the document. Excerpts of this document were previously submitted as Exhibit 19 with the joint stipulation submitted to Judge Wilner.

19. **Exhibit 16** to this Declaration is a true and correct copy of a document produced by FCA US LLC with control number FCA_ZF_ACU_MDL-627113, after highlighting and excerpting. Excerpts of this document were previously submitted as Exhibit 20 with the joint stipulation submitted to Judge Wilner.

20. **Exhibit 17** to this Declaration is a true and correct copy of a document produced by ZF Defendants with control number ZF-MDL-0000012875, after highlighting and excerpting. ZF's metadata identifies its employee Manny Goodman as a custodian for the document. Excerpts of this document were previously submitted as Exhibit 21 with the joint stipulation submitted to Judge Wilner.

21. **Exhibit 18** to this Declaration is a true and correct copy of a document produced by ZF Defendants with control number ZF-MDL-0000017094, after highlighting and excerpting. ZF's metadata identifies its employee Chris Roberts as a custodian for the document. Excerpts of this document were previously submitted as Exhibit 22 with the joint stipulation submitted to Judge Wilner.

1    22.    **Exhibit 19** to this Declaration is a true and correct copy of a document
2 produced by ZF Defendants with control number ZF-MDL-0001033709, after
3 highlighting and excerpting. Excerpts of this document were previously submitted
4 as Exhibit 24 with the joint stipulation submitted to Judge Wilner.

5    23.    **Exhibit 20** to this Declaration is a true and correct copy of a document
6 produced by ZF Defendants with control number ZF-MDL-0000014857, after
7 highlighting and excerpting. ZF's metadata identifies its employee Manny
8 Goodman as a custodian for the document. Excerpts of this document were
9 previously submitted as Exhibit 23 with the joint stipulation submitted to Judge
10 Wilner.

11    24.    **Exhibit 21** to this Declaration is a true and correct copy of a document
12 produced by ZF Defendants with control number ZF-MDL-0001938850, after
13 highlighting and excerpting. ZF's metadata identifies its employee George Backos
14 as a custodian for the document. Excerpts of this document were previously
15 submitted as Exhibit 26 with the joint stipulation submitted to Judge Wilner.

16    25.    **Exhibit 22** to this Declaration is a true and correct copy of a document
17 produced by ZF Defendants with control number ZF-MDL-0000013703, after
18 highlighting and excerpting. ZF's metadata identifies its employee Manny
19 Goodman as a custodian for the document. Excerpts of this document were
20 previously submitted as Exhibit 27 with the joint stipulation submitted to Judge
21 Wilner.

22    26.    **Exhibit 23** to this Declaration is a true and correct copy of a document
23 produced by ZF Defendants with control number ZF-MDL-0000515561, after
24 highlighting and excerpting. ZF's metadata identifies its former CEO John Plant as
25 a custodian for the document. Excerpts of this document were previously submitted
26 as Exhibit 28 with the joint stipulation submitted to Judge Wilner.

27    27.    **Exhibit 24** to this Declaration is a true and correct copy of a document
28 produced by ZF Defendants with control number ZF-MDL-0000995430, after

DECLARATION OF KATHERINE MCBRIDE ISO
PLAINTIFFS' OBJECTIONS TO JUDGE WILNER'S
DECISION ON PLAINTIFFS' MOTION TO COMPEL

highlighting and excerpting. ZF's metadata identifies its VIN system as a noncustodial system that housed the document. Excerpts of this document were previously submitted as Exhibit 29 with the joint stipulation submitted to Judge Wilner.

28. **Exhibit 25** to this Declaration is a true and correct copy of a document produced by ZF Defendants with control number ZF-MDL-0002286117, after highlighting and excerpting. ZF's metadata identifies its employee George Backos as a custodian for the document. Excerpts of this document were previously submitted as Exhibit 25 with the joint stipulation submitted to Judge Wilner.

29. **Exhibit 26** to this Declaration is a true and correct copy of a document produced by ZF Defendants with control number ZF-MDL-0000000138, after highlighting and excerpting. Excerpts of this document were previously submitted as Exhibit 2 with the joint stipulation submitted to Judge Wilner.

30. **Exhibit 27** to this Declaration is a true and correct copy of a document produced by ZF Defendants with control number ZF-MDL-0000000148, after highlighting and excerpting. Excerpts of this document were previously submitted as Exhibit 3 with the joint stipulation submitted to Judge Wilner.

31. **Exhibit 28** to this Declaration is a true and correct copy of a document produced by ZF Defendants with control number ZF-MDL-0000544475, after highlighting and excerpting. ZF's metadata identifies its employee George Backos as a custodian for the document. Excerpts of this document were previously submitted as Exhibit 44 with the joint stipulation submitted to Judge Wilner.

32. **Exhibit 29** to this Declaration is a true and correct copy of a document produced by ZF Defendants with control number ZF-MDL-0000343183, after highlighting and excerpting. Excerpts of this document were previously submitted as Exhibit 45 with the joint stipulation submitted to Judge Wilner.

33. **Exhibit 30** to this Declaration is a true and correct copy of a document produced by ZF Defendants with control number ZF-MDL-0000013789, after

1  highlighting and excerpting. ZF's metadata identifies its employee Manny
2  Goodman as a custodian for the document. Excerpts of this document were
3  previously submitted as Exhibit 46 with the joint stipulation submitted to Judge
4  Wilner.

5      34.  **Exhibit 31** to this Declaration is a true and correct copy of a document
6  produced by Toyota Defendants with control number TOY-TRW-MDL_00057995,
7  after highlighting and excerpting. Excerpts of this document were previously
8  submitted as Exhibit 43 with the joint stipulation submitted to Judge Wilner.

9      35.  **Exhibit 32** to this Declaration is a true and correct copy of a document
10 produced by Toyota Defendants with control number TOY-TRW-MDL_00057985,
11 after highlighting and excerpting. Excerpts of this document were previously
12 submitted as Exhibit 42 with the joint stipulation submitted to Judge Wilner.

13     36.  **Exhibit 33** to this Declaration is a true and correct copy of a document
14 produced by ZF Defendants with control number ZF-MDL-0002838894, after
15 highlighting and excerpting.

16     37.  **Exhibit 34** to this Declaration is a true and correct copy of a document
17 FCA_ZF_ACU_MDL-093984 produced by FCA with control number, after
18 highlighting and excerpting.

19     38.  **Exhibit 35** to this Declaration is a true and correct copy of a document
20 produced by Hyundai Motor Co., Ltd. with control number HMC_00010547, after
21 highlighting and excerpting. Excerpts of this document were previously submitted
22 as Exhibit 12 with the joint stipulation submitted to Judge Wilner.

23     39.  **Exhibit 36** to this Declaration is a true and correct copy of a document
24 produced by ZF Defendants with control number ZF-MDL-0001297377, after
25 highlighting and excerpting. ZF's metadata identifies its former employee Edward
26 Wampuszyc as a custodian for this document. Excerpts of this document were
27 previously submitted as Exhibit 11 with the joint stipulation submitted to Judge
28 Wilner.

40. **Exhibit 37** to this Declaration is a true and correct copy of a document produced by ZF Defendants with control number ZF-MDL-0000985274, after highlighting and excerpting. Excerpts of this document were previously submitted as Exhibit 15 with the joint stipulation submitted to Judge Wilner.

41. I highlighted Exhibits 1 through 37 to aid the Court's review of these documents.

I declare under penalty of perjury of the laws of New York and the United States that the foregoing is true and correct. This declaration was executed in New York, New York on August 23, 2024.

*Katherine McBride*
Katherine I. McBride