# EXHIBIT 4

# TDC Vehicle Field Return AEN6299





**08 Sep 2010**

© TRW Automotive Holdings Corp. 2009

# Background

- **ACU module was sent to TRW, Farmington Hills for analysis based upon vehicle report that airbags did not deploy during vehicle accident.**



- **Full report (some photos):** 
Accident Reprot-Weihai

# Conclusion

- **Per analysis of data contained within the returned ACU, the ACU did not see a sufficient frontal acceleration signal to command the deployment of the frontal airbag/pretensioner squibs, nor trigger EDR.**
- **Inspection of the vehicle photos shows little damage to the frame structure of the vehicle in the frontal direction.**
- **Lateral position of vehicle frame rails shows significant, lateral acceleration imparted to the vehicle.**



**Photo 1: Side impact here cannot be expected to deploy frontal airbags/pretensioners.**



**Photo 2: Front frame rails show significant lateral displacement, but little rearward displacement.**

# Conclusion cont'd

- **Photos below also show frontal rails and engine block are not significantly displaced in the rearward direction, indicating little acceleration in the frontal direction.**




# Analysis of ACU

- **EEPROM data could not be retrieved from the ACU since communication on the CAN bus could not be maintained by the ACU's microcontroller.**

- **The ACU's microcontroller was unable to communicate with the service tool via CAN bus because the reset pin on the microcontroller was forced to a low logic state (<2.5V) by its connection to the reset pin on the damaged squib ASIC.**

- **After module function was restored, the following module data was retrieved.**

  - P/N: 95910-1X000
  - Coding Code: 1X01
  - S/N: 23297359
  - Calibration ID: TDCH3V01

# Analysis of ACU

- **Module did not contain EDR data.**



**1- Why is there no EDR data?**
There is no EDR data because EDR was not triggered.

**2- How is EDR triggered?**
EDR is triggered by either:

- An attempt by the ACU to deploy first stage front or side airbags (SPS_16508), or

- Time Zero threshold is crossed first, then the Trigger threshold is crossed at least once (SPS_16510), or

- An attempt by the ACU to deploy pretensioners (if applicable).

**Time Zero** is defined as the first point in the interval where a longitudinal, cumulative delta-V of over 0.8 km/h (0.5 mph) is reached within a 20 ms time period; or the first point in the interval where a lateral, cumulative delta-V of over 0.8 km/h (0.5 mph) is reached within a 5 ms time period. (SPS_16470)

**Trigger threshold** is defined as a change in vehicle velocity, in the longitudinal direction, that equals or exceeds 8 km/h within a 150 ms interval. For vehicles that record "delta-V, lateral," trigger threshold means a change in vehicle velocity, in either the longitudinal or lateral direction that equals or exceeds 8 km/h within a 150 ms interval. (SPS_16497)

**3- How big acceleration signal can trigger EDR and deployment?**
Acceleration triggers EDR through an attempt to deploy certain airbags or when a windowed sum of acceleration (delta-V) exceeds certain thresholds, as defined above.

Acceleration causes deployment as determined by the calibration.

**4- What will happen after EDR is triggered?**
Once EDR is triggered, data will be written to EEPROM as defined in SPS section 5.1.