# EXHIBIT 7



*VIA EMAIL*

Stephen A. Ridella, PhD
Office Director, Office of Defects Administration
National Highway Traffic Safety Administration
1200 New Jersey Avenue SE
Washington, D.C. 20590

    Re: Supplemental Response to NHTSA Information Request re EA19-001 (NED-102dp)

Dear Dr. Ridella,

ZF hereby submits its supplemental response to the National Highway Traffic Safety Administration's (NHTSA) May 3, 2022 request for information relating to EA19-001. This letter supplements and updates the initial response submitted by ZF on June 14, 2022.

1. **State the number of each of the following, received by ZF, or of which ZF is otherwise aware, which relate to, or may relate to, the alleged defect in the subject component:**

    a. Consumer complaints, including those from fleet operators;
    b. Field reports, including subject vehicle manufacturer field reports in ZF's possession;
    c. Reports for ACUs returned from the field or from test vehicles;
    d. Reports involving a crash, injury or fatality;
    e. Property damage claims;
    f. Third-party arbitration proceedings where ZF is or was a party to the arbitration; and
    g. Lawsuits, both pending and closed, in which ZF is or was a defendant or codefendant.

    For subparts "a" through "g" state the total number of each item (e.g., consumer complaints, field reports, etc.) separately. Multiple incidents involving the same vehicle are to be counted separately. Multiple reports of the same incident are also to be counted separately (i.e., a consumer complaint and a field report involving the same incident in which a crash occurred are to be counted as a crash report, a field report and a consumer complaint).

    In addition, for items "d" through "g" provide a summary description of the alleged problem and causal and contributing factors and ZF's assessment of the problem, with a summary of the significant underlying facts and evidence. For items "f" and "g,"

Confidential

ZF-MDL-0000015640

Page 5/22 · Date 6/30/2022

- Concerning subsection (n), ZF provides the requested indicators that to ZF's knowledge may be applicable to each incident. However, ZF's selections of applicable indicators are in many instances based upon allegations in litigation; accident reports; or information provided to ZF from third parties (including vehicle manufacturers and/or ST). By providing this response, ZF is not making any admissions concerning the applicability of a specific indicator for a particular incident.

3. **Produce copies of all documents related to each item within the scope of Request No. 1. Organize the documents separately by category (i.e., consumer complaints, field reports, etc.) and describe the method ZF used for organizing the documents. Describe in detail the search methods and search criteria used by ZF to identify the items in response to Request No. 1.**

ZF Response to IR 3:

As discussed with NHTSA on June 2, 2022, ZF is not reproducing the materials that it has previously submitted to NHTSA since 2016. In addition, ZF has provided its narrative responses to Request No. 1 here, and can provide additional supporting documents upon request by NHTSA after NHTSA has reviewed these responses.

4. **Describe all assessments, analyses, tests, test results, studies, surveys, simulations, investigations, inquiries and/or evaluations (collectively, "actions") that relate to, or may relate to, the alleged defect in the subject vehicles that have been conducted by, or for, ZF. For each such action, provide the following information:**

    a. **Action title or identifier;**
    b. **The actual start date;**
    c. **The actual or expected end date;**
    d. **Brief summary of the subject and objective of the action;**
    e. **Engineering group(s)/supplier(s) responsible for designing and for conducting the action; and**

    f. **Final Report of the findings and/or conclusions resulting from the action.**

ZF Response to NHTSA IR 4 [CONFIDENTIAL]:

Based on a good faith review of its non-privileged work, ZF describes below its actions related to the alleged defect in vehicles manufactured for sale or lease in the United States. More specifically, as set forth in the request, this response provides a summary description of actions conducted by ZF in those instances when ZF was apprised of an alleged failure of a ZF ACU that uses a DS84 ASIC in a subject vehicle to maintain full operational function

Page 6/22 · Date 6/30/2022

during a crash event due to ACU reset or shutdown from electrical overstress damage of the DS84 ASIC caused by beyond specification electrical transients entering the ACU on any of the DS84 ASIC communications lines to satellite crash sensors during a crash event.

At the outset, ZF notes that it has affirmatively engaged with NHTSA since early 2016 on its investigation of the alleged defect in the subject vehicles in crash events, including numerous presentations and discussions describing ZF's actions with respect to those events. ZF incorporates those prior submissions in this response.

