# EXHIBIT 9

**Memorandum** 



| | | |
|---|---|---|
| *Subject* | *Date* | *From* |
| Interim Analysis of Modules, AEN 6270 and 6271 returned from HKMC with no communication issue after vehicle impact testing. | 22 Jun 10 | Chris Roberts |
| *To* | *Cc* | *Location/Phone/Fax* |
| Hyundai/Mobis | | Farmington Hills, MI |

**Background**

==Two YFA modules (3QEHAY4WS10640 and 3QEHAY4WS10699) were returned to TRW Farmington Hills with no communication (unable to download EDR records) issue after vehicle durability testing.==

**Analysis**

Module 3QEHAY4WS10640 was powered up on the bench and found to have limited C-Tool communication.  High ignition current draw (~1.6A) was noted.  Diagnostic information was able to be retrieved using C-tool, but C-tool would not communicate when EDR retrieval was attempted.

[ EMBED Word.Document.8 \s ]

- A visual inspection was done and no issues were observed.
- A check of the module power regulator circuit found that VDD (5V) supply was low.  A resistance check of VDD to ground found a very low resistance path to ground.  The low resistance path was traced to the DS84 Octal Squib ASIC.
- The DS84 Octal Squib ASIC was replaced and the module was able to communicate with C-Tool.
- ==A check of the EDR information showed that the crash storage process had started but was not completed.==
- A check of Marshall Manufacturing Process records shows that this module passed all manufacturing steps with no issues/rework/failures.

*Automotive Electronics*
*24175 Research Drive*
*Farmington Hills, MI  48335-2642*

*TRW Inc.*

**Memorandum**          TRW Automotive



Module 3QEHAY4WS10699 was powered up on the bench and found to have no C-Tool communication and was drawing high ignition current (~2.0A).

- A visual inspection was done and no issues were observed.
- A check of the module power regulator circuit found that VDD (5V) supply was nearly zero volts. A resistance check of VDD to ground found a very low resistance path to ground. The low resistance path was traced to the DS84 Octal Squib ASIC.
- The DS84 Octal Squib ASIC was replaced and the module was able to communicate with C-Tool.
- ==A check of the EDR information showed that the crash storage process had started but was not completed==.
- A check of Marshall Manufacturing Process records shows that this module passed all manufacturing steps with no issues/rework/failures.

Selected Photos From Visual Inspection:



*Automotive Electronics*
*24175 Research Drive*
*Farmington Hills, MI  48335-2642*

*TRW Inc.*

Confidential                                          ZF-MDL-0000013907