# EXHIBIT 11

**TRW**      ACU non communication issue after impact test

### TRW INVESTIGATION REPORT

| | |
|---|---|
| Date opened – 23 Apr 2012 | |
| Last updated – 23 Apr 2012 | |

**Title:** Investigation into the TF HEV ACU non communication issue after impact test.

**Immediate Containment Action:**

N/A

**Team Champion:**      **Edward Wampuszyc – TRW Farmington Hills**


**Application Team Member : Chris Roberts – TRW Farmington Hills**


**Team Members: Hyukbin Song – TRW Farmington Hills**
**Erik Romzek – TRW Farmington Hills**
**Jeff Guinot – TRW Farmington Hills**
**Greg Heyboer – TRW Farmington Hills**

| | | |
|---|---|---|

**Interim Containment Action:**

| **Action:** | **Responsibility:** | **Date:** |
|---|---|---|
| Not applicable | N/A | N/A |

**TRW** TF HEV EDR Test at Mobis_23Apr12.doc
**This copyrighted document is the property of TRW Automotive and is disclosed in confidence. It may not be copied, disclosed to others, or used for manufacturing, without the prior written consent of TRW Automotive. © TRW Automotive Inc. 2012**

CONFIDENTIAL

**Customer Feedback and Dealer Diagnostics:**

**Customer Vehicle Information:**

**Vehicle Information:**

ECU P/N: 95910-
ECU S/N:
TRW T/L: 220007
SW: TFH05
Calibration ID: Front- , Side-

**Customer Information:**
 NA

**TRW Investigation:**

1. Mobis Manufacturing process report
MFG date:
Package date:
Shipped date:

3. ACU was not returned to TRW Farmington Hills.

4. The DTC data was retrieved from the NVM
        B1620  ACU Internal Fault
                The information flags for the internal fault indicate that is was set due to the following
                    1. DSI parity fault - no SPI communication between micro & DS84 ASIC
                    2. AS0 fault – Any internal issues with Squib ASIC
                    3. Sq FEN test fail - FEN diagnostics failed

5. EDR data stored in NVM
        One event (EDR 1) was partially recorded and the other event is (EDR 2) empty.  The data recorded in EDR 1 is very limited: only the data available at time zero (buckle status, squib resistance, etc.) and several instances of vehicle data were recorded. There is no data recorded regarding which squibs fired, or whether it is a deployment event.  There is no accelerometer data stored.

6. Summary:

*TRW* TF HEV EDR Test at Mobis_23Apr12.doc
**This copyrighted document is the property of TRW Automotive and is disclosed in confidence.  It may not be copied, disclosed to others, or used for manufacturing, without the prior written consent of TRW Automotive. © TRW Automotive Inc. 2012**

CONFIDENTIAL                                                                            HMC_00007564