# EXHIBIT 12

**CHRYSLER**

# 7-STEP CORRECTIVE ACTION FORM

| 7-Step Initiator / Team Leader: William Frigon | | Status: [FORMCHECKBO] [FORMCHECKBO] |
|---|---|---|
| Phone: 248-699-4754 | Fax: | |
| e-mail: william.frigon@trw.com | | Issue Date: 4/5/2010 |
| Chrysler Lead Responsibility: Doug Barnes | | |
| Phone: 248-576-5860 | Fax: | Revision Date: 7/21/10 |
| e-mail: dab9@daimlerchrysler.com | | |

| Supplier Name: TRW Automotive | Supplier Code: 39754C | Location: Farmington Hills, MI |
|---|---|---|
| Part No.: P68073101AA | Description: Serial Number: TKXMF351900680 | |
| Date of Occurrence: 4/5/2010 | Vehicle Family Affected: KK DOM ORC | Source of Complaint: Chrysler Proving Grounds |
| NC Ticket Number: | Other Reference Number (specify): 24055 | |
| Containment Date/Time (see Step 2 note): N/A | Date Root Cause Identified: | Date PCA Identified: |
| Date PCA Verified: | Date PCA Implemented: | Date Closed: |

## 7-STEP CORRECTIVE ACTION FORM

**1. Problem Identification/Description**

A 30mph Flat Frontal event was performed on a KK BUX vehicle.
The vehicle was checked / EDT'd prior to impact with no issues. During impact the module deployed all primary bags at 14.1ms with no secondary event. The module had zero accel output after 16.3ms.

After a couple of minutes had gone by, the secondary stage on the pass side deployed. The driver secondary did not deploy during the entire time the module remained in vehicle after the impact.

During analysis (4/6/2010), the module did not communicate through the vehicle. The center console was removed and it was found that the locking tab on the 32 pin connector mating to the breakout harness was broken. See attached photo taken.
[ EMBED Package ]
The module was removed to test on bench setup; it did not power up / communicate.

A known good module was installed in the vehicle and no problems were found. The new module did communicate through the vehicle.

**2. Interim Action / Containment (response to the issuing location is due within 24 hr of NCT issuance)**
No containment necessary.

**3. Root Cause Analysis**
The module was opened up at TRW in Farmington Hills on 4/9/2010. No visual anomalies were seen. Module would communicate for brief periods of time with the TRW internal diagnostic tool (PTM). No EDR was recorded. It appears the module lost power during the impact.

Resistance was measured from ground to 5 volt line. It measured 3.5 Ohms to ground. The pins to the IC were lifted, one pin at a time. The low resistance was found to be caused by the squib Octal ASIC p/n 154901-1.

After pin # 7 Vdd was lifted basic operation was restored

Current, with the affected octal in circuit, is 1.2amps ( module and loadbox ). With the ASIC removed, current draw is 529ma total (module and loadbox ). In contrast, a good KK module with the octal removed has a current draw of 429 ma total ( module and loadbox ). Current draw with octal in circuit is 510ma ( module and loadbox ).

The squib ASIC was replaced with a new part and the module returned to normal operation [Current registered 130ma higher than expected].

The affected ASIC was removed and sent to ST Microelectronics Inc (ST Micro p/n: IC;ASIC;DS84;QFP;64 Supplier Lot Number: T995022Z0002). The FA results are summarized in the embedded report which follows:

[ EMBED PowerPoint.Show.8 ]

Pin # 34 on the device (VSDIAG) was missing – damage caused in the process of removing the component from the PCB.

FA confirms short circuit between VDD (Pin # 7) and GND (Pin # 6)

**CHRYSLER**

## 7-STEP CORRECTIVE ACTION FORM

Planned actions:
— Further analysis by ST Micro, destructive in nature, has been authorized by Chrysler Group, LLC.

The supplier found extensive damage to the ASIC that they judge to be the result of EOS:

- Burnt ESD protection diode connected between SQH1 output and Ground (ESD_GND)
- Burnt ESD protection diode connected between VSATS and 40V ESD clamp common block.
- Fused seal ring metal
- Burnt ESD protection diode connected to VSDIAG and TEST pad.
- Fused 5V VCC metal line supplying the ESD protection diode connected to GND_1 and GND_2.
- Fused VDD and VSDIAG metal lines belonging to 'RES_measure_LSD_nch' block related to SQL3 output.
- Burnt ESD protection diode connected to VRES2 and VRES3 pad. [Fig. 10]
- Fused metal lines belonging to 'Res_Measure_HS_pch' block (Rsquib measurement) related to SQH2 output and VRES2 metal line
- Fused GND metal line belonging to 'Res_Measure_HS_pch' block (Rsquib measurement) related to SQH3 output

[ EMBED AcroExch.Document.7 ]
— TRW to determine the effect of operation with an un-locked connector in the 32 pin cavity.

A bench test of a golden PM49 ORC module (P68073618AA) was conducted with the 32 pin connector set as shown in the photo from the Chrysler proving grounds. A PTM screen shot showed the following Active, Qualified and History faults were registered:

- SQ_RT_CAB_SHORT
- SQ_LT_CAB_SHORT
- SQ_DRV_RETR_HIGH
- SQ_PAS_RETR_SHORT
- SQ_PAS_PRTN_SHORT

[ EMBED Word.Document.8 \s ]

**Was this a Recurring Problem? [ FORMCHECKBOX ] No   [ FORMCHECKBOX ] Yes  (explain failure of prior corrective action plan below)**

MCAM-R modules (similar design and layout) have been impact tested for many years without any issues previously.

**4. Permanent Corrective Action**

TBD

**5. Verification of Corrective Action Plan**

TBD

CHRYSLER

## 7-STEP CORRECTIVE ACTION FORM

| 6. Controls & Prevention |
|---|
| TBD |

| 7. Verify Corrective Action Resolves Issue & Lessons Learned |
|---|
| It is recommended that all modules involved in a vehicle impact at the proving grounds be returned to TRW, Farmington Hills for functional test prior to being in another impact to verify functionality.  In addition, detailed photos should be taken of the vehicle, setup, connections, etc prior to impact. |

Confidential                                                                                                                             ZF-MDL-0000262502