# EXHIBIT 13

| **8-STEP CORRECTIVE ACTION PLAN** | **24132** | **CHRYSLER** |
|---|---|---|

| **8-Step Initiator:** Richard Cording | | **Chrysler Lead Responsibility:** Pilar Montes Villanueva | |
|---|---|---|---|
| **Phone:** 248-699-4603 | **Email:** Richard.cording@trw.com | **Phone:** 52-555-081-7044 | **Email:** Mm1789@chrysler.com |
| **Additional Contact:** Keith Miciuda | | **Issue Date:** 7/19/2012 | |
| **Phone:** 248-699-4937 | **Email:** Keith.miciuda@trw.com | **Revision Number / Date:** Rev 2 / July 20, 2012 | |
| **Supplier Name:** TRW Automotive | **Supplier Mfg. Code:** 39754C | **Supplier Manufacturing Address:** 24175 Research Drive Farmington Hills, MI 48335 | |
| **Date of Occurrence:** 7/3/2012 | **Model Year / Family:** MY13 JK | **Source of Complaint:** Chrysler Proving Grounds | |

| **Part Number and Description:** |
|---|
| 68185857AA JK buffered module for impact testing |

| **NC Ticket Number:** N/A  **eCIMS Number:** N/A | **NC Quantity:** | **Repeat Issue (Y/N):** No  **Date(s):** | **Other Suspect Part Numbers:** None | **Other Chrysler Plants* Affected / Notified:** N/A |
|---|---|---|---|---|

| **Date Closed:** |
|---|
|  |

* "Chrysler plant" also refers to Module Assembly & Sequencing Locations     8-Step Corrective Action Plan - Rev2009-03-04.doc

Confidential     ZF-MDL-0000012844

Case 2:19-ml-02905-JAK-JPR   Document 947-16   Filed 08/23/24   Page 3 of 5   Page ID #:28948



| **8-STEP CORRECTIVE ACTION PLAN** | **Steps** |
|---|---|

1. **Issue Identification and Assessment**

   Module was used for JK 25mph flat frontal impact run on 7/3/12 – VC17949. It was noted that the passenger 1st stage airbag did not deploy during the impact. No squib faults were present prior to the impact and only normal squib open faults were logged after the deployment.

   

2. **Containment and Interim Action**

   Additional JK impacts were put on hold and other prepared buffered JK modules at PG were returned to TRW to be re-functionally tested.

3. **Root Cause Analysis**

   Module was returned to TRW on 7/5/12 and functionally tested. Module failed functional test for passenger 1st stage current. Module was thumped on bench and current was plotted for driver and passenger 1st stages and plot showed abnormal low current for passenger 1st stage.

   

   [ EMBED AcroExch.Document.7 ]

   Module was opened and inspected. No anomolies were found in the connector, on the module or on any relevant solder joints.

   Resistive measurements were also taken on the impact vehicle but no anamolies observed.

   This modified buffered module functionally tested OK at TRW before delivery to Chrysler (below)
   [ EMBED AcroExch.Document.7 ]

   While there are numerous squib diagnostics that are run in the module, no faults were set for this condition. The attached Firing diagnostics Review material summarizes the diagnostics. These

---

\* "Chrysler plant" also refers to Module Assembly & Sequencing Locations    8-Step Corrective Action Plan - Rev2009-03-04.doc

Confidential     ZF-MDL-0000012845

diagnostics check all the components in the squib firing line but we cannot check firing current.
[ EMBED AcroExch.Document.7 ]
This module was used in a previous vehicle impact (VC17910) and performed acceptably. When we reviewed the current plots from VC17910, there appears to be an abnormal current plot on the passenger 1st stage output even though it successfully deployed the airbag in that event.



With permission from Chrysler, the suspect squib ASIC was remove and replaced and normal function returned to module.

The octal squib ASIC was returned to ST for evaluation.

**4. Implement Permanent Corrective Action**

tbd

**5. Verify Corrective Action Plan**

tbd

**6. Controls & Preventions**

tbd

**7. Verify Corrective Action Resolves Issue**

tbd

---

\* "Chrysler plant" also refers to Module Assembly & Sequencing Locations    8-Step Corrective Action Plan - Rev2009-03-04.doc

Confidential                                                                                                                                                    ZF-MDL-0000012846

| 8. Lessons Learned |
|---|
|  |

\* "Chrysler plant" also refers to Module Assembly & Sequencing Locations

8-Step Corrective Action Plan - Rev2009-03-04.doc

Confidential                    ZF-MDL-0000012847