# EXHIBIT 16




IMPORTANT NOTICE: Robert Bosch LLC and the manufacturers whose vehicles are accessible using the CDR System urge end users to use the latest production release of the Crash Data Retrieval system software when viewing, printing or exporting any retrieved data from within the CDR program. Using the latest version of the CDR software is the best way to ensure that retrieved data has been translated using the most current information provided by the manufacturers of the vehicles supported by this product.

## CDR File Information

| | |
|---|---|
| User Entered VIN | CHRY0000000000001 |
| User | 2015 Fiat 500 Abarth |
| Case Number | 30mph Right Angular |
| EDR Data Imaging Date | 02/24/2014 |
| Crash Date | 02/22/2014 |
| Filename | VC18964 CHRY0000000000001_ACM.CDRX |
| Saved on | Monday, February 24 2014 at 09:22:34 |
| Collected with CDR version | Crash Data Retrieval Tool 12.3 rev12b  Test Version |
| Reported with CDR version | Crash Data Retrieval Tool 12.2 |
| EDR Device Type | Airbag Control Module |
| Event(s) recovered | None |

## Comments
No comments entered.

## Data Limitations
**AIRBAG CONTROL MODULE (ACM) DATA LIMITATIONS:**

**GENERAL INFORMATION:**

CAUTION: During direct-to-module imaging where the Airbag Control Module (ACM) is disconnected and removed from a vehicle, make sure the ACM is not moved, tilted or turned over while connected to and powered by the CDR Interface Module (with appropriate adaptors in place, where required). Also, after a CDR imaging process, wait 2 minutes after power is removed from the ACM before attempting to move the module. Not following these general ACM guidelines for direct-to-module imaging may cause new events to be recorded in the ACM.

- For additional definitions, please refer to the CDR Help File Glossary.
- As the VIN may be used to determine the configuration of the restraint system, it is imperative that the correct VIN be entered into the CDR Tool during the imaging process.
- For Fiat vehicles, the "Read VIN from Vehicle" feature in the CDR Tool will not work.  The VIN will have to be manually entered.
- Lateral Delta V will not be displayed for the 2013 MY Jeep Compass and Patriot.
- Ignition Cycle, download/crash - For RAMs and Dodge Vipers, there are 2 internal ignition counters in the ACM.  It is possible for the ignition cycles at download to be less than the ignition cycles at event due to the 2 different counters.

- The following table provides an explanation of the sign notation for data elements that may be included in this CDR report.  All directional references to sign notation are from the perspective of the driver when seated in the vehicle facing the direction of forward vehicle travel.

| Data Element Name | Positive Sign Notation Indicates |
|---|---|
| Delta-V, Longitudinal | Forward |
| Maximum Delta-V, Longitudinal | Forward |
| Delta-V, Lateral | Left to Right |
| Maximum Delta-V, Lateral | Left to Right |
| Angular Rate | Clockwise rotation around the longitudinal axis |
| Steering Input | Steering wheel turned counter clockwise |
| Yaw Rate | Counter clockwise rotation |

**CDR FILE INFORMATION:**

- The minimum delta V required to store an event is a delta V of 5 mph (8 km/h) within a 150 ms interval.
- For non-NAFTA ACMs that control pedestrian protection devices, a non-deployment event will be stored when the pedestrian protection devices are activated.

Event(s) Recovered definitions:

Produced by FCA US LLC in ZF-TRW ACU MDL – Confidential and Subject to a Protective Order
Case 2:19-ml-02905-JAK-JPR   Document 947-19   Filed 08/23/24   Page 3 of 3   Page ID #:28955




## System Status at Retrieval

| | |
|---|---:|
| VIN, Original | 3C3CFFFH8FT500032 |
| Ignition Cycle, Download | 148 |
| Airbag Control Module Part Number | 68244991AA |
| ECU Serial Number | TB5MF329302043 |
| Supplier Identification | TRW |
| ECU Supply Voltage at Time of Retrieval | 14.0 |

## System Configuration at Retrieval

| | |
|---|---:|
| Configured for Driver Frontal Airbag | N/A |
| Configured for Driver Knee Airbag | N/A |
| Configured for Driver Anchor Pretensioner | N/A |
| Configured for Driver Retractor Pretensioner | N/A |
| Configured for Passenger Frontal Airbag | N/A |
| Configured for Passenger Anchor Pretensioner | N/A |
| Configured for Passenger Retractor Pretensioner | N/A |
| Configured for Passenger Adaptive Load Limiter | N/A |
| Configured for Right Side Seat Airbag | N/A |
| Configured for Right Side Curtain Airbag | N/A |
| Configured for Left Side Seat Airbag | N/A |
| Configured for Left Side Curtain Airbag | N/A |
| Configured for Driver Seat Seatbelt Switch | N/A |
| Configured for Driver Seat Track Position Sensor | N/A |
| Configured for Passenger Seat Seatbelt Switch | N/A |
| Configured for Passenger Seat Track Position Sensor | N/A |