# EXHIBIT 18

# Interoffice Correspondence
## TRW Automotive

**TRW**

| Subject | Date | From |
|---|---|---|
| Meeting Minuets – Tel-conf. with HGT | 28th February, 2013 | Create :Toshiyuki Chiba |
| To | Cc | Location/Phone |
| SRS team in FHills/TAJ | | Utsunomiya-Office, Japan +81-28-610-5257 |

## Meeting information

| Date | Time | Place |
|---|---|---|
| 28th February, 2013 | 7:00am – 9:30am (Japan time) | HGT |
| Attendee | | |
| Mr.Koyota, Mr. Matsubara, Mr. Daido, Mr. Ichiki | | HGT |
| J. Germaine, J. Patel, K. Tamura, M. Goodman, M. Skowron | | FHills |
| T. Chiba, H. Nakai, N. Takahashi | | TAJ |
| Agenda list | | |
| 1. Issue found in 2GA certification vehicle 2. TRW FH Honda development team organization chart presentation | | |
| Note | | |
| N/A | | |

## Minutes

| Agenda | 1. Issue found in 2GA certification vehicle | | |
|---|---|---|---|
| Background | HGT informed that the 2GA 4dr QC certification crash test result was failed because 2nd stage A/Bs were not deployed by ODB56kph crash test for certification of Australia. Mr. Koyota is requesting TRW to investigate the issue ASAP. | | |
| Goal of discussion | To get HGT's understanding of the latest investigation status and discuss the direction | | |
| JIRA # | [ HYPERLINK "http://core-psse-tee.ssc.trw.com/jira/browse/PR18773-1267" ] | | |
| Meeting material | Main presentation:    FTA: [ EMBED AcroExch.Document.11 ][ EMBED Excel.Sheet.12 ] | | |
| Discussion | Note : Put underline to action items for emphasizing | Responsible | Due date |
| | ■ Unit analysis status update<br>✓ The analysis result of damaged ASIC by test C was confirmed that has same breaking defect with crash test SRS unit ASIC.<br><br>✓ Zenor diode in the crash test SRS unit analysis result shows no damaged. Schottky diode analysis is on going.It will be completed by Mar.9th.<br><br>✓ De-layer of ST Octal ASIC analysis is on going but ST informed that there is not abnormally portion found until today. It will be completed by Mar. 1st (US time)<br><br>✓ TRW confirmed GND open condition to hit the connector portion by hammer during operation instead of crash. However it is not become opening condition.<br><br>■ ASIC  analysis status update<br>✓ ST Micro restarted crash test unit ASIC and field return unit ASIC by design engineer.<br><br>✓ Field return unit ASIC could analyze the top layer in detail but crash unit ASIC analysis could not analyze because laser beam for breaking mold plastic was too strong then created damage on the top layer. However the portion of damage area is confirmed | | |

TRW Automotive Private/Confidential

Confidential    ZF-MDL-0000017094R

| | similar.<br><br>■ TRW proposal for protection<br>1. **Change Schottky diode in the DSI line.**<br>Challenges:<br>✓ Diode package will be changed then need PCB trace change. (there is no alternative diode with same package size)<br>✓ Threshold value of diode is not defined by Honda spec.<br><br>Q: Is there any negative effect by diode change?<br>A: TRW already confirmed by core design and ST Micro that there is no negative effect.<br><br>2. **Change judgment value of housing GND check in TRW plant**<br>Currently judgment value is set to 2ohms. TWR will consider to change this value more low.<br>Challenges:<br>Currently does not know the limit value by test equipment performance.<br><br>Q: Do you have any fail data by 2 ohm threshold in the TRW plant?<br>A: TRW does not have data in hands.<br>TRW will measure actual resistance. | FHills | Mar.08.2013 |
|---|---|---|---|
| Attachment | N/A | N/A | |

| Agenda | 2. TRW FH Honda development team organization chart presentation | | |
|---|---|---|---|
| Background | Mr.Koyota informed that he does not know current FH development team and thought FH resource is shorter than other supplier. | | |
| Goal of discussion | TRW will present current Honda team to comfort Mr Koyota. | | |
| JIRA # | | | |
| Meeting material | [ EMBED PowerPoint.Show.12 ] | | |
| Discussion | Note : Put underline to action items for emphasizing | Responsible | Due date |
| | H/W team<br>Each engineer has responsibility for each vehicle.<br><br>S/W team<br>All members will handle all platform and vehicle.<br>Currently 4 engineers in the team (one person is new)<br><br>**HGT comment:**<br>S/W team looks too small to develop current platform and MY14 issue closing when compare with other supplier. HGT had used 16 person (8 person x 2 month) for MY16 design specification development. The submission of document will be increased when ISO26262 is started. We think it is impossible to handle current resource.<br><br>Create TRW SW detail organization chart that is included all of the SW development team | FHills | Mar.6th.2013 |
| Attachment | N/A | N/A | |