# EXHIBIT 19

We would like to have a meeting here at HRA-O to review this material.

Is later this week a possibility?

Thursday the 13th at 1:00pm works best for us, the middle of next week is also available.

Please let me know what best fits your schedule.

Thanks,

Eric Guckes
Electrical Systems Architecture

Honda R&D Americas, Inc.
21001 State Route 739
Raymond, OH 43067-9705
(937)309-2869
eguckes@oh.hra.com

From: Jashmita Patel <Jashmita.Patel@TRW.COM>
To: Eric Guckes/HRA/ASC/HONDA <EGuckes@oh.hra.com>, "Lando Hamlett/HRA/ASC/HONDA" <LHamlett@oh.hra.com>, Yoshihisa Sugamata/HRA/ASC/HONDA <YSugamata@oh.hra.com>, Christopher Hinninger <CHinninger@oh.hra.com>, William Seaman <WSeaman@oh.hra.com>,
Cc: Toshiyuki Chiba <Toshiyuki.Chiba@TRW.COM>, Hiroyuki Nakai <Hiroyuki.Nakai@TRW.COM>, Jun Ohtaka <Jun.Ohtaka@trw.com>, Jim Pawloski <Jim.Pawloski@TRW.COM>, Manny Goodman <Manny.Goodman@TRW.COM>
Date: 03/06/2014 06:41 PM
Subject: Design change from Honda Fit and City

Hello HRAO team,

TRW would like to inform you about recent Honda MY14 Fit and MY14 City ECU design changes occurring to meet unexpected transients in vehicle other than described in 7794Z spec.

Background: MY13 Accord Australia crash test (Dec 2012) and MY14 City Japan crash (Jan 2014)) test failed at HGT. Both cases, squib ASIC was damaged due to unexpected transient noise injected on DSI lines causing VDD low impedance to GND internal to ASIC that resulted in partial EDR and/or no Hi-CDS signal output. We already informed HRAO early 2012 about MY13
Accord findings. HGT was recently able to find root cause in vehicle for
negative transient noise (VSA power line shorted to GND at same time DSI line shorted to GND) and requested TRW to make design change to protect against such conditions. Current plan is to change over some of the MY14 Fit and MY14 City platforms that are not launched and introduce this change at minor model change when applicable.

Please see attached ppt already shared with HGT for details.

We would like to propose a teleconference to explain this material and to understand if same changes need to occur for MY14 Acura TL. Please let us know your availability for early next week

Thanks,
Jashmita Patel
Engineering Manager
(248)-699-4779
**************************
TRWAutomotive
24175 Research Drive
Farmington Hills, MI 48335

[attachment "MY14 2CT Japan summary presentation_for HRAO.pdf" deleted by Eric Guckes/HRA/ASC/HONDA]

***********************************************************************