# EXHIBIT 21



# 8 D 报告   8 - D REPORT

8D

| 问题名称 Concern Title: | 发现日期 Date Opened: | 更新日期 Date updated: |
|---|---|---|
| GAC AD airbag ECU (LiuAn) | 2015/2/01 | 2015/4/15 |

**1, 组成小组 Form Team :**

**Quality** : Paul Zhu, Brent Liu
**Tech Center**: Bin Sun, Qin Yan

---

**2, 问题描述 Describe the Problem:**

①. 产品信息 Production data:
- 客户零件号 Customer P/N: 8040003BAD0100
- ECU序列号 ECU serial No: DAZ34DC055936
- 车架号(VIN): LMGDK1G50D1073124
- ECU生产日期 Production date: 2013.12.07

②. 客户抱怨 Customer complaint:
- 行驶里程 Vehicle mileage: 46015km
- 传祺车辆撞在对面行驶过来的卡车的左侧车头处，客户宣称气囊在第一时间没有起爆，大概3分钟后驾驶员进车辆拿纸巾时突然闻到烧焦味并且同时安全气囊起爆。车辆在拖至4S店后车辆前舱已被动过，保险丝盒变形严重，电瓶已变形且被拿掉，拆下ACU发现ACU内部有烧糊味，怀疑内部已有烧掉，广汽人员要求排查线速，查ACU烧掉原因。

==Vehicle had head to head crash with a truck, end user said airbags not deployment during the crash.==
After 3 minutes later, driver come back to cabin and smell something burned and airbags deployment.
Vehicle pull back to 4S service center, fuse box damaged, battery removed and found airbag ECU has burned smell.




---

**3, 实施和确认暂时措施 Implement and Verified Interim Action :**

We checked the ECU data log in LST system(product record cast back system in TRW)
All production records showed the unit passed all stations successfully.
我们检查了ECU在LST系统(生产测试数据存储追溯系统)中的测试数据,
所有的记录显示该工件成功通过了所有工位.
No interim action is identified.
目前未发现暂时纠正措施

| 4, 寻找和确认根本原因   Find and Verify Root Causes: | 出现百分比<br>Percent Contribution: TBD | 确认日期 Effective |
|---|---|---|

1. Visual checked ECU and observed the burn mark on top of Firing ASIC(DS84)
   视觉检查ECU发现点火芯片上有烧毁痕迹

    

2. Hardware test and investigation, observed following:
   通过硬件分析测试发现以下情况：
   
   a. Pin(VDD_5V) of squib chip short to GND;
      点爆芯片DS84的VCC(VDD_5V) 对GND短路；
   
   b. Pin(DSIH_0) of squib chip short to GND；
      satellite 与DS84通讯接口（DSIH_0）对GND短路；
   
   c. squib channels(0\4\6\7) damaged;
      squib通道0\4\6\7烧毁。

3. Firing ASIC Key Parameter
   点火芯片主要参数

   [ INCLUDEPICTURE  "cid:image004.png@01D076B8.1EEBE320" \* MERGEFORMATINET ]

   According to firing ASIC datasheet, all Squib pins and DSI pins working voltage range are -0.3V to 40V.
   根据点火芯片规格书，显示所以传感器接口和气囊接口的最大工作电压范围是-0.3V to 40V

4. EEPROM data analysis, show following: EEPROM数据解析
   EEPROM Data shows no EDR record EEPROM数据显示没有碰撞数据记录

   | Items | Data |
   |---|---|
   | Original VIN | LMGDK1G50D1073124 |
   | VIN Lock | Original VIN Locked |
   | ECU Serial Number | DAZ34DC055936 |
   | Software Part Number | 155999-156 |
   | ECU Part Number | 222426-125 |
   | Data Download Part Number | 228557-6 |
   | Hardware Part Numbers | 222413-125 |
   | Life Timer | 4905720s(81762min) |
   | Odometer | 46015km |
   | Prove out Count | 6330 |
   | AWL On Time | 39min |
   | GAC Hardware Version | 8040003BAD0100H.0 |
   | GAC Software Version | 8040003BAD0100S.0 |
   | GAC Calibration SW Version | 8040003BAD0100C.0 |

Confidential    ZF-MDL-0001938851

EEPROM - DTC faults history as below:

| No. | Fault description | Fault status |
|---|---|---|
| 1 | Power Voltage High 电压偏高 | Active but not qualified DTC出现过但是没有记录下来 |

5. Current design review:
   目前设计预览



According to Current Design, there is always firing voltage supplied to Firing ASIC.

基于目前的设计，点火电压一直提供给点火芯片的。

Summary of curremt analysis : 现阶段分析总结：
   1. Product design meets specification 产品设计满足标准
   2. Firing ASIC damaged observed 观察到点火芯片损坏
   3. Short conditions observed on firing ASIC 观察到点火芯片有短路发生
   4. No crash EDR recorded 没有碰撞记录
      Based on all the information, analysis and investigation results did not identify a clear single initiation point or root cause for ASIC damaged. It is likely caused by an out of specification vehicle with an electrical overstressed condition. 基于目前的信息以及分析结果，还无法判断和分析出具体的点火芯片损坏的原因。有可能是由于超标的整车电气过压造成。

Next Step 下一步计划
   1. Check vehicle and do more investigation to get more information 检测事故车获取更多信息
   2. Pending ASIC supplier analysis report to TRW within 2 weeks 2周内得到芯片供应商的检测结果

[PAGE    ]

Confidential

ZF-MDL-0001938852

5, 选择永久纠正措施：Select Permanent Corrective Actions：

1. As a robustness improvement action to populate Safing FET on current design to supply firing voltage to firing ASIC upon request against out of specifications vehicle condition.

作为可靠性改善的措施，在现有设计上贴装safing FET根据指令给点火芯片提供电源以防护一些超出标准的整车情况。



| 6, 永久纠正措施实施及效果验证 Permanent Corrective Actions Implementation and effectiveness verification: | 生效百分比Percent Effective: | 生效日期Effective Date: |
|---|---|---|

Safing FET plan: 时间计划
- ◆ Hardware 硬件
  - ➢ Markup sample for s/w development 1wk  修改样品供软件开发 1周
  - ➢ TRW internal Drawing update 2wks 内部图纸更新 2周
- ◆ Software 软件
  - ➢ Software Update 2wks 软件更新 2周
- ◆ Test 测试
  - ➢ System Test 3wks 系统测试 3周
  - ➢ Bench test 1wk 台架测试 1周
- ◆ Material preparation for mass production 工厂原材料准备
  - ➢ Leadtime for Safing FET: 6wks safing FET采购周期6周
- ◆ Trial Run: 2wks 试生产 2周

For one platform: Need 8wks for implementation upon receipt of customer approval在接到客户批准以后 共计需要8周时间

7,系统预防措施Prevent System Problems：

Pending

8, 向小组表示祝贺Congratulate the Team：The team and the coordinator had put in a lot of effort.

| 起草人：Bin Sun<br>Prepared by | 日期:2015.04.15<br>Date: | 承认：<br>Approved by: | 日期：<br>Date: |
|---|---|---|---|
| 质保部批准:<br>Approved By QA: | 日期：<br>Date: | 用户批准（必要时）：<br>Approved By Customer（as necessary）： | 日期：<br>Date: |

[PAGE   ]

Confidential                                                                                                    ZF-MDL-0001938853