# EXHIBIT 25

| | A | C | D | F | I | K | L | P | S |
|---|---|---|---|---|---|---|---|---|---|
| 1 | **Project Manager** | **Project Name** | **Issue name** | **Owner** | **Created Date** | **Created By** | **Issue Type** | **------------Issue Description------------** | **--------Current Actions/Status--------** |
| 7 | He, Spring | AP GAC AD ACU & RAS | ECU failure at the Pre-CNCAP crash test | Quan, Yong | 23-Feb-12 | He, Spring | Engineering Readiness | ECU failure at the pre-CNCAP crash test(around Jan1st, 2012), no communication post crash, and burnt spot found on DS84 | Preliminary engineering analysis narrowed the cause to DS84, and ST has given the analysis result of EOS as of Feb 23, 2012, Customer requested engineering on-site explanation of the root cause |