# EXHIBIT 26

Jennifer Timian
Recall Management Division Chief
Office of Defects Investigation
National Highway Traffic Safety Administration
1200 New Jersey Avenue, S.E.
Washington DC 20590

Re: Recall No. 16V-668

Dear Ms. Timian:

In response to your request, TRW Automotive U.S. LLC ("TRW") is providing this letter regarding the TRW component referenced in the Defect Information Report (DIR) submitted by FCA in connection with the above-referenced recall. According to FCA, the issue described in the DIR has the potential to occur when all of the following three conditions are met (1) specific Occupant Restraint Controller ("ORC")/Application Specific Integrated Circuit ("ASIC") design; (2) front impact sensor cross-car wire routing; and (3) certain crash events. Although a similar TRW component is installed in vehicles other than those identified in the DIR, the conditions described in FCA's DIR are limited to the specific FCA vehicles identified in that report.

As discussed with the agency, TRW supplies ORC components, also known as airbag control units (ACUs), to Original Equipment Manufacturers (OEMs). TRW designs and manufactures ACUs according to each OEM's specifications, and each ACU is calibrated in accordance with the platform specific airbag deployment specifications. The OEMs then integrate the ACUs into their vehicle system environments. TRW works with OEMs to investigate and evaluate claims of airbag non-deployment to determine whether the component operated consistent with the specified parameters and whether the specific circumstances of the event at issue was intended or not intended to command a deployment of the airbag within the OEM deployment specifications. The ACUs at issue here met all of FCA's performance and technical specifications.

TRW worked in close cooperation with FCA to investigate the circumstances leading to this recall. As noted by FCA, the placement of the system wiring within these particular vehicle platforms and the reaction of the system in particular crash events, are necessary contributors to the non-deployments giving rise to this recall.

As always, TRW is available to answer any questions you have. We look forward to continuing an open and constructive dialogue with the agency.

Very Truly Yours,

Marc Bolitho
Vice President, Passive Safety Engineering