# EXHIBIT 27

ZF-MDL-0000000148

CONTAINS CONFIDENTIAL BUSINESS INFORMATION



# Update on Electrical Overstress (EOS) and Airbag Control Units (ACUs)

## March 8, 2018

CONFIDENTIAL AND PROPRIETARY: This copyrighted document is the property of the ZF Group. This document and the information contained herein are disclosed in confidence and may not be copied, disclosed to others, or used for any purpose, without the prior written consent of the ZF Group. © ZF Friedrichshafen AG, 2018

HC - FCA, HC - ZF, HC - HKMC

ZF-MDL-0000000150

ENTIRE PAGE CONFIDENTIAL BUSINESS INFORMATION

# Overview, continued

- ZF has not found evidence to link non deployments to EOS.
  - Deployment can occur even where there is no crash record. Non-deployment can occur with or without a crash record.
  - Customer airbag deployment strategy design can result in a commanded non-deployment in certain crash types on specific platforms.
- EOS with non deployment is seen with DS84 ASIC and not MS84 ASIC.
- EOS with non deployment is seen with FCA and HKMC with DS84 ASIC and not with other customers.
- EOS with non deployment is vehicle dependent and platform dependent within a customer.
  - We have not seen it on any platforms of certain high volume customers.
  - Within customers, we have seen it on some platforms but not on others.



CONFIDENTIAL AND PROPRIETARY: This copyrighted document is the property of the ZF Group. This document and the information contained herein are disclosed in confidence and may not be copied, disclosed to others, or used for any purpose, without the prior written consent of the ZF Group. © ZF Friedrichshafen AG, 2018

© ZF Friedrichshafen AG

HC - FCA, HC - ZF, HC - HKMC

ZF-MDL-0000000151

ENTIRE PAGE CONFIDENTIAL BUSINESS INFORMATION

# Status of FCA and HKMC Investigations

FCA

- No evidence to link electrical overstress and non deployment on FCA vehicles.
- FCA has recalled vehicles have cross car wiring and deployment strategy which makes it susceptible to commanded non deployment in certain crash events.
- Observed EOS can cause the lack of a crash record.
- FCA added incremental protection to the ACU to prevent EOS and updated the deployment strategy in the recall remedy.
- ZF is aware of two events of frontal offset with no EOS and no deployment due to the FCA deployment strategy.

HKMC

- As of 2016, HKMC engineering communicated an initial assessment of 2 commanded non deployments and 3 still under investigation.
- As of today, HKMC engineering has communicated 7 commanded non deployments and 5 still under investigation.
  - HMA's 573 states that "upon examination of the unique facts and circumstances associated with each incident, that it was possible that airbag deployment was not warranted."
  - HMA has indicated that it "is actively investigating the cause of the EOS."
- ZF continues its investigation with HKMC.



CONFIDENTIAL AND PROPRIETARY: This copyrighted document is the property of the ZF Group. This document and the information contained herein are disclosed in confidence and may not be copied, disclosed to others, or used for any purpose, without the prior written consent of the ZF Group. © ZF Friedrichshafen AG, 2018

© ZF Friedrichshafen AG

HC - FCA, HC - ZF, HC - HKMC

ZF-MDL-0000000152

ENTIRE PAGE CONFIDENTIAL BUSINESS INFORMATION

# EOS Multipoint Failure Mode

# Confirmed with Vehicle Testing




The front remote acceleration sensor line and ESC power line are simultaneously shorted to ground. When the ESC connection is broken, a negative transient is created allowing current to flow out of the ACU.




If a large current flows across ASIC substrate, parasitic transistors can turn on and allow even larger current to flow from power supply pins.

Vehicle conditions beyond specifications (multi-point failure) can cause internal ASIC damage.



CONFIDENTIAL AND PROPRIETARY: This copyrighted document is the property of the ZF Group. This document and the information contained herein are disclosed in confidence and may not be copied, disclosed to others, or used for any purpose, without the prior written consent of the ZF Group. © ZF Friedrichshafen AG, 2018

© ZF Friedrichshafen AG

HC - FCA, HC - ZF, HC - HKMC

ZF-MDL-0000000153

ENTIRE PAGE CONFIDENTIAL BUSINESS INFORMATION

# EOS Multipoint Failure Mode

# Verified through Vehicle Investigation






Painted Bolt identified on Ground Connection



1 Meter ground wiring from ACU to front console

Multipoint failure mode – resistance in the vehicle ground path beyond specification with shorted sensor and intermittent power – can cause internal ASIC damage.



