# EXHIBIT 28



# China Crash Test Non Deployment
# AEN 13931

December 15, 2016
Global Electronics

ZF Friedrichshafen AG



# AEN13931 – China Crash Test Non Deployment



## Initial Information provided by HGT/TAJ:

HGT informed ZF TRW that CATARC crash test was performed on MY vehicle with a MY14 SRS module. Details provided:

- SRS Part Number: 77960-T9A-P811-M1
- SN: 04765080SE
- Crash Test Mode：CATARC L-Offset 64 km/h
- Front A/B:   Not Deployed
- P/T: Deployed
- Crash Record: Operation history and TTF are recorded.  Delta V and detailed crash history were not recorded.

## Additional Information provided by HGT (10/18/16):

Based on observations made from the crash test video, it is suspected that:

- The vehicle ignition voltage was in the 5V to 8V range.
- The seatbelts pretensioners likely did not deploy.

## Initial Analysis at ZF TRW:

- No DTCs were recorded.
- One reset event was recorded, indicating that the ECU did not shut down properly
- Pretensioners were commanded to deploy
- The crash record recording was incomplete.
- A 2014 MY ECU was used where a 2016 MY ECU should have been used.

## Updated info during meetings (week of 11/28):

- Review of one crash video with HGT indicates that the navigation system was operable up to 32 msec after impact.
- HGT communicated that the seatbelt pretensioners did deploy.
- HGT communicated that no vehicle harness evaluation has been completed.

CONFIDENTIAL AND PROPRIETARY:
This document is the property of ZF TRW Automotive and is disclosed in confidence.  It may not be copied, disclosed to others, or used for manufacturing, without the prior written consent of ZF TRW Automotive.