# EXHIBIT 34

ENTIRE PAGE CONFIDENTIAL BUSINESS INFORMATION
Case 2:19-ml-02905-JAK-JPR    Document 947-35    Filed 08/23/24    Page 2 of 4    Page ID #:28994

1 / 5



# FIELD TECHNICAL REPORT
### Confidential - for internal use only

Complaints out of warranty

| | |
|---|---|
| Company | TOYOTA PAZARLAMA VE SATI? A. ?. |
| FTR No. | 2016TR-FTR0107 |
| Country,Region | Turkey |
| Create by | Oguzhan Orhan |
| Creation Date | 25/Jul/2016 |
| Issue Date | 03/Aug/2016 |

| | | | |
|---|---|---|---|
| Vin No. | **REDACTED - PRIVACY** or Model-FrameNo | **REDACTED - PRIVACY** | |
| Model | AURIS[TMUK]-ZRE185 | | |
| Model Code | ZRE185L-DHXNPW | | |
| Engine Type | 1ZR-FAE | Engine No. U640906 | T/M Type  CK311 |
| Model Year | 2013 | Production Date  28/Mar/2013 | |
| Production Plant | 31  TMUK | | |

| | | | |
|---|---|---|---|
| First Complaint Date | 25/Jun/2016 | Delivery Date | 26/Apr/2013 |
| Repair Date | 29/Jun/2016 | [ ] Not repaired | |
| Market Impact Rank | Low | Technical Rank(Initial Judgement)  S | Mileage  70,680  [*] Km  [ ] Mile |

[Replaced Parts List]

| Original Failed Parts | 89170-02B90 | SENSOR ASSY, AIR BAG |
|---|---|---|
| Component | J10 | J10: AIRBAG SYSTEM |
| Number of Cases | 1 | Acc.Total  1 |

**Subject**

TMUK AURIS ZRE185 - DTC's Inside Airbag Without Airbag Deployment

[ ] Buyback( [ ] 1 case,  [ ] Over 1 case(     cases),  [ ] Requested(     cases))
[*] Complaints out of warranty
[ ] After-countemeasure failure

[ ] Potential high number of cases
[ ] From TRIGGER Alarm

## Third Party Involvement

[ ] Government       [ ] Government official       [ ] Consumer protection       [ ] Police
[ ] Fire department  [ ] Court                     [ ] Media

[*] Others    No third party involvement

## Customer Type

[*] Private customer        [ ] Fleet
[ ] Others

## Status of Original Failed Parts

| | | | |
|---|---|---|---|
| [*] Shipped to<br>[ ] To be shipped<br>[ ] Not recovered<br>[ ] No parts replaced | 03/Aug/2016 | Courier Company | TNT |
| | | Tracking No. | GD 245 735 594 WW |

Shipped to    TME (as FTR part)

Attachment(Illustration,Photo,Chart,etc)

[Amend Information]

Comments on Amendment

[Follow-Up FTR Information]

| No | Regist Date | Subject | Created by |
|---|---|---|---|

## Customer Voice

Customer complaint
Airbag warning lamp is on, ==1 week after a crash==

Dealer Name/Code: Kaya/141004
Location: Kocaeli

## DLR/DIST Symptom/Phenomenon Confirmation Diagnosis Result

[*] Reproducible         AR2/ NMSC Investigation
[ ] Non-Reproducible     Dealer confirmed that the warning lamp is on and read the DTC codes
                         B1000 B1600 B1615 B1620 B1625.

                         Usage conditions
                         Private vehicle
                         80% Urban (2 lane, max 70 km/h)



20% Highway(3 lane, max 120 km/h)

Environmental conditions
Environmental conditions do not affect this issue

Vehicle History
16K km: Front and front LH side. Bumper, lh fender, headlamp replacement
22K km: Rear bumper replacement
61K km: Rear lh door panel replacement
@70K km: Crash from front, no airbag deployment
1 week later, customer came back with DTC's inside airbag ECU
Please see the attached vehicle history excel file for the complete list of replaced parts during those crashes.

### Attachment(Illustration,Photo,Chart,etc)

| Vehicle History.xls | FTR Photos.ppt |
|---|---|

### Correction

[ ] Cannot repair
[ ] May recur
[ ] Need help
[*] Repairable

Repair Inspection
Airbag ECU must be replaced in case of DTCs

Repair Method
Airbag ECU was replaced

Measurement Results
Only DTC's were read on GTS

Parts
Airbag ECU was replaced and sent to TME as FTR part.

### Probable Cause / Replaced Parts Primary Analysis

TTMS respectfully suggests that the probable cause is the IC failure inside ECU.

### Attachment(Illustration,Photo,Chart,etc)

### Result

Repair result
Problem was solved

Customer reflection
Customer is satisfied

### Attachment(Illustration,Photo,Chart,etc)