# EXHIBIT 35

**TRW**  ACU non communication issue after impact test

# TRW INVESTIGATION REPORT

| | |
|---|---|
| Date opened – 27 Apr 2012 | |
| Last updated – 27 Apr 2012 | |

**Title**: Investigation into YFA ACU non communication issue after impact test at MGA. AEN# 6587.

**Immediate Containment Action**:

N/A

**Team Champion**:    Edward Wampuszyc – TRW Farmington Hills

**Application Team Member** : Chris Roberts – TRW Farmington Hills

**Team Members**: Hyukbin Song – TRW Farmington Hills
Erik Romzek – TRW Farmington Hills
Jeff Guinot – TRW Farmington Hills
Greg Heyboer – TRW Farmington Hills

**Interim Containment Action:**

| Action: | Responsibility: | Date: |
|---|---|---|
| Not applicable | N/A | N/A |

AEN6587 EDR Test at MGA_23Apr12.doc

This copyrighted document is the property of TRW Automotive and is disclosed in confidence. It may not be copied, disclosed to others, or used for manufacturing, without the prior written consent of TRW Automotive. © TRW Automotive Inc. 2012

## TRW Investigation:

1. TRW Manufacturing process report
MFG date:
Package date:
Shipped date:

2. The Airbag ECU (95910-3Q150   ECU S/N: 3QEHAA4BCC0346)  was returned to FH for analysis.
   - The unit was externally visually inspected. No obvious anomalies could be found on the housing, cover or connector.



Figure 2a: Module housing – topside          Figure 2b: Module housing – bottomside

   - The unit was internally visually inspected. No obvious anomalies could be observed.

     

Figure 2d:  PCB Assembly – Topside                          Figure 2e: PCB Assembly – Bottomside

3. Bench level analysis of the returned module:
   The ACU was powered up on the bench and higher than normal current draw (~1.5A) was observed. Resistance measurements were made from each pin on U501 to ground and compared to a known good module. Several pins were found to have low resistance paths to ground including Vdd. U501 was removed from PCB and replaced with a new part.

   The module was functionally tested twice, after replacing U501, and fired (front, left side, right side) both times with no issues.

4. The DTC data was retrieved from the NVM
        No DTCs were stored in NVM

AEN6587 EDR Test at MGA_23Apr12.doc
This copyrighted document is the property of TRW Automotive and is disclosed in confidence. It may not be copied, disclosed to others, or used for manufacturing, without the prior written consent of TRW Automotive. © TRW Automotive Inc. 2012

CONFIDENTIAL                                                                                                            HMC_00010551

5. EDR data stored in NVM
One event was partially recorded in EDR1 and the other event (EDR 2) is empty. The data recorded in EDR 1 is very limited: only the data available at time zero (buckle status, squib resistance, etc.) and several instances of vehicle data were recorded. There is no data recorded regarding which squibs fired, or whether it is a deployment event. There is some X and Y accelerometer data stored but not a complete record.

Figure 3 below shows the X/Y ACU data recorded.



6. Summary:

Supplier of U501 has completed there analysis of the failed part and found several damaged/burned areas on the ASIC. The root cause conclusion from the supplier report states "The failure was induced by an electrical overstress exceeding the absolute maximum ratings of the device in the form of a voltage spike causing the damage to the device". Full report is imbedded in Appendix A.