**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *In re ZF-TRW Airbag Control Units Products Liability Litigation* <br><br> ALL CASES | MDL No. 2905 <br><br> No. 2:19-ML-02905-JAK (MRWx) <br><br> **ORDER RE JOINT REPORT REGARDING THE HYUNDAI-KIA PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF THE HYUNDAI-KIA SETTLEMENT (DKT. 1022)** |

1

Based on a review of the Joint Report Regarding the Hyundai-Kia Plaintiffs' Motion for Preliminary Approval (the "Report" (Dkt. 1022)), sufficient good cause has been shown for the requested relief. Therefore, the relief requested in the Report is **GRANTED**.

The following dates apply to the Hyundai-Kia Plaintiffs' Motion for Preliminary Approval of the Hyundai-Kia Settlement:

| EVENT | DEADLINE |
| --- | --- |
| Filing of Plaintiffs' Motion for Preliminary Approval | No Later than March 17, 2025 |
| Hearing on Plaintiffs' Motion for Preliminary Approval | April 7, 2024, at 8:30 A.M. |
| Class Notice to Commence | April 21, 2025 |
| Filing of Plaintiffs' Motion for Final Approval and Attorney's Fees and Expenses | No later than July 15, 2025 |
| Filing of Reply Memoranda in Support of Final Approval and Fee/Expense Motion | No later than September 8, 2025 |
| Fairness and Fee/Expense Hearing | September 29, 2025, at 8:30 A.M. |

**IT IS SO ORDERED.**

Date: March 14, 2025

_____

John A. Kronstadt

United States District Judge

2