Roland Tellis (SBN 186269)
rtellis@baronbudd.com
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: 818.839.2333
Facsimile: 818.986.9698

David S. Stellings (*pro hac vice*)
dstellings@lchb.com
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: 212.355.9500
Facsimile: 212.355.9592

*Co-Lead Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re ZF-TRW Airbag Control Units Products Liability Litigation* <br><br> ALL CASES AGAINST MITSUBISHI | MDL No. 2905 <br><br> Judge: John A. Kronstadt <br><br> **MITSUBISHI PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT, AND AWARD OF ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS TO SETTLEMENT CLASS REPRESENTATIVES** <br><br> Date: April 7, 2025 <br> Time: 8:30 a.m. <br> Dept.: Courtroom 10B |

The results are in: out of a Settlement Class associated with 94,785 Mitsubishi Class Vehicles, not a single Mitsubishi Settlement Class Member objected and only 9 submitted a timely opt out request. Supplemental Declaration of Jennifer M. Keough on Settlement Notice Program Progress ("Supplemental Keough Decl.") ¶¶ 20-21. At just **.009%**, this is an exceptionally small fraction. Equally noteworthy, with more than a year remaining in the Claims Period, Mitsubishi Settlement Class Members have already submitted 8,473 claims, representing an 8.9% claims rate. Indeed, the national mean class action claims rate is 5%.[1]

Given the success of the direct notice program in reaching "more than 93% of potential Class Members," it is particularly significant that there are no objections and only nine opt-outs. *Id.* ¶ 22. This strong indication of support from the Class and weighs in favor of final approval. *See*, *e.g.*, *Hanlon v. Chrysler Corp.*, 150 F.3d 1011, 1027 (9th Cir. 1998) ("[T]he fact that the overwhelming majority of the class willingly approved the offer and stayed in the class presents . . . positive commentary as to its fairness."); *Foster v. Adams & Assocs., Inc.*, No. 18-CV-02723-JSC, 2022 WL 425559, at *6 (N.D. Cal. Feb. 11, 2022) ("Courts have repeatedly recognized that the absence of a large number of objections to a proposed class action settlement" is a factor suggesting "that the terms of a proposed class settlement [] are favorable to the class members.") (citation omitted); *Franco v. Ruiz Food Prods., Inc.*, 2012 WL 5941801, *14 (E.D. Cal. 2012) (positive reaction of class weighed in favor of final approval where there were no objections to the settlement and less than 1% of class members opted out); *Chun-Hoon v. McKee Foods Corp.*, 716 F. Supp. 2d 848, 852 (N.D. Cal. 2010) (approving settlement where 4.86% of the class opted out).

While this response is strong, it is not unexpected given the strength of the

---

[1] *See* Consumers and Class Actions: A Retrospective and Analysis of Settlement Campaigns, FTC Staff Report (Sept. 2019) at 21.

1  Settlement. To summarize, the Settlement provides Mitsubishi Settlement Class
2  Members who file a claim with direct cash payments from an $8.5 million non-
3  reversionary fund. Those who submit a claim can receive individual payments of up
4  to $250 per Class Vehicle. If funds remain after all claims are paid and can be
5  feasibly distributed, a second payment of up to $750 will be issued to those
6  claimants.[2]

  Beyond direct cash payments, the Settlement also establishes an innovative Settlement Inspection Program. This program requires Mitsubishi to actively investigate and document airbag non-deployments in Mitsubishi Class Vehicles that may be caused by electrical overstress for the next ten years.

  For their work in securing this Settlement, Settlement Class Counsel request a fee amounting to $2.5 million, or 29.4% of the common fund. As explained in the Mitsubishi Plaintiffs' Final Approval motion, this fee request is reasonable and appropriate under the circumstances and is well in line with awards in this district and throughout the circuit. *See* ECF 1017 at 25-40. Indeed, in granting preliminary approval of the Settlement, this Court found that a fee request in the range of $2.3 to $2.55 million was within a reasonable range given the facts and circumstances of this case. *See* ECF 983 at 24. Settlement Class Counsel also seeks reimbursement of reasonable costs they incurred in achieving this Settlement in the amount of $50,000, and Settlement Class Representative service awards of $2,500 for their time and effort in prosecuting the case. *See* ECF 1017 at 40-42.

  For these reasons and those set forth in the Mitsubishi Plaintiffs' Final Approval motion, the Settlement Class Representatives and Settlement Class Counsel respectfully request that the Court: (1) certify the Settlement Class; (2) grant final approval to the Settlement; and (3) approve Settlement Class Counsel's

---

[2] If it is not feasible and/or economically reasonable to attempt a second distribution, or if the $8.5 million dollar fund is not exhausted after the second cash distribution, then the remaining Settlement funds will be distributed to *cy pres* recipients recommended by the Parties, subject to the Court's approval.

1  motion for $2,500,000 in attorneys' fees, $50,000 in reasonable costs, and a $2,500
2  service award for each Settlement Class Representative. A proposed order is
3  attached.

4  Dated: March 20, 2025              /s/ Roland Tellis

**BARON & BUDD, P.C.**
Roland Tellis (SBN 186269)
rtellis@baronbudd.com
David Fernandes (SBN 280944)
dfernandes@baronbudd.com
Adam Tamburelli (SBN 301902)
atamburelli@baronbudd.com
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: 818.839.2333
Facsimile: 818.986.9698

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
David Stellings (pro hac vice)
dstellings@lchb.com
John T. Nicolaou (pro hac vice)
jnicolaou@lchb.com
Katherine McBride
kmcbride@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: 212.355.9500
Facsimile: 212.355.9592

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Elizabeth J. Cabraser (SBN 83151)
ecabraser@lchb.com
Nimish R. Desai (SBN 244953)
ndesai@lchb.com
Phong-Chau G. Nguyen (SBN 286789)
pgnguyen@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000

*Co-Lead Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record, including counsel for Defendants.

*/s/ Adam Tamburelli*
Adam Tamburelli