# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re ZF-TRW Airbag Control Units Products Liability Litigation*<br><br>ALL CASES AGAINST THE MITSUBISHI DEFENDANTS | Case No. 2:19-ml-02905-JAK-JPR<br><br>MDL 2905 JAK<br><br>**SUPPLEMENTAL DECLARATION OF JENNIFER M. KEOUGH ON SETTLEMENT NOTICE PROGRAM PROGRESS**<br><br>The Honorable John A. Kronstadt |

I, Jennifer Keough, hereby declare and state as follows:

1. I am the Chief Executive Officer and President of JND Legal Administration LLC ("JND"). As the CEO and President of JND, I oversee all facets of our company's operations, including monitoring and implementing our notice and claims administration programs. This Declaration is based on my personal knowledge as well as upon information provided to me by experienced JND employees, and if called upon to do so, I could and would testify competently thereto.

2. I previously submitted a Declaration on Settlement Notice Program on August 2, 2024 (ECF 941-3) and a Declaration on Settlement Notice Program Progress on January 27, 2025 (ECF 1017-5). I submit this Declaration to provide an update on the implementation of the Settlement Notice Program.

## **DIRECT NOTICE**

3. As outlined in my previous declaration, on December 31, 2024, JND commenced sending Email Notice to all potential Class Members with a valid email address. The Email Notice campaign concluded on January 13, 2025 with a total of 86,220 Email Notices sent. As of March 17, 2025, 10,988 Email Notices bounced back as undeliverable.

4. As outlined in my previous declaration, on January 27, 2025, JND completed the mailing of 191,254 Postcard Notices via first-class mail to potential Class Members for whom an Email Notice bounced back as undeliverable, or for whom a valid email address was not obtained. For the 1,236 Class Members with ten or more Mitsubishi Class Vehicles, JND mailed the content of the Postcard Notice with an accompanying cover letter that included additional instructions on how to access specialized claim filing assistance ("Bulk Claim Notice").

5. As of March 17, 2025, JND has received 25,114 Postcard Notices returned as undeliverable, of which JND re-mailed 1,464 to forwarding addresses provided by the United States Postal Service and 12,061 to updated addresses

obtained through advanced address research. Additionally, JND has received 61 Bulk Claim Notices returned as undeliverable, of which one has been re-mailed to an updated address.

6. The overall deliverability rate of the Direct Notice Effort is greater than 93%.

## SUPPLEMENTAL DIGITAL NOTICE

7. As detailed in my previous declaration, JND supplemented the direct notice effort with a four-week digital campaign that ran through the Google Display Network ("GDN"), Facebook, and Instagram.

8. Prior to launching the digital effort, JND provided GDN, Facebook, and Instagram with Class Member data containing phone numbers, postal addresses, and/or emails. GDN then matched the provided Class data with their own first-party data which they collect through Gmail, YouTube, Chrome registrations, etc. Likewise, Facebook and Instagram matched the provided data with their account user data. All matches were utilized to create a "Custom Audience" list. Ads were then served to the Custom Audience while they are active on GDN, Facebook, and Instagram over the course of the campaign.

9. The digital ads include an embedded link to the Settlement Website, where potential Class Members could get more information about the Settlement and file a claim online. A total of 2,246,619 digital impressions were served from December 31, 2024 through January 27, 2025.[1]

10. Additional efforts were implemented through iHeart Automotive Connection ("IAC"). JND provided IAC with the make, model, and year of the Mitsubishi Class Vehicles. IAC then pulled their VIN data that matched the Mitsubishi Class Vehicle information. On January 17, 2025, IAC began to deploy

---

[1] Impressions or Exposures are the total number of opportunities to be exposed to a media vehicle or combination of media vehicles containing a notice. Impressions are a gross or cumulative number that may include the same person more than once. As a result, impressions can and often do exceed the population size.

-3-

email notices to their list of customers associated with the Mitsubishi Class Vehicle information.[2] IAC also deployed a follow-up email notice on January 22, 2025 to those email recipients who opened the January 17, 2025 email notice for no additional cost.[3] A total of 200,000 IAC email notices were sent.

11. Overall, the supplemental digital effort served 2,446,619 impressions, 746,619 more than originally planned.

## INTERNET SEARCH CAMPAIGN

12. From December 31, 2024 through January 27, 2025, JND caused 10,600 additional impressions to be served through an internet search campaign. When purchased keywords/phrases related to the Settlement (e.g., content on the Settlement Website landing page) were searched, a paid Responsive Search Ad ("RSA") with a hyperlink to the Settlement Website would sometimes appear on the search engine results page. When the RSA was clicked on, the visitor was redirected to the Settlement Website where they could get more information about the Settlement. The search effort was monitored and optimized for keywords/phrases that resulted in the best click-throughs/conversions.

## PRESS RELEASE

13. As outlined in my previous declaration, JND caused a press release to be distributed on December 31, 2024 to over 5,000 media outlets nationwide. As of March 4, 2025, the press release was picked up 504 times with a potential audience of 187.8 million.

