LANCE A. ETCHEVERRY (SBN 199916)
Lance.Etcheverry@skadden.com
CAROLINE VAN NESS (SBN 281675)
Caroline.VanNess@skadden.com
MICHAEL C. MINAHAN (SBN 311873)
Michael.Minahan@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

JOHN BEISNER (SBN 81571)
John.Beisner@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Ave, N.W.
Washington, D.C. 20005
Telephone: (202) 371-7000
Facsimile: (202) 393-5760

*Attorneys for Defendants Hyundai Motor Company, Hyundai Motor America, and Kia America, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re ZF-TRW Airbag Control Units Products Liability Litigation*<br><br>ALL ACTIONS AGAINST THE HYUNDAI AND KIA DEFENDANTS AND THE MOBIS DEFENDANTS | MDL No. 2905<br>Case No.: 2:19-ml-02905-JAK-JPR<br><br>**THE HYUNDAI AND KIA DEFENDANTS' SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL (ECF NO. 1027)** |

The Hyundai and Kia Defendants submit this supplemental brief setting forth data supporting the $10 million credit provided in the Settlement for Future Loaner Vehicle and Outreach Programs.[1] (*See* ECF No. 1027-1, Attach. 1 § III.H.)

**Outreach:** The Hyundai and Kia Defendants have spent approximately $2.4 million in outreach related to the Recalled Vehicles. (*See* Declaration of Lance A. Etcheverry ("Etcheverry Decl.") ¶ 3.) This amount does not include activities by Hyundai and Kia personnel in overseeing or managing the outreach efforts. *Id.* The Hyundai and Kia Defendants would anticipate spending at least this amount in connection with future outreach if the Unrecalled Vehicles are recalled in the future.

**Loaner Vehicles:** The Hyundai and Kia Defendants have spent approximately $2.9 million to provide loaner vehicles for certain Recalled Vehicles that have received the Recall Repair. (*See id.* ¶ 4.) Prior to this Settlement, the Hyundai and Kia Defendants did not advertise the availability of rental or loaner vehicles to vehicle owners while their vehicles were receiving the Recall Repair. (*See id.*) Thus, the percentage of Recalled Vehicle owners who received rental or loaner vehicles while their vehicles were receiving the Recall Repair was fairly low. (*See id.*) The Hyundai and Kia Defendants would anticipate a much higher take rate in connection with a future recall, as the Settlement contemplates outreach to Class Members to inform them of their right to rental or loaner vehicles. (*See id.*)

Future loaner vehicles will be provided to certain of the: (i) Recalled Vehicles that may still come forward to receive the Recall Remedy; and (ii) 2,636,714 currently Unrecalled Vehicles that may be provided a loaner vehicle if there is a future ZF-TRW ACU recall for those vehicles. Based on the most current calculations provided by Hyundai, the average loaner vehicle cost has been $181.13. (*See id.* ¶ 5.) If only 2.5% of the Unrecalled Vehicles (or approximately 65,917 vehicles) were to submit claims for loaner vehicles in the amount of $181.13, then the total expense incurred by the

---

[1] All capitalized terms not defined herein have the meaning attributed to them in the Settlement Agreement (ECF No. 1027-1, Attach. 1).

Hyundai and Kia Defendants would exceed $11.9 million. (*See id.*) Between the anticipated loaner and rental vehicle expense and the cost of outreach, the Hyundai and Kia Defendants are confident that the cost for future loaner vehicles and future outreach programs will exceed $10 million.

DATED: April 4, 2025         Respectfully submitted,

*/s/ Lance S. Etcheverry*
_____
LANCE A. ETCHEVERRY (SBN 199916)
lance.etcheverry@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301-1908
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

*Attorneys for Defendants Hyundai Motor Company, Ltd., Hyundai Motor America, Inc., Kia Corporation, and Kia America, Inc.*