- MDL case name: (*In re ZF-TRW Airbag Control Units Products Liability Litigation*);
- Name: Joel Kolander
- Address: 6009 93rd Ave W. Taylor Ridge, IL, 61284
- Phone: 309.269.7243
- VIN: 5NPEB4AC9EH892730
- Date of Purchase: April 5, 2014



My name is Joel Kolander and I am writing to object to the Class Action Settlement in the "In Re: ZF-TRWAirbag Control Units Products Liability Litigation, Case No. 2:19-ml-02905-JAK-JPR (C.D. Cal.)." I believe my objection applies to the subset of the Class categorized with "Unrecalled vehicles."

My car, a 2014 Hyundai Sonata, is an "Unrecalled Vehicle" as relayed to me by the website "www.ACUSettlement.com," a site I was directed to by a mailer sent by "JND Legal Administration."

I am objecting to the reimbursement amount of $150 for an unrecalled vehicle. Should my airbag be or become defective, $150 will neither cover the cost of replacing/repairing the airbag, nor cover medical costs should I experience injury because the federally mandated airbag is non-functional.

Since I do not know the exact parts required to be replaced in order for the airbag to be functional, I cannot give an exact price on HOW inadequate the $150 truly is. However, an airbag for a 2014 Hyundai Sonata (part 56900-3Q200-RY) as found on https://hyundai.oempartsonline.com/ is on SALE for $811.79 (as of Aug 4, 2025). An airbag control module on the same site for the same make/model car (part no. 95910-4R010) is also on sale for $284.75 (also as of Aug 4, 2024). Of course, neither of these prices includes tax, shipping, nor the labor required to install them by a qualified professional. Other parts may also be required and my simple search is by no means an exhaustive nor professional diagnosis of the required parts/repairs.

The $150 offered by the settlement is entirely inadequate to ensure my safety and the safety of any other drivers affected by these potentially defunct, federally required safety devices. It would be my preference to have new parts installed and a New Parts Warranty provided, similar to actions done for the "Recalled Vehicles."

I am not represented by a lawyer in submitting this objection. I have submitted it as faithfully as I can per the specific instructions given in FAQ #25 on ACUSettlement.com. Please contact me for any additional clarification that I can offer.

Sincerely,

*[signature]*



THE Kalander FAMILY
6009 93RD AVE W
TAYLOR RIDGE, IL 61284



Clerk of the Court
U.S. Dist. Court Central Dist. of CA
First Street Courthouse
350 W. First St.
Courtroom 10B
Los Angeles, CA 90012

