UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:19-02905-JAK (JPRx) | Date | August 25, 2025 |
| Title | In Re: ZF-TRW Airbag Control Units Products Liability Litigation | | |

| | |
|---|---|
| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
| Jessica Cortes | Debbie Hino-Spaan |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Roland Tellis | Jacquie Seidel |
| David Fernandes | Robert Delebak |

**Proceedings:** **JOINT MOTION FOR INDICTIVE RULING UNDER FED. R. CIV. P. 23 AND 62.1 APPROVING SETTLEMENT AGREEMENT WITH OBJECTORS TO TOYOTA SETTLEMENT (Dkt. 1044)**

The motion hearing is held via Zoom Webinar. Counsel, the Court, and court staff all appear in that manner. Recording or re-broadcasting of the proceedings is strictly prohibited. The Court states its tentative view that it is inclined to **GRANT** the Joint Motion for Indicative Ruling under Fed. R. Civ. P. 23 and 62.1 Approving Settlement Agreement with Objectors to Toyota Settlement (the "Motion"). Counsel address the Court. The Court adheres to its tentative views and orders the Motion **GRANTED**. A separate and more detailed order will be issued.

The Court requests further information regarding proceedings as to the Settlement Agreement with Objectors to the Toyota Settlement (the "Agreement") following remand from the Ninth Circuit. The parties shall file a joint status report as to the Ninth Circuit proceedings, either within ten days of the issuance of the Ninth Circuit's remand order or by September 29, 2025, whichever is earlier. If the Ninth Circuit has remanded the matter, the joint report shall state a proposed schedule for the filing of the motion to approve the Agreement and the hearing date. If the Ninth Circuit has not remanded the matter, a determination will be made whether to continue status reporting.

**IT IS SO ORDERED.**

| | : | 11 |
|---|---|---|
| Initials of Preparer | JC | |