As a component supplier, ZF's awareness and understanding of a particular field crash or test event is often dependent on what information ZF receives from the vehicle manufacturers, or from vehicle owners (or their counsel) through filed litigation. ZF also has received ACUs for analysis directly from NHTSA. Because of the way in which ZF learns of incidents, ZF may not become aware of a particular crash event for a considerable period of time after that event. Accordingly, ZF may only become aware of partial information about the crash event, and may or may not be able to conduct an investigation into the ACU or vehicle at issue involved in the crash event. ZF also often does not have the opportunity to physically inspect the vehicle in question to examine the damage or other post-crash evidence. This is of particular importance here given the vehicle-specific, vehicle-dependent, and crash-dependent nature of the alleged defect, as discussed in Response to Question No. 6, including factors like wire harness condition, modifications made to a vehicle, crash type, deployment strategy, and other variables. By way of example, NHTSA has asked ZF to evaluate ACUs from vehicles located by NHTSA in IAA salvage or auction yards, where there is generally little (if any) information about the crash event available. ZF has also been asked to evaluate ACUs in litigation, but ZF may or may not be a party to the litigation, and the information available to and shared with ZF, and created by ZF, for those matters is subject to the relevant litigation procedures and applicable privileges. For those reasons, ZF's actions to investigate the performance of its ACUs containing DS84 ASICs involved in a crash event may constitute only a portion of the analysis necessary to determine the cause of a particular event.

With that understanding, ZF sets forth below its actions with respect to subject vehicles that were reported to ZF as being suspected of having the alleged defect in a crash event. ZF has prepared summaries of the core work it performed and relevant reference dates and summary findings of work in those circumstances where it did have access to analyze the ACUs and did have reported findings. These actions were generally taken by or involved the work of technical specialists in the Safety Office at ZF, with support from others.

Confidential
ZF-MDL-0000015645

Page 9/22 · Date 6/30/2022

- On June 1, 2016, ZF downloaded the available data from an ACU from a 2015 Jeep Patriot (serial number T26MF255404233 (Florida MK)) that was brought to ZF's attention by NHTSA through a vehicle owner's questionnaire. The vehicle was reportedly involved in a crash event where the airbags did not deploy. ZF performed a download and analyzed the data and confirmed there was front near-deploy record present. ZF did not find EOS damage to the ASIC.

- On May 31, 2017, ZF transplanted the EEPROM and downloaded available data from a 2014 Chrysler 200 (serial number TRCMF295301049 (Crump)). ZF found a partial crash record in the download.

- On October 24, 2019, ZF downloaded the available data from a 2010 Jeep Liberty (serial number (IAA Buckhannon, WV)), which NHTSA identified at an IAA salvage yard. On the same date, ZF inspected and photographed the Buckhannon vehicle. NHTSA was present for the download and inspection. ZF's download confirmed that there was a crash record available and no indication of EOS.

**HKMC**

- Between June and August 2010, ZF analyzed and performed bench testing on three ACUs from Hyundai Sonatas (serial numbers 3QEHAY4WS10640 (MGA Crash Test 6270); 3QEHAY4WS10699 (MGA Crash Test 6271); 3QEHAY6BS10894 (MGA Crash Test 6285)), which were provided to ZF by Hyundai following impact testing Hyundai had performed on or around June 10, 2010. Representatives of ZF were not involved in setting up those tests, nor were they present for them, and ZF learned of the tests from HKMC. Based on ZF's review, the ACUs did not have full crash records. ZF sent the DS84 ASICs from two of these ACUs (3QEHAY4WS10640; 3QEHAY4WS10699) to ST for additional analysis. ZF's and ST's analyses showed that these two ACUs had low resistance paths to ground, and ST confirmed EOS damage.

- On April 27, 2012, ZF analyzed a Hyundai Sonata ACU (serial number 3QEHAA4BCC0346 (MGA Crash Test 6587)) that Hyundai provided to ZF following impact testing. ZF determined that the ACU did not have a full crash record. ZF sent the DS84 ASIC to ST for further analysis, and ST confirmed EOS damage.

- In May 2012, ZF, HKMC, MOBIS, and ST met multiple times to discuss the results of the ACU analysis from Hyundai's MGA impact testing. As part of those meetings, the group resolved to investigate vehicle-specific characteristics that could be leading to the ACU damage observed in those tests.