CONFIDENTIAL AND PROPRIETARY: This copyrighted document is the property of the ZF Group. This document and the information contained herein are disclosed in confidence and may not be copied, disclosed to others, or used for any purpose, without the prior written consent of the ZF Group. © ZF Friedrichshafen AG, 2018

© ZF Friedrichshafen AG

HC - FCA, HC - ZF, HC - HKMC

ZF-MDL-0000000156

ENTIRE PAGE CONFIDENTIAL BUSINESS INFORMATION

# ZF ACU with DS84 ASIC: Customer Differentiation

| Customers with DS84 ASIC | Global Volume (2016 data) | U.S. Volume (2016 data) | Non Deployments with (confirmed or suspected EOS) | SOP |
|---|---|---|---|---|
| FCA | 6,008,000 | 4,235,000 | 7 | 2009 |
| HKMC (Hyundai) | 1,884,000 | 1,884,000 | 4 | 2009 |
| HKMC (Kia) | 1,421,000 | 1,167,000 | 8 | 2009 |
| Fiat | 795,000 | 84,000 | 0 | 2011 |
| Honda | 8,657,000 | 3,349,000 | 0 | 2011 |
| Mitsubishi | 116,000 | 116,000 | 0 | 2012 |
| Toyota | 9,875,000 | 5,800,000 | 0 | 2010 |

- Incidents of non deployment with EOS with FCA
  - Likely commanded non deployments based on deployment strategy
- Incidents of non deployment with EOS with Hyundai
  - 3 commanded non deployment communicated by HKMC R&D with 1 under investigation
- Incidents of non deployment with EOS with Kia
  - 4 commanded non deployment communicated by HKMC R&D with 4 under investigation
- No notice of incidents of non deployments with EOS on Fiat, Honda, Mitsubishi, and Toyota as of today
  - 19.4M vehicles globally (2016 data)

Note: Does not include Chinese OEM vehicles that do not ship to the US market



CONFIDENTIAL AND PROPRIETARY: This copyrighted document is the property of the ZF Group. This document and the information contained herein are disclosed in confidence and may not be copied, disclosed to others, or used for any purpose, without the prior written consent of the ZF Group. © ZF Friedrichshafen AG, 2018

© ZF Friedrichshafen AG

HC - FCA, HC - ZF, HC - HKMC

ZF-MDL-0000000157

ENTIRE PAGE CONFIDENTIAL BUSINESS INFORMATION

# Protection Against Vehicle Transients

- ZF designs the ACU circuits to meet each customer's specifications that define the vehicle environment.
- All ZF ACUs have appropriate levels of protection against specified and foreseeable vehicle transients.
- Protection against transients is incorporated in the ZF ACU design for specific customer platforms in multiple ways, including:
  - Protection devices integrated into the internal circuitry of the ST ASIC family based on Industry Standard Requirements
    - ESD clamp (MOSFET)
    - Diodes
  - Protection devices on the ACU PCB
    - Capacitors
    - Zener diodes
    - Schottky diodes



CONFIDENTIAL AND PROPRIETARY: This copyrighted document is the property of the ZF Group. This document and the information contained herein are disclosed in confidence and may not be copied, disclosed to others, or used for any purpose, without the prior written consent of the ZF Group. © ZF Friedrichshafen AG, 2018

© ZF Friedrichshafen AG

HC - FCA, HC - ZF, HC - HKMC

ZF-MDL-0000000159

**ENTIRE PAGE CONFIDENTIAL BUSINESS INFORMATION**

# Platform Dependency: FCA ACU with DS84

| Customers with DS84 ASIC | Global Volume (2016 data) | U.S. Volume (2016 data) | Deployment with No / Partial Crash Record | Non Deployments (confirmed or suspected EOS) | Cross Car Wiring | SOP | ACU at SOP | | Modification | ACU Modifications | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Schottky diode low side | Schottky diode high side | | Schottky diode high and low side | Change in Schottky diode | Vdiag Resistor | Fuse resistor on satellite input | Deployment strategy change |
| JS – Avenger/200 | 1,303,000 | 1,138,000 | 0 | 6 (4 as of 2016) | Yes | 2009 | X | | S61 | X | X | X | | X |
| MK – Patriot / Compass | 1,409,000 | 855,000 | 3 (2 as of 2016) | 1 (1 as of 2016) | Yes | 2009 | X | | 2014 / 2015 / S61 | 2014 / S61 | 2014 / S61 | 2014 / S61 | | 2015 / S61 |
| Caliber | 150,000 | 97,000 | 0 | 0 | Yes | 2009 | X | | S61 | X | X | X | | X |
| Liberty | 245,000 | 199,000 | 0 | 0 | No | 2009 | X | | | | | | | |
| Nitro | 11,000 | 8,000 | 0 | 0 | No | 2009 | X | | | | | | | |
| Wrangler | 1,264,000 | 785,000 | 0 | 0 | No | 2009 | X | | 2014 | X | X | X | | |
| Truck | 1,180,000 | 995,000 | 0 | 0 | No | 2008 | X | | | | | | | |
| Fiat 500 (FCA NA) | 322,000 | 158,000 | 0 | 0 | No | 2011 | X | | 2018 | X | X | X | | |
| Journey | 134,000 | 0 | 0 | 0 | Unknown | 2011 | X | | | | | | | |



CONFIDENTIAL AND PROPRIETARY: This copyrighted document is the property of the ZF Group. This document and the information contained herein are disclosed in confidence and may not be copied, disclosed to others, or used for any purpose, without the prior written consent of the ZF Group. © ZF Friedrichshafen AG, 2018