---

[2] IAC deploys emails on a "drip" system to avoid white labeling (spam). It can take up to five days to fully deploy.

[3] The original IAC effort included banners ads being served via GDN to those potential Class Members who opened their IAC Email Notice; however, IAC has ceased implementing the GDN effort. Instead, IAC agreed to send a follow-up Email Notice deployment on January 22, 2025. In addition, the digital impressions that were to be served over GDN through IAC have been shifted to the original GDN, Facebook, and Instagram effort. Therefore, the overall digital impression delivery will remain the same, and an IAC follow-up Email Notice was deployed for no additional cost.

## SETTLEMENT WEBSITE

14. As outlined in my previous declaration, on November 11, 2024, JND launched an interactive, case-specific Settlement Website at www.ACUSettlement.com. As of March 17, 2025, the Settlement Website has tracked a total of 31,173 unique users who registered 41,962 page views. JND will continue to update and maintain the Settlement Website throughout the settlement administration process.

## TOLL-FREE NUMBER, EMAIL ADDRESS AND P.O. BOX

15. As outlined in my previous declaration, JND maintains a 24-hour, toll-free telephone line that Class Members can call to obtain information about the Settlement. During business hours, JND's call center is staffed with operators who are trained to answer questions about the Settlement. As of March 17, 2025, JND has received 1,139 calls to the toll-free telephone number, of which 379 have spoken with a live agent.

16. As outlined in my previous declaration, JND has established a dedicated email address, info@ACUSettlement.com, to receive and respond to Class Member inquiries. As of March 17, 2025, JND has received 381 emails to this email inbox.

17. As outlined in my previous declaration, JND established a post office box for receipt of Class Member correspondence, paper Claim Forms, objections, and exclusion requests.

## CLAIMS RECEIVED

18. As of March 17, 2025, and with the claims period still ongoing, JND has received 8,473 Claim Forms, of which 8,374 were submitted electronically online and 99 were submitted via mail.

19. JND will continue to receive and process Claim Form submissions and will continue to report to Counsel on the status of the claim intake and review. The

SUPPLEMENTAL DECLARATION OF JENNIFER M. KEOUGH RE: SETTLEMENT NOTICE PROGRAM PROGRESS

claim filing deadline for Class Members is anticipated as May 8, 2026, but it is subject to change depending on when the Settlement receives final approval.

## OBJECTIONS

20. The Postcard Notice, Email Notice and Long Form Notice (collectively, the "Notices") informed recipients that any Class Member who wanted to object to the proposed Settlement could do so by submitting a written statement on or before February 27, 2025. As of March 17, 2025, JND has not received or been otherwise made aware of any objections.

## REQUESTS FOR EXCLUSION

21. The Notices also informed Class Members of their right to opt out of the Settlement and the February 27, 2025 postmark deadline to do so. As of March 17, 2025, JND has received ten requests for exclusion, of which nine were timely and valid. These are attached as **Exhibit A**.

## REACH

22. The direct notice effort alone successfully reached more than 93% of potential Class Members. The supplemental digital effort, internet search campaign, and distribution of a press release further enhanced that reach. The expected reach exceeds that of other court-approved programs and is on the high end of the 70-95% reach standard set forth by the Federal Judicial Center.[4]

---

[4] Federal Judicial Center, *Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide* (2010), p. 3 states: "…the lynchpin in an objective determination of the adequacy of a proposed notice effort is whether all the notice efforts together will reach a high percentage of the class. It is reasonable to reach between 70–95%."

## CONCLUSION

23.   In my opinion, the Notice Program has been a success. The Notice Program was designed and executed to reach virtually all Class Members, and it constitutes the best practicable notice to the Class.

24.   JND will continue to provide regular reports to the Parties with updates as to the claim rate and will confer with the Parties regarding the necessity and timing of any reminder notices to stimulate claims.

I declare under penalty of perjury that the foregoing is true and correct. Executed March 19, 2025, at Seattle, Washington.

By: /s/ Jennifer M. Keough
Jennifer M. Keough

# EXHIBIT A



# Mitsubishi Airbag Control Unit Settlement
## (USDC Central District of California, Case No. 2:19-ml-02905-JAK-JPR)

## Exclusion Requests

| # | Name | Last Four Digits of VIN | Status |
|---|---|---|---|
| 1 | Michael Krouse | 1639 | Valid |
| 2 | Micky Douangmala | 4673 | Valid |
| 3 | John Scouarnec | 4229 | Valid |
| 4 | Emma G. Mendez | 3536 | Valid |
| 5 | Martin N. Burton Jr. | 7214 | Valid |
| 6 | Amanda Fletcher | 6028 | Valid |
| 7 | Gregory S. Bramble | 4292 | Valid |
| 8 | Jared L. Dyreson | 1571 | Valid |
| 9 | Stephen Johnson | 1479 | Valid |
| 10 | Donegal Insurance Group | None Provided | Invalid |