© ZF Friedrichshafen AG

HC - FCA, HC - ZF, HC - HKMC

ZF-MDL-0000000160

ENTIRE PAGE CONFIDENTIAL BUSINESS INFORMATION

# Platform Dependency: Hyundai and Kia ACU with DS84

| Customers with DS84 ASIC | Global Volume (2016 data) | U.S. Volume (2016 data) | Incidents with no or partial crash record | | SOP | ACU at SOP | | Modification | ACU Modifications | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | With commanded non deployment (as communicated by HKMC | Under investigation | | Schottky diode low side | Schottky diode high side | | Schottky diode high and low side | Change in Schottky diode | Vdiag Resistor | Fuse resistor on satellite input | Deployment strategy change |
| ***Hyundai*** | | | | | | | | | | | | | |
| Sonata | 1,884,000 | 1,884,000 | 3 (0 as of 2016) | 1 (1 as of 2016) | 2009 | | | 2012 | X | | | | |
| ***Kia*** | | | | | | | | | | | | | |
| Forte | 507,000 | 507,000 | 4 (2 as of 2016) | 2 (2 as of 2016) | 2009 | | | 2012 | X | | | | |
| Optima | 660,000 | 660,000 | 0 | 0 | 2011 | | | 2012 | X | | | | |
| K5 | 254,000 | 0 | 0 | 1 (0 as of 2016) | 2009 | | | 2013 | X | | | | |
| Sedona | Unknown – Built by Mobis | | 0 | 1 (0 as of 2016) | 2010 | | | 2012 | X | | | | |



CONFIDENTIAL AND PROPRIETARY: This copyrighted document is the property of the ZF Group. This document and the information contained herein are disclosed in confidence and may not be copied, disclosed to others, or used for any purpose, without the prior written consent of the ZF Group. © ZF Friedrichshafen AG, 2018

© ZF Friedrichshafen AG

HC - FCA, HC - ZF, HC - HKMC

ZF-MDL-0000000161

ENTIRE PAGE CONFIDENTIAL BUSINESS INFORMATION

# ZF ACU with DS84 ASIC: External Negative Transient Protection

| Customers with DS84 ASIC | Non Deployments (confirmed or suspected EOS) | SOP | ACU at SOP | |
|---|---|---|---|---|
| | | | Schottky diode low side | Schottky diode high side |
| FCA | 7 | 2009 | x | |
| HKMC (Hyundai) | 4 | 2009 | | |
| HKMC (Kia) | 8 | 2009 | | |
| Fiat | 0 | 2011 | x | x |
| Honda | 0 | 2011 | x | x |
| Mitsubishi | 0 | 2012 | x | |
| Toyota | 0 | 2010 | x | x |

- Fiat/Honda/Toyota started production with high and low side external negative transient protection
- Vehicle level investigation continues and remains important to understanding root cause and assessing any safety risk

Note: Does not include Chinese OEM vehicles that do not ship to the US market



CONFIDENTIAL AND PROPRIETARY: This copyrighted document is the property of the ZF Group. This document and the information contained herein are disclosed in confidence and may not be copied, disclosed to others, or used for any purpose, without the prior written consent of the ZF Group. © ZF Friedrichshafen AG, 2018

© ZF Friedrichshafen AG

HC - FCA, HC - ZF, HC - HKMC

ZF-MDL-0000000167

ENTIRE PAGE CONFIDENTIAL BUSINESS INFORMATION

# MS84 and DS84 ASIC: IAD

| Customers with MS84 ASIC | Global Volume (2016 data) | U.S. Volume (2016 data) | Inadvertent Deployments |
|---|---|---|---|
| BMW | 1,496,000 | 140,000 | 1 (1 as of 2016) |
| Porsche | 334,000 | 98,000 | 2 (1 as of 2016) |
| FCA | 988,000 | 764,000 | 0 |
| VW | 8,025,000 | Data not available to ZF | 0 |
| Hyundai | 1,432,000 | 0 | 0 |
| Ferrari | 44,000 | Data not available to ZF | 0 |

| Customers with DS84 ASIC | Global Volume (2016 data) | U.S. Volume (2016 data) | Inadvertent Deployments |
|---|---|---|---|
| FCA | 6,008,000 | 4,235,000 | 1 |
| HKMC (Hyundai) | 1,884,000 | 1,884,000 | 0 |
| HKMC (Kia) | 1,421,000 | 1,167,000 | 1 |
| Fiat | 795,000 | 84,000 | 0 |
| Honda | 8,657,000 | 3,349,000 | 2 |
| Mitsubishi | 116,000 | 116,000 | 0 |
| Toyota | 9,875,000 | 5,800,000 | 0 |



CONFIDENTIAL AND PROPRIETARY: This copyrighted document is the property of the ZF Group. This document and the information contained herein are disclosed in confidence and may not be copied, disclosed to others, or used for any purpose, without the prior written consent of the ZF Group. © ZF Friedrichshafen AG, 2018

© ZF Friedrichshafen AG

HC - FCA, HC - ZF, HC - HKMC